## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LANNETT COMPANY INC.,                    :
                                          :    Civil Action No.
            Plaintiff,          :
                                          :
v.                                        :
                                          :
KV PHARMACEUTICALS,                       :
DRUGTECH CORPORATION, and                 :
THER-RX CORPORATION,                      :
                                          :
            Defendants.         :
                                          :
                                          :

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff, Lannett Company, Inc. ("Lannett") brings this action against Defendants, KV

Pharmaceuticals ("KV"), DrugTech Corporation ("DrugTech"), and Ther-Rx Corporation

("Ther-Rx") (collectively, the "KV Defendants"), and alleges as follows:

### PARTIES

1.     Plaintiff Lannett Company, Inc. is a Delaware corporation having its principal

place of business at 9000 State Road, Philadelphia, PA 19136.

2.     Upon information and belief, Defendant KV Pharmaceuticals is a Delaware

corporation having its principal place of business at 2503 South Hanley Road, St. Louis, MO

63144.

3.     Upon information and belief, Defendant DrugTech Corporation is a Delaware

corporation having its principal place of business located at 300 Delaware Avenue, Suite 1270,

Wilmington, DE 19801.  DrugTech is a wholly-owned subsidiary of KV Pharmaceuticals.

DrugTech owns the patents at issue and licenses the patents to KV Pharmaceuticals and Ther-Rx

Corporation.

4.      Upon information and belief, Defendant Ther-Rx Corporation is a Missouri corporation having its principal place of business at 1 Corporate Woods Drive, Brigeton, MO 63044. Ther-RX is a wholly owned subsidiary of KV Pharmaceuticals responsible for marketing and selling the patented products at issue, and is a licensee of DrugTech Corporation.

## NATURE OF ACTION

5.      This is an action for a declaratory judgment of patent invalidity, non-infringement, unenforceability for inequitable conduct and unfair competition. Lannett seeks a declaration that patents belonging to the KV Defendants, specifically, U.S. Patent No. 6,258,846 ("the '846 patent") , U.S. Patent No. 6,576,666 ("the '666 patent"), and U.S. Patent No. 7,112,609 ("the '609 patent") (collectively the "KV Patents") are invalid and/or unenforceable. True and correct copies of the '846 patent, the '666 patent and the '609 patent are attached hereto as Exhibits "1", "2" and "3" respectively. Lannett also seeks a declaration that Lannett's nutritional dietary product - Multivitamin With Mineral Capsules - does not infringe upon the KV Patents and that the KV Defendants have engaged in unfair competition and deceptive trade practices in the marketplace by preventing Lannett and others from entering the market.

6.      This action is also brought under the Clayton Act, 15 U.S.C. §§ 15 and 25, as amended, and the Sherman Act, 15 U.S.C. §§ 1 and 2, where Defendants have asserted invalid or unenforceable patents in order to inhibit competition in the marketplace.

## JURISDICTION AND VENUE

7.      This action arises under the patent laws of the United States, Title 35 of the United States Code, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and state laws regarding unfair competition and deceptive trade practices, 6 Del. C. § 2532. This Court has subject matter jurisdiction over count one (declaratory judgment of non-infringement ), count two (declaratory judgment of invalidity), count three (inequitable conduct) and count four

2

(antitrust violations) pursuant to 28 U.S.C. §§ 1331, 1367, 1338 and 2201-2202, as claims arising under the patent laws of the United States and the Declaratory Judgment Act. The Court also has subject matter jurisdiction over count five (deceptive trade practices) because count five forms part of the same case or controversy as the claims contained in counts one through five. Jurisdiction is also conferred by 28 U.S.C. § 1337, and the Clayton Act, as amended. The Court has supplemental jurisdiction over the state law claim of deceptive trade practices pursuant to 28 U.S.C. § 1367.

8.      Based on information and belief, venue in this judicial district is proper under the provisions of 28 U.S.C. §§ 1391(c) and 1400(b), where the Defendants KV and DrugTech are Delaware corporations and Ther-Rx engages in significant business in, and derives significant profit within, the State of Delaware. The KV Defendants sell their PrimaCare One Product through various pharmacies within the State of Delaware and have significant annual sales in the State of Delaware.

9.      This Court also has jurisdiction over Lannett's claim for violation of the Delaware Deceptive Trade Practices Act, 6 Del. C. § 2532, pursuant to 28 U.S.C. § 1338(b) because those claims are joined with substantial and related claims under the Patent and Trademark Laws of the United States.

## FACTUAL BACKGROUND

10.     Lannett has plans to market its Multivitamin With Mineral Capsules, a multivitamin/mineral product containing omega-3 fatty acids for prenatal and postnatal support, within the United States. Dietary multivitamin/mineral and omega-3 fatty acid supplements are prescribed by healthcare professionals throughout pregnancy, during the postnatal period for both lactating and non-lactating mothers, and throughout the childbearing years.

11.     The KV Patents prevent Lannett and other competitors from introducing their competitive multivitamin/mineral and omega-3 fatty acid supplementation products in competition with the KV Defendants' product, PrimaCare One. There is a reasonable likelihood that the KV Defendants will assert a claim for patent infringement against Lannett once its product, Multivitamin With Mineral Capsules, enters the marketplace.

12.     Lannett has a reasonable belief, based upon prior art and the patents' prosecution histories, that the KV Patents are invalid, non-infringed and unenforceable.

13.     Lannett has informed the KV Defendants of its intent to market a product arguably within the scope of the KV Patents.

14.     In light of the apparent invalidity of the KV Patents, Lannett has sought assurances from the KV Defendants that they will not assert their facially invalid patents to block Lannett's entry into the market. The KV Defendants have failed or refused to provide such assurances. Thus, an Article III case or controversy exists between Lannett and the KV Defendants.

15.     The KV Defendants are motivated to maintain their market share, which is comprised of invalid and/or unenforceable patents, to keep Lannett and other competitors from entering the marketplace and to prevent the dilution of KV Defendants' market share for dietary supplement multivitamin/mineral and omega-3 fatty acid products.

## COUNT ONE

### Declaratory Judgment of Noninfringement

16.     Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

4

17.     Upon information and belief, the '846 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on July 10, 2001 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly-owned subsidiary of KV Pharmaceuticals.

18.     Upon information and belief, the '666 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on June 10, 2003 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly owned subsidiary of KV Pharmaceuticals.

19.     Upon information and belief, the '609 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on September 26, 2006 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly owned subsidiary of KV Pharmaceuticals.

20.     The KV Defendants have failed to comply with the requirements of Sections 102 and 103 of Title 35 of the United Stated Code, and other relevant sections of Title 35.

21.     Thus, Lannett has not infringed upon, and will not infringe upon the KV Patents by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or importing such a product into the United States.

22.     Based on the foregoing, an actual and justiciable controversy exists between Lannett and the KV Defendants with respect to the KV Patents.

## COUNT TWO

### Declaratory Judgment of Invalidity

23.     Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

24.     Upon information and belief, the KV Patents are invalid based upon prior art and the patents' prosecution histories.

25.     The KV Patents are invalid for failure to comply with the requirements of sections 102 and 103 of Title 35 of the United States Code, and other relevant sections of Title 35.

5

26.     The KV Patents are invalid. Thus, Lannett has not, is not and will not infringe

upon the KV Patents by making, using, offering to sell or selling its Multivitamin With Mineral

Capsules in the United States, or by importing such a product into the United States.

27.     The KV Patents are invalid. Therefore, Lannett has not induced or contributed to,

and is not inducing or contributing to, infringement of the KV Patents, and will not induce or

contribute to infringement of the KV patents, by making, using, offering to sell or selling its

Multivitamin With Mineral Capsules in the United States, or by importing such a product into

the United States.

## COUNT THREE

### Inequitable Conduct

28.     Lannett repeats, re-alleges and incorporates the allegations in all preceding

paragraphs of this Complaint.

29.     Upon information and belief, the '609 patent is unenforceable based upon the KV

Defendants' inequitable conduct and the patent's prior art and prosecution history.

30.     The '609 patent was filed on June 10, 2003, and issued on September 26, 2006.

31.     The '609 patent is a continuation-in-part of the '666 patent, which is a

continuation-in-part of the '846 patent. In other words, these three patents constitute a family of

patents that claim the KV Defendants' product, PrimaCare One.

32.     Defendants filed a continuation application for the '609 patent on December 26,

2004 as U.S. Application Serial No. 11/021,344 ("the '344 Continuation Application"). The

'344 Continuation Application was filed almost two years before the issuance of the '609 patent

on September 26, 2006, and more than one year after the filing date of the '609 patent on June

10, 2003.

6

33.     On July 12, 2005, Gary J. Connell, Esquire ("Mr. Connell") of Sheridan Ross,

P.C., on behalf of an undisclosed client, filed a third-party submission with the United States

Patent and Trademark Office ("USPTO") stating that European Patent Application EP 0 705 539

A2 ("the '539 Application"), which was published on April 10, 1996, is material to the

patentability of the '344 Continuation Application.  A true and correct copy of the third party

submission is attached hereto as Exhibit 4.  The disclosure reveals that the KV Patents are

invalid and/or unenforceable.

34.     Mr. Connell also mailed a copy of the third-party submission to counsel for the

KV Defendants on July 12, 2005.  Thus, the KV Defendants and their counsel were aware that

the '539 Application was prior art for the '344 Continuation Application.

35.     Mr. Connell's actions clearly demonstrate a desire on the part of his client to

invalidate the KV Defendants' dietary supplement patents via an administrative procedure

through the USPTO in order to enter the dietary supplement market dominated exclusively by

the KV Defendants.

36.     This administrative proceeding has been pending before the USPTO since July

12, 2005, but a decision has not been issued.  However, the proceeding has prevented the

continued prosecution of a fourth patent application for the KV Defendants' product, PrimaCare

One.  As a result, the KV Defendants have been able to maintain their market share and

effectively prevent the entry of other competitors into the marketplace.

37.     On July 12, 2005, Mr. Connell mailed a copy of the third-party submission to

counsel for the KV Defendants.  The '609 patent was issued on September 26, 2006.  Thus, the

KV Defendants knew or should have known that the '539 Application was prior art to the '609

patent about fourteen (14) months prior to issuance of the '609 patent.

7

38.      The '539 Application is material to the patentability of the '344 Continuation Application, and therefore it is also material to the patentability of the '609 patent.

39.      During the prosecution of the '609 patent, the KV Defendants, with knowledge of the '539 Application, did not disclose the reference to the USPTO as a prior art reference.

40.      On October 4, 2005, during the prosecution of the '609 patent, the KV Defendants responded to a Non-final Office Action from the USPTO.

41.      In its written response to the USPTO on October 4, 2005, the KV Defendants were aware of '539 Application but failed to disclose it as prior art. In fact, in their written response, the KV Defendants represented that the "pending claims 53-60 are patentable as written. A notice of allowance is thereby respectfully requested." See Written Response of the KV Defendants dated October 4, 2005 at p. 10, ¶ 3 attached hereto as Exhibit 5. Therefore, the KV Defendants asserted that the application was patentable with full knowledge that they had not disclosed the '539 Application to the USPTO.

42.      On February 21, 2006, USPTO Examiner Jennifer Kim and Primary Examiner ShengJun Wang conducted a personal interview of Sarah Vaz (Reg # 34,747), a representative for the KV Defendants, in furtherance of the prosecution of what would eventually issue as the '609 patent. During this interview, the KV Defendants were aware that the '539 Application was material prior art, but did not disclose the reference to the USPTO examiners.

43.      On March 10, 2006, the KV Defendants submitted an amendment after a Final Office Action to the USPTO in furtherance of the prosecution of what would eventually issue as the '609 patent. The KV Defendants again stated that the "application is in condition for allowance". See Amendment After Final Office Action at p. 4, ¶ 1 attached hereto as Exhibit 6. However, the KV Defendants knew that they had not disclosed the '539 Application to the USPTO Examiner as a material prior art reference to the patentability of the '609 patent.

8

44.    On June 13, 2006, the KV Defendants paid the issue fee to the USPTO in furtherance of the prosecution of what would eventually issue as the '609 patent.

45.    The KV Defendants, however, had a duty of disclosure to reveal all prior art information material to patentability to the USPTO during the prosecution of the '609 patent.

46.    The duty of disclosure arises from case law and the Code of Federal Regulations governing patent procurement. See 37 C.F.R. §§ 1.56, 1.97 and 1.98.

47.    The duty to disclose information material to patentability exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned. See 37 C.F.R. § 1.56.

48.    The Defendants made affirmative statements to the USPTO that the application to eventually issue as the '609 patent was patentable, while intentionally withholding the '539 Application, which was material to patentability of the '609 patent.

49.    The '609 patent is unenforceable. Therefore, Lannett has not infringed upon, and is not infringing upon any claims of the '609 patent, and will not infringe upon any claims of this patent by making, using, offering to sell or selling its Multivitamin With Mineral Capsules, or importing such a product into the United States.

50.    Moreover, Lannett has not induced or contributed to, and is not inducing or contributing to, the infringement of any claims of the '609 patent, and will not induce or contribute to the infringement of any claims of this patent, by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or importing such a product into the United States.

## COUNT FOUR

### Anti-Trust Violations

51.    Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

52.    Upon information and belief, the KV Defendants have obtained and maintained monopoly power in the relevant market for the multivitamin/mineral product containing omega-3 fatty acids for prenatal and postnatal support. The relevant geographic market for this product is the United States.

53.    Upon information of belief, the KV Defendants knew or should have known that the KV Patents are invalid and/or unenforceable, in light of the '539 Application.

54.    The KV Defendants pursued issuance of the '609 patent with the USPTO and allowed the USPTO to issue the '609 patent despite knowledge of the existence of invalidating prior art. Moreover, the KV Defendants have taken no steps to correct defects in the '846 patent and the '666 patent.

55.    Furthermore, upon information and belief, the KV Defendants have not taken any steps to address the prior art issue in the pending '344 Continuation Application currently before the USPTO, despite the undeniable conclusion that there is a third party adversely affected by the pending application and the KV Patents.

56.    Defendants have obtained and maintained their market power through acquisition and maintenance of their fraudulently-procured '609 patent, as well as their invalid '846 and '666 patents.

57.    In light of the apparent and undeniable invalidity of the '846 patent, the '666 patent and the '609 patent, Lannett has requested assurances from the KV Defendants that they will not assert their facially invalid patents to block Lannett's entry into the market. The KV

10

Defendants have failed or refused to provide such assurances. Therefore, an Article III case or controversy exists between Lannett and the KV Defendants.

58.     As a result of the KV Defendants' anticompetitive conduct, Lannett stands to lose substantial sales of its Multivitamin With Mineral Capsules for prenatal and postnatal support. This injury is a competitive injury of the sort that the antitrust laws were intended to prevent because Lannett and the KV Defendants directly compete in the marketing and sale to end-users of multivitamin/mineral products containing omega-3 fatty acids. In addition, Lannett was forced to hire counsel and bring the instant action to obtain redress for the KV Defendants' unlawful and anticompetitive conduct.

59.     The KV Defendants have violated Section 2 of the Sherman Act, 15 U.S.C. § 2, by unlawfully obtaining and maintaining market power in the relevant market by use of threats to enforce patents that the KV Defendants knew were invalid and/or procured fraudulently. Section 4 of the Clayton, 15 U.S.C. § 15(a), authorizes private suits for damages based upon violations of the Sherman Act.

60.     As the result of the KV Defendants' unlawful and anticompetitive conduct described above, Lannett has suffered economic injury.

## COUNT FIVE

### Violation of Deceptive Trade Practices Act

61.     Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

62.     Upon information and belief, the KV Defendants knew or should have known that the '609 patent is invalid and/or unenforceable, especially in light of the '539 Application.

11

63.     The KV Defendants have, and continue to represent, in the course of their business, that PrimaCare One is covered by the '609 patent, when the KV Defendants knew or should have known that this patent was invalid and/or unenforceable.

64.     The KV Defendants have, and continue to advertise that PrimaCare One is covered by the '609 patent, when the KV Defendants knew or should have known that this patent was invalid and/or unenforceable.

65.     Upon information and belief, and in the course of their business, as alleged above, the KV Defendants' conduct violates 6 Del. C. § 2532.

66.     The KV Defendants' conduct violates 6 Del. C. § 2532 and unfairly interferes with Lannett's ability to compete with the KV Defendants on the merits of their products.

67.     Because of the KV Defendants' conduct violating 6 Del. C. § 2532, Lannett has suffered and will continue to suffer economic injury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court order the following relief:

A.     Declare that the Multivitamin With Mineral Capsules sold by Lannett Company Inc. does not infringe upon the claims of the '846 patent, the '666 patent and the '609 patent;

B.     Declare that the claims of the '846 patent, the '666 patent and the '609 patent issued to the KV Defendants are invalid;

C.     Declare that the claims of the '609 patent issued to the KV Defendants are unenforceable; and

D.     Award such other and further relief as this Court deems just and proper.

12

## DEMAND FOR JURY TRIAL

Lannett hereby demands a trial by jury on all issues.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

By: _Sophia Siddiqui_

Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Of Counsel
Samuel H. Israel, Equire
Gerard P. Norton, Equire
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
(215) 299-2000
(215) 299-2150

Attorneys for Plaintiff
Lannett Company Inc.

Date: June 6, 2008


(12) **United States Patent**
Hermelin et al.

(10) Patent No.: **US 6,258,846 B1**
(45) Date of Patent: **Jul. 10, 2001**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, Glendale; **R. Saul Levinson**, Chesterfield; **George Paradissis**, St. Louis, all of MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/323,159**

(22) Filed: **Jun. 1, 1999**

(51) Int. Cl.[7] .......................... **A61K 31/20**; A61K 47/00; A61K 9/68; A61K 9/28; A61K 9/62

(52) U.S. Cl. .......................... **514/558**; 514/559; 514/560; 514/870; 424/439; 424/440; 424/441; 424/461

(58) Field of Search ..................................... 424/439, 440, 424/441, 461; 514/870, 558, 559, 560

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 | 12/1975 | Scott et al. | 426/2 |
| 4,642,317 | 2/1987 | Palmquist et al. | 514/558 |
| 5,004,728 | 4/1991 | Chalupa et al. | 514/12 |
| 5,143,737 | 9/1992 | Richardson | 426/2 |
| 5,264,217 | 11/1993 | Horrobin | 424/439 |
| 5,562,913 | * 10/1996 | Horrobin | 424/401 |
| 5,635,198 | 6/1997 | Nishimura et al. | 424/438 |
| 5,744,161 | * 4/1998 | Majeed | 424/464 |
| 5,776,504 | * 7/1998 | McCarthy | 424/682 |

OTHER PUBLICATIONS

The Merck Manual 185: 968 (16th Ed. 1992).
The Merck Manual 185: 1929–1931 (16th Ed. 1992).
*Physicians Desk Reference* (*PDR*), 53rd Ed., 1011, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 1522–3, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 1692, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 2802, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 2916–17, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 2917–18, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 3128, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 3163, 1999.
*Physicians Desk Reference* (*PDR*), 53rd Ed., 3212, 1999.
Whitney, E. and Rolfes, S., *Understanding Nutrition, 6th* Ed., 136–40, 1993.
Whitney, E. and Rolfes, S., *Understanding Nutrition, 6th* Ed., 493–504, 1993.

* cited by examiner

*Primary Examiner*—Russell Travers
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath; Joshua B. Goldberg

(57) **ABSTRACT**

The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linolenic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**22 Claims, No Drawings**

1

# NUTRITIONAL SUPPLEMENTS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

### 2. Description of the Related Art

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See *The Merck Manual*, 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., *Understanding Nutrition*, 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a woman's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids support

2

most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.

Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.

Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition, Whitney and Rolfe*, 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a hazzard of long term low fat parental dieting. *The Merck Manual*, 16th Ed., 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically,

3

Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The *Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference*, (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum,

4

5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Indiana, provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothenic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is vindicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See *Physicians' Desk Reference*, (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/ mineral supplement, available from Solvay Pharmaceuticals, Marietta, Georgia, contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of

US 6,258,846 B1

5

vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin B₆, 1 mg
of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg
of copper per dose. Precare® "is indicated to provide
vitamin and mineral supplementation throughout pregnancy
and during the postnatal period-for both lactating and non-
lactating mothers and is available only in caplet form. See
Id. at 3163.

Natafort® prenatal multivitamin, available from Warner
Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A,
400 I.U. of vitamin D₃, 11 I.U. of vitamin E, 120 mg of
vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate,
3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin
B₆, 12 mcg of vitamin B₁₂, and 60 mg of iron per dose.
Natafort® is designed "to provide vitamin and mineral
supplementation throughout pregnancy and during the post-
natal period, for both the lactating and non-lactating mother"
and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women
with essential fatty acids in amounts and proportions nec-
essary to optimize infant neurological development. Further,
the prenatal nutritional supplements containing vitamins and
minerals are entirely lacking in essential fatty acids. In the
case of the enriched ruminant milk, while this milk may be
a good source of fatty acids for adults, ruminant milk is not
recommended for infants because even supplemented for-
mula cannot match the immunological benefits of breast
milk.

Therefore, there remains a need for a nutritional formu-
lation which optimizes infant neurological development. It
is also desirable to have nutritional formulations which
prevent a woman's stores of fatty acids from becoming
depleted during lactation. There is also a particular need for
nutritional formulations which provide essential fatty acids
in optimal ratios and amounts, along with required vitamins
and minerals. Moreover, it is desirable to have formulations
and methods which prepare a woman's body for the stresses
imposed by lactation.

SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter
overcome the deficiencies of currently-available nutritional
supplements by providing formulations which are specifi-
cally tailored for women during the period prior to and
during lactation and which optimize infant neurological
development while inhibiting depletion of a nursing moth-
er's nutritional stores. The present compositions contain a
novel combination of fatty acids in critical ratios and
amounts, optionally in combination with various vitamins
and minerals.

In one embodiment of the inventive subject matter, a
composition comprises a first fatty acid compound selected
from the group consisting of linoleic acid, linolenic acid, a
derivative thereof and a combination thereof in an amount
ranging from about 10 mg to 100 mg; and a second fatty acid
compound selected from the group consisting of a docosa-
hexaenoic acid compound, an omega-3 fatty acid, and
omega-2 fatty acid, a derivative thereof and a combination
thereof in an amount ranging from about 10 mg to 100 mg;
wherein the weight ratio of the first fatty acid compound to
the second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the inventive subject matter, a
composition comprises a first fatty acid compound selected
from the group consisting of linoleic acid, linolenic acid, a
derivative thereof and a combination thereof in an amount
ranging from 10 mg to 100 mg; a second fatty acid com-
pound selected from the group consisting of a docosa-

6

hexaenoic acid compound, an omega-3 fatty acid, and
omega-2 fatty acid, a derivative thereof and a combination
thereof in an amount ranging from about 10 mg to 100 mg;
a vitamin B6 compound or derivative thereof in a range of
about 20 mg to 125 mg; a folic acid compound or derivative
thereof in a range of about 0.1 mg to 3 mg; and a calcium
compound or derivative thereof in a range of about 100 mg
to 1000 mg. The weight ratio of the first fatty acid compound
to the second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a
composition comprises a first fatty acid compound selected
from the group consisting of linoleic acid, linolenic acid, a
derivative thereof and a combination thereof in an amount
ranging from 10 mg to 100 mg; a second fatty acid com-
pound selected from the group consisting of a docosa-
hexaenoic acid compound, an omega-3 fatty acid, and
omega-2 fatty acid, a derivative thereof and a combination
thereof in an amount ranging from about 10 mg to 100 mg;
a vitamin B6 compound or derivative thereof in a range of
about 20 mg to 125 mg; a folic acid compound or derivative
thereof in a range of about 0.1 mg to 3 mg; a calcium
compound or derivative thereof in a range of about 100 mg
to 1000 mg; a magnesium compound or derivative thereof in
a range of about 25 mg to 400 mg; a vitamin C compound
or derivative thereof in a range of 25 mg to 400 mg; and a
vitamin E compound or derivative thereof in a range of 10
mg to 400 mg. The weight ratio of the first fatty acid
compound in the composition to the second fatty acid
compound in the composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a
composition for administration to a female mammal for
enriching the milk of said female mammal to optimize
neurological development of a neonate being nursed by the
female mammal, which comprises about 10 mg to 1000 mg
per 55 kg of said mammal's body weight of a first fatty acid
compound for each compound selected from the group
consisting of a linoleic acid compound, a linolenic acid
compound, a derivative thereof and a combination thereof;
about 10 mg to 1000 mg of a second fatty acid compound
selected from the group consisting of a docosahexaenoic
acid compound, an omega-3 fatty acid, an omega-2 fatty
acid, a derivative thereof and a combination thereof; and
wherein the weight ratio of said first fatty acid compound to
said second fatty acid compound is about 1:0.01 to 10.

In yet another embodiment of the inventive subject
matter, a composition for administration to a woman for
enriching the breast milk of said woman to optimize neu-
rological development of an infant breast-fed by the woman,
which comprises about 10 mg to 1000 mg of a first fatty acid
compound for each compound selected from the group
consisting of a linoleic acid compound, a derivative thereof
and a combination thereof; about 10 mg to 1000 mg of a
second fatty acid compound selected from the group con-
sisting of a docosahexaenoic acid compound, an omega-3
fatty acid, an omega-2 fatty acid, a derivative thereof and a
combination thereof; and wherein the weight ratio of said
first fatty acid compound to said second fatty acid compound
is about 1:0.01 to 10.

The inventive subject matter also provides a method for
enriching the breast milk of a woman to optimize neuro-
logical development of her breast-fed infant, which com-
prises administering a first fatty acid compound to the
woman during a period which begins at least at about the
tenth week of pregnancy. This first fatty acid compound is
selected from the group consisting of a linoleic acid
compound, a linolenic acid compound, a derivative thereof
and a combination thereof. It also involves administering a

7

second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present inventive subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the to a female mammal for enriching the milk of said female mammal to optimize neurological development of the neonate, which comprises: administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first

8

fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "lagent", "lactive agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

9

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Futher, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefitting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade,

10

linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 and 2 series prostaglandin respectively, as shown in the outline below:



The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combinations thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

11

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts here in r efer to those regularly used organi c or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably, the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably

12

present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component

13

14

formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as

rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or

15

more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg)*10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclu-

16

sion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

### EXAMPLES

#### Example 1

The following formulations are used to prepare compositions for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

#### Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

17

| Component (in mg unless otherwise indicted) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin $D_3$ (I.U.) | 400 | — |
| Vitamin $B_6$ | 125* | 125* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethyl cellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

### Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin $B_6$ | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To

18

this combined oil and wax mixture, folic acid, vitamin $B_6$, iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound;

and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

2. The method of claim 1, wherein said method additionally comprises providing a vitamin compound or derivative thereof to said woman together with said first and second fatty acid compounds.

3. The method of claim 2, wherein the vitamin compound is selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin C compound, a vitamin D compound, a vitamin E compound and combinations thereof.

4. The method of claim 3, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to 400 mg.

5. The method of claim 3, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 mg to 400 mg.

6. The method of claim 1, wherein said method further comprises providing a biologically-acceptable mineral compound or derivative thereof to said woman together with said first and second fatty acid compounds.

7. The method of claim 6, wherein said biologically-acceptable mineral compound is selected from the group consisting of calcium, magnesium, iron and combinations thereof.

19

**8**. The method of claim **7**, wherein the calcium is present in said composition in an amount of about 300 mg to 2500 mg.

**9**. The method of claim **1**, wherein said method further comprises providing to said woman a biologically active substance together with said first and second fatty acid compounds.

**10**. The method of claim **1**, wherein said method is adapted to meet specific physiological needs of a breast-feeding mother.

**11**. The method of claim **1**, wherein said first and second fatty acids are provided in an oral dosage form.

**12**. The method of claim **11**, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

**13**. The method of claim **11**, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurt, gelatin, cereal and combinations thereof.

**14**. The method of claim **1**, wherein said first and second fatty acids are administered once during a twenty four hour period of time.

**15**. The method of claim **1**, wherein said first and second fatty acids are administered at least twice during a twenty four hour period of time.

**16**. The method of claim **1**, wherein said method increases the quantity of breast milk produced during lactation.

**17**. The method of claim **1**, wherein said method prevents deficiency of essential fatty acids in the woman.

**18**. The method of claim **1**, wherein said method further comprises providing indicia indicating a time period for administration of said first and second fatty acid compounds.

**19**. The method of claim **1**, wherein said method extends the duration of the period of lactation.

**20**. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg of a first fatty acid compound;

administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg, and said second fatty acid

20

compound being administered together with said first fatty acid compound; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

**21**. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg;

administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof and provided in about 10 mg to 100 mg, said second fatty acid compound being administered together with said first fatty acid compound;

administering a nutritional compound to said woman during the period commencing at least at about the tenth week of pregnancy, said nutritional compound being selected from the group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and second fatty acid compounds;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

**22**. A method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises:

administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound;

and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

*     *     *     *     *



US006576666B2

(12) **United States Patent**
Hermelin et al.

(10) Patent No.: **US 6,576,666 B2**
(45) Date of Patent: **Jun. 10, 2003**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, Glendale, MO (US); **R. Saul Levinson**, Chasterfield, MO (US); **George Paradissis**, St. Louis, MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/885,158**

(22) Filed: **Jun. 21, 2001**

(65) **Prior Publication Data**

US 2002/0032234 A1 Mar. 14, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/323,159, filed on Jun. 1, 1999, now Pat. No. 6,258,846.

(51) **Int. Cl.**[7] ........................ **A61K 31/20**; A61K 31/44; A61K 31/495; A61K 31/50; A61K 31/34

(52) **U.S. Cl.** ...................... **514/560**; 514/345; 514/249; 514/474; 514/458

(58) **Field of Search** ................................. 514/560, 345, 514/249, 474, 458

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 A | 12/1975 | Scott et al. | .................... 426/2 |
| 4,642,317 A | 2/1987 | Palmquist et al. | .......... 514/588 |
| 4,753,926 A * | 6/1988 | Lucas et al. | .................. 514/2 |
| 5,004,728 A | 4/1991 | Chalupa et al. | .......... 514/12 |
| 5,143,737 A | 9/1992 | Richardson | .................... 426/2 |
| 5,264,217 A | 11/1993 | Horrobin | .................. 424/439 |
| 5,562,913 A | 10/1996 | Horrobin | .................... 424/401 |
| 5,635,198 A | 6/1997 | Nishimura et al. | ......... 424/438 |
| 5,744,161 A | 4/1998 | Majeed et al. | .............. 424/464 |
| 5,776,504 A | 7/1998 | McCarty | .................... 424/682 |

OTHER PUBLICATIONS

Clark et al, 117CA:25288, 1992.*
FDA (United States Food and Drug Administration), 104CA:4736, 1985.*
Alvarez et al. 107CA:22135, 1986.*
The Merck Manual 185: 968 (16th Ed. 1992).
The Merck Manual 185: 1929–1931 (16th Ed. 1992).
Physician Desk Reference (PDR), 53rd Ed., 1011, 1999.
Physician Desk Reference (PDR), 53rd Ed., 1522–3, 1999.
Physician Desk Reference (PDR), 53rd Ed., 1692, 1999.
Physician Desk Reference (PDR), 53rd Ed., 2802, 1999.
Physician Desk Reference (PDR), 53rd Ed., 2916–17, 1999.
Physician Desk Reference (PDR), 53rd Ed., 2917–18, 1999.
Physician Desk Reference (PDR), 53rd Ed., 3128, 1999.
Physician Desk Reference (PDR), 53rd Ed., 3163, 1999.
Physician Desk Reference (PDR), 53rd Ed., 3212, 1999.
Whitney, E. and Rolfes, S., Understanding Nutrition, 6th Ed., 136–40, 1993.
Whitney, E. and Rolfes, S., Understanding Nutrition, 6th Ed., 493–504, 1993.

* cited by examiner

Primary Examiner—Russell Travers
(74) Attorney, Agent, or Firm—Nath & Associates PLLC; Gary M. Nath

(57) **ABSTRACT**

The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linolenic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**23 Claims, No Drawings**

1

## NUTRITIONAL SUPPLEMENTS

This application is a continuation application of U.S. patent application Ser. No. 09/323,159, filed Jun. 1, 1999 now U.S. Pat. No. 6,258,846, the entire contents of which are hereby incorporated by reference in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

2. Description of the Related Art

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See The Merck Manual, 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., Understanding Nutrition, 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a women's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

2

The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids support most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.

Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.

Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. Understanding Nutrition, Whitney and Rolfe, 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a

**3**

hazzard of long term low fat parental dieting. *The Merck Manual, 16th* Ed., 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The *Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20

**4**

mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See *Id.* at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Ind., provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothentic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See *Id.* at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See *Id.* at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See *Id.* at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Ga., contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See *Id.* at 3128.

5

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin B₆, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatel period—for both lactating and nonlactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin D₃, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin B₆, 12 mcg of vitamin B₁₂, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

## SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores. The present compositions contain a novel combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

In one embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; wherein the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a

6

derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; and a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg. The weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400 mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition for administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

In yet another embodiment of the inventive subject matter, a composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

The inventive subject matter also provides a method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is

**7**

selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present invention subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the to a female mammal for enriching the milk of said female mammal to optimize neurological development of the neonate, which comprises: administer-

**8**

ing a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one

9

class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Further, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefitting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid

10

cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 or 2 series prostaglandin respectively, as shown in the outline below:



The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combination thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic

US 6,576,666 B2

11

acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably,

12

the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from about 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folio acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release; sustained release, delayed release, long acting, and combinations thereon. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is per-

13

formed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before

14

compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as

15

diethyl phthalate, diethyl sebacate and castor oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg) *10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

16

The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

## EXAMPLES

### Example 1

The following formulations are used to prepare compositions for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
| --- | --- | --- | --- |
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

### Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

US 6,576,666 B2

17
18

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Realease Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin B (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin D₃ (I.U.) | 400 | — |
| Vitamin B₆ | 125* | 125* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

### Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 0.3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B₆,

iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservative, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

   a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

   b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;

   c) about 10 mg to 125 mg of a vitamin B₆ compound or derivative thereof;

   d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

   e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

   f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

   g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

   wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

2. The composition of claim 1, wherein said composition additionally contains a biologically active substance.

3. The composition of claim 2, wherein the biologically active substance is a lactogen compound or derivative thereof.

4. The composition of claim 1, wherein said composition is administered during a period commencing no later than the tenth week of pregnancy.

5. The composition of claim 1, wherein said composition is administered during a period of time commencing at least at about the tenth week of pregnancy.

6. The composition of claim 1, wherein said composition is adapted to meet specific physiological needs of a breast-feeding mother.

19

**7**. The composition of claim **1**, wherein said composition is in an oral dosage form.

**8**. The composition of claim **7**, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

**9**. The composition of claim **7**, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurts, gelatin, cereal and combinations thereof.

**10**. The composition of claim **1**, wherein said composition is administered once during a twenty four hour period of time.

**11**. The composition of claim **1**, wherein said composition is administered at least twice during a twenty four hour period of time.

**12**. The composition of claim **1**, wherein said composition increases lactogenesis.

**13**. The composition of claim **1**, wherein said composition increases the quantity of breast milk produced during lactation.

**14**. The composition of claim **1**, wherein said composition prevents deficiency of essential fatty acids in the woman.

**15**. The composition of claim **1**, wherein said composition is provided with indicia indicating a time period of use.

**16**. The composition of claim **15**, wherein said time period of use is prior to, during and after lactation.

**17**. The composition of claim **15**, wherein said time period commences at about the tenth week of pregnancy.

**18**. The composition of claim **1**, wherein said composition extends the duration of the period of lactation.

**19**. The composition of claim **1**, wherein said composition improves quality of said breast milk.

**20**. The composition of claim **1**, wherein said composition achieves enrichment of said breast milk through a natural biological pathway.

**21**. The composition of claim **1**, additionally comprising a vitamin compound selected from the group consisting of a

20

vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof.

**22**. The composition of claim **1**, further comprising a biologically-acceptable mineral compound which is iron.

**23**. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to about 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

b) about 10 mg to about 1000 mg of a second fatty acid compound for each compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, a derivative thereof and a combination thereof;

c) a vitamin compound selected from the group consisting of about 10 mg to about 200 mg of a vitamin $B_6$ compound or derivative thereof, about 0.1 mg to about 3 mg of a folic acid compound or derivative thereof, about 25 mg to about 500 mg of a vitamin C compound or derivative thereof, about 10 mg to about 400 mg of a vitamin E compound or derivative thereof, and combinations thereof; and

d) a biologically acceptable mineral compound which is selected from the group consisting of about 100 mg to about 2000 mg of a calcium compound or derivative thereof, about 25 mg to about 400 mg of a magnesium compound or derivative thereof, and combinations thereof;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

* * * * *

US007112609B2

(12) **United States Patent**
Hermelin et al.

(10) Patent No.: **US 7,112,609 B2**
(45) Date of Patent: **\*Sep. 26, 2006**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, St. Louis, MO (US); **R. Saul Levinson**, Chesterfield, MO (US); **George Paradissis**, St. Louis, MO (US)

(73) Assignee: **DrugTech Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/457,647**

(22) Filed: **Jun. 10, 2003**

(65) **Prior Publication Data**

US 2003/0216351 A1 Nov. 20, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/885,158, filed on Jun. 21, 2001, now Pat. No. 6,576,666, which is a continuation of application No. 09/323,159, filed on Jun. 1, 1999, now Pat. No. 6,258,846.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/20* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 9/20* | (2006.01) |
| *A61K 9/64* | (2006.01) |
| *A61K 9/46* | (2006.01) |

(52) **U.S. Cl.** .................. **514/560**; 514/557; 514/558; 424/464; 424/456; 424/466; 424/489; 424/400

(58) **Field of Classification Search** ............... 514/725, 514/52, 167, 168, 458, 165, 420, 474, 560, 514/558, 557; 424/464, 456, 466, 489, 400
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 | A | 12/1975 | Scott et al. |
| 4,642,317 | A | 2/1987 | Palmquist et al. |
| 4,996,233 | A | 2/1991 | Horrobin |
| 5,004,728 | A | 4/1991 | Chalupa et al. |
| 5,116,624 | A | 5/1992 | Horrobin et al. |
| 5,143,737 | A | 9/1992 | Richardson |
| 5,198,468 | A | 3/1993 | Horrobin |
| 5,264,217 | A | 11/1993 | Horrobin |
| 5,550,156 | A | 8/1996 | Kyle |
| 5,562,913 | A | 10/1996 | Horrobin |
| 5,601,860 | A | 2/1997 | Lien et al. |
| 5,635,198 | A | 6/1997 | Nishimura et al. |

| | | | |
|---|---|---|---|
| 5,744,161 | A | 4/1998 | Majeed et al. |
| 5,776,504 | A | 7/1998 | McCarty |
| 6,150,411 | A * | 11/2000 | Stordy ........................ 514/559 |
| 6,258,846 | B1 | 7/2001 | Hermelin et al. |
| 6,576,666 | B1 | 6/2003 | Hermelin et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0611568 | 8/1994 |

OTHER PUBLICATIONS

Merck Index, 10th ed., Windholz et al, Eds. Merck &Co. Rahway, NJ, 1983, #6062.*
PDR, 54, ED, Medical Econmics Co., Montvale, NJ, 2000, pp. 1534, 2766-2767, 1069-1070, 2961-2963.*
Food Chem &Nutritional Biochem, Zapsalis et al, Wiley &Sons, NY, p. 986.*
Food, Nutrition and Diet therapy, Krause et al, Eds., Saunders Philadelphia PA, 1985, p. 830.*
Merck Index, 10th ed. Windholz et alEds. Merck &Co, Rahway, NJ, 1983, # 6062.*
PDR, 54 edition, Medical Economics Co. Montvale NJ, pp. 2766-2767, 1069-1070, 2961-2963, 2000.*
Food Chem. & Nutritional biochem, Zapsalis et al Eds. Wiley & Sons NY, pp. 986, 1985.*
Saunders, Food, Nutrition and Diet Therapy, Krause et al., Eds., 1986, p. 830, Saunders, Philadelphia PA.
Merck & Co., Merck Index 10th Ed., Windholz et al. Eds., 1983, p. 6064, Merck & Co., Rahway, NJ.
Medical Economics Company, Physician's Desk Reference For Nonprescription Drugs, 54th Edition, 2000, pp. 1534, 1069-1070, 2766-2767, 2961-2963, Medical Economics Co., Montvale, NJ.
Wiley & Sons, Food Chem. & Nutritional Biochem, Zapsalis et al. Eds., 1985, p. 986.
The Merck Manual, (16th ed.) 1993, 185:1929-1931.
Physician's Desk Reference For Nonprescription Drugs, (9th ed., 1988) 718.
Whitney & Rolfe, Understanding Nutrition 6th Ed., Whitney et al., 1993, pp. 136-140, 493-504.

* cited by examiner

*Primary Examiner*—Sheng Jun Wang
*Assistant Examiner*—Jennifer Kim
(74) *Attorney, Agent, or Firm*—Blackwell Sanders Peper Martin LLP

(57) **ABSTRACT**

The present disclosure relates to novel nutritional methods and compositions containing essential fatty acids which optimize embryonic, fetal and child neurological development and provide improved nutritional support for women prior to and during lactation. Further the methods and compositions improve gestational length and birth weight. The nutritional methods and compositions are also intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**8 Claims, No Drawings**

US 7,112,609 B2

1

# NUTRITIONAL SUPPLEMENTS

"This application is a CIP of Ser. No. 09/885,158 filed on Jun. 21, 2001 now U.S. Pat. No. 6,576,666, which is a CON of Ser. No. 09/323,159 filed on Jun. 1, 1999 now U.S. Pat. No. 6,258,846."

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is directed to novel methods for administering compositions containing essential fatty acids for use by pregnant and/or lactating women to optimize infant neurological development, length of gestation, and birth weight and to provide improved nutritional support for women prior to, during and after lactation. Further, the invention is also directed to methods for prevention and treatment of essential fatty acid deficiencies and conditions related or derived therefrom.

### 2. Description of the Related Art

Essential fatty acids (EFAs) are important for all humans in general, and women specifically. Failure to ingest the appropriate amount of essential fats daily may result in improper digestion, which in turn may cause inadequate absorption of other nutritional factors, including vitamins and minerals. Additionally, the body derives its energy from triglycerides, a molecule of glycerol with three fatty acids attached. Stored fatty acids support bodily functions, and are especially important when individuals are between meals or must go without food. Furthermore, the body cannot produce all the necessary fatty acids it requires. An example of such are both linolenic and linoleic acids. Thus a failure in the intake of the proper amount of EFAs can have wide ranging negative implications. Furthermore, insufficient daily intake of EFAs can lead to various levels of failure in a woman's reproductive system.

For this reason, it is especially important in the case of women who are pregnant or breast feeding or plan to become pregnant or plan to breast feed that methods of nutritional supplementation of dietary compositions containing EFAs be developed.

All major fatty acid classes were altered in the pregnant state. Of these differences in polymorphonuclear leukocytes, oleic acid and αα-linolenic acid have been shown to significantly increase (13 and 26%, respectively) and stearic acid and arachidonic acid (AA) has been shown to significantly decrease (8 and 30%, respectively). This may suggest that attenuated PMN function in pregnancy may originate from a reduction in the available pool of cellular fatty acids. Furthermore, this reduction arises as a direct result of a pregnancy-induced shift in circulating fatty acids from polyunsaturated to monounsaturated forms. Clin Diagn Lab Immunol. 1999 Jul. 6 (4): 587–593. These shifts in circulating EFAs, have been implicated in low birth weight, shorten gestation and in the occurrence of birth defects.

Due to a new born infant's high growth rate and nutritionally dependent state upon the mother, EFAs in the mother's diet continue to be important after birth especially if the mother is to breast feed.

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See The Merck Manual, 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in

2

view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., Understanding Nutrition, 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a woman's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

The presence of EFAs in breast milk is significant for various reasons, as described below. Because the body derives most of its energy from stored triglycerides, and the body cannot make all the EFAs it requires, for example linoleic acid or linolenic acid, these indispensable EFAs must be supplied through the infant's food food. Again, EFAs are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes. Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant

US 7,112,609 B2

**3**

requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Women may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition, Whitney and Rolfe, 6th Ed.*, 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a hazzard of long term low fat parental dieting. *The Merck Manual, 16th Ed.*, 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty

**4**

acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. *The Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference*, (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Ind., provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothentic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the

US 7,112,609 B2

5

postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Physicians' Desk Reference, (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Ga., contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin B6, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period-for both lactating and non-lactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the post-natal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It

6

is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

SUMMARY OF THE INVENTION

The methods of the present inventive subject matter for administering compositions containing essential fatty acids for use by pregnant and/or lactating women overcome the deficiencies of currently available methods.

In one embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to a pregnant or lactating woman, wherein at least two of the essential fatty acids are selected from the group consisting of linoleic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the pregnant or lactating woman; and wherein the essential fatty acids maximize the weight of a member selected from the group consisting of an embryo, a fetus or a multiple gestation.

In another embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to the pregnant or lactating woman, wherein at least two of the essential fatty acids are selected from the group consisting of linoleic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid, and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the pregnant or lactating woman; and wherein the essential fatty acids optimize the length of gestation of a member selected from the group consisting of an embryo, a fetus or a multiple gestation.

In yet another embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to a woman, wherein at least two of the essential fatty acids are selected from the group consisting of linoleic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid, and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the woman; and wherein the essential fatty acids treat essential fatty acid deficiencies in the woman.

DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

US 7,112,609 B2

7

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

"Essential fatty acids" or EFAs may refer to any fatty acid that may be utilized by the body, and included, without limitation, chemical chains of carbon, hydrogen, and oxygen atoms that are part of a fat (lipid), are a major component of triglycerides, which may be classified as either saturated, polyunsaturated, or monounsaturated, and may be found in nature or produced synthetically. They may include without limitation cholesterol, prostaglandins, lecithin, choline, inositol, conjugated linolenic acid, myristic acid, palmitic acid, stearic acid, oleic acid, alpha-linolenic acid, eicosapentaenoic acid, docosapentaenoic acid, docosahexanoic acid, linolenic acid, gamma-linolenic acid, linoleic acid, omega 3 fatty acids, omega 6 fatty acids, omega 9 fatty acids, polyunsaturated fatty acids, long-chained polyunsaturated fatty acids, arachidonic acid, monounsaturated fatty acids, precursors of fatty acids, and derivatives of fatty acids.

The compositions and methods of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations may improve the nutritional status of a woman prior to conception. Second, the formulations may increase fetal birth weight. Third, the formulations and methods may increase the length of gestation. Fourth, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Fifth, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Sixth, the fatty acids optimize the overall development and neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides for methods and compositions designed to be administered to a woman prior to the onset of pregnancy for the purpose of improving nutritional status prior to conception; methods and compo-

8

sitions designed to be administered during pregnancy to provide adequate nutrition for the pregnant woman and the developing embryo, embryos, fetus or fetuses; methods and compositions for administration during pregnancy to provide adequate nutrition to the pregnant woman and the developing embryo, embryos, fetus or fetuses for the purpose of increasing or maximizing the length of gestation and/or increasing or maximizing birth weight; and methods and compositions for the purpose of both enriching the woman's breast milk for the benefit of the child or children and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where, in the absence of taking the present composition, breast-feeding would have been either unsafe or outright impossible. Infants undergoing gestation while the mother's diet is modified according to the methods and compositions of the present invention, as described herein, may undergo advantageous in utero development and increase gestational duration. Furthermore, infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Further still, the present methods and compositions will help a postpartum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present methods and compositions will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during pregnancy and prior to and during lactation, embryos and fetuses in utero contemporaneously with said administration may experience increase in birth weight and length of gestation, as well as maximized development and that infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at least ten weeks after conception, preferably at least ten weeks prior to conception and continuing through out the pregnancy and lactation period, and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant or infants and mother. In addition to benefitting a developing human embryo or fetus, as well as a breast-feeding human infant, the present invention can also benefit the embryo, fetus and/or spring of non-human mammals wherein the mother mammal's diet is supplemented according to the methods and compositions of the present invention before, during or after pregnancy and said offspring are nursed by their mothers. The methods and compositions of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals without limitation.

Without being limited by theory, the present compositions maintain and stabilize fatty acid levels in the blood before, during and after pregnancy and lactation. Maintenance and stabilization of fatty acid levels in the blood may serve beneficially in numerous bodily functions of both the mother and the embryo or fetus, such as, for example immunological development, immunoregulation and immunoresponse, production and maintenance of appropriate levels of various

US 7,112,609 B2

9

hormones beneficial to pregnancy, birth and lactation, such as for example, prostaglandin. Prostaglandin may serve to increase the duration of gestation. Additionally, maintenance and stabilization of EFA levels in the pregnant mother serves to maximize the development of the embryo or fetus neurologically and physically. Further, maintenance of fatty acid levels in the body of the mother may stimulate the production of breast milk which is enriched with the EFAs in amounts which optimize infant neurological development. These methods and compositions achieve such benefit to both woman who is planning to conceive or is pregnant and the enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linoleic acid and then to further metabolites such as dihomo-gamma-linoleic acid and arachidonic acid which are precursors of 1 and 2 series prostaglandin respectively, as shown in the outline below:



cis-Linoleic Acid
(9,12-octadecadienoic acid)

GLA
(gamma-linoleic acid i.e.
6,9,12-octadecatrienoic acid)

DGLA
ester reserves
(small)

DGLA
(dihomo-gamma-linoleic acid
i.e. 3,11,14 eicosatrienoic acid)

1 series
endoperoxides

AA
(Arachadonic acid, i.e.
5,8,11,14-eicosatrienoic acid)

1 series
PG's

The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combinations thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

10

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging

US 7,112,609 B2

11

12

from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably, the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 4 mg and may be in either immediate release or controlled release form. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, nutrition or health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extruded or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

US 7,112,609 B2

13

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures

14

and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg)*10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present methods and compositions are adapted to meet the specific physiological needs of a woman planning to conceive, a woman who is pregnant, either with a single or multiple pregnancy, and/or a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the

US 7,112,609 B2

15

present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The methods and compositions of the present inventive subject matter are preferably administered during a period commencing no later than at least the tenth week of pregnancy. Preferably, the methods and compositions are administered beginning about ten weeks prior to pregnancy. Also preferably, the methods and compositions are administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present inventive subject matter includes methods for; improving and/or maximizing a woman's nutritional status prior to pregnancy; increasing and/or improving the length of gestation; improving and/or maximizing the development of an embryo, embryos, fetus or fetuses; and enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional supplement for the mother. The methods include administering the compositions as early as three months prior to conception.

The present compositions and methods may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

EXAMPLES

Example 1

The following formulations are used to prepare compositions for administration to women prior to and during pregnancy and lactation:

16

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 20 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin D₃ (I.U.) | 400 | 400 | 400 |
| Vitamin B₆ | 20 | 125 | 20 |
| Folic Acid | 2.0 | 2.0 | 2.0 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during pregnancy and lactation:

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin D₃ (I.U.) | 400 | — |
| Vitamin B₆ | 125* | 125* |
| Folic Acid | 2.5* | 2.5* |
| Iron | 90* | |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

Example 3

The following compositions are used to prepare products for administration to women prior to and during pregnancy and lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |

US 7,112,609 B2

17

-continued

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

The following compositions are used to prepare products for administration to women prior to and during pregnancy and lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | — | 100 | — | 10 | 100 | 20 |
| Linolenic Acid | — | 100 | — | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 20 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 5

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B6,

18

iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

**1.** A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linolenic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linolenic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

about 10 mg to 125 mg of a vitamin B.sub.6 compound;

about 0.1 mg to 3 mg of a folic acid compound;

about 100 mg to 2,000 mg of a calcium compound;

about 25 mg to 500 mg of a vitamin C compound; and

about 10 mg to 400 mg of a vitamin E compound, wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

**2.** The method of claim **1** wherein the supplements are in an oral dosage form.

**3.** The method of claim **2** wherein the oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

**4.** The method of claim **2**, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet and combinations thereof.

**5.** The method of claim **1** wherein the nutritional supplement further comprising administering a vitamin compound selected from the group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin D compound and combinations thereof.

**6.** The method of claim **1** further comprising administering iron.

**7.** The method of claim **1**, wherein the administration occurs once during a twenty-four hour period.

**8.** The method of claim **1**, wherein the administration occurs at least twice during a twenty-four hour period.

* * * * *

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re the Application(s) of: | ) Group Art Unit: Not Yet Assigned |
| | ) |
| HERMELIN et al. | ) Examiner: Not Yet Assigned |
| | ) |
| Application No.: 11/021,344 | ) **THIRD PARTY SUBMISSION OF** |
| | ) **PATENTS OR PUBLICATIONS** |
| Filed: Dec. 22, 2004 | ) **UNDER 37 C.F.R. § 1.99** |
| | ) |
| Publication No.: 2005/0101670 | ) |
| | ) |
| Published: May 12, 2005 | ) |
| | ) |
| For: NUTRITIONAL SUPPLEMENTS | ) |

*EXPRESS MAIL* LABEL NUMBER: EV 368074631 US
DATE OF DEPOSIT: July 12, 2005

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS
BEING DEPOSITED WITH THE UNITED STATES POSTAL
SERVICE *EXPRESS MAIL POST OFFICE TO
ADDRESSEE* SERVICE UNDER 37 C.F.R. 1.10 ON THE
DATE INDICATED ABOVE AND IS ADDRESSED TO: MAIL
STOP AMENDMENT, COMMISSIONER FOR PATENTS,
P.O. BOX 1450, ALEXANDRIA, VA 22313-1450.

TYPED OR PRINTED NAME: ___Kristin Heil___

SIGNATURE: _Kristin M Heil_

**Mail Stop: Amendments**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

07/15/2005 BABRAHA1 00000052 11021344
01 FC:1806                              180.00 OP

Dear Sir:

The undersigned, having reviewed the specification and the claims of the above-identified

patent application, and having formed the opinion that the subject matter of said application(s) is

not patentable in view of certain prior art references, and as a consequence thereof being further

of the opinion that the grant by the United States Patent and Trademark Office of a patent to the

applicants of the above-identified patent application would be contrary to the public interest,

does hereby submit the following prior art references pursuant to 37 C.F.R. § 1.99. Please note

that at least one of the prior art references was redacted as permitted (MPEP 610).

The above-mentioned application was published less than two months prior to the instant

submission.

Attached hereto in accordance with 37 C.F.R. § 1.99 are: (1) the fee as set forth in §

1.17(p) of $180.00 as required under 1.99(b)(1); (2) a listing on the accompanying form

OK
To
scan

WILLIAM R. DIXON, JR.
SPECIAL PROGRAM EXAMINER
8/2/05

Express Mail Label No.: EV 368074631 US
Application No.: 11/021,344
**Third Party Submission of Patents or**
**Publications Under 37 C.F.R. § 1.99**

PTO-1449 of the patents and publications relied upon; (3) a copy of each listed patent or

publication in written form and (4) a certification that the submission was served upon the

applicant in accordance with § 1.248.

The Examiner is respectfully requested to reject each and every one of the presently

pending claims in the instant application(s) as anticipated and/or obvious over the cited prior art.

Respectfully submitted,

SHERIDAN ROSS P.C.

By: _____
Gary J. Connell
Registration No. 32,020
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
(303) 863-9700

Date: _July 12, 2005_

J:\2997\-22\-27\IDS-01-1.99 Submission.wpd

Express Mail Label No.: EV 368074631 US
Application No.: 11/021,344
**Third Party Submission of Patents or**
**Publications Under 37 C.F.R. § 1.99**

*Certificate of Service*

It is hereby certified that a copy of this THIRD PARTY SUBMISSION OF PATENTS OR

PUBLICATIONS UNDER 37 C.F.R. §1.99 was mailed, first class, postage prepaid, to

BLACKWELL SANDERS PEPER MARTIN LLP, 720 OLIVE STREET, SUITE 2400,

ST. LOUIS, MO 63101, correspondence address for applicant, this ___12th___ day of July,

2005.


Gary J. Connell

SHEET __1__ OF __1__

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. | SERIAL NO.: 11/021,344 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT (Use several sheets if necessary) | | APPLICANT: HERMELIN et al. | |
| | | FILING DATE: Dec. 22, 2004 | GROUP ART UNIT: Unknown |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROP. |
|---|---|---|---|---|---|---|---|
| | 1. | 5,550,156 (full text version) | Aug. 27, 1996 | Kyle | 514 | 547 | Dec. 19, 1994 |
| | 2. | 5,550,156 (redacted version) | Aug. 27, 1996 | Kyle | 514 | 547 | Dec. 19, 1994 |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | 3. | EP 0 705 539 A2 (full text version) | 10.04.1996 | EPO | A23C | 11/04 | X | |
| | 4. | EP 0 705 539 A2 (redacted version) | 10.04.1996 | EPO | A23C | 11/04 | X | |
| | 5. | 11-244902 | 13.03.2001 | Japanese Patent Abstract | A21D | 2/34 | X | |
| | 6. | 06-151727 | 19.12.1995 | Japanese Patent Abstract | A23C | 9/12 | X | |
| | 7. | 07-246679 | 25.03.1997 | Japanese Patent Abstract | A23D | 9/007 | X | |

## OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.)

| | 8. | Cherian et al., "Changes in the Breast Milk Fatty Acids and Plasma Lipids of Nursing Mothers Following Consumption of n-3 Polyunsaturated Fatty Acid Enriched Eggs," Nutrition, Vol. 12, No. 1 (1996) (full text version) |
|---|---|---|
| | 9. | Cherian et al., "Changes in the Breast Milk Fatty Acids and Plasma Lipids of Nursing Mothers Following Consumption of n-3 Polyunsaturated Fatty Acid Enriched Eggs," Nutrition, Vol. 12, No. 1 (1996) (redacted version) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

J:\2997\-22\-27\IDS-01-1449.wpd





(19)    Europäisches Patentamt

European Patent Office

Office européen des brevets

(11)    **EP 0 705 539 A2**

(12)    **EUROPEAN PATENT APPLICATION**

(43) Date of publication:
    10.04.1996  Bulletin 1996/15

(51) Int. Cl.6: **A23C 11/04**,  A23C 9/13,
    A23C 9/152,  A23C 19/05

(21) Application number: 95202695.3

(22) Date of filing: 06.10.1995

(84) Designated Contracting States:
    AT BE CH DE DK ES FR GB GR IE IT LI LU MC NL
    PT SE

(30) Priority: 06.10.1994 NL 9401644

(71) Applicant: Friesland Brands B.V.
    NL-8937 AC  Leeuwarden (NL)

(72) Inventors:
    • Schaafsma, Anne
      NL-8913 GL Leeuwarden (NL)
    • Glas, Cornelis
      NL-9255 KE Tietjerk (NL)

(74) Representative: Smulders, Theodorus A.H.J., Ir. et
    al
    Vereenigde Octrooibureaux
    Nieuwe Parklaan 97
    NL-2587 BN 's-Gravenhage (NL)

(54)    **A food for pregnant and lactating women**

(57)    A food based on milk products, intended for
pregnant and lactating women, which food is specifically
supplemented with docosahexaenoic acid and eicosap-
entaenoic acid and nutrient fibres in an amount account-
ing for more than 10% of the total mono- and
disaccharide fraction.

EP 0 705 539 A2

EP 0 705 539 A2

## Description

This invention relates to a food specifically intended for pregnant and lactating women. This food is based on milk products.

5  The object of the present invention is to provide a food which optimally meets the nutritional needs of pregnant and lactating women as well as developing children from the point of view of a good health for mother and child. It is not an object of the invention to provide an alternative food to be administered to a baby or small child after birth.

In particular, the products according to the invention are intended to reduce the chances of systemic complications during pregnancy, as well as to contribute to optimum growth and brain development of the foetus or the infant.

10  It is well known that during pregnancy especially a good supply of polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$ is of importance. For instance, notably DHA (docosahexaenoic acid) and AA (arachidonic acid) are of importance for the brain development of the foetus in particular. Brain development takes place chiefly at the end of pregnancy. The above-mentioned polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$, are also designated by the term "long chain polyunsaturated fatty acids" (LCPs). Such LCPs can be derived in vivo from the unsaturated $C_{18}$ precursors linoleic acid

15  and α-linolenic acid. In these biosyntheses use is made of enzymes of the types desaturase and elongase. For instance, γ-linolenic acid (GLA) and arachidonic acid (AA) result from linoleic acid, while eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA) result from α-linolenic acid.

During pregnancy, the foetus is fed via the umbilical cord with LCPs containing 20-22 C atoms, derived from linoleic acid and α-linolenic acid in the body of the mother. After birth, too, an infant is still dependent on the exogenous supply

20  of LCPs for quite some time because the development of biosynthesis in the rapidly growing infant is still far from ideal.

European patent applications 0 140 805, 0 231 904 and 0 404 058, U.S. Patent 4,670,285 and Canadian patent specification 1 244 708 disclose milk products which have specifically been developed as a complete food for infants. The products in question are exclusively based on cow's milk ingredients and enriched with various LCPs. At least AA + DHA are present, while in addition meaning is given to the ratio AA/DHA. For an important part, these LCPs are derived

25  from vegetable fats. In these known products the ratio of linoleic acid to α-linolenic acid is always greater than 7:1, in many cases even considerably greater. There is no focus on LCPs derived from α-linolenic acid. Only vitamin C and vitamin E are mentioned as physiologically active antioxidants.

The current dietary patterns of pregnant and lactating women lead to a relatively large intake of linoleic acid relative to α-linolenic acid. It appears that too high a ratio of linoleic acid to α-linolenic acid has an adverse effect on the biosyn-

30  thesis of EPA and/or DHA. As a result, the foetus or the infant cannot take up an optimum amount of EPA and/or DHA.

According to the invention, it is endeavoured to overcome the problem in the biosynthesis of LCPs, which are derived from α-linolenic acid, in the body of a pregnant or lactating woman and thereby to optimise the uptake of these LCPs by the foetus or the infant.

This problem is solved by particularly including in the fatty fraction of the products according to the invention addi-

35  tional EPA + DHA optionally in combination with relatively more α-linolenic acid being the precursor of DHA and EPA or, in the alternative, by pursuing a low ratio of linoleic acid to α-linolenic acid.

The invention accordingly relates to a food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with DHA and EPA containing fats, while in the fatty fraction the ratio of linoleic acid to α-linolenic acid is preferably less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid exceeds

40  10% by weight, based on the weight of the fatty fraction.

The food according to the invention is also intended to reduce the chances of (pre-)eclampsia during pregnancy. In particular, the invention provides for an optimal supply of fatty acids resulting from α-linolenic acid, which reduces the chances on (pre-)eclampsia.

A further object contemplated is to obtain improved protection of the highly unsaturated fatty acids in the mother's

45  body. In particular, there is an increased sensitivity to radicals in the direction of the highly unsaturated $C_{20-22}$ fatty acids which pass the foetus inter alia via the umbilical cord.

This improved protection is achieved by including in the products an ample amount of vitamin E, vitamin C as well as β-carotene, preferably in combination. These compounds exhibit so-called scavenger action: they limit the formation of free radicals during pregnancy. Excessive free radical formation or unduly low scavenger action (antioxidant action)

50  is associated inter alia with the development of (pre-)eclampsia due to an imbalance in the synthesis of relevant prostaglandins, prostacyclins.

When using the combination of vitamin E, vitamin C plus β-carotene, the scavenger action is ensured to a higher degree than is the case with the prior art.

European patent application 0 484 266 discloses an edible fatty mixture intended for small children and as a dietary

55  product for adults. This fatty mixture is characterised by an oleic acid/linoleic acid/α-linolenic acid ratio in the ranges of 30-80/3-20/0.3-3, which ratio is said to correspond with that of mother's milk. Emphasis is laid on the relation AA/DHA. Al fatty mixtures contain MCT fats. Further, fatty mixtures which are better protected against radicals (vitamin E, vitamin C as well as β-carotene), are not illustrated, and certainly not as a food for pregnant and lactating women.

EP 0 705 539 A2

JP-04/341140 describes a product for pregnant or breast feeding women which focusses on a non-allergenic dairy product containing a milk protein hydrolysate. The hydrolysate applied is of a rather old-fashioned type resulting from treating the proteins with enzymes only. In accordance with the present invention, however, protein hydrolysates may be applied as one of the ingredients resulting from milk, which are treated with enzymes in combination with fractionation

5   so as to reach a high content of di- and tripeptides and a low content of amino acids.

This protein hydrolysate has improved properties as compared with the hydrolysates applied in JP-04/341140 both for an optimal digestion as for reduced chances on allergic reactions. JP-04/341140 does not describe the LCP-antioxidant-system of the present invention.

In Voprosy Pitaniya No. 5, 1993, 28-31 a milk-based product is described for pregnant and lactating women wherein

10   not anything is described in respect of the importance of the LCPs resulting from $\alpha$-linolenic acid or the protection of these acids by the antioxidant system of the present invention. The prior art product contains the vegetable fat source maize butter. In order to prevent the absorption of radionuclids, strontium, caesium, lead and mercury, fibers can be incorporated.

An important problem often arising during pregnancy is constipation. For that reason, it is preferred that the food

15   according to the invention further contains laxative soluble fibres. Examples of such products include inulin, guar gum, carob bean gum and pectins.

The food according to the invention is based on milk products. Suitable milk raw materials to be mentioned include whole milk, skimmed milk, cream, whey, buttermilk as well as derivatives derived therefrom. In this connection, particular mention is made of milk products of which a part of the lactic proteins has been replaced by protein hydrolysates. The

20   addition of LCPs can be effected as an oil or in coated form. $\beta$-carotene as applied results from raw materials rich in $\beta$-carotene. It may be associated with lycopene, lutein and cryptoxanthin.

In a preferred embodiment, the food according to the invention has been brought into the form of a powdery product. This product may or may not have been rendered instant or granulated. The products according to the invention may also be liquid milk products. Further, the products may have a fermented character, such as yoghurt (beverages), or be

25   products prepared to give a type of fresh-cheese.

The products according to the invention are also intended to provide for a permanently good calcium supply during pregnancy. In particular in the third trimester of pregnancy the need for calcium increases. The object contemplated is realised in that the milk products, in themselves already constituting a suitable source of calcium, are further enriched by including additional calcium from Ca-rich sources without this leading to an increase of constipations or of any insta-

30   bility in the product.

Suitable calcium sources are: $CaCO_3$, $Ca(OH)_2$, $CaCl_2$, Ca gluconate, Ca citrate, Ca lactate, Ca ascorbate, Ca malate, Ca glycerophosphate and Ca phosphate. These calcium sources are often added during the preparation of the products from a non-strongly ionic suspension. It is preferred that so many calcium ions are added as to give a Ca/P ratio greater than 1.5 in the food.

35   In order to contribute to a good iron supply during pregnancy and to prevent anaemia, the foods according to the invention can also contain sources supplying iron ions. It is moreover possible to add other micro-ingredients which are known to be necessary during pregnancy in particular, for example trace elements, minerals, and vitamins. Generally, the aim is for the food according to the invention to provide for the need for these micro-ingredients in an amount of 50% or more of the existing standards for these compounds.

40   To prevent allergic reactions, the milk proteins in the food according to the invention can be enzymatically hydrolysed and fractionated so as to reach a non-allergenic di- and tripeptid-rich hydrolysate. Also, with a view to this, specific components such as for instance arginine and $\gamma$-linolenic acid can be added.

Further, the products can be enriched with other sugars than sugars coming from the milk, viz. saccharose, glucose, and dextrins; as well as with vegetable proteins.

45   For the purpose of proper intake of the product, aroma and flavor can be added.

The invention will now be explained in more detail in and by the following examples.

50

55

EP 0 705 539 A2

<u>EXAMPLE I</u>

A powdery product was prepared, consisting of :

| | |
|---|---|
| Water | 2.6% |
| Skimmed milk dry matter | 49.0% |
| Desalted whey dry matter | 20.2% |
| Whole milk powder | 5.8% |
| Vegetable fat (palm olein/rapeseed oil/LCP oil) | 9.5% |
| Lecithin | 0.2% |
| Soluble fibres (Fibruline®; containing inulin) | 7.5% |
| Citric acid | 1.1% |
| Calcium hydroxide | 0.6% |
| Minerals, trace elements, vitamins | 3.5% |

EP 0 705 539 A2

A composition was obtained as specified in Table I. The ratio of linoleic acid/α-linolenic acid is less than 4:1. The product contains 2.5 wt.% EPA and 1.5 wt.% DHA in the fatty fraction.

<u>Table I</u>

| | | Analysis per 100 g |
|---|---|---|
| Protein | g | 22.6 |
| Fat | g | 12.5 |
| Linoleic acid | mg | 1560 |
| α-Linolenic acid | mg | 400 |
| Carbohydrates | g | 55.7 |
| - Lactose | g | 48.2 |
| - Dietary fibres | g | 7.5 |
| Moisture | g | 3.0 |
| Minerals | g | 6.0 |
| Calcium | mg | 1000 |
| Phosphorus | mg | 620 |
| Ca/P ratio | | 1.6 |
| Iron | mg | 50 |
| Copper | μg | 970 |
| Sodium | mg | 265 |
| Potassium | mg | 940 |
| Chloride | mg | 570 |
| Magnesium | mg | 265 |
| Zinc | mg | 12.7 |
| Iodide | μg | 145 |
| Manganese | μg | 415 |
| Vitamins | | |
| A | μg RE (IU) | 667    (2220) |
| β-carotene | μg | 280 |
| $D_3$ | μg (IU) | 8.3    (332) |
| E | (IU) | 8.3 |
| $K_1$ | μg | 63.0 |
| $B_1$ | μg | 1250 |
| $B_2$ | μg | 1335 |
| Niacin NE | mg | 14.3 |
| $B_6$ | μg | 1835 |
| Folic acid | μg | 335 |
| Pantothenic acid | μg | 3300 |
| $B_{12}$ | μg | 2.4 |
| Biotin | μg | 42.0 |
| C | mg | 58.0 |
| Energy value | kcal | 400 |
| | kJ | 1670 |

The mixture was prepared by mixing whole milk, skimmed milk, and desalted whey in liquid form with the vegetable fat and a suspension of calcium hydroxide and citric acid. After pasteurisation and homogenisation, this mixture was dried to a powdery half-finished product. The last-mentioned product was then finally mixed with the other minerals and

5

EP 0 705 539 A2

trace elements, the vitamins and the Fibruline® on the post-drying bed of a drying tower, whereafter the powder was sprayed with lecithin to increase solubility. The obtained product is both hot- and cold-soluble.

EXAMPLE II

A product was prepared in accordance with Example I, but the palmolein and rapeseed oil were replaced by exclusively rapeseed oil with a linoleic acid/α-linolenic acid ratio of 2.5:1.

EXAMPLE III

A product was prepared in accordance with Example I, but the fatty fraction now comprised 11.0 wt.% vegetable fat containing palmolein, rapeseed oil, palmkernel oil and soye oil (LA/LNA ratio 9:1) and 1.5 wt.% LCP fat in coated form, containing 20 wt.% EPA and 14 wt.% DHA. Whole milk powder was replaced by skim milk dry solids.

EXAMPLE IV

A product was prepared in accordance with Example III, but in addition 1 wt.% coated LCP fat was added containing 40 wt.% GLA.

EXAMPLE V

A product was prepared in accordance with Example I, but the desalted whey dry matter was replaced by one part of whey protein hydrolysate dry matter (containing 80% converted protein (N x 6.3) and mainly di- and tripeptides) and 5 parts of lactose.

EXAMPLE VI

A product was prepared in accordance with Example I, but the skimmed milk and whole milk powder dry matter was replaced by casein hydrolysate, lactose and milk fat in corresponding ratios, as far as the percentages of converted protein (N x 6.3), lactose and fat are concerned.

EXAMPLE VII

A product was prepared having a composition corresponding in dry matter with the product of Example I. The Fibruline®, however, was replaced by pectin, the Ca(OH)$_2$ by CaCO$_3$, and the lecithin by vegetable fat.

First of all, a liquid was prepared with 16% dry matter, comprising a part of the components of the final composition, viz. the milk components and the vegetable fat. Thus, a so-called yoghurt milk was obtained. After homogenisation at 200 bar and 65°C, this yoghurt milk was subjected to a stand pasteurisation of 15 minutes at 85°C. After cooling to 36°C, starter culture concentrate "IST-NIZO" was added, followed by fermenting to pH 4.1 for 12 hours.

The thus prepared yoghurt was homogenised at 150 bar and cooled to 20°C, whereafter the other components were added from an aqueous suspension. The thus prepared product with 15% dry matter was homogenised twice at 20°C at 200 bar and after packaging was pasteurised for 10 minutes.

6

EP 0 705 539 A2

EXAMPLE VIII

A concentrated milk liquid was prepared, consisting of:

5

| | |
|---|---|
| skimmed milk dry matter | 16.6% |
| whole milk dry matter | 1.6% |
| lactose | 2.8% |
| soluble fibres | 2.1% |
| vegetable fat | 2.7% |
| minerals, trace elements, vitamins | 1.5% |
| water | 72.7% |

10

15

The composition of the dry matter of this milk liquid was proportionally equal to that specified in Table I.

20    The mixture was prepared by mixing whole milk, skimmed milk, lactose and nutrient fibre in the proper proportions and concentrating this mixture to the proper dry matter content by in vacuo evaporation. In the last effect of the evaporator, the vegetable fat, with the fat-soluble vitamins added thereto, was added. The other vitamins, minerals, and trace elements were added to the concentrate. The milk liquid obtained was canned and subsequently sterilised.

25  **Claims**

1.  A food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with docosahexaenoic acid and eicosapentaenoic acid and nutrient fibres in an amount accounting for more than 10% of the total mono- and disaccharide fraction.

30

2.  A food according to claim 1 wherein the ratio of linoleic acid to α-linolenic acid in the fatty fraction is less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid in the fatty fraction is greater than 10%.

3.  A food according to any one of the preceding claims, in which a combination of β-carotene, vitamin E and vitamin
35    C is included.

4.  A food according to any one of the claims 1-3, which further contains γ-linolenic acid (GLA) and/or arginin.

5.  A food according to any one of the preceding claims, wherein the Ca/P ratio is greater than 1.5.

40

6.  A food according to any one of the preceding claims, wherein the milk product is derived from whole milk, skimmed milk, cream, whey, and/or buttermilk.

7.  A food according to any one of the preceding claims, wherein the milk protein fraction consists wholly or partly of
45    milk protein hydrolysate.

50

55

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :          **2001-061402**

(43)Date of publication of application : **13.03.2001**

---

(51)Int.CI.                    A21D  2/34

                              A21D  2/16

---

(21)Application number : **11-244902**    (71)Applicant : **SAGAMI CHEM RES CENTER NOOBURU:KK SUGOU:KK**

(22)Date of filing :    **31.08.1999**    (72)Inventor :  **YAZAWA KAZUYOSHI MATSUI TOKUNORI MIYAI SATOSHI KATAOKA HISASHI**

---

(54) **PRODUCTION OF BREAD**

(57)Abstract:

PROBLEM TO BE SOLVED: To provide a method for producing breads containing docosahexaenoic acid(DHA) in high concentration, and the breads having substantially suppressed smell of fish.

SOLUTION: This method for producing a bread by a soaker dough method comprises adding a liquid egg and a docosahexaenoic acid-containing oil and fat at the time of preparing a sponge dough. The breads containing DHA in a high concentration, especially ≧500 mg/100 g, and the breads having substantially suppressed smell of fish are produced by the method. The bread is especially useful for a food for an old person, a pregnant woman and a child in growth period desired to ingest a large amount of the DHA, besides a general food use, because the breads contains a large amount of the DHA.

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :              07-327593

(43)Date of publication of application : 19.12.1995

(51)Int.Cl.                          A23C  9/12
                                     A23C  9/13

(21)Application number : 06-151727   (71)Applicant : TAIYOUDOU YAKUHIN KK

(22)Date of filing :      10.06.1994  (72)Inventor :  SUGIMURA GOICHI

## (54) LACTIC ACID BEVERAGE AS DAIRY PRODUCT AND ITS PRODUCTION



(57)Abstract:

PURPOSE: To obtain the subject beverage intended to suppress enterobacteria breeding by Lactobacillus lactic acid bacteria, promote the development of infant brain and retard the senility of the brain of the aged, by incorporating a lactic acid beverage with docosahexaenoic acid (DHA).

CONSTITUTION: Lactobacillus lactic acid bacteria is inoculated into a defatted lactose mixed liquor to effect fermentation to make a yogurt, which is then crushed and incorporated with molasses into a lactic acid beverage stock, which is, in turn, formulated with 0.05-0.07wt.% of emulsified DHA, calcium gluconate or fermented calcium lactate, vitamin preparation (s), antioxidant (tea extract), spicery, and DHA additive containing a small amount of water, and the resultant beverage stock is packed in a container.

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :                    09-075000

(43)Date of publication of application : 25.03.1997

| | |
|---|---|
| (51)Int.CI. | A23D  9/007 |
| | A23L  1/30 |
| | // A61K 31/23 |
| | A61K 35/12 |
| | A61K 35/80 |
| | C11B  1/00 |
| | C11C  3/10 |

| | |
|---|---|
| (21)Application number : 07-246679 | (71)Applicant : NISSHIN OIL MILLS LTD:THE |
| (22)Date of filing :       31.08.1995 | (72)Inventor : TSUJI HIROAKI |
| | TAKAHASHI CHIE |
| | SETO AKIRA |
| | SAKAI MUNEO |

(30)Priority

Priority number : 07195920     Priority date : 07.07.1995     Priority country : JP

## (54) FOOD OR DRINK CONTAINING OIL AND FAT FOR NOURISHING MOTHER AND CHILD

(57)Abstract:

PROBLEM TO BE SOLVED: To obtain a food or drink containing oil and fat, useful for nourishing mother and child and effective for easily accumulating docosahexaenoic acid in the body by taking a small amount of the food or drink compared with a food, etc., compounded with the same amount of a conventional docosahexaenoic acid source.

SOLUTION: The mixed triglyceride to be used as an active component of the objective food or drink for pregnant or nursing woman, dairy product for baby and infant such as a prepared milk powder for baby and a follow-up milk, a weaning food, a food or drink for infant, etc., contains a docosahexaenoic acid residue bonded to the 2-site of a triglyceride in an amount of <40mol% based on the total amount of docosahexaenoic acid residue present in the triglyceride and further contains 1-site and 3-site fatty acid residues distributing regularly or randomly between these sites.

OCT 0 4 2005

PATENT<br>718689.14

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application of: Hermelin, Marc S. | : | |
| | : | Examiner: S. Anna Jiang, Ph.D. |
| | : | |
| Serial No.: 10/457,647 | : | Group Art Unit: 1617 |
| | : | |
| Filed: June 10, 2003 | : | Attorney Docket No.: 718689.14 |
| | : | |
| For: NUTRITIONAL SUPPLEMENTS | : | Customer No.:  27128 |
| | : | |
| Last Office Action: July 18, 2005 | : | Confirmation No.: 8250 |
| | : | |

<b><u>AMENDMENT AND REMARKS</u></b>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

In response to the Office Action mailed July 18, 2005, please amend the above-identified application in accordance with the amendments and remarks set forth herein.  .

**Amendments to the Claims** are reflected in the listing of claims which begin on page 2 of this document.

**Remarks/Arguments** begin on page 7 of this document

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

## Amendments to the Claims:

This listing of claims will replace all prior revisions, and listings, of claims in the

application.

**Listing of Claims:**

1. Cancelled.

2. Cancelled.

3. Cancelled.

4. Cancelled.

5. Cancelled.

6. Cancelled.

7. Cancelled.

8. Cancelled.

9. Cancelled.

10. Cancelled.

11. Cancelled.

12. Cancelled.

13. Cancelled.

14. Cancelled.

15. Cancelled.

16. Cancelled.

17. Cancelled.

18. Cancelled.

19. Cancelled.

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

    20.  Cancelled.

    21.  Cancelled.

    22.  Cancelled.

    23.  Cancelled.

    24.  Cancelled.

    25.  Cancelled.

    26.  Cancelled.

    27.  Cancelled.

    28.  Cancelled.

    29.  Cancelled.

    30.  Cancelled.

    31.  Cancelled.

    32.  Cancelled.

    33.  Cancelled.

    34.  Cancelled.

    35.  Cancelled.

    36.  Cancelled.

    37.  Cancelled.

    38.  Cancelled.

    39.  Cancelled.

    40.  Cancelled.

    41.  Cancelled.

    42.  Cancelled.

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

43. Cancelled.

44. Cancelled.

45. Cancelled.

46. Cancelled.

47. Cancelled.

48. Cancelled.

49. Cancelled.

50. Cancelled.

51. Cancelled.

52. (Canceled).

53. (Previously Presented). A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linolenic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linolenic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

about 10 mg to 125 mg of a vitamin B.sub.6 compound or derivative

thereof;

about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

and

about 10 mg to 400 mg of a vitamin E compound or derivative thereof,

wherein the weight ratio of said first fatty acid compound to said second fatty acid

compound is about 1:0.1 to 10.

54. (Previously Presented). The method of claim 53 wherein the supplements are

in an oral dosage form.

55. (Previously Presented). The method of claim 54 wherein the oral dosage

form is selected from the group consisting of immediate release, extended release, pulsed

release, delayed release, controlled release and combinations thereof.

56. (Previously Presented). The method of claim 54, wherein said oral dosage

form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an

effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles,

microparticles, a suspension, an elixir, a caplet and combinations thereof.

57. (Previously Presented). The method of claim 53 wherein the nutritional

supplements further comprising administering a vitamin compound selected from the

group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin

D compound and combinations thereof.

58. (Previously Presented). The method of 53 further comprising administering

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

iron.

    59. (Previously Presented).  The method of claim 53, wherein the administration occurs once during a twenty-four hour period.

    60. (Previously Presented).  The method of claim 53, wherein the administration occurs at least twice during a twenty-four hour period.

    61. (Cancelled)

    62. (Cancelled).

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

### Remarks

This Amendment is in response to the Office Action mailed July 18, 2005.

The present invention as claimed is directed to a method for providing nutritional supplements to pregnant or lactating women. The claimed method comprises administering to a pregnant or lactating woman a particular type and amount of a first fatty acid, a particular type and amount of a second fatty acid within a specified weight ratio with respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and minerals or derivatives thereof in specified amounts. The identities of the first and second fatty acids are a critical component of the present invention.

### Rejection under 35 U.S.C. 112

The rejection of claims 53-60 and 62 under 35 U.S.C. § 112, second paragraph is respectfully traversed. In Applicant's response dated April 27, 2005, Claim 53 was amended as requested by the Examiner to delete the term "derivatives" in the first two instances of the word, although applicants continue to maintain that the use of the term does not render the claim indefinite. Further, this broad rejection is contradicted by the Examiner's comments, which refer only to the use of the term "derivative" in Claim 62, when referring to fatty acids. It is therefore assumed that the Examiner's intention was to reject only Claim 62 under 35 U.S.C. § 112, second paragraph. In the event that this assumption is incorrect, it is requested that the Examiner issue a supplementary Office Action explaining this contradiction and allow the Applicant time to respond.

Claim 62 has been cancelled. Accordingly, it is requested that the rejection of

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

claims 53-60 under 35 U.S.C. § 112, second paragraph is respectfully requested.


**Rejection under 35 U.S.C. §103(a)**

The rejection of Claims 53-61 under 35 U.S.C. § 103(a) as being obvious over

Stordy et al. (WO 9637200, U.S. Patent No. 6,150,411, PTO-892) and Horrobin (U.S.

5,264,217) in view of Materna® prenatal vitamin and mineral formula and Nestabs®

CBF, prenatal formula is respectfully traversed.

Stordy et al. discloses a method for treating dyslexia by the administration of

docosohexaenoic acid (DHA). While Stordy et al. discloses that other EFA's may

optionally be used in combination with DHA, the patent clearly teaches that the use of

DHA alone is sufficient for the purposes of treating dyslexia. This in effect teaches away

from the applicant's claimed method, the administration of a particular type and amount

of a first fatty acid, a particular type and amount of a second fatty acid within a specified

weight ratio with respect to the first fatty acid, vitamins or derivatives thereof in specified

amounts, and minerals or derivatives thereof in specified amounts. As the reference

teaches away from Applicant's method, there can be no motivation to combine Stordy et

al. with another reference to create Applicant's formulation.

Further, Horrobin teaches only the administration of gamma-linolenic acid and

dihomo-gamma-linolenic. Again there is no teaching or suggestion of the Applicant's

method teaching the administration of a particular type and amount of a first fatty acid, a

particular type and amount of a second fatty acid within a specified weight ratio with

respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and

minerals or derivatives thereof in specified amounts. As with Stordy et al., the Horrobin

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

reference teaches away from the Applicant's method.

Finally, the Examiner has cited two know prenatal supplements. While each of these formulations illustrate that the administration of particular vitamins and minerals is know, the Applicant has not claimed a method for administering vitamins and minerals alone. Neither Stordy et al. or Horrobin provide motivation to combine these references. Without such motivation, picking and choosing elements of several non-related references uses impermissible hindsight.

More importantly, even if such motivation were present, the combination of Stordy et al. or Horrobin with the vitamin formulations would result in a composition comprising a specific EFA and assorted vitamins and minerals. The Examiner writes in the Office Action mailed July 18, 2005, page 5, last paragraph:

> "It would have been obvious to a person of ordinary
> skill in the art of the invention to combine the fatty acid
> composition of Stordy et al. or Horrobin, and Materna®
> prenatal vitamin and mineral formula or Nestabs® CBF,
> prenatal formula for pregnant women to provide nutritional
> supplements..."

However, even assuming that this combination is obvious, the combination of the noted prenatal supplements with Stordy et al. would result in a formulation of DHA, minerals and vitamins. The combination of the noted prenatal supplements with Horrobin would result in a formulation of gamma-linolenic acid and/or dihomo-gamma-linolenic acid, vitamins and minerals. The resulting combination would not teach Applicant's method of administrating a particular type and amount of a first fatty acid, a

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

particular type and amount of a second fatty acid within a specified weight ratio with

respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and

minerals or derivatives thereof in specified amounts.

For these reasons it is respectfully requested that the rejection of Claims 53-61

under 35 U.S.C. § 103(a) as being obvious over Stordy et al. (WO 9637200, U.S. Patent

No. 6,150,411, PTO-892) and Horrobin (U.S. 5,264,217 in view of Materna® prenatal

vitamin and mineral formula and Nestabs® CBF, prenatal formula be withdrawn.

The Examiner's rejections based on non-statutory double patenting over U.S.

Patent No. 6,258,846 and provisional non-statutory double patenting over co-pending

application 10/709,870 are deemed moot in light applicant's contemporaneous filing of

the attached terminal disclaimers. It is therefore respectfully requested that these

rejections be withdrawn.

In light of the above, it is submitted that pending claims 53-60 are patentable as

written. A Notice of Allowance is thereby respectfully requested.

Should there be any questions with regard hereto, please contact the undersigned

at (314) 345-6000.

Respectfully submitted,

Date: October 4, 2005

Mark F. Wachter
Reg. No. 27,243
Blackwell Sanders Peper Martin LLP
720 Olive Street, 24th Floor
St. Louis, Missouri 63101
(314) 345-6000

ATTORNEYS FOR APPLICANT



PATENT
718689.14

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application of: Marc S. Hermelin | : | Reply Under 37 CFR 1.116 |
| | : | Expedited Procedure |
| | : | |
| | : | Examiner: Jennifer M. Kim |
| | : | |
| Serial No.: 10/457,647 | : | Group Art Unit: 1617 |
| | : | |
| Filed: June 10, 2003 | : | Attorney Docket No.: 718689.14 |
| | : | |
| For: NUTRITIONAL SUPPLEMENTS | : | Customer No.: 027128 |
| | : | |
| | : | Confirmation No.: 8250 |
| Last Office Action: January 11, 2006 | : | |

## AMENDMENT AFTER FINAL

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


In response to the Final Office Action mailed January 11, 2006, as well as the personal interview between Examiner Kim, Primary Examiner Wang and Applicant's Representative Sarah Vaz on February 21, 2006, please amend the above-identified application pursuant to 37 CFR 1.116 in accordance with the amendments and remarks set forth herein.

Amendments to the Claims are reflected in the listing of claims which begin on page 2 of this document.

Remarks/Arguments begin on page 4 of this document.

STLD01-1217837-1

PTO/SB/21 (09-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **TRANSMITTAL FORM** | |

*OIPE*
*MAR 1 0 2006*
*PATENT & TRADEMARK OFFICE*

| | |
|---|---|
| Application Number | 10/457,647 |
| Filing Date | June 10, 2003 |
| First Named Inventor | Marc S. Hermelin |
| Art Unit | 1617 |
| Examiner Name | Jennifer M. Kim |

(to be used for all correspondence after initial filing)

| | | | |
|---|---|---|---|
| Total Number of Pages in This Submission | 8 | Attorney Docket Number | 718689.14 |

## ENCLOSURES (check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [x] Amendment / Reply
  - [x] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC *(Appeal Notice, Brief, Reply Brief)*
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) *(please identify below); return postcard*

Remarks:

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | | | |
|---|---|---|---|---|
| Firm Name | Blackwell Sanders Peper Martin, LLP | | | |
| Signature | *Mark F. Wachter* | | | |
| Printed Name | Mark F. Wachter | | | |
| Date | *March 10, 2006* | | Reg. No. | 27,243 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as Express Mail in an envelope addressed to: Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.
Express Mail Label No.:  **EV 554058197 US**

| | | | |
|---|---|---|---|
| Signature | *Lisa Askew* | | |
| Typed or printed name | Lisa Askew | Date | March 10, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** *If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior revisions, and listings, of claims in the application.

**Listing of Claims:**

1-52.  (Cancelled)

53.  (Currently Amended).  A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linolenic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linolenic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

about 10 mg to 125 mg of a vitamin B.sub.6 compound ~~or derivative thereof~~;

about 0.1 mg to 3 mg of a folic acid compound ~~or derivative thereof~~;

about 100 mg to 2,000 mg of a calcium compound ~~or derivative thereof~~;

about 25 mg to 500 mg of a vitamin C compound ~~or derivative thereof~~; and

about 10 mg to 400 mg of a vitamin E compound ~~or derivative thereof~~, wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about

2

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

1:0.1 to 10.

54. (Previously Presented). The method of claim 53 wherein the supplements are in an oral dosage form.

55. (Previously Presented). The method of claim 54 wherein the oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

56. (Previously Presented). The method of claim 54, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet and combinations thereof.

57. (Previously Presented). The method of claim 53 wherein the nutritional supplements further comprising administering a vitamin compound selected from the group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin D compound and combinations thereof.

58. (Previously Presented). The method of 53 further comprising administering iron.

59. (Previously Presented). The method of claim 53, wherein the administration occurs once during a twenty-four hour period.

60. (Previously Presented). The method of claim 53, wherein the administration occurs at least twice during a twenty-four hour period.

61.-62 (Cancelled)

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

## REMARKS

The Applicants and Applicants' Representatives sincerely thank Examiner Kim and

Primary Examiner Wang for granting the request for an interview after the final rejection. The

interview was conducted with Applicants' Representative Sarah Vaz on February 21, 2006. It is

believed that in light of the issues discussed in the interview and the resulting amendments to the

claims addressed below, the application is in condition for allowance.

In the pending Office Action dated January 11, 2006, the Examiner maintained the

previous rejection of Claims 53-60 under U.S.C. § 112, second paragraph. As discussed during

the interview, it is the opinion of the Examiner that under current PTO policy regarding the use

of the term 'derivative,' the instant application does not support proper use of this term. In

response, independent Claim 53 has been amended to remove the term 'derivative.' It is

therefore submitted that the rejection of Claims 53-60 under U.S.C. § 112, second paragraph is

properly withdrawn in light of the present amendment.

The pending rejection of Claims 53-60 under 35 U.S.C. § 103(a) as being obvious over

prior art was discussed during the February 21, 2006 interview. As was explained to the

Examiners, the instant application is a continuation-in-part of Ser. No. 09/885,158, issued as U.S.

Patent No. 6,576,666. Independent Claim 1 of the '666 patent reads as follows:

> 1. A composition for administration to a woman for enriching the breast milk of said
> woman to optimize neurological development of an infant breast-fed by the woman,
> which comprises:
>
> a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected
> from the group consisting of a linoleic acid compound, a linolenic acid compound, a
> derivative thereof and a combination thereof;
>
> b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group
> consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty
> acid, a derivative thereof and a combination thereof;

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

    c) about 10 mg to 125 mg of a vitamin $B_6$ compound or derivative thereof;

    d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

    e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

    f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

    g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

    wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

As is clearly seen, the method claims of the instant application are limited in scope to the use of the composition claimed in the '666 patent. Based on the holdings of *In re Pleuddemann*, 910 F.2d 823, 15 U.S.P.Q.2d 1738 (Fed. Cir.1990), it is submitted that the Applicants are entitled to the method of use claims limited to the Applicants' patented composition. This case was discussed with the Examiners during the February 21, 2006 interview.

Briefly, in *Pleuddemann* the Examiner had allowed claims to a composition for a silane coupling agent, but rejected claims to the use of the silane coupling agent as a bonding/priming agent or as a support surface. The BPAI affirmed, Applicant appealed.

In reversing, the CAFC held that method of using claims limited to the use of a patentable composition were inherently patentable. Specifically, the Court held that since the silane compositions had been found to be patentable, the method of using the novel silane compositions was as a matter of law patentable. Judge Rich wrote:

> When a new and useful compound or group of compounds is invented or discovered having a *particular use* it is often the case that what is really a single invention may be viewed legally as

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

> having three or more different aspects permitting it to be claimed
> in different ways, for example: (1) the compounds themselves; (2)
> the method or process of making the compounds; and (3) the
> method or process *of using* the compounds for their intended
> purpose. In re Kuehl, 475 F2d 658, 177 USPQ 250 (CCPA 1973),
> was such a case.

910 F.2d at 825-826.

Further, the court found it was not necessary to prove unobviousness of the use itself:

> We have concluded, for reasons stated above, that the process-of-
> use claims are patentable and that *it is not necessary to show
> unexpected utility* in order to show unobviousness. (Emphasis
> added.)

910 F.2d at 826, citing 475 F.2d at 666.

In addition, the court held it was improper to consider the silane composition prior art when determining the patentablity of the method of use claims:

> In the present case likewise, § 103 obviousness of claims 26 and
> 27 depends on the obviousness of using appellant's new
> compounds, which constitute the essential limitation of the claims,
> in light of the prior art.   That being so, the board's hindsight
> comparison of the functioning of the new compounds with the
> functioning of the compounds of the prior art was legal error.

910 F2.d at 828.

It is therefore submitted that the rejection of Claims 53-60 under 35 U.S.C. 103(a) is

properly withdrawn.  It is the understanding of the Applicant's Representative that the

withdrawal of this rejection was agreed to by the Examiners.

It is noted that at the close of the February 21, 2006 interview, Primary Examiner Wang

stated that the application looked in order, except that he requested Examiner Kim order the file

history of the '666 patent to determine if an issue of double patenting exists.

It is respectfully submitted that any double patenting rejection would be improper in this

case.  Double patenting is by definition an attempt to improperly extend the patent term of an

invention.  As a continuation-in-part of the '666 patent, the instant application has the same

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

effective filing date as the '666 patent. When and if the instant application issues, it will expire

on the same date as the '666 patent. There can be no issue of, or attempt to, extend the patent

term of the pending claims beyond the '666 patent. The Applicants are merely requesting

allowance of method claims limited to the composition claims granted in the parent '666 patent,

as is clearly their right under *In re Pleuddemann*.

Withdrawal of the rejections made final in the January 11, 2006 Office Action and

allowance of pending Claims 53-60 is therefore requested.

If any issue regarding the allowability of any of the pending claims in the present

application could be readily resolved, or if other action could be taken to further advance this

application such as an Examiner's amendment, or if the Examiner should have any questions

regarding the present amendment, it is respectfully requested that the Examiner please telephone

Applicant's undersigned attorney in this regard.

Respectfully submitted,

Date: *March 10, 2006*

*Mark F. Wachter*
Mark F. Wachter
Reg. No. 27,243
Blackwell Sanders Peper Martin LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
314-345-6000
ATTORNEYS FOR APPLICANT

7

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| LANNETT COMPANY, INC. | KV PHARMACEUTICALS, DRUGTECH CORPORATION, THER-RX CORPORATION |

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ST. LOUIS, MO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Sophia Siddiqui, Esquire
Fox Rothschild LLP, P.O. BOx 2323
Wilmington, DE 19899

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

◻ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

◻ 2  U.S. Government
      Defendant

◻ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                      and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ◻ 1 | ◻ 1 | Incorporated or Principal Place of Business In This State | ◻ 4 | ◻ 4 |
| Citizen of Another State | ◻ 2 | ◻ 2 | Incorporated and Principal Place of Business In Another State | ◻ 5 | ◻ 5 |
| Citizen or Subject of a Foreign Country | ◻ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ◻ 610 Agriculture | ◻ 422 Appeal 28 USC 158 | ◻ 400 State Reapportionment |
| ◻ 120 Marine | ◻ 310 Airplane | ◻ 362 Personal Injury - | ◻ 620 Other Food & Drug | ◻ 423 Withdrawal | ☒ 410 Antitrust |
| ◻ 130 Miller Act | ◻ 315 Airplane Product | Med. Malpractice | ◻ 625 Drug Related Seizure | 28 USC 157 | ◻ 430 Banks and Banking |
| ◻ 140 Negotiable Instrument | Liability | ◻ 365 Personal Injury - | of Property 21 USC 881 | | ◻ 450 Commerce |
| ◻ 150 Recovery of Overpayment | ◻ 320 Assault, Libel & | Product Liability | ◻ 630 Liquor Laws | **PROPERTY RIGHTS** | ◻ 460 Deportation |
| & Enforcement of Judgment | Slander | ◻ 368 Asbestos Personal | ◻ 640 R.R. & Truck | ◻ 820 Copyrights | ◻ 470 Racketeer Influenced and |
| ◻ 151 Medicare Act | ◻ 330 Federal Employers' | Injury Product | ◻ 650 Airline Regs. | ◻ 830 Patent | Corrupt Organizations |
| ◻ 152 Recovery of Defaulted | Liability | Liability | ◻ 660 Occupational | ◻ 840 Trademark | ◻ 480 Consumer Credit |
| Student Loans | ◻ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ◻ 490 Cable/Sat TV |
| (Excl. Veterans) | ◻ 345 Marine Product | ◻ 370 Other Fraud | ◻ 690 Other | | ◻ 810 Selective Service |
| ◻ 153 Recovery of Overpayment | Liability | ◻ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ◻ 850 Securities/Commodities/ |
| of Veteran's Benefits | ◻ 350 Motor Vehicle | ◻ 380 Other Personal | ◻ 710 Fair Labor Standards | ◻ 861 HIA (1395ff) | Exchange |
| ◻ 160 Stockholders' Suits | ◻ 355 Motor Vehicle | Property Damage | Act | ◻ 862 Black Lung (923) | ◻ 875 Customer Challenge |
| ◻ 190 Other Contract | Product Liability | ◻ 385 Property Damage | ◻ 720 Labor/Mgmt. Relations | ◻ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ◻ 195 Contract Product Liability | ◻ 360 Other Personal | Product Liability | ◻ 730 Labor/Mgmt.Reporting | ◻ 864 SSID Title XVI | ◻ 890 Other Statutory Actions |
| ◻ 196 Franchise | Injury | | & Disclosure Act | ◻ 865 RSI (405(g)) | ◻ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ◻ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ◻ 892 Economic Stabilization Act |
| ◻ 210 Land Condemnation | ◻ 441 Voting | ◻ 510 Motions to Vacate | ◻ 790 Other Labor Litigation | ◻ 870 Taxes (U.S. Plaintiff | ◻ 893 Environmental Matters |
| ◻ 220 Foreclosure | ◻ 442 Employment | Sentence | ◻ 791 Empl. Ret. Inc. | or Defendant) | ◻ 894 Energy Allocation Act |
| ◻ 230 Rent Lease & Ejectment | ◻ 443 Housing/ | **Habeas Corpus:** | Security Act | ◻ 871 IRS—Third Party | ◻ 895 Freedom of Information |
| ◻ 240 Torts to Land | Accommodations | ◻ 530 General | | 26 USC 7609 | Act |
| ◻ 245 Tort Product Liability | ◻ 444 Welfare | ◻ 535 Death Penalty | **IMMIGRATION** | | ◻ 900Appeal of Fee Determination |
| ◻ 290 All Other Real Property | ◻ 445 Amer. w/Disabilities - | ◻ 540 Mandamus & Other | ◻ 462 Naturalization Application | | Under Equal Access |
| | Employment | ◻ 550 Civil Rights | ◻ 463 Habeas Corpus - | | to Justice |
| | ◻ 446 Amer. w/Disabilities - | ◻ 555 Prison Condition | Alien Detainee | | ◻ 950 Constitutionality of |
| | Other | | ◻ 465 Other Immigration | | State Statutes |
| | ◻ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
     Proceeding

◻ 2 Removed from
     State Court

◻ 3 Remanded from
     Appellate Court

◻ 4 Reinstated or
     Reopened

◻ 5 Transferred from
     another district
     (specify)

◻ 6 Multidistrict
     Litigation

◻ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§15,25; 15 U.S.C., §§1, 2; 6 Del. C. 2532; 35 U.S.C.§§102, 103

Brief description of cause:
Plaintiff brings action for declaratory judgment of patent invalidity, non-infringement, unenforceability and for inequitable conduct; and unfair competition.

## VII. REQUESTED IN
## COMPLAINT:

◻ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ◻ Yes   ◻ No

## VIII. RELATED CASE(S)
## IF ANY

(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE  6/6/08

SIGNATURE OF ATTORNEY OF RECORD  Sophia Siddiqui

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 8 - 3 3 8 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ / _____ COPIES OF AO FORM 85.

_____ 6/6/08 _____
(Date forms issued)

X _Vincent Olivere_
(Signature of Party or their Representative)

X _Vincent Olivere_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action