UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., : | |
| : | Civil Action No. |
| Plaintiff, : | |
| v. : | |
| : | |
| KV PHARMACEUTICALS, : | |
| DRUGTECH CORPORATION, and : | |
| THER-RX CORPORATION, : | |
| : | |
| Defendants. : | |

### DISCLOSURE STATEMENT OF PLAINTIFF LANNETT COMPANY, INC.

Plaintiff, Lannett Company Inc., by and through its counsel, hereby discloses the following in accordance with Federal Rule of Civil Procedure 7.1(a):

Lannett Company Inc. has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

FOX ROTHSCHILD LLP

By: _____
Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Of Counsel
Samuel H. Israel, Equire
Gerard P. Norton, Equire
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA  19103
(215) 299-2000
(215) 299-2150

Attorneys for Plaintiff
Lannett Company Inc.

Date: June 6, 2008