**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

LANNETT COMPANY INC.,                    :
                                          :        Civil Action No. 08-338
                        Plaintiff,        :
        v.                                :
                                          :
KV PHARMACEUTICALS,                       :
DRUGTECH CORPORATION, and                 :
THER-RX CORPORATION,                      :
                                          :
                        Defendants.       :
                                          :
_____        :

### AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff, Lannett Company, Inc. ("Lannett") brings this action against Defendants, KV

Pharmaceuticals ("KV"), DrugTech Corporation ("DrugTech"), and Ther-Rx Corporation

("Ther-Rx") (collectively, the "KV Defendants"), and alleges as follows:

### PARTIES

1.      Plaintiff Lannett Company, Inc. is a Delaware corporation having its principal

place of business at 9000 State Road, Philadelphia, PA 19136.

2.      Upon information and belief, Defendant KV Pharmaceuticals is a Delaware

corporation having its principal place of business at 2503 South Hanley Road, St. Louis, MO

63144.

3.      Upon information and belief, Defendant DrugTech Corporation is a Delaware

corporation having its principal place of business located at 300 Delaware Avenue, Suite 1270,

Wilmington, DE 19801.  DrugTech is a wholly-owned subsidiary of KV Pharmaceuticals.

DrugTech owns the patents at issue and licenses the patents to KV Pharmaceuticals and Ther-Rx

Corporation.

4.      Upon information and belief, Defendant Ther-Rx Corporation is a Missouri corporation having its principal place of business at 1 Corporate Woods Drive, Brigeton, MO 63044. Ther-RX is a wholly owned subsidiary of KV Pharmaceuticals responsible for marketing and selling the patented products at issue, and is a licensee of DrugTech Corporation.

## NATURE OF ACTION

5.      This is an action for a declaratory judgment of patent invalidity, non-infringement, unenforceability for inequitable conduct and unfair competition.  Lannett seeks a declaration that patents belonging to the KV Defendants, specifically, U.S. Patent No. 6,258,846 ("the '846 patent") , U.S. Patent No. 6,576,666 ("the '666 patent"), U.S. Patent No. 7,112,609 ("the '609 patent"), U.S. Patent No. 6,197,329 ("the '329 patent"),  and U.S. Patent No. 6,569,857 ("the '857 patent") (collectively the "KV Patents") are invalid and/or unenforceable. True and correct copies of the '846 patent, the '666 patent, the '609 patent, the '329 patent, and the '857 patent are attached hereto as Exhibits "1", "2", "3", "4" and "5" respectively.  Lannett also seeks a declaration that Lannett's nutritional dietary product - Multivitamin With Mineral Capsules - does not infringe upon the KV Patents and that the KV Defendants have engaged in unfair competition and deceptive trade practices in the marketplace by preventing Lannett and others from entering the market.

6.      Lannett seeks a declaration that patents licensed to the KV Defendants, specifically, U.S. Patent No. 5,516,925 ("the '925 patent"),  and U.S. Patent No. 6,716,814 ("the '814 patent") are not infringed and/or invalid.  True and correct copies of the '925 patent and the '814 patent are attached hereto as Exhibits "6" and "7" respectively.

7.      This action is also brought under the Clayton Act, 15 U.S.C. §§ 15 and 25, as amended, and the Sherman Act, 15 U.S.C. §§ 1 and 2, where Defendants have asserted invalid or unenforceable patents in order to inhibit competition in the marketplace.

## JURISDICTION AND VENUE

8.      This action arises under the patent laws of the United States, Title 35 of the

United States Code, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and state laws

regarding unfair competition and deceptive trade practices, 6 Del. C. § 2532.  This Court has

subject matter jurisdiction over count one (declaratory judgment of non-infringement ), count

two (declaratory judgment of invalidity), count three (inequitable conduct) and count four

(antitrust violations) pursuant to 28 U.S.C. §§ 1331, 1367, 1338 and 2201-2202, as claims arising

under the patent laws of the United States and the Declaratory Judgment Act.  The Court also has

subject matter jurisdiction over count five (deceptive trade practices) because count five forms

part of the same case or controversy as the claims contained in counts one through five.

Jurisdiction is also conferred by 28 U.S.C. § 1337, and the Clayton Act, as amended.  The Court

has supplemental jurisdiction over the state law claim of deceptive trade practices pursuant to 28

U.S.C. § 1367.

9.      Based on information and belief, venue in this judicial district is proper under the

provisions of 28 U.S.C. §§ 1391(c) and 1400(b), where the Defendants KV and DrugTech are

Delaware corporations and Ther-Rx engages in significant business in, and derives significant

profit within, the State of Delaware.  The KV Defendants sell their PrimaCare One™ product

through various pharmacies within the State of Delaware and have significant annual sales in the

State of Delaware.

10.     This Court also has jurisdiction over Lannett's claim for violation of the Delaware

Deceptive Trade Practices Act, 6 Del. C. § 2532, pursuant to 28 U.S.C. § 1338(b) because those

claims are joined with substantial and related claims under the Patent and Trademark Laws of the

United States.

## FACTUAL BACKGROUND

11.    Lannett has plans to market its Multivitamin With Mineral Capsules, a

multivitamin/mineral product containing omega-3 fatty acids for prenatal and postnatal support,

within the United States.  Dietary multivitamin/mineral and omega-3 fatty acid supplements are

prescribed by healthcare professionals throughout pregnancy, during the postnatal period for

both lactating and non-lactating mothers, and throughout the childbearing years.

12.    The KV Patents, the '925 patent and the '814 patent prevent Lannett and other

competitors from introducing their competitive multivitamin/mineral and omega-3 fatty acid

supplementation products in competition with the KV Defendants' product, PrimaCare One™.

There is a reasonable likelihood that the KV Defendants will assert a claim for patent

infringement against Lannett once its product, Multivitamin With Mineral Capsules, enters the

marketplace.

13.    Lannett has a reasonable belief, based upon prior art and the patents' prosecution

histories, that the KV Patents, the '925 patent and the '814 patent are invalid, non-infringed

and/or unenforceable.

14.    Lannett has informed the KV Defendants of its intent to market a product

arguably within the scope of the KV Patents, the '925 patent and the '814 patent.

15.    In light of the apparent invalidity and/or non-infringement of the KV Patents, the

'925 patent and the '814 patent, Lannett has sought assurances from the KV Defendants that they

will not assert these patents to block Lannett's entry into the market.  The KV Defendants have

failed or refused to provide such assurances.  Thus, an Article III case or controversy exists

between Lannett and the KV Defendants.

16.    The KV Defendants are motivated to maintain their market share, which is

comprised of noninfringed, invalid and/or unenforceable patents, to keep Lannett and other

competitors from entering the marketplace and to prevent the dilution of KV Defendants' market share for dietary supplement multivitamin/mineral and omega-3 fatty acid products.

## COUNT ONE

### Declaratory Judgment of Noninfringement

17.    Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

18.    Upon information and belief, the '846 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on July 10, 2001 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly-owned subsidary of KV Pharmaceuticals.

19.    Upon information and belief, the '666 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on June 10, 2003 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly owned subsidary of KV Pharmaceuticals.

20.    Upon information and belief, the '609 patent issued to Marc S. Hermelin, R. Saul Levinson and George Paradissis on September 26, 2006 is entitled Nutritional Supplements, and is assigned to DrugTech, a wholly owned subsidary of KV Pharmaceuticals.

21.    Upon information and belief, the '329 patent issued to Marc S. Hermelin, Mitchell I. Kirschner, and R. Saul Levinson on March 6, 2001 is entitled Anti-nausea Compositions and Methods, and is assigned to DrugTech, a wholly owned subsidary of KV Pharmaceuticals.

22.    Upon information and belief, the '857 patent issued to Marc S. Hermelin and R. Saul Levinson on May 27, 2003 is entitled Dietary Supplements, and is assigned to DrugTech, a wholly owned subsidary of KV Pharmaceuticals.

23.    Upon information and belief, the '925 patent issued to Mark Pedersen and H. DeWayne Ashmead on May 14, 1996 is entitled Amino Acid Chelates Having Improved Platability, is assigned to Albion International, Inc., and is licensed to KV Pharmaceuticals for use in PrimaCare One™.

24.    Upon information and belief, the '814 patent issued to Clayton Ericson and H. DeWayne Ashmead on April 6, 2004 is entitled Enhancing Solubility of Iron Amino Acid Chelates and Iron Proteinates, is assigned to Albion International, Inc., and is licensed to KV Pharmaceuticals for use in PrimaCare One™.

25.    The KV Defendants have failed to comply with the requirements of Sections 102 and 103 of Title 35 of the United Stated Code, and other relevant sections of Title 35.

26.    Thus, Lannett has not infringed upon, and will not infringe upon the KV Patents, the '925 patent and '814 patent by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or importing such a product into the United States.

27.    Based on the foregoing, an actual and justiciable controversy exists between Lannett and the KV Defendants with respect to the KV Patents, the '925 patent and the '814 patent.

## COUNT TWO

## Declaratory Judgment of Invalidity

28.    Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

29.    Upon information and belief, the KV Patents are invalid based upon prior art and the patents' prosecution histories.

30.    The KV Patents are invalid for failure to comply with the requirements of sections 102 and 103 of Title 35 of the United States Code, and other relevant sections of Title 35.

31.     The KV Patents are invalid.  Thus, Lannett has not, is not and will not infringe upon the KV Patents by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or by importing such a product into the United States.

32.     The KV Patents are invalid.  Therefore, Lannett has not induced or contributed to, and is not inducing or contributing to, infringement of the KV Patents and will not induce or contribute to infringement of the KV patents by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or by importing such a product into the United States.

## COUNT THREE

### Inequitable Conduct

33.     Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

34.     Upon information and belief, the '609 patent is unenforceable based upon the KV Defendants' inequitable conduct and the patent's prior art and prosecution history.

35.     The '609 patent was filed on June 10, 2003, and issued on September 26, 2006.

36.     The '609 patent is a continuation-in-part of the '666 patent, which is a continuation-in-part of the '846 patent.  In other words, these three patents constitute a family of patents that claim the KV Defendants' product, PrimaCare One™.

37.     Defendants filed a continuation application for the '609 patent on December 26, 2004 as U.S. Application Serial No. 11/021,344 ("the '344 Continuation Application").  The '344 Continuation Application was filed almost two years before the issuance of the '609 patent on September 26, 2006, and more than one year after the filing date of the '609 patent on June 10, 2003.

38.     On July 12, 2005, Gary J. Connell, Esquire ("Mr. Connell") of Sheridan Ross, P.C., on behalf of an undisclosed client, filed a third-party submission with the United States Patent and Trademark Office ("USPTO") stating that European Patent Application EP 0 705 539 A2 ("the '539 Application"), which was published on April 10, 1996, is material to the patentability of the '344 Continuation Application. A true and correct copy of the third-party submission is attached hereto as Exhibit 8. The disclosure reveals that the KV Patents are invalid and/or unenforceable.

39.     Mr. Connell also mailed a copy of the third-party submission to counsel for the KV Defendants on July 12, 2005. Thus, the KV Defendants and their counsel were aware that the '539 Application was prior art for the '344 Continuation Application.

40.     Mr. Connell's actions clearly demonstrate a desire on the part of his client to invalidate the KV Defendants' dietary supplement patents via an administrative procedure through the USPTO in order to enter the dietary supplement market dominated exclusively by the KV Defendants.

41.     This administrative proceeding has been pending before the USPTO since July 12, 2005, but a decision has not been issued. However, the proceeding has prevented the continued prosecution of a fourth patent application for the KV Defendants' product, PrimaCare One™. As a result, the KV Defendants have been able to maintain their market share and effectively prevent the entry of other competitors into the marketplace.

42.     On July 12, 2005, Mr. Connell mailed a copy of the third-party submission to counsel for the KV Defendants. The '609 patent was issued on September 26, 2006. Thus, the KV Defendants knew or should have known that the '539 Application was prior art to the '609 patent about fourteen (14) months prior to issuance of the '609 patent.

43.    The '539 Application is material to the patentability of the '344 Continuation Application, and therefore it is also material to the patentability of the '609 patent.

44.    During the prosecution of the '609 patent, the KV Defendants, with knowledge of the '539 Application, did not disclose the reference to the USPTO as a prior art reference.

45.    On October 4, 2005, during the prosecution of the '609 patent, the KV Defendants responded to a Non-final Office Action from the USPTO.

46.    In its written response to the USPTO on October 4, 2005, the KV Defendants were aware of '539 Application but failed to disclose it as prior art.  In fact, in their written response, the KV Defendants represented that the "pending claims 53-60 are patentable as written.  A notice of allowance is thereby respectfully requested."  See Written Response of the KV Defendants dated October 4, 2005 at p. 10, ¶ 3 attached hereto as Exhibit 9.  Therefore, the KV Defendants asserted that the application was patentable with full knowledge that they had not disclosed the '539 Application to the USPTO.

47.    On February 21, 2006, USPTO Examiner Jennifer Kim and Primary Examiner Sheng Jun Wang conducted a personal interview of Sarah Vaz (Reg # 34,747), a representative for the KV Defendants, in furtherance of the prosecution of what would eventually issue as the '609 patent.  During this interview, the KV Defendants were aware that the '539 Application was material prior art, but did not disclose the reference to the USPTO examiners.

48.    On March 10, 2006, the KV Defendants submitted an amendment after a Final Office Action to the USPTO in furtherance of the prosecution of what would eventually issue as the '609 patent. The KV Defendants again stated that the "application is in condition for allowance".  See Amendment After Final Office Action at p. 4, ¶ 1 attached hereto as Exhibit 10. However, the KV Defendants knew that they had not disclosed the '539 Application to the USPTO Examiner as a material prior art reference to the patentability of the '609 patent.

49.     On June 13, 2006, the KV Defendants paid the issue fee to the USPTO in furtherance of the prosecution of what would eventually issue as the '609 patent.

50.     The KV Defendants, however, had a duty of disclosure to reveal all prior art information material to patentability to the USPTO during the prosecution of the '609 patent.

51.     The duty of disclosure arises from case law and the Code of Federal Regulations governing patent procurement.  See 37 C.F.R. §§ 1.56, 1.97 and 1.98.

52.     The duty to disclose information material to patentability exists with respect to each pending claim until the claim is cancelled or withdrawn from consideration, or the application becomes abandoned.  See 37 C.F.R. § 1.56.

53.     The Defendants made affirmative statements to the USPTO that the application to eventually issue as the '609 patent was patentable, while intentionally withholding the '539 Application, which was material to patentability of the '609 patent.

54.     The '609 patent is unenforceable.  Therefore, Lannett has not infringed upon, and is not infringing upon any claims of the '609 patent, and will not infringe upon any claims of this patent by making, using, offering to sell or selling its Multivitamin With Mineral Capsules, or importing such a product into the United States.

55.     Moreover, Lannett has not induced or contributed to, and is not inducing or contributing to, the infringement of any claims of the '609 patent, and will not induce or contribute to the infringement of any claims of this patent, by making, using, offering to sell or selling its Multivitamin With Mineral Capsules in the United States, or importing such a product into the United States.

## COUNT FOUR

### Anti-Trust Violations

56.     Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

57.     Upon information and belief, the KV Defendants have obtained and maintained monopoly power in the relevant market for the multivitamin/mineral product containing omega-3 fatty acids for prenatal and postnatal support.  The relevant geographic market for this product is the United States.

58.     Upon information of belief, the KV Defendants knew or should have known that the KV Patents are invalid and/or unenforceable, in light of the '539 Application.

59.     The KV Defendants pursued issuance of the '609 patent with the USPTO and allowed the USPTO to issue the '609 patent despite knowledge of the existence of invalidating prior art.  Moreover, the KV Defendants have taken no steps to correct defects in the '846 patent and the '666 patent.

60.     Furthermore, upon information and belief, the KV Defendants have not taken any steps to address the prior art issue in the pending '344 Continuation Application currently before the USPTO, despite the undeniable conclusion that there is a third party adversely affected by the pending application and the KV Patents.

61.     Defendants have obtained and maintained their market power through acquisition and maintenance of their fraudulently-procured '609 patent, as well as their invalid '846 and '666 patents.

62.     In light of the apparent and undeniable invalidity of the '846 patent, the '666 patent and the '609 patent, Lannett has requested assurances from the KV Defendants that they will not assert their facially invalid patents to block Lannett's entry into the market.  The KV

11

Defendants have failed or refused to provide such assurances. Therefore, an Article III case or controversy exists between Lannett and the KV Defendants.

63.    As a result of the KV Defendants' anticompetitive conduct, Lannett stands to lose substantial sales of its Multivitamin With Mineral Capsules for prenatal and postnatal support. This injury is a competitive injury of the sort that the antitrust laws were intended to prevent because Lannett and the KV Defendants directly compete in the marketing and sale to end-users of multivitamin/mineral products containing omega-3 fatty acids. In addition, Lannett was forced to hire counsel and bring the instant action to obtain redress for the KV Defendants' unlawful and anticompetitive conduct.

64.    The KV Defendants have violated Section 2 of the Sherman Act, 15 U.S.C. § 2, by unlawfully obtaining and maintaining market power in the relevant market by use of threats to enforce patents that the KV Defendants knew were invalid and/or procured fraudulently. Section 4 of the Clayton, 15 U.S.C. § 15(a), authorizes private suits for damages based upon violations of the Sherman Act.

65.    As the result of the KV Defendants' unlawful and anticompetitive conduct described above, Lannett has suffered economic injury.

## COUNT FIVE

### Violation of Deceptive Trade Practices Act

66.    Lannett repeats, re-alleges and incorporates the allegations in all preceding paragraphs of this Complaint.

67.    Upon information and belief, the KV Defendants knew or should have known that the '609 patent is invalid and/or unenforceable, especially in light of the '539 Application.

68.     The KV Defendants have, and continue to represent, in the course of their business, that PrimaCare One™ is covered by the '609 patent, when the KV Defendants knew or should have known that this patent was invalid and/or unenforceable.

69.     The KV Defendants have, and continue to advertise that PrimaCare One™ is covered by the '609 patent, when the KV Defendants knew or should have known that this patent was invalid and/or  unenforceable.

70.     Upon information and belief, and in the course of their business, as alleged above, the KV Defendants' conduct violates 6 Del. C. § 2532.

71.     The KV Defendants' conduct violates 6 Del. C. § 2532 and unfairly interferes with Lannett's ability to compete with the KV Defendants on the merits of their products.

72.     Because the KV Defendants' conduct violates 6 Del. C. § 2532, Lannett has suffered and will continue to suffer economic injury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court order the following relief:

A.     Declare that the Multivitamin With Mineral Capsules sold by Lannett Company Inc. does not infringe upon the claims of the '846 patent, the '666 patent, the '609 patent, the '925 patent, the '329 patent, the '857 patent, and the '814 patent;

B.     Declare that the claims of the '846 patent, the '666 patent, the '609 patent, the '329 patent and the '857 patent issued to the KV Defendants are invalid;

C.     Declare that the claims of the '609 patent issued to the KV Defendants are unenforceable; and

D.     Award such other and further relief as this Court deems just and proper.

13

## DEMAND FOR JURY TRIAL

Lannett hereby demands a trial by jury on all issues.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

By: _____
Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Of Counsel
Alfred J. Monte, Jr. Esquire
Ross J. Oehler, Esquire
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
(610) 397-6500
(610) 397-0450

Attorneys for Plaintiff
Lannett Company Inc.

Date: June 10, 2008

# EXHIBIT 1

US006258846B1

(12) **United States Patent**    (10) Patent No.:    **US 6,258,846 B1**

Hermelin et al.    (45) Date of Patent:    **Jul. 10, 2001**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, Glendale; **R. Saul Levinson**, Chesterfield; **George Paradissis**, St. Louis, all of MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/323,159**

(22) Filed:    **Jun. 1, 1999**

(51) Int. Cl.$^7$ ........................ **A61K 31/20**; A61K 47/00; A61K 9/68; A61K 9/28; A61K 9/62

(52) U.S. Cl. .......................... **514/558**; 514/559; 514/560; 514/870; 424/439; 424/440; 424/441; 424/461

(58) Field of Search ..................... 424/439, 440, 424/441, 461; 514/870, 558, 559, 560

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,925,560 | 12/1975 | Scott et al. ................................ 426/2 |
| 4,642,317 | 2/1987 | Palmquist et al. ..................... 514/558 |
| 5,004,728 | 4/1991 | Chalupa et al. ......................... 514/12 |
| 5,143,737 | 9/1992 | Richardson ............................... 426/2 |
| 5,264,217 | 11/1993 | Horrobin ............................... 424/439 |
| 5,562,913 | * 10/1996 | Horrobin ............................... 424/401 |
| 5,635,198 | 6/1997 | Nishimura et al. ................... 424/438 |
| 5,744,161 | * 4/1998 | Majeed ................................. 424/464 |
| 5,776,504 | * 7/1998 | McCarthy ............................. 424/682 |

OTHER PUBLICATIONS

The Merck Manual 185: 968 (16th Ed. 1992).
The Merck Manual 185: 1929–1931 (16th Ed. 1992).
*Physicians Desk Reference (PDR)*, 53rd Ed., 1011, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 1522–3, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 1692, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 2802, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 2916–17, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 2917–18, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 3128, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 3163, 1999.
*Physicians Desk Reference (PDR)*, 53rd Ed., 3212, 1999.
Whitney, E. and Rolfes, S., *Understanding Nutrition, 6th* Ed., 136–40, 1993.
Whitney, E. and Rolfes, S., *Understanding Nutrition, 6th* Ed., 493–504, 1993.

* cited by examiner

*Primary Examiner*—Russell Travers
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath; Joshua B. Goldberg

(57)    **ABSTRACT**

The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linolenic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**22 Claims, No Drawings**

US 6,258,846 B1

1

# NUTRITIONAL SUPPLEMENTS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

### 2. Description of the Related Art

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See *The Merck Manual*, 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., *Understanding Nutrition*, 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a woman's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids support

2

most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.

Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.

Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition, Whitney and Rolfe*, 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a hazzard of long term low fat parental dieting. *The Merck Manual*, 16th Ed., 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically,

| 3 | 4 |

Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The Physicians' Desk Reference describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg Of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See Physicians' Desk Reference, (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum,

5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Indiana, provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothenic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is vindicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is available in tablet form. See Physicians' Desk Reference, (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/ mineral supplement, available from Solvay Pharmaceuticals, Marietta, Georgia, contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of

US 6,258,846 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period-for both lactating and non-lactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the post-natal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

## SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores. The present compositions contain a novel combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

In one embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; wherein the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosa-

hexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; and a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg. The weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400 mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition for administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

In yet another embodiment of the inventive subject matter, a composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

The inventive subject matter also provides a method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a

US 6,258,846 B1

7

second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present inventive subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the to a female mammal for enriching the milk of said female mammal to optimize neurological development of the neonate, which comprises: administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first

8

fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

US 6,258,846 B1

9

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Futher, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefiting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade,

10

linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 and 2 series prostaglandin respectively, as shown in the outline below:



The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combinations thereof. Moreover, when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linoleic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

US 6,258,846 B1

11

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linolenic acid, and combinations thereof. The salts and alkaline salts here in r efer to those regularly used organi c or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably, the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably

12

present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component

US 6,258,846 B1

13

14

formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extruded or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as

rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or

15

more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg)*10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclu-

16

sion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

EXAMPLES

Example 1

The following formulations are used to prepare compositions for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitainin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin D₃ (I.U.) | 400 | 400 | 400 |
| Iron | 20 | 125 | 20 |
| Calcium | 90 | 90 | 90 |
| Microcrystalline Cellulose | 2500 | 400 | 1000 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 200 | 200 | 200 |
| Magnesium Stearate | 3 | 5 | 5 |
| | 10 | 12 | 15 |

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

US 6,258,846 B1

17

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin D₃ (I.U.) | 400 | — |
| Vitamin B₆ | 125* | 125* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethyl cellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

### Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B₆ | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To

18

this combined oil and wax mixture, folic acid, vitamin B₆, iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound;

and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

2. The method of claim 1, wherein said method additionally comprises providing a vitamin compound or derivative thereof to said woman together with said first and second fatty acid compounds.

3. The method of claim 2, wherein the vitamin compound is selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin C compound, a vitamin D compound, a vitamin E compound and combinations thereof.

4. The method of claim 3, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to 400 mg.

5. The method of claim 3, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 mg to 400 mg.

6. The method of claim 1, wherein said method further comprises providing a biologically-acceptable mineral compound or derivative thereof to said woman together with said first and second fatty acid compounds.

7. The method of claim 6, wherein said biologically-acceptable mineral compound is selected from the group consisting of calcium, magnesium, iron and combinations thereof.

US 6,258,846 B1

19

20

8. The method of claim 7, wherein the calcium is present in said composition in an amount of about 300 mg to 2500 mg.

9. The method of claim 1, wherein said method further comprises providing to said woman a biologically active substance together with said first and second fatty acid compounds.

10. The method of claim 1, wherein said method is adapted to meet specific physiological needs of a breast-feeding mother.

11. The method of claim 1, wherein said first and second fatty acids are provided in an oral dosage form.

12. The method of claim 11, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

13. The method of claim 11, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurt, gelatin, cereal and combinations thereof.

14. The method of claim 1, wherein said first and second fatty acids are administered once during a twenty four hour period of time.

15. The method of claim 1, wherein said first and second fatty acids are administered at least twice during a twenty four hour period of time.

16. The method of claim 1, wherein said method increases the quantity of breast milk produced during lactation.

17. The method of claim 1, wherein said method prevents deficiency of essential fatty acids in the woman.

18. The method of claim 1, wherein said method further comprises providing indicia indicating a time period for administration of said first and second fatty acid compounds.

19. The method of claim 1, wherein said method extends the duration of the period of lactation.

20. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

  administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg of a first fatty acid compound;

  administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg, and said second fatty acid

compound being administered together with said first fatty acid compound; and

  wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

21. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

  administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof and provided in an amount of about 10 mg to 100 mg;

  administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof and provided in about 10 mg to 100 mg, said second fatty acid compound being administered together with said first fatty acid compound;

  administering a nutritional compound to said woman during the period commencing at least at about the tenth week of pregnancy, said nutritional compound being selected from the group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds;

  wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

22. A method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises:

  administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

  administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and

  and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

*  *  *  *  *

# EXHIBIT 2

US006576666B2

(12) **United States Patent**　　　　　(10) **Patent No.:**　　US 6,576,666 B2
Hermelin et al.　　　　　　　　　　　(45) **Date of Patent:**　　**Jun. 10, 2003**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, Glendale, MO (US); **R. Saul Levinson**, Chesterfield, MO (US); **George Paradissis**, St. Louis, MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/885,158**

(22) Filed: **Jun. 21, 2001**

(65) **Prior Publication Data**

US 2002/0032234 A1 Mar. 14, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/323,159, filed on Jun. 1, 1999, now Pat. No. 6,258,846.

(51) Int. Cl.$^7$ ........................ **A61K 31/20**; A61K 31/44; A61K 31/495; A61K 31/50; A61K 31/34

(52) U.S. Cl. ...................... **514/560**; 514/345; 514/249; 514/474; 514/458

(58) Field of Search ................................. 514/560, 345, 514/249, 474, 458

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 A | 12/1975 | Scott et al. | .................. 426/2 |
| 4,642,317 A | 2/1987 | Palmquist et al. | .......... 514/588 |
| 4,753,926 A * | 6/1988 | Lucas et al. | .................. 514/2 |
| 5,004,728 A | 4/1991 | Chalupa et al. | ............... 514/12 |
| 5,143,737 A | 9/1992 | Richardson | .................. 426/2 |
| 5,264,217 A | 11/1993 | Horrobin | .................. 424/439 |
| 5,562,913 A | 10/1996 | Horrobin | .................. 424/401 |
| 5,635,198 A | 6/1997 | Nishimura et al. | ......... 424/438 |
| 5,744,161 A | 4/1998 | Majeed et al. | ............... 424/464 |
| 5,776,504 A | 7/1998 | McCarty | ..................... 424/682 |

OTHER PUBLICATIONS

Clark et al, 117CA:25288, 1992.*
FDA (United States Food and Drug Administration), 104CA:4736, 1985.*
Alvarez et al. 107CA:22135, 1986.*
The Merck Manual 185: 968 (16th Ed. 1992).
The Merck Manual 185: 1929–1931 (16th Ed. 1992).
*Physician Desk Reference (PDR)*, 53rd Ed., 1011, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 1522–3, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 1692, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2802, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2916–17, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2917–18, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3128, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3163, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3212, 1999.
Whitney, E. and Rolfes, S., *Understanding Nutrition*, 6th Ed., 136–40, 1993.
Whitney, E. and Rolfes, S., *Understanding Nutrition*, 6th Ed., 493–504, 1993.

* cited by examiner

*Primary Examiner*—Russell Travers
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath

(57) **ABSTRACT**

The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linolenic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**23 Claims, No Drawings**

US 6,576,666 B2

**1**

## NUTRITIONAL SUPPLEMENTS

This application is a continuation application of U.S. patent application Ser. No. 09/323,159, filed Jun. 1, 1999 now U.S. Pat. No. 6,258,846, the entire contents of which are hereby incorporated by reference in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

2. Description of the Related Art

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See *The Merck Manual,* 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., *Understanding Nutrition,* 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a women's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

**2**

The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids support most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.

Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.

Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition,* Whitney and Rolfe, 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a

US 6,576,666 B2

3

hazzard of long term low fat parental dieting. *The Merck Manual,* 16th Ed., 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The *Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20

4

mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Ind., provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothenic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Ga., contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

US 6,576,666 B2

5

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period—for both lactating and nonlactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the post-natal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores. The present compositions contain a novel combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

In one embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; wherein the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a

6

derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; and a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg. The weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400 mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition for administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

In yet another embodiment of the inventive subject matter, a composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

The inventive subject matter also provides a method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is

US 6,576,666 B2

7

selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present invention subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the to a female mammal for enriching the milk of said female mammal to optimize neurological development of the neonate, which comprises: administer-

8

ing a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one

US 6,576,666 B2

9

class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Further, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefitting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid

10

cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 or 2 series prostaglandin respectively, as shown in the outline below:



The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combination thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic

11

acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present in an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably,

12

the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds or combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release; sustained release, delayed release, long acting, and combinations thereon. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is per-

US 6,576,666 B2

13

14

formed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extruded or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before

compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, castor oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as

US 6,576,666 B2

15

diethyl phthalate, diethyl sebacate and castor oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg) *10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

16

The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

EXAMPLES

Example 1

The following formulations are used to prepare compositions for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

US 6,576,666 B2

17

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin B (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin D₃ (I.U.) | 400 | — |
| Vitamin B₆ | 125* | 125* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

### Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B₆,

18

iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservative, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

   a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

   b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;

   c) about 10 mg to 125 mg of a vitamin B₆ compound or derivative thereof;

   d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

   e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

   f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

   g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

   wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

2. The composition of claim 1, wherein said composition additionally contains a biologically active substance.

3. The composition of claim 2, wherein the biologically active substance is a lactogen compound or derivative thereof.

4. The composition of claim 1, wherein said composition is administered during a period commencing no later than the tenth week of pregnancy.

5. The composition of claim 1, wherein said composition is administered during a period of time commencing at least at about the tenth week of pregnancy.

6. The composition of claim 1, wherein said composition is adapted to meet specific physiological needs of a breast-feeding mother.

US 6,576,666 B2

19

20

7. The composition of claim 1, wherein said composition is in an oral dosage form.

8. The composition of claim 7, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

9. The composition of claim 7, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurts, gelatin, cereal and combinations thereof.

10. The composition of claim 1, wherein said composition is administered once during a twenty four hour period of time.

11. The composition of claim 1, wherein said composition is administered at least twice during a twenty four hour period of time.

12. The composition of claim 1, wherein said composition increases lactogenesis.

13. The composition of claim 1, wherein said composition increases the quantity of breast milk produced during lactation.

14. The composition of claim 1, wherein said composition prevents deficiency of essential fatty acids in the woman.

15. The composition of claim 1, wherein said composition is provided with indicia indicating a time period of use.

16. The composition of claim 15, wherein said time period of use is prior to, during and after lactation.

17. The composition of claim 15, wherein said time period commences at about the tenth week of pregnancy.

18. The composition of claim 1, wherein said composition extends the duration of the period of lactation.

19. The composition of claim 1, wherein said composition improves quality of said breast milk.

20. The composition of claim 1, wherein said composition achieves enrichment of said breast milk through a natural biological pathway.

21. The composition of claim 1, additionally comprising a vitamin compound selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof.

22. The composition of claim 1, further comprising a biologically-acceptable mineral compound which is iron.

23. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to about 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

b) about 10 mg to about 1000 mg of a second fatty acid compound for each compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, a derivative thereof and a combination thereof;

c) a vitamin compound selected from the group consisting of about 10 mg to about 200 mg of a vitamin $B_6$ compound or derivative thereof, about 0.1 mg to about 3 mg of a folic acid compound or derivative thereof, about 25 mg to about 500 mg of a vitamin C compound or derivative thereof, about 10 mg to about 400 mg of a vitamin E compound or derivative thereof, and combinations thereof; and

d) a biologically acceptable mineral compound which is selected from the group consisting of about 100 mg to about 2000 mg of a calcium compound or derivative thereof, about 25 mg to about 400 mg of a magnesium compound or derivative thereof, and combinations thereof;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

* * * * *

# EXHIBIT 3



US007112609B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,112,609 B2**
Hermelin et al.                    (45) **Date of Patent:**    *Sep. 26, 2006

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, St. Louis, MO (US); **R. Saul Levinson**, Chesterfield, MO (US); **George Paradissis**, St. Louis, MO (US)

(73) Assignee: **DrugTech Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/457,647**

(22) Filed: **Jun. 10, 2003**

(65) **Prior Publication Data**

US 2003/0216351 A1    Nov. 20, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/885,158, filed on Jun. 21, 2001, now Pat. No. 6,576,666, which is a continuation of application No. 09/323,159, filed on Jun. 1, 1999, now Pat. No. 6,258,846.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/20* | (2006.01) |
| *A61K 31/19* | (2006.01) |
| *A61K 9/20* | (2006.01) |
| *A61K 9/64* | (2006.01) |
| *A61K 9/46* | (2006.01) |

(52) **U.S. Cl.** .................. **514/560**; 514/557; 514/558; 424/464; 424/456; 424/466; 424/489; 424/400

(58) **Field of Classification Search** ................ 514/725, 514/52, 167, 168, 458, 165, 420, 474, 560, 514/558, 557; 424/464, 456, 466, 489, 400
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 | A | 12/1975 | Scott et al. |
| 4,642,317 | A | 2/1987 | Palmquist et al. |
| 4,996,233 | A | 2/1991 | Horrobin |
| 5,004,728 | A | 4/1991 | Chalupa et al. |
| 5,116,624 | A | 5/1992 | Horrobin et al. |
| 5,143,737 | A | 9/1992 | Richardson |
| 5,198,468 | A | 3/1993 | Horrobin |
| 5,264,217 | A | 11/1993 | Horrobin |
| 5,550,156 | A | 8/1996 | Kyle |
| 5,562,913 | A | 10/1996 | Horrobin |
| 5,601,860 | A | 2/1997 | Lien et al. |
| 5,635,198 | A | 6/1997 | Nishimura et al. |

| | | | |
|---|---|---|---|
| 5,744,161 | A | 4/1998 | Majeed et al. |
| 5,776,504 | A | 7/1998 | McCarty |
| 6,150,411 | A | * 11/2000 | Stordy .......................... 514/559 |
| 6,258,846 | B1 | 7/2001 | Hermelin et al. |
| 6,576,666 | B1 | 6/2003 | Hermelin et al. |

FOREIGN PATENT DOCUMENTS

EP          0611568      8/1994

OTHER PUBLICATIONS

Merck Index, 10th ed., Windholz et al, Eds. Merck &Co. Rahway, NJ, 1983, #6062.*
PDR, 54, ED, Medical Economics Co., Montvale, NJ, 2000, pp. 1534, 2766-2767, 1069-1070, 2961-2963.*
Food Chem &Nutritional Biochem, Zapsalis et al, Wiley &Sons, NY, p. 986.*
Food, Nutrition and Diet therapy, Krause et al, Eds., Saunders Philadelphia PA, 1985, p. 830.*
Merck Index, 10th ed. Windholz et alEds. Merck &Co, Rahway , NJ, 1983, # 6062.*
PDR, 54 edition, Medical Economics Co. Montvale NJ, pp. 2766-2767, 1069-1070, 2961-2963, 2000.*
Food Chem. & Nutritional biochem, Zapsalis et al Eds. Wiley & Sons NY, pp. 986, 1985.*
Saunders, Food, Nutrition and Diet Therapy, Krause et al., Eds., 1986, p. 830, Saunders, Philadelphia PA.
Merck & Co., Merck Index 10th Ed., Windholz et al. Eds., 1983, p. 6064, Merck & Co., Rahway, NJ.
Medical Economics Company, Physician's Desk Reference For Nonprescription Drugs, 54th Edition, 2000, pp. 1534, 1069-1070, 2766-2767, 2961-2963, Medical Economics Co., Montvale, NJ. Wiley & Sons, Food Chem. & Nutritional Biochem, Zapsalis et al. Eds., 1985, p. 986.
The Merck Manual, (16th ed.) 1993, 185:1929-1931.
Physician's Desk Reference For Nonprescription Drugs, (9th ed., 1988) 718.
Whitney & Rolfe, Understanding Nutrition 6th Ed., Whitney et al., 1993, pp. 136-140, 493-504.

* cited by examiner

*Primary Examiner*—Sheng Jun Wang
*Assistant Examiner*—Jennifer Kim
(74) *Attorney, Agent, or Firm*—Blackwell Sanders Peper Martin LLP

(57) **ABSTRACT**

The present disclosure relates to novel nutritional methods and compositions containing essential fatty acids which optimize embryonic, fetal and child neurological development and provide improved nutritional support for women prior to and during lactation. Further the methods and compositions improve gestational length and birth weight. The nutritional methods and compositions are also intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**8 Claims, No Drawings**

US 7,112,609 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# NUTRITIONAL SUPPLEMENTS

"This application is a CIP of Ser. No. 09/885,158 filed on Jun. 21, 2001 now U.S. Pat. No. 6,576,666, which is a CON of Ser. No. 09/323,159 filed on Jun. 1, 1999 now U.S. Pat. No. 6,258,846."

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is directed to novel methods for administering compositions containing essential fatty acids for use by pregnant and/or lactating women to optimize infant neurological development, length of gestation, and birth weight and to provide improved nutritional support for women prior to, during and after lactation. Further, the invention is also directed to methods for prevention and treatment of essential fatty acid deficiencies and conditions related or derived therefrom.

### 2. Description of the Related Art

Essential fatty acids (EFAs) are important for all humans in general, and women specifically. Failure to ingest the appropriate amount of essential fats daily may result in improper digestion, which in turn may cause inadequate absorption of other nutritional factors, including vitamins and minerals. Additionally, the body derives its energy from triglycerides, a molecule of glycerol with three fatty acids attached. Stored fatty acids support bodily functions, and are especially important when individuals are between meals or must go without food. Furthermore, the body cannot produce all the necessary fatty acids it requires. An example of such are both linolenic and linoleic acids. Thus a failure in the intake of the proper amount of EFAs can have wide ranging negative implications. Furthermore, insufficient daily intake of EFAs can lead to various levels of failure in a woman's reproductive system.

For this reason, it is especially important in the case of women who are pregnant or breast feeding or plan to become pregnant or plan to breast feed that methods of nutritional supplementation of dietary compositions containing EFAs be developed.

All major fatty acid classes were altered in the pregnant state. Of these differences in polymorphonuclear leukocytes, oleic acid and α-linolenic acid have been shown to significantly increase (13 and 26%, respectively) and stearic acid and arachidonic acid (AA) has been shown to significantly decrease (8 and 30%, respectively). This may suggest that attenuated PMN function in pregnancy may originate from a reduction in the available pool of cellular fatty acids. Furthermore, this reduction arises as a direct result of a pregnancy-induced shift in circulating fatty acids from polyunsaturated to monounsaturated forms. Clin Diagn Lab Immunol. 1999 Jul. 6 (4): 587–593. These shifts in circulating EFAs, have been implicated in low birth weight, shorten gestation and in the occurrence of birth defects.

Due to a new born infant's high growth rate and nutritionally dependent state upon the mother, EFAs in the mother's diet continue to be important after birth especially if the mother is to breast feed.

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. *See The Merck Manual*, 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., *Understanding Nutrition*, 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a woman's underlying reasons for breast-feeding, her nutritional status is important in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

The presence of EFAs in breast milk is significant for various reasons, as described below. Because the body derives most of its energy from stored triglycerides, and the body cannot make all the EFAs it requires, for example linoleic acid or linolenic acid, these indispensable EFAs must be supplied through the infant's food food. Again, EFAs are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes. Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant

US 7,112,609 B2

3

requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Women may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition, Whitney and Rolfe,* 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a hazzard of long term low fat parental dieting. *The Merck Manual,* 16th Ed., 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids. Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty

4

acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. *The Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin B$_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin B$_1$, 3.4 mg of vitamin B$_2$, 10 mg of vitamin B$_6$, 20 mg of niacinamide, 12 mcg of vitamin B$_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Ind., provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin B$_6$, 1 mg of folic acid, 2.5 mcg of vitamin B$_{12}$, 30 mcg of biotin, 7 mg of pantothenic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin D$_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin B$_1$, 304 mg of vitamin B$_2$, 20 mg of vitamin B$_6$, 12 mcg of vitamin B$_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the

US 7,112,609 B2

5

postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Physicians' Desk Reference, (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Ga., contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin B6, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

Precare® prenatal vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period-for both lactating and non-lactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It

6

is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

## SUMMARY OF THE INVENTION

The methods of the present inventive subject matter for administering compositions containing essential fatty acids for use by pregnant and/or lactating women overcome the deficiencies of currently available methods.

In one embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to a pregnant or lactating woman, wherein at least two of the essential fatty acids are selected from the group consisting of linolenic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the pregnant or lactating woman; and wherein the essential fatty acids maximize the weight of a member selected from the group consisting of an embryo, a fetus or a multiple gestation.

In another embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to the pregnant or lactating woman, wherein at least two of the essential fatty acids are selected from the group consisting of linolenic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid, and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the pregnant or lactating woman; and wherein the essential fatty acids optimize the length of gestation of a member selected from the group consisting of an embryo, a fetus or a multiple gestation.

In yet another embodiment of the inventive subject matter, a method for administering essential fatty acids comprises administering a composition of essential fatty acids to a woman, wherein at least two of the essential fatty acids are selected from the group consisting of linolenic acid, linoleic acid, arachidonic acid, eicosapentaenoic acid, docosahexaenoic acid, an omega-3 fatty acid, an omega-6 fatty acid, and mixtures thereof; wherein the essential fatty acids in the composition are present in an amount ranging from about 100 mg to about 1,000 mg per 55 kg of body weight of the woman; and wherein the essential fatty acids treat essential fatty acid deficiencies in the woman.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

US 7,112,609 B2

7

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

"Essential fatty acids" or EFAs may refer to any fatty acid that may be utilized by the body, and included, without limitation, chemical chains of carbon, hydrogen, and oxygen atoms that are part of a fat (lipid), are a major component of triglycerides, which may be classified as either saturated, polyunsaturated, or monounsaturated, and may be found in nature or produced synthetically. They may include without limitation cholesterol, prostaglandins, lecithin, choline, inositol, conjugated linolenic acid, myristic acid, palmitic acid, stearic acid, oleic acid, alpha-linolenic acid, eicosapentaenoic acid, docosapentaenoic acid, docosahexanoic acid, linolenic acid, gamma-linolenic acid, linoleic acid, omega 3 fatty acids, omega 6 fatty acids, omega 9 fatty acids, polyunsaturated fatty acids, long-chained polyunsaturated fatty acids, arachidonic acid, monounsaturated fatty acids, precursors of fatty acids, and derivatives of fatty acids.

The compositions and methods of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations may improve the nutritional status of a woman prior to conception. Second, the formulations may increase fetal birth weight. Third, the formulations and methods may increase the length of gestation. Fourth, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Fifth, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Sixth, the fatty acids optimize the overall development and neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides for methods and compositions designed to be administered to a woman prior to the onset of pregnancy for the purpose of improving nutritional status prior to conception; methods and compo-

8

sitions designed to be administered during pregnancy to provide adequate nutrition for the pregnant woman and the developing embryo, embryos, fetus or fetuses; methods and compositions for administration during pregnancy to provide adequate nutrition to the pregnant woman and the developing embryo, embryos, fetus or fetuses for the purpose of increasing or maximizing the length of gestation and/or increasing or maximizing birth weight; and methods and compositions for the purpose of both enriching the woman's breast milk for the benefit of the child or children and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where, in the absence of taking the present composition, breast-feeding would have been either unsafe or outright impossible. Infants undergoing gestation while the mother's diet is modified according to the methods and compositions of the present invention, as described herein, may undergo advantageous in utero development and increase gestational duration. Furthermore, infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Further still, the present methods and compositions will help a postpartum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present methods and compositions will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during pregnancy and prior to and during lactation, embryos and fetuses in utero contemporaneously with said administration may experience increase in birth weight and length of gestation, as well as maximized development and that infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at least ten weeks after conception, preferably at least ten weeks prior to conception and continuing through out the pregnancy and lactation period, and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant or infants and mother. In addition to benefiting a developing human embryo or fetus, as well as a breast-feeding human infant, the present invention can also benefit the embryo, fetus and/or spring of non-human mammals wherein the mother mammal's diet is supplemented according to the methods and compositions of the present invention before, during or after pregnancy and said offspring are nursed by their mothers. The methods and compositions of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals without limitation.

Without being limited by theory, the present compositions maintain and stabilize fatty acid levels in the blood before, during and after pregnancy and lactation. Maintenance and stabilization of fatty acid levels in the blood may serve beneficially in numerous bodily functions of both the mother and the embryo or fetus, such as, for example immunological development, immunoregulation and immunoresponse, production and maintenance of appropriate levels of various

US 7,112,609 B2

9

hormones beneficial to pregnancy, birth and lactation, such as for example, prostaglandin. Prostaglandin may serve to increase the duration of gestation. Additionally, maintenance and stabilization of EFA levels in the pregnant mother serves to maximize the development of the embryo or fetus neurologically and physically. Further, maintenance of fatty acid levels in the body of the mother may stimulate the production of breast milk which is enriched with the EFAs in amounts which optimize infant neurological development. These methods and compositions achieve such benefit to both woman who is planning to conceive or is pregnant and the enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 and 2 series prostaglandin respectively, as shown in the outline below:



cis-Linoleic Acid
(9,12-octadecadienoic acid)

GLA
(gamma-linoleic acid i.e.
6,9,12-octadecatrienoic acid)

DGLA
ester reserves
(small)

DGLA ──→ 1 series
(dihomo-gamma-linolenic acid    endoperoxides
i.e. 3,11,14 eicosatrienoic acid)

AA
(Arachidonic acid, i.e.
5,8,11,14-eicosatrienoic acid)

1 series
PG's

The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combinations thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

10

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linolenic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging

US 7,112,609 B2

11

12

from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably, the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 4 mg and may be in either immediate release or controlled release form. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, nutrition or health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

US 7,112,609 B2

13

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures

14

and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg)*10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present methods and compositions are adapted to meet the specific physiological needs of a woman planning to conceive, a woman who is pregnant, either with a single or multiple pregnancy, and/or a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citratemalate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the

US 7,112,609 B2

15

present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The methods and compositions of the present inventive subject matter are preferably administered during a period commencing no later than at least the tenth week of pregnancy. Preferably, the methods and compositions are administered beginning about ten weeks prior to pregnancy. Also preferably, the methods and compositions are administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present inventive subject matter includes methods for; improving and/or maximizing a woman's nutritional status prior to pregnancy; increasing and/or improving the length of gestation; improving and/or maximizing the development of an embryo, embryos, fetus or fetuses; and enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional supplement for the mother. The methods include administering the compositions as early as three months prior to conception.

The present compositions and methods may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

EXAMPLES

Example 1

The following formulations are used to prepare compositions for administration to women prior to and during pregnancy and lactation:

16

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 20 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Folic Acid | 2.0 | 2.0 | 2.0 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during pregnancy and lactation:

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin $D_3$ (I.U.) | 400 | — |
| Vitamin $B_6$ | 125* | 125* |
| Folic Acid | 2.5* | 2.5* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

Example 3

The following compositions are used to prepare products for administration to women prior to and during pregnancy and lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |

17

-continued

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 4

The following compositions are used to prepare products for administration to women prior to and during pregnancy and lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | — | 100 | — | 10 | 100 | 20 |
| Linolenic Acid | — | 100 | — | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

### Example 5

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B6,

18

iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linoleic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linoleic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosa-hexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

about 10 mg to 125 mg of a vitamin B.sub.6 compound;

about 0.1 mg to 3 mg of a folic acid compound;

about 100 mg to 2,000 mg of a calcium compound;

about 25 mg to 500 mg of a vitamin C compound; and

about 10 mg to 400 mg of a vitamin E compound, wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

2. The method of claim 1 wherein the supplements are in an oral dosage form.

3. The method of claim 2 wherein the oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

4. The method of claim 2, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet and combinations thereof.

5. The method of claim 1 wherein the nutritional supplements further comprising administering a vitamin compound selected from the group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin D compound and combinations thereof.

6. The method of 1 further comprising administering iron.

7. The method of claim 1, wherein the administration occurs once during a twenty-four hour period.

8. The method of claim 1, wherein the administration occurs at least twice during a twenty-four hour period.

* * * * *

# EXHIBIT 4

US006197329B1

(12) **United States Patent**      (10) **Patent No.:**     **US 6,197,329 B1**
Hermelin et al.                    (45) **Date of Patent:**         **Mar. 6, 2001**

(54) **ANTI-NAUSEA COMPOSITIONS AND METHODS**

(75) Inventors: **Marc S. Hermelin**, Glendale; **Mitchell I. Kirschner**, St. Louis; **R. Saul Levinson**, Chesterfield, all of MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/303,690**

(22) Filed: **May 3, 1999**

(51) Int. Cl.[7] ............................ **A61K 9/08**; A61K 9/10; A61K 9/14; A61K 9/20; A61K 9/46; A61K 9/48

(52) U.S. Cl. ...................... **424/441**; 424/195.1; 424/464; 424/456; 424/466; 424/468; 424/472; 424/484; 424/489; 514/819; 514/872; 514/937

(58) Field of Search .................................. 424/451, 456, 424/195.1, 441, 464, 465, 466, 468, 472, 484, 489; 514/819, 872, 937

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,309,405 | 1/1982 | Guley et al. ............................ 424/21 |
| 4,738,856 | 4/1988 | Clark ...................................... 426/74 |
| 4,786,505 | 11/1988 | Lovgren et al. ...................... 424/468 |
| 4,806,354 | 2/1989 | Green ...................................... 424/154 |
| 4,853,230 | 8/1989 | Lovgren et al. ...................... 424/466 |
| 4,925,878 | 5/1990 | Bodó et al. ............................ 514/646 |
| 4,948,592 | 8/1990 | Ayer et al. ............................ 424/473 |
| 4,994,283 | 2/1991 | Mehansho et al. .................... 426/74 |
| 5,578,628 | 11/1996 | Tyers et al. ............................ 514/397 |
| 5,648,092 | 7/1997 | Weckenmann et al. .............. 424/464 |

OTHER PUBLICATIONS

*The Merck Manual*, p. 1281–87 (16th Ed. 1992).
*Drug Information for the Health Care Professional*, (17th Ed., 1997) 2179.
*Drug Information for the Health Care Professional*, (17th Ed., 1997) 1532.
Vutyavanich, et al., "Pyridoxine for nausea and vomiting in pregnancy: a randomized, double–blind, placebo–controlled trial", *Am J Obstet Gynecol*, 173:881–4 (1995).

*Primary Examiner*—James M. Spear
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath

(57)          **ABSTRACT**

The present disclosure is directed to novel nutritional anti-nausea compositions, anti-emetic compositions, and methods of using same. The compositions provide improved relief from nausea and/or vomiting. The compositions are particularly useful for pregnant women.

**55 Claims, No Drawings**

US 6,197,329 B1

**1**

ANTI-NAUSEA COMPOSITIONS AND
METHODS

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to novel nutritional anti-nausea compositions, anti-emetic compositions and methods of using the same to provide relief from nausea and/or vomiting. The present compositions are also nonteratogenic and are therefore highly useful to pregnant women.

2. Description of the Related Art

Nausea and vomiting are two of the most common symptoms of illness and are also commonly experienced as side effects of numerous medical treatments. Both nausea and vomiting are also commonly experienced as a result of various external factors (e.g., travel) and during various conditions (e.g., pregnancy). Nausea and vomiting can occur individually or in conjunction with one another.

A common cause of nausea and vomiting is motion sickness. Motion sickness typically occurs when humans are subjected to long-lasting external movement or transportation accompanied by unusual movements such as shaking, waving, atmospheric changes (e.g., flying in an airplane), great acceleration, and uneven road conditions, etc. Motion sickness is not viewed as a disease but as a physiological symptom complex wherein the symptoms experienced, of which nausea and vomiting are common, depend on the individual in question. When the individual experiences motion sickness in a work environment, i.e., truck drivers, air pilots, air craft staff members and the like, the potential for a disadvantageous and dangerous condition result. Such individuals are often required to exhibit high level concentration and intellect, and the presence of motion sickness symptoms can severely detract from their ability to do so.

Though experienced by a more limited number of individuals, the nausea and vomiting associated with chemotherapy drugs and radiation treatment is especially problematic. Cancer treatment drugs such as Cisplatinum, Streptozotocin, Cytoxan, Nitrogen Mustard and Ara-C are known to cause severe nausea and vomiting as side effects. The reason that cancer drugs cause nausea and vomiting is still under investigation. It is believed that the drugs stimulate and irritate specific key areas in the brain which results in nausea and vomiting. Individuals undergoing cancer treatments and experiencing these side effects may feel discouragement beyond that which is directly related to their cancer. The inability to eat normally or to alleviate nausea can lead to increased patient depression. *The Merck Manual*, 1281–87 (16th Ed. 1992).

Postoperative nausea and vomiting is one of the most common side effects, estimated to be experienced by 20% to 30% of patients, after undergoing anesthetic and surgical procedures. Coates, A., "On the receiving end-patient perception of the side-effects of cancer chemotherapy", *Eur J Cancer Clin Oncol*, 19:203–208 (1983); See also, Cooper, et al., "The impact of cytotoxic chemotherapy-perspectives from patients, specialists and nurses", *Eur J Cancer Clin Oncol*, 28A(suppl 1):S36–S38 (1992). Research shows the occurrence of postoperative nausea and vomiting to be from 25% to 55% following inpatient surgery and from 8% to 47% for outpatient procedures. Id.; See also, Laszlo, J., "Nausea and vomiting as major complications of cancer chemotherapy", *Drugs*, 25(suppl 1):1–7 (1983); See also, Tortorice, et al., "Management of chemotherapy-induced nausea and vomiting", *Pharmacotherapy*, 10:129–145 (1990). When questioned prior to surgery, patients are often

**2**

more concerned about post-operative nausea and vomiting than post-operative pain, since they perceive that the nausea and vomiting will be more debilitating. Tonato, et al., "Methodology of antiemetic trials: a review", *Ann Oncol*, 2:107–114 (1991); See also, Fauser, et al., "Therapeutic equivalence of single oral doses of dolasetron mesilate and multiple doses of ondansetron for the prevention of emesis after moderately emetogenic chemotherapy," *Eur J Cancer*, 32A(9):1523–1529 (1996).

Nausea and vomiting are also both common in early pregnancy. Cases can range in degree from mild to severe, and symptoms usually begin soon after the first missed period. Morning sickness, i.e., nausea and vomiting experienced during the first and second trimesters of pregnancy, is experienced by approximately half of all pregnant women, however it is particularly common in cases of multiple pregnancy and hydatidiform mole. Kousen, M., "Treatment of nausea and vomiting in pregnancy", *Am Fam Physician*, 48:1279 (1993).

Hyperemesis gravidarum, i.e., persistent nausea and vomiting during pregnancy, can lead to a reduction in fluid and electrolyte levels, as well as a jeopardized nutritional status if the condition is not treated. The condition is characterized by prolonged and severe nausea and vomiting, dehydration, ketosis, and body weight loss. Other complications may include hyponatraemia, hypokalaemia, a low serum level, metabolic hypochloraemic alkalosis, ketonuria, liver function test abnormalities, abnormal thyroid function tests, and suppressed thyroid-stimulating hormone levels. Nelson-Piercy, C., "Treatment of nausea and vomiting in pregnancy. When should it be treated and what can be safely taken?", *Drug Saf*, 19(2):155–64 (1998).

Nausea and vomiting can also be brought on by a variety of other causes such as reactions to certain types of odors or visual stimuli, psychological perceptions, allergic reactions, drug interactions and the like. Whatever the cause, the presence of a nauseated and/or emetic condition in an individual can be debilitating for the period during which it is experienced, and therefore numerous antiemetic and antinausea compositions and methods have been described.

Many generalized nausea and vomiting treatment compositions have been described. For example, Tyers et al., U.S. Pat. No. 5,578,628, describe tetrahydrocarbazolone derivatives which may be used for the prevention and treatment of nausea.

Lovgren et al., U.S. Pat. No. 4,786,505, describe a pharmaceutical preparation containing omeprazole for oral use and a method of affecting gastric acid secretion and providing gastrointestinal cytoprotective effect when using them.

Lovgren, U.S. Pat. No. 4,853,230, describes an easily water soluble pharmaceutical preparation containing an acid labile compound together with and alkaline reacting compound for the treatment of gastrointestinal diseases.

Bodó et al., U.S. Pat. No. 4,925,878, describe a composition especially suited for the treatment of the nausea and vomiting symptoms associated with motion sickness.

Numerous drugs have been developed for the treatment of chemotherapy-induced vomiting and nausea. Zofran®, a prescription antiemetic drug containing ondansetron as the active component, is a highly selective antagonist of serotonin receptors. Clinically accepted for use in treating cancer chemotherapy-induced nausea and vomiting, post-operative nausea and vomiting, and radiotherapy induced nausea and vomiting, this medication is not accepted for use in the treatment of motion-sickness or for prescription to pregnant or nursing women. *Drug Information for the Health Care Professional*, 2179 (17th Ed., 1997).

US 6,197,329 B1

3

Kytril®, another prescription antiemetic, containing the active component granisetron, also works as a highly specific antagonist of serotonin receptors. Clinically, Kytril® is only accepted for use in treating cancer chemotherapy-induced nausea and vomiting and has not been proven safe for prescription to pregnant or nursing women. Id. at 1532.

In relation to the treatment of nausea and/or vomiting in pregnant women, different approaches have been attempted in order to avoid teratogenicity or at least reduce the risk of birth defects commonly associated with certain drugs for treating nausea and vomiting.

Studies have shown that certain vitamins may reduce nausea and/or vomiting. Administration of pyridoxine was shown to be effective in relieving the severity of nausea in early pregnancy without being teratogenic. Vutyavanich, et al., "Pyridoxine for nausea and vomiting in pregnancy:

a randomized, double-blind, placebo-controlled trial", *Am J Obstet Gynecol*, 173:881–4 (1995).

Further, it has been shown that the nausea and vomiting of pregnancy can be mitigated if the patient eats small portions of food at frequent intervals, increases the amount of carbohydrates, decreases the amount of fat, and avoids "bothersome food odors." Kousen, M., "Treatment of nausea and vomiting in pregnancy", *Am Fam Physician*, 48(7) :1279–84 (1993).

Nutritional compositions for general improvement of health have been described in the related art. Green, U.S. Pat. No. 4,806,345, describes a health food composition which is comprised of B complex vitamins, i.e., thiamine, pyridoxine, riboflavin, and cyanocobalamin, an emulsifying agent, flavoring agent, a preservative agent and optionally an antacid such as calcium carbonate and/or an analgesic such as acetaminophen.

Meshansho, et al., U.S. Pat. No. 4,994,283, describe a nutritional composition comprised of iron compounds and calcium compounds in combination with citrates or tartrates, ascorbates, and, optionally, fructose.

Clark, U.S. Pat. No. 4,738,856, describes a yet another nutritional composition in the form of a beverage solution, which comprises calcium, magnesium, potassium, a sweetener agent and a stabilizer. The invention is specifically designed to have a reducing effect on conditions such as high blood pressure and high blood alcohol content.

It is generally accepted that it is of significant advantage under certain circumstances to both patients, physicians and nonpatients that medications and/or nutritional compositions be formulated so that they may be administered in a minimal number of daily doses from which the medication and/or nutritional composition is uniformly released over a desired, extended period of time. Such delivery methods are particularly useful for the sake of convenience when repeat dosing is necessary to bring about a desired therapeutic or physiological effect. Such delivery systems have been described.

Ayer et al., U.S. Pat. No. 4,948,592, describe a pulsed drug delivery system comprising an immediately available dose of a beneficial drug followed by a timed delayed dose of the drug, or simply a timed delayed dose of the drug.

Guley et al., U.S. Pat. No. 4,309,405, describe a sustained release tablet wherein the active drug in a core structure of the tablet surrounded by a water soluble polymer such hydroxypropylmethylcellulose or hydroxypropylcellulose and a water insoluble polymer such as ethylcellulose.

Another form of drug delivery which has been accepted as useful to both patients, physicians and nonpatients is the chewable tablet dosage form. This type of dosing finds

4

particular applicability in persons who have difficulty swallowing tablet-type forms of medications and/or nutritional compositions or when the substance contained within the tablet is most beneficial when delivered immediately, such as with antacid formulations. Chewable tablets forms have been described in the art.

Weckenamnn et al., U.S. Pat. No. 5,648,092, describe pharmaceutical compositions in the form of pleasant tasting chewable tablets containing sulcralfate, which is employed for the treatment of duodenal ulcers, gastric ulcers and reflux esophagitis.

While numerous antiemetic compositions and methods exist, these compositions often produce numerous and undesired patient side-effects. These formulation have the result of placing the patient in the position of choosing between the condition she or he seeks to alleviate and the side effect of the therapy. Further, these formulations do not utilize vitamins and minerals as active components, and therefore have no direct positive impact on the patient's nutritional status. Thus, it is desirable to have effective antiemetic formulations which have few side effects and are nutritionally beneficial to the taker.

The disclosed antiemetic compositions are deficient in various other respects. Primarily, none have undergone extensive clinical studies on humans with regards to teratogenicity, and thus are not recommended for ingestion by pregnant women except for in the most extreme of situations. Even the above discussed references which recognize the potential for teratogenicity, and thus seek to provide for alternative methods of treatment, do not specifically disclose distinct nutritional formulations for treating nausea and vomiting. Further these references do not provide any guidance with regard to formulating nutritional compositions for treating nausea and vomiting.

Therefore, it is desirable to have formulations available which are effective in providing relief to nausea and vomiting arising from various causes. Moreover, there is a particular need for formulations which simultaneously relieve nausea and/or vomiting and provide a higher degree of patient compliance and are available at minimal cost. Additionally, there remains a need for specific nutritional formulations which have an antiemetic effect, are nonteratogenic, and also support good health. It is also particularly desirable to have formulations available which minimize the need to take medications and which are suitable to be taken by individuals who seek to limit their use of medications. Thus, there is a general overall need for a fundamentally new, safe, effective and comprehensive approach to addressing the treatment of nausea and vomiting arising from various causes.

SUMMARY OF THE INVENTION

The present invention overcomes the deficiencies of currently available antiemetic and antinausea compositions in a number of ways. First, the present nutritional compositions do not possess teratogenic characteristics. The present invention also can be taken in conjunction with medications and presents minimal risk of interaction. Furthermore, the formulations of the invention have been found to reduce the occurrence of nausea and vomiting in pregnant women experiencing morning sickness or hyperemisis gravidarum and in persons undergoing cancer treatments such as chemotherapy or radiation therapy. The compositions of the invention also include method of dosing, i.e., pulsed delivery or chewable, which present useful and convenient options for the patient, physician and nonpatient.

US 6,197,329 B1

5

Thus, the invention provides for anti-nausea nutritional compositions which are designed to provide relief from nausea when administered to an animal, i.e., human, mammal or any other animal, which comprises a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; an acceptable coating agent; and wherein the vitamin $B_6$ compound or derivative thereof is separated from the alkaline buffering agent by said acceptable coating agent.

The invention also provides for a solid anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; and an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract.

The invention further provides for an anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; a folic acid compound or derivative thereof in an amount ranging from about 0.1 mg to 2 mg per 55 kg of body weight; an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; an acceptable coating agent; and wherein the vitamin $B_6$ is separated from the alkaline buffering agent by said acceptable coating agent.

The invention additionally provides for an anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and means for providing pulsed or timed delayed dosing of said vitamin $B_6$ compound or derivative thereof and said alkaline buffering agent.

The invention further provides for an anti-nausea and antiemetic nutritional composition which is designed to provide relief from nausea and vomiting when administered to an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; and an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract.

The invention likewise provides for an anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of animal's body weight; an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and a B vitamin selected from the group consisting of thiamin, riboflavin, niacin, biotin, pantothenic acid, folate, folic acid, and cobalamin.

The invention also provides a method for treating nausea in an animal, which comprises: administering to said animal a therapeutically effective amount of a composition comprising: a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of body weight; an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's

6

gastrointestinal tract; an acceptable coating agent; and wherein the vitamin $B_6$ is separated from the alkaline buffering agent by said acceptable coating agent.

Another aspect of the present invention is a method for treating nausea or vomiting in a pregnant woman, which comprises: administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent.

A further aspect of the invention is a method for treating nausea in a pregnant woman, which comprises: administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent; and simultaneously applying controlled pressure to an acupressure site on said pregnant woman.

A still further aspect of the invention is a method for treating hyperemesis gravidarum in a pregnant woman, which comprises: administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent.

The invention likewise provides for a method for preventing the nausea associated with pregnancy, which comprises administering a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight and an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract in combination with a prenatal vitamin regimen.

Another embodiment of the invention is a kit for treating nausea or vomiting in an animal, which comprises: a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent; and an apparatus for applying controlled pressure to an acupressure site on said animal.

DETAILED DESCRIPTION OF THE INVENTION

As used herein, "continuous nausea relief" refers to the alleviation of the symptom of nausea during each 24 hour period of time during which the present compositions are administered.

"Continuous vomiting relief" refers to the alleviation of the symptom of vomiting during each 24 hour period of time during which the present compositions are administered.

"Animal" refers to a human, mammal or any other animal.

"Nausea associated with pregnancy" refers to morning sickness, evening sickness and hyperemesis gravidarum, without limitation.

"Pulsed delivery" refers to a delivery method which supplies repetitive doses of a composition from a single administration.

"Timed delivery" refers to a delivery method which supplies repetitive doses of a composition in pre-determined amounts at pre-determined times after administration.

"Targeted time period" refers to the period of time during which nausea and vomiting are anticipated or expected to occur.

"Targeted time delivery" refers to a delivery method which supplies a dosage or dosages of the composition in conjunction with the occurrence of the period of time during which nausea and vomiting are anticipated or expected to occur.

The present invention is based in part on the discovery that certain vitamins, minerals and other nutrients and their

US 6,197,329 B1

7

components and compositions can produce specific physiological effects beyond their usual function of maintaining good health and well being. Specifically, certain conditions are treatable with the administration of certain nutritional compositions. Furthermore, in some cases treatment of specific conditions with nutritional compositions, as opposed to pharmaceutical compositions, is quite desirable due to the fact that nutritional compositions produce few side effects and along with treating the condition in question, nutritional compositions have positive effects upon the taker's health. Moreover, the present invention is based, in part, upon the realization that the type of dosage form used with the specific nutritional component is significant and can result in synergistically improved efficacy. The present compositions are particularly effective when formulated into a pulsed release dosage form.

The present inventive subject matter recognizes that there are substantial physiological benefits to be attained from specific formulations of vitamins and minerals to person who are experiencing nausea and/or vomiting.

The present compositions and methods are also effective in preventing and treating nausea and/or vomiting in persons undergoing medical treatment involving drugs which may negatively interact with prescription gastric neutralizing agents, as well as persons simply seeking to minimize medication intakes.

Furthermore, pregnant women, who comprise a large portion of the individuals who experience nausea and vomiting, must be cautious of teratogenic substances, such as those potentially contained in other anti-nausea and anti-emetic compositions. Thus, pregnant women should avoid such compositions and seek out treatments which are accepted as nonteratogenic. The products of the invention provide for nutritional compositions which provide relief from nausea and vomiting and are accepted as nonteratogenic. Thus, the products of the invention are ideal for administration to pregnant women.

Furthermore, the present inventive subject matter recognizes the corollary benefits of the administration of antinausea and antiemetic compositions in a preventative manner. A patient who believes that he or she will be subject to the conditions of nausea and vomiting in the future may experience mental stress and/or anxiety based upon this belief. For example, a person with a history of motion sickness may be reluctant to travel, even for pleasure, because the motion sickness detracts from the positive aspects of the experience. Thus, such a person may become distressed at the contemplation of travel wherein his or her presence is required or mandated, i.e., a family or business related trip.

Likewise, a pregnant woman, who is prone to but not currently experiencing morning sickness, may feel a certain sense of foreboding. She is well aware that in the near future she will become nauseous and vomit despite the fact she presently feels normal. Such knowledge detracts from her current peace of mind and may lead to anxiety. By administering the compositions of the present invention in a prophylactic manner, individuals similar to the ones described may experience a certain sense of calm and increased well being, as well as a reduction in anxiety, due to the fact that they have been able to take a pro-active course of action with regards to their conditions.

Without being limited by theory, the compositions, methods and kits of the present invention may be effective because they provide vitamins, minerals and other nutrients which mitigate nausea and vomiting. Alternatively, the compositions and methods may be effective because they aid in

8

the metabolic processes and/or other physiological reactions which prevent nausea and vomiting.

The nutritional compositions of the present invention contain specific concentrations of vitamins and minerals for administration to individuals currently experiencing nausea and vomiting, individuals predisposed to nausea and vomiting, or individuals who would reasonably anticipate such symptoms in the near future. The compositions of the invention also provide safe and effective vitamins and minerals which are recognized as required in daily amounts by humans, and thus are beneficial to overall health.

The nutritional compositions of the present invention may be formulated to provide continuous relief from nausea. The nature of the continuous relief is brought about from the time the individual begins metabolizing the first dosage of the composition during the twenty four hours or a lesser time than twenty four hours after the time the individual ceases use. Therefore, the alleviation of the symptoms will be constant throughout each twenty four hour period or a lesser time than twenty four hours during the entire time which the nutritional composition is taken on a regular daily basis.

For example, if an individual takes the nutritional compositions for a period of a month, the individual could expect to experience greatly reduced occurrences of nausea during the entire duration of the month period.

Furthermore, the compositions of the present invention may be formulated to provide short term relief from nausea as well. For example, an individual who anticipates experiencing nausea in the near future for a defined period of time, (e.g., during a boat ride) would benefit from ingesting the nutritional compositions of the present invention prior to this period of time. Further, this individual could expect to receive relief from the anticipated symptoms. The short term relief mechanism of this composition can also be utilized to provide relief from symptoms which the individual is presently experiencing. For example, an individual could ingest the compositions of the present invention while experiencing nausea in order to obtain relief from the symptoms.

The nutritional compositions of the present invention are nonemetic, are formulated to act as anti-emetics and may provide continuous relief from vomiting. Here again, the continuous nature of the relief is affected from the time metabolization of the first dosage begins and lasts until about twenty four hours or a lesser time than twenty four hours after the time subsequent dosages are ceased, thus alleviating the symptoms for the period of time during when the nutritional composition is taken regularly.

Additionally, the nutritional compositions of the present invention can provide short term relief from vomiting, either on an anticipatory basis, i.e., the individual expects to vomit, or on an alleviatory basis, i.e., the individual is currently experiencing the symptom of vomiting.

The present invention is also composed of accepted nonteratogenic compositions and is therefore safe for ingestion by pregnant women without fear of adverse affects (e.g., birth defects) upon the unborn child. Furthermore, a women who believes she may become pregnant or has recently learned that she is pregnant, could begin a regimen of the nutritional compositions of the present invention, either alone or in conjunction with a prenatal vitamin regime, in order to avoid the onset of symptoms of morning sickness and other forms of nausea associated with pregnancy.

The nutritional compositions of the present invention are formulated to mitigate and/or alleviate nausea and vomiting. The extent to which the nausea and vomiting are mitigated and/or alleviated may be influenced by numerous external

US 6,197,329 B1

9

factors, such as the following, non-limiting examples: diet, alcohol consumption, drug use, poor compliance and the like. Moreover, the effectiveness of the compositions may vary from individual to individual for a wide variety of reasons, such as genetic predisposition, health factors, and the like, without limitation.

The formulations of the present invention contain vitamin $B_6$ (pyridoxine) or derivatives thereof. Derivatives of vitamin $B_6$ include compounds formed from vitamin $B_6$ which are structurally distinct from vitamin $B_6$, but which retain the active function of vitamin $B_6$. Such derivatives include, without limitation, pyridoxine, pyridoxal, pyridoxamine, pyridoxal phosphate, salts of vitamin $B_6$, chelates of vitamin $B_6$, combinations thereof and the like. The vitamin $B_6$ may be present in a single form or in various different forms in combination within the present compositions. The specific amount of vitamin $B_6$ in the compositions is adjusted based on the type of dosage form utilized (i.e., immediate release vs. controlled release) and tablet type (i.e., chewable).

In the case of the immediate release compositions, the amounts of vitamin $B_6$ in the compositions preferably range from about 10 mg to about 135 mg per 55 kg of body weight. More preferably, the amounts of vitamin $B_6$ in the immediate release compositions range from about 15 mg to 130 mg per 55 kg of body weight. Even more preferably, the amounts of vitamin $B_6$ in the immediate release compositions range from about 20 mg to about 125 mg per 55 kg of body weight.

The amount of vitamin $B_6$ present in the controlled release compositions of the present invention, preferably range from about 65 mg to about 135 mg per 55 kg of body weight. More preferably, the amounts of the vitamin $B_6$ present in the controlled release compositions range from about 70 mg to about 130 mg per 55 kg of body weight. Most preferably, the amounts of vitamin $B_6$ in the controlled releases compositions range from about 120 mg to about 125 mg per 55 kg of body weight.

The amount of vitamin $B_6$ present in the chewable tablet type of the present invention, preferably ranges from about 25 mg to about 75 mg per 55 kg of body weight. More preferably, the amounts of vitamin $B_6$ present in the controlled release compositions range from about 40 mg to about 60 mg per 55 kg of body weight. Most preferably, the amounts of vitamin $B_6$ in the controlled releases compositions range from about 45 mg to about 55 mg per 55 kg of body weight.

The compositions of the present invention may include a folic acid compound or derivative thereof. The derivatives of folic acid include compounds formed from folic acid which are structurally distinct from folic acid, but which retain the active function of folic acid. Non-limiting examples of such derivatives include folate, folacin, pteroylglutamic acid, dihydrofolate, tetrahydrofolate, salts of folic acid, chelates of folic acid, combinations thereof and the like. Preferably, the amounts of folic acid in the immediate release compositions of the invention range from about 0.01 mg to about 3 mg per 55 kg of body weight of folic acid compound or derivative. Most preferably, the amounts of folic acid in the invention range from about 0.1 mg to about 2.0 mg per 55 kg of body weight. The amounts of folic acid in the controlled release compositions of the invention preferably range from about 0.1 mg to about 3 mg per 55 kg of body weight. More preferably, the amounts of folic acid in the controlled release compositions range from about 0.5 mg to about 1.5 mg per 55 kg of body weight. Note that the amount of folic acid does not vary when the nutritional composition is in chewable tablet type form.

10

The compositions of the present invention may optionally include a vitamin $B_{12}$ compound or derivative thereof. The derivatives of vitamin $B_{12}$ include compounds formed from vitamin $B_{12}$ which are structurally distinct from vitamin $B_{12}$, but which retain the active function of vitamin $B_{12}$. Non-limiting examples of such derivatives include methylcobalamin, deoxyadenosylobalamin, salts of vitamin $B_{12}$, chelates of vitamin $B_{12}$, combinations thereof and the like. Preferably, the amounts of vitamin $B_{12}$ in the immediate release compositions of the invention range from about 10 mg to about 15 mg per 55 kg of body weight of vitamin $B_{12}$ compound or derivative.

Similarly, the amounts of vitamin $B_{12}$ in the controlled release compositions of the invention preferably range from about 10 mg to about 15 mg per 55 kg of body weight.

The compositions of the invention may contain any additional vitamin, pharmaceutically acceptable mineral compound, or derivative thereof. Non-limiting exemplary vitamins for incorporation into the present invention include thiamin, riboflavin, niacin, biotin, pantothenic acid, folate, folic acid, cobalamin and combinations thereof. Non-limiting exemplary derivatives of vitamin compounds include salts, alkaline salts, esters and chelates of any vitamin compounds.

The compositions of the present invention may optionally include a calcium carbonate compound or derivative thereof. Preferably, the amounts of calcium carbonate in the compositions of the invention range from about 100 mg to about 550 mg per 55 kg of body weight of calcium carbonate compound or derivative. Even more preferably, the amounts of calcium carbonate in the compositions of the invention range from about 150 mg to about 500 mg per 55 kg of body weight. Most preferably, the amounts of calcium carbonate in the invention range from about 200 mg to about 450 mg per 55 kg of body weight. Note that the amount of calcium carbonate does not necessarily vary in the nutritional composition with regards to immediate vs. controlled release or in the chewable tablet form.

The compositions of the present invention may optionally include one or more of the following: thiamin, thiamin pyrophosphate, riboflavin, flavin mononucleoride, flavin adenine dinucleotide, niacin, nicotinic acid, nicotinamide, niacinamide, nicotinamide adenine dinucleotide, tryptophan, biotin, pantothenic acid, ascorbic acid, retinol, retinal, retinoic acid, beta-carotene, 1,25-dihydroxycholecalciferol, 7-dehyrdocholesterol, alpha-tocopherol, tocopherol, tocotrienol, menadione, menaquinone, phylloquinone, naphthoquinone, phosphorus, potassium, sulfur, sodium, docusate sodium, chloride, magnesium, copper, iodine, zinc, chromium, molybdenum, and iron.

The compositions of the present invention contain an alkaline buffering agent. The alkaline buffering agent may be selected from the following non-limiting examples: aluminum carbonate, aluminum hydroxide, aluminum phosphate, aluminum hydroxy carbonate, aluminum citrate, dihydroxyaluminum sodium carbonate, aluminum magnesium glycinate, dihydroxyaluminum aminoacetate, dihydroxyaluminum aminoacetic acid, bismuth aluminate, bismuth carbonate, bismuth subcarbonate, bismuth subgallate, bismuth subnitrate, calcium carbonate, calcium hydroxide, calcium phosphate, calcium citrate, calcium citrate malate, hydrated magnesium aluminate, activated sulfate, magnesium aluminate, magnesium aluminosilicates, magnesium carbonate, magnesium glycinate, magnesium hydroxide, magnesium oxide, magnesium trisilicate, potassium

US 6,197,329 B1

11

carbonate, potassium phosphate, potassium citrate, sodium carbonate, sodium bicarbonate, sodium phosphate, sodium citrate and mixtures thereof.

Preferably, the amounts of alkaline buffering agent in the compositions of the invention range from about 100 mg to about 300 mg per 55 kg of body weight of alkaline buffering compound or derivative. Even more preferably, the amounts of calcium carbonate in the compositions of the invention range from about 150 mg to about 250 mg per 55 kg of body weight.

The nutritional compositions of the present invention have a low moisture content. Preferably, the nutritional compositions of the present invention have a moisture content of less than 5%. More preferably, the moisture content is less than 2.5%. Even more preferably, the moisture content is less than 2%. Most preferably, the moisture content is less than 1%.

The nutritional compositions of the present invention may also optionally include coating agents. Acceptable coating agents may be selected from the following, without limitation: cellulose dibutylaminohydroxypropyl ether, polyvinyl acetal diethylamino acetate, 2-methyl-5-vinylpyridine methacrylate-methacrylic acid copolymer, hydroxypropyl methyl cellulose phthalate, hydroxypropyl methyl cellulose acetate succinate, ethyl cellulose, cellulose acetate, cellulose acetate phthalate, cellulose propionate, cellulose butyratem cellulose valerate, cellulose acetate propionate, polyvinyl acetate, polyvinyl acetate phthaalate, polyvinyl formal, polyvinyl butyral, ladder polymer of sesquiphenyl siloxane, polymethyl methacrylate, poly carbonate, polystyrene, polyester, cumaroneindene polymer, polybutadiene, vinyl chloride-vinyl acetate copolymer, ethylene-vinyl acetate copolymer, vinyl chloride-propylene-vinyl acetate copolymer, poly(methacrylic acid, methyl methacrylate) 1:1, poly(methacrylic acid, ethyl acrylate) 1:1, beef tallow, whale wax, bees wax, paraffin wax, castor wax, myristic, palmitic, stearic and behenic acids, esters thereof and combinations thereof.

It is also possible in the nutritional composition of the present invention for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures does not constitute an inventive aspect of this invention.

Any pharmaceutically acceptable dosage form, as well as combinations thereof, is contemplated by the invention. Examples of such dosage forms include, without limitation, compressed tablets, film coated tablets, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosols inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, liquids, animal feeds, cereal coatings, cereals, confections, foods, nutritive foods, functional foods and combinations thereof. The preparation of any of the above dosage forms is well known in the art.

12

The following represent examples, without limitation, of acceptable methods of preparing some of the above-listed dosage forms. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulation with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present nutritional compositions are formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important

US 6,197,329 B1

13

in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present invention with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present invention uses pharmaceutically acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art, and combinations thereof. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, silicon dioxide and combinations thereof.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The compositions of the present invention are intended for use by humans and other animals, and both males and females. The dosages are adjusted according to body weight and thus are set forth herein on a per body weight basis. For example, where the formula specifies a range of 20–125 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to 13–80 mg (e.g., the lower range limit=(35 kg/55 kg)*20 mg=12.6 mg, or about 13 mg). Decimal amount may be rounded to the nearest whole number. In the above manner, the present compositions may be thus adapted to be suitable for any individual regardless of size.

Further, the dosages may be adjusted to compensate for differences in physiological need, including without limitation differing physiological needs of women and men. Moreover, the formulations can be further adapted based upon the specific needs, genetic predispositions or identified deficiencies of the individual trying to conceive. Moreover, the present compositions can be used as one component of a prescribed therapy.

The dosage forms of the present invention may involve the administration of a nutritional composition in a partial,

14

i.e., fractional dose, one or more times during a 24 hour period, e.g., a single dose during a 24 hour period of time, or a multiple dose during a 24 hour period of time.

The methods of the invention are applicable to males and females. The methods are also applicable to healthy and ill individuals, and are particularly suitable for individuals with heightened susceptibility to nausea and vomiting (e.g., pregnant woman, persons undergoing chemotherapy, etc.). The methods of the invention may be used alone or in combination with other therapies. For example, without limitation, the methods may involve the administration of the present compositions to pregnant women in combination with their prenatal vitamin regimen or may involve administration of the present compositions to post-operative patients along with pain medication. Thus, the methods would have prophylactic effect for individuals with higher susceptibility to nausea and/or vomiting. Additionally, the present invention may involve targeting specific time periods during which nausea can be most expected. By targeting specific time periods during which nausea or vomiting are most likely to occur with a drug delivery system, such as pulsed or delayed release, without limitation, relief from nausea or vomiting relief is unexpectedly higher than when targeted time delivery is not used.

Further, in the previously stated preferred embodiments, the present invention may involve the application of a controlled amount of pressure to acupressure points, for example, without limitation, Neiguan acupressure points on both forearms of the patient. This may be achieved in various manners, for example, without limitation, by use of one or more pressure applying apparatuses, are adapted to be secured to the patient's arms, for example, without limitation, in the general manner of a watch band.

Acupressure is a derivative technique of acupuncture, which is the Chinese method of pricking the body with needles at specific predetermined points or locations in order to relieve pain and/or cure disease. In acupressure, pressure is applied to the specific predetermined points or locations on the body, and no needles are used. One example of a specific predetermined point is the Neiguan point, which is located on the flexor side of the forearm just above the wrist. The Neiguan point is utilized in acupressure as a means of providing relief for nausea and vomiting.

The present invention has numerous ancillary benefits, for example, without limitation, the present invention provides, in addition to relief from nausea or vomiting, the nutritional benefits inherent in vitamin and mineral supplementation. The present invention is also beneficial psychologically for individuals who anticipate nausea or vomiting in that it alleviates concern, relaxes and provides confidence to such individuals.

The constituents of the invention being thus described, the following represent examples of possible formulations and methods of manufacturing the present invention. The following examples are illustrative of preferred embodiments of the invention and are not to be construed as limiting the invention thereto.

EXAMPLES

Components of Anti-Nausea Compositions

Example 1

The following compositions are used to prepare anti-nausea products for administration to persons experiencing the symptoms of nausea.

US 6,197,329 B1

**15**

TABLE I

| COMPONENT | FORMULA I | FORMULA II | CHEWABLE FORMULA | CONTROLLED RELEASE |
|---|---|---|---|---|
| Vitamin B₆, mg | 20–50 | 75–125 | 50–75 | 75–125 |
| Folic Acid, mg | — | 0.1–2 | 0.1–500 | 0.1–2 |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional conception composition tablets are recovered and stored for future use.

Example II

The following compositions are used to prepare antinausea products for administration to persons experiencing the symptoms of nausea.

TABLE II

| COMPONENT | FORMULA I | FORMULA II | CHEWABLE FORMULA | CONTROLLED RELEASE |
|---|---|---|---|---|
| Vitamin B₆, mg | 20 | 125 | 50 | 125 |
| Vitamin B₁₂, mg | 12 | 12 | 12 | 12 |
| Folic Acid, mg | — | 1 | 500 | 1 |
| Calcium Carbonate, mg | 200 | 450 | 200 | 100 |
| Aluminum Hydroxide, mg | — | — | — | 200 |
| Microcrystalline Cellulose, mg | 200 | 200 | — | 200 |
| Ethyl Cellulose Aqueous Dispersion, mg | — | — | — | 180 |
| Croscarmellose Sodium, mg | 18 | 50 | — | 18 |
| Stearic Acid, mg | 50 | 50 | — | 50 |
| Magnesium Stearate, mg | 10 | 10 | 15 | 10 |
| Opadry II, mg | — | 45 | — | 45 |
| Compressible Sugar, mg | — | — | 700 | — |
| Flavor, mg | — | — | 30 | — |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional composition tablets are recovered and stored for future use.

Example III

The following compositions are used to prepare nutritional anti-nausea products for administration to persons experiencing the symptoms of nausea. The components are adjusted based on the body weight of the individual.

TABLE III

| COMPONENT | PER 35 KG OF BODY WEIGHT | PER 55 KG OF BODY WEIGHT | PER 75 KG OF BODY WEIGHT |
|---|---|---|---|
| Vitamin B₆, mg | 13–80 | 20–125 | 27–171 |
| Folic Acid, mg | 0.06–1.3 | 0.1–2 | 0.14–2.7 |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional conception composition tablets are recovered and stored for future use.

**16**

Example IV

An antinausea and antiemetic formula, as described herein, may further be prepared, as follows:

First, combine a compressible sugar with vitamin B₆, and vitamin B₁₂ in a blender, and blend until a uniform B vitamin and sugar mixture has been formed. Next, add color and calcium carbonate to the B vitamin and sugar mixture and blend until a uniform B vitamin and calcium carbonate mixture is formed. Then, to the B vitamin and calcium carbonate mixture add microcrystalline cellulose and croscarmellose sodium and mix well until a completely uniform B vitamin and cellulose mixture is reached. To the B vitamin and cellulose mixture add magnesium stearate and blend until a uniform, lubricated B vitamin and cellulose mixture is attained. The lubricated B vitamin and cellulose mixture is then compressed into a tablet using conventional methods. Then the resulting tablets are coated with stearic acid.

Example V

An antinausea and antiemetic formula, as described herein, may further be prepared, as follows:

First, combine a compressible sugar with vitamin B₆, vitamin B₁₂ and folic acid in a blender, and blend until a uniform B vitamin, folic acid and sugar mixture has been formed. Next, add color and calcium carbonate to the B vitamin, folic acid and sugar mixture. Blend until a uniform B vitamin, folic acid and calcium carbonate mixture is formed. Then, to the B vitamin, folic acid and calcium carbonate mixture add microcrystalline cellulose, croscarmellose sodium, and Opadry II and mix well until a completely uniform B vitamin, folic acid and cellulose mixture is reached. To the B vitamin, folic acid and cellulose mixture add magnesium stearate and blend until a uniform, lubricated mixture is attained. The lubricated mixture is then compressed into a tablet using conventional methods. Then the resulting tablets are coated with stearic acid.

Example VI

A chewable antinausea and antiemetic formula, as described herein, may further be prepared, as follows:

First, combine a compressible sugar with vitamin B₆, vitamin B₁₂ and folic acid in a blender, and blend until a uniform B vitamin, folic acid and sugar mixture has been formed. Next, add a flavor, color and calcium carbonate to the B vitamin, folic acid and sugar mixture. Blend until a uniform B vitamin, folic acid and calcium carbonate mixture is formed. Then, to the B vitamin, folic acid and calcium carbonate mixture add a compressible sugar and mix well until a completely uniform B vitamin, folic acid and compressible sugar mixture is reached. To the B vitamin, folic acid and compressible sugar mixture add magnesium stearate and blend until a uniform, lubricated mixture is attained. The lubricated mixture is then compressed into a tablet using conventional methods.

Example VII

A controlled release antinausea and antiemetic formula, as described herein, may further be prepared, as follows:

First, combine a compressible sugar with vitamin B₆, vitamin B₁₂ and folic acid in a blender, and blend until a uniform B vitamin, folic acid and sugar mixture has been formed. Next, add color and calcium carbonate to the B vitamin, folic acid and sugar mixture. Blend until a uniform B vitamin, folic acid and calcium carbonate mixture is formed. Then, to the B vitamin, folic acid and calcium

US 6,197,329 B1

17                                                          18

carbonate mixture add aluminum hydroxide, microcrystalline cellulose, ethyl cellulose aqueous dispersion, croscarmellose sodium and Opadry II and mix well until a completely uniform B vitamin, folic acid and cellulose mixture is reached. To the B vitamin, folic acid and cellulose mixture add magnesium stearate and blend until a uniform, lubricated mixture is attained. The lubricated mixture is then compressed into a tablet using conventional methods. Then the resulting tablets are coated with stearic acid.

The invention being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and

wherein the composition has a moisture content of less than 5%.

2. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with pregnancy.

3. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with motion sickness.

4. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with allergic reaction.

5. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with indigestion.

6. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with stress.

7. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with a drug side effect.

8. The anti-nausea nutritional composition of claim 1, wherein said nausea is associated with chemotherapy.

9. The anti-nausea nutritional composition of claim 1, wherein the anti-nausea nutritional composition additionally contains a base selected from the group consisting of a chewable base, a quick dissolve base, an effervescent base and combinations thereof.

10. The anti-nausea nutritional composition of claim 1, wherein the alkaline buffering agent is selected from the group consisting of aluminum carbonate, aluminum hydroxide, aluminum phosphate, aluminum hydroxy carbonate, aluminum citrate, dihydroxyaluminum sodium carbonate, aluminum magnesium glycinate, dihydroxyaluminum aminoacetate, dihydroxyaluminum aminoacetic acid, bismuth aluminate, bismuth carbonate, bismuth subcarbonate, bismuth subgallate, bismuth subnitrate, calcium carbonate, calcium hydroxide, calcium phosphate, calcium citrate, calcium citrate malate, hydrated magnesium aluminate, activated sulfate, magnesium aluminate, magnesium aluminosilicates, magnesium carbonate, magnesium glycinate, magnesium hydroxide, magnesium oxide, magnesium trisilicate, potassium carbonate, potassium phosphate, potassium citrate, sodium carbonate, sodium bicarbonate, sodium phosphate, sodium citrate and mixtures thereof.

11. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is an antacid.

12. The anti-nausea nutritional composition of claim 1, wherein the anti-nausea nutritional composition is in an oral dosage form.

13. The anti-nausea nutritional composition of claim 12, wherein the oral dosage form is selected from the group consisting of a chewable tablet, a quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, a particulate matrix, microencapsulated particles, a suspension, an elixir, a tablet, a caplet and combinations thereof.

14. The anti-nausea nutritional composition of claim 12, wherein said oral dosage form is selected from the group consisting of a single layer tablet, a multiple layer tablet, particulate matrix tablet and combinations thereof.

15. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is non-teratogenic.

16. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition additionally contains one or more electrolytes.

17. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition additionally contains a natural plant-derived compound selected from the group consisting of an herb, an herbal extract, a plant extract and combinations thereof.

18. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is non-emetic.

19. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is combined with an antiemetic agent.

20. The anti-nausea nutritional composition of claim 19, wherein said antiemetic agent is selected from the group consisting of dimenhydrinate, benzoquinolizine and combinations thereof.

21. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is combined with an anti-nausea agent.

22. The anti-nausea nutritional composition of claim 1, wherein said anti-nausea nutritional composition is combined with a gastrointestinal agent.

23. The anti-nausea nutritional composition of claim 1, wherein the vitamin $B_6$ compound or derivative thereof is formulated for controlled release, sustained release, extended release, immediate release and combinations thereof.

24. The anti-nausea nutritional composition of claim 1, wherein said composition is administered at least once a day.

25. The anti-nausea nutritional composition of claim 1, wherein said composition is administered at least twice a day.

26. The anti-nausea nutritional composition of claim 1, wherein said composition is divided into at least two fractional doses; and wherein said fractional doses are administered at different times during a 24 hour period of time.

27. A solid anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and

wherein the composition has a moisture content of less than 5%.

28. The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with motion sickness.

29. The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with allergic reaction.

US 6,197,329 B1

19

**30.** The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with indigestion.

**31.** The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with stress.

**32.** The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with a drug side effect.

**33.** The anti-nausea nutritional composition of claim 27, wherein said nausea is associated with chemotherapy.

**34.** The anti-nausea nutritional composition of claim 27, wherein said composition is administered at least once a day.

**35.** The anti-nausea nutritional composition of claim 27, wherein said composition is administered at least twice a day.

**36.** The anti-nausea nutritional composition of claim 27, wherein said composition is divided into at least two fractional doses; and wherein said fractional doses are administered at different times during a 24 hour period of time.

**37.** The solid anti-nausea nutritional composition of claim 27, wherein said solid anti-nausea nutritional composition has a moisture content of less than about 5%.

**38.** An anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

a folic acid compound or derivative thereof in an amount ranging from about 0.1 mg to 2 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and

wherein the composition has a moisture content of less than 5%.

**39.** An anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract;

means for providing pulsed or timed delayed dosing of said vitamin $B_6$ compound or derivative thereof and said alkaline buffering agent; and

wherein the composition has a moisture content of less than 5%.

**40.** An anti-nausea and antiemetic nutritional composition which is designed to provide relief from nausea and vomiting when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and

wherein the composition has a moisture content of less than 5%.

**41.** An anti-nausea nutritional composition which is designed to provide relief from nausea when administered to an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

20

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract;

a B vitamin selected from the group consisting of thiamin, riboflavin, niacin, biotin, pantothenic acid, folate, folic acid, cobalamin and combinations thereof; and

wherein the composition has a moisture content of less than 5%.

**42.** A method for treating nausea in an animal, which comprises:

administering to said animal a therapeutically effective amount of a composition comprising:

a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight;

an alkaline buffering agent present in an amount of 100–550 mg and is sufficient to provide a pH buffering effect in said animal's gastrointestinal tract; and

wherein the composition has a moisture content of less than 5%.

**43.** The method of claim 42, wherein said composition is administered at least once a day.

**44.** The method of claim 42, wherein said composition is administered at least twice a day.

**45.** The method of claim 42, wherein said nausea is associated with motion sickness.

**46.** The method of claim 42, wherein said nausea is associated with allergic reaction.

**47.** The method of claim 42, wherein said nausea is associated with indigestion.

**48.** The method of claim 42, wherein said nausea is associated with stress.

**49.** The method of claim 42, wherein said nausea is associated with a drug side effect.

**50.** The method of claim 42, wherein said nausea is associated with chemotherapy.

**51.** A method for treating nausea or vomiting in a pregnant woman, which comprises:

administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent.

**52.** A method for treating nausea in a pregnant woman, which comprises:

administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent; and

simultaneously applying controlled pressure to an acupressure site on said pregnant woman.

**53.** A method for treating hyperemesis gravidarum in a pregnant woman, which comprises:

administering to said pregnant woman a therapeutically effective amount of a composition comprising a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent.

**54.** A method for treating a patient predisposed to nausea associated with pregnancy, which comprises:

administering in combination with a prenatal vitamin regimen a composition comprising a vitamin $B_6$ compound or derivative thereof in an amount ranging from about 20 mg to 125 mg per 55 kg of said animal's body weight and an alkaline buffering agent in an amount sufficient to provide a pH buffering effect in said animal's gastrointestinal tract.

US 6,197,329 B1

21

**55**. A kit for treating nausea or vomiting in an animal, which comprises:

a vitamin $B_6$ compound or derivative thereof in combination with an alkaline buffering agent; and

22

an apparatus for applying controlled pressure to an acupressure site on said animal.

\* \* \* \* \*

# EXHIBIT 5

US006569857B1

(12) **United States Patent**　　　　(10) **Patent No.:**　　US 6,569,857 B1
　　　Hermelin et al.　　　　　　　　　　(45) **Date of Patent:**　　　May 27, 2003

(54) **DIETARY SUPPLEMENT**

(75) Inventors: **Marc S. Hermelin**, Glendale, MO (US); **R. Saul Levinson**, Chesterfield, MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/303,689**

(22) Filed: **May 3, 1999**

(51) Int. Cl.⁷ ...................... **A61K 31/50**; A61K 31/44; A61K 33/06

(52) U.S. Cl. .................. **514/249**; 514/252.14; 514/345; 424/682

(58) Field of Search ................................. 514/185, 549, 514/558, 261, 682, 249, 252.14, 345

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,431,634 A | 2/1984 | Ellenbogen |
| 4,629,625 A | 12/1986 | Gaull |
| 4,710,387 A | 12/1987 | Uiterwaal et al. |
| 4,752,479 A | 6/1988 | Briggs et al. |
| 4,931,441 A | 6/1990 | Lawrence |
| 4,945,083 A | 7/1990 | Jansen, Jr. |
| 4,994,283 A | 2/1991 | Mehansho et al. |
| 5,231,085 A * | 7/1993 | Alexander et al. ............ 514/44 |
| 5,389,657 A | 2/1995 | Madsen |
| 5,494,678 A | 2/1996 | Paradissis et al. |
| 5,514,382 A | 5/1996 | Sultenfuss |
| 5,922,704 A * | 7/1999 | Bland ........................ 514/185 |

OTHER PUBLICATIONS

*Physicians' Desk Reference for Nonprescription Drugs*, (9ᵗʰ Ed., 1998) 712.
*Physicians' Desk Reference*, (51ˢᵗ Ed., 1997) 1427.
*Physicians' Desk Reference*, (51ˢᵗ Ed., 1997) 2753.
Database CAPLUS on STN, (Columbus. OH, USA), No. 91:173855, Ocetkiewicz et al., 'Study of the suitability of premixes in rabbit,' abstract, Rocz. Nauk. Zootech. 1977, 4(2), 161–173, (Polish).
Database Medline on STN, US National Library of Medicine, (Bethesda, MD, USA), No. 86054328, Van Der Spuy, Z. M. 'Nutrition and Reproduction,' abstract, Clinics in Obstetrics and Gynaecology, Sep. 1985, 12(3), 579–604.

* cited by examiner

*Primary Examiner*—Russell Travers
*Assistant Examiner*—Shengjun Wang
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath

(57) **ABSTRACT**

The present disclosure relates to novel nutritional compositions and methods for augmenting the possibility of conception while increasing nutritional stores to aid development of healthy embryos and child growth. The nutritional compositions are intended for use by both males and females planning to conceive a child.

**19 Claims, No Drawings**

US 6,569,857 B1

**1**

### DIETARY SUPPLEMENT

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to novel nutritional compositions, particularly nutritional compositions for men and women planning to conceive children, and methods of using said compositions prior to and during pregnancy to augment the possibility of conception occurring and/or increase nutritional stores for aiding the development of healthy embryos and child growth.

2. Description of the Related Art

Infertility is a serious problem in the United States and throughout the world, in both industrialized and unindustrialized nations. In the United States alone, infertility affects an estimated 20 million families (i.e., approximately 20% of all U.S. families). See *The Merck Manual*, 1768 (16th Ed. 1992). In about 40% of these cases, the infertility is attributable to the male and in about 40–50% of these cases, the infertility is attributable to the female (note: the cause of infertility in about 10–20% of the cases is indeterminate). See McGraw-Hill *Encyclopedia of Science and Technology*, 17:417 (6th Ed. 1987).

Evidence indicates that the general health of both males and females prior to conception has a direct impact upon the ability to conceive. See *Understanding Nutrition*, 479–480 (Whitney and Rolfes eds., 6th Ed., 1993). Further, studies of both men and women have shown that the underlying cause of infertility in a marked proportion of individuals may be attributed to a nutritional factor. See Id. In fact, it has been suggested that the inability to reproduce is one of the first signs of imperfect nutrition. See Id.

Infertility in men is primarily associated with low sperm count, decreased sperm motility, sperm agglutination, impotence and ejaculatory disorders. See *The Merck Manual*, 1768 (16th Ed. 1992). Animal studies suggest that dietary ascorbate (vitamin C) levels directly affect sperm quality and influence male fertility in scurvy-prone vertebrates. It is believed that high concentrations of ascorbic acid in semen play a key role in maintaining the genetic integrity of sperm cells by preventing oxidative damage to sperm DNA. See Dabrowski, "Ascorbic acid protects against male infertility in teleost fish", *Experientia*, 52(2):97–100 (1996). There is also evidence that daily vitamin C therapy is useful in the treatment and/or mitigation of decreased sperm motility and agglutination. Gonzalez, "Sperm swim singly after vitamin C therapy", *JAMA*, 249(20):2747, 2751 (1983).

Various studies suggest that vitamin E is also effective in treating male infertility. For example, one study involving the oral dosing of vitamin E over a three month period resulted in a 50 percent increase in spermatozoal zona binding. See Kessopoulou, "A double-blind randomizing placebo cross-over controlled trial using the antioxidant vitamin E to treat reactive oxygen species associated male infertility", *Fertil Steril*, 64(4): 825–31 (1995). Another study found that treatment of male infertility patients with oral vitamin E significantly decreased malondialdehyde concentrations, high levels of which are indicia of decreased sperm motility. Suleiman, "Lipid peroxidation and human sperm motility: protective role of vitamin E", *J Androl*, 17(5):530–7 (1996); See also, Vezina, "Selenium-vitamin E supplementation in infertile men. Effects on semen parameters and micronutrient levels and distribution", *Bio Trace Elem Res*, 53(1–3):65–83 (1996).

Infertility in women is primarily associated with dysfunction of ovulation, abnormal fallopian tube function and low

**2**

cervical mucus receptivity. *The Merck Manual*, 1770–1772 (16th Ed. 1992). Infertility in women has also been linked to abnormally low red cell magnesium levels, and such cases have been successfully treated with dietary supplementation of oral magnesium. See Howard, "Red cell magnesium and glutathione peroxidase in infertile women-effects of oral supplementation with magnesium and selenium", *Magnes Res*, 7(1):49–57 (1994).

For women planning to conceive children, the role of nutrition is not limited to infertility alone. A mother's body provides the environment in which development of the embryo and fetus occur. See *Understanding Nutrition*, 479–480 (Whitney and Rolfes eds., 6th ed., 1993). Accordingly, a mother's nutritional status prior to conception directly impacts the development of the fetus and embryo and is therefore implicated in the risk of birth defects. See Id.

In particular, during the first 20–25 days of pregnancy, the placenta is not yet formed and fetal circulation is not yet established. Therefore, during this period the fetus is nourished via digested maternal uterine cells and the diffusion of blood exudates. See Schorah, "Importance of Adequate Folate Nutrition in Embryonic and Early Fetal Development", *Vitamins and Minerals in Pregnancy and Lactation*, 167–176 (Berger, ed., Vol. 16, 1988). Thus, it has been suggested that good nutrient supply is not only required in the very early stages of pregnancy, but also in the preconceptional period. See Id. It is believed that a good nutrient supply during the preconceptional period and first 20 to 25 days of pregnancy (i.e., the "histiotrophic nutritional phase") is necessary to provide optimal concentrations of essential micronutrients to the endometrium, into which the embryo will embed. See Id. Further, inadequate nutrition prior to and at the time of conception causes the placenta, the function of which is to nourish the developing fetus, to develop incorrectly. "Transplacental Nutrient Transfer and Intrauterine Growth Retardation," *Nutrition News* 50 (1992): 56–57.

Increased occurrences of birth defects have been linked to inadequate nutrition in women at the time of conception. Cases of infants born with neural tube defect (NTD), i.e., spina bifida and anacephaly, have been documented in women with various nutritional deficiencies, primarily low blood folic acid and vitamin C concentrations. Smithells, "Vitamin deficiencies and neural tube defects", *Arch Dis Child* 51:944–50 (1976).

Various studies point to a correlation between certain vitamin and mineral deficiencies and the etiologies of specific disease states in humans. See, e.g., Diplock, "Antioxidant Nutrients and Disease Prevention: An Overview," *Am. J. Clin. Nutr.*, 53:189–193 (1991); *Documenta Giegy Scientific Tables*, 457–497 (Diem and Cemtuer eds., 7th ed., 1975). In particular, studies designed to test the causal relationship between specific micronutrient deficiencies and resulting birth defects elucidate a correlation between proper folic acid and vitamin C levels and the reduction in the recurrence of NTD in the instances where women have experienced at least one prior pregnancy resulting in a child with NTD. See Schorah, "Importance of adequate folate ntrition in embryonic and early fetal development", *Vitamins and Minerals in Pregnancy and Lactation*, 167–176 (Berger, ed., Vol. 16, 1988).

Multi-vitamin and mineral supplements for treating specific medical conditions and as general nutritional supplements to promote and maintain good health have been described in various references. In particular, compositions

US 6,569,857 B1

3

and methods for optimizing the general health of both men and women by supplementing the daily diet with specific and multi-vitamin compositions are disclosed in the following references.

Jansen, U.S. Pat. No. 4,945,083, describes multi-factor hematinic vitamin preparations which provide $B_{12}$ and folic acid in a one to one ratio in fully effective daily dosage amounts.

Mehansho, U.S. Pat. No. 4,994,283, describes nutritional mineral supplements comprised of iron compounds and calcium compounds in combination with citrates or tartrates, ascorbates, and optionally, fructose, such that the tendency of calcium to inhibit the bioavailability of iron is reduced, and the conjoint bioavailability of these two important minerals is enhanced.

Briggs et al., U.S. Pat. No. 4,752,479 also describes a multi-vitamin and mineral dietary supplement composition for oral administration. The supplement contains one or more divalent dietary mineral components selected from the group consisting of bioavailable calcium and magnesium, optionally in the presence of one or more additional nonferrous mineral and vitamin components adapted to be released in the upper gastrointestinal tract, and a bioavailable iron component, present in controlled release form and adapted to be slowly released lower in the gastrointestinal tract, and a method of preventing or treating iron deficiency using such compositions. The supplement could contain about 200 mg of bioavailable calcium and 50 mg of bioavailable magnesium.

Lawrence, U.S. Pat. No. 4,931,441, describes a stabilized aqueous leucovorin calcium composition suitable for administration by injection. The solution can contain about 6.35 mg per mL of luecovorin calcium pentahydrate.

Multi-vitamin and mineral dietary vitamin supplements for pregnant and lactating women have also been described. Sultenfess, U.S. Pat. No. 5,514,382, discloses a daily vitamin and mineral supplement for women which provides necessary nutrients to maintain present health as well as positively influence future health. The vitamin and mineral supplement comprises vitamin A, beta-carotene, niacin, riboflavin, pantothenic acid, pyridoxine, cyanocobalamin, biotin, para-aminobenzoic acid, inositol, choline, vitamin C, vitamin D, vitamin E, vitamin K, boron, calcium, chromium, copper, iodine, iron, magnesium, manganese, molybdenum, selenium, zinc, and bioflavonoid. Niacin (vitamin $B_3$) is present to facilitate the production of the majority of sex hormones by dilating blood vessels, lowering cholesterol and maintaining blood circulation.

Paradissis et al., U.S. Pat. No. 5,494,678, disclose multi-vitamin and mineral supplements for pregnant women which are designed for administration during the first, second and third trimesters of pregnancy. The multi-vitamin and mineral supplements are comprised of a regime of pharmaceutically-acceptable calcium compounds including vitamin D, folic acid, vitamin $B_{12}$, vitamin $B_6$, and vitamin $B_1$. These prenatal supplements are specifically tailored to maximize fetal development and maternal health during each trimester of pregnancy.

Guall, U.S. Pat. No. 4,629,625, discloses both vitamin and/or mineral compositions containing taurine and the utilization of these compositions for human nutritional purposes either singularly or as a supplement to other vitamin and mineral regimes. According to the reference, the taurine-containing composition may be used in conjunction with prenatal vitamin supplements for use by pregnant and lactating mothers.

4

Uiterwaal et al., U.S. Pat. No. 4,710,387, disclose nutritional supplement preparations intended for pregnant and breast-feeding women. The disclosed supplements are based upon milk constituents, including proteins, fats, carbohydrates, calcium, copper, zinc, iodine, iron, vitamin A, vitamin $B_1$, vitamin $B_6$, vitamin C, vitamin $D_3$, vitamin E, niacin and folic acid. The precise adjustments of the constituents of the preparation is determined by the current consumer.

Ellenbogen, U.S. Pat. No. 4,431,634, discloses multimineral dietary supplement compositions of enhanced iron bioavailability containing magnesium and calcium for use in prenatal therapy specifically tailored to combat iron-deficiency anemia.

The *Physicians' Desk Reference for Nonprescription Drugs* describes various vitamin and mineral supplements for use by women. For example, Stuart Prenatal® is a multi-vitamin and mineral supplement for use "before, during and after pregnancy." It provides vitamins equal to 100% or more of the RDA for pregnant and lactating women. See *Physicians' Desk Reference for Nonprescription Drugs*, (9th Ed., 1988) 712.

Materna® prenatal vitamin and mineral tablets are for use "before, during and after pregnancy" and is indicated to provide vitamin and mineral supplementation throughout pregnancy as well as the postnatal period for both lactating and nonlactating mothers. The reference states that Materna® is "useful for improving nutritional status prior to conception." *Physicians' Desk Reference*, (51st Ed., 1997) 1427.

PreCare® prenatal multi-vitamin and mineral supplement film coated caplets are indicated to provide vitamin and mineral supplementation throughout pregnancy and during postnatal period-both for lactating and nonlactating mothers. The reference discloses that PreCare® is "useful for improving nutritional status prior to conception." *Physicians' Desk Reference*, (51st Ed., 1997) 2753.

Methods and compositions for treating infertility have also been described in various references. Madsen, U.S. Pat. No. 5,389,657, discloses methods of treating infertility by administering therapeutically effective amounts of the glutathione stimulator L-2-oxothiazolidine-4-carboxylate or esters thereof to female mammals having fertility problems. According to the reference, the formulation could be used as part of a complete nutritional formulation for satisfying nutritional requirements.

The compositions and methods discussed above are deficient in various respects. First, the compositions are not specifically formulated to address the problem of infertility. Even the above discussed references which recognize the correlation between nutritional status and infertility do not specifically disclose any specific nutritional formulations for treating infertility and do not offer any guidance with regard to formulating specific nutritional compositions for treating infertility. Thus, these references are inadequate with regard to improving the possibility of conception.

Secondly, previously disclosed compositions only provide nutritional components in levels indicated for maintaining general health and are not need-specific formulations which are designed to address the distinct nutritional needs of men and women planning to conceive. Further, even previously disclosed need-based multi-vitamin and mineral supplements are limited to addressing the general nutritional needs of pregnant women, lactating women or nonpregnant, or non-lactating women. Thus, the specific nutritional needs of men and women during the period of time just prior to

US 6,569,857 B1

5

conception are not addressed by conventional nutritional supplementation.

Thirdly, conventional ovulatory inducing agents or other infertility agents do not utilize vitamins and minerals as active components and are thus not effective in addressing nutritional needs of men and women planning to conceive, or in reducing the risks of birth defects. Further, these agents may increase the risk of birth defects or have other undesirable side effects.

Therefore, there remains a need for specific nutritional formulations which augment the possibility of conception occurring and reduce the risk of birth defects, as well as support general health. Moreover, there is a particular need for formulations which simultaneously augment the possibility of conception and reduce the risk of birth defects to provide a higher degree of patient compliance and minimize the cost to the patients. Additionally, it is desirable to have formulations which specifically address the differing needs of males and females during the period of time prior to conception.

There is also a need for multi-vitamin and mineral supplements which provide a regimen specifically designed to meet the nutritional requirements of males and females planning to conceive by providing the dosages of vitamins and minerals necessary to avoid vitamin or mineral deficiencies, and in particular those deficiencies associated with male and female infertility. It is always desirable to have formulations which minimize the necessity for medications. It is also particularly desirable to have available formulations for addressing infertility which are suitable for men and women seeking to limit their use of medications. Thus, there is a general overall need for a fundamentally new, safe, effective and comprehensive approach to addressing the physiological needs of men and women planning to conceive children.

SUMMARY OF THE INVENTION

The present invention overcomes the deficiencies of currently available approaches to treating male and female infertility. Further, the present invention overcomes the deficiencies of current multi-vitamin and mineral supplements which do not address the specific needs of males and females planning to conceive a child. The present invention overcomes these deficiencies in a safe and effective manner calculated to augment conception, reduce risk of birth defects and generally support the nutritional requirements of developing fetuses and new born infant, as well as contribute to the general health of the mother and father.

The compositions of the invention include critical nutritional components in dosage levels which optimize possibility of conception and fetal development. The compositions are intended for administration during the period commencing prior to at least two weeks before conception.

Specifically, the present invention provides a nutritional composition for administration to an animal, (e.g., human, mammal or any other animal) during the period commencing prior to at least two weeks before conception, to augment the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy. In one embodiment, the nutritional composition of the present invention comprises about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; and a magnesium compound or derivative thereof in an amount ranging from about 25 mg to 400 mg per 55 kg of body

6

weight. The weight ratio of the folic acid compound or derivative thereof to the vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1; and the weight ratio of the magnesium compound or derivative thereof to the vitamin $B_6$ compound or derivative thereof is about 0.2–20:1.

An alternative embodiment of the present invention is a nutritional composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; and about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof. The weight ratio of the folic acid compound or derivative thereof to the vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1.

Another embodiment of the present invention is a nutritional composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; and about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof. The weight ratio of the calcium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.25–1:1.

A further embodiment of the present invention is a nutritional composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; and about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof per 55 kg of body weight. The weight ratio of said folic acid compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1; and the weight ratio of said calcium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.25–1:1.

An even further embodiment of the invention is a nutritional composition for administration to an animal during a period commencing prior to at least two weeks before conception, which comprises: about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof per 55 kg of body weight; and a magnesium compound or derivative thereof in an amount ranging from about 25 mg to 400 mg per 55 kg of body weight. The weight ratio of said folic acid compound or derivative thereof to said calcium compound or derivative thereof is about 0.0001–0.0300:1.

Another embodiment of the present invention includes a nutritional composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative; about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; and about 10 mg to 200 mg per 55 kg of body weight of a fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, and derivatives and mixtures thereof. The weight ratio of said folic acid compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1. The weight ratio of said fatty acid compound to said vitamin $B_6$ compound or derivative thereof is about 0.08–3.75:1.

Yet another embodiment of the invention provides a nutritional composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; and about 10 mg to 500 mg per 55 kg of body weight of a fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an arachidonic acid

US 6,569,857 B1

<table>
<tr><td>7</td><td>8</td></tr>
</table>

compound, and derivatives and combinations thereof. The weight ratio of said folic acid compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1; and wherein the weight ratio of said fatty acid compound to said vitamin $B_6$ compound or derivative thereof is about 0.08–25:1.

A further embodiment provides a nutritional composition for administration to an animal during a period commencing prior to at least two weeks before conception to augment the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy. The composition comprises about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; a magnesium compound or derivative thereof in an amount ranging from about 25 mg to 400 mg per 55 kg of body weight; and a vitamin C compound or derivative thereof in an amount ranging from about 25 mg to 600 mg per 55 kg of body weight.

Yet another further embodiment of the invention provides a nutritional composition, which comprises: about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; a magnesium compound or derivative thereof in an amount ranging from about 25 mg to 400 mg per 55 kg of body weight; and a vitamin E compound or derivative thereof in an amount ranging from about 10 I.U. to 400 I.U. per 55 kg of body weight.

The present invention also includes methods for augment the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy. In one embodiment, the methods of the present invention include administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof. The weight ratio of said folic acid compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1.

In an alternative embodiment of the invention, a method is provided for increasing the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy, which comprises administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising: about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; and about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof. The weight ratio of said calcium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.25–1:1.

In another embodiment, a method is provided, which comprises administering to an animal during a period commencing prior to at least two weeks before conception a composition including about 20 mg to 125 mg per 55 kg of body weight of a vitamin $B_6$ compound or derivative thereof; 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof. The weight ratio of said folic acid compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.0024–0.1200:1; and the weight ratio of said calcium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.25–1:1.

In a further embodiment of the invention, a method is provided, which comprises administering to a male animal

and a female animal during a period commencing prior to at least two weeks before conception a composition comprising a nutritional agent selected from the group consisting of a vitamin $B_6$ compound, a folic acid compound, a magnesium compound, a vitamin C compound, a vitamin E compound, a derivative thereof and a mixture thereof; wherein said male and said female animal are attempting to conceive a child together.

In a still further embodiment of the invention, a method is provided, which comprises: administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising: about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof; and about 100 mg to 1,000 mg per 55 kg of body weight of a calcium compound or derivative thereof.

Thus, the inventive subject matter addresses the specific needs of men and women attempting to conceive through novel compositions and methods. Additional features and advantages of the present invention are described in, and will be apparent from, the detailed description of the presently preferred embodiments.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "infertility" refers to the difficulty or inability to conceive during the course of normal sexual activity, when one year of unprotected intercourse has elapsed without a resulting conception.

"Animal" refers to a human, mammal or any other animal.

"Conception" refers to the beginning of pregnancy as marked by the formation of a zygote.

"Possibility of conception" refers to the likelihood of conception occurring during normal sexual activity.

"Nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the father, mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any vitamin or mineral deficiency, or in other words, the extent to which physiological vitamin and mineral demands are being satisfied such that deficiency is avoided.

The present invention is based, in part, upon the discovery that nutritional requirements vary throughout an individual's lifetime and as a result of various external and internal factors. In particular, certain factors heighten the physiological demand for certain vitamins, minerals and other nutrients and components. Moreover, in some circumstances certain nutritional agents have positive benefits beyond their usual function of maintaining health.

The present inventive subject matter recognizes that there are substantial physiological benefits attained by specifically formulating multi-vitamin and mineral supplements for use by males and females planning to conceive children. Further, the nutritional needs of persons planning to conceive children are different from the nutritional needs of males and females who are not planning to conceive. The products of the invention provide optimum nutritional components and amounts which have been found to alleviate nutritional causes of infertility and provide for optimal health prior to conception.

Without being limited by theory, the compositions and methods of the present invention may be effective because they prevent deficiencies of vitamins, minerals and other nutrients which are necessary to conception. Alternatively,

9

the compositions and methods may be effective because they initiate, stimulate or act as catalysts to reactions having a positive impact on the processes of conception and fetal development.

The multi-vitamin and mineral supplements of the present invention contain specific concentrations of vitamin and minerals for administration to males and females prior to conception to alleviate vitamin and mineral deficiencies which may cause infertility. The present invention also satisfies specific vitamin and mineral requirements, the absence of which have been found to cause birth defects, as well as to provide for general health after conception and during the resultant pregnancy. The formulations of the invention optimize the nutritional benefits of supplementation as required by the physiological stresses of conception.

The nutritional compositions of the present invention are formulated for administration to humans and other animals during the period prior to and including conception. The effectiveness of the compositions appears to increase in relationship to the length of time between initiation of use and time of conception. Preferably, the compositions are administered during the period commencing prior to at least two weeks before conception. More preferably, the compositions are administered during the period commencing prior to at least four weeks before conception. Even more preferably, the compositions are administered during the period commencing prior to at least twelve weeks prior to conception. Most preferably, the compositions are administered during the period of time commencing prior to at least six months prior to conception.

The nutritional compositions are formulated to augment the possibility of conception. The extent to which the possibility of conception is increased by use of the formulas may be influenced by numerous external factors, such as the following non-limiting examples: stress, alcohol consumption, drug use, poor compliance, and the like. Moreover, the effectiveness of the compositions may vary from individual to individual, and from couple to couple, for an wide array of reasons, such as genetic predisposition, health factors, and the like, without limitation.

While it is difficult to quantify the likelihood of conception, the average healthy couple may be able to augment conception through use of the present formulations. Moreover, even for couples that could not be classified as average healthy couples, the possibility of conception may be augmented, particularly where the formulations directly impact upon the factor causing the abnormality.

The formulations of the present invention can contain vitamin $B_6$ or derivatives thereof. Derivatives of vitamin $B_6$ include compounds formed from vitamin $B_6$ which are structurally distinct from vitamin $B_6$, but which retain the active function of vitamin $B_6$. Such derivatives include, without limitation, salts of vitamin $B_6$, chelates of vitamin $B_6$, combinations thereof and the like. The vitamin $B_6$ may be present in a single form or in various different forms in combination within the present compositions. The specific amount of vitamin $B_6$ in the compositions is adjusted based on the type of dosage form utilized (i.e., immediate release vs. controlled release). In the case of the immediate release compositions, the amounts of vitamin $B_6$ in the compositions preferably range from about 10 mg to about 75 mg per 55 kg of body weight. More preferably, the amounts of vitamin $B_6$ in the immediate release compositions range from about 15 mg to about 50 mg per 55 kg of body weight. Even more preferably, the amounts of vitamin $B_6$ in the immediate release compositions range from about 17 mg to

10

about 25 mg per 55 kg of body weight. Most preferably, the amounts of vitamin $B_6$ in the immediate release compositions range from about 19 mg to about 21 mg.

The amount of vitamin $B_6$ present in the controlled release compositions of the present invention, preferably range from about 20 mg to about 150 mg per 55 kg of body weight. More preferably, the amounts of vitamin $B_6$ present in the controlled release compositions range from about 70 mg to about 125 mg.

The compositions of the present invention may include a folic acid compound or derivative thereof. The derivatives of folic acid include compounds formed from folic acid which are structurally distinct from folic acid, but which retain the active function of folic acid. Non-limiting examples of such derivatives include salts of folic acid, chelates of folic acid, combinations thereof and the like. Preferably, the amounts of folic acid in the immediate release compositions of the invention range from about 0.1 mg to 3 mg per 55 kg of body weight of a folic acid compound or derivative thereof. More preferably, the amounts of folic acid in the invention range from about 0.5 to about 1 mg per 55 kg of body weight. The amounts of folic acid in the controlled release compositions of the invention preferably range from about 2 mg to about 4 mg per 55 kg of body weight. More preferably, the amounts of folic acid in the controlled release compositions range from about 2.5 to about 3.0 mg per 55 kg of body weight.

A magnesium compound or derivative thereof may be incorporated into the compositions of the present invention. Preferably, the amounts of magnesium in the compositions range from about 10 mg to about 500 mg per 55 kg of body weight. More preferably, the magnesium is in an immediate release form and is present in amounts ranging from about 15 mg to about 125 mg per 55 kg of body weight. Even more preferably, the magnesium is present in a controlled release form in amounts ranging from about 350 mg to about 450 mg per 55 kg of body weight.

The compositions of the present invention may optionally include a vitamin C compound or derivative thereof. The vitamin C is preferably present in the compositions in amounts ranging from about 5 mg to about 2000 mg per 55 kg of body weight. More preferably, the vitamin C is present in the compositions in amounts ranging from about 60 mg to about 1000 mg per 55 kg of body weight. Even more preferably, the vitamin C is present in a controlled release form in amounts ranging from about 300 mg to about 600 mg per 55 kg of body weight.

The present invention may also additionally include a vitamin E compound or derivative thereof. The vitamin E compound or derivative thereof is preferably present in the compositions in an amount ranging from about 10 I.U. to about 600 I.U. per 55 kg of body weight. More preferably, the vitamin E compound or derivative thereof is present in the compositions in an immediate release form in an amount ranging from about 5 mg to about 50 mg per 55 kg of body weight. Even more preferably, the vitamin E compound or derivative thereof is present in the compositions in an immediate release form in an amount ranging from about 10 mg to about 30 mg per 55 kg of body weight. Most preferably, the vitamin E compound or derivative thereof is present in the compositions in a controlled release form in an amount ranging from 350 mg to 450 mg per 55 kg of body weight.

The compositions of the present may contain a calcium compound or derivative thereof. The calcium is preferably present in amounts of about 50 mg to about 1,500 mg per 55

US 6,569,857 B1

11

kg of body weight. More preferably, the calcium is present in an immediate release form in amounts of about 75 mg to about 1200 mg per 55 kg of body weight. Even more preferably, the calcium is present in an immediate release form in amounts ranging from about 150 mg to about 1000 mg per 55 kg of body weight. Still more preferably the calcium is in a chewable form in amounts ranging from about 75 mg to about 500 mg per 55 kg of body weight.

The compositions of the present invention optionally contain linoleic acid, linolenic acid, or derivatives or mixtures thereof. Preferably, the linoleic acid, linolenic acid or combination thereof is present in amounts of about 5 mg to 250 mg per 55 kg of body weight. More preferably, the linoleic acid, linolenic acid or combination thereof is present in an immediate release form in an amount of ranging from about 5 mg to about 20 mg per 55 kg of body weight. Even more preferably, the linoleic acid, linolenic acid or combination thereof is presenL in a controlled release form in an amount ranging from about 150 mg to 250 mg per 55 kg of body weight.

The compositions of the present invention may further optionally include docosahexaenoic acid, arachidonic acid or about 10 mg to 200 mg per 55 kg of body weight of a fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, a arachidonic acid compound, and derivatives and mixtures thereof.

Preferred embodiments of the present invention may additionally include a fertility agent, including without limitation, chorionic gonadotropin, clomiphene, gonadorelin, and menotropins.

Particularly, preferred embodiments of the present invention may also further contain one or more ovulatory agents, including without limitation, chorionic gonadotropin, clomiphene, gonadorelin, recombinant human luteinizing hormone, menotropins, progesterone, urofollitropin and combinations thereof.

The weight ratios of various components in the invention are calculated to provide optimal formulations for achieving the objectives of the invention. The weight ratio of the magnesium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof in the present invention is preferably about 0.2–20:1. More preferably, the weight ratio of said magnesium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.5–10:1. Even more preferably, the weight ratio of the magnesium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof is about 0.9–5:1.

The weight ratio of folic acid to $B_6$ in the present compositions is preferably about 0.0024–0.1200:1. More preferably, the weight ratio of folic acid to $B_6$ in the present compositions is about 0.0010–0.1100:1. Even more preferably, the weight ratio of folic acid to $B_6$ in the present compositions is about 0.05–0.09:1. Most preferably, the weight ratio of folic acid to $B_6$ is 0.02–0.08:1.

The weight ratio of the calcium compound or derivative thereof to said vitamin $B_6$ compound or derivative thereof in the present invention is preferably about 0.25–1:1. More preferably, the weight ratio of calcium to vitamin $B_6$ is 0.40–0.90:1. Even more preferably, the weight ratio of calcium to vitamin $B_6$ is 0.06–0.8:1.

The weight ratio of the linoleic acid, linolenic acid, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is preferably about 0.08–3.75:1. More preferably, the weight ratio of the linoleic acid, linolenic acid, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or

12

derivative thereof in the present invention is 0.15–2.50:1. More preferably, the weight ratio of the linoleic acid, linolenic acid, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is 0.1–1.0:1. Even more preferably, the weight ratio of the linoleic acid, linolenic acid, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is 0.5–0.9:1.

The weight ratio of the docosahexaenoic acid compound, arachidonic acid compound, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is preferably about 0.08–25:1. More preferably, the weight ratio of the docosohexaenoic acid compound, arachidonic acid compound, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is 1–10:1. Even more preferably, the weight ratio of the docosahexaenoic acid compound, arachidonic acid compound, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is 2–8:1. Most preferably, the weight ratio of the docosahexaenoic acid compound, arachidonic acid compound, or derivatives thereof or mixtures thereof to the vitamin $B_6$ compound or derivative thereof in the present invention is 4–6:1.

Magnesium compounds which may be incorporated into the present invention include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide, and magnesium sulfate.

Calcium compounds which may be incorporated into the present invention include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

The fatty acids of the present invention may be from any source, including, without limitation, seed oils, fish oil, canola oil, vegetable oil, safflower oil, sunflower oil, olive oil, soybean oil, corn oil, peanut oil, cottonseed oil, chicken fat, lard, palm oil beef tallow butter, palm kernel oil coconut oil, flaxseed oil and evening primrose oil. Non-limiting exemplary fish oil sources include tuna oil, mackerel oil and salmon oil.

It is also possible in the nutritional composition of the present invention for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this invention.

Any pharmaceutically-acceptable dosage form, and combinations thereof, are contemplated by the invention. Examples of such dosage forms include, without limitation, a chewable tablet, a quick dissolve tablet, an effervescent tablet, reconstitutable powder, elixir, liquid, solution, suspension, emulsion, tablet, multi-layer tablet, bi-layer tablet, capsule, soft gelatin capsule, hard gelatin capsule, caplet, lozenge, chewable lozenge, bead, powder, granules,

13

dispersible granules, cachets, douche, suppository, cream, topical, inhalant, aerosol inhalant, patch, particle inhalant, implant, depot implant, ingestible, injectable, infusion, a health bar, a liquid, a food and combinations thereof. The preparation of any of the above dosage forms is well known in the art.

The following represent examples, without limitation, of acceptable methods of preparing some of the above-listed dosage forms. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and Granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

14

The present invention contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present invention with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present invention contemplates the use of pharmaceutically acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The dosage forms of the present invention may involve the administration of a nutritional composition in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other animals, and both males and females. The dosages are adjusted according to body weight and thus are set forth herein on a per body weight basis. For example, if the formula specifies a range of 20–125 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to 13–80 mg (e.g., the lower range limit=(35 kg/55 kg)*20 mg=12.6 mg, or about 13 mg). Decimal

US 6,569,857 B1

15 | 16

amount may be rounded to the nearest whole number. In the above manner, the present compositions may be thus adapted to be suitable for any individual, including any animal, regardless of size.

Moreover, the formulations can be further adapted based upon the specific needs, genetic predispositions or identified deficiencies of the individual planning to conceive. Moreover, the present compositions can be used as one component of a prescribed therapy. Preferably, the compositions are used by both the male and female planning to conceive a child together.

Pharmaceutically acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

The present invention includes methods for increasing the possibility of conception while improving the nutritional stores of the mother prior to conception and enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy. The methods of the invention comprise administering to a male or a female during a period commencing prior to at least two weeks before conception a composition comprising a vitamin $B_6$ compound, a folic acid compound, a magnesium compound, a calcium compound, a vitamin C compound, a vitamin E compound, a derivative thereof and a mixture thereof. Preferably, the methods of the invention comprise administering the above described composition to both a male and a female planning to conceive a child together. More preferably, the methods of the invention comprise administering any of the above described compositions to males and/or females.

In one preferred embodiment of the invention, the compositions of the invention are provided to a male or female in a blister pack. In a particularly preferred embodiment of the invention, the multi-vitamin and mineral supplements described above are provided to both a male and female in a blister pack with indicia identifying which supplement is for the male and which supplement is for the female, where the male and female are planning to conceive a child together. All of the compositions of the present invention may further include or be accompanied by indicia allowing men and women to identify the compositions as products for persons planning to conceive children.

The methods of the invention may involve the administration of a nutritional composition in a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than two dose during a 24 hour period of time. The dose may be taken simultaneously or at different times depending upon the prescribed dose.

The foregoing is considered as illustrative only of the principles of the invention. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the invention to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the invention. The following examples are illustrative of preferred embodiments of the invention and are not to be construed as limiting the invention thereto.

## EXAMPLES

Preparation of Nutritional Conception Compositions

### Example 1

The following compositions are used to prepare nutritional conception products for administration to men and women during a period commencing prior to at least two weeks before conception:

TABLE I

| COMPONENT | FORMULA I | CHEWABLE FORMULA | CONTROLLED RELEASE |
|---|---|---|---|
| Vitamin E, I.U. | 10–100 | 10–100 | 100–400 |
| Vitamin C, mg | 25–100 | 25–100 | 100–2,000 |
| Vitamin $B_6$, mg | 20–75 | 20–75 | 75–125 |
| Folic Acid, mg | 0.1–1.5 | 0.1–1.5 | 1.5–3 |
| Calcium, mg | 100–300 | 100–300 | 300–1,500 |
| Magnesium, mg | 25–100 | 25–100 | 100–400 |
| Linoleic Acid, mg | 10–100 | — | 100–200 |
| Linoleic Acid, mg | 10–100 | — | 100–200 |
| Docosahexaenoic Acid, mg | 10–500 | — | 10–500 |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional conception composition tablets were recovered and stored for future use.

### Example II

The following compositions are used to prepare nutritional conception products for administration during a period commencing prior to at least two weeks before conception:

TABLE II

| Component (in mg unless otherwise indicated) | Formula I | Chewable Formula | Controlled Release |
|---|---|---|---|
| Beta Carotene I.U. | 3,000 | 5,000 | 3,000 |
| Vitamin E, I.U. | 30 | 10 | 400 |
| Vitamin C, | 60 | 25 | 600 |
| Vitamin $B_1$ | 3.0 | 3 | 3 |
| Vitamin $B_2$ | 3.4 | 3.4 | 3.4 |
| Vitamin $B_3$ | 20 | 20 | 20 |
| Vitamin $B_6$ | 20 | 20 | 125 |
| Vitamin $B_{12}$, mcg | 12 | 12 | 12 |
| Folic Acid | 1 | 1 | 3 |
| Calcium | 200 | 100 | 1,000 |
| Elemental Iron | 30 | 30 | 30 |
| Copper | 2 | 2 | 2 |
| Zinc | 15 | 15 | 15 |
| Magnesium | 100 | 25 | 400 |
| Microcrystalline Cellulose | 180 | 180 | — |
| Croscarmellose Sodium | 15 | — | — |
| Stearic Acid | 65 | — | — |
| Mg Stearate | 9 | 9 | 10 |
| Linolenic Acid | 10 | — | 200 |
| Linoleic Acid | 10 | — | 200 |
| Docosahexaenoic Acid | 500 | — | 10 |
| Ethyl Cellulose | — | — | 150 |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional conception composition tablets are stored for future use.

### Example III

The following compositions are used to prepare nutritional conception products for administration during a

US 6,569,857 B1

17

period commencing prior to at least two weeks before conception:

TABLE III

| COMPONENT | PER 35 KG OF BODY WEIGHT | PER 55 KG OF BODY WEIGHT | PER 75 KG OF BODY WEIGHT |
|---|---|---|---|
| Vitamin E, I.U. | 6–255 | 10–400 | 14–546 |
| Vitamin C, mg | 16–382 | 25–600 | 34–818 |
| Vitamin B₆, mg | 13–80 | 20–125 | 27–171 |
| Folic Acid, mg | 0.06–1.9 | 0.1–3.0 | 0.14–4.1 |
| Calcium, mg | 64–636 | 100–1,000 | 136–1,364 |
| Magnesium, mg | 16–255 | 25–400 | 34–546 |
| Linolenic Acid, mg | 6–127 | 10–200 | 14–273 |
| Linoleic Acid, mg | 6–127 | 10–200 | 14–273 |
| Docosahexaenoic Acid, mg | 6–318 | 10–500 | 14–682 |

Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional conception composition tablets are recovered and stored for future use.

The invention being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A method for increasing the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy, which comprises:

administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising:

about 20 mg to 125 mg per 55 kg of said animal's body weight of a vitamin B₆ compound; and

about 1.0 mg to 3 mg per 55 kg of said animal's body weight of a folic acid compound;

wherein said composition is specifically formulated to avoid folic acid and vitamin B₆ deficiencies associated with infertility and to initiate, stimulate, and act as a catalyst to reactions having a positive impact on the processes of conception and fetal development in order to augment the possibility of conception occurring.

2. The method of claim 1, wherein said animal is of a male gender.

3. The method of claim 1, wherein said animal is of a female gender.

4. The method of claim 1, wherein said nutritional composition is in an oral dosage form.

5. The method of claim 4, wherein said oral dosage form is selected from the group consisting of a chewable tablet, a quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, a reconstitutable powder, a suspension, an elixir, a caplet, a health bar, a liquid, a food and combinations thereof.

6. The method of claim 4, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, timed release, variable release, controlled release and combinations thereof.

7. The method of claim 1, wherein said nutritional composition is administered once during a twenty four hour period of time.

18

8. The method of claim 1, wherein said nutritional composition is administered at least twice during a twenty four hour period of time.

9. The method of claim 1, wherein said nutritional composition further comprises a vitamin C compound or derivative thereof in an amount ranging from about 25 mg to 400 mg per 55 kg of said animal's body weight.

10. The method of claim 1, wherein said nutritional composition further comprises a vitamin E compound or derivative thereof in an amount ranging from about 10 mg to 400 mg per 55 kg of said animal's body weight.

11. The method of claim 1, wherein said nutritional composition additionally contains a fertility agent.

12. The method of claim 1, wherein said nutritional composition additionally contains an ovulatory agent.

13. The method of claim 1, wherein said composition is administered about 8 hours prior to sexual intercourse.

14. A method for increasing the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy, which comprises:

administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising:

a) about 20 mg to 125 mg per 55 kg of said animal's body weight of a vitamin B₆ compound;

b) about 1.0 mg to 3 mg per 55 kg of said animal's body weight of a folic acid compound; and

c) about 100 mg to 1,000 mg per 55 kg of said animal's body weight of a calcium compound;

wherein said composition is specifically formulated to avoid folic acid, calcium, and vitamin B₆ deficiencies associated with infertility and to initiate, stimulate, and act as a catalyst to reactions having a positive impact on the processes of conception and fetal development in order to augment the possibility of conception occurring.

15. The method of claim 14, wherein said nutritional composition is administered once during a twenty four hour period of time.

16. The method of claim 14, wherein said nutritional composition is administered at least twice during a twenty four hour period of time.

17. A method for increasing the possibility of conception while enhancing nutritional stores for a developing embryo or fetus prior to and during pregnancy, which comprises:

administering to an animal during a period commencing prior to at least two weeks before conception a composition comprising:

about 1.0 mg to 3 mg per 55 kg of said animal's body weight of a folic acid compound; and

about 100 mg to 1,000 mg per 55 kg of said animal's body weight of a calcium compound;

wherein said composition is specifically formulated to avoid folic acid and calcium deficiencies associated with infertility and to initiate, stimulate, and act as a catalyst to reactions having a positive impact on the processes of conception and fetal development in order to augment the possibility of conception occurring.

18. The method of claim 17, wherein said nutritional composition is administered once during a twenty four hour period of time.

19. The method of claim 17, wherein said nutritional composition is administered at least twice during a twenty four hour period of time.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,569,857 B1                                    Page 1 of  1
DATED         : May 27, 2003
INVENTOR(S)   : Hermelin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 17,
Line 58, change "a health bar" to -- an edible food bar --.

Column 18,
Lines 5-6, after the phrase "vitamin C compound", delete the phrase "or derivative
thereof".
Lines 9-10, after the phrase "vitamin E compound", delete the phrase "or derivative
thereof".

Signed and Sealed this

Eighteenth Day of November, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT 6

US005516925A

# United States Patent [19]

## Pedersen et al.

| [11] | Patent Number: | **5,516,925** |
|---|---|---|
| [45] | Date of Patent: | **May 14, 1996** |

[54] **AMINO ACID CHELATES HAVING IMPROVED PALATABILITY**

[75] Inventors: **Mark Pedersen**, Kaysville; **H. DeWayne Ashmead**, Fruit Heights, both of Utah

[73] Assignee: **Albion International, Inc.**, Clearfield, Utah

[21] Appl. No.: **294,632**

[22] Filed: **Aug. 23, 1994**

[51] Int. Cl.⁶ ............................ **C07F 13/00**; C07F 11/00; C07F 15/00

[52] U.S. Cl. ................................ **556/50**; 556/63; 556/116; 556/134; 556/148

[58] Field of Search ................................ 556/50, 63, 116, 556/134, 148

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 4,216,143 | 8/1980 | Ashmead | 260/113 |
|---|---|---|---|
| 4,216,144 | 8/1980 | Ashmead | 260/115 |
| 4,599,152 | 7/1986 | Ashmead | 204/72 |

*Primary Examiner*—Porfirio Nazario-Gonzales
*Attorney, Agent, or Firm*—Thorpe, North & Western

[57] **ABSTRACT**

A palatable metal amino acid chelate for administration to humans and other warm-blooded animals is disclosed wherein there are sufficient ligands to provide ionic and coordinate covalent bonds equal to the coordination number of the central metal ion while, at the same time, maintaining charge balance in the chelate molecule. There must be at least one ligand of the polydentate type which must be an α-amino acid with the further proviso that any unidentate or polydentate ligand(s) must be charge balanced organic ligands. Charge balancing may be accomplished by means of an organic acid and dicarboxylic, hydroxycarboxylic, hydroxydicarboxylic or hydroxytricarboxylic acids in particular, which maintains the chelate molecule as an optimum pH for purposes of stability and palatability.

**23 Claims, No Drawings**

5,516,925

1

# AMINO ACID CHELATES HAVING IMPROVED PALATABILITY

## BACKGROUND OF THE INVENTION

This invention relates to amino acid chelated mineral compositions containing amino acid ligands which have improved palatability. More particularly, this invention relates to amino acid chelated mineral compositions wherein the coordination number of the metal is satisfied by an organic electron donor moiety and wherein the ligands are charge balanced to neutralize electron donor or Lewis Base sites resulting in amino acid chelates which are essentially free of objectional taste.

In the formation of metal complexes and/or chelates there are actually two valencies or binding sites for the central metal ion which should be considered. The first is the "primary valence" (oxidation state) exhibited by the metal ion, e.g. copper as copper(I) or cuprous (+1) and copper(II) or cupric (+2) ions; iron as iron(II) or ferrous (+2) and iron(III) or ferric (+3) ions, zinc as zinc(II) or zinc (+2) ions; calcium as calcium(II) or calcium (+2) ions; manganese as manganese(II) or manganese (+2) and manganese(III) or manganese (+3) ions; magnesium as magnesium(II) or magnesium (+2) ions; chromium as chromium(II) or chromium (+2) and chromium(III) or chromium (+3) ions and cobalt as cobalt(II) or cobalt (+2) and cobalt(III) or cobalt (+3) ions. Additonaly, there is a secondary valency of a central metal ion directed to specific position in the coordination sphere which is the total number of bonds the metal forms with ligands, i.e. a molecule containing a functional grouping which can serve as an electron donor and form a coordinating bond. Ligands can vary from molecules as simple as water or ammonia to complex polydentate ligands having two or more electron donor sites capable of chelate formation.

The secondary valence of the central metal ion is referred to as the "coordination number". Numbers ranging from 2 to 12 have been observed but numbers of 2, 4 and 6, and sometimes 8, are the most common. Of the metals of interest in the present invention, coordination numbers of 2 and 4 are found mostly in Cu(I) with 2 being the most common. Copper(II) has coordination numbers of 4 or 6. Iron(II) has a coordination number of 6 and Iron(III) has coordination numbers of 4 or 6. Zinc(II) has coordination numbers of 4 or 6. Calcium has coordination numbers of 6 and 8. Magnesium(II), manganese(II) and manganese(III) each have a coordination number of 6. Additionally, cobalt(II), cobalt(III), chromium(II) and chromium(III) each have a coordination number of 6.

The coordination number assigned to a central metal ion depends on a number of variables or factors. Representative of these are the ratio of the radius of the central metal ion to that of the attached ligands. As the ligand gets larger fewer ligands can coordinate with the metal. Also, ligands that transfer a negative charge to the metal also result in reduced coordination numbers.

When a metal combines with an electron donor ligand, a complex or coordination compound is formed. When the electron donor contains two or more donor groups tied together in some way, the ligand is referred to as a polydentate ligand, e.g. a bidentate ligand has two donor groups, and the resulting complex is a chelate. The essential and characteristic feature found in all chelates is formation of a ring of bonded atoms between the ligand and the metal atom. For ring formation to occur, the electron donor molecule

2

must contain two or more groups that can each combine with the metal atom. Groups or atoms (e.g. oxygen, nitrogen, hydroxyl, and amino) must be present that can coordinate with the metal atom through their electron pairs. These donor groups must be separated from each other by chains of suitable length to form sterically permissible rings.

α-Amino acids comprise a group of ligands that have been used to chelate minerals. It is known that α-amino acid chelates form a stable product having one or more five-member rings formed by reactions between the carboxyl oxygen and the α-amino group of an α-amino acid with the metal ion. Such a five-member ring is defined by the metal atom, the carboxyl oxygen, the carbonyl carbon, the a-carbon, and the α-amino nitrogen and is generally represented by the Formula I. However, the actual structure will depend upon the ligand to metal mole ratio and whether monosubstituting unidentate ligands are also utilized. The ligand to metal ratio is at least 1:1 and is preferably 2:1, but in certain instances may be 3:1 or even 4:1 with bidentate ligands, depending upon the coordination numbers of the metal ion and the size and steric configuration of the ligands. If monodentate ligands are used in conjunction with a single bidentate ligand, such as an α-amino acid, then ratios could be up to 7:1 for calcium with a coordination number of eight. Most typically, an amino acid chelate may be represented at a ligand to metal ratio of 2:1 according to the following formula:

(Formula I)

$$
\begin{array}{ccc}
& R' & \\
& | & \\
R-CH-NH & O=C=O \\
& \diagdown & \diagup \\
& M & \\
& \diagup & \diagdown \\
O=C-O & HN-CH-R \\
& | & \\
& R' &
\end{array}
$$

In the above formula M is a member selected from the group consisting of copper, iron, manganese, zinc, magnesium, calcium, cobalt and chromium. The R moieties can be the same or different, i.e. can represent dissimilar amino acid ligands making up the chelate. When R is H, the amino acid is glycine, the simplest of the α-amino acids. However, R could represent any of the side chains of the other twenty or so naturally occurring α-amino acids derived from proteins or additionally additional metabolic α-amino acids any synthetically produced α-amino acid. R' is a member selected from the group consisting of H or [—C(O-)CHRNH$_2$—]$_e$H wherein R is as defined above and e is an integer of 1 or 2. When e is 1 or 2 the ligand becomes a di-or tripeptide of amino acids (i.e. hydrolyzed protein fragments) or any synthetically produced α-amino acid or amino acid chains. These α-amino acids all have the same configuration for the positioning of the carboxyl oxygen and the α-amino nitrogen. In other words, the chelate ring is defined by the same atoms in each instance. The American Association of Feed Control Officials (AAFCO) has also issued a definition for an amino acid chelate. It is officially defined as the product resulting from the reaction of a metal ion from a soluble metal salt with amino acids with a mole ratio of one mole of metal to one to three (preferably two) moles of amino acids to form coordinate covalent bonds. The average weight of the hydrolyzed amino acids must be approximately 150 and the resulting molecular weight of the chelate must not exceed 800. The products are identified by the metal forming the chelate, i.e. iron amino acid chelate, copper amino acid chelate, etc.

According to the above, amino acid chelates can also be formed using dipeptide or tripeptide ligands. A representa-

5,516,925

**3**

tive tripeptide is shown in Formula II:

(Formula II)

$$
\begin{array}{c}
\overset{|}{N}H_2 \\
RCH \\
\diagdown \\
C=O \\
/ \\
HN \\
\diagdown \\
HCR \\
/ \\
O=C \\
\diagdown \\
NH \\
/ \\
RCH \\
\diagdown \\
C=O \\
/ \\
HO
\end{array}
$$

where R is as defined above. The R groups are independent of each other and can represent a tripeptide of the same or different amino acids. Ligands larger than tripeptides possess at least two drawbacks. First, sterically, they may be too large in size to conveniently form a chelate wherein all of the coordination sites are occupied by an electron donor. Secondly, they would have a molecular weight which would be too great for direct intestinal absorption of the chelate formed. Generally, peptide ligands will be derived by the hydrolysis of protein. However, peptides prepared by conventional synthetic techniques or genetic engineering can also be used. When a ligand is a di- or tripeptide, R, as defined in Formula I, can be H, or the side chain of any other naturally occurring or synthetically prepared amino acid and e can be an integer of 1 or 2. When e is 1 the ligand will be a dipeptide and when e is 2 the ligand will be a tripeptide, but the moieties of chelation will derive from the carboxyl end of the dipeptide or tripeptide chain, rather than the amino terminis. The carboxyl oxygen and nearby a-nitrogen of the same terminal amino acide will be the chelating portions of the dipeptide or tripeptide chain. As noted above, the R moieties are independent in that different R groups can be contained on ligands forming the chelate and, in the case of di- or tripeptides, different amino acids can make up the peptide chain.

The structure, chemistry, and bioavailability of amino acid chelates is well documented in the literature, e.g. Ashmead et al., *Chelated Mineral Nutrition in Plants, Animals and Man*, (1982), Chas. C. Thomas Publishers, Springfield, Ill.; Ashmead et al., *Intestinal Absorption of Metal Ions and Chelates*, (1985), Chas. C. Thomas Publishers, Springfield, Ill.; Ashmead et al., *Foliar Feeding of Plants with Amino Acid Chelates*, (1986), Noyes Publications, Park Ridge, N.J.; *The Roles of Amino Acid Chelates in Animal Nutrition*, (1993), Noyes Publications, Park Ridge, N.J.; as well as in U.S. Pat. Nos. 4,020,158; 4,167,564; 4,216,143; 4,216,144; 4,599,152; 4,774,089; 4,830,716; 4,863,898 and others. Flavored effervescent mixtures of vitamins and amino acid chelates for administration to humans in the form of a beverage are disclosed in U.S. Pat. No. 4,725,427.

In the field of mineral nutrition, amino acid chelates have increasingly been recognized as providing certain advantages over inorganic mineral salts. One advantage is attributed to the fact that these chelates are readily absorbed in the gut and mucosal cells by means of active transport as though they were amino acids or small peptides. In other words, the minerals are absorbed along with the amino acids as a single unit utilizing the amino acids as carrier molecules. Since this method of absorption does not involve the absorption sites for free metal ions, the problems of competition of ions for active sites and suppression of one nutritive mineral element

**4**

by another are avoided. Other advantages of amino acid chelates include stimulation of gonadotropic hormones, U.S. Pat. No. 4,774,089; delivery of metal ions to targeted tissue sites, U.S. Pat. No. 4,863,898; and enhancement of the immune system, U.S. Pat. No. 5,162,369.

Despite these advantages, use of amino acid chelates for human and animal consumption has the drawback of a metallic flavor or aftertaste that some people and animals find unpleasant or disagreeable. Thus, amino acid chelates have had to be taken in capsules and other forms that avoid this aftertaste. Use of amino acid chelates in nutritional beverages has also been limited by this disagreeable flavor. It was commonly believed that the metallic aftertaste of mineral amino acid chelates was due to the metal portion of the chelates. However, it has now been found that the aftertaste of the chelates may be due to a variety of factors associated with incomplete filling of all coordination binding sites of the metal ion and the charge associated with the ligand following the chelation of the ligand(s) to the metal ion.

In view of the foregoing, it will be appreciated that amino acid chelates having improved palatability would be a significant advancement in the art.

OBJECTS AND SUMMARY OF THE INVENTION

It is an object of the invention to provide a chelated mineral composition that eliminates the problem of a metallic aftertaste or flavor while retaining the advantages of amino acid ligands and the bioavailability of the metal ion.

It is also object of the invention to provide amino acid chelated minerals that are essentially taste-free or lack a disagreeable flavor or aftertaste so that they can be taken in tablets, beverages, powders, and the like.

It is another object of the invention to provide a method of making amino acid chelated minerals that are essentially taste-free or lack a disagreeable flavor or aftertaste.

It is a further object of the invention to provide amino acid chelated mineral compositions in which the coordination sites of the metal ion are bound with donor electron ligands of the polydentate type or combinations of polydentate and unidentate type and where there are charge neutralizations of free amino, hydroxyl, or other electron donor groups of amino acid ligands.

These and other objects are achieved by providing an amino acid chelate wherein there are sufficient ligands to provide ionic, covalent and coordinate covalent bonds equal to the coordination number of the central metal ion while, at the same time, maintaining charge balance in the chelate molecule. There must be at least one ligand of the polydentate type which must be an α-amino acid with the further proviso that any unidentate or polydentate ligand(s) must be charge balanced organic ligands.

DETAILED DESCRIPTION OF THE INVENTION

Before the present taste-free amino acid chelates and method of making them are disclosed and described, it is to be understood that this invention is not limited to the particular process steps and materials disclosed herein as such process steps and materials may vary somewhat. It is also to be understood that the terminology used herein is used for the purpose of describing particular embodiments only and is not intended to be limiting since the scope of the present invention will be limited only by the appended

5,516,925

**5**

claims and equivalents thereof.

It must be noted that, as used in this specification and the appended claims, the singular forms "a," "an," and "the" include plural referents unless the content clearly dictates otherwise.

In describing and claiming the present invention, the following terminology will be used in accordance with the definitions set out below.

As used herein, "taste-free", "palatable" or "improved palatability" means that the amino acid chelates of the present invention are substantially lacking the metallic aftertaste or disagreeable flavor of prior art amino acid chelates to the extent that they have a more pleasant taste to the consuming warm-blooded host, i.e. an animal or human being. This is not to say that taste-free amino acid chelates are completely lacking a flavor or taste.

As stated above, it had been thought that the metal moieties of amino acid chelates were responsible for the metallic aftertaste associated therewith. However, it has now been discovered that there are various parameters or factors associated with the less pleasant taste of such metal amino acid chelates. One parameter is that the coordination number of the metal in the chelate must be satisfied by an electron donor group of an organic ligand which forms an ionic or coordinate bond which is sufficiently stable within a pH range that the bond will not be broken or the ligand dissociate from the metal within that pH environment. This range varies with each metal ion as illustrated in following Table I. Water ($H_2O$) is not sufficiently stable as a ligand to satisfy this requirement. At least one ligand must be of the polydentate type of the α-amino acid configuration. Preferably two or more ligands will be of the polydentate type and are preferably α-amino acid ligands. A second factor or parameter is that the charge attributed to donor electrons not associated with binding to the metal ion must be balanced. In other words, any Lewis Base or electron donor sites such as found in amino, hydroxy, alkoxy, anionic or similar groupings must be neutralized or balanced by appropriate means or functionalities. Such taste-free amino acid chelates may be represented by Formula III:

(Formula III)

$$\left[\begin{array}{c} R-CH-NH \\ | \quad\quad\quad | \\ O=C-O \end{array}\right]_a M \left[\begin{array}{c} X-Z \\ | \quad | \\ X-Z \end{array}\right]_d [Cyc]_d \cdot [(H^+)_m Q]_n$$

$$[X-Y]_c$$

where a is a number of 1 to 3, b is a number of 0 to 2, c is a number of from 0 to 6, d is a number of 0 or 1, n is a number ranging from 0 to 10 and m is a number of 1 to 3. While 0 (zero) is technically not a number, in the sense that a number means a positive value, its use in the present invention is definite in meaning that, when the number is 0, the group within the brackets represented by that number is not present in the formula. Moreover, any number can represent a partial or fractional amount. M is a member selected from the group consisting of Cu(I), Cu(II), Fe(II), Fe(III), Mn(II), Mn(III), Zn(II), Mg(II), Ca(II), Co(II), Co(III), Cr(II) and Cr(III). R is H or a side chain of any naturally occurring or synthetic α-amino acid. $R^1$ is a member selected from the group consisting of H, $R^3$, $R^4{}^1C(O)$, $R^3SO_2$ and [—C(O)CHRNH$_2$—]$_e$H wherein R is as defined above $R^3$ is alkyl, $R^4$ is alkyl or the residue of a polycarboxylic acid, $R^5$ is alkyl or aryl and e is an integer of 1 or 2. X is independently a member selected from the group consisting of O, $OR^2$, S, $SR^2$, $NH_2$ and $NHR^2$, When d is 0,

**6**

Z is independently a member selected from the group consisting of CH, $CH_2$, CHR and C=O. When d is 1, Z is CH and Z, Z and Cyc combine to form an additional ring which may be substituted or unsubstituted and may be cyclic or aromatic. $R^2$ is a member selected from the group consisting of H and alkyl. The term alkyl represents any $C_1$ to $C_{10}$ alkyl group and may be straight or branched chained. Aryl represents any aromatic ring which is functional but is preferably phenyl. Alkyl and aryl groups can also be substituted by moieties which do not detract from the functionality of the invention. For example, functional substituents comprising amines, esters, OH, carboxylic acids and the like can be present provided the overall ligand is charge balanced and otherwise palatable. Y represents any unidentate organic ligand or polydentate organic ligand coordination bonded to the metal at a single electron donor site. [(H$^+$)$_m$Q]$_n$ represents any organic acid, and preferably a member selected from the group consisting of dicarboxylic, hydroxycarboxylic, hydroxydicarboxylic and hydroxytricarboxylic acids. Most preferable are those acids selected from the group consisting of citric, malic, tartaric, oxalic, malonic, succinic, maleic, fumaric and lactic acids.

Under the above formulae, "—X—Z—Z—X—" can be representative of an α-amino acid, a dicarboxylic acid such as citric, malic, tartaric, oxalic, malonic, succinic, maleic and tartaric acids listed above, an alkylene diamine, or any other number of bidentate ligands which have been utilized in chelate formations. When —X—Z—(Cyc)—Z—X— is such that —Z—(Cyc)—Z— combine to form an aromatic ring, ligands such as vanillin or any of those disclosed in copending application Ser. No. 08/293,516, filed Aug. 19, 1994 may be used. Also, "[(H$^+$)$_m$Q]$_n$" is symbolic of any variety of organic acids, including acetic or sulfonic, of which acetic, propionic, butyric, benzene sulfonic, and the dicarboxylic, hydroxycarboxylic, hydroxydicarboxylic and hydroxytricarboxylic acids listed above are representative. The dicarboxylic, hydroxycarboxylic, hydroxydicarboxylic and hydroxytricarboxylic acids are particularly preferred.

In defining the above it is to be noted that no claim is made as to the novelty of any particular ligand or even any combination of ligands in this invention. Therefore, each of the substituents making up the ligand or combination of ligands making up the chelate molecule is not thought to require specific definition because there are numerous amino acid chelated molecules readily discernable to one skilled in the art which are within the scope of the present invention. Rather, the invention resides in the discovery that the coordination sites of a central metal ion must be satisfied by coordination or ionic bonding of an organic ligand, at least one of which must be an α-amino acid, coupled with charge balance of the entire molecule to provide an α-amino acid chelate of sufficient stability that the moieties which contribute to the aftertaste of such a molecule are neutralized or balanced.

This may be accomplished in a number of ways. In one embodiment, conjugating the free amine groups of an amino acid following chelate formation with an organic moiety such as an alkyl halide, an aldehyde, ketone, an acid chloride of a carboxylic acid or sulfonic acid results in a derivatized amino acid chelate that substantially lacks the disagreeable flavor or metallic aftertaste of amino acid chelates of Formula I.

In a second embodiment, certain amino acids are, in and of themselves, charged balanced when all of their donor electron sites are involved in coordination and/or ionic bonding with all of the coordination bonding sites of the central metal ion.

5,516,925

**7**

In yet another embodiment, ligands having an aromatic ring such as disclosed and claimed in U.S. Pat. No. 5,292,729 and 1,2-disubstituted aromatic ligands such as disclosed and claimed in copending application Ser. No. 08/293,516, filed Aug. 19, 1994 may be charged balanced through selection and optimization of the amino acid and aromatic or cyclic ligands.

In a further embodiment, the addition of an organic acid to an amino acid chelate having electron donor properties or which is sufficiently "electron rich" may result in a composition wherein the acid contributes to the strengthening of the coordination and or ionic bonds at the coordination sites of the central metal ion and also balances any extra electron activity in the ligands forming the chelate. Whether the action of the acids is by means of hydrogen bonding, ionic bonding, or simply pH balancing in not known. Also, carboxylic acid anions may serve as electron donors and form coordinate bonds with the central metal cation. Therefore, the carboxylic acids may serve as unidentate, bidentate or tridentate ligands. Whatever the means of action, it has been found that through the use of appropriate amounts of acids, an otherwise less palatable amino acid chelate is rendered tastefree or taste acceptable to a consuming host. Of the acids which may be utilized, it has been found preferable to employ fruit acids or other acids which are primarily dicarboxylic acids, hydroxycarboxylic, hydroxydicarboxylic or hydroxytricarboxylic acids such as acids selected from the group consisting of citric, malic, tartaric, oxalic, malonic, succinic, maleic, fumaric and lactic acids. This listing is considered to be representative and not all inclusive. In balancing the charge and/or maintaining the proper pH range, these acid ligands may be present in fractional molar amounts. Hence the number "n" may be any amount ranging from 0 up to about 10. When "n" represents a positive number or value the acid will represent a number of between about 0.1 and 10. Preferably, the acid will be present in amounts such that n is a number of between about 0.5 and 5. The upper limit may be determined empirically based on the ligand makeup of the chelate in order to maintain charge balance.

Compositions according to Formula III wherein $R^1$ is a member selected from the group consisting of H $R^3$, $R^4C(O)$ and $R^5SO_2$ and $R^2$ is a member selected from the group consisting of H and alkyl, can be made from amino acid chelates according to Formula I by ammonolysis of halides, reductive amination of aldehydes and ketones, and reaction with acid chlorides of carboxylic acids or sulfonic acids. In each of these types of reactions, the amine nitrogen of a five-membered ring unites with a reactive group to form a composition according to Formula III. In each of the following reactions, R represents H or other side chain of any naturally occurring or synthetic $\alpha$-amino acid or di- or tripeptide thereof, and M is a metal ion selected from the group consisting of Fe, Cu, Mg, Zn, Ca, Mn, Cr and Co. The reaction of an alkyl halide with an amino acid chelate is represented by the following reaction scheme:



(Reaction 1)

**8**

-continued



where $R^3$ is alkyl or substituted alkyl.

The reaction of an aldehyde with an amino acid chelate according to Formula I is represented by the following reaction scheme:



(Reaction 2)

where $R^3$ is alkyl or substituted alkyl.

The reaction of a ketone with an amino acid chelate according to Formula I is represented by the following reaction scheme:



(Reaction 3)

where $R^3$ are independently alkyl or substituted alkyl.

5,516,925

**9**

The reaction of an acid chloride of a carboxylic acid with an amino acid chelate according to Formula I is represented by the following reaction scheme:



(Reaction 4)

where $R^4$ is alkyl, substituted alkyl including the residue of any appropriate organic acid and particularly a polycarboxylic acid such as citric acid.

The reaction of an acid chloride of a sulfonic acid with an amino acid chelate according to Formula I is represented by the following reaction scheme:



(Reaction 5)

where $R^5$ is alkyl, aryl or substituted alkyl or aryl.

The following examples illustrate numerous taste-free amino acid chelates falling within the scope of the present invention and means of their preparation. The data presented show the best mode presently known of practicing the invention.

**EXAMPLE 1**

Asparigine is a tridentate ligand having one ionic acid ligand and two neutral amine coordinating ligands. Zinc cations have a +2 charge and a coordination number of 6. Two moles of sodium asparigine are added to one mole of zinc(II) chloride in water. It was found that all three electron donor sites of the asparigine tridentate ligand combined with the six $Zn^{++}$ coordination sites resulting in a precipitate comprising a zinc asparigine chelate which, after washing, is free of the astringent, metallic taste of zinc.

**EXAMPLE 2**

Glycine is a bidentate ligand having one ionic acid ligand and one neutral amine coordinating ligand. Three moles of glycine are added to a water solution of one mole of $FeCl^3 \cdot 6H_2O$. To the resulting solution was added three

**10**

moles of NaOH. A precipitate was collected and washed with water. The precipitate was found to be ferric tris glycinate. Fe(III) has a coordination number of 4 or 6. In the present situation it was found that the two electron donor sites on each of the three moles of glycine had coordinated with the Fe(III) ion resulting in an iron tris glycinate which was free of the usual metallic taste.

**EXAMPLE 3**

Glycine is a bidentate ligand with one acidic ligand and one neutral amine coordinating ligand. Citric acid is a tridentate ligand having three acidic sites. Due to its steric configuration citric acid may not allow all three sites to form coordination bonds with a single metal ion. Additionally, citric acid is useful in maintaining optimum pH in balancing charge in the chelate molecule. Calcium cations have a +2 charge and a coordination number of six or eight. Calcium ions are relatively small and the strength of the coordinate bonds vary with the pH. Above a pH of about 9 or 10 the coordinate bond is weak, below a pH of about 6 the bond is also weak. Therefore, a formulation which balances the electron charge and maintains the pH within an optimum range provides both a palatable and stable chelate system. One mole of calcium bis glycinate (188 gm) is added one mole of citric acid (192 gm) in two liters of water. The resulting product is stable at a pH of between about 6 and 10 and is free of the objectionable taste of calcium bis glycinate.

**EXAMPLE 4**

Cupric cations have a +2 charge and a coordination number of 4 or 6. Glycine is a bidentate ligand having one acid and one neutral amine binding site. Niacinamide provides two neutral ligands which forms chelate bonds that are most stable in a pH range of 8–11. One mole of a soluble copper salt is reacted with two moles of glycine, one mole of niacinamide and 0.5 mole of citric acid. When purified, a stable copper amino acid chelate is formed which is essentially taste free.

**EXAMPLE 5**

Zinc cations have a +2 charge and a coordination number of 4 or 6. Alanine is a bidentate ligand having one acid and one neutral amine binding site. Vanillin is a ligand providing two binding sites at adjacent hydroxy and methoxy groups on an aromatic ring. One mole of zinc chloride is reacted with two moles of alanine and one mole of potassium vanillate. A stable yellow zinc amino acid vanillate chelate is formed which is essentially taste free.

**EXAMPLE 6**

A calcium bis lysinate stabilized with tartaric acid is prepared by adding one half mole of tartaric acid to one mole of calcium bis lysinate in water. The resulting product is dried. The product formed is a calcium bis lysinate/tartrate chelate which is essentially taste free and stable at a pH range of between about 5 to 10.

**EXAMPLE 7**

A chromium(III) bis glycinyl monoaspartate stabilized with citric acid is prepared by reacting one mole of a soluble chromium(III) salt with two moles of sodium glycinate and one mole of monosodium aspartic acid in water and removing the saline brine. One half mole of citric acid is then

5,516,925

| 11 | 12 |

added and the resulting product is dried. The product formed is a chromium bis glycinyl monoaspartate/citrate chelate which is essentially taste free and stable at a pH range of between about 6 to 14.

### EXAMPLE 8

An iron(III) lysyl glycerophosphate stabilized with malic acid is prepared by reacting one mole of ferric sulfate, one mole of lysine and one mole of calcium glycerophosphate in water. A precipitate of calcium sulfate is formed and the filtrate is separated. To the filtrate is added one mole of malic acid. The product formed is dried and is an iron(III) lysyl glycerophosphate/malate which is essentially taste free and stable at a pH range of between about 4 and 11.

### EXAMPLE 9

A calcium glutamyl ureate stabilized with fumaric acid is formed by reacting one mole of a soluble calcium salt, one mole of disodium glutamate and one mole of urea in water. The brine is removed and to this chelate is added one half mole of fumaric acid. The resulting product is dried and is a calcium glutamyl ureate/fumarate which is essentially taste free and stable at a pH range of about 6 to 9.

### EXAMPLE 10

A calcium asparaginyl lactate is formed by combining one mole of a soluble calcium salt, one mole of monosodium asparagine and one mole of lactic acid in water. The brine is removed and the resulting product is dried and is essentially taste free and stable at a pH range of between about 7 and 10.

### EXAMPLE 11

A copper(II) bis glycinate according to Formula I is prepared and reacted according to Reaction 1 with stoichiometric amounts of methyl chloride and sodium hydroxide forming a substituted copper(II) bis glycinate according to Formula III where R is H and $R^3$ is methyl, a is 2, b, c and n are 0.

### EXAMPLE 12

A copper(II) bis glycinate according to Formula I is prepared and reacted according to Reaction 2 with stoichiometric amounts of acetaldehyde forming a substituted copper(II) bis glycinate according to Formula III where R is H, $R^3$ is methyl, a is 2 and b, c and n are 0.

### EXAMPLE 13

A copper(II) bis glycinate according to Formula I is prepared and reacted according to Reaction 3 with stoichiometric amounts of acetone forming a substituted copper(II) bis glycinate according to Formula III where R is H and $R^3$ is methyl, a is 2, b, c and n are 0.

### EXAMPLE 14

A copper(II) bis glycinate according to Formula I is prepared and reacted according to Reaction 4 with stoichiometric amounts of acetyl chloride forming a substituted copper(II) bis glycinate according to Formula III where R is H and $R^4$ is methyl, a is 2, b, c and n are 0.

### EXAMPLE 15

A copper(II) bis glycinate according to Formula I is prepared and reacted according to Reaction 5 with stoichiometric amounts of benzene sulfonylchloride forming a substituted copper(II) bis glycinate according to Formula III where R is H and $R^5$ is phenyl, a is 2, b, c and n are 0.

### EXAMPLE 16

When formulating amino acid chelates such that the coordination sites of the central metal ion are satisfied by coordinate or ionic bonding with appropriate ligands, there are also optimal pH ranges in which the amino acid chelates are most stable. These ranges coincide with the balancing of the charges on the ligands and the metal. Using glycine as an example ligand which satisfies all coordination bonding sites, the pH ranges listed in Table I are preferred for each mineral specified.

| Metal Ion | Coordination Number | No. Glycine Ligands | pH Range |
|---|---|---|---|
| Cu (I) | 2,4 | 1,2 | 2–5 |
| Cu (II) | 4,6 | 2,3 | 8–12 |
| Fe (II) | 6 | 2,3 | 6–12 |
| Fe (III) | 4,6 | 3 | 1–14 |
| Mn (II) | 6 | 2,3 | 7–13 |
| Mn (III) | 6 | 2,3 | 8–12 |
| Zn (II) | 4,6 | 2,3 | 6–12 |
| Mg (II) | 6 | 2,3 | 6–12 |
| Ca (II) | 6,8 | 2,3,4 | 6–12 |
| Co (II) | 6 | 2,3 | 8–13 |
| Co (III) | 6 | 2,3 | 3–8 |
| Cr (II) | 6 | 2,3 | 6–12 |
| Cr (III) | 6 | 2,3 | 6–12 |

In each of the above, the number of ligands may be partially satisfied by other polydentate of unidentate ligands. For example citric acid could replace one or more glycine ligands provided a glycine ligand was part of the chelate. Also, even though the coordination number of the metal ion is satisfied, citric acid or any other appropriate acid could be used to both balance the charge on the ligand as well as to provide the optimal pH range to the chelate for purposes of stability. In each instance, the palatability of the chelate will be much improved over that where there is no satisfaction of the coordination binding sites or charge balancing of the ligands.

The utility of the chelates having improved palatability is the same as that which is already well documented in the prior art for administration to warm-blooded animals to improve the bioavailability of the mineral and/or direct the mineral to specific target tissue sites by selecting the appropriate combination of ligands and minerals. The invention is therefore drawn to palatable amino acid chelates for administration to both human beings and animals.

We claim:

1. A mineral amino acid chelated composition wherein the coordination number of the central mineral ion is satisfied by organic ligands at least one of which is an α-amino acid polydentate ligand, and wherein the ligands are charge balanced to neutralize electron donor or Lewis Base sites, said chelated composition having the formula:

5,516,925

13      14

$$\left[\begin{array}{c} R-CH-NH \\ | \\ O=C-O \end{array}\Big/ M \Big\backslash \begin{array}{c} X-Z \\ \\ X-Z \end{array}\Big\backslash Cyc \right]_d \cdot [(H^+)_m Q]_n$$

where a is an integer of 1 to 3, b is an integer of 0 to 2, c is an integer of from 0 to 6, d is an integer of 0 or 1, n is an integer ranging from 0.1 to 10 and m is an integer of 1 to 3; M is a member selected from the group consisting of Cu(I), Cu(II), Fe(II), Fe(III), Mn(II), Mn(III), Zn(II), Mg(II), Ca(II), Co(II), Co(III), Cr(II) and Cr(III); R is H or a side chain of any naturally occurring or synthetic α-amino acid; $R^1$ is a member selected from the group consisting of H, $R^3$, $R^4C(O)$, $R^5SO_2$ and $[—C(O)CHRNH_2—]_e$H where R is as defined above, $R^3$ is alkyl, $R^4$ is alkyl or the residue of a polycarboxylic acid, $R^5$ is alkyl or aryl and e is an integer of 1 or 2; X is independently a member selected from the group consisting of O, $OR^2$, S, $SR^2$, $NH_2$ and $NHR^2$; with the proviso that when d is 0, Z is independently a member selected from the group consisting of CH, $CH_2$, CHR and C=O and when d is 1, Z is CH and Z, Z and Cyc combine to form a cyclic or aromatic ring which may be substituted or unsubstituted; $R^2$ is a member selected from the group consisting of H and alkyl; Y represents any unidentate organic ligand or polydentate organic ligand coordination bonded to the metal at a single electron donor site and $[(H^+)_m Q]_n$ represents an organic acid.

2. An amino acid chelated composition according to claim 1 wherein $[(H^+)_m Q]_n$ represents a carboxylic acid member selected from the group consisting of dicarboxylic, hydroxy-carboxylic, hydroxydicarboxylic and hydroxytricarboxylic acids with n representing numerically the molar amounts of acid which are present per mole of amino acid chelate.

3. An amino acid chelated composition according to claim 2 wherein a is a number of 2 or 3.

4. An amino acid chelated composition according to claim 3 wherein $R^1$ is a member selected from the group consisting of H and $[—C(O)CHRNH_2—]_e$H.

5. An amino acid chelated composition according to claim 4 wherein M is Cu(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 8 and 12.

6. An amino acid chelated composition according to claim 4 wherein M is Fe(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 6 and 12.

7. An amino acid chelated composition according to claim 4 wherein M is Fe(III) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 1 and 14.

8. An amino acid chelated composition according to claim 4 wherein M is Mn(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition a pH within the range of between about 7 and 13.

9. An amino acid chelated composition according to claim 4 wherein M is Mn(III) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 8 and 12.

10. An amino acid chelated composition according to claim 4 wherein M is Zn(II) and n is a number representing

sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 6 and 12.

11. An amino acid chelated composition according to claim 4 wherein M is Mg(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 6 and 12.

12. An amino acid chelated composition according to claim 5 wherein M is Ca(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition a pH within the range of between about 6 and 12.

13. An amino acid chelated composition according to claim 5 wherein M is Co(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition a pH within the range of between about 8 and 13.

14. An amino acid chelated composition according to claim 5 wherein M is Co(III) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 3 and 8.

15. An amino acid chelated composition according to claim 5 wherein M is Cr(II) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 6 and 12.

16. An amino acid chelated composition according to claim 5 wherein M is Cr(III) and n is a number representing sufficient molar amounts of said carboxylic acid to maintain said composition at a pH within the range of between about 6 and 12.

17. An amino acid chelated composition according to claim 4 wherein b and c are 0.

18. An amino acid chelated composition according to claim 5 wherein said carboxylic acid member is selected from the group consisting of citric, malic, tartaric, oxalic, malonic, succinic, maleic, fumaric and lactic acids.

19. An amino acid chelated composition according to claim 18 wherein $R^1$ is H.

20. A mineral amino acid chelated composition wherein the coordination number of the central mineral ion is satisfied by two or three α-amino acid polydentate ligands, and wherein the ligands are charge balanced to neutralize electron donor or Lewis Base sites, said chelated composition having the formula:

$$M \left[\begin{array}{c} O—C=O \\ \Big/ \quad | \\ HN—CH—R \\ | \\ R^1 \end{array}\right]_a$$

where a is an integer of 2 or 3; M is a member selected from the group consisting of Cu(I), Cu(II), Fe(II), Fe(III), Mn(II), Mn(III), Zn(II), Mg(II), Ca(II), Co(II), Co(III), Cr(II) and Cr(III); R is H or a side chain of any naturally occurring or synthetic α-amino acid; $R^1$ is a member selected from the group consisting of $R^3$, $R^4C(O)$ and $R^5SO_2$ where $R^3$ is alkyl, $R^4$ is alkyl or the residue of a polycarboxylic acid and $R^5$ is alkyl or aryl.

21. An amino acid chelated composition according to claim 20 wherein $R^1$ is $R^3$.

22. An amino acid chelated composition according to claim 20 wherein $R^1$ is $R^4C(O)$.

23. An amino acid chelated composition according to claim 20 wherein $R^1$ is $R^5SO_2$.

* * * * *

# EXHIBIT 7

US006716814B2

(12) **United States Patent**
Ericson et al.

(10) Patent No.: **US 6,716,814 B2**
(45) Date of Patent: **Apr. 6, 2004**

(54) **ENHANCING SOLUBILITY OF IRON AMINO ACID CHELATES AND IRON PROTEINATES**

(75) Inventors: **Clayton Ericson**, Morgan, UT (US); **H. DeWayne Ashmead**, Fruit Heights, UT (US)

(73) Assignee: **Albion International, Inc.**, Clearfield, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/931,397**

(22) Filed: **Aug. 16, 2001**

(65) **Prior Publication Data**

US 2003/0069172 A1 Apr. 10, 2003

(51) Int. Cl.[7] ........................... **A23J 3/30**; A61K 38/01; C07F 15/02

(52) U.S. Cl. ........................... **514/6**; 426/656; 556/148

(58) Field of Search ........................... 426/271, 656, 426/657; 435/68.1; 514/6, 21, 23, 53, 502; 536/121; 556/2.138, 148

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,020,158 A | 4/1977 | Ashmead et al. | 514/6 |
| 4,167,564 A | 9/1979 | Jensen | 514/6 |
| 4,216,143 A | 8/1980 | Ashmead | 530/400 |
| 4,216,144 A | 8/1980 | Ashmead | 530/345 |
| 4,599,152 A | 7/1986 | Ashmead | 205/435 |
| 4,725,427 A | 2/1988 | Ashmead et al. | 514/23 |
| 4,774,089 A | 9/1988 | Ashmead | 514/6 |
| 4,830,716 A | 5/1989 | Ashmead | 556/50 |
| 4,863,898 A | 9/1989 | Ashmead et al. | 514/6 |
| 5,061,815 A | 10/1991 | Leu | 556/118 |
| 5,504,055 A | 4/1996 | Hsu | 504/121 |
| 5,516,925 A | * 5/1996 | Pederson et al. | 556/50 |
| 6,197,815 B1 | 3/2001 | Hsu | 514/502 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 98/48648 | * 11/1998 | |

OTHER PUBLICATIONS

Hackh's Chemical Dictionary, 4th ed. Julius Grant, ed. New York: McGraw–Hill Book Company. 1969, p. 404.*

* cited by examiner

*Primary Examiner*—Jeffrey E. Russel
(74) *Attorney, Agent, or Firm*—Thorpe North & Western, LLP

(57) **ABSTRACT**

A method of enhancing the solubility of iron amino acid chelates and iron proteinates is disclosed. This is accomplished by mixing an effective amount of an organic acid solubilizing agent into existing iron amino acid chelates or iron proteinates. The iron amino acid chelates and iron proteinates may have a ligand to metal molar ratio from about 1:1 to 4:1, preferably 2:1 to 3:1.

**26 Claims, No Drawings**

US 6,716,814 B2

1

**ENHANCING SOLUBILITY OF IRON AMINO ACID CHELATES AND IRON PROTEINATES**

**FIELD OF THE INVENTION**

The present invention is drawn to methods of extending and/or improving the solubility of iron amino acid chelates and iron proteinates over longer periods of time, as well as solubilizing otherwise insoluble or less soluble iron amino acid chelates and iron proteinates.

**BACKGROUND OF THE INVENTION**

Amino acid chelates are generally produced by the reaction between α-amino acids and metal ions having a valence of two or more to form a ring structure. In such a reaction, the positive electrical charge of the metal ion is neutralized by the electrons available through the carboxylate or free amino groups of the α-amino acid.

Traditionally, the term "chelate" has been loosely defined as a combination of a metallic ion bonded to one or more ligands forming heterocyclic ring structures. Under this definition, chelate formation through neutralization of the positive charges of the divalent metal ions may be through the formation of ionic, covalent or coordinate covalent bonding. An alternative and more modern definition of the term "chelate" requires that the metal ion be bonded to the ligand solely by coordinate covalent bonds forming a heterocyclic ring. In either case, both definitions describe a metal ion and a ligand forming a heterocyclic ring.

A chelate is a definite structure resulting from precise requirements of synthesis. Proper conditions must be present for chelation to take place, including proper mole ratios of ligands to metal ions, pH, and solubility of reactants. For chelation to occur, all components are generally dissolved in solution and are either ionized or of appropriate electronic configuration in order for coordinate covalent bonding and/or ionic bonding between the ligand and the metal ion to occur.

Chelation can be confirmed and differentiated from mixtures of components by infrared spectra through comparison of the stretching of bonds or shifting of absorption caused by bond formation. As applied in the field of mineral nutrition, there are two allegedly "chelated" products which are commercially utilized. The first is referred to as a "metal proteinate." The American Association of Feed Control officials (AAFCO) has defined a "metal proteinate" as the product resulting from the chelation of a soluble salt with amino acids and/or partially hydrolyzed protein. Such products are referred to as the specific metal proteinate, e.g., copper proteinate, zinc proteinate, etc. Sometimes, metal proteinates are even referred to as amino acid chelates, though this characterization is not completely accurate.

The second product, referred to as an "amino acid chelate," when properly formed, is a stable product having one or more five-membered rings formed by a reaction between the amino acid and the metal. Specifically, the carboxyl oxygen and the α-amino group of the amino acid each bond with the metal ion. Such a five-membered ring is defined by the metal atom, the carboxyl oxygen, the carbonyl carbon, the α-carbon and the α-amino nitrogen. The actual structure will depend upon the ligand to metal mole ratio and whether the carboxyl oxygen forms a coordinate covalent bond or an ionic bond with the metal ion. Generally, the ligand to metal molar ratio is at least 1:1 and is preferably 2:1 or 3:1. However, in certain instances, the ratio may be 4:1. Most typically, an amino acid chelate may

2

be represented at a ligand to metal molar ratio of 2:1 according to Formula 1 as follows:

Formula 1



In the above formula, the dashed lines represent coordinate covalent bonds, covalent bonds, or ionic bonds. Further, when R is H, the amino acid is glycine which is the simplest of the α-amino acids. However, R could be representative of any other side chain resulting in any of the other twenty or so naturally occurring amino acids derived from proteins. All of the amino acids have the same configuration for the positioning of the carboxyl oxygen and the α-amino nitrogen with respect to the metal ion. In other words, the chelate ring is defined by the same atoms in each instance, even though the R side chain group may vary.

The American Association of Feed Control Officials (AAFCO) have also issued a definition for amino acid chelates. It is officially defined as the product resulting from the reaction of a metal ion from a soluble metal salt with amino acids having a mole ratio of one mole of metal to one to three (preferably two) moles of amino acids to form coordinate covalent bonds. The average weight of the hydrolyzed amino acids must be approximately 150 and the resulting molecular weight of the chelate must not exceed 800. The products are identified by the specific metal forming the chelate, e.g., iron amino acid chelate, copper amino acid chelate, etc.

The reason a metal atom can accept bonds over and above the oxidation state of the metal is due to the nature of chelation. For example, at the α-amino group of an amino acid, the nitrogen contributes both of the electrons used in the bonding. These electrons fill available spaces in the d-orbitals forming a coordinate covalent bond. Thus, a metal ion with a normal valency of +2 can be bonded by four bonds when fully chelated. In this state, the chelate can be completely satisfied by the bonding electrons and the charge on the metal atom (as well as on the overall molecule) can be zero. As stated previously, it is possible that the metal ion be bonded to the carboxyl oxygen by either coordinate covalent bonds or ionic bonds. However, the metal ion is preferably bonded to the α-amino group by coordinate covalent bonds only.

Amino acid chelates can also be formed using peptide ligands instead of single amino acids. These will usually be in the form of dipeptides, tripeptides, and sometimes, tetrapeptides because larger ligands have a molecular weight which is too great for direct assimilation of the chelate formed. Generally, peptide ligands will be derived by the hydrolysis of protein. However, peptides prepared by conventional synthetic techniques or genetic engineering can also be used. When a ligand is a di- or tripeptide, a radical of the formula [C(O) CHRNH], H will replace one of the hydrogens attached to the nitrogen atom in Formula 1. R, as defined in Formula 1, can be H, or the residue of any other naturally occurring amino acid and e can be an integer of 1, 2 or 3. When e is 1 the ligand will be a dipeptide, when e is 2 the ligand will be a tripeptide and so forth.

The structure, chemistry and bioavailability of amino acid chelates is well documented in the literature, e.g. Ashmead et al., Chelated Mineral Nutrition, (1982), Chas. C. Thomas Publishers, Springfield, Ill.; Ashmead et al., Intestinal Absorption of Metal Ions, (1985), Chas. C. Thomas

US 6,716,814 B2

3

Publishers, Springfield, Ill.; Ashmead et al., Foliar Feeding of Plants with Amino Acid Chelates, (1986), Noyes Publications, Park Ridge, N.J.; U.S. Pat. Nos. 4,020,158; 4,167,564; 4,216,143; 4,216,144; 4,599,152; 4,774,089; 4,830,716; 4,863,898; 4,725,427; and others.

One advantage of amino acid chelates in the field of mineral nutrition is attributed to the fact that these chelates are readily absorbed in the gut and mucosal cells by means of active transport. In other words, the minerals can be absorbed along with the amino acids as a single unit utilizing the amino acids as carrier molecules. Therefore, the problems associated with the competition of ions for active sites and the suppression of specific nutritive mineral elements by others can be avoided. This is especially true for compounds such as iron sulfates that are typically delivered in relatively large quantities in order for the body to absorb an appropriate amount. This is significant because large quantities often cause nausea and other discomforts as well as create an undesirable taste.

In selecting an iron source for food fortification, the color and taste of the iron source is a major consideration. This is particularly true when fortifying foods that are light in color. Typically, elemental iron and iron salts have been used for food fortification, and both generally have produced off-color and off-tasting foods, depending on the amount of iron fortificant added. Because of these and other limitations, even some highly bioavailable forms of iron may not be desirable to utilize. For example, though ferrous sulfates are quite soluble with reasonable bioavailability, they often result in off-color and off-tasting foods. This is because when soluble iron salts are added to food matrixes, particularly to wet food or solutions, there is a great propensity for the iron to react with one or more components of the wet food or solution. When the iron reacts, flavors and colors can be modified. This makes the inclusion of iron into many wet foods or solutions a significant problem. Since iron fortification is desirable in many instances, even mandated by law in some instances, it would be desirable to provide an iron fortificant that may be added to food, particularly to a wet food or solution, without producing the above mentioned negative effects. Chelation can provide these advantages.

The chelation of iron with certain ligands is one alternative to maintaining iron solubility. However, selecting a ligand with a desirable stability constant is important. When iron is chelated with ascorbic acid or citric acid, the resulting stability of the chelate is relatively low. Because the stability is low, the unwanted reaction between the iron and certain food ingredients occurs. Thus, iron chelated with ligands that have a low stability constant do not provide adequate protection to the iron when mixed with food matrixes, and thus, the chelate will not retain sufficient solubility. Other chelate ligands, such as EDTA, maintain iron solubility as well as prevent the reaction of the iron cation with food ingredients. This is because the EDTA forms a chelate with iron that has a very high stability constant, thus keeping the iron in a sequestered form in the presence of various food matrixes. However, the problem associated with iron EDTA chelates, though favorably absorbed into the blood from the intestines, results from this high stability. More specifically, the stability is so high that the body cannot easily tear the iron away from the ligand. Further, if the metal ion and the EDTA ligand are separated, the EDTA is such a strong chelating agent that it can actually cause damage to the body. Therefore, even though such a chelate avoids the problems of discoloration and/or unpalatability of the fortified food, the disadvantages associated with the use of EDTA outweighs the advantages.

4

When iron is chelated to amino acids or small peptides, particularly with amino acid ligands at a 2:1 ligand to metal molar ratio, these ligands tend to keep the iron soluble when added to most food. The body is also able to absorb and metabolize these forms of chelates efficiently. However, the solubility of an iron amino acid chelate or iron proteinate tends to decline over time when the iron amino acid chelate or iron proteinate is added to certain foods, particularly those with a high moisture content. Further, iron amino acid chelates and iron proteinates having a ligand to metal molar ratio of about 3:1 are much less soluble than 2:1 amino acid chelates.

As such, it would be desirable to provide a method of enhancing the solubility of existing iron amino acid chelates and iron proteinates by increasing the time that the chelate remains soluble and/or solubilizing otherwise insoluble or less soluble chelates, even in the presence of a sugar such as glucose or sucrose.

## SUMMARY OF THE INVENTION

A method of enhancing the solubility of iron amino acid chelates and iron proteinates is disclosed which comprises admixing an effective amount of a solubilizing agent with an iron amino acid chelate or iron proteinate having a ligand to metal molar ratio from about 1:1 to 4:1, preferably from about 2:1 to 3:1. Alternatively, a method of enhancing the solubility of an iron amino acid chelate- or iron proteinate-sugar complex comprises admixing an effective amount of an organic acid solubilizing agent into said iron amino acid chelate- or iron proteinate-sugar complex. Further, a method of enhancing the solubility of an iron amino acid chelate or iron proteinate-containing aqueous solution in the presence of a sugar comprises admixing an effective amount of an organic acid solubilizing agent into the aqueous iron amino acid chelate or iron proteinate solution prior to adding the sugar to the solution.

## DETAILED DESCRIPTION OF THE INVENTION

Before the present invention is disclosed and described, it is to be understood that this invention is not limited to the particular process steps and materials disclosed herein because such process steps and materials may vary somewhat. It is also to be understood that the terminology used herein is used for the purpose of describing particular embodiments only. The terms are not intended to be limiting because the scope of the present invention is intended to be limited only by the appended claims and equivalents thereof.

It must be noted that, as used in this specification and the appended claims, the singular forms "a," "an," and "the" include plural referents unless the content clearly dictates otherwise.

The phrase "enhancing the solubility" refers to improving the solubility of existing iron amino acid chelates and iron proteinates, even in the presence of a sugar, or when complexed to a sugar. This may be meant by extending the solubility time of a soluble iron amino acid chelate or iron proteinate or solubilizing an otherwise insoluble or less soluble iron amino acid chelate or iron proteinate.

The term "amino acid chelate" is intended to cover both the traditional definitions and the more modern definition of chelate as cited previously. Specifically, for purposes of the present invention, chelate is meant to include metal ions bonded to amino acids or proteinaceous ligands forming heterocyclic rings. The bonds may be coordinate covalent, covalent, and/or ionic at the carboxyl oxygen group.

US 6,716,814 B2

5

However, at the α-amino group, the bond is typically a coordinate covalent bond.

The term "proteinate" when referring to an iron proteinate is meant to include compounds where iron is chelated or complexed to hydrolyzed or partially hydrolyzed protein forming a heterocyclic ring. Coordinate covalent bonds, covalent bonds and/or ionic bonding may be present in the chelate or chelate/complex structure.

The method of the present invention involves the enhancing of the solubility of iron amino acid chelates and iron proteinates by (a) prolonging of the solubility of a soluble iron amino acid chelate or proteinate and/or (b) solubilizing an otherwise insoluble or less soluble iron amino acid chelate or proteinate. The method of enhancing the solubility of iron amino acid chelates and iron proteinates comprises admixing an effective amount of a solubilizing agent with one or more iron amino acid chelate or iron proteinate having a ligand to metal molar ratio from about 1:1 to 4:1, preferably from about 2:1 to 3:1. The organic acid solubilizing agent can be selected from the group consisting of acetic acid, ascorbic acid, citric acid, lactic acid, malic acid, succinic acid, and combinations thereof.

To illustrate several preferred embodiments, the following guidelines are useful in determining how much of each organic acid can be added to the iron chelates in order to enhance solubility. If ascorbic acid is being added to the iron amino acid chelate or iron proteinate, the ascorbic acid to iron content ratio can be from about 5:1 to 1:1 by weight. If citric acid is being added to the iron amino acid chelate or iron proteinate, the citric acid to iron content ratio can be from about 3:1 to 1:1 by weight. Likewise, for acetic acid, the organic acid to iron content ratio can be from about 3:1 to 1:1 by weight; for lactic acid, the organic acid to iron content ratio can be from about 3:1 to 1:1 by weight; for malic acid, the organic acid to iron content ratio can be from about 3:1 to 1:1 by weight; and for succinic acid, the organic acid to iron content ratio can be from about 3:1 to 1:1 by weight.

Though these ratios ranges are useful in practicing the invention, the invention is not limited by their values. Any of these organic acids could be used outside of these preferred ranges with a more limited usefulness. Further, acids may be combined. For example, ascorbic acid and citric acid may be added in combination having an ascorbic acid to citric acid molar ratio from about 10:1 to 1:1, and wherein the total solubilizing agent to iron content weight ratio is from about 5:1 to 1:1.

Preferably, the iron amino acid chelate or iron proteinate and the solubilizing agent can be homogeneously mixed together in particulate form to be subsequently hydrated for food fortification. However, the iron amino acid chelate or iron proteinate and the solubilizing agent may be hydrated prior to the mixing step, forming a liquid mixture rather than a particulate mixture. Further, other combinations are also possible such as mixing the iron amino acid chelate or iron proteinate in a particulate form with the solubilizing agent in a liquid form, or conversely, mixing the iron amino acid chelate or iron proteinate in a liquid form with the solubilizing agent in a particulate form.

A method of enhancing the solubility of an iron amino acid chelate- or iron proteinate-sugar complex is also disclosed which comprises admixing an effective amount of an organic acid solubilizing agent into an iron amino acid chelate- or iron proteinate-sugar complex. The iron amino acid chelate- or iron proteinate-sugar complex to be solubilized generally comprises iron, an amino acid or proteinate ligand, and a sugar such as glucose and/or sucrose.

6

Additionally, a method of enhancing the solubility of an iron amino acid chelate or iron proteinate-containing aqueous solution in the presence of a sugar is disclosed which comprises admixing an effective amount of an organic acid solubilizing agent into the aqueous iron amino acid chelate or iron proteinate solution prior to adding sugar to the solution.

In both of these methods involving an iron amino acid chelate or iron proteinate and a sugar, the ligand to iron molar ratio can be from about 1:1 to 4:1, preferably 2:1 to 3:1, and the sugar to iron content molar ratio can be from about 1:1 to 3:1. Again, the solubilizing agent may be selected from the group consisting of citric acid, ascorbic acid, acetic acid, lactic acid, malic acid, succinic acid, and combinations thereof, and the solubilizing agent to iron content weight ratio can be from about 4:1 to 1:1.

## EXAMPLES

The following examples illustrate this preparative method. The following examples should not be considered as limitations of the present invention, but should merely teach how to make the best known amino acid chelates based upon current experimental data.

### Example 1

Ferrous iron was chelated in solution by glycine at a glycine to iron molar ratio of 2:1 (ferrous bisglycinate). The chelate was dried by spray drying. The final chelate contained 18% iron. The dried iron amino acid chelate was divided into two samples. Sample 1 acted as the control. Sample 2 was mixed with ascorbic acid at a rate of 30% ascorbic acid to 70% iron amino acid chelate by weight. To show that the inclusion of ascorbic acid promotes solubility of iron amino acid chelates, Sample 1 was compared with Sample 2 in two phases.

#### Phase 1

After hydrating Sample 1 and Sample 2 with an amount of water sufficient to dissolve the respective powders and allowing 4 hours to pass, a small amount of each solution was placed on filter paper with a pipette. By placing the two solutions on paper in this manner, the respective solutions were allowed to disperse away from the point of application while leaving behind any solids that may have formed. The iron amino acid chelate of Sample 1 left behind a small clump of precipitate. The iron amino acid chelate of Sample 2 left no visual precipitate behind.

#### Phase 2

Both remaining solutions were retained in test tubes for 20 additional hours. At the end of that time, a visual examination of the two samples indicated that approximately 50% of Sample 1 had precipitated from solution. Conversely, Sample 2 remained in solution.

### Example 2

Ferric iron was chelated by glycine in solution at a glycine to iron molar ratio of 3:1 (ferric trisglycinate). The chelate was dried by spray drying. The final chelate contained 19% iron. Typically, this type of iron amino acid chelate has very little solubility. A mixture of ferric trisglycinate (95% by weight) and citric acid (5% by weight) was prepared. This mixture was then added to an excess of water and left standing. About 24 hours later, 50% of the once insoluble chelate had gone into solution.

### Example 3

Iron bisglycinate was prepared and used to determine which organic acids aided in enhancing the solubility of iron

**7**

amino acid chelates. Glucose and sucrose were also tested likewise. The iron bisglycinate was then hydrated, and a pH level of about 8 was measured. The aqueous iron bisglycinate was then placed on filter paper with a pipette and the rings were characterized after drying. Staggered brown rings were formed (after the droplet dried) from the center and in an outward direction. However, no notable rings were formed at the location where the waterfront had existed.

After characterizing the iron bisglycinate as a control, citric acid, ascorbic acid, acetic acid, lactic acid, malic acid, and succinic acid were added to separate samples of the iron bisglycinate. Each showed enhancement of mobility and solubility on the filter paper. Conversely, the addition of sugars to the iron bisglycinate decreased solubility as characterized by a visual inspection. The results of the visual inspection and filter paper characterization of each potential solubilizing agent are illustrated by Table 1 as follows:

TABLE 1

| COMPOUND ADDED | pH | VISUAL | RING APPEARANCE |
|---|---|---|---|
| Ascorbic Acid | 6.0 | no precipitation | dark waterfront ring |
| Acetic Acid | 3.5 | no precipitation | dark waterfront ring |
| Citric Acid | 4.5 | no precipitation | dark waterfront ring |
| Lactic Acid | 6.0 | no precipitation | dark waterfront ring |
| Malic Acid | 6.0 | no precipitation | dark waterfront ring |
| Succinic Acid | 6.0 | no precipitation | dark waterfront ring |
| Glucose | 7.0 | precipitated solids | light staggered ring |
| Sucrose | 7.0 | precipitated solids | light staggered ring |

In Table 1, the ratio of each of the listed compounds to iron content was about 1.8:1 by weight. The pH value describes the pH level of the solution at this ratio.

Table 1 above shows that the mobility and solubility of the iron bisglycinate in water, even at low pH levels, was enhanced with the addition of organic acids as solubilizing agents as is evidenced by the appearance of darker rings corresponding to the location of the waterfront (after drying). Conversely, the addition of sugars decreased the solubility as is shown by the visual presence of precipitated solids.

Though not shown in Table 1, when one of the organic acids is added to an iron amino acid chelate-sugar precipitate, the solids dissolve back into solution. Further, when one of the organic acids is added to an iron amino acid chelate prior to the addition of any sugar, a precipitate will not form when the sugar is added. This suggests that a solution containing an iron amino acid chelate is stable in an organic acid-sugar environment such as that found in fruit or in juice.

Example 4

An iron proteinate or iron protein hydrolysate which was hydrolyzed from a vegetable protein was formed having an iron content of about 10%. The proteinate was hydrated and the pH measured at about 3.0. Visually, the color of the solution was brown and contained particulates. A small amount of the solution was placed on filter paper with a pipette. When the water evaporated, brown staggered rings were left behind.

Next, several different organic acids and sugars were added to various samples of the solution. Each was inspected both visually and by placing a small amount of solution on filter paper with a pipette. Table 2 below illustrates what was observed:

**8**

TABLE 2

| COMPOUND | pH | VISUAL | RING APPEARANCE |
|---|---|---|---|
| Ascorbic Acid | 4.5 | no change | dark brown waterfront ring |
| Acetic Acid | 3.0 | no change | dark brown waterfront ring |
| Citric Acid | 1.5 | no change | dark brown waterfront ring |
| Lactic Acid | 1.0 | no change | dark brown waterfront ring |
| Malic Acid | 2.0 | no change | dark brown waterfront ring |
| Succinic Acid | 2.0 | no change | dark brown waterfront ring |
| Glucose | 7.0 | no change | brown staggered rings |
| Sucrose | 7.0 | no change | brown staggered rings |

In Table 1, the ratio of each of the listed compounds to iron content was about 1:1 by weight. The pH value describes the pH level of the solution at this ratio.

Table 2 above shows that the mobility and solubility of the iron proteinate in water, even at low pH levels, was enhanced with the addition of organic acids as solubilizing agents. This is evidenced by darker rings remaining on the filter paper which corresponded to location of the waterfront. However, the rings left behind after adding glucose or sucrose were similar to the control iron proteinate rings.

The above examples show that the addition of ascorbic acid, citric acid, acetic acid, malic acid and or succinic acid help iron amino acid chelates and iron proteinates retain their solubility, or alternatively, aid in solubilizing otherwise insoluble or less soluble forms of iron amino acid chelates and iron proteinates. Further, even in the presence of a sugar such as glucose or sucrose, the organic acid solubilizing agents enhance the solubility of the iron amino acid chelate- and iron proteinate-sugar complexes.

We claim:

1. A method of enhancing the solubility of iron amino acid chelates and iron proteinates comprising admixing an effective amount of an organic acid solubilizing agent with an iron amino acid chelate or iron proteinate having a ligand to metal molar ratio from about 1:1 to 4:1 to form a mixture of iron amino acid chelate or iron proteinate and organic acid, wherein the solubilizing agent to iron content weight ratio is from about 5:1 to 1:1.

2. A method as in claim 1 wherein the ligand to metal molar ratio is from about 2:1 to 3:1.

3. A method according to claim 1 wherein said solubilizing agent is selected from the group consisting of citric acid, ascorbic acid, acetic acid, lactic acid, malic acid, succinic acid, and combinations thereof.

4. A method according to claim 1 wherein said solubilizing agent is acetic acid and wherein the acetic acid to iron content weight ratio is from about 3:1 to 1:1.

5. A method according to claim 1 wherein said solubilizing agent is ascorbic acid and wherein the ascorbic acid to iron content weight ratio is from about 5:1 to 1:1.

6. A method according to claim 1 wherein said solubilizing agent is citric acid and wherein the citric acid to iron content weight ratio is from about 3:1 to 1:1.

7. A method according to claim 1 wherein said solubilizing agent is lactic acid and wherein the lactic acid to iron content weight ratio is from about 3:1 to 1:1.

8. A method according to claim 1 wherein said solubilizing agent is malic acid and wherein the malic acid to iron content weight ratio is from about 3:1 to 1:1.

9. A method according to claim 1 wherein said solubilizing agent is succinic acid and wherein the succinic acid to iron content weight ratio is from about 3:1 to 1:1.

10. A method according to claim 1 wherein said solubilizing agent is a combination of ascorbic acid and citric acid at a molar ratio from 10:1 to 1:1, and wherein the iron content to solubilizing agent ratio is from about 5:1 to 1:1 by weight.

US 6,716,814 B2

9

10

**11.** A method according to claim **1** wherein said iron amino acid chelate or iron proteinate and said solubilizing agent are in a particulate form and wherein said mixing step produces a particulate homogenous mixture prior to hydration.

**12.** A method according to claim **11** wherein said particulate mixture is hydrated.

**13.** A method according to claim **1** wherein said iron amino acid chelate or iron proteinate and said solubilizing agent are hydrated prior to said admixing step.

**14.** A method according to claim **1** wherein said iron amino acid chelate or iron proteinate is in a particulate form and wherein said solubilizing agent is in a liquid form when admixed.

**15.** A method according to claim **1** wherein said iron amino acid chelate or iron proteinate is in a liquid form and wherein said solubilizing agent is in a particulate form when mixed.

**16.** A method of enhancing the solubility of an iron amino acid chelate- or iron proteinate-sugar complex comprising admixing an effective amount of an organic acid solubilizing agent into said iron amino acid chelate- or iron proteinate-sugar complex to form a mixture of iron amino acid chelate- or iron proteinate-sugar complex and organic acid, wherein the solubilizing agent to iron content ratio is from about 4:1 to 1:1 by weight.

**17.** A method according to claim **16** wherein said iron amino acid chelate- or iron proteinate-sugar complex comprises iron, an amino acid or proteinate ligand, and a sugar, wherein said ligand to iron molar ratio is from about 1:1 to 4:1 and wherein said sugar content to said iron content molar ratio is from about 1:1 to 3:1.

**18.** A method according to claim **17** wherein said ligand to iron molar ratio is from about 2:1 to 3:1.

**19.** A method according to claim **17** wherein said solubilizing agent is selected from the group consisting of citric acid, ascorbic acid, acetic acid, lactic acid, malic acid, succinic acid, and combinations thereof.

**20.** A method according to claim **17** wherein said sugar is selected from the group consisting of glucose, sucrose, and combinations thereof.

**21.** A method of enhancing the solubility of an iron amino acid chelate or iron proteinate-containing aqueous solution in the presence of a sugar comprising admixing an effective amount of an organic acid solubilizing agent into said iron amino acid chelate or iron proteinate aqueous solution to form a mixture of iron amino acid chelate or iron proteinate and organic acid prior to adding said sugar to said solution.

**22.** A method according to claim **21** wherein said iron amino acid chelate or iron proteinate has a ligand to iron molar ratio from about 1:1 to 4:1 and wherein said sugar content to said iron content molar ratio is from about 1:1 to 3:1.

**23.** A method according to claim **22** having a ligand to iron molar ratio from about 2:1 to 3:1.

**24.** A method according to claim **21** wherein said solubilizing agent is selected from the group consisting of citric acid, ascorbic acid, acetic acid, lactic acid, malic acid, succinic acid, and combinations thereof.

**25.** A method according to claim **21** wherein the solubilizing agent to iron content ratio is from about 4:1 to 1:1 by weight.

**26.** A method according to claim **21** wherein said sugar is selected from the group consisting of glucose, sucrose, and combinations thereof.

*    *    *    *    *

# EXHIBIT 8

07-14-05

IPY/4

[stamp: OIPE JCSO JUL 12 2005 PATENT & TRADEMARK OFFICE]

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re the Application(s) of: | )  Group Art Unit:  Not Yet Assigned |
| | ) |
| HERMELIN et al. | )  Examiner:  Not Yet Assigned |
| | ) |
| Application No.: 11/021,344 | )  **THIRD PARTY SUBMISSION OF** |
| | )  **PATENTS OR PUBLICATIONS** |
| Filed: Dec. 22, 2004 | )  **UNDER 37 C.F.R. § 1.99** |
| | ) |
| Publication No.: 2005/0101670 | ) |
| | ) |
| Published: May 12, 2005 | ) |
| | ) |
| For:   NUTRITIONAL SUPPLEMENTS | ) |
| | ) |

> "EXPRESS MAIL" LABEL NUMBER:  EV 368074631 US
> DATE OF DEPOSIT:  July 12, 2005
>
> I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 C.F.R. 1.10 ON THE DATE INDICATED ABOVE AND IS ADDRESSED TO: MAIL STOP AMENDMENT, COMMISSIONER FOR PATENTS, P.O. BOX 1450, ALEXANDRIA, VA 22313-1450.
>
> TYPED OR PRINTED NAME:  ___Kristin Heil___
>
> SIGNATURE:  _Kristin M Heil_

Mail Stop: Amendments
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

07/15/2005 BABRAHA1 00000052 11021344
01 FC:1806                          180.00 OP

Dear Sir:

The undersigned, having reviewed the specification and the claims of the above-identified patent application, and having formed the opinion that the subject matter of said application(s) is not patentable in view of certain prior art references, and as a consequence thereof being further of the opinion that the grant by the United States Patent and Trademark Office of a patent to the applicants of the above-identified patent application would be contrary to the public interest, does hereby submit the following prior art references pursuant to 37 C.F.R. § 1.99.  Please note that at least one of the prior art references was redacted as permitted (MPEP 610).

The above-mentioned application was published less than two months prior to the instant submission.

Attached hereto in accordance with 37 C.F.R. § 1.99 are: (1) the fee as set forth in § 1.17(p) of $180.00 as required under 1.99(b)(1); (2) a listing on the accompanying form

OK
is
scan

WILLIAM R. DIXON, JR.
SPECIAL PROGRAM EXAMINER
8/2/05

Express Mail Label No.:  EV 368074631 US
Application No.:  11/021,344
**Third Party Submission of Patents or**
**Publications Under 37 C.F.R. § 1.99**

PTO-1449 of the patents and publications relied upon; (3) a copy of each listed patent or

publication in written form and (4) a certification that the submission was served upon the

applicant in accordance with § 1.248.

The Examiner is respectfully requested to reject each and every one of the presently

pending claims in the instant application(s) as anticipated and/or obvious over the cited prior art.

Respectfully submitted,

SHERIDAN ROSS P.C.

By:

Gary J. Connell
Registration No. 32,020
1560 Broadway, Suite 1200
Denver, Colorado  80202-5141
(303) 863-9700

Date: July 12, 2005

J:\2997\-22\-27\IDS-01-1.99 Submission.wpd

Express Mail Label No.:  EV 368074631 US
Application No.:  11/021,344
**Third Party Submission of Patents or**
**Publications Under 37 C.F.R. § 1.99**

### *Certificate of Service*

It is hereby certified that a copy of this THIRD PARTY SUBMISSION OF PATENTS OR

PUBLICATIONS UNDER 37 C.F.R. §1.99 was mailed, first class, postage prepaid, to

BLACKWELL SANDERS PEPER MARTIN LLP, 720 OLIVE STREET, SUITE 2400,

ST. LOUIS, MO 63101, correspondence address for applicant, this ___12ᵗʰ___ day of July,

2005.

Gary J. Connell



OIPE JC50
JUL 1 2 2005
PATENT & TRADEMARK OFFICE

SHEET ___1___ OF ___1___

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. | SERIAL NO.: 11/021,344 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | | APPLICANT:  HERMELIN et al. | |
| | | FILING DATE: Dec. 22, 2004 | GROUP ART UNIT: Unknown |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROP. |
|---|---|---|---|---|---|---|---|
| | 1. | 5,550,156 (full text version) | Aug. 27, 1996 | Kyle | 514 | 547 | Dec. 19, 1994 |
| | 2. | 5,550,156 (redacted version) | Aug. 27, 1996 | Kyle | 514 | 547 | Dec. 19, 1994 |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | 3. | EP 0 705 539 A2 (full text version) | 10.04.1996 | EPO | A23C | 11/04 | X | |
| | 4. | EP 0 705 539 A2 (redacted version) | 10.04.1996 | EPO | A23C | 11/04 | X | |
| | 5. | 11-244902 | 13.03.2001 | Japanese Patent Abstract | A21D | 2/34 | X | |
| | 6. | 06-151727 | 19.12.1995 | Japanese Patent Abstract | A23C | 9/12 | X | |
| | 7. | 07-246679 | 25.03.1997 | Japanese Patent Abstract | A23D | 9/007 | X | |

## OTHER ART (Including Author, Title, Date, Pertinent Pages, etc.)

| | 8. | Cherian et al., "Changes in the Breast Milk Fatty Acids and Plasma Lipids of Nursing Mothers Following Consumption of n-3 Polyunsaturated Fatty Acid Enriched Eggs," Nutrition, Vol. 12, No. 1 (1996) (full text version) |
|---|---|---|
| | 9. | Cherian et al., "Changes in the Breast Milk Fatty Acids and Plasma Lipids of Nursing Mothers Following Consumption of n-3 Polyunsaturated Fatty Acid Enriched Eggs," Nutrition, Vol. 12, No. 1 (1996) (redacted version) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

J:\2997\-22\-27\IDS-01-1449.wpd



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11)    **EP 0 705 539 A2**

(12)    **EUROPEAN PATENT APPLICATION**

(43) Date of publication:
10.04.1996 Bulletin 1996/15

(51) Int. Cl.$^6$: **A23C 11/04**, A23C 9/13,
A23C 9/152, A23C 19/05

(21) Application number: 95202695.3

(22) Date of filing: 06.10.1995

(84) Designated Contracting States:
AT BE CH DE DK ES FR GB GR IE IT LI LU MC NL
PT SE

(30) Priority: 06.10.1994 NL 9401644

(71) Applicant: Friesland Brands B.V.
NL-8937 AC Leeuwarden (NL)

(72) Inventors:
• Schaafsma, Anne
  NL-8913 GL Leeuwarden (NL)
• Glas, Cornelis
  NL-9255 KE Tietjerk (NL)

(74) Representative: Smulders, Theodorus A.H.J., Ir. et
al
Vereenigde Octrooibureaux
Nieuwe Parklaan 97
NL-2587 BN 's-Gravenhage (NL)

(54)    **A food for pregnant and lactating women**

(57)    A food based on milk products, intended for
pregnant and lactating women, which food is specifically
supplemented with docosahexaenoic acid and eicosap-
entaenoic acid and nutrient fibres in an amount account-
ing for more than 10% of the total mono- and
disaccharide fraction.

EP 0 705 539 A2

EP 0 705 539 A2

## Description

This invention relates to a food specifically intended for pregnant and lactating women. This food is based on milk products.

5    The object of the present invention is to provide a food which optimally meets the nutritional needs of pregnant and lactating women as well as developing children from the point of view of a good health for mother and child. It is not an object of the invention to provide an alternative food to be administered to a baby or small child after birth.

In particular, the products according to the invention are intended to reduce the chances of systemic complications during pregnancy, as well as to contribute to optimum growth and brain development of the foetus or the infant.

10    It is well known that during pregnancy especially a good supply of polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$ is of importance. For instance, notably DHA (docosahexaenoic acid) and AA (arachidonic acid) are of importance for the brain development of the foetus in particular. Brain development takes place chiefly at the end of pregnancy. The above-mentioned polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$, are also designated by the term "long chain polyunsaturated fatty acids" (LCPs). Such LCPs can be derived in vivo from the unsaturated $C_{18}$ precursors linoleic acid

15    and $\alpha$-linolenic acid. In these biosyntheses use is made of enzymes of the types desaturase and elongase. For instance, $\gamma$-linolenic acid (GLA) and arachidonic acid (AA) result from linoleic acid, while eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA) result from $\alpha$-linolenic acid.

During pregnancy, the foetus is fed via the umbilical cord with LCPs containing 20-22 C atoms, derived from linoleic acid and $\alpha$-linolenic acid in the body of the mother. After birth, too, an infant is still dependent on the exogenous supply

20    of LCPs for quite some time because the development of biosynthesis in the rapidly growing infant is still far from ideal.

European patent applications 0 140 805, 0 231 904 and 0 404 058, U.S. Patent 4,670,285 and Canadian patent specification 1 244 708 disclose milk products which have specifically been developed as a complete food for infants. The products in question are exclusively based on cow's milk ingredients and enriched with various LCPs. At least AA + DHA are present, while in addition meaning is given to the ratio AA/DHA. For an important part, these LCPs are derived

25    from vegetable fats. In these known products the ratio of linoleic acid to $\alpha$-linolenic acid is always greater than 7:1, in many cases even considerably greater. There is no focus on LCPs derived from $\alpha$-linolenic acid. Only vitamin C and vitamin E are mentioned as physiologically active antioxidants.

The current dietary patterns of pregnant and lactating women lead to a relatively large intake of linoleic acid relative to $\alpha$-linolenic acid. It appears that too high a ratio of linoleic acid to $\alpha$-linolenic acid has an adverse effect on the biosyn-

30    thesis of EPA and/or DHA. As a result, the foetus or the infant cannot take up an optimum amount of EPA and/or DHA.

According to the invention, it is endeavoured to overcome the problem in the biosynthesis of LCPs, which are derived from $\alpha$-linolenic acid, in the body of a pregnant or lactating woman and thereby to optimise the uptake of these LCPs by the foetus or the infant.

This problem is solved by particularly including in the fatty fraction of the products according to the invention addi-

35    tional EPA + DHA optionally in combination with relatively more $\alpha$-linoleic acid being the precursor of DHA and EPA or, in the alternative, by pursuing a low ratio of linoleic acid to $\alpha$-linolenic acid.

The invention accordingly relates to a food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with DHA and EPA containing fats, while in the fatty fraction the ratio of linoleic acid to $\alpha$-linolenic acid is preferably less than 4:1 and the sum of the amounts of linoleic acid plus $\alpha$-linolenic acid exceeds

40    10% by weight, based on the weight of the fatty fraction.

The food according to the invention is also intended to reduce the chances of (pre-)eclampsia during pregnancy. In particular, the invention provides for an optimal supply of fatty acids resulting from $\alpha$-linolenic acid, which reduces the chances on (pre-)eclampsia.

A further object contemplated is to obtain improved protection of the highly unsaturated fatty acids in the mother's

45    body. In particular, there is an increased sensitivity to radicals in the direction of the highly unsaturated $C_{20-22}$ fatty acids which pass the foetus inter alia via the umbilical cord.

This improved protection is achieved by including in the products an ample amount of vitamin E, vitamin C as well as $\beta$-carotene, preferably in combination. These compounds exhibit so-called scavenger action: they limit the formation of free radicals during pregnancy. Excessive free radical formation or unduly low scavenger action (antioxidant action)

50    is associated inter alia with the development of (pre-)eclampsia due to an imbalance in the synthesis of relevant prostaglandins, prostacyclins.

When using the combination of vitamin E, vitamin C plus $\beta$-carotene, the scavenger action is ensured to a higher degree than is the case with the prior art.

European patent application 0 484 266 discloses an edible fatty mixture intended for small children and as a dietary

55    product for adults. This fatty mixture is characterised by an oleic acid/linoleic acid/$\alpha$-linolenic acid ratio in the ranges of 30-80/3-20/0.3-3, which ratio is said to correspond with that of mother's milk. Emphasis is laid on the relation AA/DHA. All fatty mixtures contain MCT fats. Further, fatty mixtures which are better protected against radicals (vitamin E, vitamin C as well as $\beta$-carotene), are not illustrated, and certainly not as a food for pregnant and lactating women.

2

EP 0 705 539 A2

JP-04/341140 describes a product for pregnant or breast feeding women which focusses on a non-allergenic dairy product containing a milk protein hydrolysate. The hydrolysate applied is of a rather old-fashioned type resulting from treating the proteins with enzymes only. In accordance with the present invention, however, protein hydrolysates may
5      be applied as one of the ingredients resulting from milk, which are treated with enzymes in combination with fractionation so as to reach a high content of di- and tripeptides and a low content of amino acids.

This protein hydrolysate has improved properties as compared with the hydrolysates applied in JP-04/341140 both for an optimal digestion as for reduced chances on allergic reactions. JP-04/341140 does not describe the LCP-antioxidant-system of the present invention.

10     In Voprosy Pitaniya No. 5, 1993, 28-31 a milk-based product is described for pregnant and lactating women wherein not anything is described in respect of the importance of the LCPs resulting from α-linolenic acid or the protection of these acids by the antioxidant system of the present invention. The prior art product contains the vegetable fat source maize butter. In order to prevent the absorption of radionuclids, strontium, caesium, lead and mercury, fibers can be incorporated.

15     An important problem often arising during pregnancy is constipation. For that reason, it is preferred that the food according to the invention further contains laxative soluble fibres. Examples of such products include inulin, guar gum, carob bean gum and pectins.

The food according to the invention is based on milk products. Suitable milk raw materials to be mentioned include whole milk, skimmed milk, cream, whey, buttermilk as well as derivatives derived therefrom. In this connection, particular mention is made of milk products of which a part of the lactic proteins has been replaced by protein hydrolysates. The
20     addition of LCPs can be effected as an oil or in coated form. β-carotene as applied results from raw materials rich in β-carotene. It may be associated with lycopene, lutein and cryptoxanthin.

In a preferred embodiment, the food according to the invention has been brought into the form of a powdery product. This product may or may not have been rendered instant or granulated. The products according to the invention may also be liquid milk products. Further, the products may have a fermented character, such as yoghurt (beverages), or be
25     products prepared to give a type of fresh-cheese.

The products according to the invention are also intended to provide for a permanently good calcium supply during pregnancy. In particular in the third trimester of pregnancy the need for calcium increases. The object contemplated is realised in that the milk products, in themselves already constituting a suitable source of calcium, are further enriched by including additional calcium from Ca-rich sources without this leading to an increase of constipations or of any insta-
30     bility in the product.

Suitable calcium sources are: $CaCO_3$, $Ca(OH)_2$, $CaCl_2$, Ca gluconate, Ca citrate, Ca lactate, Ca ascorbate, Ca malate, Ca glycerophosphate and Ca phosphate. These calcium sources are often added during the preparation of the products from a non-strongly ionic suspension. It is preferred that so many calcium ions are added as to give a Ca/P ratio greater than 1.5 in the food.

35     In order to contribute to a good iron supply during pregnancy and to prevent anaemia, the foods according to the invention can also contain sources supplying iron ions. It is moreover possible to add other micro-ingredients which are known to be necessary during pregnancy in particular, for example trace elements, minerals, and vitamins. Generally, the aim is for the food according to the invention to provide for the need for these micro-ingredients in an amount of 50% or more of the existing standards for these compounds.

40     To prevent allergic reactions, the milk proteins in the food according to the invention can be enzymatically hydrolysed and fractionated so as to reach a non-allergenic di- and tripeptid-rich hydrolysate. Also, with a view to this, specific components such as for instance arginine and γ-linolenic acid can be added.

Further, the products can be enriched with other sugars than sugars coming from the milk, viz. saccharose, glucose, and dextrins; as well as with vegetable proteins.

45     For the purpose of proper intake of the product, aroma and flavor can be added.

The invention will now be explained in more detail in and by the following examples.

50

55

3

EP 0 705 539 A2

<u>EXAMPLE I</u>

A powdery product was prepared, consisting of :

| | |
|---|---|
| Water | 2.6% |
| Skimmed milk dry matter | 49.0% |
| Desalted whey dry matter | 20.2% |
| Whole milk powder | 5.8% |
| Vegetable fat (palm olein/rapeseed oil/LCP oil) | 9.5% |
| Lecithin | 0.2% |
| Soluble fibres (Fibruline®; containing inulin) | 7.5% |
| Citric acid | 1.1% |
| Calcium hydroxide | 0.6% |
| Minerals, trace elements, vitamins | 3.5% |

4

EP 0 705 539 A2

A composition was obtained as specified in Table I. The ratio of linoleic acid/α-linolenic acid is less than 4:1. The product contains 2.5 wt.% EPA and 1.5 wt.% DHA in the fatty fraction.

<u>Table I</u>

| | | Analysis per 100 g |
|---|---|---|
| Protein | g | 22.6 |
| Fat | g | 12.5 |
| Linoleic acid | mg | 1560 |
| α-Linolenic acid | mg | 400 |
| Carbohydrates | g | 55.7 |
| - Lactose | g | 48.2 |
| - Dietary fibres | g | 7.5 |
| Moisture | g | 3.0 |
| Minerals | g | 6.0 |
| Calcium | mg | 1000 |
| Phosphorus | mg | 620 |
| Ca/P ratio | | 1.6 |
| Iron | mg | 50 |
| Copper | μg | 970 |
| Sodium | mg | 265 |
| Potassium | mg | 940 |
| Chloride | mg | 570 |
| Magnesium | mg | 265 |
| Zinc | mg | 12.7 |
| Iodide | μg | 145 |
| Manganese | μg | 415 |
| Vitamins | | |
| A | μg RE (IU) | 667 (2220) |
| β-carotene | μg | 280 |
| $D_3$ | μg (IU) | 8.3 (332) |
| E | (IU) | 8.3 |
| $K_1$ | μg | 63.0 |
| $B_1$ | μg | 1250 |
| $B_2$ | μg | 1335 |
| Niacin NE | mg | 14.3 |
| $B_6$ | μg | 1835 |
| Folic acid | μg | 335 |
| Pantothenic acid | μg | 3300 |
| $B_{12}$ | μg | 2.4 |
| Biotin | μg | 42.0 |
| C | mg | 58.0 |
| Energy value | kcal | 400 |
| | kJ | 1670 |

The mixture was prepared by mixing whole milk, skimmed milk, and desalted whey in liquid form with the vegetable fat and a suspension of calcium hydroxide and citric acid. After pasteurisation and homogenisation, this mixture was dried to a powdery half-finished product. The last-mentioned product was then finally mixed with the other minerals and

5

EP 0 705 539 A2

trace elements, the vitamins and the Fibruline® on the post-drying bed of a drying tower, whereafter the powder was sprayed with lecithin to increase solubility. The obtained product is both hot- and cold-soluble.

EXAMPLE II

A product was prepared in accordance with Example I, but the palmolein and rapeseed oil were replaced by exclusively rapeseed oil with a linoleic acid/α-linolenic acid ratio of 2.5:1.

EXAMPLE III

A product was prepared in accordance with Example I, but the fatty fraction now comprised 11.0 wt.% vegetable fat containing palmolein, rapeseed oil, palmkernel oil and soye oil (LA/LNA ratio 9:1) and 1.5 wt.% LCP fat in coated form, containing 20 wt.% EPA and 14 wt.% DHA. Whole milk powder was replaced by skim milk dry solids.

EXAMPLE IV

A product was prepared in accordance with Example III, but in addition 1 wt.% coated LCP fat was added containing 40 wt.% GLA.

EXAMPLE V

A product was prepared in accordance with Example I, but the desalted whey dry matter was replaced by one part of whey protein hydrolysate dry matter (containing 80% converted protein (N x 6.3) and mainly di- and tripeptides) and 5 parts of lactose.

EXAMPLE VI

A product was prepared in accordance with Example I, but the skimmed milk and whole milk powder dry matter was replaced by casein hydrolysate, lactose and milk fat in corresponding ratios, as far as the percentages of converted protein (N x 6.3), lactose and fat are concerned.

EXAMPLE VII

A product was prepared having a composition corresponding in dry matter with the product of Example I. The Fibruline®, however, was replaced by pectin, the Ca(OH)$_2$ by CaCO$_3$, and the lecithin by vegetable fat.

First of all, a liquid was prepared with 16% dry matter, comprising a part of the components of the final composition, viz. the milk components and the vegetable fat. Thus, a so-called yoghurt milk was obtained. After homogenisation at 200 bar and 65°C, this yoghurt milk was subjected to a stand pasteurisation of 15 minutes at 85°C. After cooling to 36°C, starter culture concentrate "IST-NIZO" was added, followed by fermenting to pH 4.1 for 12 hours.

The thus prepared yoghurt was homogenised at 150 bar and cooled to 20°C, whereafter the other components were added from an aqueous suspension. The thus prepared product with 15% dry matter was homogenised twice at 20°C at 200 bar and after packaging was pasteurised for 10 minutes.

EP 0 705 539 A2

<u>EXAMPLE VIII</u>

A concentrated milk liquid was prepared, consisting of:

5

| skimmed milk dry matter | 16.6% |
|---|---|
| whole milk dry matter | 1.6% |
| lactose | 2.8% |
| soluble fibres | 2.1% |
| vegetable fat | 2.7% |
| minerals, trace elements, vitamins | 1.5% |
| water | 72.7% |

10

15

The composition of the dry matter of this milk liquid was proportionally equal to that specified in Table I.

20 The mixture was prepared by mixing whole milk, skimmed milk, lactose and nutrient fibre in the proper proportions and concentrating this mixture to the proper dry matter content by in vacuo evaporation. In the last effect of the evaporator, the vegetable fat, with the fat-soluble vitamins added thereto, was added. The other vitamins, minerals, and trace elements were added to the concentrate. The milk liquid obtained was canned and subsequently sterilised.

25 Claims

1. A food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with docosahexaenoic acid and eicosapentaenoic acid and nutrient fibres in an amount accounting for more than 10% of the total mono- and disaccharide fraction.

30

2. A food according to claim 1 wherein the ratio of linoleic acid to α-linolenic acid in the fatty fraction is less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid in the fatty fraction is greater than 10%.

3. A food according to any one of the preceding claims, in which a combination of β-carotene, vitamin E and vitamin 35 C is included.

4. A food according to any one of the claims 1-3, which further contains γ-linolenic acid (GLA) and/or arginin.

5. A food according to any one of the preceding claims, wherein the Ca/P ratio is greater than 1.5.

40

6. A food according to any one of the preceding claims, wherein the milk product is derived from whole milk, skimmed milk, cream, whey, and/or buttermilk.

7. A food according to any one of the preceding claims, wherein the milk protein fraction consists wholly or partly of 45 milk protein hydrolysate.

50

55

7

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :          **2001-061402**

(43)Date of publication of application : **13.03.2001**

---

(51)Int.CI.                    A21D  2/34

                               A21D  2/16

---

(21)Application number : **11-244902**     (71)Applicant : **SAGAMI CHEM RES CENTER NOOBURU:KK SUGOU:KK**

(22)Date of filing :        **31.08.1999**     (72)Inventor :  **YAZAWA KAZUYOSHI MATSUI TOKUNORI MIYAI SATOSHI KATAOKA HISASHI**

---

(54) **PRODUCTION OF BREAD**

(57)Abstract:

PROBLEM TO BE SOLVED: To provide a method for producing breads containing docosahexaenoic acid(DHA) in high concentration, and the breads having substantially suppressed smell of fish.

SOLUTION: This method for producing a bread by a soaker dough method comprises adding a liquid egg and a docosahexaenoic acid-containing oil and fat at the time of preparing a sponge dough. The breads containing DHA in a high concentration, especially $\geq$500 mg/100 g, and the breads having substantially suppressed smell of fish are produced by the method. The bread is especially useful for a food for an old person, a pregnant woman and a child in growth period desired to ingest a large amount of the DHA, besides a general food use, because the breads contains a large amount of the DHA.

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :        07-327593

(43)Date of publication of application : 19.12.1995

---

(51)Int.CI.                    A23C  9/12
                               A23C  9/13

---

(21)Application number : 06-151727        (71)Applicant : **TAIYOUDOU YAKUHIN KK**

(22)Date of filing :        **10.06.1994**        (72)Inventor : **SUGIMURA GOICHI**

---

## (54) LACTIC ACID BEVERAGE AS DAIRY PRODUCT AND ITS PRODUCTION



(57)Abstract:

PURPOSE: To obtain the subject beverage intended to suppress enterobacteria breeding by Lactobacillus lactic acid bacteria, promote the development of infant brain and retard the senility of the brain of the aged, by incorporating a lactic acid beverage with docosahexaenoic acid (DHA).

CONSTITUTION: Lactobacillus lactic acid bacteria is inoculated into a defatted lactose mixed liquor to effect fermentation to make a yogurt, which is then crushed and incorporated with molasses into a lactic acid beverage stock, which is, in turn, formulated with 0.05-0.07wt.% of emulsified DHA, calcium gluconate or fermented calcium lactate, vitamin preparation (s), antioxidant (tea extract), spicery, and DHA additive containing a small amount of water, and the resultant beverage stock is packed in a container.

# PATENT ABSTRACTS OF JAPAN

(11)Publication number :          **09-075000**

(43)Date of publication of application : **25.03.1997**

(51)Int.CI.

```
                    A23D  9/007
                    A23L  1/30
                 // A61K 31/23
                    A61K 35/12
                    A61K 35/80
                    C11B  1/00
                    C11C  3/10
```

(21)Application number : **07-246679**     (71)Applicant : **NISSHIN OIL MILLS LTD:THE**

(22)Date of filing :     **31.08.1995**     (72)Inventor : **TSUJI HIROAKI**
**TAKAHASHI CHIE**
**SETO AKIRA**
**SAKAI MUNEO**

(30)Priority

Priority number : **07195920**     Priority date : **07.07.1995**     Priority country : **JP**

(54) **FOOD OR DRINK CONTAINING OIL AND FAT FOR NOURISHING MOTHER AND CHILD**

(57)Abstract:

PROBLEM TO BE SOLVED: To obtain a food or drink containing oil and fat, useful for nourishing mother and child and effective for easily accumulating docosahexaenoic acid in the body by taking a small amount of the food or drink compared with a food, etc., compounded with the same amount of a conventional docosahexaenoic acid source.
SOLUTION: The mixed triglyceride to be used as an active component of the objective food or drink for pregnant or nursing woman, dairy product for baby and infant such as a prepared milk powder for baby and a follow-up milk, a weaning food, a food or drink for infant, etc., contains a docosahexaenoic acid residue bonded to the 2-site of a triglyceride in an amount of <40mol% based on the total amount of docosahexaenoic acid residue present in the triglyceride and further contains 1-site and 3-site fatty acid residues distributing regularly or randomly between these sites.

# EXHIBIT 9



PATENT
718689.14

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application of: Hermelin, Marc S. | : | Examiner: S. Anna Jiang, Ph.D. |
| | : | |
| Serial No.: 10/457,647 | : | Group Art Unit: 1617 |
| | : | |
| Filed: June 10, 2003 | : | Attorney Docket No.: 718689.14 |
| | : | |
| For: NUTRITIONAL SUPPLEMENTS | : | Customer No.: 27128 |
| | : | |
| Last Office Action: July 18, 2005 | : | Confirmation No.: 8250 |
| | : | |

## AMENDMENT AND REMARKS

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

In response to the Office Action mailed July 18, 2005, please amend the above-identified application in accordance with the amendments and remarks set forth herein.  .

**Amendments to the Claims** are reflected in the listing of claims which begin on page 2 of this document.

**Remarks/Arguments** begin on page 7 of this document

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

## Amendments to the Claims:

This listing of claims will replace all prior revisions, and listings, of claims in the

application.

**Listing of Claims:**

1. Cancelled.

2. Cancelled.

3. Cancelled.

4. Cancelled.

5. Cancelled.

6. Cancelled.

7. Cancelled.

8. Cancelled.

9. Cancelled.

10. Cancelled.

11. Cancelled.

12. Cancelled.

13. Cancelled.

14. Cancelled.

15. Cancelled.

16. Cancelled.

17. Cancelled.

18. Cancelled.

19. Cancelled.

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

   20. Cancelled.

   21. Cancelled.

   22. Cancelled.

   23. Cancelled.

   24. Cancelled.

   25. Cancelled.

   26. Cancelled.

   27. Cancelled.

   28. Cancelled.

   29. Cancelled.

   30. Cancelled.

   31. Cancelled.

   32. Cancelled.

   33. Cancelled.

   34. Cancelled.

   35. Cancelled.

   36. Cancelled.

   37. Cancelled.

   38. Cancelled.

   39. Cancelled.

   40. Cancelled.

   41. Cancelled.

   42. Cancelled.

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

43. Cancelled.

44. Cancelled.

45. Cancelled.

46. Cancelled.

47. Cancelled.

48. Cancelled.

49. Cancelled.

50. Cancelled.

51. Cancelled.

52. (Canceled).

53. (Previously Presented).  A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linolenic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linolenic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

about 10 mg to 125 mg of a vitamin B.sub.6 compound or derivative

thereof;

about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

and

about 10 mg to 400 mg of a vitamin E compound or derivative thereof,

wherein the weight ratio of said first fatty acid compound to said second fatty acid

compound is about 1:0.1 to 10.

54.    (Previously Presented).  The method of claim 53 wherein the supplements are

in an oral dosage form.

55.    (Previously Presented).  The method of claim 54 wherein the oral dosage

form is selected from the group consisting of immediate release, extended release, pulsed

release, delayed release, controlled release and combinations thereof.

56.    (Previously Presented).  The method of claim 54, wherein said oral dosage

form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an

effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles,

microparticles, a suspension, an elixir, a caplet and combinations thereof.

57.    (Previously Presented).  The method of claim 53 wherein the nutritional

supplements further comprising administering a vitamin compound selected from the

group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin

D compound and combinations thereof.

58.    (Previously Presented).  The method of 53 further comprising administering

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

iron.

     59. (Previously Presented). The method of claim 53, wherein the administration

occurs once during a twenty-four hour period.

     60. (Previously Presented). The method of claim 53, wherein the administration

occurs at least twice during a twenty-four hour period.

     61. (Cancelled)

     62. (Cancelled).

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

### Remarks

This Amendment is in response to the Office Action mailed July 18, 2005.

The present invention as claimed is directed to a method for providing nutritional supplements to pregnant or lactating women. The claimed method comprises administering to a pregnant or lactating woman a particular type and amount of a first fatty acid, a particular type and amount of a second fatty acid within a specified weight ratio with respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and minerals or derivatives thereof in specified amounts. The identities of the first and second fatty acids are a critical component of the present invention.

### Rejection under 35 U.S.C. 112

The rejection of claims 53-60 and 62 under 35 U.S.C. § 112, second paragraph is respectfully traversed. In Applicant's response dated April 27, 2005, Claim 53 was amended as requested by the Examiner to delete the term "derivatives" in the first two instances of the word, although applicants continue to maintain that the use of the term does not render the claim indefinite. Further, this broad rejection is contradicted by the Examiner's comments, which refer only to the use of the term "derivative" in Claim 62, when referring to fatty acids. It is therefore assumed that the Examiner's intention was to reject only Claim 62 under 35 U.S.C. § 112, second paragraph. In the event that this assumption is incorrect, it is requested that the Examiner issue a supplementary Office Action explaining this contradiction and allow the Applicant time to respond.

Claim 62 has been cancelled. Accordingly, it is requested that the rejection of

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

claims 53-60 under 35 U.S.C. § 112, second paragraph is respectfully requested.


## Rejection under 35 U.S.C. §103(a)

The rejection of Claims 53-61 under 35 U.S.C. § 103(a) as being obvious over

Stordy et al. (WO 9637200, U.S. Patent No. 6,150,411, PTO-892) and Horrobin (U.S.

5,264,217) in view of Materna® prenatal vitamin and mineral formula and Nestabs®

CBF, prenatal formula is respectfully traversed.

Stordy et al. discloses a method for treating dyslexia by the administration of

docosohexaenoic acid (DHA). While Stordy et al. discloses that other EFA's may

optionally be used in combination with DHA, the patent clearly teaches that the use of

DHA alone is sufficient for the purposes of treating dyslexia. This in effect teaches away

from the applicant's claimed method, the administration of a particular type and amount

of a first fatty acid, a particular type and amount of a second fatty acid within a specified

weight ratio with respect to the first fatty acid, vitamins or derivatives thereof in specified

amounts, and minerals or derivatives thereof in specified amounts. As the reference

teaches away from Applicant's method, there can be no motivation to combine Stordy et

al. with another reference to create Applicant's formulation.

Further, Horrobin teaches only the administration of gamma-linolenic acid and

dihomo-gamma-linolenic. Again there is no teaching or suggestion of the Applicant's

method teaching the administration of a particular type and amount of a first fatty acid, a

particular type and amount of a second fatty acid within a specified weight ratio with

respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and

minerals or derivatives thereof in specified amounts. As with Stordy et al., the Horrobin

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

reference teaches away from the Applicant's method.

Finally, the Examiner has cited two know prenatal supplements. While each of these formulations illustrate that the administration of particular vitamins and minerals is know, the Applicant has not claimed a method for administering vitamins and minerals alone. Neither Stordy et al. or Horrobin provide motivation to combine these references. Without such motivation, picking and choosing elements of several non-related references uses impermissible hindsight.

More importantly, even if such motivation were present, the combination of Stordy et al. or Horrobin with the vitamin formulations would result in a composition comprising a specific EFA and assorted vitamins and minerals. The Examiner writes in the Office Action mailed July 18, 2005, page 5, last paragraph:

> "It would have been obvious to a person of ordinary
> skill in the art of the invention to combine the fatty acid
> composition of Stordy et al. or Horrobin, and Materna®
> prenatal vitamin and mineral formula or Nestabs® CBF,
> prenatal formula for pregnant women to provide nutritional
> supplements…"

However, even assuming that this combination is obvious, the combination of the noted prenatal supplements with Stordy et al. would result in a formulation of DHA, minerals and vitamins. The combination of the noted prenatal supplements with Horrobin would result in a formulation of gamma-linolenic acid and/or dihomo-gamma-linolenic acid, vitamins and minerals. The resulting combination would not teach Applicant's method of administrating a particular type and amount of a first fatty acid, a

Application of: Hermelin, Marc S.
Serial No.: 10/457,647
Amendment

particular type and amount of a second fatty acid within a specified weight ratio with respect to the first fatty acid, vitamins or derivatives thereof in specified amounts, and minerals or derivatives thereof in specified amounts.

For these reasons it is respectfully requested that the rejection of Claims 53-61 under 35 U.S.C. § 103(a) as being obvious over Stordy et al. (WO 9637200, U.S. Patent No. 6,150,411, PTO-892) and Horrobin (U.S. 5,264,217 in view of Materna® prenatal vitamin and mineral formula and Nestabs® CBF, prenatal formula be withdrawn.

The Examiner's rejections based on non-statutory double patenting over U.S. Patent No. 6,258,846 and provisional non-statutory double patenting over co-pending application 10/709,870 are deemed moot in light applicant's contemporaneous filing of the attached terminal disclaimers. It is therefore respectfully requested that these rejections be withdrawn.

In light of the above, it is submitted that pending claims 53-60 are patentable as written. A Notice of Allowance is thereby respectfully requested.

Should there be any questions with regard hereto, please contact the undersigned at (314) 345-6000.

Respectfully submitted,

Date: _October 4, 2005_

Mark F. Wachter
Reg. No. 27,243
Blackwell Sanders Peper Martin LLP
720 Olive Street, 24th Floor
St. Louis, Missouri 63101
(314) 345-6000

ATTORNEYS FOR APPLICANT

# EXHIBIT 10



PATENT
718689.14

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application of: Marc S. Hermelin    : | Reply Under 37 CFR 1.116 |
| : | Expedited Procedure |
| : | |
| : | Examiner: Jennifer M. Kim |
| : | |
| Serial No.: 10/457,647    : | Group Art Unit: 1617 |
| : | |
| Filed: June 10, 2003    : | Attorney Docket No.: 718689.14 |
| : | |
| For: NUTRITIONAL SUPPLEMENTS    : | Customer No.: 027128 |
| : | |
| : | Confirmation No.: 8250 |
| Last Office Action: January 11, 2006    : | |

## <u>AMENDMENT AFTER FINAL</u>

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


    In response to the Final Office Action mailed January 11, 2006, as well as the personal

interview between Examiner Kim, Primary Examiner Wang and Applicant's Representative

Sarah Vaz on February 21, 2006, please amend the above-identified application pursuant to 37

CFR 1.116 in accordance with the amendments and remarks set forth herein.

    Amendments to the Claims are reflected in the listing of claims which begin on page 2 of

this document.

    Remarks/Arguments begin on page 4 of this document.

3-13-06

Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO/SB/21 (09-04)

| OIPE MAR 10 2006 PATENT & TRADEMARK OFFICE **TRANSMITTAL FORM** (to be used for all correspondence after initial filing) | Application Number | 10/457,647 |
|---|---|---|
| | Filing Date | June 10, 2003 |
| | First Named Inventor | Marc S. Hermelin |
| | Art Unit | 1617 |
| | Examiner Name | Jennifer M. Kim |
| Total Number of Pages in This Submission | 8 | Attorney Docket Number | 718689.14 |

## ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Drawing(s) | ☐ After Allowance Communication TC |
| ☐ Fee Attached | ☐ Licensing-related Papers | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Reply | ☐ Petition | ☐ Appeal Communication to TC *(Appeal Notice, Brief, Reply Brief)* |
| ☒ After Final | ☐ Petition to Convert to a Provisional Application | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ☒ Other Enclosure(s) *(please identify below); return postcard* |
| ☐ Express Abandonment Request | ☐ Request for Refund | |
| ☐ Information Disclosure Statement | ☐ CD, Number of CD(s) _____ | |
| ☐ Certified Copy of Priority Document(s) | ☐ Landscape Table on CD | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks: | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | Blackwell Sanders Peper Martin, LLP | | |
|---|---|---|---|
| Signature | *Mark F. Wachter* | | |
| Printed Name | Mark F. Wachter | | |
| Date | March 10, 2006 | Reg. No. | 27,243 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as Express Mail or deposited in an envelope addressed to: Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.
Express Mail Label No.: EV 554058197 US

| Signature | *Lisa Askew* | | |
|---|---|---|---|
| Typed or printed name | Lisa Askew | Date | March 10, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.** *If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior revisions, and listings, of claims in the application.

**Listing of Claims:**

1-52. (Cancelled)

53. (Currently Amended).  A method for providing nutritional supplements, the method comprising:

administering to a pregnant or lactating woman about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, linolenic acid salts, linoleic acid salts, linolenic acid esters, linoleic acid esters, linolenic acid glyceride esters, linoleic acid glyceride esters, gamma-linolenic acid, dihomo-gamma-linolenic acid, dihomo-gamma-linolenic acid esters, dihomo-gamma-linolenic acid endoperoxides, docosapentanoic acid, eicosapentaenoic acid, docosahexaenoic acid and a combination thereof;

about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, eicosapentaenoic acid, docosapentanoic acid and a combination thereof;

about 10 mg to 125 mg of a vitamin B.sub.6 compound ~~or derivative thereof~~;

about 0.1 mg to 3 mg of a folic acid compound ~~or derivative thereof~~;

about 100 mg to 2,000 mg of a calcium compound ~~or derivative thereof~~;

about 25 mg to 500 mg of a vitamin C compound ~~or derivative thereof~~; and

about 10 mg to 400 mg of a vitamin E compound ~~or derivative thereof~~, wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about

2

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

1:0.1 to 10.

54. (Previously Presented).  The method of claim 53 wherein the supplements are in an oral dosage form.

55. (Previously Presented).  The method of claim 54 wherein the oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

56. (Previously Presented).  The method of claim 54, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet and combinations thereof.

57. (Previously Presented).  The method of claim 53 wherein the nutritional supplements further comprising administering a vitamin compound selected from the group consisting of a Vitamin A compound, a B complex vitamin compound, a Vitamin D compound and combinations thereof.

58. (Previously Presented).  The method of 53 further comprising administering iron.

59. (Previously Presented).  The method of claim 53, wherein the administration occurs once during a twenty-four hour period.

60. (Previously Presented).  The method of claim 53, wherein the administration occurs at least twice during a twenty-four hour period.

61.-62  (Cancelled)

3

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

## REMARKS

The Applicants and Applicants' Representatives sincerely thank Examiner Kim and

Primary Examiner Wang for granting the request for an interview after the final rejection.  The

interview was conducted with Applicants' Representative Sarah Vaz on February 21, 2006.  It is

believed that in light of the issues discussed in the interview and the resulting amendments to the

claims addressed below, the application is in condition for allowance.

In the pending Office Action dated January 11, 2006, the Examiner maintained the

previous rejection of Claims 53-60 under U.S.C. § 112, second paragraph.  As discussed during

the interview, it is the opinion of the Examiner that under current PTO policy regarding the use

of the term 'derivative,' the instant application does not support proper use of this term.  In

response, independent Claim 53 has been amended to remove the term 'derivative.'  It is

therefore submitted that the rejection of Claims 53-60 under U.S.C. § 112, second paragraph is

properly withdrawn in light of the present amendment.

The pending rejection of Claims 53-60 under 35 U.S.C. § 103(a) as being obvious over

prior art was discussed during the February 21, 2006 interview.  As was explained to the

Examiners, the instant application is a continuation-in-part of Ser. No. 09/885,158, issued as U.S.

Patent No. 6,576,666.  Independent Claim 1 of the '666 patent reads as follows:

1. A composition for administration to a woman for enriching the breast milk of said
woman to optimize neurological development of an infant breast-fed by the woman,
which comprises:

a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected
from the group consisting of a linoleic acid compound, a linolenic acid compound, a
derivative thereof and a combination thereof;

b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group
consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty
acid, a derivative thereof and a combination thereof;

4

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

c) about 10 mg to 125 mg of a vitamin $B_6$ compound or derivative thereof;

d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

As is clearly seen, the method claims of the instant application are limited in scope to the use of the composition claimed in the '666 patent. Based on the holdings of *In re Pleuddemann*, 910 F.2d 823, 15 U.S.P.Q.2d 1738 (Fed. Cir.1990), it is submitted that the Applicants are entitled to the method of use claims limited to the Applicants' patented composition. This case was discussed with the Examiners during the February 21, 2006 interview.

Briefly, in *Pleuddemann* the Examiner had allowed claims to a composition for a silane coupling agent, but rejected claims to the use of the silane coupling agent as a bonding/priming agent or as a support surface. The BPAI affirmed, Applicant appealed.

In reversing, the CAFC held that method of using claims limited to the use of a patentable composition were inherently patentable. Specifically, the Court held that since the silane compositions had been found to be patentable, the method of using the novel silane compositions was as a matter of law patentable. Judge Rich wrote:

> When a new and useful compound or group of compounds is invented or discovered having a *particular use* it is often the case that what is really a single invention may be viewed legally as

5

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

> having three or more different aspects permitting it to be claimed
> in different ways, for example: (1) the compounds themselves; (2)
> the method or process of making the compounds; and (3) the
> method or process *of using* the compounds for their intended
> purpose. In re Kuehl, 475 F2d 658, 177 USPQ 250 (CCPA 1973),
> was such a case.

910 F.2d at 825-826.

Further, the court found it was not necessary to prove unobviousness of the use itself:

> We have concluded, for reasons stated above, that the process-of-
> use claims are patentable and that *it is not necessary to show
> unexpected utility* in order to show unobviousness. (Emphasis
> added.)

910 F.2d at 826, citing 475 F.2d at 666.

In addition, the court held it was improper to consider the silane composition prior art when determining the patentablity of the method of use claims:

> In the present case likewise, § 103 obviousness of claims 26 and
> 27 depends on the obviousness of using appellant's new
> compounds, which constitute the essential limitation of the claims,
> in light of the prior art. That being so, the board's hindsight
> comparison of the functioning of the new compounds with the
> functioning of the compounds of the prior art was legal error.

910 F2.d at 828.

It is therefore submitted that the rejection of Claims 53-60 under 35 U.S.C. 103(a) is properly withdrawn. It is the understanding of the Applicant's Representative that the withdrawal of this rejection was agreed to by the Examiners.

It is noted that at the close of the February 21, 2006 interview, Primary Examiner Wang stated that the application looked in order, except that he requested Examiner Kim order the file history of the '666 patent to determine if an issue of double patenting exists.

It is respectfully submitted that any double patenting rejection would be improper in this case. Double patenting is by definition an attempt to improperly extend the patent term of an invention. As a continuation-in-part of the '666 patent, the instant application has the same

6

Application of: Marc S. Hermelin, et al.
Serial No.: 10/457,647
Amendment After Final

effective filing date as the '666 patent. When and if the instant application issues, it will expire

on the same date as the '666 patent. There can be no issue of, or attempt to, extend the patent

term of the pending claims beyond the '666 patent. The Applicants are merely requesting

allowance of method claims limited to the composition claims granted in the parent '666 patent,

as is clearly their right under *In re Pleuddemann*.

Withdrawal of the rejections made final in the January 11, 2006 Office Action and

allowance of pending Claims 53-60 is therefore requested.

If any issue regarding the allowability of any of the pending claims in the present

application could be readily resolved, or if other action could be taken to further advance this

application such as an Examiner's amendment, or if the Examiner should have any questions

regarding the present amendment, it is respectfully requested that the Examiner please telephone

Applicant's undersigned attorney in this regard.

Respectfully submitted,

Date: *March 10, 2006*

Mark F. Wachter
Reg. No. 27,243
Blackwell Sanders Peper Martin LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
314-345-6000
ATTORNEYS FOR APPLICANT

7