IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC. | )<br>) |
| Plaintiffs, | ) C.A. No. 08-338<br>) |
| v. | )<br>) |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | )<br>)<br>)<br>) |
| Defendant. | ) |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | )<br>)<br>) |
| Counterclaim-Plaintiffs, | )<br>) |
| v. | )<br>) |
| LANNETT COMPANY INC. | )<br>) |
| Counterclaim-Defendant. | ) |

**COUNTERCLAIM-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, EARLY PRELIMINARY INJUNCTION HEARING, AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corporation and Drugtech Corporation (collectively, "Counterclaim-Plaintiffs") hereby move this Court for an Order in the form attached hereto (i) restraining plaintiff Lannett Company, Inc. ("Lannett") from infringing U.S. Patent 6,576,666 and the registered PrimaCare® and PrimaCare ONE® trademarks, (ii) requiring Lannett to recall all quantities of its infringing product that are already in the marketplace, (iii) scheduling a preliminary injunction hearing at the earliest convenience of the Court, and (iv) enjoining Lannett from infringing U.S. Patent 6,576,666 and the registered PrimaCare® and PrimaCare ONE® trademarks. The grounds for

- 2 -

this motion are set forth in the Counterclaim-Plaintiffs' Opening Brief in Support of Their Motion for Temporary Restraining Order, Early Preliminary Injunction Hearing and Expedited Discovery and the declarations submitted herewith.

*Of counsel:*

Richard L. DeLucia
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: June 17, 2008

*/s/ Chad M. Shandler/Anne Shea Gaza (#4093)*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Counterclaim-plaintiffs*
*KV Pharmaceutical Company, Ther-Rx Corp.,*
*and Drugtech Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC. | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 08-338 |
| | ) |
| v. | ) |
| | ) |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | ) ) ) ) |
| | ) |
| Defendant. | ) |
| | |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | ) ) ) |
| | ) |
| Counterclaim-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LANNETT COMPANY INC. | ) |
| | ) |
| Counterclaim-Defendant. | ) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, Chad M. Shandler, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Counterclaim-Plaintiffs has made a reasonable effort to reach agreement with counsel for Plaintiff on the matters set forth in the foregoing motion.

                     /s/
                    _____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Counterclaim-plaintiffs*
*KV Pharmaceutical Company, Ther-Rx Corp.,*
*and Drugtech Corp.*

*Of counsel:*

Richard L. DeLucia
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated:  June 17, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA  19103

_____
Chad M. Shandler (#3796)
shandler@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 08-338 |
| ) | |
| v. ) | |
| ) | |
| KV PHARMACEUTICALS, DRUGTECH ) | |
| CORPORATION, and THER-RX ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| KV PHARMACEUTICALS, DRUGTECH ) | |
| CORPORATION, and THER-RX ) | |
| CORPORATION, ) | |
| ) | |
| Counterclaim-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LANNETT COMPANY INC. ) | |
| ) | |
| Counterclaim-Defendant. ) | |

## ORDER

Upon the Motion of Counterclaim-Plaintiffs for a Temporary Restraining Order and Early Preliminary Hearing Date, the Court having considered the Motion, the Opening Brief in Support of Counterclaim-Plaintiffs' Motion as well as the Counterclaim, and good cause having been shown,

**IT IS HEREBY ORDERED** this ____ day of June, 2008 that Counterclaim-Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED** as follows:

1.  Lannett Company, Inc. ("Lannett") shall be restrained from using the trademarks PRIMACARE and PRIMACARE ONE (collectively, the "PRIMACARE® Marks") (however spelled, whether capitalized, abbreviated, singular or plural, printed or stylized,

whether used alone or in combination with any word or words, and whether used in caption, text, orally or otherwise) or any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation of the PRIMACARE® Marks, as a trade name, trademark or service mark, brand name, company name, business or commercial designation, including without limitation as a domain name, or in metatags or other Internet uses, or in any manner that is likely to suggest in any way that Lannett and/or its products, services, or activities originate from, are affiliated, connected or associated with, or are sponsored, endorsed or approved by, KV Pharmaceutical and or Ther-RX, or that KV Pharmaceutical and/or Ther-RX and/or their products, services, or activities originate from, are affiliated, connected or associated with, or are sponsored, endorsed or approved by, Lannett;

2. Lannett shall be restrained from using any other mark, term, slogan, tag line or phrase which is likely to suggest or tends to suggest in any way that Lannett and/or their products, activities, or services originate from, are affiliated, connected or associated with, or are sponsored, endorsed, or approved by, KV Pharmaceutical and/or Ther-Rx, or that KV Pharmaceutical and/or Ther-Rx or their products, services, or activities originate from, are affiliated, connected or associated with, or are sponsored, endorsed, or approved by, Lannett;

3. Lannett shall be restrained from using in connection with any goods or services, any false or misleading designation, description or representation, whether by words or symbols, which suggests or implies any relationship with KV Pharmaceutical and/or Ther-Rx, or gives Lannett an unfair competitive advantage in the marketplace, or constitutes false advertising;

4. Lannett shall be restrained from engaging in any acts of common law trademark infringement, unfair competition or misappropriation which would damage or injure KV Pharmaceutical and/or Ther-Rx;

5. Lannett shall immediately recall all quantities of its generic product it describes as Multivitamin with Mineral Capsules, a multivitamin/mineral product containing omega-3 fatty acids (hereafter, the "Infringing Product") shipped to and/or in the hands of wholesalers and other third-parties, and shall otherwise withdraw the Infringing Product from the marketplace immediately; and

6. Lannett shall be restrained from advertising or promoting the Infringing Product as a generic version of, as equivalent to, or as substitutable for, PrimaCare ONE®.

7. Lannett shall be restrained from engaging in any activity within the scope of U.S. Patent No. 6,576,666.

**IT IS HEREBY FURTHER ORDERED** that:

8. The Temporary Restraining Order, the terms of which are set forth in paragraphs 1 through 7 herein, shall remain in effect through the conclusion of a hearing on the Counterclaim-Plaintiffs' application for a preliminary injunction, which shall be held on _____ \_\_\_, 2008 at \_\_\_\_ \_\_\_\_ \_\_\_.m; and

9. The Counterclaim-Plaintiffs shall post security in the amount of $_____.

_____
United States District Court Judge