IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 08-338 |
| ) | |
| v. ) | |
| ) | |
| KV PHARMACEUTICALS, DRUGTECH ) | |
| CORPORATION, and THER-RX ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| | |
| KV PHARMACEUTICALS, DRUGTECH ) | |
| CORPORATION, and THER-RX ) | |
| CORPORATION, ) | |
| ) | |
| Counterclaim-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LANNETT COMPANY, INC. ) | |
| ) | |
| Counterclaim-Defendant. ) | |

**RULE 7.1 STATEMENT OF KV PHARMACEUTICAL COMPANY,
DRUGTECH CORPORATION AND THER-RX CORPORATION**

1. Defendant/Counterclaim Plaintiff KV Pharmaceutical Company ("KV") is a publicly-traded corporation.

2. Defendant/Counterclaim Plaintiff Drugtech Corporation is a wholly-owned subsidiary of KV.

3. Defendant/Counterclaim Plaintiff Ther-Rx Coproration is a wholly-owned subsidiary of KV.

4. KV has no parent corporation.

5.  No publicly held corporation owns 10% or more of KV's stock, in terms of total numbers of the combined shares of KV's Classes A and B common stock or in terms of voting interest. Neuberger Berman, Inc. (which is believed to be owned by Lehman Brothers Holdings Inc., a publicly-traded company) was the owner of record as of February 13, 2007 of approximately 12.288% of KV's Class A common shares (that is, 4,550,564 shares of approximately 37 million shares of Class A common stock outstanding). Each share of Class A common stock is entitled to a voting power of 1/20th of one vote per Class A share. There also are approximately 12.5 million KV Class B shares of common stock outstanding, which are entitled to one vote per share. In terms of voting interest, Neuberger Berman, Inc. owns about 1.58% of the voting interest in KV.

/s/
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Counterclaim-plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

*Of counsel:*

Richard L. DeLucia
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: June 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103

_____
Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-2942980-1