# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

June 17, 2008

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk, United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

      Re:    **Lannett Company Inc. v. KV Pharmaceuticals, DrugTech Corporation and Ther-RX Corporation, C.A. No. 08-338**

Dear Dr. Dalleo:

      I write on behalf of Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-RX Corporation and DrugTech Corporation (collectively, "Ther-RX") in the above-captioned action. For the Court's convenience, I have enclosed copies of Ther-RX's Motion for a Temporary Restraining Order, Early Preliminary Injunction Hearing, and Preliminary Injunction, the brief in support of that motion, and the declarations filed in support thereof. Also enclosed is a copy of the Counterclaim itself.

      Because of the urgency of the Motion, Ther-Rx respectfully requests that these papers be delivered to the assigned judge promptly so that the matter may be heard expeditiously.

      As set forth in more detail in our papers, counterclaim-defendant Lannett Company, Inc. has been infringing Ther-Rx's U.S. Patent 6,576,666 and its registered trademarks PrimaCare® and PrimaCare ONE® by, selling a knock-off of Ther-Rx's top-selling prenatal vitamin PrimaCare ONE. If immediate relief is not provided, and Lannett is permitted to continue selling its infringing product, Ther-Rx will suffer irreparable injury as detailed in the motion papers.. As shown in our papers, Ther-Rx has amply satisfied the standard required for a temporary restraining order. Accordingly, we respectfully request prompt attention so that Ther-RX can have its motion heard and considered at the Court's earliest possible convenience.

      This afternoon, I advised Lannett's counsel by telephone of Ther-Rx's intent to file this motion.

RLF1-3293594-1

Dr. Peter T. Dalleo
June 17, 2008
Page 2

       If you have any questions regarding this matter, counsel are available at your convenience.

                           Respectfully submitted,

                           *Chad M. Shandler / ass*

                           Chad M. Shandler

CS:ps
cc:   Sophia Siddiqui, Esquire
        Samuel H. Israel, Esquire

RLF1-3293594-1