UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> Plaintiff, <br> v. <br><br> KV PHARMACEUTICALS, <br> DRUGTECH CORPORATION, and <br> THER-RX CORPORATION, <br><br> Defendants. | : <br> : Civil Action No. 08-338 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua M. Hummel, Esquire of Fox Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, Pennsylvania, 19422, to represent Plaintiff, Lannett Company Inc., as co-counsel in this action.

                                                                                  **FOX ROTHSCHILD LLP**

                                                                                  By:   */s/ Sophia Siddiqui*
                                                                                  Sophia Siddiqui, Esquire (#4914)
                                                                                  Citizens Bank Center
                                                                                  919 N. Market Street, Suite 1300
                                                                                  Wilmington, DE 19801
                                                                                  (302) 622-4278
                                                                                  (302) 656-8920
                                                                                  ssiddiqui@foxrothschild.com

                                                                                  Attorneys for Plaintiff
                                                                                  Lannett Company Inc.

Date: June 18, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., :<br>:<br>Plaintiff, :<br>v. :<br>:<br>KV PHARMACEUTICALS, :<br>DRUGTECH CORPORATION, and :<br>THER-RX CORPORATION, :<br>:<br>Defendants. :<br>: | Civil Action No. 08-338 |

## ORDER GRANTING MOTION

AND NOW, this _____ day of June, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of Joshua M. Hummel, Esquire is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: June 18, 2008

                /s/ Joshua M. Hummel
                Joshua M. Hummel, Esquire
                Fox Rothschild LLP
                10 Sentry Parkway
                Suite 200
                P.O. Box 3001
                Blue Bell, PA 19422
                Phone: (610)397-7983
                Fax: (610)397-0450
                jhummel@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 18th day of June, 2008, via U.S. Mail, postage pre-paid, upon the following:

Chad M. Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King St.
Wilmington, DE 19801


/s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (#4914)