UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> Defendants. | : <br> : Civil Action No. 08-338 <br> : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ross J. Oehler, Esquire of Fox Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, Pennsylvania, 19422, to represent Plaintiff, Lannett Company Inc., as co-counsel in this action.

FOX ROTHSCHILD LLP

By: __/s/ Sophia Siddiqui__
Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Attorneys for Plaintiff
Lannett Company Inc.

Date: June 18, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> Defendants. | Civil Action No. 08-338 |

### ORDER GRANTING MOTION

AND NOW, this _____ day of June, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of Ross J. Oehler, Esquire is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon filing of this motion

Dated: June 18, 2008

Ross J. Oehler, Esquire
Fox Rothschild LLP
10 Sentry Parkway
Suite 200
P.O. Box 3001
Blue Bell, PA 19422
Phone: (610)397-7983
Fax: (610)397-0450
roehler@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 18th day of June, 2008, via U.S. Mail, postage pre-paid, upon the following:

> Chad M. Shandler, Esquire
> Richards, Layton & Finger
> One Rodney Square
> 920 N. King St.
> Wilmington, DE 19801

/s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (#4914)