IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC.,<br><br>*Plaintiff,*<br>v.<br>KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION,<br><br>*Defendants.*<br><br>KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP.,<br><br>*Counterclaim-Plaintiffs,*<br>v.<br>LANNETT COMPANY, INC.,<br><br>*Counterclaim-Defendant.* | Civil Action No. 08-338-JJF |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Drugtech Corporation and Ther-RX Corporation.

RLF1-3293928-1

*Of counsel:*

Richard L. DeLucia
Howard J. Shire
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com

*Attorneys for Counterclaim-Plaintiffs
KV Pharmaceutical Company, Ther-Rx Corp.,
and Drugtech Corp.*

Dated: June 18, 2008

RLF1-3293928-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 18, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3293395-1