UNITED STATES DISTRICT COURT

CASE NO.: 08-338

AFFIDAVIT OF SERVICE

LANNETT COMPANY, INC.

    Plaintiff/Petitioner,

vs.

KV PHARMACEUTICALS, ET AL.

    Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **06/11/2008** at **03:59 PM** to be served upon:

**DRUGTECH CORPORATION C/O CSC**

```
DELAWARE
NEW CASTLE     ss.
```

I, **ADAM GOLDEN**, depose and say that:

On **06/12/2008** at **02:45 PM**, I served the within **SUMMONS AND COMPLAINT; AMENDED COMPLAINT** on **DRUGTECH CORPORATION C/O CSC** at **2711 CENTERVILLE RD STE 400**, **Wilmington, DE 19808** in the manner indicated below:

CORPORATE SERVICE: By delivering to and leaving same with **DIONNE MILLS, AUTHORIZED TO ACCEPT**
So served and authorized to accept service.

Description of person served:
**Sex: Female – Age: 35 – Skin: Black – Hair: Black – Height: 5'5 – Weight: 120**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___12___ day of ___June___, 20_08_.

Sworn to and subscribed before me on this
___17___ day of ___June___, 20_08_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

X_____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **FOX, ROTHSCHILD, OBRIEN &FRANKEL, L.L.P.**
Atty File#:  - Our File# **28287**