UNITED STATES DISTRICT COURT

CASE NO.: 08-338

AFFIDAVIT OF SERVICE

LANNETT COMPANY, INC.

    Plaintiff/Petitioner,
vs.

KV PHARMACEUTICALS, ET AL.

    Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **06/11/2008** at **03:59 PM** to be served upon:

KV PHARMACEUTICALS C/O CT CORP

DELAWARE
NEW CASTLE    ss.

I, **ADAM GOLDEN**, depose and say that:

On **06/12/2008** at **03:15 PM**, I non-served the within **SUMMONS AND COMPLAINT; AMENDED COMPLAINT** on **KV PHARMACEUTICALS C/O CT CORP** at **1209 ORANGE ST**, **Wilmington, DE 19801** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

Comments/Prev. Attempts: **CT CORP HAS NO RECORD OF THIS COMPANY. WOULD NOT ACCEPT SERVICE. LOOKED UP ON DELAWARE DIVISION OF CORPORATIONS AND THERE WAS NO RECORD OF THIS COMPANT THERE.**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this __12__ day of __June__, 20_08_.

Sworn to and subscribed before me on this __17__ day of __June__, 20_08_ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
ADAM GOLDEN
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **FOX, ROTHSCHILD, OBRIEN &FRANKEL, L.L.P.**
Atty File#:  - Our File# **28286**

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __6/12/2008 @ 10:47__ am by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

X   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __HARRIET WINDSOR, DELAWARE SECRETARY OF STATE.__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __6/12/2008__

_____
Server's signature
D.M. PROFESSIONAL SERVICES
ROBERT DELACY, SPS
Printed name and title
5 ORCHARD LANE
WILMINGTON, DE 19809

Server's address

2008 JUN 12 AM 10 47
DIVISION OF CORPORATIONS
RECEIVED DEPARTMENT OF STATE