UNITED STATES DISTRICT COURT

CASE NO.: 08-338

## AFFIDAVIT OF SERVICE

**LANNETT COMPANY, INC.**

    Plaintiff/Petitioner,

vs.

**KV PHARMACEUTICALS, ET AL.**

    Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **06/11/2008** at **03:59 PM** to be served upon:

**THER-RX CORPORATION C/O DE SEC. OF STATE**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **06/12/2008** at **10:47 AM**, I served the within **SUMMONS AND COMPLAINT; AMENDED COMPLAINT** on **THER-RX CORPORATION C/O DE SEC. OF STATE** at **401 FEDERAL ST., Dover, DE 19901**, in the manner indicated below:

Served the within SUMMONS AND COMPLAINT; AMENDED COMPLAINT on **06/12/2008** Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said SUMMONS AND COMPLAINT; AMENDED COMPLAINT for defendant, THER-RX CORPORATION C/O DE SEC. OF STATE, together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ____ day of _____, 20 __.

Sworn to and subscribed before me on this ____ day of _____, 20 __ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809

800.966.3624
Law Firm: **FOX, ROTHSCHILD, OBRIEN &FRANKEL, L.L.P.**
Atty File#:  - Our File# 28288