

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

June 24, 2008

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

>   Re:   *Lannett Company Inc. v. KV Pharmaceuticals, DrugTech Corporation and Ther-RX Corporation*, C.A. No. 08-338-JJF,
>   **Request For Permission To Have Laptop Computer in Courtroom 4B**

Dear Ms. Krett:

On behalf of KV Pharmaceutical Company, Ther-RX Corp., and Drugtech Corp., we are scheduled to appear in a proceeding in Courtroom 4B on June 25, 2008 and request permission to bring (i) a laptop computer; (ii) a screen; (iii) a projector; and (iv) an elmo to Courtroom 4B to assist in our presentation during the proceeding.

We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

A proposed order is enclosed for the Court's review and consideration. If the proposed order is acceptable to the Court, counsel respectfully requests the Court enter the order. Of course, should the Court have any questions or concerns regarding this request, counsel are available at the Court's convenience.

>   Very truly yours,
>
>   */s/ Anne Shea Gaza*
>   Anne Shea Gaza (#4093)

Enclosure
cc:   David Thomas, United States Marshal (w/ enc., via hand delivery)
      Keith Ash, Chief Court Security Officer (w/ enc., via hand delivery)
      Sophia Siddiqui, Esquire (w/ enc., via email)
      Samuel H. Israel, Esquire (w/ enc., via email)

RLF1-3295758-1

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KV PHARMACEUTICALS, et al., <br><br> *Defendants*. | Civil Action No. 08-338-JJF |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-Plaintiffs*, <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> *Counterclaim-Defendant*. | |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, (i) a laptop computer, (ii) a screen, (iii) a projector, and (iv) an elmo for proceedings on June 25, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

      Frederick L. Cottrell, III      Daniel White

      Anne Shea Gaza      Stanley Sobieski

**SO ORDERED this** ___ **day of June, 2008.**

                                                  Honorable Joseph J. Farnan, Jr.
                                                  United States District Court