**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

LANNETT COMPANY INC.,

                     *Plaintiff,*

    v.

KV PHARMACEUTICALS,
DRUGTECH CORPORATION, and
THER-RX CORPORATION,

                    *Defendants.*

—

KV PHARMACEUTICAL COMPANY,
THER-RX CORP., and DRUGTECH
CORP.,

                *Counterclaim-plaintiffs,*

    v.

LANNETT COMPANY, INC.,

                *Counterclaim-defendant.*

Civil Action No. 08-338

# PUBLIC VERSION

**DECLARATION OF HARRY G. BRITTAIN IN SUPPORT OF**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Harry G. Brittain, declare as follows:

## I.    Summary of Credentials and Professional Experience

1.    I am presently the Institute Director of the Center for Pharmaceutical Physics in Milford,

New Jersey, a private consulting company I established in 1999. My areas of research are

best described as being in the fields of physical pharmacy, with special concentration on

preformulation, formulation design, and substance characterization. I received a bachelor's

degree in 1970 and a master's degree in 1972 from Queens College, New York and a Ph.D.

in physical chemistry from the City University of New York in 1975. Between 1975 and

1976 I was a Postdoctoral Research Fellow at the University of Virginia (Charlottesville, Virginia).

2. From 1996 to 1999 I was Vice-President of Pharmaceutical and Chemical Development at Discovery Laboratories Inc. (located in Doylestown, Pennsylvania), where I was responsible for the non-clinical aspects of drug development and management of all analytical, pharmaceutical, and chemical development efforts. From 1994 to 1996 I held the position of Director of Pharmaceutical and Chemical Development at Ohmeda Pharmaceutical Products Division, Inc. (Murray Hill, New Jersey), where I was responsible for all latter-stage aspects of drug development and management of analytical, pharmaceutical, and chemical development groups. From 1985 to 1994, I was employed by Bristol-Myers Squibb Pharmaceutical Research Institute (New Brunswick, New Jersey), holding positions entailing the supervision of groups engaged in physical analytical chemistry, physical pharmacy, bulk drug analysis, and dosage form analysis.

3. During the period of 1979 to 1985, I started as Assistant Professor of Chemistry, and was then promoted to Associate Professor with tenure at Seton Hall University (South Orange, New Jersey). During that time, I taught numerous courses in general, analytical, inorganic, and physical chemistry. Between 1976 and 1979, I held an appointment as Assistant Professor of Chemistry at Ferrum College (Ferrum, Virginia), teaching general and analytical chemistry. As an Adjunct Associate Professor of Pharmaceutics at Rutgers University (Piscataway, New Jersey) I have taught modules in the Advanced Pharmaceuticals course, and as an Adjunct Professor of Chemistry at Lehigh University (Bethlehem, Pennsylvania) I taught a course in chemical equilibria. I have also taught

numerous short courses on various topics of pharmaceutical physics at meetings of pharmaceutical societies or at the facilities of various companies.

4.    I have had extensive compendial experience as a member of the United States Pharmacopeia. I was a member of the USP Advisory Panel on Physical Test Methods for Excipients from 1991 to 1995, and a member of the USP Committee of Revision on Excipient Test Methods during the 1995-2000 5-year cycle. During the 2000-2005 5-year cycle, I was the Chairman of the USP Expert Committee on Excipient Monograph Content, and during the current 5-year cycle I am a member of the USP Expert Committee on Excipient General Chapters.

5.    I have researched and written extensively on the subject of pharmaceutical physics and physical pharmacy, especially regarding the physical characterization of drug substances and drug products. In addition, I lecture regularly at universities and pharmaceutical symposia (local, national, and international meetings) on the topics of pharmaceutical physics and physical pharmacy.

6.    I have authored approximately 285 research publications and book chapters, and have presented over 145 invited lectures in the pharmaceutical field. I have edited the monographs *Analytical Applications of Circular Dichroism*, *Physical Characterization of Pharmaceutical Solids*, *Polymorphism in Pharmaceutical Solids*, and *Spectroscopy of Pharmaceutical Solids*, and am a co-editor of the monograph *Preformulation in Solid Dosage Form Development*. I am also the Editor-In-Chief of the book series *Profiles of Drug Substances, Excipients, and Related Methodology*, which is now published annually by Elsevier.

3

7.   I am presently an Associate Editor of Physical Pharmacy for the *Journal of Pharmaceutical Sciences*, and a member of the editorial boards of *Pharmaceutical Development and Technology*, *AAPS PharmSciTech*, *Pharmaceutical Technology*, the *Encyclopedia of Pharmaceutical Technology*, and the Informa Press book series *Drugs and the Pharmaceutical Sciences*.

8.   During my academic tenure in 1980, I was named as one of the Teacher-Scholars of the Camille and Henry Dreyfus Foundation. I was elected as a Fellow of the American Association of Pharmaceutical Sciences (AAPS) in 1991, and received the AAPS Research Achievement Award in Analysis and Pharmaceutical Quality in 1998. I was also elected as a member of the International Centre for Diffraction Data in 2001, and in 2006 was elevated to the status of Fellow by the Royal Society of Chemistry.

9.   Additional details of my education and experience are set forth in my curriculum vitae, a copy of which is attached as Exhibit A. This Exhibit also contains listings of books I have edited, papers and book chapters I have authored or co-authored, and invited lectures and short courses I have presented.

10.  The compensation paid to me for my time spent in this study and giving testimony is based on an hourly rate of $325, and this compensation is in no way dependant on the outcome of this litigation.

## II.   Summary of opinion

11.  It is my opinion that claims 1, 21, and 22 of U.S. Patent 6,576,666 are literally infringed by Lannett's product (described in detail below).

12.  Applying the standard for anticipation or obviousness conveyed to me by my counsel, as noted in paragraphs 14-18 below, it is my opinion that none of the prior art of record during

prosecution or the documents attached to Lannett's Amended Complaint as Exhibit 8 anticipates claim 1, 22, or 23 of the '666 patent, nor do any of them, alone or in combination, render the claims obvious.

## III. Legal Standard

13. The following legal standards were conveyed to me by KV's counsel and I have used them as the basis for my opinions on the issues to which they apply.

### A. Anticipation

14. A patent claim is anticipated when a single piece of prior art describes every element of the claimed invention, either expressly or inherently. Prior art includes at least patents and printed publications more than one year before the earliest effective filing date of a particular patent. For inherent anticipation to be found, it is required that the missing descriptive material is necessarily present in the prior art.

### B. Obviousness

15. A patent claim is obvious in view of the prior art if the differences between the claim and the prior art are such that the claimed subject matter as a whole would have been obvious to one of ordinary skill in the art at the time of the invention. If obviousness is to be based on more than one prior art reference, a motivation to combine the references must be shown. This motivation can be shown by the references themselves, the knowledge of one of ordinary skill in the art, or the nature of the problems to be solved.

16. A determination of obviousness involves an analysis of the following factors: (1) the scope and content of the prior art; (2) the differences in the claimed invention and the prior art; (3) the level of ordinary skill in the pertinent art; and (4) certain secondary considerations constituting objective indicia of non-obviousness. Secondary considerations include

5

commercial success of the invention, whether the invention solved a long-felt need, copying of the invention by others in the field, failure by others to solve the problem that the inventor solved, and industry acceptance of the invention.

17.    The level of ordinary skill in the art is determined by several factors, including, but not limited to, the educational level of active workers in the field (excluding the inventor), type of problems encountered in the art, prior solutions to those problems, sophistication of the technology, and rapidity with which innovations are made.

18.    It is my opinion that a person of ordinary skill in the art to which the '666 patent pertains would have a degree in chemistry, pharmacy, or a related field and at least a year of practical experience. For the purposes of the opinions expressed herein, a person of ordinary skill in the art is considered as of 1999.

### C.    Infringement

19.    A patent claim is infringed if each and every element of the claim is found, either literally or by equivalents, in the accused product or method. This Declaration addresses only literal infringement.

## IV.    Materials Relied Upon

20.    In developing the opinions expressed in this Declaration, I have relied upon the following materials: (a) the amended Complaint (including its 10 Exhibits) filed by Lannett Company Inc. (hereinafter "Lannett") on June 10, 2008; (b) the file histories of U.S. Patent 6,258,846 and 6,576,666, including the references cited therein; (c) European Patent application EP 0 705 539 A2; Japanese Patent abstract No. 11-244908, Japanese Patent abstract No. 06-151727, and Japanese Patent abstract No. 07-246679 [all provided in Exhibit 8 of the Amended Complaint]; (d) the package insert for Lannett's product [Exhibit B].

## V.    Background Information on Fatty Acids

21.    A fatty acid is an organic compound that has the general structure form consisting of a long

hydrocarbon chain and containing a carboxylic acid group at one end.  Examples of fatty

acids include omega-3 fatty acids such as α-linolenic acid ("ALA")

H₃C ⟨structure⟩ COOH

eicosapentaenoic acid ("EPA")

⟨structure⟩ COOH / CH₃

and docosahexaenoic acid ("DHA")

⟨structure⟩ COOH / CH₃

as well the unsaturated omega-6 fatty acid linoleic acid (LA).

H₃C ⟨structure⟩ COOH

7

## VI.    U.S. Patent No. 6,576,666

### A.    The specification of the '666 patent

22.    According to the specification of the '666 patent, essential fatty acids are necessary to healthy development of many organ systems, including the nervous, immunological, and cardiovascular systems. Col. 2 lines 10-14. This is true prior to birth and during infancy, and for that reason it is desirable to supplement the diets of pregnant and nursing women with such compounds.

23.    The specification of the '666 patent discloses multiple compositions for enriching breast milk of a woman that comprise fatty acids, vitamins, and minerals, and these compositions include at least two fatty acid compounds. Col. 10 lines 30-31. The first fatty acid is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, their derivatives, and combinations of these. Col. 10 lines 31-34. The second fatty acid is selected from the group consisting of a docosahexaenoic acid compound, an omega-2 fatty acid compound, an omega-3 fatty acid compound, their derivatives, and combinations of these. Col. 10 lines 34-37. The patent also teaches that when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, the omega-3 fatty acid cannot be linolenic acid or a derivative thereof. Col. 10 lines 38-41.

24.    The specification recites particular proportions for the first fatty acid in relation to the second fatty acid, including a weight ratio of the first fatty acid to the second fatty acid compound of about 1:0.1 to 10. Col. 10 lines 49-51.

8

25.    The specification recites that the composition can further comprise vitamins and minerals,

including vitamin C, vitamin E, vitamin $B_6$, folic acid, vitamin D, calcium, and iron.  Col. 11

lines 38-52.

**B.    Claims 1, 21 and 22 of the '666 patent**

26.    Claim 1 of the '666 patent recites the following composition:

1.    A composition for administration to a woman for enriching the breast milk of said
woman to optimize neurological development of an infant breast-fed by the woman,
which comprises:

    a)    about 10 mg to 100 mg of a first fatty acid compound for each compound
selected from the group consisting of a linoleic acid compound, a linolenic
acid compound, a derivative thereof and a combination thereof;

    b)    about 10 mg to 1000 mg of a second fatty acid compound selected from
the group consisting of a docosahexaenoic acid compound, an omega-3
fatty acid, an omega-2 fatty acid, a derivative thereof and a combination
thereof;

    c)    about 10 mg to 125 mg of a vitamin $B_6$ compound or derivative thereof;

    d)    about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

    e)    about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

    f)    about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

    g)    about 10 mg to 400 mg of a vitamin E compound or derivative thereof;
and

wherein the weight ratio of said first fatty acid compound to said second fatty acid
compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich
the breast milk of the woman to optimize neurological development of an infant
breast-fed by the woman.

27.    Claim 21 of the '666 patent depends on claim 1, and further recites that the composition of

claim 1 further comprises one of several other vitamins, including "a vitamin D compound":

21.    The composition of claim 1, additionally
comprising a vitamin compound selected from the group
consisting of a vitamin A compound, a B complex vitamin
compound, a vitamin D compound, and combinations
thereof.

28.    Claim 22 of the '666 patent depends on claim 1, and further recites that the composition of

claim 1 further comprises "a biologically-acceptable mineral compound which is iron":

22.    The composition of claim 1, further comprising a biologically-acceptable mineral compound which is iron.

## VII.    Infringement Analysis

A.    <u>Lannett's product</u>

29.    Counsel provided me with a copy of the package insert for Lannett's product. According to the package insert, Lannett's product has the following ingredients:

| Essential Fatty Acids and Precursors | |
|---|---|
| Omega-3 fatty acids | 300 mg |
| Linoleic Acid | 30 mg |
| Linolenic Acid | 30 mg |
| **Vitamins** | |
| Vitamin C (as calcium ascorbate and calcium threonate) | 25 mg |
| Vitamin $D_3$ (cholecalciferol) | 170 IU |
| vitamin E (dl-alpha-tocopheryl acetate) | 30 IU |
| Folic acid, USP | 1 mg |
| Vitamin $B_6$ (pyridoxine hydrochloride) | 25 mg |
| **Minerals** | |
| Calcium (as calcium carbonate) | 150 mg |
| Carbonyl iron (elemental iron) | 20 mg |
| Ferrochel® amino acid chelate (elemental iron) | 7 mg |

30.    The package insert of Lannett's product states that the calcium is present "as" calcium carbonate. Based on the use of the term "as" on the package insert, I understand that the amount of 150 mg recited on the package insert for calcium is the amount for elemental calcium and not for the compound calcium carbonate. By my calculations, the amount of calcium carbonate (a calcium compound) in Lannett's product is 374.6 mg.[1]

31.    The package insert of Lannett's product also states that the vitamin C is present "as" calcium ascorbate and calcium threonate. Based on the use of the term "as" on the package

---

[1]    Since the molecular weight of calcium is 40.08 and the molecular weight of calcium carbonate is 100.09, then the mass of $CaCO_3$ that would contain 150 mg of calcium equals $\{150 mg*(100.09/40.08)\}$ or 374.6 mg.

insert, I understand that the amount of 25 mg recited on the package insert for vitamin C is

the amount of the ascorbate and not that of the calcium ascorbate. By my calculations, the

amount of calcium ascorbate (a vitamin C compound) in Lannett's product is 27.9 mg.[2]

32.    The package insert for Lannett's product describes the dosages for vitamins $D_3$ and E in

"IU" units. The abbreviation "IU" stands for International Unit, which is a unit of

measurement for the amount of a substance, based on measured biological activity or effect.

For vitamin E in the form of dl-alpha-tocopheryl acetate, 1 IU equals 1 mg. United States

Pharmacopeia, 31st edition (2008), p. 3518. Thus, Lannett's product has 30 mg of a vitamin

E compound.

B.    **Lannett's product literally infringes claim 1 of the '666 patent**

33.    In my opinion, Lannett's product as described on its package insert literally infringes claim

1 of the '666 patent because Lannett's product has all of the ingredients (as well as dosages

and ratios) recited in claim 1 of the '666 patent, as shown below:

| Claim 1 of U.S. Patent 6,576,666 | Lannett's product |
|---|---|
| a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof | 30 mg of linoleic acid plus 30 mg of linolenic acid, for a total of 60mg of the fatty acid |
| b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof | 300 mg of omega-3 fatty acid |

---

[2]    The molecular weight of ascorbate ion is 175.12, so 25 mg of ascorbate is equivalent to 0.143 mmoles.
Calcium ascorbate contains two mmoles of ascorbate per mmole of compound, so the number of mmoles of calcium
ascorbate in the product equals 0.0715. Since the molecular weight of calcium ascorbate is 390.31, then the mass of
this compound in the product equals {0.0715*390.31} or 27.9 mg.

| c) about 10 mg to 125 mg of a vitamin B$_6$ compound or derivative thereof | 25 mg of vitamin B$_6$ |
|---|---|
| d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof | 1 mg of folic acid |
| e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof | 150 mg of calcium, or 374.6 mg of calcium carbonate |
| f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof | 25 mg of vitamin C, or 27.9 mg of calcium ascorbate |
| g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof | 30 mg of vitamin E (30 IU = 30 mg) |
| and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman | ratio is 60:300 which equals <br> 1:5 of first fatty acid to second fatty acid |

**C.    Lannett's product literally infringes claim 21 of the '666 patent**

34.    Claim 21 of the '666 patent depends on claim 1 and further recites that the composition of

claim 1 further comprises one of several vitamins, including "a vitamin D compound." In

examples 1 and 2 in the specification, vitamin D$_3$ is used as a vitamin D compound. Col. 16

lines 40-67. col 17 lines 1-25. In my opinion, Lannett's product literally infringes claim 21

of the '666 patent because it contains vitamin D$_3$ (i.e., cholecalciferol), which is "a vitamin

D compound" as recited in claim 21 of the '666 patent.

| Claim 21 of U.S. Patent 6,576,666 | Defendant's infringing product |
|---|---|
| The composition of claim 1, additionally comprising a vitamin compound selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof. | 170 IU of vitamin D$_3$ |

**D.    Lannett's product literally infringes claim 22 of the '666 patent**

35.    Claim 22 of the '666 patent depends on claim 1 and further recites that the composition of

claim 1 further comprises a "mineral compound which is iron."  In my opinion, Lannett's

product literally infringes claim 21 of the '666 patent because it contains iron.

| Claim 22 of U.S. Patent 6,576,666 | Defendant's infringing product |
|---|---|
| The composition of claim 1, further comprising a biologically-acceptable mineral compound which is iron. | 27mg of iron (20 mg from carbonyl iron and 7mg from iron amino acid chelate) |

## VIII.  Prior Art Analysis

36.    I have reviewed the file history of the '666 patent, as well as that of the parent U.S. Patent

6,258,846, and the references cited therein, and I did not see anything in the references or

otherwise that would teach or suggest the composition recited in claims 1, 21, and 22 of the

'666 patent.

37.    I also have reviewed the following references provided in Exhibit 8 of Lannett's Amended

Complaint: European Patent application EP 0 705 539 A2 (hereinafter "EP '539"), Japanese

Patent abstract No. 11-244908, Japanese Patent abstract No. 06-151727, and Japanese

Patent abstract No. 07-246679.

**EP 0 705 539 A2**

38.    EP '539 recites milk based products for pregnant and lactating women containing fatty

acids.  EP '539 contains the following composition in Table 1 for an additive to be

combined with a milk based powder:

Table I

| | | Analysis per 100 g | |
|---|---|---|---|
| Protein | g | 22.6 | |
| Fat | g | 12.5 | |
| Linoleic acid | mg | 1560 | |
| α-Linolenic acid | mg | 400 | |
| Carbohydrates | g | 55.7 | |
| - Lactose | g | 48.2 | |
| - Dietary fibres | g | 7.5 | |
| Moisture | g | 3.0 | |
| Minerals | g | 6.0 | |
| Calcium | mg | 1000 | |
| Phosphorus | mg | 620 | |
| Ca/P ratio | | 1.6 | |
| Iron | mg | 50 | |
| Copper | µg | 970 | |
| Sodium | mg | 265 | |
| Potassium | mg | 940 | |
| Chloride | mg | 570 | |
| Magnesium | mg | 265 | |
| Zinc | mg | 12.7 | |
| Iodide | µg | 145 | |
| Manganese | µg | 415 | |
| Vitamins | | | |
| A | µg RE (IU) | 667 | (2220) |
| β-carotene | µg | 280 | |
| D₃ | µg (IU) | 8.3 | (332) |
| E | (IU) | 8.3 | |
| K₁ | µg | 63.0 | |
| B₁ | µg | 1250 | |
| B₂ | µg | 1335 | |
| Niacin NE | mg | 14.3 | |
| B₆ | µg | 1835 | |
| Folic acid | µg | 335 | |
| Pantothenic acid | µg | 3300 | |
| B₁₂ | µg | 2.4 | |
| Biotin | µg | 42.0 | |
| C | mg | 58.0 | |
| Energy value | kcal | 400 | |
| | kJ | 1670 | |

39.    Nothing in EP '539 discloses dosages to be used in a supplement. Because EP '539 gives

no dosages at all, it certainly does not disclose a dosage of about 10 mg to 100 mg of a first

fatty acid, or about 10 mg to 1000 mg of a second fatty acid, or about 10 mg to 125 mg of a

vitamin $B_6$ compound, or about 0.1 mg to 3 mg of a folic acid compound, or about 100 mg

14

to 2,000 mg of a calcium compound, or about 25 mg to 500 mg of a vitamin C compound, or about 10 mg to 400 mg of a vitamin E compound (as recited in claim 1 of the '666 patent).

40.    Despite the absence of any information in EP '539 to suggest a dosage of "about 10 mg to 100 mg of a first fatty acid" as recited in claim 1 of the '666 patent, if someone were to arbitrarily select a quantity of the material of Table 1 to obtain the recited claimed amounts of a first fatty acid, none of the quantities of vitamins and minerals corresponding to that amount of the Table I substance would fall within the claimed ranges of the '666 patent. Indeed, as shown below, in a number of cases they would be off by factors of more than 100 times.

41.    To illustrate the lack of correspondence between the composition of EP '539 and that of claims 1, 21, and 22 of the '666 patent, I have prepared the following table. The second and third columns of the table present quantities obtained by dividing the amounts of ingredients provided in EP '539 by a factor that provides the endpoints of the range (10 mg or 100 mg) of a first fatty acid as claimed in claim 1 of the '666 patent.

| | Claim 1 of the '666 patent | Amounts in Table 1 of EP '539 divided by a factor of 196 (i.e., to obtain 10 mg of a first fatty acid) | Amounts in Table 1 of EP '539 divided by a factor of 19.6 (i.e., to obtain 100 mg of a first fatty acid) |
|---|---|---|---|
| vitamin $B_6$ | 10 to 125 mg | 0.009 mg (off by a factor of at least 1,110 times) | 0.09 mg (off by a factor of at least 111 times) |
| folic acid | 0.1 to 3 mg | 0.0017 mg (off by a factor of at least 60 times) | 0.017 mg (off by a factor of at least 6 times) |
| calcium | 100 to 2,000 mg | 5 mg (off by a factor of at least 20 times) | 50 mg (off by a factor of at least 2 times) |
| vitamin C | 25 to 500 mg | 0.3 mg (off by a factor of at least 80 times) | 3 mg (off by a factor of at least 8 times) |
| vitamin E | 10 mg to 400 mg | 0.042 mg (off by a factor of at least 240 times) | 0.42 mg (off by a factor of at least 24 times) |

**Japanese Patent Abstracts from Exhibit 8 of the Amended Complaint**

42. Japanese Patent abstract Number 11-244908 discloses preparation for producing breads containing DHA where the smell of fish is substantially suppressed. The abstract discloses that liquid egg and a DHA-containing oil and fat are to be added to bread dough in order to produce bread useful as a food for an old person, a pregnant woman, or a child in a growth period who needs to ingest a large amount of DHA. This abstract does not teach or suggest the claimed composition of claim 1 of the '666 patent. For example, it does not disclose ingredients other than DHA, nor does it disclose the dosages and ratios recited in claim 1.

43. Japanese Patent abstract Number 06-151727 discloses incorporation of DHA in amounts of 0.05%-0.07% by weight into lactic acid beverages. This abstract does not to teach or suggest the claimed composition of claim 1 of the '666 patent. For example, it does not disclose ingredients other than DHA and calcium (and vitamins and anti-oxidants generally), nor does it disclose the dosages and ratios recited in claim 1.

44. Japanese Patent abstract Number 07-246679 discloses incorporation of DHA in an amount that is less than 40 mol% for use in food and drinks. This abstract does not to teach or suggest the claimed composition of claim 1 of the '666 patent. For example, it does not disclose ingredients other than DHA, nor does it disclose the dosages and ratios recited in claim 1.

45. I did not see anything in the prior art of record and the documents attached to Exhibit 8, which when combined with EP '539 and above noted JP abstracts, teaches or suggests compositions of claim 1, 22, or 23 of the '666 patent.

46. Applying the standard for anticipation or obviousness conveyed to me by my counsel as noted in paragraphs 14-18 above, it is my opinion that none of the references anticipate

claim 1, 22, or 23 of the '666 patent, nor do any of them, alone or in combination, render the claims obvious.

47.    Accordingly, based on the prior art available to me at this time, I see no reason to conclude that these claims are invalid over the prior art.

48.    I reserve the right to evaluate and respond if Lannett or its experts submit other references, or otherwise provide information or arguments in support of Lannett's contention that any of claims 1, 22, or 23 of the '666 patent are invalid or not infringed.


I declare under penalty of perjury that the foregoing is true and correct.


DATED:  June 16, 2008

Harry G. Brittain, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

Chad M. Shandler (#3796)
shandler@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Sophia Siddiqui
> Fox Rothschild LLP
> 919 Market Street, Suite 1300
> P. O. Box 2323
> Wilmington, DE   19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

> Samuel H. Israel
> Gerard P. Norton
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia,. PA   19103

Anne Shea Gaza (#4093)
gaza@rlf.com

# EXHIBIT A

# Harry G. Brittain, PhD, FRSC

Center for Pharmaceutical Physics
10 Charles Road
Milford, NJ 08848

tel.: (908)-996-3509                                                      fax: (908)-996-3560

Email: hbrittain@centerpharmphysics.com

Education
>    Ph.D. (Physical Chemistry)          City University of New York (February, 1975)
>    M.S.  (Physical Chemistry)          Queens College (June, 1972)
>    B.S.  (Chemistry)                   Queens College (June, 1970)

**Experience (Industrial)**
**Center for Pharmaceutical Physics (Milford, NJ)**
>    Institute Director (May 1999 to present)
>>        Providing consultation in all areas of pharmaceutical physics and physical
>>        pharmacy, including preformulation, formulation design, and product
>>        characterization.  Special areas of expertise are in the polymorphism of drug
>>        substances, and in the physical characterization of pharmaceutically related
>>        materials.  Also consult in subjects dealing with chirality and optically active
>>        substances, with a special interest in enantiomeric drug substances.
>>        The Center for Pharmaceutical Physics features a full array of equipment
>>        suitable for contract work and research in solid state science and spectroscopy.
>>        On site is instrumentation that measures x-ray powder diffraction, differential
>>        scanning calorimetry, Fourier-transform infrared absorption spectroscopy,
>>        kinetic and equilibrium solubility, surface tension, conductivity, powder
>>        characteristics, UV/VIS absorption and diffuse reflectance, polarimetry,
>>        fluorescence, and circularly polarized luminescence.

**Discovery Laboratories, Inc. (formerly Acute Therapeutics, Inc.; Doylestown, PA)**
Vice President, Pharmaceutical Development (November 1996 to April 1999)
>>        Held responsibility for all non-clinical aspects of drug development at DLI, and
>>        managed the entire range of analytical, pharmaceutical, and chemical
>>        development efforts.  Also held responsibility for the design, formulation, and
>>        development of all new products.

**Ohmeda Pharmaceutical Products Division, Inc. (Murray Hill, NJ)**
Director, Pharmaceutical, Analytical, and Chemical Development (July 1994 to October
1996)
>>        Responsible for all latter-stage aspects of drug development at Ohmeda,
>>        managing the Analytical, Pharmaceutical, and Chemical Development groups.
>>        Coordinated the CMC development of parenteral products from product concept
>>        to drug registration.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

### Bristol-Myers Squibb Pharmaceutical Research Institute (New Brunswick, NJ)
Senior Research Fellow (May 1993 to June 1994)
Associate Director (December 1990 to April 1993)
Senior Group Leader (April 1989 December 1990)
Group Leader (November 1987 to April 1989)
Research Fellow (November 1986 to November 1987)
Senior Research Investigator (November 1985 to November 1986)
> Held positions entailing the supervision of groups engaged in physical analytical chemistry, physical pharmacy, bulk drug analysis, and dosage form analysis.

### Experience (Academic)

### Rutgers University (Piscataway, NJ)
Adjunct Associate Professor of Pharmaceutics (July 1993 to June 1997; October 2001 to June 2002)
> Taught sections of the Advanced Pharmaceutics course, and co-sponsored the thesis work of one graduate student

### Lehigh University (Bethlehem, PA)
Visiting Research Scientist (June 1998 to June 2001)
> Act as consultant to the Department of Chemistry for the design of short courses of interest to the pharmaceutical industry, and have taught in the Distance Education program

Adjunct Associate Professor of Chemistry (Fall 1999 semester)
> Taught Chemistry-31, "Equilibria in Chemical Systems"

### Seton Hall University (South Orange, NJ)
Associate Professor of Chemistry, with Tenure (September 1982 to October 1985)
Assistant Professor of Chemistry (September 1979 to August 1982)
> Taught numerous courses in physical, general, and inorganic chemistry, and graduated eight Ph.D. and four M.S. students

### Ferrum College (Ferrum, VA)
Assistant Professor of Chemistry (September 1976 to August 1979)
> Taught courses in general, analytical, and environmental chemistry

### University of Virginia (Charlottesville, VA)
Postdoctoral Research Fellow (February 1975 to August 1976)
> Worked on chiroptical spectroscopy investigations in collaboration with Professors F.S. Richardson and P.N. Schatz

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

## Awards

Teacher-Scholar of the Camille and Henry Dreyfus Foundation, 1980-85

Innovation Quality/Productivity Award, sponsored by Bristol-Myers Squibb Co., 1990

Fellow of the American Association of Pharmaceutical Scientists, 1991

Research Achievement Award, APQ Section of the American Association of Pharmaceutical Scientists, 1998

## Editorial Responsibilities

(a) Editorial Advisory Board Membership

*Journal of Coordination Chemistry*, April 1986 to July 1994
*Analytical Profiles of Drug Substances*, May 1988 to May 1991
*Pharmaceutical Research*, February 1990 to June 1995
*Instrumentation Science & Technology*, June 1990 to December 2001
*Journal of Pharmaceutical and Biomedical Research*, January 1992 to April 1993
*Pharmaceutical Technology*, January 1993 to present
*Chirality*, January 1995 to December 2007
*Saudi Pharmaceutical Journal*, April 1995 to December 2001
*Pharmaceutical Research*, January 1998 to December 2005
*AAPS PharmSci*, January 1999 to December 2007
*Journal of Pharmaceutical Sciences*, January 1999 to December 2005
*Journal of Pharmaceutical and Biomedical Research*, January 1999 to December 2002
*AAPS PharmSciTech*, August 2001 to present
*Encyclopedia of Pharmaceutical Technology*, June 2003 to present

(b) Publication Management

*Journal of the Electrochemical Society*, Divisional Editor, January 1984 to December 1987
*Analytical Profiles of Drug Substances and Excipients*, Editor, June 1991 to December 2002
*Journal of Pharmaceutical and Biomedical Research*, Assistant Editor, January 1994 to December 1998
American Association of Pharmaceutical Sciences Publications Board, Member At Large, 2001 to present
*Pharmaceutical Development and Technology*, Book Review Editor, November 1998 to present
*Profiles of Drug Substances, Excipients, and Related Methodology*, Editor, January 2003 to present
*Pharmaceutical Research*, Field Editor for Preformulation, January 2003 to December 2005
*Journal of Pharmaceutical Sciences*, Associate Editor for Physical Pharmacy, January 2006 to present

3

Curriculum vitae, Harry G. Brittain, PhD, FRSC                     February, 2008

## Scholarly Activities

Published 18 edited books since 1992

Published over 285 research papers and book chapters since 1975

Presented over 120 invited lectures since 1987

Taught 25 short-courses since 1988

## Compendial (United States Pharmacopeia) Activities

Member: USP Advisory Panel I on Physical Test Methods, formed at the recommendation of the Excipients Subcommittee (May 1991 to August 1995)

Member: USP Advisory Panel II on Physical Test Methods, formed at the recommendation of the Excipients 2 Subcommittee (August 1995 to April 2000)

Member: USP Committee of Revision. Duties were divided between the Excipients 2 Subcommittee (2/3 effort) and the Chemistry 4 Panel (1/3 effort) (August 1995 to April 2000)

Chairman: USP EMC Expert Committee (Excipients: Monograph Content), April 2000 to April 2005.

Member: USP Excipients General Chapters Expert Committee, April 2005 to present.

## Professional Societies

American Association of Pharmaceutical Scientists (Fellow)

American Chemical Society (member)

Royal Society of Chemistry (Fellow)

Controlled Release Society (member)

Parenteral Drug Association (member)

International Centre for Diffraction Data (member)

Society of Fluorescence (member)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

## Books Edited by Harry G. Brittain, Ph.D.

### (a) Published Volumes

(1)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **21**
       ISBN 0-12-260821-6
       Academic Press, San Diego, 1992

(2)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **22**
       ISBN 0-12-260822-4
       Academic Press, San Diego, 1993

(3)    N. Purdie and H.G. Brittain, eds.
       *Analytical Applications of Circular Dichroism*
       ISBN 0-444-89508-6
       Elsevier Science Publishers, Amsterdam, 1994

(4)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **23**
       ISBN 0-12-260823-2
       Academic Press, San Diego, 1994

(5)    H.G. Brittain, ed.
       *Physical Characterization of Pharmaceutical Solids*
       ISBN 0-8247-9372-2
       Marcel Dekker, New York, 1995

(6)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **24**
       ISBN 0-12-260824-0
       Academic Press, San Diego, 1996

(7)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **25**
       ISBN 0-12-260825-9
       Academic Press, San Diego, 1998

(8)    H.G. Brittain, ed.
       *Polymorphism in Pharmaceutical Solids*
       ISBN 0-8247-0237-9
       Marcel Dekker, New York, 1999

(9)    H.G. Brittain, ed.
       *Analytical Profiles of Drug Substances and Excipients*, volume **26**
       ISBN 0-12-260826-7
       Academic Press, San Diego, 1999

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(10)    H.G. Brittain, ed.
        *Analytical Profiles of Drug Substances and Excipients*, volume **27**
        ISBN 0-12-260827-5
        Academic Press, San Diego, 2001

(11)    H.G. Brittain, ed.
        *Analytical Profiles of Drug Substances and Excipients*, volume **28**
        ISBN 0-12-260828-3
        Academic Press, San Diego, 2001

(12)    H.G. Brittain, ed.
        *Analytical Profiles of Drug Substances and Excipients*, volume **29**
        ISBN 0-12-260829-1
        Academic Press, San Diego, 2002

(13)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **30**
        ISBN 0-12-260830-5
        Elsevier Academic Press, Amsterdam, 2003

(14)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **31**
        ISBN 0-12-260831-3
        Elsevier Academic Press, Amsterdam, 2004

(15)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **32**
        ISBN 0-12-260832-1
        Elsevier Academic Press, Amsterdam, 2005

(16)    H.G. Brittain
        *Spectroscopy of Pharmaceutical Solids*
        ISBN 1-57444-893-5
        Taylor & Francis, New York, 2006

(17)    M.C. Adeyeye and H.G. Brittain, eds.
        *Preformulation in Solid Dosage Form Development*
        ISBN 0-8247-5809-9
        Informa Healthcare Press

(18)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **33**
        ISBN 0-12-260833-9
        Elsevier Academic Press, Amsterdam, 2007

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

**(b) Book Projects Currently in Press**

(19)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **34**
        To be published by Elsevier Academic Press

**(c) Book Projects under Development**

(20)    H.G. Brittain, ed.
        *Profiles of Drug Substances, Excipients, and Related Methodology*, volume **35**
        To be published by Elsevier Academic Press

(21)    H.G. Brittain, ed.
        *Polymorphism in Pharmaceutical Solids*, 2nd edition
        To be published by Informa Healthcare Press

## Research Publications and Book Chapters Published by Harry G. Brittain

(1)     H.G. Brittain
        "Proton Magnetic Resonance Spectrum of Magnesium Acetylacetonate in
        Deuterochloroform: Evidence for Conformational Equilibrium"
        *Inorg. Chem.*, **14**, 2858 (1975)

(2)     T.L. Miller, D.J. Nelson, H.G. Brittain, F.S. Richardson, R.B. Martin, and C.M. Kay
        "Calcium Binding Sites of Rabbit Troponin and Carp Parvalbumin"
        *FEBS Lett.*, **58**, 262 (1975)

(3)     H.G. Brittain and R.L. Disch
        "The He(I) Photoelectron Spectra of Some Bivalent Transition Metal β-Diketonate
        Complexes"
        *J. Electron Spect. Rel. Phen.*, **7**, 475 (1975)

(4)     H.G. Brittain, F.S. Richardson, R.B. Martin, L.D. Burtnick, and C.M. Kay
        "Circularly Polarized Emission of Tb(III) Substituted Bovine Cardiac Troponin-C"
        *Biochem. Biophys. Res. Comm.*, **68**, 1013 (1976)

(5)     H.G. Brittain and F.S. Richardson
        "pH Dependence of Circularly Polarized Emission and Total Emission from Eu(III)/L-
        Malic Acid and Eu(III)/L-Malic Acid/Tb(III) Complexes in $H_2O$ and $D_2O$ Solutions"
        *Inorg. Chem.*, **15**, 1507 (1976)

(6)     H.G. Brittain and F.S. Richardson
        "Circularly Polarized Emission Studies on the Chiral Nuclear Magnetic Resonance
        Lanthanide Shift Reagent tris[3-trifluoroacetyl-*d*-camphorato]-Eu(III)"
        *J. Am. Chem. Soc.*, **98**, 5858 (1976)

(7)     H.G. Brittain, F.S. Richardson, J.P. Jasinski, W.C. Yeakel, and P.N. Schatz
        "Magnetic Circularly Polarized Emission from Crystalline $Cs_2ZrCl_6$:Re(IV)"
        *J. Phys. Chem.*, **80**, 2228 (1976)

(8)     H.G. Brittain and F.S. Richardson
        "Emission Titration Studies on the Formation of $Eu(FOD)_3$:Substrate Adducts in
        Solution"
        *J. Chem. Soc. Dalton Trans.*, 2253 (1976)

(9)     H.G. Brittain, F.S. Richardson, and R.B. Martin
        "Tb(III) Emission as a Probe of Ca(II) Binding Sites in Proteins"
        *J. Am. Chem. Soc.*, **98**, 8255 (1976)

(10)    H.G. Brittain and F.S. Richardson
        "Circularly Polarized Emission Studies of Chiral and Achiral Eu(III) β-Diketonate
        Complexes in an Optically Active Solvent"
        *J. Am. Chem. Soc.*, **99**, 65 (1976)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(11)    H.G. Brittain and F.S. Richardson
        "Solvent Induced Circularly Polarized Emission from Fluorescein"
        *J. Phys. Chem.*, **80**, 2590 (1976)

(12)    W.C. Yeakel, R.W. Schwartz, H.G. Brittain, J.L. Slater, and P.N. Schatz
        "Magnetic Circularly Polarized Emission Magnetic Circular Dichroism of Resolved
        Vibronic d-Lines of $Cs_2GeF_6$:Mn(IV)"
        *Mol. Phys.*, **32**, 1751 (1976)

(13)    H.G. Brittain and F.S. Richardson
        "Intermolecular Energy Transfer Between $Tb(THD)_3$ and $Eu(THD)_3$ Complexes in
        Solution"
        *J. Chem. Soc. Far. Trans. II*, **73**, 545 (1977)

(14)    H.G. Brittain and F.S. Richardson
        "Circularly Polarized Emission Studies of Tb(III) and Eu(III) Complexes with Potentially
        Terdentate Amino Acids in Aqueous Solutions"
        *Bioinorg. Chem.*, **7**, 233 (1977)

(15)    G.L. Hilmes, H.G. Brittain, and F.S. Richardson
        "Optical Activity of the $^4A_2 \leftrightarrow {}^2E$ Transition in $[Cr(en)_3]^{3+}$"
        *Inorg. Chem.*, **16**, 528 (1977)

(16)    H.G. Brittain
        "Hydroxynaphthol Blue as a Spectrophotometric and Fluorometric Reagent for the
        Uranyl Ion"
        *Anal. Lett.*, **10**, 263 (1977)

(17)    H.G. Brittain
        "Spectrophotometric Microdetermination of Alkaline Earth and Lanthanide Elements
        with Hydroxynaphthol Blue and Ethylenediaminetetraacetic Acid"
        *Anal. Chem.*, **49**, 969 (1977)

(18)    R.W. Schwartz, H.G. Brittain, J.P. Riehl, W.C. Yeakel, and F.S. Richardson
        "Magnetic Circularly Polarized Emission and Magnetic Circular Dichroism of the $^7F_J \leftrightarrow$
        $^5D_4$ Transitions in Crystalline $Cs_2NaTbCl_6$"
        *Mol. Phys.*, **34**, 361 (1977)

(19)    H.G. Brittain
        "Complex Formation Between Hydroxynaphthol Blue and First Row Transition Metal
        Cyanide Complexes"
        *Anal. Lett.*, **10**, 1105 (1977)

(20)   H.G. Brittain
       "Use of Hydroxynaphthol Blue in the Ultramicro Determination of Alkaline Earth and
       Lanthanide Elements: An improved Method"
       *Anal. Chim. Acta*, **96**, 165 (1978)

(21)   H.G. Brittain and F.S. Richardson
       "Circular Dichroism and Absorption Spectra of Chiral Ketone:$I_2$ Complexes in Solution"
       *J. Chem. Soc. Far. Trans. II*, **74**, 1151-1157 (1978)

(22)   H.G. Brittain
       "Binding of Transition Metal Ions by the Calcium Indicator Hydroxynaphthol Blue"
       *Anal. Lett.*, **11**, 355 (1978)

(23)   H.G. Brittain
       "Intermolecular Energy Transfer Between Lanthanide Complexes in Aqueous Solution.
       1. Transfer from Tb(III) to Eu(III) Complexes of Pyridinecarboxylic Acids"
       *Inorg. Chem.*, **17**, 2762 (1978)

(24)   H.G. Brittain
       "Emission Intensity of Tb(III) Bound to Benzenecarboxylic Acid Derivatives"
       *J. Luminescence*, **17**, 411 (1978)

(25)   A. Recca, F. Bottino, P. Finocchiaro, and H.G. Brittain
       "Static Stereochemistry of the β-Diketone Complexes of Group II Metals"
       *J. Inorg. Nucl. Chem.*, **40**, 1997 (1978)

(26)   H.G. Brittain, G. Horozoglu, and A.D. Baker
       "The He(I) Photoelectron Spectra of Some Substituted Co(III) Acetylacetonate
       Complexes"
       *J. Electron Spect. Rel. Phen.*, **16**, 107 (1979)

(27)   H.G. Brittain
       "Intermolecular Energy Transfer Between Lanthanide Complexes in Aqueous Solution.
       2. Transfer from Tb(III) to Eu(III) Complexes of Phthalic and Hemimellitic Acids"
       *J. Inorg. Nucl. Chem.*, **41**, 561 (1979)

(28)   H.G. Brittain
       "Intermolecular Energy Transfer Between Lanthanide Complexes in Aqueous Solution.
       3. Transfer from Tb(III) to Eu(III) Complexes of Trimellitic, Pyromellitic, and Trimesic
       Acids"
       *J. Inorg. Nucl. Chem.*, **41**, 567 (1979)

(29)   H.G. Brittain
       "Emission Titration Studies of the Adduct Formation Between Achiral Eu(III) β-
       Diketonates and Substrates"
       *J. Chem. Soc. Dalton Trans.*, 1187 (1979)

(30)    H.G. Brittain
        Cooperative Binding of Amine Substrate Molecules by Chiral Eu(III) Shift Reagents"
        *J. Am. Chem. Soc.*, **101**, 1733 (1979)

(31)    H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes in Aqueous Solution.
        4. Stereoselectivity in the Transfer from Tb(III) to Eu(III) Complexes of Aspartic Acid"
        *Inorg. Chem.*, **18**, 1740 (1979)

(32)    H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes in Aqueous Solution.
        5. Stereoselectivity in the Transfer from Tb(III) to Eu(III) Complexes of Malic Acid"
        *J. Inorg. Nucl. Chem.*, **41**, 721 (1979)

(33)    H.G. Brittain
        "Spectrophotometric Determination of Lanthanide Elements with the Calcium Binding
        Indicator Calmagite"
        *Anal. Chim. Acta*, **106**, 401 (1979)

(34)    H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes. 6. Influence of
        Metal-to-Ligand Ratio in the Transfer from Tb(III) to Eu(III) Complexes of L-Histidine"
        *J. Luminescence*, **21**, 43 (1979)

(35)    H.G. Brittain
        "Solution Chemistry of Lanthanide Complexes. 1. Spectroscopic Studies of the
        Complexes Formed Between Lanthanide Ions and Hydroxyamino Acids"
        *J. Inorg. Nucl. Chem.*, **41**, 1775 (1979)

(36)    H.G. Brittain
        "Correlation of Circularly Polarized Luminescence Induced in Tb(THD)$_3$ by Chiral
        Solvents with the Absolute Configuration of those Solvents"
        *J. Am. Chem. Soc.*, **102**, 1207 (1980)

(37)    Z. Konteatis and H.G. Brittain
        "Stereoselectivity in Lanthanide Complexes of Malic Acid"
        *Inorg. Chim. Acta*, **40**, 51 (1980)

(38)    H.G. Brittain
        "Solution Chemistry of Lanthanide Complexes. 2. Emission Titration Studies of the
        Adduct Formation Between Eu(III) β-Diketonate Complexes and Phosphate Esters"
        *Inorg. Chem.*, **19**, 640 (1980)

(39)    H.G. Brittain
        "Photodecomposition of the Tb(III) Chelate of 2,2,6,6-tetramethyl-3,5-heptanedione in
        Various Alcohol Solvents"
        *J. Phys. Chem.*, **84**, 840 (1980)

(40)    H.G. Brittain
        "Circularly Polarized Luminescence Studies of Mixed-Ligand Lanthanide Complexes
        Having the General Formula Tb(Pyridine-2,6-dicarboxylic acid)$_m$(L-Malic acid)$_n$, where
        m = 0-3 and n = 0-2"
        *Inorg. Chem.*, **19**, 2136 (1980)

(41)    H.G. Brittain
        "Circularly Polarized Luminescence Studies of the Ternary Complexes Formed Between
        Tb(III), Pyridine-2,6-dicarboxylic Acid, and Amino Acids"
        *J. Am. Chem. Soc.*, **102**, 3693 (1980)

(42)    H.G. Brittain
        "Solvent Dependence of the Circularly Polarized Luminescence Studies of the Tb(III)
        Chelate of 3-Acetyl-*d*-camphor"
        *Inorg. Chem.*, **19**, 2233 (1980)

(43)    H.G. Brittain and D.L. Perry
        "Luminescence Spectra of the Uranyl Ion in Two Geometrically Similar Coordination
        Environments: Uranyl Nitrate Hexahydrate and Di-μ-aquo-bis[dioxobis(nitrato)U(VI)]-
        diimidazole"
        *J. Phys. Chem.*, **84**, 2630 (1980)

(44)    J.S. Madaras and H.G. Brittain
        "Induced Optical Activity in the Tb(III) Complex of Pyridine-2,6-dicarboxylic acid
        Through Outer-Sphere Coordination with L-Ascorbic Acid"
        *Inorg. Chim. Acta*, **42**, 109 (1980)

(45)    H.G. Brittain
        "Circularly Polarized Luminescence Studies of the Optical Activity Induced in the
        Eu(III) Chelate of 4,4,4-Trifluoro-1-(2-thienyl)-butane-1,3-dione Through Adduct
        Formation with Cinchona Alkaloids"
        *J. Chem. Soc. Dalton Trans.*, 2369 (1980)

(46)    J.S. Madaras and H.G. Brittain
        "Induced Optical Activity in the Tb(III) Complex of Pyridine-2,6-dicarboxylic acid
        Through Association with Resolved Tris(ethylenediamine)Cr(III)"
        *Inorg. Chem.*, **19**, 3841 (1980)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(47)  H.G. Brittain
      "Optical Activity Induced in Tris[4,4,4-trifluoro-1-(2-thienyl)-butane-1,3-dione] Eu(III)
      by Association with Chiral Amino Alcohols"
      *Inorg. Chem.*, **19**, 3473 (1980)

(48)  H.G. Brittain, D.L. Ambrozich, M. Saburi, and J.H. Fendler
      "Enhanced Optical Activity Associated with Chiral 1-[1-hydroxyhexyl]-pyrene Eximer
      Formation"
      *J. Am. Chem. Soc.*, **102**, 6372 (1980)

(49)  F.S. Richardson and H.G. Brittain
      "A Structural Study of Tris(β-diketonato) Eu(III) Complexes in Solution Using Magnetic
      Circularly Polarized Luminescence Spectroscopy"
      *J. Am. Chem. Soc.*, **103**, 18 (1981)

(50)  A. Wallo and H.G. Brittain
      "Photochemical Behavior of the Nd(III) and Ho(III) Complexes of
      Ethylenediaminetetraacetic Acid"
      *J. Inorg. Nucl. Chem.*, **43**, 561 (1981)

(51)  H.G. Brittain
      "Vicinal Effects Observed in the Circularly Polarized Luminescence Spectra of Mixed-
      Ligand Tb(III) Complexes"
      *Inorg. Chim. Acta*, **53**, L7 (1981)

(52)  H.G. Brittain
      Circularly Polarized Luminescence Studies of Tb(III) Complexes of Hydroxycarboxylic
      Acids"
      *Inorg. Chem.*, **20**, 959 (1981)

(53)  H.G. Brittain and Z. Konteatis
      "Solution Chemistry of Lanthanide Complexes. 3. Spectroscopic Studies of Lanthanide
      Complexes of Glycine and Polyglycines"
      *J. Inorg. Nucl. Chem.*, **43**, 1719 (1981)

(54)  Z. Konteatis and H.G. Brittain
      "Solution Chemistry of Lanthanide Complexes. 4. Stability Constants of the 1:1
      Complexes of Gd(III) with Glycine and Polyglycines"
      *J. Inorg. Nucl. Chem.*, **43**, 1675 (1981)

(55)  C.K. Chan and H.G. Brittain
      "Optical Activity of Mixed-Ligand Eu(III) Chelates Containing Chiral and Achiral β-
      Diketone Ligands"
      *J. Inorg. Nucl. Chem.*, **43**, 2399 (1981)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(56)    R.A. Copeland and H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes. 7. Study of the
        Possible Self-Association Between 1:1 Complexes of Lanthanides and Pyridine-2,6-
        Dicarboxylic Acid"
        *J. Inorg. Nucl. Chem.*, **43**, 2499 (1981)

(57)    H.G. Brittain and D.L. Perry
        "Photophysical Studies of Uranyl Complexes. 2. Evidence for Splitting of the
        Luminescent Excited-State of the Uranyl Ion"
        *J. Phys. Chem.*, **85**, 3073 (1981)

(58)    H.G. Brittain
        "Optical Activity Induced in Tb(III)-Tris(Pyridine-2,6-Dicarboxylate Through by
        Association with Certain Chiral Amino Acids"
        *Inorg. Chem.*, **20**, 3007 (1981)

(59)    H.G. Brittain, Z. Konteatis, S. Janusz, and D.L. Perry
        "Photophysical Studies of Uranyl Complexes. 3. Photodecomposition of the Uranyl
        Complexes of Ethylenediaminetetraacetic Acid and Diethylenetriaminepentaacetic acid"
        *Inorg. Chim. Acta*, **51**, 39 (1981)

(60)    X. Yang and H.G. Brittain
        "Optical Activity Induced in the Eu(III) Complexes of β-Diketones Through Association
        with Phenylalkylamines and Phenylalkylamino Alcohols"
        *Inorg. Chem.*, **20**, 4273 (1981)

(61)    H.G. Brittain
        "Optical Activity in Mixed-Ligand Tb(III) Complexes Containing Pyridine-2,6-
        dicarboxylic Acid and Chiral Hydroxycarboxylic Acids"
        *Inorg. Chem.*, **20**, 4267 (1981)

(62)    H.G. Brittain
        "Excited-State Optical Activity of a Cyclodextrin Inclusion Compound"
        *Chem. Phys. Lett*, **83**, 161 (1981)

(63)    X. Yang and H.G. Brittain
        "Circularly Polarized Luminescence Studies of the Adducts Formed Between
        Tris[6,6,7,7,8,8,8-heptafluoro-2,2-dimethyl-3,5-octanedionato) Eu(III) and Chiral Amino
        Alcohols"
        *Inorg. Chim. Acta*, **57**, 165 (1982)

(64)    H.G. Brittain
        "Optical Activity of Mixed-Ligand Complexes of Tb(III) with Dipicolinate and
        Hydroxycarboxylic Acids"
        ***The Rare Earths in Science and Technology***, Volume 3, K.A. Gschneider and H.B.
        Silber, eds., Plenum Press, New York, 1982, pp. 31-34

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(65)    X. Yang and H.G. Brittain
        "Evidence for Schiff Base Formation in the Addition of Amino Alcohols to the Eu(III)
        Chelates of Benzoylacetone and Dibenzoylmethane"
        *Inorg. Chim. Acta*, **59**, 261 (1982)

(66)    F. Yan, R.A. Copeland, and H.G. Brittain
        "Optical Activity Induced in the Tb(III) and Eu(III) Tris Complexes of Pyridine-2,6-
        dicarboxylate Through Association with Monoamino- and Diaminocarboxylic Acids"
        *Inorg. Chem.*, **21**, 1180 (1982)

(67)    F. Yan and H.G. Brittain
        "Pfeiffer Effect Optical Activity Developed in Lanthanide Tris(pyridine-2,6-
        dicarboxylate) Complexes by Chiral Tartrate Substrates"
        *Polyhedron*, **1**, 195 (1982)

(68)    H.G. Brittain
        "Studies of the Pfeiffer Effect Developed in Tris(pyridine-2,6-dicarboxylate) Tb(III) by
        Phenylalkylamines, Phenylalkylamino Alcohols, and Phenylalkylamino Acids"
        *Inorg. Chem.*, **21**, 2955 (1982)

(69)    H.G. Brittain and D.L. Perry
        "Luminescence Studies on Lanthanide Oxides. Thermal and Hydration Effects on the
        Metal Ion Site Symmetry in Europium Oxide Catalysts"
        *J. Catalysis*, **77**, 94 (1982)

(70)    H.G. Brittain
        "Stereoselectivity Observed Upon Adduct Formation of Tris(Trifluoroacetyl-*d*-camphor)
        Eu(III) and tris(Heptafluoro-butyryl-*d*-camphor) Eu(III) with Formamide and Acetamide
        Derivatives"
        *J. Chem. Soc. Dalton Trans.*, 2059 (1982)

(71)    R.A. Copeland and H.G. Brittain
        "Optical Activity in Mixed-Ligand Tb(III) Complexes Containing 5-Sulfosalicylic Acid
        and Chiral Hydroxycarboxylic Acids"
        *Polyhedron*, **1**, 693 (1982)

(72)    R.A. Copeland and H.G. Brittain
        "Optical Activity in Mixed-Ligand Tb(III) Complexes Containing 1,2-
        Benzenedicarboxylic Acid and Chiral Hydroxycarboxylic Acids
        *J. Luminescence*, **27**, 307 (1982)

(73)    M. Ransom and H.G. Brittain
        "Circularly Polarized Luminescence Studies of the Eu(III) Bis(Pyridine-2,6-
        Dicarboxylate) Complexes with Chiral $\alpha$-Hydroxycarboxylic Acids"
        *Inorg. Chim. Acta*, **65**, L147 (1982)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(74)    H.G. Brittain
        "Stereoselectivity in the Adduct Formation Between Chiral Eu(III) β-Diketone
        Complexes and Sulfoxides, Sulfones, and Phosphate Esters"
        *Polyhedron*, **2**, 261 (1983)

(75)    H.G. Brittain and K.H. Pearson
        "Circularly Polarized Luminescence Studies of the Tb(III) and Eu(III) Complexes with
        (R)-1,2-Propanediaminetetraacetic Acid and (R,R)-*trans*-1,2-
        cyclohexanediaminetetraacetic Acids"
        *Inorg. Chem.*, **22**, 78 (1983)

(76)    H.G. Brittain
        "Chiral Lanthanide Compounds"
        *Coord. Chem. Rev.*, **48**, 243 (1983)

(77)    H.G. Brittain
        "Solution Chemistry of Lanthanide Complexes.  5.  Circularly Polarized Luminescence
        Studies on Tb(III) Mixed-Ligand Complexes Containing L-Aspartic Acid"
        *Inorg. Chim. Acta*, **70**, 91 (1983)

(78)    H.G. Brittain
        "Solvent Dependence of the Optical Activity Associated with Tris(*d,d*-
        Dicamphoylmethanato) Eu(III)"
        *J. Chem. Soc. Dalton Trans.*, 1165 (1983)

(79)    M. Ransom and H.G. Brittain
        "Solution Chemistry of Lanthanide Complexes.  6.  Circularly Polarized Luminescence
        Studies on Tb(III) Complexes Containing Chiral α-Hydroxycarboxylic Acid Ligands"
        *Inorg. Chem.*, **22**, 2494 (1983)

(80)    S. Benanti and H.G. Brittain
        "Adduct Formation Involving Eu(III) β-Diketone Complexes of Trialkyl Phosphine
        Oxides"
        *Synth. React. Inorg. Met.-Org. Chem.*, **13**, 501 (1983)

(81)    F. Yan, R. Copeland, and H.G. Brittain
        "Optical Activity in Tb(III) Mixed-Ligand Complexes Containing Pyridine-2,6-
        Dicarboxylic Acid and Hydroxyphenyl Derivatives"
        *Inorg. Chim. Acta*, **72**, 211 (1983)

(82)    L. Spaulding and H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes.  8.  Tb(III) Donor and
        Eu(III) Acceptor Complexes of Citric Acid"
        *J. Luminescence*, **28**, 385 (1983)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(83)    H.G. Brittain
        "Thermal Decomposition of $Eu_2(SO_4)_3 \cdot 8H_2O$ Studied by High-Resolution Luminescence
        Spectroscopy"
        *J. Less Common Metals*, **93**, 97 (1983)

(84)    H.G. Brittain
        "Synthesis and Characterization of Organo-Soluble Ceric Dioxide"
        *J. Less Common Metals*, **94**, 277 (1983)

(85)    H.G. Brittain
        "Intermolecular Energy Transfer as a Means to Characterize Polymeric Lanthanide
        Compounds"
        *Polymeric Materials, Science and Engineering*, **49**, 188 (1983)

(86)    H.G. Brittain, R.A. Copeland, M. Ransom, and L. Spaulding
        "Tb(III) Complexes of (-)-Quinic Acid"
        *J. Less Common Metals*, **94**, 393 (1983)

(87)    H.G. Brittain, L. Tsao, and D.L. Perry
        "Luminescence of the Hydrolysis Products of Th(IV)"
        *J. Luminescence*, **28**, 257 (1983)

(88)    L. Spaulding and H.G. Brittain
        "Intermolecular Energy Transfer Between Lanthanide Complexes. 9. Tb(III) Donor and
        Eu(III) Acceptor Complexes of Aminopolycarboxylic Acids"
        *Inorg. Chem.*, **22**, 3486 (1983)

(89)    H.G. Brittain, W.J. Evans, and J.H. Meadows
        "Luminescence of Organometallic Lanthanide Compounds. Tetrahydrofuran Adducts of
        Tris(cyclopentadienyl) Tb(III) and Tris(methylcyclopentadienyl) Tb(III)"
        *Organometallics*, **2**, 1661 (1983)

(90)    H.G. Brittain and W.A. McAllister
        "Concentration Dependencies in the Luminescence of $Li_4WO_5$:U"
        *J. Luminescence*, **29**, 101 (1984)

(91)    D.L. Perry, L. Tsao, and H.G. Brittain
        "Photophysical Studies of Uranyl Complexes. 4. X-ray Photoelectron and
        Luminescence Studies of Hydrolyzed Uranyl Salts"
        *Inorg. Chem.*, **23**, 1232 (1984)

(92)    H.G. Brittain, L. Tsao, and D.L. Perry
        "Photophysical Studies of Uranyl Complexes. 5. Luminescence Spectrum of
        $K_4UO_2(CO_3)_3$"
        *J. Luminescence*, **29**, 285 (1984)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(93)  D.H. Huchital, H.G. Brittain, L.K. Beutelman, and X. Yang
      "Lanthanide Ion Catalysis of the *trans-cis* Isomerization of *trans*-
      bis(oxalato)diaquochromate(III) and *trans*-bis(malonato)diaquochromate(III)"
      *Inorg. Chim. Acta*, **95**, 127 (1984)

(94)  H.G. Brittain
      "Studies of the Pfeiffer Effect Induced in  Tris(pyridine-2,6-dicarboxylate Tb(III) by
      Monosaccharide Aldose Sugars"
      *J. Chem. Soc. Dalton Trans.*, 1367 (1984)

(95)  L. Spaulding and H.G. Brittain
      "Solution Chemistry of Lanthanide Complexes. 7. Tb(III) and Eu(III) Complexes of
      (*S,S*)-ethylenediamine-N,N'-disuccinic Acid"
      *Inorg. Chem.*, **23**, 2165 (1984)

(96)  H.G. Brittain and M. Ransom
      "Circularly Polarized Luminescence Studies of the Ternary Complexes formed by Tb(III)
      Aminopolycarboxylates and (*R,R*)-Tartaric Acid"
      *Inorg. Chim. Acta*, **95**, 113 (1984)

(97)  H.G. Brittain, D.L. Perry, and L. Tsao
      "Photophysical Studies of Uranyl Complexes. 6. Luminescence Spectra of
      Bis(imidazolium) tetrachlorodioxouranate(VI) and Bis(2-methylimidazolium)
      tetrachlorodioxouranate(VI)"
      *Spectrochim. Acta*, **40A**, 651 (1984)

(98)  H.G. Brittain and A. Wayda
      "Luminescence Spectra of the Tetrahydrofuran Adducts of TbCl$_3$"
      *Inorg. Chim. Acta*, **95**, L1 (1984)

(99)  H.G. Brittain and G. Meyer
      "Low-Temperature Luminescence of  Eu(III) in K$_2$EuCl$_5$"
      *J. Solid State Chem.*, **54**, 156 (1984)

(100) H.G. Brittain and J.F. Desreux
      "Luminescence and NMR Studies of the Conformational Isomers of Lanthanide
      Complexes with an Optically Active Polyaza Polycarboxylic Macrocycle"
      *Inorg. Chem.*, **23**, 4459 (1984)

(101) H.G. Brittain and R.I. Fineman
      "Circularly Polarized Luminescence Studies of the Adducts formed Between Mixed-
      Ligand Eu(III) β-Diketone Complexes and (-)-Sparteine"
      *Inorg. Chim. Acta*, **95**, 225 (1984)

(102)  H.G. Brittain and L. Rispoli
"Studies of the Pfeiffer Effect Induced in  Tris(pyridine-2,6-dicarboxylate Tb(III) by
Histidine Derivatives"
*Polyhedron*, **3**, 1087 (1984)

(103)  D.L. Perry, L. Tsao, and H.G. Brittain
"X-ray Photoelectron and Infrared Spectroscopic Studies of the
Decarboxylation/Oxidation of Ce(III) Carbonate Octahydrate"
*J. Mat. Sci. Lett.*, **3**, 1017 (1984)

(104)  H.G. Brittain and D.L. Perry
"Photophysical Studies of Uranyl Complexes.  7.  Low Temperature Luminescence
Studies of Two Polymorphs of Dioxouranium(VI) Sulfate"
*J. Luminescence*, **31/32**, 126 (1984)

(105)  H.G. Brittain
"Bioinorganic Luminescence Spectroscopy"
Chapter 5, in ***Applications of Luminescence Spectroscopy***, volume I, S.G. Schulman,
ed., John Wiley & Sons, New York, 1985, pp. 547-582.

(106)  H.G. Brittain
"Excited State Optical Activity, 1971-1982"
Chapter 6, in ***Applications of Luminescence Spectroscopy***, volume I, S.G. Schulman,
ed., John Wiley & Sons, New York, 1985, pp. 583-620.

(107)  H.G. Brittain
"Intermolecular Energy Transfer as a means for the Characterization of Polymeric
Lanthanide Complexes in Solution"
Chapter 25, in ***Metal Containing Polymeric Systems***, C.E. Carraher, J. Sheats, and C.
Pittman, eds., Plenum Press, New York, 1985, pp. 451-498.

(108)  H.G. Brittain and C.K. Chan
"Circularly Polarized Luminescence Studies of the Adducts formed Between Mixed-
Ligand Eu(III) β-Diketone Complexes and Dimethyl Sulfoxide or N,N-Dimethyl
Formamide"
*Polyhedron*, **4**, 39 (1985)

(109)  V. Cresenzi, H.G. Brittain, N. Yoshino, and Y. Okamoto
"Investigation of Ion Binding in Ionic Polysaccharide Solutions Using Lanthanide Ion
Luminescent Probes"
*J. Poly. Sci., Polymer Physics Edition*, **23**, 437 (1985)

(110)  H.G. Brittain and W.A. McAllister
"Luminescence of Eu(III) Activated Niobates"
*Spectrochim. Acta*, **41**, 1041 (1985)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(111)  H.G. Brittain and F. Ferrer
       "Solution Chemistry of Lanthanide Complexes. 8. Tb(III) Complexes of 1,2-
       Dihydroxybenzene-3,5-Disulfonic Acid"
       *Inorg. Chim. Acta*, **109**, 147 (1985)

(112)  J.V. Posluszny and H.G. Brittain
       "Luminescence Studies of the Thermal Dehydration of EuF$_3$"
       *Thermochim. Acta*, **83**, 271 (1985)

(113)  A. Rudman, S. Paoletti, and H.G. Brittain
       "Nature of the Tb(III) Excitation Band Observed Near 300 nm in Certain Nucleotide or
       Nucleic Acid Complexes"
       *Inorg. Chem.*, **24**, 1283 (1985)

(114)  V. Cresenzi, H.G. Brittain, and Y. Okamoto
       "An Alternative Chiroptical Technique for the Study of Ionic Polysaccharide Solutions"
       in, ***New Developments In Industrial Polysaccharides***, I.C.M. Dea, and S.S. Stivala, eds.,
       Gordon and Breach, New York, 1985, pp. 153-157

(115)  E.M. Kenny and H.G. Brittain
       "Fundamental Parameters vs. Multiple Regression Calculations for the Determination of
       Eu(III) in Oxide Catalyst Supports by X-Ray Fluorescence"
       *Adv. X-Ray. Anal.*, **28**, 209 (1985)

(116)  D. Italiano and H.G. Brittain
       "Studies of the Pfeiffer Effect Induced in Tris(pyridine-2,6-dicarboxylate Tb(III) by
       Amino Sugars"
       *Lanthanide Actinide Res.*, **1**, 21 (1985)

(117)  H.G. Brittain and G. Meyer
       "Cryogenic Luminescence Studies of Eu(III) in LiEuCl$_4$"
       *J. Solid State Chem.*, **59**, 183 (1985)

(118)  H.G. Brittain, P. Ansari, J. Toivonon, L. Niinisto, L. Tsao, and D.L. Perry
       "Photophysical Studies of Uranyl Complexes. 8. Luminescence Spectra of Various
       Hydrated and Anhydrous Polymorphs of Uranyl Sulfate"
       *J. Solid State Chem.*, **59**, 259 (1985)

(119)  H.G. Brittain and S. Rivera
       "Solution Chemistry of Lanthanide Complexes. 9. Mixed-Ligand Tb(III) Complexes of
       Ethylenediaminetetraacetic Acid and 5-Substituted Salicylic Acids"
       *Inorg. Chim. Acta*, **110**, 35 (1985)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(120)   H.G. Brittain, J.H. Meadows, and W.J. Evans
        "Solvent Effects in the Luminescence Spectra of Tb(III) Methylcyclopentadienyl
        Compounds"
        *Organometallics*, **4**, 1585 (1985)

(121)   H.G. Brittain and J. Scibilia
        "Solution Chemistry of Lanthanide Complexes. 10. Lanthanide Complexes of 5-
        Sulfosalicylic Acid"
        *Lanthanide Actinide Res.*, **1**, 121 (1985)

(122)   L. Spaulding and H.G. Brittain
        "Circularly Polarized Luminescence Studies of the Ternary Complexes Formed by
        Tb(III) with (*S,S*)-ethylenediamine-N,N'-disuccinic Acid and Achiral Substrate Ligands"
        *Inorg. Chim. Acta*, **110**, 197 (1985)

(123)   L. Spaulding and H.G. Brittain
        "Complexation of Amino Acids by Tb(III) Ethylenediaminetetraacetate"
        *Inorg. Chem.*, **24**, 3692 (1985)

(124)   H.G. Brittain and C.R. Johnson
        "Circularly Polarized Luminescence Studies of the Adduct Complexes Formed by (*R*)-
        Methyl *p*-Tolyl Sulfoxide with Various Eu(III) β-Diketonate Complexes"
        *Inorg. Chem.*, **24**, 4465 (1985)

(125)   L. Spaulding, H.G. Brittain and K.H. Pearson
        "Circularly Polarized Luminescence Studies of the Ternary Complexes formed by Tb(III)
        with Chiral Aminopolycarboxylate and Achiral Substrate Ligands"
        *Inorg. Chem.*, **25**, 188 (1986)

(126)   J.J. Calienni and H.G. Brittain
        "Synthesis and Characterization of Eu(III) Complexes with Chiral Schiff Base Ligands
        Derived from Salicylaldehydes and Amino Alcohols"
        *Inorg. Chim. Acta*, **116**, 163 (1986)

(127)   E.M. Kenny and H.G. Brittain
        "X-Ray Spectrometric Determination of Eu(III) in Various Oxides: Comparison of
        Fundamental Parameter and Multiple Regression Methods"
        *Anal. Chem.*, **58**, 1234 (1986)

(128)   H.G. Brittain
        "Circularly Polarized Luminescence Spectroscopy: A New Chiroptical Method for the
        Study of Molecular Optical Activity"
        *Spectroscopy*, **1**, 38 (1986)

(129)  M.D. Rausch, K.J. Moriarty, J.L. Atwood, J.A. Weeks, W.E. Hunter, and H.G. Brittain
       "Synthetic, X-Ray Structural, and Photoluminescence Studies on
       Pentamethylcyclopentadienyl Derivatives of Lanthanum, Cerium, and Praseodymium"
       *Organometallics*, **5**, 1281 (1986)

(130)  H.G. Brittain and G. Meyer
       "Cryogenic Luminescence Studies of YOCl:Eu with the YOF and PbFCl Type
       Structures"
       *J. Less Common Metals*, **126**, 175 (1986)

(131)  H.G. Brittain, S. Mantha, and M.F. Tweedle
       "Effect of Oligomerization on the Solvent Water Proton Longitudinal Relaxation Rates of
       Lanthanide EDTA Complexes"
       *J. Less Common Metals*, **126**, 339 (1986)

(132)  J.F. Lynch, C.J. Sachs, and H.G. Brittain
       "Thermal Decomposition of $Eu_2(SO_4)_3 \cdot 8H_2O$ Studied by Low Temperature High-
       Resolution Luminescence Spectroscopy"
       *Thermochim. Acta*, **109**, 343 (1987)

(133)  H.G. Brittain, C.J. Sachs, J.F. Lynch, K.M. Ogle, and D.L. Perry
       "Spectroscopic Studies of the Thermal Decomposition Products of Hydrated Cerous
       Oxalate"
       *Inorg. Chim. Acta*, **127**, 229 (1987)

(134)  H.G. Brittain
       "Submicrogram Determination of Lanthanides Through Quenching of Calcein Blue
       Fluorescence"
       *Anal. Chem.*, **59**, 1122 (1987)

(135)  P.N. Hazin, J.W. Bruno, and H.G. Brittain
       "Luminescence Spectra of a Series of Ce(III) Halides and Organometallics: Probes of
       Bonding Properties using 4f-5d Excited States"
       *Organometallics*, **6**, 913 (1987)

(136)  H.G. Brittain and J.V. Posluszny
       "FTIR and High-Resolution Photoluminescence Studies of the Thermal Decomposition
       of Crystalline $Eu(OH)_3$"
       *Thermochim. Acta*, **118**, 25 (1987)

(137)  H.G. Brittain, A.L. Wayda, and I. Mukerji
       "Luminescence Studies of Tris[bis(trimethylsilyl)amido] Tb(III) and of its Adduct
       Complexes"
       *Inorg. Chem.*, **26**, 2742 (1987)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(138)  H.G. Brittain
       "Excited State Optical Activity, 1983-1986"
       *Photochem. Photobiol.*, **46**, 1027 (1987)

(139)  H.G. Brittain
       "Hydration States of Lanthanide Complexes"
       *Nucl. Med. Biol.*, **15**, 17 (1988)

(140)  H.G. Brittain
       "Applications of Lanthanide Ion Luminescence from Inorganic Solids"
       Chapter 5, in ***Applications of Luminescence Spectroscopy***, Volume II, S.G. Schulman,
       ed., John Wiley & Sons, New York, 1988, pp. 401-459

(141)  M.F. Tweedle, H.G. Brittain, W.C. Eckelman, G.T. Gaughan, J.J. Hagan, P.W.
       Wedeking, and V.M. Runge
       "Principles of Contrast-Enhanced Magnetic Resonance Imaging"
       Chapter 46, in ***Magnetic Resonance Imaging***, 2nd edition, C.L. Partain, R.R. Price, J.A.
       Patton, M.V. Kulkarni, A.E. James, eds., W.B. Saunders, Philadelphia, 1988, pp. 793-809

(142)  J. Kido, H.G. Brittain, and Y. Okamoto
       "Investigation of Ion Binding Properties of Synthetic Polyelectrolytes Using a Tb(III)
       Probe: Elucidation of the Number of Coordinated Water Molecules on Metal
       Polyelectrolyte Complexes"
       *Macromolecules*, **21**, 1872 (1988)

(143)  Y. Okamoto, J. Kido, H.G. Brittain, and S. Paoletti
       "Investigation of Ion Binding Properties of Synthetic Polyelectrolytes using the Tb(III)
       Luminescence Probe"
       *J. Macromol. Sci.*, **A25**, 1385 (1988)

(144)  H.G. Brittain and J.P. Jasinski
       "Solution Phase Chemistry of Lanthanide Complexes.  11.  1:1 and 1:2 Lanthanide
       Complexes with Nitrilotriacetic Acid"
       *J. Coord. Chem.*, **18**, 279 (1988)

(145)  H.G. Brittain, D.E. Bugay, S.J. Bogdanowich, and J. DeVincentis
       "Spectral Methods for Determination of Water"
       *Drug. Dev. Indust. Pharm.*, **14**, 2029 (1988)

(146)  H. Kadin, H.G. Brittain, E. Ivashkiv, and A.I. Cohen
       "Body Fluid Analysis of the Phosphonic Acid ACE Inhibitor, SQ-29852, Using HPLC
       and Post-Column Derivitization with *o*-Phthaldehyde"
       *J. Chromatogr.*, **487**, 135 (1989)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(147)  H.G. Brittain
        "Chiroptical Probes"
        Chapter 8, in *Lanthanide Probes in Life, Chemical, and Earth Sciences*, J.-C. Bunzli
        and G.R. Choppin, eds., Elsevier Science Pub., Amsterdam, 1989, pp. 295-319

(148)  H.G. Brittain
        "Circularly Polarized Luminescence Studies of Chiral Lanthanide Compounds"
        *J. Coord. Chem.*, **20**, 331 (1989)

(149)  R.O'Laughlin, E. Cohen, C. Sachs, H.G. Brittain, and S. Varia
        "Effects of Variations in Physicochemical Properties of Glyceryl Monostearate on the
        Stability of an Oil-in-Water Cream"
        *J. Soc. Cosmetic Chem.*, **40**, 215 (1989)

(150)  H.G. Brittain
        "Raw Materials"
        *Drug. Dev. Indust. Pharm.*, **15**, 2083 (1989)

(151)  H.G. Brittain
        "Chlorothiazide"
        Chapter 2, in *Analytical Profiles of Drug Substances*, Volume 18, K. Florey, ed.,
        Academic Press, San Diego, 1989, pp. 33-56

(152)  G. Hernandez, R.G. Bryant, M.F. Tweedle, and H.G. Brittain
        "Nuclear Magnetic Relaxation in Aqueous Solutions of Gd(HEDTA) Complex"
        *Inorg. Chem.*, **29**, 985 (1990)

(153)  H.G. Brittain
        "Luminescence Spectroscopy"
        Chapter 9, in *Instrumental Surface Analysis of Geologic Materials*, D.L. Perry, ed.,
        VCH Publishers, New York, 1990, pp. 283-309

(154)  H.G. Brittain
        "Chiroptical Techniques"
        Chapter 11, in *Handbook of Analytical Instrumentation*, G. Ewing, ed., Marcel Dekker,
        New York, 1990, pp. 361-380

(155)  J. Kido, Y. Okamoto, and H.G. Brittain
        "A New Chiral Shift Reagent for Aqueous Solutions: Eu{(*S,S*)-ethylenediamine-N,N'-
        disuccinate}, Eu(EDDS)"
        *J. Coord. Chem.*, **21**, 107 (1990)

(156)  H.G. Brittain and H. Kadin
        "Authentic Ultraviolet Absorption and Circular Dichroism Spectra of Captopril"
        *Pharm. Res.*, **7**, 1082 (1990)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(157)  H.G. Brittain
       "Intermolecular Energy Transfer between Lanthanide Complexes. 10. Tb(III) Donor and
       Eu(III) Acceptor Complexes of Triethylenetetraaminehexaacetic Acid"
       *J. Coord. Chem.*, **21**, 295 (1990)

(158)  H.G. Brittain
       "Crystallographic Consequences of Molecular Dissymmetry"
       *Pharm. Res.*, **7**, 683 (1990)

(159)  C.A. Chang, H.G. Brittain, J. Telser, and M.F. Tweedle
       "pH Dependence of Relaxivities and Hydration Numbers of Gd(III) Complexes of Linear
       Aminopolycarboxylates"
       *Inorg. Chem.*, **29**, 4468 (1990)

(160)  M. Charrath, J.N. Staniforth, A. Winiecki Newman, and H.G. Brittain
       "Relationship between the Physical and Mechanical Properties of Wet Granulated
       Microcrystalline Cellulose Following Drying"
       *J. Pharm. Pharmacol.*, **42**, 80P (1990)

(161)  J. Kido, Y. Okamoto, and H.G. Brittain
       "Eu{(*S,S*)-ethylenediamine-N,N'-disuccinate}, Eu(EDDS) as a Chiral Lanthanide Shift
       Reagent for Aqueous Solutions"
       *J. Org. Chem.*, **56**, 1412 (1991)

(162)  H.G. Brittain, S.P. Kelty, and J.A. Peters
       "Solution Phase Chemistry of Lanthanide Complexes. 12. 1:1 and 1:2 Lanthanide
       Complexes with (*S*)-(carboxymethoxy)-succinic Acid"
       *J. Coord. Chem.*, **23**, 21 (1991)

(163)  H.G. Brittain
       "Circularly Polarized Luminescence Studies of Chiral Lanthanide Compounds"
       Chapter 7, in ***Luminescence Techniques in Chemical and Biochemical Analysis***,
       W.R.G. Baeyens, L. De Keukeleire, and K. Korkidis, Eds., Marcel Dekker, New York,
       1991, pp. 179-200

(164)  H.G. Brittain, S.J. Bogdanowich, D.E. Bugay, J. DeVincentis, G. Lewen, and A.W.
       Newman
       "Physical Characterization of Pharmaceutical Solids"
       *Pharm. Res.*, **8**, 963-973 (1991)

(165)  H.G. Brittain
       "Chiroptical Phenomena, Part I: Circular Birefringence - Optical Rotation and Optical
       Rotatory Dispersion"
       *Spectroscopy*, **6(3)**, 10 (1991)
       *Spectroscopy International*, **3(4)**, 11 (1991)

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(166)  H.G. Brittain
       "Chiroptical Phenomena, Part II: Circular Dichroism"
       *Spectroscopy*, **6(6)**, 13 (1991)
       *Spectroscopy International*, **3(5)**, 12 (1991)

(167)  H.G. Brittain, C.J. Sachs, and K. Fiorelli
       "Physical Characterization of Pharmaceutical Excipients: Practical Examples"
       *Pharm. Tech.*, **15,(10)**, 38 (1991)

(168)  H.G. Brittain, S.J. Bogdanowich, D.E. Bugay, J. DeVincentis, G. Lewen, and A.W.
       Newman
       "Anhydrous Lactose"
       Chapter 8, in ***Analytical Profiles of Drug Substances***, Volume 20, K. Florey, ed.,
       Academic Press, San Diego, 1991, pp. 369-398

(169)  H.G. Brittain, G.R. Choppin, and P.P. Barthelemy
       "pH Dependence of the Metal Ion Hydration State in Lanthanide Complexes of
       Polyaminopolycarboxylate Ligands"
       *J. Coord. Chem.*, **26**, 143 (1992)

(170)  H.G. Brittain, G. Barbera, J. DeVincentis, and A.W. Newman
       "Titanium Dioxide"
       Chapter 18, in ***Analytical Profiles of Drug Substances and Excipients***, Volume 21, H.G.
       Brittain, ed., Academic Press, San Diego, 1992, pp. 659-691

(171)  X. Zhang, C.A. Chang, H.G. Brittain, J.M. Garrison, J. Telser, and M.F. Tweedle
       "pH Dependence of Relaxivities and Hydration Numbers of Gd(III) Complexes of
       Macrocyclic Aminocarboxylates"
       *Inorg. Chem.*, **31**, 5597 (1992)

(172)  H.G. Brittain, G. Lewen, A.W. Newman, K. Fiorelli, and S. Bogdanowich
       "Changes in Material Properties Accompanying the USP Identity Test for
       Microcrystalline Cellulose"
       *Pharm. Res.*, **10**, 61 (1993)

(173)  H.G. Brittain
       "Report and Recommendation of the USP Advisory Panel on Physical Test Methods
       Functionality.  3.  Reporting Particle Size Distribution Data"
       *Pharmacopeial Forum*, **19**, 4640 (1993)

(174)  H.G. Brittain,
       "Functionality Testing of Excipient Materials"
       *Pharm. Tech.*, **17(7)**, 66 (1993)
       *Pharm. Tech. Int. Biopharm.*, **5(8)**, 72 (1993)

(175)  H.G. Brittain, K.R. Morris, D.E. Bugay, A.B. Thakur, and A.T.M. Serajuddin
       "Solid State Characterization of Fosinopril Sodium Polymorphs"
       *J. Pharm. Biomed. Anal.*, **11**, 1063 (1993)

(176)  H.G. Brittain
       "Introduction to Chiroptical Phenomena"
       Chapter 1, in *Analytical Applications of Circular Dichroism*, N. Purdie and H.G.
       Brittain, eds., Elsevier Science Publishers, Amsterdam, 1994, pp. 1-13

(177)  H.G. Brittain
       "Circular Dichroism Studies of the Optical Activity Induced in Achiral Molecules
       through Association with Chiral Substances"
       Chapter 11, in *Analytical Applications of Circular Dichroism*, N. Purdie and H.G.
       Brittain, eds., Elsevier Science Publishers, Amsterdam, 1994, pp. 307-341

(178)  K.R. Morris, D.E. Bugay, A.W. Newman, S.A. Ranadive, A.K. Singh, M. Szyper, S.A.
       Varia, H.G. Brittain, and A.T.M. Serajuddin
       "Characterization of Humidity-Dependent Changes in Crystal Properties of a New HMG-
       CoA Reductase Inhibitor in Support of its Dosage Form Development"
       *Int. J. Pharm.*, **108**, 195 (1994)

(179)  H.G. Brittain
       "Perspective on Polymorphism"
       *Pharm. Tech.*, **18(8)**, 50 (1994)

(180)  H.G. Brittain
       "Circular Dichroism Studies of the Self-Association of Amphotericin B"
       *Chirality*, **6**, 665 (1994)

(181)  H.G. Brittain, S.A. Ranadive, and A.T.M. Serajuddin
       "Effect of Humidity-Dependent Changes in Crystal Structure on the Solid-State
       Fluorescence Properties of a New HMG-CoA Reductase Inhibitor"
       *Pharm. Res.*, **12**, 556 (1995)

(182)  H.G. Brittain
       "Overview of Physical Characterization Methodology"
       Chapter 1, in *Physical Characterization of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Marcel Dekker, New York, 1995, pp. 1-35.

(183)  H.G. Brittain
       "UV/VIS Diffuse Reflectance Spectroscopy of Pharmaceutical Solids"
       Chapter 2, in *Physical Characterization of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Marcel Dekker, New York, 1995, pp. 37-58.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(184)  A.W. Newman and H.G. Brittain
       "Particle Morphology: Optical and Electron Microscopies"
       Chapter 5, in *Physical Characterization of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Marcel Dekker, New York, 1995, pp. 127-156.

(185)  J.A. McCauley and H.G. Brittain
       "Thermal Methods of Analysis"
       Chapter 8, in *Physical Characterization of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Marcel Dekker, New York, 1995, pp. 223-251.

(186)  D.J.W. Grant and H.G. Brittain
       "Solubility of Pharmaceutical Solids"
       Chapter 11, in *Physical Characterization of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Marcel Dekker, New York, 1995, pp. 321-386.

(187)  N. Lewen, M. Schenkenberger, T. Larkin, S. Conder, and H.G. Brittain
       "The Determination of Palladium in Fosinopril Sodium by ICP-MS"
       *J. Pharm. Biomed. Anal.*, **13**, 879-883 (1995).

(188)  H.G. Brittain
       "A Method for the Determination of Solubility of Metastable Crystal Phases Based on
       Total Light Scattering"
       *Langmuir*, **12**, 601-604 (1996).

(189)  H.G. Brittain, L. Lafferty, P. Bousserski, G. Diegnan, R. Lessor, C. Small, and S. Pejaver
       "Stability of Revex$^{TM}$, Nalmefene Hydrochloride Injection"
       *PDA J. Pharm. Sci. Tech.*, **50**, 35-39 (1996).

(190)  K. Kumar and H.G. Brittain
       "Gadoteridol"
       Chapter 5, in *Analytical Profiles of Drug Substances and Excipients*, Volume 24,
       H.G. Brittain, ed., Academic Press, San Diego, 1996, pp. 209-241.

(191)  H.G. Brittain
       "Nalmefene Hydrochloride"
       Chapter 9, in *Analytical Profiles of Drug Substances and Excipients*, Volume 24,
       H.G. Brittain, ed., Academic Press, San Diego, 1996, pp. 351-395.

(192)  G.V. Betageri, J. Segers, T.C. Spaulding, S.K. Pejaver, and H.G. Brittain
       "Sustained Release Liposomal Formulation of Mirfentanil Hydrochloride"
       *PDA J. Pharm. Sci. Tech.*, **50**, 219-222 (1996).

(193)  H.G. Brittain
       "Excited-State Optical Activity, 1987-1995"
       *Chirality*, **8**, 357-363 (1996).

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(194)  S.S. Murthy and H.G. Brittain
       "Stability of Revex®, Nalmefene Hydrochloride Injection, in Injectable Solutions"
       *J. Pharm. Biomed. Anal.*, **15**, 221-226 (1996).

(195)  S.A. Sharpe, M. Celik, A.W. Newman, and H.G. Brittain
       "Physical Characterization of the Polymorphic Variations of Magnesium Stearate and
       Magnesium Palmitate Hydrate Species"
       *Struct. Chem.*, **8**, 73-84 (1997).

(196)  H.G. Brittain
       "Spectral Methods for the Characterization of Polymorphs and Solvates"
       *J. Pharm. Sci.*, **86**, 405-412 (1997).

(197)  H.G. Brittain
       "Chiroptical Determination of the Enantiomeric Identity of the Cinchona Alkaloids:
        Quinine, Quinidine, Cinchonine, and Cinchonidine"
       *Saudi Pharm. J.*, **5**, 17-22 (1997).

(198)  H.G. Brittain
       "Validation of Analytical Methodology in the Pharmaceutical Industry"
       *J. Validat. Tech.*, **3**, 275-280 (1997).

(199)  H.G. Brittain
       "On The Physical Characterization of Pharmaceutical Solids"
       *Pharm. Tech.*, **21(6)**, 100-108 (1997).

(200)  H.G. Brittain
       "Foundations of Chemical Microscopy.  1.  Solid-State Characterization of 5-
       Nitrobarbituric Acid (Dilituric Acid) and its Complexes with Group IA and Group IIA
       Cations"
       *J. Pharm. Biomed. Anal.*, **15**, 1143-1155 (1997).

(201)  H.G. Brittain
       "Techniques of Chiroptical Spectroscopy"
       Chapter 12, in ***Handbook of Analytical Instrumentation***, 2nd edition, G. Ewing, ed.,
       Marcel Dekker, New York, 1997, pp. 651-677.

(202)  H.G. Brittain
       "Luminescence Studies of the Stereoselectivity in the Mixed-Ligand Complexes Formed
       by Terbium(III) With Enantiomerically Resolved 1,2-Propanediaminetetraacetic Acid
       and α-Hydroxyphenylcarboxylic Acids"
       *Chirality*, **9**, 583-592 (1997).

(203)  H.G. Brittain
       "Chiroptical Spectroscopic Studies of Pharmaceutical Compounds"
       *Microchem. J.*, **57**, 137-148 (1997).

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(204)  C.C. Okeke, V.S. Srinivasan, and H.G. Brittain
       "Cefixime"
       Chapter 2, in *Analytical Profiles of Drug Substances and Excipients*, Volume 25,
       H.G. Brittain, ed., Academic Press, San Diego, 1998, pp. 39-83.

(205)  A.K. Dash and H.G. Brittain
       "Mesalamine"
       Chapter 6, in *Analytical Profiles of Drug Substances and Excipients*, Volume 25,
       H.G. Brittain, ed., Academic Press, San Diego, 1998, pp. 209-242.

(206)  G. Indrayanto, A. Syahrani, Moegihardjo, Soeharyono, T. Lianawati, I. Wahyuningsih,
       L. Aditama, and H.G. Brittain
       "Pentoxifylline"
       Chapter 8, in *Analytical Profiles of Drug Substances and Excipients*, Volume 25,
       H.G. Brittain, ed., Academic Press, San Diego, 1998, pp. 295-339.

(207)  E.S. Barabas and H.G. Brittain
       "Povidone-Iodine"
       Chapter 9, in *Analytical Profiles of Drug Substances and Excipients*, Volume 25,
       H.G. Brittain, ed., Academic Press, San Diego, 1998, pp. 341-462.

(208)  H. Abdel-Aleem, M.B. El-Ashmawy, F. Belal, A.A. El-Amam, and H.G. Brittain
       "Tranylcypromine Sulfate"
       Chapter 11, in *Analytical Profiles of Drug Substances and Excipients*, Volume 25,
       H.G. Brittain, ed., Academic Press, San Diego, 1998, pp. 501-533.

(209)  H.G. Brittain
       "Validation of Non-Chromatographic Analytical Methodology"
       *Pharm. Tech.*, **22(3)**, 82-90 (1998).

(210)  H.G. Brittain
       "Chiroptic Phenomena, Part I: Circular Birefringence – Optical Rotation and Optical
       Rotatory Dispersion"
       Chapter I.C.1, in *Molecular Spectroscopy Workbench*, E.W. Ciurczak, ed., John Wiley
       & Sons, New York, 1998, pp. 21-26.

(211)  H.G. Brittain
       "Chiroptic Phenomena, Part II: Circular Dichroism"
       Chapter I.C.2, in *Molecular Spectroscopy Workbench*, E.W. Ciurczak, ed., John Wiley
       & Sons, New York, 1998, pp. 27-32.

(212)  H.G. Brittain
       "Applications of Chiroptical Spectroscopy for the Characterization of Pharmaceutical
       Compounds"
       *J. Pharm. Biomed. Anal.*, **17**, 933-940 (1998).

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(213)   H.G. Brittain
        "Application of the Phase Rule to the Characterization of Polymorphic Systems"
        Chapter 2, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 35-72.

(214)   H.G. Brittain and S.R. Byrn
        "Structural Aspects of Polymorphism"
        Chapter 3, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 73-124.

(215)   H.G. Brittain
        "Methods for the Characterization of Polymorphs and Solvates"
        Chapter 6, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 227-278.

(216)   H.G. Brittain and D.J.W. Grant
        "Effects of Polymorphism and Solid-State Solvation on Solubility and Dissolution Rate"
        Chapter 7, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 279-330.

(217)   H.G. Brittain Grant and E.F. Fiese
        "Effects of Pharmaceutical Processing on Drug Polymorphs and Solvates"
        Chapter 8, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 331-361.

(218)   H.G. Brittain
        "Structural Aspects of Molecular Dissymmetry"
        Chapter 9, in *Polymorphism in Pharmaceutical Solids*, H.G. Brittain, ed.,
        Marcel Dekker, New York, 1999, pp. 363-393.

(219)   H.G. Brittain
        "Foundations of Chemical Microscopy. 2. Derivatives of Primary Phenylalkylamines
        with 5-Nitrobarbituric Acid "
        *J. Pharm. Biomed. Anal.*, **19**, 865-875 (1999).

(220)   H.G. Brittain
        "What Is Pharmaceutical Physics?"
        *Pharm. Tech.*, **23(9)**, 132-138 (1999).

(221)   H.G. Brittain
        "Microscopy – The First Weapon when Things Go Wrong"
        *Pharm. Tech.*, **23(10)**, 152-156 (1999).

(222)  H.G. Brittain
       "Electronic Spectroscopy: ORD and Polarimetry Instruments"
       in the *Encyclopedia of Spectroscopy and Spectrometry*, J.C. Lindon, ed., Academic
       Press, London, 1999, pp. 1712-1718.

(223)  H.G. Brittain
       "Pharmaceutical Issues Related to Circular Birefringence"
       *Pharm. Tech.*, **24(3)**, 150-158 (2000).

(224)  H.G. Brittain
       "Applications of Chiroptical Spectroscopy in the Characterization of Compounds Having
       Pharmaceutical Importance"
       Chapter 29, in *Circular Dichroism: Principles and Applications for Chemists and
       Biologists*, 2nd edition, N. Berova, K. Nakanishi, and R.W. Woody, eds., John Wiley &
       Sons, New York, 2000, pp. 819-844.

(225)  H.G. Brittain
       "X-Ray Diffraction 1: On the Diffraction of X-Rays by Crystalline Solids"
       *Pharm. Tech.*, **24(5)**, 74-82 (2000).
       *Spectroscopy*, **15(6)**, 44-49 (2000).

(226)  H.G. Brittain
       "X-Ray Diffraction 2: Use of Single Crystal X-Ray Diffraction to Study Polymorphism
       and Solvatomorphism"
       *Pharm. Tech.*, **24(9)**, 116-125 (2000).
       *Spectroscopy*, **15(7)**, 34-39 (2000).

(227)  H.G. Brittain
       "Chiroptical Spectroscopy in Drug Analysis"
       in the *Encyclopedia of Analytical Chemistry: Instrumentation and Applications*,
       Volume 5, R.A. Meyers, ed., John Wiley & Sons, Chichester, 2000, pp. 4372-4381.

(228)  H.G. Brittain
       "Techniques of Chiroptical Spectroscopy"
       *Appl. Spect. Rev.*, **35**, 175-201 (2000).

(229)  H.G. Brittain
       "The Impact of Polymorphism on Drug Development: A Regulatory Viewpoint"
       *Am. Pharm. Rev.*, **3(4)**, 67-70 (2000).

(230)  H.G. Brittain
       "X-Ray Diffraction 3: Pharmaceutical Applications of X-Ray Powder Diffraction"
       *Pharm. Tech.*, **25(3)**, 142-150 (2001).
       *Spectroscopy*, **16(7)**, 14-18 (2001).

(231)  J.D. Higgins, T.P. Gilmor, S.A. Martellucci, R.D. Bruce, and H.G. Brittain
       "Ibuprofen"

Chapter 6, in *Analytical Profiles of Drug Substances and Excipients*, Volume 27, H.G. Brittain, ed., Academic Press, San Diego, 2001, pp. 265-300.

(232) S.R. Vippagunta, H.G. Brittain, and D.J.W. Grant
"Crystalline Solids"
*Adv. Drug Del. Rev.*, **48**, 3-26 (2001).

(233) H.G. Brittain
"What is the "Correct" Method to Use for Particle-Size Determination?"
*Pharm. Tech.*, **25(7)**, 96-98 (2001).

(234) H.G. Brittain
"Solid-State Analysis"
Chapter 3, in the *Handbook of Pharmaceutical Analysis*, S. Ahuja and S. Scypinski, eds., Marcel Dekker, New York, 2001, pp. 57-84.

(235) H. Poerwono, K. Higashiyama, H. Kubo, A.T. Poernomo, Suharjono, I.K. Sudiana, G. Indrayanto, and H.G. Brittain
"Citric Acid"
Chapter 1, in *Analytical Profiles of Drug Substances and Excipients*, Volume 28, H.G. Brittain, ed., Academic Press, San Diego, 2001, pp. 1-76.

(236) H.G. Brittain
"Malic Acid"
Chapter 4, in *Analytical Profiles of Drug Substances and Excipients*, Volume 28, H.G. Brittain, ed., Academic Press, San Diego, 2001, pp. 153-195.

(237) H.G. Brittain
"Particle Size Distribution. 1. Representations of Particle Shape, Size, and Distribution"
*Pharm. Tech.*, **25(12)**, 38-45 (2001).

(238) H.G. Brittain
"X-Ray Powder Diffraction of Pharmaceutical Materials"
*Am. Pharm. Rev.*, **5(1)**, 74-80 (2002).

(239) H.G. Brittain
"Polymorphism: Pharmaceutical Aspects"
in the *Encyclopedia of Pharmaceutical Technology*, J. Swarbrick and J.C. Boylan, eds., Marcel Dekker, New York, 2002, pp. 2239-2249.

(240) H.G. Brittain
"Effects of Mechanical Processing on Phase Composition"
*J. Pharm. Sci.*, **91**, 1573-1580 (2002).

(241) H.G. Brittain
"Particle Size Distribution. 2. The Problem of Sampling Powdered Solids"
*Pharm. Tech.*, **26(7)**, 67-73 (2002).

(242)  K.P. Shah, K. Gumbhir-Shah, and H.G. Brittain
       "Etodolac"
       Chapter 4, in *Analytical Profiles of Drug Substances and Excipients*, Volume 29,
       H.G. Brittain, ed., Academic Press, San Diego, 2002, pp. 105-147.

(243)  H.G. Brittain
       "Mandelic Acid"
       Chapter 6, in *Analytical Profiles of Drug Substances and Excipients*, Volume 29,
       H.G. Brittain, ed., Academic Press, San Diego, 2002, pp. 179-211.

(244)  H.G. Brittain
       "Particle Size Distribution.  3.  Determination by Analytical Sieving"
       *Pharm. Tech.*, **26(12)**, 56-64 (2002).

(245)  H.G. Brittain
       "Pharmaceutical Grade Lactose"
       Section 5.5, in *Reference Manual for U.S. Whey and Lactose Products*, V. Lagrange
       and A. Kenney, eds., U.S. Export Dairy Export Council, Arlington, VA, 2003, pp. 47-48.

(246)  H.G. Brittain and G. Amidon
       "Critical Overview of the Proposed Particle Size Analysis Tests"
       *Am. Pharm. Rev.*, **6(1)**, 68-72 (2003).

(247)  H.G. Brittain and A. Medek
       "Polymorphic and Solvatomorphic Impurities"
       chapter 3 in *Handbook of Isolation and Characterization of Impurities in
       Pharmaceuticals*, S. Ahuja and K.M. Alsante, eds, Academic Press, 2003, pp. 39-73.

(248)  H.G. Brittain
       "Particle Size Distribution.  4.  Determination by Laser Light Scattering"
       *Pharm. Tech.*, **27(10)**, 102-114 (2003).

(249)  M. Rudyanto, M. Ihara, K. Takasu, M. Yoshida, H. Poerwono, I.K. Sudiana, G.
       Indrayanto, and H.G. Brittain
       "Propylparaben: Physical Characteristics"
       Chapter 6, in *Profiles of Drug Substances, Excipients, and Related Methodology*,
       Volume 30, H.G. Brittain, ed., Elsevier Academic Press, Amsterdam, 2003, pp. 237-269.

(250)  H.G. Brittain
       "X-ray Diffraction of Pharmaceutical Materials"
       Chapter 7, in *Profiles of Drug Substances, Excipients, and Related Methodology*,
       Volume 30, H.G. Brittain, ed., Elsevier Academic Press, Amsterdam, 2003, pp. 273-319.

(251)  H.G. Brittain
       "Fluorescence Studies of the Transformation of Carbamazepine Anhydrate Form-III to its
       Dihydrate Phase"
       *J. Pharm. Sci.*, **93**, 375-383 (2004).

(252)  H.G. Brittain
       "X-Ray Powder Diffraction and Polymorphism in Pharmaceuticals"
       *Powder Diffraction Commission Newsletter*, **31**, 15-18 (2004).

(253)  H.G. Brittain
       "Buffers, Buffering Agents, and Ionic Equilibria"
       in the ***Encyclopedia of Pharmaceutical Technology***, J. Swarbrick and J.C. Boylan, eds.,
       Marcel Dekker, New York, published online 10/12/04, DOI:10.1081/E-EPT-120011975.

(254)  H.G. Brittain
       "Evaluation of the Particle Size Distribution of Pharmaceutical Solids"
       Chapter 7, in ***Profiles of Drug Substances, Excipients, and Related Methodology***,
       Volume 31, H.G. Brittain, ed., Elsevier Academic Press, Amsterdam, 2004, pp. 379-419.

(255)  H.G. Brittain and M. Rehman
       "Foundations of Chemical Microscopy.  3.  Derivatives of some Chiral
       Phenylalkylamines and Phenylalkylamino Acids with 5-Nitrobarbituric Acid"
       *Chirality*, **17**, 89-98 (2005).

(256)  H.G. Brittain and N. Grinberg
       "Techniques of Chiroptical Spectroscopy"
       Chapter 10, in ***Handbook of Analytical Instrumentation***, 3rd edition, J. Cazes, ed.,
       Marcel Dekker, New York, 2005, pp. 271-294.

(257)  H.G. Brittain, B.J. Elder, P.K. Isbester, and A.H. Salerno
       "Solid-State Fluorescence Studies of Some Polymorphs of Diflunisal"
       *Pharm. Res.*, **22**, 999-1006 (2005).

(258)  H.G. Brittain
       "Solid-State Fluorescence of the Trihydrate Phases of Ampicillin and Amoxicillin"
       *AAPS PharmSciTech*, **6(3)**, paper #55, 444-448 (2005).

(259)  H.G. Brittain
       "Polymorphism and Solvatomorphism 2004"
       Chapter 8, in ***Profiles of Drug Substances, Excipients, and Related Methodology***,
       Volume 32, H.G. Brittain, ed., Elsevier Academic Press, Amsterdam, 2005, pp. 263-283.

(260)  H.G. Brittain
       "Electromagnetic Radiation and Spectroscopy"
       Chapter 1, in ***Spectroscopy of Pharmaceutical Solids***, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 1-32.

(261)  H.G. Brittain
       "Core Electron States and X-Ray Absorption Spectroscopy"
       Chapter 2, in ***Spectroscopy of Pharmaceutical Solids***, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 33-66.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(262)  H.G. Brittain
       "X-Ray Photoelectron Spectroscopy and X-Ray Fluorescence Spectroscopy"
       Chapter 3, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 67-89.

(263)  H.G. Brittain
       "Molecular Orbital Theory and the Electronic Structure of Molecules"
       Chapter 4, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 91-120.

(264)  H.G. Brittain
       "Ultraviolet/Visible Reflectance Spectroscopy"
       Chapter 5, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 121-149.

(265)  H.G. Brittain
       "Luminescence Spectroscopy"
       Chapter 6, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 151-204.

(266)  H.G. Brittain
       "Molecular Motion and Vibrational Spectroscopy"
       Chapter 7, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 205-233.

(267)  D.E. Bugay and H.G. Brittain
       "Infrared Absorption Spectroscopy"
       Chapter 8, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 235-269.

(268)  D.E. Bugay and H.G. Brittain
       "Raman Spectroscopy"
       Chapter 9, in *Spectroscopy of Pharmaceutical Solids*, H.G. Brittain, ed.,
       Taylor and Francis, New York, 2006, pp. 271-312.

(269)  H.G. Brittain and R.D. Bruce
       "Thermal Analysis"
       Chapter 4, in *Modern Instrumental Analysis*, (Comprehensive Analytical Chemistry,
       Volume 47), S. Ahuja and N. Jespersen, eds., Elsevier, Amsterdam, 2006, pp. 63-109.

(270)  H.G. Brittain
       "X-Ray Diffraction and X-Ray Fluorescence"
       Chapter 7 in *Modern Instrumental Analysis*, (Comprehensive Analytical Chemistry,
       Volume 47), S. Ahuja and N. Jespersen, eds., Elsevier, Amsterdam, 2006, pp. 177-226.

(271)  H.G. Brittain
       "Polymorphism and Solvatomorphism 2005"

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

*J. Pharm. Sci.* (2007) **96**: 705-728.

(272)   H.G. Brittain
"Fluorescence Studies of the Dehydration of Cefadroxil Monohydrate"
*J. Pharm. Sci.*, (2007) **96**: 2757-2764.

(273)   Y. Gong, D.J.W. Grant, and H.G. Brittain
"Principles of Solubility"
Chapter 1, in *Solvent Systems and Their Selection in Pharmaceutics and Biopharmaceutics*, P. Augustins and M.E. Brewster, eds., Springer-AAPS Press, Arlington, VA, 2007, pp. 1-27.

(274)   H.G. Brittain
"Ionic Equilibria and the pH Dependence of Solubility"
Chapter 2, in *Solvent Systems and Their Selection in Pharmaceutics and Biopharmaceutics*, P. Augustins and M.E. Brewster, eds., Springer-AAPS Press, Arlington, VA, 2007, pp. 29-51.

(275)   H.G. Brittain
"Strategy for the Prediction and Selection of Drug Substance Salt Forms"
*Pharm. Tech.* (2007) **31(10)**: 78-88.

(276)   H.G. Brittain
"Buffers, Buffering Agents, and Ionic Equilibria"
in the *Encyclopedia of Pharmaceutical Technology*, 3rd edn, Volume ? J. Swarbrick, ed., Informa Healthcare Press, New York, 2007, pp. ????-????

(277)   H.G. Brittain
"Polymorphism: Pharmaceutical Aspects"
in the *Encyclopedia of Pharmaceutical Technology*, 3rd edn, Volume 5, J. Swarbrick, ed., Informa Healthcare Press, New York, 2007, pp. 2935-2945.

(278)   H.G. Brittain
"Introduction and Overview to the Preformulation Development of Solid Dosage Forms"
Chapter 1.0, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 1-16.

(279)   R.S. DeWitte, M. Hachey, and H.G. Brittain
"Accelerating the Course of Preliminary-Preformulation through Prediction of Molecular Physical Properties and Integrated Analytical Data Management"
Chapter 2.1, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 17-40.

(280)   H.G. Brittain
"Developing a Profile of the Active Pharmaceutical Ingredient"
Chapter 3.1, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 115-144.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(281)  H.G. Brittain
       "Preparation and Identification of Polymorphs and Solvatomorphs"
       Chapter 3.3, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 185-228.

(282)  J.R. Blachére and H.G. Brittain
       "X-Ray Diffraction Methods for the Characterization of Solid Pharmaceutical Materials"
       Chapter 3.4, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 229-252.

(283)  H.G. Brittain
       "Spectroscopic Methods for the Characterization of Drug Substances"
       Chapter 3.5, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 253-277.

(284)  H.G. Brittain
       "Solubility Methods for the Characterization of New Crystal Forms"
       Chapter 3.7, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 323-346.

(285)  H.G. Brittain
       "Overview of the Solid Dosage Form Preformulation Program"
       Chapter 4.1, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 347-355.

(286)  H.G. Brittain
       "Methodology for the Evaluation of Chemical and Physical Interactions between Drug
       Substances and Excipients"
       Chapter 4.3, in *Preformulation in Solid Dosage Form Development*, M.C. Adeyeye and
       H.G. Brittain, eds., Informa Healthcare Press, New York, 2008, pp. 437-476.

**Articles Currently in Press**

(287)  H.G. Brittain
       "Polymorphism and Solvatomorphism 2006"
       *J. Pharm. Sci.* (2008) **97**: in press.

(288)  H.G. Brittain
       "Photoluminescence of Pharmaceutical Materials in the Solid State. 4. Fluorescence
              Studies of Various Solvated and Desolvated Solvatomorphs of Erythromycin A"
       for inclusion in *Reviews in Fluorescence*, volume 4, C.D. Geddes and J.R. Lakowicz,
       eds., Springer, New York, 2008, pp. ???-???

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

## Invited Presentations and Lectures of Harry G. Brittain, Ph.D.

(1)     "New Methods for the Study of Optical Activity", presented during the symposium, *Molecular Optical Activity*, at the 2nd national meeting of the American Association of Pharmaceutical Scientists, Boston MA, June 11, 1987.

(2)     "Spectral Methods for Determination of Water", presented during the symposium, *The Role of Moisture in Solid Dosage Forms*, at the 7th Wisconsin Update Conference, Madison WI, April 11, 1988.

(3)     "The Scientific Aspects of Chirality: Principles", presented during the symposium, *Seminar on Chirality and Polymorphism*, organized by the Arnold & Marie Schwartz College of Pharmacy (Long Island University), Meadowlands, NJ, June 15, 1988.

(4)     "The Scientific Aspects of Chirality: Consequences", presented during the symposium, *Seminar on Chirality and Polymorphism*, organized by the Arnold & Marie Schwartz College of Pharmacy (Long Island University), Meadowlands, NJ, June 15, 1988.

(5)     "Physical Characterization of Pharmaceutical Materials", presented at the 12th Senior Technical Meeting of the Puerto Rico section of the American Chemical Society, San Juan PR, November 18, 1988.

(6)     "Flowability Characterization of Nystatin Materials", presented at the 22nd annual Higuchi Research Seminar, Lake Ozark Missouri, March 14, 1989.

(7)     "Raw Materials", presented during the symposium, *Scientific and Strategic Planning from IND to NDA*, at the 8th Wisconsin Update Conference, Madison WI, April 10, 1989.

(8)     "The Scientific Aspects of Chirality: Consequences", presented during the, *Symposium on Chirality and its Impact on Drug Development*, at the 198th national meeting of the American Chemistry Society, Miami Beach, FL, September 14, 1989.

(9)     "Chiroptical Studies of Pharmaceutical Compounds", presented during the symposium, *Circular Dichroism/Polarization*, at the 16th national meeting of the Federation of Analytical Chemistry and Spectroscopy Societies (FACSS), Chicago, IL, October 4, 1989.

(10)    "Physical Characterization of Raw Materials", presented at the 13th Annual Conference of the Puerto Rico Pharmaceutical Quality Association, San Juan PR, January 30, 1990.

(11)    "Physical Characterization of Pharmaceutical Excipients: Practical Examples", presented during the symposium, *Practical Aspects of Testing Excipients*, at the 5th national meeting of the American Association of Pharmaceutical Scientists, Las Vegas, NV, November 7, 1990.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(12)    "Validation of Alternate Suppliers For Excipients", presented at the 14th Annual
        Conference of the Puerto Rico Pharmaceutical Quality Association, San Juan PR, January
        29, 1991.

(13)    "Solid-State Properties at the Molecular Level", presented during the symposium, *Solid-
        State Properties of Pharmaceutical Powders*, at the Pharm Tech Conference '91, New
        Brunswick, NJ, September 25, 1991.

(14)    "Automating Non-Automatable Analytical Instruments", presented during the
        symposium, *Automation and Computer Assisted Analytical Methods*, at the 6th national
        meeting of the American Association of Pharmaceutical Scientists, Washington, D.C.,
        November 18, 1991.

(15)    "Analytical Techniques for When Things Go Wrong", presented during the symposium,
        *Drug Stability Issues in the 1990s*, at the 6th national meeting of the American
        Association of Pharmaceutical Scientists, Washington, D.C., November 20, 1991.

(16)    "Excipient Issues, A User's Perspective", presented during the, *AAPS Workshop on the
        Development of Standards and Specifications in the 1990s*, Arlington, VA, February 20,
        1992.

(17)    "Physical Chemical Aspects of Functionality Testing of Raw Materials", presented
        during the symposium, *Pharmaceutical Validation*, organized by the Arnold & Marie
        Schwartz College of Pharmacy (Long Island University), East Brunswick, NJ, March 31,
        1992.

(18)    "Performance Characteristics Testing and Excipient Variability", presented at the 1992
        International Industrial Pharmaceutical Research Conference, *Pharmaceutical
        Excipients: Characterization, Functionality, and Harmonization*, Merrimac, WI, June 10,
        1992.

(19)    "From Research to R&D to QC: Challenges of Method Transfer", presented during the
        symposium entitled *From Lab to Plant: Real World Challenges of Method Transfer*, at
        the 31st Eastern Analytical Symposium, Somerset, NJ, November 16, 1992.

(20)    "Excipients: A Physico-chemical Perspective", presented during the symposium,
        *Excipients: Inert Ingredients or Functional Additives*, at the 7th national meeting of the
        American Association of Pharmaceutical Scientists, San Antonio, TX, November 18,
        1992.

(21)    "Solid State NMR and IR for the Analysis of Pharmaceutical Solids", presented at the 4th
        International Symposium on Pharmaceutical and Biomedical Analysis, Baltimore, MD,
        April 21, 1993.

(22)    "Physical Characterization of Pharmaceutical Excipients", presented at the conference,
        *Tablet Manufacturing '93*, Morristown, NJ, April 27, 1993.

(23)    "Characterization/Functionality Testing of Raw Materials", and, "Case Study on the Transfer of a Cream Formulation from the U.S. to the U.K.", both presented at the *AAPS/FDA/USP Workshop on the Scale-Up of Liquid and Semisolid Disperse Systems*, Arlington, VA, May 24, 1993.

(24)    "Hydration and Solvation in Pharmaceutical Compounds: Structural Aspects", presented during the symposium, *Polymorphism and Spectroscopy*, at the 27th Middle Atlantic Regional Meeting of the American Chemical Society, Hempstead, NY, June 3, 1993.

(25)    "Excipients: Functionality Testing and Vendor Qualifications", presented during the symposium, *Analytical Issues in Manufacturing*, at the 1st Annual PharmAnalysis Conference, East Brunswick, NJ, June 14, 1993

(26)    "Specifications and Test Methods That Will Meet Regulatory Requirements", presented during the symposium, *Regulatory Compliance and the Drug Development Scientist*, at the 8th national meeting of the American Association of Pharmaceutical Scientists, Lake Buena Vista, Florida, November 15, 1993.

(27)    "Functionality Testing of Pharmaceutical Excipients", presented at the Food and Drug Administration (at the invitation of the Chemistry, Manufacturing, and Controls Section), Rockville, MD, December 2, 1993.

(28)    "Characterization of the Polymorphic Behavior in Pharmaceutical Solids by Solid-State NMR and IR", presented during the symposium, *Bioanalytical Chemistry, Pharmaceutical Analysis*, at the 45th meeting of the Pittsburgh Conference, Chicago, Illinois, March 1, 1994.

(29)    "Characterization of Excipients", presented at the symposium, *Contemporary Issues in Formulation*, Wilmington, NC, May 24, 1994.

(30)    "Circular Dichroism and Optical Rotatory Dispersion", presented during the symposium, *Chiroptical Spectroscopy: Molecular Dissymmetry Illuminated*, at the 2nd Annual PharmAnalysis Conference, Atlantic City, NJ, June 21, 1994.

(31)    "Drug Products: An Industrial Perspective", presented at the, *AAPS Workshop on Impurities in Drug Substances and Products*, Arlington, VA, April 4, 1995.

(32)    "Solid State NMR Spectroscopy for the Characterization of Pharmaceutical Solids", presented at the 6th International Symposium on Pharmaceutical and Biomedical Analysis, St. Louis, MO, April 24, 1995.

(33)    "Chiroptical Spectroscopic Study of Pharmaceutical Compounds", presented at the 6th International Symposium on Chiral Discrimination, St. Louis, MO, April 28, 1995.

(34)    "Physical Characterization of Excipients", presented during the symposium, *Pharmaceutical Excipients: Maker or Breaker of Pharmaceutical Dosage Forms*, at the 1995 Eastern Regional meeting of the American Association of Pharmaceutical Scientists, New Brunswick, NJ, June 6, 1995.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                February, 2008

(35)   "Characterization of Biomolecules: Vibrational Spectroscopy", presented during the
       symposium, *Biomolecular Spectroscopy*, at the 3rd Annual PharmAnalysis Conference,
       Atlantic City, NJ, June 19, 1995.

(36)   "Effect of Processing Conditions on Crystal Properties of Drug Substances", presented at
       the, *AAPS/FDA Workshop on Polymorphism of Drug Substances*, Arlington, VA,
       February 27, 1996.

(37)   "Impact of Analytical Technology Changes on the Pharmaceutical Industry", presented
       during the symposium, *Technology Changes: Impact on the Pharmaceutical Industry*, at
       the 16th Annual PharmTech Conference, East Rutherford, NJ, September 18, 1996.

(38)   "Multi-Sourcing Excipients and Drug Substances", presented at the 16th Annual Eastern
       Pharmaceutical Technology Meeting, New Brunswick, NJ, November 15, 1996.

(39)   "Chiroptical Spectroscopic Studies of Pharmaceutical Compounds", presented during the
       *Benedetti-Pichler Award Symposium* (honoring Professor D.W. Armstrong), at the
       Eastern Analytical Symposium, Somerset, NJ, November 21, 1996.

(40)   "Effects of Processing on Solid-State Properties", presented at the 30th annual Higuchi
       Research Seminar, Lake Ozark Missouri, March 11, 1997.

(41)   "Validation Studies for Non-Chromatographic Methods", presented at the *AAPS
       Workshop on Current Issues: Analytical Validation for the Pharmaceutical Industry*,
       Arlington, VA, April 7, 1998.

(42)   "Polymorphism in Pharmaceutical Solids", presented to the Chemistry Department at
       Lehigh University, Bethlehem, PA, September 9, 1998.

(43)   "Physical Characterization of Pharmaceutical Solids", presented at Magellan
       Laboratories, Inc., Research Triangle Park, NC, April 23, 1999.

(44)   "Polymorphism in Pharmaceutical Solids", presented at Novartis, Inc., East Hanover, NJ,
       July 29, 1999.

(45)   "Physical Characterization Techniques for Pharmaceutical Problem Solving", presented
       at the R.W. Johnson Pharmaceutical Research Institute 1999 Science Days, Delaware
       Valley College, Doylestown, PA, August 19, 1999.

(46)   "Conventional and Unconventional Techniques for the Study of Pharmaceutical
       Chirality", presented at the R.W. Johnson Pharmaceutical Research Institute 1999
       Science Days, Delaware Valley College, Doylestown, PA, August 19, 1999.

(47)   "Physical Characterization Techniques for Pharmaceutical Problem Solving", presented
       to the School of Pharmacy at Rutgers University, Piscataway, NJ, September 13, 1999.

(48)    "An Overview of Drug-Excipient Interactions in Dosage Forms, and its Implications in Development", keynote lecture presented during the symposium, *Drug-Excipient Interactions*, at the 1999 national meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 18, 1999.

(49)    "Factors Which Determine the Flowability of Powders", presented during the symposium, *Pharmaceutical Powders*, at the 1999 national meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 18, 1999.

(50)    "System Suitability in Pharmaceutical Analysis: Powder Characterization Techniques", a plenary lecture presented during the USP Open Conference, *System Suitability in Pharmaceutical Analysis*, co-sponsored by the United States Food and Drug Administration and the United States Pharmacopoeia, Philadelphia, PA, December 6, 1999.

(51)    "Techniques and Strategies for the Study of Solid-Solid Reactions", presented at Pfizer Inc., Groton, CT, January 14, 2000.

(52)    "Validation of Non-Chromatographic Analytical Methodology", presented at the conference on *Stability Data Management*, Organized by the Center for Business Intelligence, Philadelphia, PA, February 1, 2000.

(53)    "Characterization Methods for Fine Powders", presented at Pfizer Inc., Groton, CT, February 15, 2000.

(54)    "Using Good Science to Smooth the Path for Pharmaceutical Scale-Up", presented to the North Carolina Pharmaceutical Discussion Group, Research Triangle Park, NC, February 16, 2000.

(55)    "Development of Appropriate Investigational Techniques to Solve Problems of Pharmaceutical Interest", presented at Block Drug Company, Jersey City, NJ, March 21, 2000.

(56)    "Materials and Materials Science in the Pharmaceutical Industry", presented at the 219th National Meeting of the American Chemical Society, San Francisco, CA, March 27, 2000.

(57)    "Functionality Testing of Excipients", presented at the Midwest Regional Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, May 22, 2000.

(58)    "Pharmaceutical Solids: Characterization of Bulk Drug Substances and Excipients, Functionality, Qualification, and Release", presented at Abbott Laboratories, Abbott Park, IL, May 23, 2000.

(59)    "Application of the Phase Rule in the Characterization of Polymorphic Systems", presented at the conference on *Polymorphism and Crystallization*, Organized by Barnett International, Philadelphia, PA, June 15, 2000.

(60)    "Use of Solid-State Spectroscopy for the Characterization of Polymorphs and Solvates", presented at the conference on *Polymorphism and Crystallization*, Organized by Barnett International, Philadelphia, PA, June 15, 2000.

(61)    "Establishing Compendial Test Method Specification Harmonization", presented at the conference on *Excipient Formulation Strategies*, Organized by Barnett International, Philadelphia, PA, September 25, 2000.

(62)    "Evaluation of the Relative Stability of Polymorphic Substances", presented to the School of Pharmacy at the University of Connecticut, Storrs, CT, October 5, 2000.

(63)    "Physical Characterization of Pharmaceutical Materials at Various Stages in Development", keynote lecture presented during the symposium, *Drug Physical Properties of Pharmaceutical Solids and Their Impact on Processing Behavior and Performance of Dosage Forms*, at the 2000 national meeting of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October 31, 2000.

(64)    "Relative Stability of Polymorphic Systems", presented at Symyx Technologies, Santa Clara, CA, November 9, 2000.

(65)    "Relative Stability of Polymorphic Systems", presented at Alkermes Inc., Cincinnati, OH, February 13, 2001.

(66)    "Relative Stability of Polymorphic Systems", presented at Schering Plough Inc., Kenilworth, NJ, February 26, 2001.

(67)    "Thermal Methods of Analysis", presented at Lavipharm Laboratories, East Windsor, NJ, April 30, 2001.

(68)    "Incorporation of Stability-Indicating Physical Characterization Techniques in Stability Testing Programs", presented at the conference on *International Stability Programs*, Organized by the Center for Business Intelligence, Philadelphia, PA, June 15, 2001.

(69)    "Powder Sampling; Flowability of Powdered Solids", presented at Alkermes Inc., Cincinnati, OH, July 9, 2001.

(70)    "Materials and Materials Science in the Pharmaceutical Industry", presented at Malvern Instruments, Southborough, MA, August 17, 2001.

(71)    "Particle Size Distribution in Pharmaceutical Materials", lecture presented as part of the symposium *Solid State Characterization in the Pharmaceutical Industry* at the 40th Eastern Analytical Symposium, Atlantic City, NJ, September 30, 2001.

(72)    "X-Ray Powder Diffraction in the Pharmaceutical Industry", presented at the Annual Meeting of the International Centre for Diffraction Data, Newtown Square, PA, March 21, 2002.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(73)    "Effects of Pharmaceutical Processing on Polymorphs", presented at the *Symposium on Polymorphism in Drug Substances and Drug Products*, organized as part of the Food and Drug Association Office of Generic Drugs Regulatory Science Training Series, Gaithersburg, MD, June 7, 2002.

(74)    "Chemical and Physical Properties of Lactose", presented at the Annual Meeting of the International Food Technology Society, Anaheim, CA, June 17, 2002.

(75)    "Use of Solid-State Spectroscopy for the Characterization of Polymorphs and Solvatomorphs", presented at the conference *Polymorphism and Crystallization*, Organized by Barnett International, Philadelphia, PA, June 21, 2002.

(76)    "Functionality Testing of Excipient Materials", presented at the conference *Pharmaceutical Excipients*, Organized by Barnett International, Philadelphia, PA, June 28, 2002.

(77)    "Polymorphism and Solvatomorphism: Overview of Science and Impact on Generic Companies", presented at the Fall Technical Workshop of the Generic Pharmaceutical Association, Bethesda, MD, October 15, 2002.

(78)    "On Predictions of Physical Chemistry in the Preliminary-Preformulation stage of a Development Program", presented at the workshop on *Predictive Pharmaceutics*, Organized by ACD Laboratories, Toronto, Canada, November 10, 2002.

(79)    "Physical Characterization of Compounds at the Early Development Stage", presented during the symposium, *Analytical Chemistry Challenges in Early Drug Development*, at the 2002 national meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November 11, 2002.

(80)    "Thermal Methods in Solid-State Characterization", presented during the Sunrise Pharmacy School, *Techniques in Solid-State Characterization*, at the 2002 national meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November 12, 2002.

(81)    "Critical Overview of the Proposed Particle Size Analysis Tests", presented during the symposium, *Excipient Functionality and Harmonization Update*, at the 2002 national meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November 14, 2002.

(82)    "Patent Litigation and X-Ray Powder Diffraction: A Tale of Two Solvatomorphs", presented at the 2nd Pharmaceutical Powder X-ray Diffraction Symposium, Concordville, PA, December 11, 2002.

(83)    "Basis for Spectroscopic and Scattering Techniques", presented at the American Association of Pharmaceutical Scientists 38th Annual Pharmaceutical Technologies Conference at Arden House, Harriman, NY, January 29, 2003.

(84) "Crystallographic Basis for the Use of Thermal Analysis in the Characterization of Polymorphs and Solvatomorphs", presented at the American Chemical Society conference Polymorphism in Crystals: Fundamentals, Prediction and Industrial Practice, Tampa, FL, February 26, 2003.

(85) "Physical Characterization of Early Pharmaceutical Candidates and during API Development", presented at Albany Molecular Research, Albany NY, April 18, 2003

(86) "Particle Shape Factors and Nomenclature Issues", presented at the American Association of Pharmaceutical Scientists Workshop on Particle Size Analysis, Arlington, VA, April 30, 2003.

(87) "Use of Solid-State Spectroscopy for the Characterization of Polymorphs and Solvatomorphs", presented at the conference *Polymorphism and Crystallization*, Organized by Barnett International, Philadelphia, PA, June 6, 2003.

(88) "The Role of DSC in Preformulation: Then and Now", presented during the symposium, *Thermal Analysis of Pharmaceutical Materials*, at the 36th Middle Atlantic Regional Meeting of the American Chemical Society, Princeton, NJ, June 11, 2003.

(89) "Use of Thermal Methods of Analysis in the Characterization of Pharmaceutical Solids", presented at Albany Molecular Research, Albany NY, June 18, 2003.

(90) "X-Ray Powder Diffraction for Characterization of Pharmaceutical Solids", presented at Albany Molecular Research, Albany NY, August 28, 2003.

(91) "Application of Spectroscopy to Process Analytical Technology", presented during the conference, *TabletTech: Advances in Pharmaceutical Formulation and Processes*, sponsored by FMC Corporation, Princeton, NJ, November 12, 2003.

(92) "The Use Solid-State Fluorescence Spectroscopy for the Study of Polymorphism and Solvatomorphism", presented at the American Chemical Society conference *Polymorphism in Crystals*, Tampa, FL, February 11, 2004.

(93) "Establishing the Appropriate Salt Form for an Active Pharmaceutical Ingredient", presented at Albany Molecular Research, Albany NY, February 25, 2004.

(94) "Alternative Means for the Observation of Dissolution Phenomena", presented at the American Association of Pharmaceutical Scientists conference *Dissolution: New Technologies and Regulatory Initiatives*, Bethesda, MD, March 30, 2004.

(95) "Solubility Characterization of Polymorphs and Solvatomorphs", presented at the conference *Formulation and Process Development for Oral Dosage Forms*, Organized by Pharmaceutical Technologies International, Princeton, NJ, April 26, 2004.

(96) "Effects of Pharmaceutical Processing on Polymorphs and Solvatomorphs", presented at the conference *Formulation and Process Development for Oral Dosage Forms*, Organized by Pharmaceutical Technologies International, Princeton, NJ, April 26, 2004.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(97)    "Incorporation of Solid-State Pharmaceutical Science during Drug Development", keynote lecture presented at the 36th Annual Pharmaceutical Graduate Student Research Meeting, Iowa City, Iowa, June 11, 2004.

(98)    "Solubility Characterization of Polymorphic and Solvatomorphic Systems", presented at Albany Molecular Research, Albany NY, July 8, 2004.

(99)    "Overview of Drug-Excipient Interactions in Pharmaceutical Dosage Forms", presented at the conference *Drug Excipient Compatibility*, Organized by Institute for International Research, Princeton, NJ, September 22, 2004.

(100)   "Modern Applications of Differential Scanning Calorimetry in Preformulation", presented at the conference *Drug Excipient Compatibility*, Organized by Institute for International Research, Princeton, NJ, September 23, 2004.

(101)   "Recent and Emerging Technologies for Excipient Characterization", presented at the conference *The Science of Quality*, Organized by the United States Pharmacopeia, Iselin, NJ, September 28, 2004.

(102)   "Physical Characterization of Pharmaceutical Materials at Various Stages in Development", presented at Pfizer Inc., Groton, CT, October 5, 2004.

(103)   "Emerging Techniques of Thermal Analysis for the Characterization of Pharmaceutical Solids", presented at Pfizer Inc., Groton, CT, October 5, 2004.

(104)   "Selection Criteria, Structural Characterization, and Intellectual Property Aspects Associated with Salt Forms of a Drug Substance", presented at Vertex Pharmaceuticals, Cambridge, MA, October 14, 2004.

(105)   "A Screening Protocol for the Detection of Polymorphs and Solvatomorphs", presented at Vertex Pharmaceuticals, Cambridge, MA, October 14, 2004.

(106)   "Overview of the Characterization of Drug Substances and Drug Products at Various Stages During Development", presented at the Workshop *Recent Advances in Drug Substance and Drug Product CMC Information Requirements*, at the 2004 national meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November 7, 2004.

(107)   "Development of an Appropriate Salt Form: Strategies for Selection Criteria and Structural Characterization", presented at the conference *Preformulation / Formulation Strategies*, Organized by Barnett International, Philadelphia, PA, February 7, 2005.

(108)   "Development of an Appropriate Salt Form: Strategies for Selection Criteria and Structural Characterization", presented at J.T. Baker – Mallinckrodt, Phillipsburg, NJ, April 1, 2005.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(109) "Understanding the Surface Acidity of Pharmaceutical Materials to Improve the Qualities of Formulations", presented at the conference *Hydrolysis and the Stabilization of Pharmaceuticals*, Organized by the Institute for International Research, Philadelphia, PA, July 28, 2005.

(110) "Validation Issues Associated with Thermal Methods of Analysis", presented at the 2005 USP Annual Scientific Meeting, *Impact the Future of Pharmacopeial Standards*, Organized by the United States Pharmacopeia, San Diego, CA, September 28, 2005.

(111) "Sampling Procedures that Yield Representative Input Materials for Physical Analyses", presented at the 2005 USP Annual Scientific Meeting, *Impact the Future of Pharmacopeial Standards*, Organized by the United States Pharmacopeia, San Diego, CA, September 29, 2005.

(112) "Physical Characterization of Pharmaceutical Drug Substances at Various Stages in Development", presented at the *API Characterization Workshop*, Organized by Johnson & Johnson Pharmaceutical Development, Princeton, NJ, November 3, 2005.

(113) "Effect of Particle Size on the Solubility and Dissolution Rate of Active Pharmaceutical Ingredients", presented at the *API Characterization Workshop*, Organized by Johnson & Johnson Pharmaceutical Development, Princeton, NJ, November 4, 2005.

(114) "Surface Acidity of Excipient Materials, and its Effect on Formulation stability", presented during the symposium, *Pharmaceutical Excipients –Analytical and Regulatory Development*, at the 2005 annual Eastern Analytical Symposium, Somerset, NJ, November 14, 2005.

(115) "Methods of Size Determination: A Discussion of the Effect of Particle Size on Dissolution Rates", presented at the conference *Dissolution – Moving Beyond Quality Control*, Organized by the Institute for International Research, Philadelphia, PA, January 25, 2006.

(116) "Stability-Indicating Physical Characterization Techniques in Programs of Stability Testing", presented at the conference *Drug-Excipient Compatibility Studies*, Organized by the Institute for International Research, Princeton, NJ, March 20, 2006.

(117) "Overview of Polymorphism and Solvatomorphism in Pharmaceutical Solids", presented at the Symposium *Characterization of Polymorphic Compounds and Mixtures*, at the fall 2006 national meeting of the American Chemical Society, San Francisco, CA, September 11, 2006.

(118) "Ionic Equilibria and the pH Dependence of Solubility", presented at the conference *Improving Solubility in Drug Candidates*, Organized by the International Quality and Productivity Center, Philadelphia, PA, September 19, 2006.

(119) "Use of Raman Spectroscopy for the Characterization of Excipients", presented at the 2006 USP Annual Scientific Meeting, *Impact the Future of Pharmacopeial Standards*, Organized by the United States Pharmacopeia, San Diego, CA, September 28, 2006.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

## Short Courses Taught by Harry G. Brittain, Ph.D.

(1)    "Materials Science Methods for Solids Characterization", taught at the 27th Eastern Analytical Symposium, Somerset, NJ, October 4, 1988.

(2)    "Polymorphism and Solid-State Properties of Pharmaceutical Solids", taught at the 7th national meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November 15, 1992.

(3)    "Physical Characterization of Pharmaceutical Solids", taught at the 6th International Symposium on Pharmaceutical and Biomedical Analysis, St. Louis, MO, April 23, 1995.

(4)    "Stability Considerations", taught as part of the AAPS Short Course on Formulation Screening, at the 1997 AAPS Regional Meeting, New Brunswick, NJ, June 11, 1997.

(5)    "Physical Characterization of Pharmaceutical Solids", taught at the 10th International Symposium on Pharmaceutical and Biomedical Analysis, Washington, DC, May 9, 1999.

(6)    H.G. Brittain and D.E. Bugay, "Performance and Validation of Non-Chromatographic Compendial Methods", short course taught at the World Pharm 99 conference, Pennsylvania Convention Center, Philadelphia, PA, October 28, 1999

(7)    "Physical Characterization of Pharmaceutical Solids", taught at Magellan Laboratories, Research Triangle Park, NC, April 14, 2000.

(8)    "Pharmaceutical Solids: Characterization of Bulk Drug Substances and Excipients, Functionality, Qualification, and Release", taught at Abbott Laboratories, Abbott Park, IL, May 23, 2000.

(9)    "Crystallography and X-Ray Diffraction", taught at Magellan Laboratories, Research Triangle Park, NC, October 24-25, 2000.

(10)   "Thermal Analysis", taught at Magellan Laboratories, Research Triangle Park, NC, December 6, 2000.

(11)   "Solid-State Vibrational Spectroscopy", taught at Magellan Laboratories, Research Triangle Park, NC, December 7, 2000.

(12)   "Physical Characterization of Pharmaceutical Solids", a sequence of lectures taught at Smith-Kline-Beecham, King of Prussia, PA, over the period of 28 February through 16 October, 2000.

(13)   "Solubility, Solubilization, and Dissolution Rate", taught at Magellan Laboratories, Research Triangle Park, NC, February 7-8, 2001.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(14)  "Characterization of Pharmaceutical Solids: Solubility, X-Ray Powder Diffraction, and Solid-State Spectroscopy", short course taught over the Lehigh University Educational Satellite Network, Bethlehem, PA, March 15, 2001.

(15)  "Particle Size Distribution", taught at Pfizer Global Research & Development Center, Groton, CT, April 5, 2001.

(16)  "Polymorphism and Drug Crystal Structures", taught at the 40th Eastern Analytical Symposium, Atlantic City, NJ, September 30, 2001.

(17)  "Side-Effects of Particle Size Reduction on the Physical Properties of Pharmaceutical Compounds", taught at the conference *Emerging Trends in Micronizing and Particle Size Reduction*, organized by Barnett International, Philadelphia, PA, June 23, 2003.

(18)  "Review of the Impact of Spectroscopic Techniques on Process Analytical Technologies", taught at the conference *Process Analytical Technologies (PAT) Summit 2003*, organized by the Center for Pharmaceutical Training, Philadelphia, PA, September 29, 2003.

(19)  "Establishing the Appropriate Salt Form for an Active Pharmaceutical Ingredient: Selection Criteria, Structural Characterization, and Intellectual Property Aspects", taught at the conference *Polymorphism and Crystallization Forum 2003*, organized by the Center for Pharmaceutical Training, Philadelphia, PA, November 10, 2003.

(20)  "Developing an Appropriate Salt Form for an Active Pharmaceutical Ingredient: Strategies for Selection Criteria and Structural Characterization", taught at the conference *Salt Selection and Formulation/Pre-Formulation Strategies*, organized by Barnett International, Philadelphia, PA, March 1, 2004.

(21)  "Physical Characterization of Pharmaceutical Solids", taught at Mutual Pharmaceuticals, Philadelphia, PA, October 22, 2004.

(22)  "Developing Appropriate Salt Forms: Strategies for Selection Criteria and Structural Characterization", taught at the 4th annual conference *Polymorphism & Crystallization*, organized by the International Quality and Productivity Center, Philadelphia, PA, March 29, 2005.

(23)  "Crystal Forms of Active Pharmaceutical Ingredients", taught at the conference *Formulation and Process Development for Oral Dosage Forms*, organized by Pharmaceutical Technologies International, Princeton, NJ, April 23, 2006.

(24)  "Stability: Programs and Issues Related to the Quality of Solid dose Forms", co-taught with Professor Lynn Taylor at the conference *Formulation and Process Development for Oral Dosage Forms*, organized by Pharmaceutical Technologies International, Princeton, NJ, April 28, 2006.

Curriculum vitae, Harry G. Brittain, PhD, FRSC                    February, 2008

(25)    "Developing an Effective Preformulation Program", taught at the *PharmTech Annual Event* conference, organized by Pharmaceutical Technology and Advanstar Communications, Somerset, NJ, June 12, 2006.

(26)    "Developing an Appropriate Salt Form: Strategies for Selection Criteria and Structural Characterization", taught in the School of Pharmacy at the University of Connecticut, Storrs, CT, February 6, 2007.

(27)    "Crystal Forms of Active Pharmaceutical Ingredients", co-taught with Professor Raj Suryanarayanan taught at the conference *Formulation and Process Development for Oral Dosage Forms*, organized by Pharmaceutical Technologies International, Princeton, NJ, April 23, 2007.

(28)    "Stability: Programs and Issues Related to the Quality of Solid dose Forms", co-taught with Professor Lynne Taylor at the conference *Formulation and Process Development for Oral Dosage Forms*, organized by Pharmaceutical Technologies International, Princeton, NJ, April 27, 2007.

(29)    "Profiling an Active Pharmaceutical Ingredient for Formulation", taught at Merck & Co., West Point, PA, October 10, 2007.

# EXHIBIT B



MULTIVITAMIN WITH
MINERALS

## MULTIVITAMIN WITH MINERALS

**Rx only**

A once-daily prenatal vitamin supplement, including key omega-3 fatty acids (DHA and EPA) and 1 mg folic acid.

### DESCRIPTION

Multivitamin with minerals is a prescription prenatal/postnatal multivitamin/mineral capsule with essential fatty acids.

Each purple soft gelatin capsule for oral administration contains:

**Essential Fatty Acids and Precursors:**

| | |
|---|---|
| Omega-3 Fatty Acids | 300 mg |
| Linoleic Acid | 30 mg |
| Linolenic Acid | 30 mg |

**Vitamins:**

| | |
|---|---|
| Vitamin C (as calcium ascorbate and calcium threonate*) | 25 mg |
| Vitamin D3 (cholecalciferol) | 170 IU |
| Vitamin E (dl-alpha-tocopheryl acetate) | 30 IU |
| Folic Acid, USP | 1 mg |
| Vitamin B6 (pyridoxine hydrochloride) | 25 mg |

**Minerals:**

| | |
|---|---|
| Calcium (as calcium carbonate) | 150 mg |
| Iron | |
| Carbonyl Iron (elemental iron) | 20 mg |
| Ferrochel®† amino acid chelate (elemental iron) | .7 mg |

*Compare to *Ester-C®*, a patented pharmaceutical grade material consisting of calcium ascorbate and calcium threonate. *Ester-C®* is a licensed trademark of Zila Nutraceuticals, Inc.

†Ferrochel® is a registered trademark of Albion Advanced Nutrition, Clearfield, Utah.

**Inactive Ingredients:** Hydrogenated vegetable oil, lecithin, yellow beeswax, colloidal silicon dioxide, refined soya oil, gelatin, glycerin, sorbitol, methylparaben, propyl-paraben, D&C Red # 33, FD&C Blue # 1, titanium dioxide, ethylvanillin. White imprinting ink inactive ingredients: Shellac glaze in IMS 74 OP, titanium dioxide, purified water, N-butyl alcohol, lecithin (soya), and antifoam DC 1510.

### INDICATIONS

Multivitamin with minerals capsules are indicated to provide vitamin/mineral and essential fatty acid supplementation throughout pregnancy, during the postnatal period for both lactating and non-lactating mothers, and throughout the child-bearing years. It is also useful for improving nutritional status prior to conception.

### CONTRAINDICATIONS

This product is contraindicated in patients with a known hypersensitivity to any of the ingredients.

### WARNINGS

Folic acid alone is improper therapy in the treatment of pernicious anemia and other megaloblastic anemias where vitamin B₁₂ is deficient. Folic acid in doses above 1.0 mg daily may obscure pernicious anemia, in that hematologic remission can occur while neurological manifestations remain progressive.

**WARNING: Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.**

### PRECAUTIONS

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** Clinical studies on this product have not been performed to determine whether elderly subjects respond differently from younger subjects. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

### ADVERSE REACTIONS

Allergic sensitization has been reported following both oral and parenteral administration of folic acid.

### DOSAGE AND ADMINISTRATION

Usual dosage is one capsule daily, or as prescribed by a physician.

### HOW SUPPLIED

MULTIVITAMIN WITH MINERALS prenatal/postnatal multivitamin/mineral capsules are purple, oblong-shaped, soft gelatin capsules, imprinted "LCI 1637" in white ink, packaged in bottles of 30 capsules (NDC 0527-1637-30).

Store at controlled room temperature 15°-30°C (59°-86°F).

KEEP THIS AND ALL DRUGS OUT OF THE REACH OF CHILDREN.

Manufactured for:
Lannett Company, Inc.
Philadelphia, PA 19136

Rev. 02/08