UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff*, <br> v. <br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> *Defendants*. | Civil Action No. 08-338 <br><br> **PUBLIC VERSION** |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-plaintiffs*, <br> v. <br> LANNETT COMPANY, INC., <br><br> *Counterclaim-defendant*. | |

**DECLARATION OF MAURICE JORDAN IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Maurice Jordan, declare as follows:

1. I am employed by KV Pharmaceutical Company ("KV") as senior analytical research scientist. I have been employed by KV since 1992, and have held my current position since 2005.

2. I received a degree in chemistry from Missouri Valley College in 1985.

3. As part of my responsibilities at KV, I regularly conduct and supervise the conduct of analysis of KV's prescription prenatal vitamins.

1

4. On June 13, 2008, I directed an analysis of samples of a product labeled as Multivitamin with Minerals Capsules of the Lannett Company to determine the content of the fatty acids eicosapentaenoic acid ("EPA") and docosahexaenoic acid ("DHA").

5. Upon inspection of the Lannett product prior to beginning the tests, I noticed that it had a distinct and unpleasant fishy odor, and that some of the Lannett gel caps had leaked in the bottle. I selected for testing two gel caps that appeared to be intact.

6. The analysis for EPA and DHA was carried out using KV's standard, validated protocol, that is also used to test PrimaCare ONE. The analysis was carried out with gas chromatography.

7. The results were as follows:

| Tested product | EPA | DHA |
| --- | --- | --- |
| Lannett sample 1 | 174mg | 109mg |
| Lannett sample 2 | 177mg | 110mg |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 16, 2008

MAURICE JORDAN

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

Chad M. Shandler (#3796)
shandler@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com