UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff*, <br> v. <br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> *Defendants.* | Civil Action No. 08-338 <br><br> **PUBLIC VERSION** |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-plaintiffs*, <br> v. <br> LANNETT COMPANY, INC., <br><br> *Counterclaim-defendant.* | |

DECLARATION OF BERNADETTE VITALI, R.PH.
IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION

I, Bernadette Vitali, declare:

**BACKGROUND AND QUALIFICATIONS**

1. I received my Bachelor of Science in Pharmacy from The University of Connecticut School of Pharmacy in May 1996.

2. I have been a Registered Pharmacist since August 1996.

3. Prior to practicing as a Registered Pharmacist, I was a Pharmacy Technician beginning in November 1987.

4. I am currently the Pharmacy Manager at a Walgreens Pharmacy in Connecticut. Prior to my time at Walgreens Pharmacy, I filled and/or dispensed prescription medication at Serafino's Pharmacy, CVS Pharmacy, and Wal-Mart Pharmacy.

5. The views expressed herein are my own and not necessarily those of any past, present, or future employer.

6. I am being compensated for my time at a rate of $100 per hour.

7. I actively practice pharmacy by dispensing medication and counseling patients including women trying to conceive, pregnant women, women in the postnatal period, and nursing mothers.

**THE DISPENSING AND LABELING PROCESS**

8. I have been informed by counsel that this action relates to PrimaCare One, a prenatal/postnatal supplement available by prescription only and marketed by Ther-Rx. I am familiar with PrimaCare One. I routinely dispense it in my practice and have done so from the time it became available on the market.

9. PrimaCare One is prescribed to women trying to conceive, pregnant women, and women in the postnatal period, especially nursing mothers.

10. As a prescription product, PrimaCare One is dispensed to the patient under the supervision of a Registered Pharmacist.

11. Prescription dispensing is a multi-step process involving entering prescription information into a computer system; printing a prescription label; filling a pharmacy prescription vial ("Pharmacy Vial," described below in paragraph 11) with medication, or selecting a pre-

filled sealed manufacturer's vial ("Manufacturer Vial," described below in paragraph 12); applying the pharmacy label to a Pharmacy Vial or Manufacturer Vial; and a Registered Pharmacist's review of the pharmacy label and product to ensure accuracy.

12. A Pharmacy Vial is the familiar translucent amber vial in which prescription medications are traditionally dispensed. A Pharmacy Vial is used when the pharmacy has a bulk supply of the prescription product, in which case the pharmacy staff counts out the number of units from the bulk container, and transfers the product to the Pharmacy Vial to be dispensed.

13. A Manufacturer Vial is a container the pharmacy receives sealed from the manufacturer containing a convenient quantity, typically thirty units, to be dispensed directly to the patient. Generally, pharmacies dispense Manufacturer Vials unopened, directly to the patient, after affixing a pharmacy label. When a product is dispensed in this manner, no product transfer occurs between the Manufacturer Vial and any other container. In particular, this practice is typical when a prescription is filled for a quantity of thirty, sixty, or ninety units, which are the most common quantities dispensed by pharmacies.

14. There is no generally recognized practice that governs the physical placement of the pharmacy label on a Manufacturer Vial. For example, there is no generally recognized practice of applying the pharmacy label next to the manufacturer label, as opposed to directly on top of the manufacturer label. Typically, the pharmacy label is placed over some portion of the manufacturer label.

15. PrimaCare One is supplied in Manufacturer Vials, containing thirty capsules, designed to be labeled and dispensed to the patient unopened.

16. I have physically inspected the Multivitamin With Minerals Capsules product package sold by Lannett and its contents. The Lannett product is supplied in Manufacturer

Vials, containing thirty capsules, designed to be labeled and dispensed to the patient unopened. Thus, upon dispensing the generic product to the patient, the patient will likely receive the Lannett Manufacturer Vial.

17. The Lannett Manufacturer Vial has a band around the top with three printings of "*PrimaCare®* ONE" in red type with "Registered trademark of Ther-Rx Corp." underneath it in red type. To the left of each appears "Compare to the active ingredients in" printed at an angle in purple type that is smaller and harder to read than the larger, red "PrimaCare ONE®" logo.

18. In the course of applying the pharmacy label to the Lannett Manufacturer Vial, at least one of these graphics with the red "*PrimaCare®* ONE" logo will remain uncovered. The pharmacy label may cover all of Lannett's underlying labeling except for band with the three graphics including the red "*PrimaCare®* ONE" logo. For this reason, a prescription written for PrimaCare One that is instead filled with Lannett's generic product and dispensed to the patient will show at least one and up to three of the red "*PrimaCare®* ONE" logos, and may show no other information except for the pharmacy label, with the result that it will appear to at least some patients that they are receiving PrimaCare One and not the generic.

19. The Registered Pharmacist's review of the pharmacy label and product to ensure accuracy is different when the medication is dispensed in a Pharmacy Vial rather than in a Manufacturer Vial. When reviewing a prescription that will be dispensed in a Pharmacy Vial, the Registered Pharmacist physically inspects the product to ensure that the appropriate product is being dispensed and that the product is not compromised. Indications that a product is compromised include, for example, a foul smell, a wet appearance on the surface, powder on the surface, degradation in the coating, a cracked exterior, or crushed units. When dispensing product in a Manufacturer Vial, the Registered Pharmacist is denied the opportunity to view the

product because it is labeled and dispensed to the patient in the sealed Manufacturer Vial that the Registered Pharmacist does not open. Thus, if the product in Lannett's Manufacturer Vial is compromised, for example by leakage from the gel caps or a foul smell, the pharmacist will not prevent it from reaching the patient.

**MOTIVATION TO SUBSTITUTE A GENERIC FOR A BRAND**

20. Third party payers frequently require a pharmacist to substitute a brand name medication with a generic medication.

21. State laws may require a pharmacist to substitute a brand name medication with a generic medication.

22. Substituting brand name medications with generics also typically generates greater gross profit for the pharmacy.

23. For these reasons, pharmacists have a strong motivation to substitute generic products for brand products.

**MEDICATION SMELL AND REDUCED PATIENT ADHERENCE**

24. As a pharmacist, I am trained to identify and reduce complications that cause patients to become non-adherent to their prescribed therapy. Nausea is a frequent pharmacotherapy side effect that may reduce adherence to the prescribed therapy and can be exacerbated by, for example, patients' predisposed to nausea or products with a strong smell or taste.

25. As a pharmacist, I am trained not only to eliminate the potential for a prescribed medication to have a teratogenic side effect on a pregnant women's fetus, but I am also trained to increase the pregnant women's quality of life and support her adherence to the prescribed

JUN-16-2008 20:12        KENYON & KENYON                    212 425 5288    P.002/002
Case 1:08-cv-00338-JJF Document 32    Filed 06/24/2008    Page 6 of 8

JUN-16-2008 19:19      KENYON & KENYON                                    P.07

therapy, which includes managing and avoiding medications that exacerbate her pregnancy-related nausea.

26. PrimaCare One contains essential fatty acids ("EFAs").

27. Prenatal supplements containing EFAs derived from fish oil may exacerbate a pregnant women's nausea if she can detect the fish oil's smell or taste. Due to pregnant women's heightened sensitivity to tastes and odors, it is important that prenatal supplements not have a strong taste or odor.

28. In my experience, patients poorly tolerate medications with a fishy smell or taste, especially patients with a heightened sensitivity to strong smells or tastes. Medications with a fishy smell or taste have caused patients to complain about the medication and reduced adherence to the prescribed therapy.

29. In my experience, PrimaCare One is very well tolerated and is readily accepted by patients.

30. I have compared PrimaCare One to the Lannett product. There was no detectable odor or fishy smell with PrimaCare One. By contrast, the Lannett product had a readily detectable fishy smell.

31. The Lannett gel caps were nonuniform, irregularly shaped, and larger than the PrimaCare One gel caps. The irregular shape of the Lannett gel caps may cause concern in some patients. The larger size of the Lannett gel caps compared to PrimaCare One may also reduce patient acceptance and adherence to the Lannett product.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 16, 2008                    *Bernadette A Vitali, RPh*
                                        BERNADETTE VITALI, R.Ph.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

Chad M. Shandler (#3796)
shandler@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

Anne Shea Gaza (#4093)
gaza@rlf.com