## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LANNETT COMPANY INC.,

           *Plaintiff,*

    v.

KV PHARMACEUTICALS,
DRUGTECH CORPORATION, and
THER-RX CORPORATION,

           *Defendants.*

Civil Action No. 08-338

# PUBLIC VERSION

### DECLARATION OF JACQUELINE N. GUTMANN, M.D.,
### IN SUPPORT OF DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING
### ORDER AND PRELIMINARY INJUNCTION AGAINST PLAINTIFF

I, Jacqueline N. Gutmann, declare:

**QUALIFICATIONS**

1.    I am currently Clinical Associate Professor of Obstetrics and Gynecology at the Thomas Jefferson University School of Medicine in Philadelphia. I have an active practice treating patients in the areas of Gynecology and Reproductive Endocrinology at Northern Fertility and Reproductive Associates in Philadelphia. Prior to joining Northern Fertility, I practiced at the Women's Institute for Infertility, Endocrinology and Menopause in Philadelphia, and prior to that, I was an attending physician at the Yale-New Haven Hospital.

2.    I am a graduate of Union College and the Yale University School of Medicine. I completed my residency in Obstetrics and Gynecology, as well as fellowships in Reproductive Endocrinology and Menopausal Healthcare, at the Yale-New Haven Hospital. I am board certified in Obstetrics and Gynecology, Reproductive Endocrinology, and Infertility and am a

member of several professional medical societies including the American Society for

Reproductive Medicine and the American College of Obstetricians and Gynecologists.

Additional information about by background and qualifications, including a list of my

publications, is set forth in my *curriculum vitae*, a copy of which is attached as Exhibit O to this

declaration.

## BENEFITS AND SIDE EFFECTS OF EFA AND DHA

3.      I have been informed by counsel that this action relates to PrimaCare One, a

prenatal/postnatal supplement available by prescription only and marketed by Ther-Rx. I am

familiar with PrimaCare One; I routinely prescribe it in my practice and have done so from the

time it became available on the market.  I am also generally familiar with Ther-Rx, which is

associated with innovative products, including PrimaCare One and PrimaCare.

4.      PrimaCare One contains essential fatty acids ("EFA") including omega-3 fatty

acids, such as linolenic acid and docosahexaenoic acid ("DHA"), and linoleic acid; as well as

vitamins and minerals.

5.      PrimaCare One is prescribed to women trying to conceive, pregnant women, and

in the postnatal period, especially nursing mothers.

6.      It is desirable to supplement the diets of pregnant and nursing women with EFA

and DHA.  These fatty acids are beneficial to the development of the fetus, particularly

neurological development; they are also beneficial to development of the infant, who receives

them through nursing as a result of the mother's diet (including supplements).  These fatty acids

are associated with growth factors that influence later development of the central nervous system

and cognitive ability.  These fatty acids may also reduce the risk of premature delivery.

2

7.    With few exceptions, almost all women and their fetuses/infants in these groups will likely benefit from a supplement containing EFA and DHA (together with vitamins and minerals), such as PrimaCare One.

8.    Pregnant women, and especially those in their first trimester, often experience nausea and vomiting, also known as "morning sickness", although it frequently occurs throughout the day. Their nausea may be triggered by, for example, strong smells or tastes. As pregnancy continues, morning sickness usually abates, but many women experience heartburn and acid reflux. And in nursing women EFA supplements can impart an odor or taste to breast milk that causes discomfort in the nursing infant.

9.    Prenatal supplements containing EFA derived from fish oil may cause gastrointestinal side effects such as fishy taste, excessive burping and indigestion.

10.    Due to pregnant women's heightened sensitivity, it is important that prenatal supplements not have a strong taste or odor.

11.    The size of prenatal supplements is also important. The larger they are, the more difficult they are to swallow; conversely, the smaller they are, the more likely that they will be acceptable to patients.

12.    In my experience, PrimaCare One is very well tolerated and is readily accepted by patients.

## POTENTIAL CONSEQUENCES OF SUBSTITUTING A GENERIC FOR PRIMACARE ONE

13.    If a patient who was prescribed PrimaCare One complains to her doctor about side effects or problems such as upset stomach, burping, or unpleasant tastes or odors, the prescribing physician will examine that patient's chart and know that she was prescribed PrimaCare One. For that reason, the negative reports of side effects will be associated with

3

PrimaCare One, and this association will eventually change the physician's prescribing pattern away from PrimaCare One.

I declare under penalty of perjury that the foregoing is true and correct.

June 16, 2008

Jacqueline N. Gutmann, M.D.

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Sophia Siddiqui
> Fox Rothschild LLP
> 919 Market Street, Suite 1300
> P. O. Box 2323
> Wilmington, DE   19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

> Samuel H. Israel
> Gerard P. Norton
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia,. PA   19103

Chad M. Shandler (#3796)
shandler@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Sophia Siddiqui
> Fox Rothschild LLP
> 919 Market Street, Suite 1300
> P. O. Box 2323
> Wilmington, DE   19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

> Samuel H. Israel
> Gerard P. Norton
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia,. PA   19103

Anne Shea Gaza (#4093)
gaza@rlf.com

# EXHIBIT O

Gutmann JN                                                                              1

## CURRICULUM VITAE

January 2008

### Jacqueline N. Gutmann, M.D.

**Home Address:**           629 Sussex Road
                            Wynnewood PA 19096

**Office Address:**         Northern Fertility and Reproductive Associates
                            1015 Chestnut Street
                            Philadelphia PA 19107

**Education:**              1985 M.D. Yale University School of Medicine
                            1981 B.A. Union College, Summa Cum Laude

**Postgraduate Training and
Fellowship Appointments:**

| | | |
|---|---|---|
| | 1985-1986 | Intern, Yale-New Haven Hospital, New Haven, Connecticut |
| | 1986-1989 | Resident, Obstetrics & Gynecology, New Haven, Connecticut |
| | 1989-1990 | Menopause Fellow, Yale University School of Medicine, New Haven, Connecticut |
| | 1990-1992 | Post-Doctoral Associate, Reproductive Endocrinology and Infertility, Yale University School of Medicine, New Haven, Connecticut |
| | 1991-1992 | Robert Wood Johnson Clinical Scholar, Yale University School of Medicine, New Haven, Connecticut |

**Faculty Appointments:**

| | | |
|---|---|---|
| | 1993-1995 | Clinical Assistant Professor, Obstetrics and Gynecology, University of Pennsylvania School of Medicine, Phila. PA |
| | 1995 | Clinical Assistant Professor, Obstetrics and Gynecology, Thomas Jefferson University School of Medicine, Phila. PA |
| | 2002 | Clinical Associate Professor, Thomas Jefferson University School of Medicine, Department of Obstetrics and Gynecology, Philadelphia PA |
| | 2002 | Associate Director, Division of Reproductive Endocrinology, Department of Obstetrics and Gynecology, Philadelphia PA |

**Hospital and Administrative
Appointments:**

| | |
|---|---|
| 1989-1992 | Attending Physician, Yale-New Haven Hospital, New Haven, CT |
| 1992 | Attending Physician, Department of Obstetrics and Gynecology,    Pennsylvania Hospital, Philadelphia, PA; Associate, Philadelphia Fertility Institute, Philadelphia PA |
| 1994 | Attending Physician, Department of Obstetrics and Gynecology, Graduate Hospital, Philadelphia PA |
| 1995 | Associate Staff, Montgomery Hospital, Norristown PA |

Gutmann JN                                                                                      2

| 1996-1997 | Attending Physician, Department of Obstetrics and Gynecology, St. Mary Medical Center, Langhorne PA |
| 1998 | Attending Physician, Department of Obstetrics and Gynecology, Thomas Jefferson University Hospital, Philadelphia PA |

## Specialty Certification:

| 1989 | Written Obstetrics and Gynecology Boards passed. |
| 1994 | Oral Obstetrics and Gynecology Boards passed. |
| 1993 | Written Reproductive Endocrinology and Infertility boards passed. |
| 1996 | Oral Reproductive Endocrinology and Infertility Boards passed. |
| 1999 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |
| 2000 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |
| 2002 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |
| 2004 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |
| 2005 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |
| 2006 | Voluntary recertification, Obstetrics and Gynecology; Reproductive Endocrinology and Infertility |

| Licensure: | 1988 | Connecticut |
| | 1992 | Pennsylvania |
| | 2001 | New Jersey |
| Awards and Honors: | 1998 | Resident Teaching Award, Pennsylvania Hospital |
| | 1991 | Purdue Frederick Award |
| | 1989 | Irving Friedman Award |
| | 1988 | Nominated, Betsy Winters Teaching Award |
| | 1981 | Phi Beta Kappa |

## Memberships in Professional and Scientific Societies:

Fellow, American College of Obstetricians and Gynecologists
Legislative Key Contact, American College of Obstetrics and Gynecology
American Society for Reproductive Medicine
Legislative Monitor, American Society for Reproductive Medicine
Mental Health Professional Group, American Society for Reproductive Medicine
Women's Council, American Society for Reproductive Medicine, Chair
Society for Assisted Reproductive Technology
Society of Reproductive Endocrinologists
North American Menopause Society
Obstetrical Society of Philadelphia, Past-President
Philadelphia Area Reproductive Endocrinology Society, Past President
Resolve of Philadelphia, Medical Advisory Council

North American Society of Psychosocial Obstetrics and Gynecology
American Fertility Association, Medical Advisory Board
Council on Resident Education in Obstetrics and Gynecology, Generalist Committee
The DeCherney Society, Chair

**University Committees**

Committee on Student Affairs, Thomas Jefferson University, Chair

**Editorial Positions:**    Ad Hoc Reviewer:
Journal Clinical Endocrinology and Metabolism
Obstetrics & Gynecology
Human Reproduction
American Journal of Obstetrics and Gynecology
New England Journal of Medicine
Journal of Clinical Epidemiology
Fertility and Sterility

**Grant Support:**

Resectoscopic Surgery - distributed by Karl Storz Endoscopy-American, Inc. Co-Investigator.

Crown Foundation grant, 1995 - Study - Evaluation of radionuclide hysterosalpingography as a test of tubal function - $15,000. Co- Investigator.

Valleylab, Pfizer Hospital Products Group, 1996 - Study - Endometrial Ablation with the Vestablate System (balloon ablation). Protocol No.# C-95-001-02, ValleyLab, Inc. Co-Investigator. Closed 10/98. $49,000.00.

A multicenter, double-blind placebo-controlled, randomized parallel group study to evaluate the safety and efficacy of transdermally delivered 17ß-Estradiol (Systen) in the treatment of vasomotor symptoms and genital atrophy. R.W. Johnson Pharmaceutical Research Institute. Co-Investigator. $11,300.00

A randomized, open-label, parallel group, multi-center pharmacokinetic/pharmacodynamic study in anovulatory and oligoovulatory infertile female patients comparing Repronex™S.C., Repronex™I.M. and Pergonal® I.M. for ovulation induction. Protocol No.#FPI Rep-97-01. Ferring Pharmaceuticals, 11/97, IND# 53,954, 12/97. $39,768.00.

Ferring Pharmaceuticals, FPI REP-97-02. A randomized, open-label, parallel group, multi-center, efficacy study comparing Repronex SC, Repronex IM, and Pergonal IM in female patients undergoing in vitro fertilization. Pennsylvania Reproductive Associates, 1997. $186,554.00.

Columbia Research Laboratories, COL 1620-120US. Use of Crinone in Women Undergoing ART Procedures. Pennsylvania Reproductive Associates, 1997. Co-Investigator. $70,000.00.

A multicenter, randomized, double-blind, parallel group, dose-ranging study to evaluate the safety of Cyclophasic hormone replacement therapy regimen of estradiol and norgestimate and its effect on endometrial histology and vaginal bleeding in postmenopausal women. Protocol No., ESTNRG-CHRT-103, R.W. Johnson Pharmaceutical Research Institute. Closed 11/97. Co-Investigator. $11,282.00.

A randomized, double-blind, multi center progestin efficacy study of three doses of RPR estradiol/norethisterone acetate (NETA) patches in a continuous wear HRT regimen compared to an estradiol 50 patch. Protocol No.# 106522-202, Rhone-Poulenc Rorer Pharmaceuticals, Inc. Co-Investigator. $28,573.10.

Gutmann JN                                                                                                    4

Comparison of the effectiveness, side effects, and subject-based assessment of Progestasert® (intrauterine progesterone system) with oral progestin for hormonal replacement therapy in postmenopausal women given oral estrogen replacement therapy. Protocol No.# C-95-054-03 [96327], Alza Corporation. Closed 2/98. $16,580.00.

G.D. Searle & Co, N6S-97-02-001. Women's Institute. Dosing optimization of Synarel (nafarelin acetate), 1998. Co-Investigator. $39,345.00.

Serono Laboratories, Gonal-F Study. Pennsylvania Reproductive Associates, 1998. Principle Investigator. $104,000.00.

The luteal placental shift Crinone study. Crinone (micronized progesterone in a polycarbophilic gel), Wyeth Ayerst. All patients going through the Crinone study, both those who are not stimulated prior to the imitation of Crinone 8% [gestational carrier, egg donor recipients or frozen embryo transfer recipients] and those who undergo ovulation induction and oocyte retrieval. The purpose is to identify the point at which the placenta takes over hormonal support of the pregnancy based on the natural rise in progesterone that occurs in serum testing, and correlate this with gestational age as well as ongoing viability of the pregnancy. Philadelphia Fertility Institute (Co-investigator).

"Oocyte Conservation and Transplantation Program". To investigate the efficacy of preserving ovarian tissue containing oocytes in young women ages 21-35 who are facing chemotherapy and/or radiotherapy for life threatening illnesses. Among these as examples are Hodgkin's disease, breast cancer, and cervical cancer. Control #99.9072, Institutional Review Board, Thomas Jefferson University. Unfunded - awaiting funding. 2/99-Open Ended. Co-Investigator.

A randomized, open-label, parallel group, multi-center, efficacy study in anovulatory or oligo-ovulatory infertile female patients comparing purified Repronex SC, purified Repronex IM, and Repronex SC, or ovulation induction. Protocol No.: 2000-01, WIRB #20010206, Ferring Pharmaceuticals, Inc. (Co-investigator).

A randomized, open-label, parallel group, multi-center, efficacy study in anovulatory or oligo-ovulatory infertile female patients comparing purified FSH SC, purified FSH IM, and Follistim SC, for ovulation induction. Protocol No: FPA FSH 99-03, WIRB #991046, Ferring Pharmaceuticals, Inc. (Co-investigator).

A randomized, open-label, parallel group, multi-center, efficacy study comparing purified FSH SC, purified FSH IM, and Follistim SC, in female patients undergoing in vitro fertilization (IVF). Protocol #FPI FSH 99-04. Ferring Pharmaceuticals, Inc. (Co-investigator).

An open label, multi-center efficacy study of purified FSH given subcutaneously to female patients participating in a donor egg IVF program. Protocol #FPI FSH 99-05, Donor IVF Study. Ferring Pharmaceuticals, Inc. (Co-Investigator).

A phase III, prospective, randomized, controlled, double-blind, multicenter study to confirm the efficacy and safety of recombinant human luteinizing hormone (r-hLH), 75 IU (3.4 mcg), administered subcutaneously, to support recombinant human follicle stimulating hormone (r-hFSH)-induced follicular development in women with hypogonadotropic hypogonadism and severe LH deficiency who desire pregnancy. Serono, Protocol #21008, Primary Investigator.

A phase III, open-label, multicenter study of recombinant human luteinizing hormone (r-hLH) in women with hypogonadotropic hypogonadism and severe LH deficiency to provide continuation of treatment after completion of Serono Study 21008. Serono, Protocol #21415, Primary Investigator.

Organon, Inc., "Comparison of Lupron vs. Antagon Stimulation in Oocyte Donation Cycles" extension of

Gutmann JN                                                                                        5

previous grant with RBA. Approved in the amount of $20,000.00 plus study drugs for up to 80 patients. 2002-2003. (Co-investigator)

A pivotal, double-blind, comparative, multicenter study to determine the efficacy and safety of AdeptTM in the reduction of post-surgical adhesions after laparoscopic surgery. Funding agency ML Laboratories, PLC. IRB Control No. 02-0141, 9/13/01 to present. (Co-investigator)

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Efficacy and Safety of Three Dosage Strengths of Pulsatile GnRH Administered Intravenously or Subcutaneously via Portable Infusion Pump Compared to Oral Treatment with Clomiphene Citrate in Anovulatory or Oligoovulatory Infertile Females. Serono Laboratories 2004-2005 (Co-investigator)

A phase IIIb, prospective, multicenter trial to evaluate patient satisfaction with Follitropin alfa injection applied by Pen device compared to other injectable gonadotropins in oligoanovulatory infertile women undergoing ovulation induction. (Co-investigator)

Organon, Inc. Comparison of GnRH antagonist with GnRH agonist in stimulation of patients undergoing donor oocyte (co-investigator).

A pivotal, double-blind, comparative, multicentre study to determine the efficacy and safety of Adept in the reduction of post-surgical adhesions after laparoscopic surgery. IRB Control #02.0141, (co-investigator) 2003-2004.

Buccal Misoprostol for Cervical Ripening in Office Hysteroscopy: A double-blind, placebo controlled trial. Control #04U.130 Unfunded (co-investigator) 2004-2005.

Organon, Inc. "A novel approach to endometrial preparation in recipients of donor cycles." 2005-Present


## Major Teaching and Clinical Responsibilities:

Continuous rotation of medical students and third and fourth year residents through Thomas Jefferson University School of Medicine, Department of Obstetrics and Gynecology.

## Lectures by Invitation:

| | |
|---|---|
| April 1984 | American Medical Education - Southern General Hospital, Glasgow, Scotland. |
| April 1984 | Female Psychosexual Disorders - Southern General Hospital, Glasgow, Scotland. |
| October 1989 | Current issues in Women's Health - Ulster Medical Society, New York, New York. |
| February 1990 | Oral Contraception Update - Connecticut Nurse Midwives Association, Waterbury, CT. |
| June 1990 | Menopause - Grand Rounds, Norwalk Hospital, Norwalk, CT |
| November 1990 | New Ideas in Menopause Therapy - Grand Rounds, Lawrence and Memorial Hospital, New London, CT |
| November 1990 | Contraception - Grand Rounds, Bridgeport, CT |
| April 1991 | Hysteroscopy - Grand Rounds, Danbury Hospital, Danbury, CT |

Gutmann JN                                                                                                    6.

| April 1991 | A Patient Guide to Estrogen Replacement Therapy - Department of University Health, Yale University, New Haven, CT |
| July 1991 | Contraception for the Older Patient - Yale University School of Medicine, New Haven, CT |
| September 1991 | Transcervical Operative Procedures - Grand Rounds, St. Mary's Hospital, Waterbury, CT |
| September 1991 | Norplant, a New Frontier - Grand Rounds, Manchester General Hospital, Manchester, CT |
| November 1991 | Operative Hysteroscopy - Grand Grounds, Lawrence and Memorial Hospital, New London,CT |
| November 1991 | Reversible Steroid Contraception - Grand Rounds, Rockville Memorial Hospital, Rockville, CT |
| November 1991 | Norplant - Grand Rounds, Danbury Hospital, Danbury, CT |
| December 1991 | Problems in the Menopause - Grand Rounds, Middlesex Hospital, Middletown, CT |
| April 1992 | Ectopic Pregnancy: Management - Grand Rounds, St. Vincent's Hospital, Bridgeport, CT |
| April 1992 | Pelvic Adhesions: Pathogenesis and Prevention - Grand Rounds, Bridgeport Hospital, Bridgeport, CT |
| April 1992 | Contraception for the Older Woman - Nurse Midwife Association, Hartford, CT |
| October 1992 | New Concepts in Contraception - Grand Rounds, Vassar Brothers Hospital, Poughkeepsie, NY |
| September 1991 | Case studies: Choice of hormonal contraceptive therapy. Training Session, Wyeth-Ayerst Laboratories, Philadelphia PA |
| December 1993 | Case studies: Hormone replacement and contraception. Training Session, Wyeth-Ayerst Laboratories, Philadelphia PA |
| December 1993 | Case studies: Choice of hormonal replacement and contraceptive therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia, PA |
| January 1994 | Reproductive Implications of Combination Chemotherapy.  Tumor Conference, Pennsylvania Hospital, Philadelphia PA |
| February 1994 | Contraception for the older woman. Grand Rounds, Saginaw General Hospital, Saginaw, Michigan. |
| March 1994 | The Assisted Reproductive Technologies.  Resolve Conference, Philadelphia PA |
| March 1994 | Hyproprolactinemia.  Lecture Series, Pennsylvania Hospital, Philadelphia PA |
| March 1994 | Female Health Issues: Premenstrual Syndrome and Menopause. Women's History Program, Philadelphia Naval Base, Phila. PA |
| April 1994 | Case studies: Hormone replacement and contraception. Training Session, Wyeth-Ayerst, Philadelphia PA |

April 1994       Case studies: Choice of hormonal replacement and contraceptive therapy. Training Session,
                 Wyeth Ayerst Laboratories, Philadelphia PA

May 1994         The infertility evaluation. Philadelphia College of Osteopathic Medicine, Grand Rounds,
                 Philadelphia PA

August 1994      Case studies: Hormone replacement and contraception. Training Session, Wyeth-Ayerst,
                 Philadelphia PA

August 1994      Case studies: Choice of hormonal replacement and contraceptive therapy. Training Session,
                 Wyeth Ayerst Laboratories, Philadelphia PA

October 1994     Menopause: Health Implications, The Graduate Hospital, Philadelphia PA

November 1994    Fundamentals of Study Design, Statistics, Presentations, and Publications. American Fertility
                 Society, Post-graduate course, Annual Meeting, San Antonio, TX
                           -Study Design 1
                           -Statistics I
                           -Study Design and Statistics examples,
                           Panel Discussion
                           -Interactive Session I - Developing
                           an experimental clinical protocol -
                           ovulation induction, panel discussion.
                           -Interactive Session II - Developing
                           an experimental clinical protocol -
                           second look laparoscopy, panel
                           discussion.

March 1995       The Assisted Reproductive Technologies, Resolve Conference, Philadelphia PA

May 1995         Osteoporosis, Grand Grounds, Chestnut Hill Hospital, Philadelphia PA

July 1995        Fundamentals of Statistics, Philadelphia College of Osteopathic Medicine, Grand Rounds,
                 Philadelphia PA

October 1995     Polycystic Ovarian Disease, Lecture Series, Pennsylvania Hospital, Philadelphia PA

November 1995    Ending treatment in the era of 3rd, 4th and 5th party reproduction, American Society for
                 Reproductive Medicine, Seattle, Washington

November 1995    Choice of hormonal replacement and contraceptive therapy. Training Session - Wyeth
                 Ayerst Laboratories, Philadelphia PA

January 1996     The Assisted Reproductive Technologies, Resolve Conference, Wynnewood PA

March 1996       Estrogen replacement therapy, Grand Grounds, Memorial Hospital, Allentown PA

March 1996       The Assisted Reproductive Technologies Conference, Philadelphia PA

April 1996       Patient Counseling and Advocacy: The Ethics of Reproductive Medicine: Responsibilities
                 and Challenges, University of California, Irvine, CA

July 1996        Osteoporosis: Prevention and Management, National Medical Association Annual Meeting,

Gutmann JN                                                                    8

|  | Chicago IL. |
|---|---|
| September 1996 | Amenorrhea, Philadelphia College of Osteopathic Medicine, Grand Rounds, Philadelphia PA. |
| October 1996 | Choice of hormone replacement and contraceptive therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA. |
| December 1996 | Case Studies: Choice of hormone replacement and contraceptive therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| January 1997 | Amenorrhea. Lecture Series, Pennsylvania Hospital, Philadelphia PA. |
| March 1997 | The Assisted Reproductive Technologies, Resolve Conference, Philadelphia PA |
| March 1997 | Hormone Replacement Therapy: Conference on Managed Care, Philadelphia College of Pharmacy and Science, Philadelphia PA |
| April 1997 | Case Studies: Choice of hormone replacement and contraceptive therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| April 1997 | Case Studies: Choice of hormone replacement and contraceptive therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| May 1997 | Menopausal Changes: Mind Over Matter. Women's International Health Show, Philadelphia PA |
| September 1997 | Case Studies: Choice of hormone replacement and contraceptive therapy. Training session, Wyeth Ayerst Laboratories, Philadelphia PA |
| October 1997 | Hyperprolactinemia. Lecture Series, Pennsylvania Hospital, Philadelphia PA |
| November 1997 | Case Studies: Choice of hormone replacement and contraceptive therapy. Training session, Wyeth Ayerst Laboratories, Philadelphia PA |
| November 1997 | Patient Presentations: Choice of hormone replacement therapy. Training session, Wyeth Ayerst, Philadelphia PA |
| January 1998 | Controversies surrounding The Use of Hormone Replacement and Breast Cancer, Crozier Chester Medical Center, Grand Rounds, Chester PA |
| January 1998 | Case studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| January 1998 | Patient Presentations: Infertility and Luteal phase support. Training session, Wyeth Ayerst Laboratories, Philadelphia PA |
| February 1998 | Organon Training Session - "Normal Ovulation", "Ovulation Induction", "Ultrasound Explained". Philadelphia, PA |
| March 1998 | The New Science of Estrogen Action, Philadelphia PA |
| March 1998 | The New Science of Estrogen Action, Lancaster PA |

| | |
|---|---|
| March 1998 | The Controversy Surrounding Estrogen Replacement Therapy and Breast Cancer, Lancaster PA |
| March 1998 | The New Science of Estrogen Action, Wilkes Barre, PA |
| March 1998 | The New Science of Estrogen Action, Radnor PA |
| March 1998 | How to Choose a Physician, RESOLVE Conference, Wynnewood PA |
| March 1998 | The Risks and Benefits of Hormone Replacement Therapy, King of Prussia PA |
| April 1998 | The New Science of Estrogen Action, Radnor PA |
| April 1998 | Estrogen and the Brain, Grand Rounds, Mercy Hospital, Pittsburgh PA |
| April 1998 | Controversy Surrounding Estrogen Replacement Therapy and Breast Cancer, Wilmington DE |
| April 1998 | The Adoption Triad, RESOLVE Conference, Philadelphia PA |
| April 1998 | The Assisted Reproductive Technologies.  RESOLVE Conference, Philadelphia PA |
| May 1998 | Osteoporosis, Grand Rounds, St. Josephs Hospital, Lancaster PA |
| May 1998 | Polycystic Ovarian Disease, Lecture Series, Pennsylvania Hospital, Philadelphia PA |
| May 1998 | Disorders of Sexual Development.  Philadelphia OB/GYN Review Course, Pennsylvania Hospital, Philadelphia PA |
| May 1998 | Osteoporosis, Grand Rounds, St. Joseph's Hospital, Lancaster PA |
| June 1998 | Case studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| June 1998 | Patient Presentations: Use of Vaginal Progesterone.  Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| June 1998 | Hormone Replacement Therapy, Harrisburg PA |
| June 1998 | Case studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| June 1998 | Patient Presentations: Use of Vaginal Progesterone.  Training Session, Wyeth Ayerst Laboratories, Philadelphia PA |
| June 1998 | Hormone Replacement Therapy: Needs of the African American Patient.  Blue Bell, PA |
| August 1998 | Grand Rounds.  The Perimenopausal Transition. Chestnut Hill Hospital, Philadelphia PA |
| September 1998 | Hormone Replacement Therapy: The HERS Trial. Scranton, PA. |
| September 1998 | Case Studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst |

Laboratories, Philadelphia PA

September 1998 Patient presentation. Use of Vaginal Progesterone.  Training Session, Wyeth Ayerst Laboratories, Philadelphia PA

October 1998    Hormone Replacement Therapy. Lecture Series, Pennsylvania Hospital, Philadelphia PA

October 1998    Controversies Surrounding Estrogen Replacement Therapy and Breast Cancer, ACOG District III Meeting, San Juan, Puerto Rico

November 1998 Postmenopausal Hormone Therapy and Coronary Prevention.  Cardiovascular Disease: Prevention and Disease Management for Women, State College, PA.

November 1998 Hormone Replacement Therapy: Now What? Lemont, PA

November 1998 The low dose oral contraceptive. Hershey, PA

November 1998 The Assisted Reproductive Technologies. Resolve Conference, Philadelphia PA.

December 1998 Case Studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia PA

December 1998 Patient presentation.   Use of vaginal progesterone. Training session, Wyeth Ayerst Laboratories, Philadelphia PA

December 1998 Hormone replacement therapy: The use of vaginal progesterone. Chicago, IL

January 1999    Breast cancer and hormone replacement therapy.  Medical Grand Rounds, Reading Hospital, Reading, PA

January 1999    Controversies surrounding hormone replacement therapy. Obstetrical and Gynecological Grand Rounds, Reading Hospital, Reading PA

February 1999   Polycystic Ovarian Disease. Lecture Series, Pennsylvania Hospital, Philadelphia PA

March 1999      Case studies: Choice of Contraceptive Therapy. Training Session, Wyeth Ayerst Laboratories, Philadelphia, PA

March 1999      Patient Presentations.  Use of vaginal progesterone. Training Session, Wyeth Ayerst Laboratories, Philadelphia, PA

March 1999      Progesterone in Hormone Replacement Therapy.  Grand Rounds, Crozer-Chester Hospital, Chester, PA

March 1999      Progesterone Support in Infertility Treatment.  Chicago, IL

April 1999      Hormone Replacement Therapy in the New Millennium. Peoria,IL

April 1999      Disorders of Sexual Development, OB/GYN Review Course, Philadelphia, PA

April 1999      Hormone Replacement Therapy:  To Use or Not To Use. Appleton, WI

April 1999      Risks and Benefits of Hormone Replacement Therapy. Oshkosh, WI

Gutmann JN                                                                                                11

| | |
|---|---|
| May 1999 | Case Studies: Choice of Contraceptive Therapy, Training Session. Wyeth Ayerst Laboratories, Philadelphia, PA |
| May 1999 | Patient Presentation: Use of Vaginal Progesterone. Training Session. Wyeth-Ayerst Laboratories, Philadelphia, PA |
| May 1999 | Hormone Replacement Therapy and Breast Cancer. American College of Obstetricians and Gynecologists, ACM, Roundtable Presentation. Philadelphia, PA |
| June 1999 | Transdermal Hormone Replacement Therapy. Philadelphia, PA |
| October 1999 | Nonsurgical Management of Ectopic Pregnancy. Grand Rounds, Riddle Memorial Hospital, Media PA |
| October 1999 | In Vitro Fertilization. Lecture Series, Thomas Jefferson University, Philadelphia PA. |
| November 1999 | The Assisted Reproductive Technologies. RESOLVE Conference, Philadelphia, PA |
| December 1999 | Estrogen replacement therapy and breast cancer. Training session. Wyeth Ayerst Laboratories, Philadelphia PA |
| December 1999 | Use of DEXA in women's health. Training session. Wyeth Ayerst Laboratories, Philadelphia PA |
| February 2000 | Estrogen replacement therapy and breast cancer. Training session. Wyeth Ayerst Laboratories, Philadelphia PA |
| February 2000 | Use of the DEXA in women's health. Training session. Wyeth Ayerst Laboratories, Philadelphia PA |
| March 2000 | Disorders of sexual development. Grand Rounds, MCP Hahnemann University, Philadelphia PA |
| April 2000 | Polycystic Ovarian Disease. Lecture Series, Thomas Jefferson University, Philadelphia PA |
| April 2000 | Disorders of Sexual Development, Philadelphia OB/GYN Review Course, Philadelphia, PA |
| May 2000 | Hormone Replacement Therapy and Breast Cancer: Is there a link? Training Session, Wyeth Ayerst Laboratories, Phila. PA |
| May 2000 | Fertility after Cancer. Roundtable Presentation, American College of Obstetricians and Gynecologists, Annual Clinical Meeting, San Francisco, CA |
| May 2000 | Ectopic Pregnancy. Roundtable Presentation, American College of Obstetricians and Gynecologists, Annual Clinical Meeting, San Francisco, CA |
| May 2000 | Hormone Replacement Therapy and Breast Cancer: Is there a link? Training Session, Wyeth Ayerst Laboratories, Phila. PA |
| May 2000 | Estrogen Issues in Women. Tenth Annual Family Planning Conference, Lake Geneva, WI |
| May 2000 | Controversies surrounding hormone replacement therapy. Milwaukee, WI |

Gutmann JN                                                                                                        12

| | |
|---|---|
| May 2000 | Hormone Replacement Therapy and Breast Cancer: Is here a link? Milwaukee, WI |
| June 2000 | Controversies Surrounding Hormone Replacement Therapy.  Gurnee, IL |
| September 2000 | Nonsurgical management of ectopic pregnancy.  Grand Rounds, Department of Obstetrics and Gynecology, Reading Hospital, Reading, PA |
| October 2000 | Review of hormone replacement and oral contraceptive therapy. Greenville, SC |
| October 2000 | Review of hormone replacement and oral contraceptive therapy. Greenville, SC |
| October 2000 | Hirsutism, Anovulation and Insulin Resistance. American College of Obstetricians and Gynecologists,  District III Meeting, Philadelphia, PA |
| October 2000 | Review of hormone replacement and oral contraceptive therapy. Bloomington, IN |
| October 2000 | Endometriosis.  Jefferson Medical College, Philadelphia, PA |
| October 2000 | Review of hormone replacement and oral contraceptive therapy. Bloomington, ID |
| October 2000 | Hormone replacement therapy.  Madison, WI. |
| November 2000 | Menopause and cancer.  Thomas Jefferson University Hospital, Philadelphia, PA. |
| December 2000 | Endometriosis.  Jefferson Medical College, Philadelphia PA |
| January 2001 | Osteoporosis.  Thomas Jefferson University Hospital, Philadelphia PA |
| January 2001 | Endometriosis. Thomas Jefferson Medical College, Philadelphia PA |
| March 2001 | Breast cancer and hormone replacement therapy.  Lancaster, PA |
| March 2001 | Normal and abnormal puberty.  Philadelphia OB/GYN Review Course, Philadelphia PA |
| March 2001 | Disorders of sexual differentiation.  Philadelphia OB/GYN Review Course, Philadelphia, PA |
| March 2001 | Breast cancer and hormone replacement therapy.  Lancaster, PA |
| May 2001 | Polycystic ovarian disease: The insulin story. Roundtable presentation, American College of Obstetrics and Gynecology, Annual Clinical Meeting, Chicago, IL |
| May 2001 | Hormone replacement therapy and breast cancer. Roundtable presentation. American College of Obstetrics and Gynecology, Annual Clinical Meeting, Chicago, IL |
| May 2001 | Female infertility: Introduction to Clinical Medicine. Thomas Jefferson University School of Medicine.  Philadelphia, PA |
| September 2001 | Disorders of sexual differentiation. Thomas Jefferson Medical College Philadelphia PA |

Gutmann JN                                                                              13

September 2001  Perimenopause - Hot or Not?  Voorhees, NJ

September 2001  Puberty. Thomas Jefferson University Hospital, Philadelphia PA

September 2001  HRT: To treat or not to treat.  Chestnut Hill Hospital, Philadelphia PA

October 2001    Fertility after 30. Voorhees, New Jersey

October 2001    PCOS: The Insulin Story.  Roundtable Presentation. American Society for Reproductive
                Medicine, Orlando, Florida

November 2001  Puberty. Thomas Jefferson University Hospital, Philadelphia PA

February 2002   Ectopic Pregnancy. Thomas Jefferson University Hospital, Philadelphia PA

February 2002   Puberty: Normal and abnormal. Thomas Jefferson University Hospital, Philadelphia PA

April 2002      Puberty: Normal and abnormal. Thomas Jefferson University Hospital, Philadelphia PA

June 2002       Puberty: Normal and abnormal. Thomas Jefferson University Hospital, Philadelphia PA

July 2002       Treatment of vaginal atrophy and sexual dysfunction.  Grand Rounds, Lehigh Valley Hospital,
                Allentown PA

August 2002     Puberty: Normal and abnormal. Thomas Jefferson University Hospital, Philadelphia PA

September 2002  Puberty: Normal and abnormal. Thomas Jefferson University Hospital, Philadelphia PA

September 2002  Sexual dysfunction in the menopause.  Grand Rounds, Drexel University School of Medicine,
                Philadelphia, PA

January 2003    Hormonal contraception.  Fellows Medical Endocrinology Rounds, Thomas Jefferson
                University, Philadelphia, PA

February 2003   Polycystic ovarian disease, Thomas Jefferson University, Philadelphia PA

February 2003   Puberty: Normal and Abnormal, Thomas Jefferson University, Philadelphia PA

April 2003      Osteoporosis. Atlanta, Georgia

April 2003      PCOS: The Insulin Story.  Roundtable presentation. American College of Obstetricians
                and Gynecologists, Annual Clinical Meeting, New Orleans, Louisiana.

April 2003      Menopause after WHI. Roundtable presentation. American College of Obstetricians
                and Gynecologists, Annual Clinical Meeting, New Orleans, Louisiana.

April 2003      Ask the Expert.  The American Infertility Association, New York, New York.

April 2003      A needle in a haystack.:  A physicians prospective in choosing an oocyte donor.  The
                American Fertility Association.  New York, New York.

Gutmann JN                                                                                          14

| April 2003 | Puberty: Normal and Abnormal, Thomas Jefferson University, Philadelphia PA |
| May 2003 | Osteoporosis. East Rutherford, New Jersey. |
| June 2003 | Puberty: Normal and Abnormal. Thomas Jefferson University, Philadelphia PA |
| June 2003 | Osteoporosis. Thomas Jefferson University, Philadelphia PA |
| June 2003 | Women's Health: 2003. Pharmacy Update, Philadelphia PA |
| June 2003 | Osteoporosis. Tuscon, Arizona. |
| October 2003 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia, PA. |
| October 2003 | PCOS: An overview. Thomas Jefferson University, Philadelphia, PA. |
| October 2003 | Complementary and Alternative Medicine in Infertility Therapy: A look at the evidence. Roundtable Discussion. American Society for Reproductive Medicine, San Antonio, TX. |
| November 2003 | Fertility 101. RESOLVE conference. Valley Forge, PA. |
| November 2003 | Complementary and alternative medicine in gynecology. Grand Rounds, Monmouth Medical Center, Monmouth NJ |
| December 2003 | Puberty: Normal and Abnormal. Thomas Jefferson University, Philadelphia PA. |
| February 2004 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia PA |
| March 2004 | Complementary and alternative medicine in gynecology. Grand Rounds, Mercy Suburban Hospital, Norristown, PA |
| March 2004 | Menopause. Endocrinology Fellows Conference. Thomas Jefferson University, Philadelphia PA |
| March 2004 | Complementary and alternative medicine in gynecology. Grand Rounds, Riddle Memorial Hospital, Media PA |
| March 2004 | Infertility: Psychosocial aspects of reproductive health. Philadelphia PA |
| March 2004 | General Infertility. Thomas Jefferson University Hospital, Philadelphia PA |
| March 2004 | Hyperprolactinemia. Thomas Jefferson University Hospital, Philadelphia PA |
| April 2004 | PCOS, Women's Health Source, Thomas Jefferson University Hospital, Philadelphia, PA |
| April 2004 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia PA |
| April 2004 | Ask the Experts. American Infertility Association, New York NY |
| April 2004 | Same Sex Couples: Creating a Family. American Infertility Association, New York NY |
| May 2004 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia PA |

| | |
|---|---|
| May 2004 | PCOS: The Insulin Story. Roundtable presentation, American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Philadelphia PA |
| May 2004 | Complementary and Alternative Therapy in Gynecology, Roundtable presentation, American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Philadelphia PA |
| June 2004 | Complementary and Alternative Therapy in Infertility. Mental Health Professional Group, American Society for Reproductive Medicine, Baltimore MD |
| June 2004 | Complementary and Alternative Medicine in Infertility. Women's Health Source. Thomas Jefferson University Hospital, Philadelphia PA |
| July 2004 | Puberty: Normal and Abnormal. Thomas Jefferson University, Philadelphia PA |
| September 2004 | Puberty: Normal and Abnormal. Thomas Jefferson University, Philadelphia PA |
| September 2004 | Estrogel therapy. Reading PA |
| October 2004 | Myomas: To treat or not to treat prior to ART. American Society for Reproductive Medicine, Roundtable presentation. Philadelphia PA |
| October 2004 | Female Sexuality. American Society for Reproductive Medicine, Philadelphia PA |
| October 2004 | The right to treat vs the right to refuse treatment. American Society for Reproductive Medicine, Philadelphia PA |
| October 2004 | Estrogel therapy. Berwyn PA |
| December 2004 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia PA |
| January 2005 | Amenorrhea. Thomas Jefferson University, Philadelphia PA |
| January 2005 | Puberty: Normal and abnormal. Thomas Jefferson University, Philadelphia PA |
| March 2005 | PCOS. Thomas Jefferson University, Philadelphia PA |
| April 2005 | Women's Health 2005. Pharmacon Super Saturday. King of Prussia PA |
| April 2005 | Creating families for same sex couples. The American Fertility Association. New York NY |
| June 2005 | Family building options for the lesbian, gay, bisexual and transgender community. World Infertility Awareness Month lecture, Thomas Jefferson University, Philadelphia PA |
| June 2005 | The use of complementary and alternative medicine in infertility. World Infertility Awareness Month lecture, Thomas Jefferson University, Philadelphia PA |
| September 2005 | Starting a Gestational Carrier Program, University of Connecticut, Farmington, CT |
| September 2005 | Puberty: Normal and Abnormal, Thomas Jefferson University, Philadelphia, PA |
| October 2005 | Complimentary and Alternative Therapy in Infertility. Roundtable presentation. American Society of Reproductive Medicine, Montreal, Canada |

November 2005  Menopause. Thomas Jefferson University, Philadelphia, PA

January 2006  Menopause. Thomas Jefferson University, Philadelphia, PA

February 2006  Female Infertility. Thomas Jefferson University, Philadelphia, PA

April 2006  Menopause. Thomas Jefferson University, Philadelphia, PA

May 2006  Hormone Therapy: An Historical Perspective. The Alliance in Women's Health, Dallas, TX

May 2006  WHI: An Overview. The Alliance in Women's Health, Dallas, TX

May 2006  WHI: The New Data. The Alliance in Women's Health, Dallas, TX

July 2006  Menopause. Thomas Jefferson University, Philadelphia, PA

September 2006  Menopause. Thomas Jefferson University, Philadelphia, PA

October 2006  Integrating Complementary and Alternative Medicine into am Infertility Practice.
Roundtable Presentation, American Society of Reproductive Medicine. New Orleans, LA

November 2006  Hormone Therapy: An Historical Perspective. The Alliance in Women's Health, Philadelphia, PA

November 2006  WHI: An Overview. The Alliance in Women's Health, Philadelphia, PA

November 2006  WHI: The New Data. The Alliance in Women's Health, Philadelphia, PA

January 2007  Female Sexual Dysfunction, Grand Rounds, Grace-Sinai Hospital, Detroit, MI

January 2007  Lessons from the Courtroom, Philadelphia, PA

January 2007  Menopause. Thomas Jefferson University, Philadelphia, PA

February 2007  Transdermal Estrogen Therapy, Lankenau Hospital, Wynnewood, PA

March 2007  Menopause. Thomas Jefferson University, Philadelphia, PA

April 2007  Complementary and Alternative Medicine in Gynecology. Grand Rounds, Temple University.
Philadelphia, PA

May 2007  Transdermal Estrogen Therapy, Frankfort Hospital, Philadelphia, PA

May 2007  Complementary and Alternative Medicine in Gynecology,  The Obstetrical Society of
Philadelphia.  Philadelphia, PA

May 2007  Menopause. Thomas Jefferson University, Philadelphia, PA

September 2007  Management of Menopausal Symptoms after Breast Cancer,  Atlanta, GA

October 2007  Perspectives on Hormone Therapy.  Resident Rounds, Hershey Medical Center, Hershey, PA

October 2007  Complementary and Alternative Medicine in Infertility:  What Should We Tell Our Patients.

Gutmann JN                                                                                      17

Roundtable Presentation, American Society of Reproductive Medicine, Washington, DC

October 2007     Complementary and Alternative Medicine in Gynecology.  Grand Rounds, Reading Hospital,
                 Reading, PA

November 2007    Perspectives on Hormone Therapy.  Hershey Medical Center, Hershey, PA

November 2007    Perspectives on Hormone Therapy.  Annapolis, MD

November 2007    Perspectives on Hormone Therapy.  Brooklyn, NY

November 2007    Perspectives on Hormone Therapy.  Seabrook, MD

December 2007    Diagnosis and Treatment of Vulvovaginal Atrophy.  Resident Rounds, Philadelphia College of
                 Osteopathic Medicine.  Philadelphia, PA

December 2007    Perspectives on Hormone Therapy.  Resident Rounds, St. Francis Hospital, Wilmington, DE

January 2008     Diagnosis and Treatment of Vulvovaginal Atrophy.  Grand Rounds, Temple University,
                 Philadephia, PA

## Bibliography: Original Papers

Gutmann JN, Piepert JF, Penzias AS, Lee G: Nafarelin (NA) is associated with a lower implantation rate than
leuprolide (LA) when used for pituitary ovarian suppression in in vitro fertilization-embryo transfer (IVF-ET).
(In preparation)

Gutmann JN, Peipert JF, Shamma FN, Jones EE, LaMorte AL:  High serum estradiol (E2) levels are associated
with an increased rate of pregnancy loss in vitro fertilization embryo transfer (IVF-ET) cycles.  (In
preparation)

Gutmann JN, Penzias AS, Shamma FN, Diamond M, DeCherney AH: Controlled ovarian hyperstimulation with
human menopausal gonadotropin (hMG) is associated with anovulation in the subsequent unstimulated cycle.
Reprod Genetics (in preparation)

Gutmann JN, Corson SL, Gocial B, Batzer FR, Kelly MR.  The value of Estradiol (E2) measurements on the day
after human chorionic gonadotropin administration (hCG) administration in in vitro fertilization - embryo
transfer.  (IVF-ET) (in preparation).

Schwartz PE, Chambers SK, Chambers JT, Gutmann J, Behrman HR, Katopodis N. Foemmel RS: Circulating
tumor markers in monitoring of gynecologic malignancies. Cancer 60:353-61, 1987.

Seifer DB, Gutmann JN, Doyle MB, Jones EE, Diamond MP, DeCherney AH: Persistent ectopic pregnancy
following laparoscopic linear salpingostomy.  Obstet Gynecol 76:1121-5, 1990.

Penzias AS, Gutmann JN, Seifer DB, DeCherney AH: Facial and neck paresthesia following nafarelin
administration.  Fertil Steril 56:357-8, 1991.

Penzias AS, Shamma FN, Gutmann JN, DeCherney AH, Lavy G: Nafarelin versus leuprolide in ovulation
induction for in vitro fertilization: a prospective randomized clinical trial.  Obstet Gynecol 79:739-42, 1992.

Gutmann JN                                                                                              18

Shamma FN, Lee G, Gutmann JN, Lavy G: The role of office hysteroscopy in in vitro fertilization. Fertil Steril 58:1237-9, 1992.

Penzias AS, Shanna FN Gutmann JN, Seifer DB, DeCherney AH, Lavy G. Luteinizing response to human chorionic gonadotropin does not predict outcome of gonadotropin releasing hormone agonist-suppressed/human menopausal gonadotropin-stimulated in vitro fertilization (IVF) cycles. J Assist Reprod Genet 9:244-7, 1992

Seifer DB, Gutmann JN, Grant WD, Kamps CA, DeCherney AH. Comparison of persistent ectopic pregnancy after laparoscopic salpingostomy versus salpingostomy at laparotomy for ectopic pregnancy. Obstet Gynecol 81:378-82, 1993.

Penzias AS, Rossi G, Gutmann JN, Haj-Hassan L, Leykin L, Diamond MO: Dichloroacetic acid (DCA) accelerates initial development of 2-cell murine embryos in vitro. Metab 42:1077-80, 1993

Soper D, Shoupe D, Shangold G, Shangold M, Gutmann J, Mercer L. Prevention of vaginal trichomoniasis by compliant use of the female condom. Sexually Trans Dis 20: 137-9, 1993.

Gutmann JN, Burtis W, Andrade-Gordon P, Penzias AS, Lavy G, Isognia KI. Human granulosa luteal cells secrete parathyroid hormone related protein in vitro and in vivo. J Clin Endocrinol and Metab 76:1314-18, 1993.

Piepert JF, Gutmann J. Oral contraceptive risk assessment. A survey of 247 highly educated women. Obstet Gynecol 82:112-7, 1993.

Penzias AS, Shamma FN, Gutmann JN, DeCherney AH, Lavy G. Luteinizing response to human gonadotropin does not predict outcome in gonadotropin stimulated in vitro fertilization cycles. Int J Fert 38:270-73, 1993.

Penzias AS, Gutmann JN, Shamma FN, DeCherney AH, Lavy G. Ovulation induction with GnRH-agonist and human menopausal gonadotropins: response in patients with one versus two ovaries. Int J Fertil 38:270-3, 1993.

Penzias AS, DeCherney AH, Gutmann JN, Seifer DB. Letter to the editor. Fertil Steril 59:1144-5, 1993.

Seifer DB, Silva PD, Grainger DA, Barber SR, Grant WD, Gutmann JN. Reproductive potential following treatment for persistent ectopic pregnancy. Fertil Steril 62(1):194-6, 1994.

Gutmann JN, Thornton KL, Diamond MP, Carcangiu ML. Histopathology of uterine myomata: evaluation of leuprolide acetate (LA) treatment. Fertil Steril 61:622-6, 1994.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Maislin G. Intraobserver and interobserver variability in scoring laparoscopic diagnosis of pelvic adhesions. J Am Assoc Gynecol Laparosc 1:S8, 1994

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Go KJ, English ME. Is paracervical block anesthesia for oocyte retrieval effective? Fertil Steril 62:133-6, 1994.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Maislin G. Intra-observer and inter-observer variability in scoring laparoscopic diagnosis of pelvic adhesions. Human Reprod 10:161-4, 1995.

Hansen LM, Batzer FR, Gutmann JN, Corson SL, Kelly MP, Gocial B. Evaluating ovarian reserve: follicle stimulating hormone and oestradiol variability during cycle days 2-5. Human Reprod 11:101-4, 1996.

Corson SL, Gutmann JN, Batzer FR et al. A double-blind comparison of nafarelin and leuprolide acetate for down-regulation in IVF cycles. Int J Fertil Menopausal Stud 41:446-9, 1996.

Kelly MK, Corson SL, Gocial B, Batzer FR, Gutmann JN. Discontinuous Percoll gradient preparation for donor insemination: determinants for success. Human Reprod 12:2682-2686, 1997

Corson SL, Gutmann JN, Batzer FR, Wallace H, Klein N, Soules MR. Inhibin B as a test of ovarian reserve for infertile women. Hum Reprod 14:2818-2821, 1999

Wood EG, Batzer FR, Go KJ, Gutmann JN, Corson SL. Ultrasound guided soft catheter embryo transfers will improve pregnancy rates in in vitro fertilization. Human Reprod 15:107-112, 2000

Corson SL, Cheng A, Gutmann JN, Laparoscopy in the normal infertile patient. A question revisited. J Am Assoc Gynecol Laparosc 7:317-32, 2000

## Abstracts

Schwartz PE, Chambers SK, Chambers JT, Gutmann J, Foemmel RS, Behrman HR. Circulating tumor markers in gynecologic malignancies: A preliminary experience using lipid associated sialic acid (LSA), Ca-125 and Carcinoembryonic Antigen. Proc ASCO 4:118, 1985.

Gutmann JN, Jones EE, Littlefield BA. Identification of Alpha -2- antiplasmin in human follicular fluid. District 1 Junior Fellow Meeting, American College of Obstetrics and Gynecologists, Sturbridge,MA. November 1990.

Gutmann JN, Burtis W, Andrade-Gordon P, Insogna K. Human granulosa-luteal cells secrete parathyroid hormone related protein in vivo and in vitro. American Federation for Clinical Research, Seattle, WA, May 3-6, 1991.

Gutmann JN, Diamond MP, DeCherney AH. Controlled ovarian hyperstimulation with human menopausal gonadotropins (hMG) is associated with anovulation in the subsequent unstimulated cycle. The American Fertility Society, 47th Annual Meeting, October 19-24, 1991.

Gutmann JN, Thornton KL, Carcangiu ML. Histopathology of uterine myomata: Evaluation of leuprolide acetate (LA) treatment. The American Fertility Society, 27th Annual Meeting, October 19-24, 1991.

Shamma F, Gutmann J, Diamond MP, Lavy G. Use of a mini-endoscopy system for diagnostic office hysteroscopy. American Association of Gynecologic Laparoscopists, World Congress of Gynecologic Endoscopy, AAGL 20th Annual Meeting, November 13-17, 1991.

Shamma FN, Lee G, Gutmann JN, Lavy G. The role of office hysteroscopy in vitro fertilization. The Society for Gynecologic Investigation, San Antonio, TX, March 1992.

Penzias AS, Haj-Hassan L, Rossi G, Leykin L, Gutmann JN, Diamond MP. Dichloro acetic acid (DCA) accelerates initial development of 2-cell mouse embryos in vitro. The Society for Gynecologic Investigation, San Antonio, TX, March 1992.

Penzias AS, Shamma FN, Gutmann JN, DeCherney AH, Lavy G. Nafarelin versus leuprolide in ovulation induction for in vitro fertilization a prospective, randomized clinical trial. The American College of Obstetrics and Gynecology, Las Vegas, Nevada, April 1992.

Shamma F, Haj-Hassan L, Penzias A, Gutmann J, Leykin L, Jones E. Luteal phase support in vitro fertilization

embryo transfer (IVF ET).  A prospective randomized trial. The American Fertility Society 48th Annual Meeting, November 2-5, 1992.

Seifer DB, Gutmann JN, Grant WD, Kamps CA, DeCherney AH.  Comparison of persistent ectopic pregnancy after laparoscopic salpingostomy versus salpingostomy at laparotomy for ectopic pregnancy.  The American Fertility Society 48th Annual Meeting, November 2-5, 1992.

Gutmann JN, Peipert JF, Penzias AS, Lee G, Horwitz RI.  Evaluation of implantation rate using gonadotropin hormone releasing analog for in vitro fertilization.  The Robert Wood Johnson Clinical Scholars Program Annual Meeting, Ft. Lauderdale, Florida, November 12-15, 1992.

Gutmann JN, Peipert JF, Lee G.  Nafarelin (NA) is associated with a lower implantation rate than leuprolide (LA) when used for pituitary ovarian suppression in in vitro fertilization-embryo transfer (IVF-ET). The American Fertility Society 48th Annual Meeting, New Orleans, LA, November 2-5, 1992.

Gutmann JN, Peipert JF, Shamma FN, Jones EE, La Morte AI. High serum estradiol (E$_2$) levels are associated with an increased rate of pregnancy loss in in vitro fertilization-embryo transfer (IVF ET) cycles.  The American Fertility Society 48th Annual Meeting, New Orleans, LA, November 2-5, 1992.

LaMorte A, Gutmann JN, Carcangiu ML, Seifer D, Jones EE, Olive DL.  The role of estrogen in adhesion formation.  Society for Gynecologic Investigation, March 1993.

Seifer DS, Silva PD, Granger DA, Barber S, Grant WD, Gutmann JN, Oliver DL. Reproductive potential following treatment for persistent ectopic pregnancy. The American Fertility Society, 49th Annual Meeting, Montreal, Canada, October 11-14, 1993.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Go KJ, English ME.  Intraobserver and interobserver variability in scoring laparoscopic diagnosis of pelvic adhesions.  International Congress of Gynecologic Endoscopy, The American Association of Gynecologic Laparoscopists, 23rd Annual Meeting, New York, New York, October 18-23, 1994.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Go KJ, English ME.  Is paracervical block anesthesia for oocyte retrieval effective?  Abstract #108, ESHRE, Brussels, 1994.  Human Reprod 9:48, 1994.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Go KJ, English ME.  Intra-observer and inter-observer variability in scoring laparoscopic diagnosis of pelvic adhesions.  Abstract #467, ESHRE, Brussels, 1994. Human Reprod 9:174, 1994.

Gutmann JN, Corson SL, Marmar JL, Gibbs MJ, Batzer FR, Gocial B, Kelly M. Enhanced motility of sperm after preparation in a percoll gradient and incubation with Pentoxyfylline.  Abstract #495, 10th Annual Meeting of the ESHRE, Brussels, 1994.  Human Reprod 9:183-4, 1994.

Corson SL, Batzer FR, Gocial B, Kelly M, Gutmann JN, Go KJ, English ME.  Intra-observer and interobserver variability in scoring laparoscopic diagnosis of pelvic adhesions.  The American Fertility Society, 50th Annual Meeting, San Antonio, TX, November 7-10, 1994.

Gutmann JN, Corson SL, Batzer FR, Gocial B, Kelly M, Braverman AM, Go KJ, English ME, Maislin G. Late follicular 17 hydroxyprogesterone (17OHP) levels to not predict cycle outcome in vitro fertilization-embryo transfer (IVF-ET) cycles.  The American Fertility Society, 50th Annual Meeting, San Antonio, TX, November 7-10, 1994.

Gutmann JN, Corson SL, Batzer FR, Gocial B, Go KJ, Kelly M, English ME.  In vitro fertilization of supranumary oocytes generated from gamete intrafallopian transfer (GIFT) predicts GIFT cycle outcome.  The American

Fertility Society, 50th Annual Meeting, San Antonio, TX, November 7-10, 1994.

Hansen LM, Batzer FR, Gutmann JN, Corson SL, Kelly MP, Gocial B. Evaluating ovarian reserve: Follicle stimulating hormone and estradiol variability cycle days 2 through 5, 15th World Congress on Fertility and Sterility, IFFS 95, Montpelier, France, Sept. 17 22, 1995.

Hansen LM, Batzer FR, Gutmann JN, Corson SL, Kelly MP, Gocial B. Evaluating ovarian reserve: Follicle stimulating hormone and estradiol variability cycle days 2 through 5, 51st Annual Meeting of the American Society for Reproductive Medicine, October 7-12, 1995.

Kelly MP, Corson SL, Maislin G, Batzer FR, Gocial B, Gutmann JN. Discontinuous Percoll gradient preparation for donor insemination at the 51st Annual Meeting of the American Society for Reproductive Medicine, October 7-12, 1995.

Hansen LM, Batzer FR, Gutmann JN, Corson SL, Kelly MP, Gocial B. Evaluating ovarian reserve: Follicle stimulating hormone and estradiol variability cycle days 2 through 5, American College of Obstetricians and Gynecologists, 1996 District III Annual Meeting.

Gutmann JN, Go KJ, Corson SL, Batzer FR, Gocial B, Kelly MP, English ME. A Method to Minimize Performance Anxiety and to Maximize Motile Sperm Yield for an Intrauterine Insemination (IUI) or Assisted Reproductive Technology (ART) Program. 53rd Annual Meeting of the American Society for Reproductive Medicine, October 18-22, 1997.

Gocial B, Corson SL, Batzer FR, Kelly MP, Gutmann JN, Forstein DA. Clomiphene Citrate Challenge Test as a Prognosticator in an IVF Program. 53rd Annual Meeting of the American Society for Reproductive Medicine, October 18-22, 1997.

Batzer FR, Gutmann JN, English ME, Corson SL, Kelly M, Gocial B, Keefe DL, Mari J. Patient satisfaction with the use of Crinone in women undergoing assisted reproductive technology (ART). Pacific Coast Fertility Society, 46th Annual Meeting, April 22-26, 1998, Indian Wells CA. Poster Presentation, April 24, 1998, P-22 in program.

Wolf A, Batzer FR, Gutmann JN, English ME, Corson SL, Kelly M, Gocial B, Wood EG, Keefe DL, Mari J, Elkind-Hirsch KE, Holman D, McWilliams R. Patient satisfaction with the use of Crinone in women undergoing assisted reproductive technology (ART). 54th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, CA, October 4-9, 1998.

Corson SL, Gutmann JN, Batzer FR, Wallace H, Klein N, Soules MR. Ovarian reserve tests: Inhibin B versus Clomiphene Citrate Challenge Test. 54th Annual Meeting of the American Society for Reproductive Medicine, San Francisco, California, October 4-9, 1998.

Gutmann JN, Corson SL. The value of estradiol (E2) measurements on the day after human chorionic gonadotropin (hCG) administration in in vitro fertilization embryo transfer (IVF-ET) cycles. 11th World Congress on In Vitro Fertilization and Human Reproductive Genetics, Australia, 1999.

Wood EG, Batzer FR, Go KJ, Gutmann JN, Corson SL. Significantly improved ART pregnancy rates following simple embryo transfer technique change. 11th World Congress on in vitro fertilization and human reproductive genetics, Australia, 1999.

Gocial B, Cheng A, Gutmann JN, Thompson LW, Corson SL. Relationship of chlamydia antibody titers to tubal disease in unexplained infertility. 55th Annual Meeting of the American Society for Reproductive Medicine, 1999.

Cheng AT, Corson SL, Gutmann JN. The value of laparoscopy in unexplained infertility. 55th Annual Meeting of the American Society for Reproductive Medicine, 1999.

Corson SL, Cheng A, Gutmann JN. The Role of Laparoscopy in the "Normal" Infertile Female. ESHRE 15th Annual Meeting, June 27 30, 1999, Tours, France.

Wood EG, Batzer FR, Gutmann JN, Gocial B. Go KJ, Corson SL. Impact of physician practice factor on pregnancy rates in IVF patients utilizing the same IVF laboratory. 56th Annual Meeting of the American Society for Reproductive Medicine, October 2000.

B Gocial, KJ Go, SL Corson, JN Gutmann. ICSI does not improve success rates for patients with unexplained infertility. Annual Meeting of the American Society for Reproductive Medicine, Orange County Convention Center, Orlando, Florida, October 20-25, 2001.

Gutmann JN, Gocial B, Graves K. Repeated cycles of ovarian stimulation in oocyte donors: Does it impact outcome? American Society for Reproductive Medicine, 58th Annual Meeting, Seattle, Washington, October 2002.

Gopal M, Gutmann JN, Batzer FR, Gocial B, Kelly MK. Repeat oocyte donor cycles: Factors from the initial cycle which predicts outcomes in subsequent cycles. American Society for Reproductive Medicine, 59th Annual Meeting, San Antonio TX, October 2003

Gutmann JN, Gocial B, Kelly MP, Batzer FR. Recombinant Follicle Stimulating Hormone in Controlled Ovarian Stimulation-Comparison of the Pen With Preparations Requiring Reconstitution. American Society for Reproductive Medicine, 60th Annual Meeting, Montreal, Canada, October 2005. Abstracts of the Scientific Oral & Poster Sessions, No. P-429, Fertil Steril 84:S304, 2005

Sharma S, Gocial B, Gutmann J, Batzer F. Endometrial adenocarcinoma after laparoscopic supracervical hysterectomy. American Society for Reproductive Medicine, 60th Annual Meeting, Montreal, Canada, October 2005. Abstracts of the Scientific Oral & Poster Sessions, No. P-874, Fertil Steril 84:S471, 2005

F. R. Batzer, J. N. Gutmann, M. P. Kelly, B. Gocial Determining clinically meaningful laboratory values when new measurement technologies are introduced: relating Follicle Stimulating Hormone (FSH) results to pregnancy. American Society for Reproductive Medicine, 61st Annual Meeting, New Orleans, LA, October 2006.

## Medical Textbooks & Reviews

Gutmann JN, Hutchinson-Williams KA. Goals of treatment of the climacteric. Ovarian secretions and cardiovascular and Neurological function. Naftolin F, Gutmann JN, DeCherney AH, Sarrell PM (eds), Raven Press, New York, 1990.

Naftolin F, Gutmann JN, DeCherney AH, Sarrel PM (eds). Ovarian secretions and cardiovascular and neurological function. Raven Press, New York, 1990.

Gutmann JN, Lavy G, DeCherney AH. Osteoporosis. American College of Obstetricians and Gynecologists, Interactive Teaching Program, 1990.

Hutchinson-Williams KA, Gutmann JN. Estrogen replacement therapy (ERT) in high risk cancer patients. Yale J Biol Med 64:607-26, 1991.

Gutmann JN. Imaging in the evaluation of female infertility. J Reprod Med 37(1):54-61, 1991.

Gutmann JN, DeCherney AH. Androgen metabolism and causes of androgen excess. Postgraduate Obstetrics

Gutmann JN                                                                                              23

and Gynecology, Vol 3, No. 19, September 1991.

Gutmann JN, Ghidini A, DeCherney AH. Thyroid and adrenal testing. Clinical Consultations in Obstetrics and
Gynecology. Chez R (ed), WB Saunders, Vol 3, No. 3, September 1991, pps 214-226.

Gutmann JN, Diamond MP. Principles of laparoscopic microsurgery and adhesion prevention. Practical manual
of operative laparoscopy and hysteroscopy. Azziz R, Murphy AA (eds), Springer Verlag, Inc., 1992.

Gutmann JN, DeCherney AH. Infertility. The Academic American Encyclopedia. Grolier Inc., Danbury, CT,
1992.

Diamond MP, Gutmann JN. El problema de las bajas respondedoras. Advances en reproduccion asistida,
Valencia 1992.

Seifer DB, Gutmann JN, Jones EE. The new progestins. Contemp OB/GYN, 1993.

Gutmann JN, DeCherney AH. New aspects of reproductive technology. Advanced Hospital Technology, 1993.

Penzias AS, Gutmann JN, Diamond MP. Laparoscopic management of ectopic pregnancy. Stovall TG (ed),
Intrauterine Pregnancy: Clinical Diagnosis and Management. Pergamon Press, 1993.

Gutmann JN, Penzias AS, Diamond MP. Adhesions. Wallach EE, Zacur HA (eds). Reproductive Medicine and
Surgery. Mosby Yearbook, St. Louis, 1993.

Gutmann JN, Olive DL. Luna, laparoscopic presacral neurectomy: safe? effective? In Med Clin NA, 4(2)371-
387, 1993.

Gutmann JN, DeCherney AH. Endometriosis: current treatment options. Curr Ther Endocrinol Metab 5:232-7,
1994.

Gutmann JN, Corson SL. Intrauterine Insemination, Infertility, Genetics, Sciarra J Jr (ed) Philadelphia, PA,
5(67) 1-21, 1993.

Gutmann JN, Corson SL. The new progestins. Fertility Control, Corson SL, Derman RJ Tyrer LB (eds),
Essential Medical Information Systems, Inc., Durant, OK, 1994.

Gutmann JN. The role of laboratory testing in the infertility evaluation. Clinical Consultations in Obstetrics
and Gynecology. Chez R (ed), WB Saunders, Vol 5, No. 3, September 1993, pps 177 178.

Batzer FR, Gutmann JN. The use of transvaginal ultrasound in infertility. The American Association of
Gynecologic Laparoscopists. Endoscopy Handbook, 1993.

Corson SL, Gutmann JN. "A review of three new progestins in oral contraception: Norgestimate, Desogestrel
and Gestodene". Corson SL, Derman RJ, Tyrer LB (eds), Fertility Control, Goldin Publishers, London, Ontario,
Canada, 1994.

Gutmann JN, Corson SL. The new progestins: Pharmacologic and clinical aspects. Int J Fertil 39:163-176,
1994.

Gutmann JN, Diamond MP. Principles of laparoscopic microsurgery and adhesion prevention. Practical
manual of operative laparoscopy and hysteroscopy. Azziz R, Murphy AA (eds), 2nd Edition, Springer Verlag,
Inc., 1996.

Gutmann JN                                                                                    24

Gutmann JN. Cancer and infertility: Nursing implications. Infertility and Reprod Med Clin NA 7;3:535-52, 1996, W.B. Saunders, Philadelphia PA

Gutmann JN. Clinical Aspects of Hormone Replacement Therapy. Chapter 7, Contemporary Issues in Perimenopause and Menopause, FR Batzer (ed), Handbooks in Health Care Company, Newtown PA, 1997.

Corson SL, Gutmann JN. "Infertility Procedures", pps 133-150, Infertility and Repro Med Clin, , W.B. Saunders, Philadelphia PA, January, 1999.

Gutmann JN. Health benefits of oral contraceptives. Infertility and Repro Med Clin 11:755-777, 2000, W.B. Saunders, Philadelphia PA.

Gutmann JN. Endometriosis and Ovulation Induction. Infertility and Repro Med Clin 11:369-383, 2000, W.B. Saunders, Philadelphia PA.

Gutmann JN, Corson SL. Female reproductive endocrinology at the turn of the millennium. Int J Fertil Womens Med 46(3):101-15, 2001

Gutmann JN, Braverman AM. Gestational surrogacy. Infertility and Repro Med Clin, W.B. Saunders, Philadelphia PA, July 2002.

Gutmann JN. Endometriosis. Conn's Current Therapy, W.B. Saunders Company, Philadelphia, PA 2004 .

Gutmann JN, Corson SL. Endocrine Disease in Pregnancy. Contemporary Clinical Gynecology and Obstetrics 2:299-316, 2002 Parthenon Publishing, Lancaster, United Kingdom.

Gutmann JN, Corson SL. GnRH Analog (GnRH-a) therapy before myomectomy or hysterectomy. Journal of Minimally Invasive Gynecology 12:528-39, 2005

Gutmann JN. Exploring sexual dysfunction in the menopausal woman. Sex, Reproduction and Menopause 3:8-11, 2005.

Gutmann JN. Complementary and Alternative Medicine, Part 1. Fertility Today, Spring 2006

Braverman AM, Gutmann JN. Infertility, "The Plenty of Time" Fallacy. Mental Fitness, The science of mental wellness, New York, NY (In press)

Gutmann JN, Coons HL, Kellogg S. Common Sexual Concerns in Ob/Gyn Practice. ACOG Update, Washington, DC (In Press)