IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANNETT COMPANY INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-338 |
| KV PHARMACEUTICALS, | ) | |
| DRUGTECH CORPORATION, and | ) | |
| THER-RX CORPORATION | ) | **PUBLIC VERSION** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| KV PHARMACEUTICAL COMPANY, | ) | |
| THER-RX CORP., and DRUGTECH | ) | |
| CORP., | ) | |
| | ) | |
| *Counterclaim-plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANNETT COMPANY, INC., | ) | |
| | ) | |
| *Counterclaim-defendant.* | ) | |

## DECLARATION OF FREDERICK L. COTTRELL, III IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Frederick L. Cottrell, III, declare as follows:

1.     I am an attorney at law of the State of Delaware and a director of Richards, Layton & Finger, P.A., attorneys together with Kenyon & Kenyon LLP for counter-claim plaintiffs KV Pharmarceutical Company, Drugtech Corporation, and Ther-RX Corporation. I make this declaration in support of defendants and counterclaim-plaintiffs' motion for temporary restraining order and preliminary injunction.

2.     Annexed hereto as exhibit H is a true and accurate copy of European Patent No. EP1194138B1 entitled Nutritional Supplements.

3.     Annexed hereto as exhibit I is a true and accurate copy of Australian Patent No. 780504 entitled Nutritional Supplements.

4.     Annexed hereto as exhibit J is a true and accurate copy of portions of plaintiff's 2007 annual report obtain from the Lannett website http://www.lannett.com.

5.     Annexed hereto as exhibit K is a true and accurate copy of portions of plaintiff's form 10Q filed with the U.S. Securities and Exchange Commission for the quarterly period ended September 30, 2007.

6.     Annexed hereto as exhibit L is a true and accurate copy of portions of plaintiff's form 10Q filed with the U.S. Securities and Exchange Commission for the quarterly period ended December 31, 2007.

7.     Annexed hereto as exhibit M is a true and accurate copy of portions of plaintiff's form 10Q filed with the U.S. Securities and Exchange Commission for the quarterly period ended March 31, 2008.

8.     Annexed hereto as exhibit N is a true and accurate copy of the notice of allowability of U.S. Patent No. 6,576,666.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 17, 2008

FREDERICK L. COTTRELL, III

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Sophia Siddiqui
> Fox Rothschild LLP
> 919 Market Street, Suite 1300
> P. O. Box 2323
> Wilmington, DE   19899-2323

I hereby certify that on June 17, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

> Samuel H. Israel
> Gerard P. Norton
> Fox Rothschild LLP
> 2000 Market Street, 10th Floor
> Philadelphia,. PA   19103

Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-2942980-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using

CM/ECF which will send notification of such filing(s) to the following:

>   Sophia Siddiqui
>   Fox Rothschild LLP
>   919 Market Street, Suite 1300
>   P. O. Box 2323
>   Wilmington, DE   19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing

document to the following non-registered participants:

>   Samuel H. Israel
>   Gerard P. Norton
>   Fox Rothschild LLP
>   2000 Market Street, 10th Floor
>   Philadelphia,. PA   19103

Anne Shea Gaza (#4093)
gaza@rlf.com

# EXHIBIT H



(19)



(11)     **EP 1 194 138 B1**

(12)                **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
    of the grant of the patent:
    **31.01.2007  Bulletin 2007/05**

(51) Int Cl.:
    *A61K 31/20* (2006.01)    *A61K 31/19* (2006.01)
    *A61K 31/70* (2006.01)    *A61K 31/34* (2006.01)
    *A61K 47/00* (2006.01)    *A61K 9/68* (2006.01)
    *A61K 9/28* (2006.01)    *A23L 1/30* (2006.01)

(21) Application number: **00936025.6**

(22) Date of filing: **18.05.2000**

(86) International application number:
    **PCT/US2000/013581**

(87) International publication number:
    **WO 2000/072842 (07.12.2000 Gazette 2000/49)**

(54) **NUTRITIONAL SUPPLEMENTS**

NAHRUNGSZUSÄTZE

SUPPLEMENTS NUTRITIFS

(84) Designated Contracting States:
    **AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU
    MC NL PT SE**
    Designated Extension States:
    **AL LT LV MK RO SI**

(30) Priority: **01.06.1999 US 323159**

(43) Date of publication of application:
    **10.04.2002  Bulletin 2002/15**

(60) Divisional application:
    **06015359.0 / 1 723 953**

(73) Proprietor: **Drugtech Corporation
    Wilmington,
    Delaware 19801 (US)**

(72) Inventors:
    • **HERMELIN, Marc, S.**
      **Glendale, MO 63122 (US)**
    • **LEVINSON, R., Saul**
      **Chesterfield, MO 63005 (US)**
    • **PARADISSIS, George**
      **St. Louis, MO 63141 (US)**

(74) Representative: **Kuhnen, Rainer-Andreas
    KUHNEN & WACKER
    Patent- und Rechtsanwaltsbüro
    Prinz-Ludwig-Strasse 40A
    85354 Freising (DE)**

(56) References cited:
    EP-A- 0 611 568    US-A- 5 562 913
    US-A- 5 744 161    US-A- 5 776 504

EP 1 194 138 B1

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

**EP 1 194 138 B1**

Description

## BACKGROUND OF THE INVENTION

5  **Field of the Invention**

[0001]   The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

10

**Description of the Related Art**

[0002]   At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See The Merck Manual,
15  185:1929-1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al.,
20  Understanding Nutrition, 493-504 (6th ed. 1993).
[0003]   Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a woman's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation
25  from occurring.
[0004]   Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in
30  breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.
[0005]   In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk
35  and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.
[0006]   The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids
40  support most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.
[0007]   Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-
45  6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.
[0008]   Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a fetus's body
50  accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.
[0009]   Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.
55  [0010]   A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting

EP 1 194 138 B1

food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk Attorney Docket No. 23818 or, in the worse case scenario, no breast milk at all.

[0011]    According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman
5    can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to inadequate intakes by the mother.

[0012]    Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption.
10   Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition, Whitney and Rolfe, 6th Ed. , 136-40 (1993).*

[0013]    Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a hazzard of long term low fat parental dieting. *The Merck Manual, 16th Ed., 968 (1992).*

15   [0014]    Methods of administering linoleic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Patent No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

20   [0015]    Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

[0016]    Chalupa et al., U.S. Patent No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of
25   long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

[0017]    Nishimura et al., U.S. Patent No. 5, 635, 198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

30   [0018]    Scott et al., U.S. Patent No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminate producing a milk very high in unsaturated fats.

[0019]    Palmquist et al., U.S. Patent No. 4,642,317, describe a process for feeding ruminants fatty acids in the form
35   of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

[0020]    Richardson, U.S. Patent No. 5, 1a3, 737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated
40   fats.

[0021]    Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The *Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Missouri, contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg Of vitamin C, 1
45   mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of Attorney Docket No. 23818 niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 1011.

[0022]    Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, New York,
50   contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg, of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed to "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and
55   during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See *Id.* at 1522-3.

[0023]    Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Indiana, provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5

3

EP 1 194 138 B1

mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothentic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

[0024]   Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, New York, contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

[0025]   Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wisconsin, contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Physicians' Desk Reference, (53d Ed., 1999) 2916-7.

[0026]   Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wisconsin, contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917-8.

[0027]   Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Georgia, contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

[0028]   Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Georgia, contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period-for both lactating and nonlactating mothers and is available only in caplet form. See Id. at 3163.

[0029]   Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, New Jersey, contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

[0030]   However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

[0031]   Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

## SUMMARY OF THE INVENTION

[0032]   The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores. The present compositions contain a novel combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

[0033]   In one embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount

4

EP 1 194 138 B1

ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; wherein the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

[0034]  In another embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosa-hexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; and a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg. The weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

[0035]  In a further embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosa-hexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400 mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the composition is about 1:0.1 to 10.

[0036]  In a further embodiment of the inventive subject matter, a composition for administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

[0037]  In yet another embodiment of the inventive subject matter, a composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

[0038]  The inventive subject matter also provides a method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

[0039]  In another embodiment of the present inventive subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

[0040]  In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to

5

EP 1 194 138 B1

optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative
5    thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period Attorney Docket No. 23818 which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during
10    a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

[0041]    In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal
15    to optimize neurological development of the neonate, which comprises: administering a first fatty acid compound to the woman during a period commencing Attorney Docket No. 23818 at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy
20    and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

25    [0042]    In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said
30    female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

35

## DETAILED DESCRIPTION OF THE INVENTION

[0043]    As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.
40    [0044]    "Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.
[0045]    "Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.
45    [0046]    "Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent",
50    "drug", "medication", "medicine", "medicant", and other such similar terms.
[0047]    "Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.
[0048]    "Biologically-acceptable" refers to being safe for human consumption.
[0049]    "Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet
55    been weaned.
[0050]    The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her

EP 1 194 138 B1

own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare
5    women for additional pregnancies and subsequent lactation.

[0051]    Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast
10    milk, as described herein, will experience optimal neurological development. Futher, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

15    [0052]    The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the
20    breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefitting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

25    [0053]    Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic
30    acid and arachidonic acid which are precursors of 1 and 2 series prostaglandin respectively, as shown in the outline below:



[0054]    The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected

7

EP 1 194 138 B1

from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combinations thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound
is an omega-3 fatty acid, said omega-3 fatty acid is not linoleic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

[0055]   The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of
the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

[0056]   The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including
reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linoleic acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations
in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

[0057]   Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic
acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

[0058]   The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without
limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations
thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

[0059]   The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present
compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

[0060]   When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

[0061]   When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 , mg to about 400 mg. Even more preferably, the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

[0062]   Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from about 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled

release form in an amount ranging from 50 mg to about 125 mg.

[0063]  Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folic acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

[0064]  Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2, 500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

[0065]  Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

[0066]  The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

[0067]  Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

[0068]  It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

[0069]  Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

[0070]  The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

[0071]  Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

[0072]  Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

[0073]  For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

EP 1 194 138 B1

[0074]    Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

5    [0075]    Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharma-

10    ceutical industry.

[0076]    Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

15    [0077]    Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

[0078]    The present inventive subject matter contemplates nutritional compositions formulated for administration by

20    any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and

25    dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

[0079]    The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and

30    adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

[0080]    Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons

35    skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

[0081]    The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate,

40    diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which

45    aid in nutritional composition release.

[0082]    The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

50    [0083]    The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10-1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3-63 mg (e.g., the lower range limit= (35 kg/55 kg) *10mg =6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any

55    individual, including any mammal, regardless of its size.

[0084]    The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when

10

EP 1 194 138 B1

present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

5    [0085]    Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

[0086]    Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject
10    matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

[0087]    The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently
15    breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

[0088]    The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or
20    continuing on as a nutritional supplement for the mother.

[0089]    The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional
25    supplement for the mother.

[0090]    The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have
30    difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

[0091]    The foregoing is considered as illustrative of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications
35    and equivalents may be resorted to, falling within the scope of the inventive subject matter.

[0092]    The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

40    **EXAMPLES**

**Example 1**

[0093]    The following formulations are used to prepare compositions for administration to women prior to and during
45    lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | - | - | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |

11

EP 1 194 138 B1

(continued)

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

Example 2

[0094]   The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | - |
| Vitamin $D_3$ (I.U.) | 400 | - |
| Vitamin $B_6$ | 125* | 125* |
| Iron | 90* | - |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | - | 1 |
| Magnesium | - | 25 |
| * formulated for controlled release | | |

Example 3

[0095]   The following compositions are used to prepare products for administration to women prior to and during lactation:

EP 1 194 138 B1

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | - | - | 50 | - | - | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | - | - | - | 25 | 400 | 25 |
| Vitamin C | - | - | - | 25 | 400 | 400 |
| Vitamin E (I.U.) | - | - | - | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 140 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | - | - | 100 | - | - |
| Ethylcellulose | - | - | - | - | - | - |

[0096] The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

Example 4

[0097] A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B$_6$, iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.
[0098] A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

Claims

1.  Use of a composition for the manufacture of a medicament for the administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, the composition comprising:

    about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;
    about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and

EP 1 194 138 B1

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

2. Use according to claim 1, wherein said composition additionally contains a vitamin compound or derivative thereof.

3. Use according to claim 2, wherein the vitamin compound is selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin C compound, a vitamin D compound, a vitamin E compound and combinations thereof.

4. Use according to claim 3, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to 500 mg.

5. Use according to claim 3, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 mg to 400 mg.

6. Use according to claim 1, wherein said composition additionally contains a biologically-acceptable mineral compound or derivative thereof.

7. Use according to claim 1, wherein said biologically-acceptable mineral compound is selected from the group consisting of calcium, magnesium, iron and combinations thereof.

8. Use according to claim 7, wherein the calcium is present in said composition in an amount of about 300 mg to 2500 mg.

9. Use according to claim 1, wherein said composition additionally contains a biologically active substance.

10. Use according to claim 9, wherein the biologically active substance is a lactogen compound or derivative thereof.

11. Use according to claim 1, wherein said composition is administered during a period commencing no later than the tenth week of pregnancy.

12. Use according to claim 1, wherein said composition is administered during a period of time commencing at least at about the tenth week of pregnancy.

13. Use according to claim 1, wherein said composition is in an oral dosage form.

14. Use according to claim 13, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

15. Use according to claim 13, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yoghurts, gelatin, cereal and combinations thereof.

16. Use according to claim 1, wherein said composition is administered once during a twenty four hour period of time.

17. Use according to claim 1, wherein said composition is administered at least twice during a twenty four hour period of time.

18. Use according to claim 1, wherein said composition increases lactogenesis.

19. Use according to claim 1, wherein said composition increases the quantity of breast milk produced during lactation.

20. Use according to claim 1, wherein said composition prevents deficiency of essential fatty acids in the woman.

21. Use according to claim 1, wherein said composition is provided with indicia indicating a time period of use.

22. Use according to claim 21, wherein said time period of use is prior to, during and after lactation.

23. Use according to claim 21, wherein said time period commences at about the tenth week of pregnancy.

14

EP 1 194 138 B1

24. Use according to claim 1, wherein said composition extends the duration of the period of lactation.

25. Use of a composition for the manufacture of a medicament for the administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises:

about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;
about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;

and
wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1: 0.01 to 10.

26. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to 100 mg of a first fatty acid compound selected from the group consisting of a fatty acid compound, a derivative thereof and a combination thereof;
b) about 10 mg to 1000 mg of a second fatty acid compound for each compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;
c) about 20 mg to 125 mg of a vitamin $B_6$ compound or derivative thereof;
d) about 0.1 mg to 3mg of a folic acid compound or derivative thereof;
e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

27. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;
b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosa-hexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;
c) about 20 mg to 125 mg of a vitamin $B_6$ compound or derivative thereof;
d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;
e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;
f) about 25 mg to 400 mg of a magnesium compound or derivative thereof;
g) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;
h) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## Patentansprüche

1. Verwendung einer Zusammensetzung zum Herstellen eines Arzneimittels zum Verabreichen an eine Frau zum Anreichern der Muttermilch dieser Frau, um die neurologische Entwicklung des von der Frau gestillten Kindes zu optimieren, wobei die Zusammensetzung umfasst:

ungefähr 10 mg bis 1000 mg einer ersten Fettsäureverbindung für jede Verbindung ausgewählt aus der Gruppe, bestehend aus einer Linolsäureverbindung, einer Linolensäureverbindung, einem Derivat derselben und einer Kombination derselben;
ungefähr 10 mg bis 1000 mg einer zweiten Fettsäureverbindung, ausgewählt aus der Gruppe, bestehend aus

EP 1 194 138 B1

einer Docosahexaensäureverbindung, einer Omega-3-Fettsäure, einer Omega-2-Fettsäure, einem Derivat derselben und einer Kombination derselben; und
wobei das Gewichtsverhältnis der ersten Fettsäureverbindung zur zweiten Fettsäureverbindung bei ungefähr 1:0,01 bis 10 liegt.

2. Verwendung gemäß Anspruch 1, wobei die Verbindung zusätzlich eine Vitaminverbindung oder ein Derivat derselben enthält.

3. Verwendung gemäß Anspruch 2, wobei die Vitaminverbindung ausgewählt ist aus der Gruppe, bestehend aus einer Vitamin A-Verbindung, einer Vitaminverbindung des B-Komplexes, einer Vitamin C-Verbindung, einer Vitamin D-Verbindung, einer Vitamin E-Verbindung und Kombinationen derselben.

4. Verwendung gemäß Anspruch 3, wobei die Vitamin C-Verbindung in der Zusammensetzung in einer Menge in einem Bereich von ungefähr 25 mg bis 500 mg vorliegt.

5. Verwendung gemäß Anspruch 3, wobei die Vitamin E-Verbindung in der Zusammensetzung in einer Menge in einem Bereich von ungefähr 10 mg bis 400 mg vorliegt.

6. Verwendung gemäß Anspruch 1, wobei die Verbindung zusätzlich eine biologisch verträgliche Mineralverbindung oder ein Derivat derselben enthält.

7. Verwendung gemäß Anspruch 1, wobei die biologisch verträgliche Mineralverbindung ausgewählt ist aus der Gruppe, bestehend aus Calcium, Magnesium, Eisen und Kombinationen derselben.

8. Verwendung gemäß Anspruch 7, wobei das Calcium in der Zusammensetzung in einer Menge von ungefähr 300 mg bis 2500 mg vorliegt.

9. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung zusätzlich eine biologisch aktive Substanz enthält.

10. Verwendung gemäß Anspruch 9, wobei die biologisch aktive Substanz eine Laktogenverbindung oder ein Derivat derselben ist.

11. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung während einer Zeitdauer, die nicht später als in der zehnten Schwangerschaftswoche beginnt, verabreicht wird.

12. Verwendung gemäß Anspruch 1, wobei die Verwendung während einer Zeitdauer, die wenigstens in ungefähr der zehnten Schwangerschaftswoche beginnt, verabreicht wird.

13. Verwendung gemäß Anspruch 1, wobei die Verbindung eine orale Dosierungsform ist.

14. Verwendung gemäß Anspruch 13, wobei die orale Dosierungsform ausgewählt ist aus der Gruppe, bestehend Dosierungsformen für sofortige Freisetzung, verlängerte Freisetzung, wiederholte Freisetzung, verzögerte Freisetzung, gesteuerte Freisetzung und Kombinationen derselben.

15. Verwendung gemäß Anspruch 13, wobei die orale Dosierungsform ausgewählt ist aus der Gruppe, bestehend aus einer Kautablette, einer schnell-löslichen Tablette, einer Brausetablette, einer harten Gelatinekapsel, einer weichen Gelatinekapsel, rekonstituierbarer Partikel, Mikropartikel, einer Suspension, einem Elixier, einem Caplet, angereicherter Nahrung, Pudding, Joghurts, Gelatine, Cerealien und Kombinationen derselben.

16. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung einmal in einem Zeitraum von 24 Stunden verabreicht wird.

17. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung wenigstens zweimal während einer Zeitdauer von 24 Stunden verabreicht wird.

18. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung die Laktogenese erhöht.

19. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung die Quantität der Muttermilch, die während der

**EP 1 194 138 B1**

Laktation produziert wird, erhöht.

20. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung einem Mangel der Frau an essentiellen Fettsäuren vorbeugt.

21. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung mit Indices zum Anzeigen der Verwendungsdauer bereitgestellt wird.

22. Verwendung gemäß Anspruch 21, wobei die Verwendungsdauer vor, während und nach der Laktation ist.

23. Verwendung gemäß Anspruch 21, wobei die Zeitdauer ungefähr um die zehnte Schwangerschaftswoche beginnt.

24. Verwendung gemäß Anspruch 1, wobei die Zusammensetzung die Zeitdauer der Laktation verlängert.

25. Verwendung einer Zusammensetzung zum Herstellen eines Arzneimittels zum Verabreichen an ein weibliches Säugetier zum Anreichern der Milch dieses Säugetiers, um die neurologische Entwicklung des von dem weiblichen Säugetier gestillten Neugeborenen zu optimieren, wobei die Zusammensetzung umfasst:

ungefähr 10 mg bis 1000 mg pro 55 kg Körpergewicht des Säugetiers einer ersten Fettsäureverbindung für jede Verbindung ausgewählt aus der Gruppe, bestehend aus einer Linolsäureverbindung, einer Linolensäureverbindung, einem Derivat derselben und einer Kombination derselben;
ungefähr 10 mg bis 1000 mg pro 55 kg Körpergewicht des Säugetiers einer zweiten Fettsäureverbindung ausgewählt aus der Gruppe, bestehend aus einer Docosahexaensäureverbindung, einer Omega-3-Fettsäure, einer Omega-2-Fettsäure, einem Derivat derselben und einer Kombination derselben; und
wobei das Gewichtsverhältnis der ersten Fettsäureverbindung zur zweiten Fettsäureverbindung bei ungefähr 1:0,01 bis 10 liegt.

26. Zusammensetzung zum Verabreichen an eine Frau zum Anreichern der Muttermilch dieser Frau, um die neurologische Entwicklung eines von der Frau gestillten Kindes zu optimieren, wobei die Zusammensetzung umfasst:

a) ungefähr 10 mg bis 100 mg einer ersten Fettsäureverbindung, ausgewählt aus der Gruppe, bestehend aus einer Fettsäureverbindung, einem Derivat derselben und einer Kombination derselben;
b) ungefähr 10 mg bis 1000 mg einer zweiten Fettsäureverbindung für jede Verbindung, ausgewählt aus der Gruppe, bestehend aus einer Docosahexaensäureverbindung, einer Omega-3-Fettsäure, einer Omega-2-Fettsäure, einem Derivat derselben und einer Kombination derselben;
c) ungefähr 20 mg bis 125 mg einer Vitamin B6-Verbindung oder einem Derivat derselben;
d) ungefähr 0,1 mg bis 3 mg einer Folsäureverbindung oder einem Derivat derselben;
e) ungefähr 100 mg bis 2000 mg einer Calciumverbindung oder einem Derivat derselben; und

wobei das Gewichtsverhältnis der ersten Fettsäureverbindung zur zweiten Fettsäureverbindung bei ungefähr 1:0,1 bis 10 liegt.

27. Eine Zusammensetzung zum Verabreichen an eine Frau zum Anreichern der Muttermilch dieser Frau, um die neurologische Entwicklung eines von der Frau gestillten Kindes zu optimieren, wobei die Zusammensetzung umfasst:

a) ungefähr 10 mg bis 100 mg einer ersten Fettsäureverbindung für jede Verbindung, ausgewählt aus der Gruppe, bestehend aus einer Linolsäureverbindung, einer Linolensäureverbindung, einem Derivat derselben und einer Kombination derselben;
b) ungefähr 10 mg bis 1000 mg einer zweiten Fettsäureverbindung ausgewählt aus der Gruppe, bestehend aus einer Docosahexaensäureverbindung, einer Omega-3-Fettsäure, einer Omega-2-Fettsäure, einem Derivat derselben und einer Kombination derselben;
c) ungefähr 20 mg bis 125 mg einer Vitamin B6-Verbindung oder einem Derivat derselben;
d) ungefähr 0,1 mg bis 3 mg einer Folsäureverbindung oder einem Derivat derselben;
e) ungefähr 100 mg bis 2000 mg einer Calciumverbindung oder einem Derivat derselben;
f) ungefähr 25 mg bis 400 mg einer Magnesiumverbindung oder einem Derivat derselben;
g) ungefähr 25 mg bis 500 mg einer Vitamin C-Verbindung oder einem Derivat derselben;
h) ungefähr 10 mg bis 400 mg einer Vitamin E-Verbindung oder einem Derivat derselben; und

**EP 1 194 138 B1**

wobei das Gewichtsverhältnis der ersten Fettsäureverbindung zur zweiten Fettsäureverbindung bei ungefähr 1:0,1 bis 10 liegt.

5   **Revendications**

1.  Utilisation d'une composition pour la fabrication d'un médicament à administrer à une femme, destiné à enrichir le lait maternel de ladite femme pour optimiser le développement neurologique d'un enfant allaité par la femme, la composition comprenant :

10

environ 10 mg à 1 000 mg d'un premier composé d'acide gras pour chaque composé choisi dans le groupe constitué d'un composé d'acide linoléique, un composé d'acide linolénique, un dérivé de ceux-ci et une com-binaison de ceux-ci ;

15   environ 10 mg à 1 000 mg d'un second composé d'acide gras choisi dans le groupe constitué d'un composé d'acide docosahexaénoïque, un acide gras oméga-3, un acide gras oméga-2, un dérivé de ceux-ci et une combinaison de ceux-ci ; et

dans laquelle, le rapport pondéral dudit premier composé d'acide gras au dit second composé d'acide gras est d'environ 1 : 0,01 à 10.

20

2.  Utilisation selon la revendication 1, dans laquelle ladite composition contient en outre un composé de vitamine ou un dérivé de celle-ci.

3.  Utilisation selon la revendication 2, dans laquelle le composé de vitamine est choisi dans le groupe constitué d'un
25   composé de vitamine A, un composé de vitamine B complexe, un composé de vitamine C, un composé de vitamine D, un composé de vitamine E et des combinaisons de ceux-ci.

4.  Utilisation selon la revendication 3, dans laquelle ledit composé de vitamine C est présent dans ladite composition dans une quantité allant d'environ 25 mg à 500 mg.

30

5.  Utilisation selon la revendication 3, dans laquelle ledit composé de vitamine E est présent dans ladite composition dans une quantité allant d'environ 10 mg à 400 mg.

6.  Utilisation selon la revendication 1, dans laquelle ladite composition contient en outre un composé minéral biologi-
35   quement acceptable ou un dérivé de celui-ci.

7.  Utilisation selon la revendication 1, dans laquelle ledit composé minéral biologiquement acceptable est choisi dans le groupe constitué du calcium, du magnésium, du fer et des combinaisons de ceux-ci.

40   8.  Utilisation selon la revendication 7, dans laquelle le calcium est présent dans ladite composition dans une quantité d'environ 300 mg à 2 500 mg.

9.  Utilisation selon la revendication 1, dans laquelle ladite composition contient en outre une substance biologiquement active.

45

10. Utilisation selon la revendication 9, dans laquelle la substance biologiquement active est un composé lactogène ou un dérivé de celui-ci.

11. Utilisation selon la revendication 1, dans laquelle ladite composition est administrée sur une période commençant
50   pas plus tard qu'à la dixième semaine de grossesse.

12. Utilisation selon la revendication 1, dans laquelle ladite composition est administrée sur une période commençant au moins à la dixième semaine de grossesse environ.

55   13. Utilisation selon la revendication 1, dans laquelle ladite composition est sous une forme posologique orale.

14. Utilisation selon la revendication 13, dans laquelle ladite forme posologique orale est choisie dans le groupe constitué d'une libération immédiate, une libération prolongée, une libération pulsée, une libération retardée, une libération

EP 1 194 138 B1

contrôlée ou des combinaisons de celles-ci.

15. Utilisation selon la revendication 13, dans laquelle ladite forme posologique orale est choisie dans le groupe constitué d'un comprimé à croquer, un comprimé à dissolution rapide, un comprimé effervescent, une capsule de gélatine dure, une capsule de gélatine molle, des particules à reconstituer, des microparticules, une suspension, un élixir, un caplet, un aliment enrichi, une crème-dessert, des yaourts, une gélatine, une céréale et des combinaisons de ceux-ci.

16. Utilisation selon la revendication 1, dans laquelle ladite composition est administrée une fois sur une période de vingt-quatre heures.

17. Utilisation selon la revendication 1, dans laquelle ladite composition est administrée au moins deux fois sur une période de vingt-quatre heures.

18. Utilisation selon la revendication 1, dans laquelle ladite composition augmente la lactogenèse.

19. Utilisation selon la revendication 1, dans laquelle ladite composition augmente la quantité de lait maternel produit pendant la lactation.

20. Utilisation selon la revendication 1, dans laquelle ladite composition empêche une déficience en acides gras essentiels chez la femme.

21. Utilisation selon la revendication 1, dans laquelle ladite composition est proposée avec des indices indiquant une période d'utilisation.

22. Utilisation selon la revendication 21, dans laquelle ladite période d'utilisation se situe avant, pendant et après la lactation.

23. Utilisation selon la revendication 21, dans laquelle ladite période d'utilisation commence à la dixième semaine de grossesse environ.

24. Utilisation selon la revendication 1, dans laquelle ladite composition prolonge la durée de la période de lactation.

25. Utilisation d'une composition pour la fabrication d'un médicament à administrer à un mammifère femelle, destiné à enrichir le lait dudit mammifère femelle pour optimiser le développement neurologique d'un nouveau-né qui est allaité par le mammifère femelle, qui comprend :

environ 10 mg à 1 000 mg pour 55 kg de poids corporel dudit mammifère d'un premier composé d'acide gras pour chaque composé choisi dans le groupe constitué d'un composé d'acide linoléique, un composé d'acide linolénique, un dérivé de ceux-ci et une combinaison de ceux-ci ;
environ 10 mg à 1 000 mg pour 55 kg de poids corporel dudit mammifère d'un second composé d'acide gras choisi dans le groupe constitué d'un composé d'acide docosahexaénoïque, un acide gras oméga-3, un acide gras oméga-2, un dérivé de ceux-ci et une combinaison de ceux-ci ;

et

dans laquelle, le rapport pondéral dudit premier composé d'acide gras au dit second composé d'acide gras est d'environ 1 : 0,01 à 10.

26. Composition à administrer à une femme, destinée à enrichir le lait maternel de ladite femme pour optimiser le développement neurologique d'un enfant allaité par la femme, qui comprend :

a) environ 10 mg à 100 mg d'un premier composé d'acide gras choisi dans le groupe constitué d'un composé d'acide gras, un dérivé de celui-ci et une combinaison de ceux-ci ;
b) environ 10 mg à 1 000 mg d'un second composé d'acide gras pour chaque composé choisi dans le groupe constitué d'un composé d'acide docosahexaénoïque, un acide gras oméga-3, un acide gras oméga-2, un dérivé de ceux-ci et une combinaison de ceux-ci ;
c) environ 20 mg à 125 mg d'un composé de vitamine $B_6$ ou d'un dérivé de celle-ci ;
d) environ 0,1 mg à 3 mg d'un composé d'acide folique ou d'un dérivé de celui-ci ;

**EP 1 194 138 B1**

e) environ 100 mg à 2 000 mg d'un composé de calcium ou d'un dérivé de celui-ci ; et

dans laquelle, le rapport pondéral dudit premier composé d'acide gras au dit second composé d'acide gras est d'environ 1 : 0,1 à 10.

27. Composition à administrer à une femme, destinée à enrichir le lait maternel de ladite femme pour optimiser le développement neurologique d'un enfant allaité par la femme, qui comprend :

a) environ 10 mg à 100 mg d'un premier composé d'acide gras pour chaque composé choisi dans le groupe constitué d'un composé d'acide linoléique, un composé d'acide linolénique, un dérivé de ceux-ci et une combinaison de ceux-ci ;

b) environ 10 mg à 1 000 mg d'un second composé d'acide gras choisi dans le groupe constitué d'un composé d'acide docosahexaénoïque, un acide gras oméga-3, un acide gras oméga-2, un dérivé de ceux-ci et une combinaison de ceux-ci ;

c) environ 20 mg à 125 mg d'un composé de vitamine $B_6$ ou d'un dérivé de celle-ci ;

d) environ 0,1 mg à 3 mg d'un composé d'acide folique ou d'un dérivé de celui-ci ;

e) environ 100 mg à 2 000 mg d'un composé de calcium ou d'un dérivé de celui-ci ;

f) environ 25 mg à 400 mg d'un composé de magnésium ou d'un dérivé de celui-ci ;

g) environ 25 mg à 500 mg d'un composé de vitamine C ou d'un dérivé de celle-ci ;

h) environ 10 mg à 400 mg d'un composé de vitamine E ou d'un dérivé de celle-ci ; et

dans laquelle, le rapport pondéral dudit premier composé d'acide gras au dit second composé d'acide gras est d'environ 1 : 0,1 à 10.

# EXHIBIT I

| (12) | **PATENT** | (11) Application No. **AU 200051395 B2** | |
| (19) | **AUSTRALIAN PATENT OFFICE** | (10) Patent No. **780504** | |

(54) Title
**Nutritional supplements**

(51)[7] International Patent Classification(s)
**A61K 031/20          A61K 031/34**
**A61K 009/28          A61K 031/70**
**A61K 009/68          A61K 047/00**
**A61K 031/19**

(21)  Application No:  **200051395**          (22)          Application Date:  **2000.05.18**

(87)  WIPO No:  **WO00/72842**

(30)  Priority Data

(31)  Number          (32)  Date          (33)  Country
      **09/323159**              **1999.06.01**              **US**

(43)  Publication Date :          **2000.12.18**
(43)  Publication Journal Date :  **2001.03.01**
(44)  Accepted Journal Date :  **2005.03.24**

(71)  Applicant(s)
**Drugtech Corporation**

(72)  Inventor(s)
**Marc S Hermelin;  R. Saul Levinson;  George Paradissis**

(74)  Agent/Attorney
**Collison and Co,GPO Box 2556,ADELAIDE SA 5001**

(56)  Related Art
**US 5562913**
**US 5550156**
**US 5116624**

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
7 December 2000 (07.12.2000)

PCT

(10) International Publication Number
**WO 00/72842 A1**

(51) International Patent Classification[7]: A61K 31/20, 31/19, 31/70, 31/34, 47/00, 9/68, 9/28

(21) International Application Number: PCT/US00/13581

(22) International Filing Date: 18 May 2000 (18.05.2000)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
09/323,159    1 June 1999 (01.06.1999)    US

(71) Applicants: ~~KV PHARMACEUTICAL COMPANY~~
~~[US/US]; 2503 South Hanley Road, St. Louis, MO~~
~~63144 2555 (US).~~

(72) Inventors: HERMELIN, Marc, S.: 791 Bismark, Glendale, MO 63122 (US). LEVINSON, R., Saul; 17020 Kimwood Court, Chesterfield, MO 63005 (US). PARADISSIS, George; 433 Meadow Green Place, St. Louis, MO 63141 (US).

(71) DRUGTECH CORPORATION
300 Delaware Avenue
Suite 1270 Wilmington
Delaware 19801 US

(74) Agent: NATH, Gary, M.: Nath & Associates PLLC, 1030 15th Street, N.W., 6th Floor, Washington, DC 20005-1503 (US).

(81) Designated States (national): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
— With international search report.

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.



(54) Title: NUTRITIONAL SUPPLEMENTS

(57) Abstract: The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linoleic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

WO 00/72842 A1

## NUTRITIONAL SUPPLEMENTS

## BACKGROUND OF THE INVENTION

### Field of the Invention

5

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological

10 development and provide improved nutritional support for women prior to, during and after lactation.

### Description of the Related Art

At some time prior to the end of pregnancy,

15 pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. *See The Merck Manual*, 185:1929-1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-

20 feed appears to be on the increase, particularly in higher socioeconomic groups. *Id.* Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of

1

human milk. Because of the nutritional benefits for
infants, many health care providers and dietitians
believe breast-feeding is sufficiently important to
warrant that every effort be made to breast-feed, even
5    if only for a short time.    See Whitney et al.,
*Understanding Nutrition*, 493-504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits
of breast-feeding, many women simply want to breast-
feed their infants for emotional or psychological
10    reasons. However, regardless of a woman's underlying
reasons for breast-feeding, her nutritional status is
implicated in the decision of whether to breast-feed
her child. For example, a nutritional deficiency in a
woman may severely limit the quantity of breast milk
15    which is produced or, in some cases, entirely prevent
lactation from occurring.

Generally speaking, the nutritional benefits of
breast-feeding    stem    from    the    unique    nutrient
composition and protective factors present in breast
20    milk which promote infant health and development. *Id.*
at 494. For example, breast milk generally contains
all of the vitamins required for infant development,

2

with the possible exception of vitamin D. *Id.* at 500.
Further, breast milk is an abundant source of minerals
and, more importantly, some minerals are present in
breast milk in highly desirable ratios (e.g., the 2-to-
5      1 ratio of calcium to phosphorus in breast milk is
ideal for the absorption of calcium). *Id.* Breast milk
also contains invaluable immunological agents,
including antiviral agents such as immunoglobulins, and
antibacterial agents such as lactoferrin.

10         In addition to the above discussed vitamins,
minerals and immunological agents, breast milk also
contains various "energy nutrients". For example,
breast milk contains lactose which is the carbohydrate
present in breast milk and which facilitates calcium
15     absorption. *Id.* A relatively small amount of protein,
primarily in the form of alpha-lactalbumin, is also
present in breast milk, thus placing less stress on the
infant's immature kidneys. *Id.* Breast milk
additionally contains fat along with fat-digesting
20     enzymes. *Id.* Linoleic acid, a fatty acid, is found in
large quantities in breast milk. *Id.*

       The presence of fatty acids in breast milk is

3

significant for various reasons, as described below.
First, the body derives most of its energy from
triglycerides, a molecule of glycerol with three fatty
acids attached. The stored fatty acids support most of
5    life's activities when individual's are between meals
or must go without food. While the body can make many
fatty acids, it cannot make linoleic acid or linolenic
acid. These two fatty acids are indispensable to body
functions and therefore must be supplied through food.
10       Secondly, essential fatty acids are important for
the developing brain, immunological system and
cardiovascular system, and have some role to play in
every organ of the body. Linoleic acid is the most
important member of the omega-6 family of fatty acids.
15   The body uses linoleic acid to synthesize an important
20-carbon fatty acid, arachidonic acid, which helps
maintain the structural integrity of cell membranes.

     Linolenic acid is the most important member of the
omega-3 family of fatty acids. The body requires this
20   fatty acid to make eicosapentaenoic  acid (EPA) and
docosahexaenoic acid (DHA). Many body tissues require
EPA and DHA. DHA is especially important in the retina

4

WO 00/72842                                    PCT/US00/13581

and in the cerebral cortex of the brain.  Half of the
DHA in a fetus's body accumulates in the brain before
birth, and half after birth, an indication of the
importance of fatty acids to the fetus during pregnancy

5    and then to the young infant during lactation.

     Successful breast-feeding requires that the mother
maintain good nutrition and adequate rest.  A good,
nutritional diet is needed to support the stamina that
nursing an infant requires.  Beyond this, however, a

10   woman must consume a nutrient-rich diet to produce
nutrient-rich milk.

     A healthy nursing mother generally makes about 25
ounces of milk each day.  To produce this milk, the
mother needs to consume 650 kcalories above what she

15   would normally require for herself.  Woman are advised
to eat about 500 kcalories worth of extra food and let
the extra fat left over from pregnancy provide the
rest.  Woman may not consume enough food for many
reasons, including the desire to lose all of the weight

20   gained during pregnancy.  But restricting food and
energy in this fashion will result in breast milk which
is lacking in nutrients, low quantities of breast milk

**PCT/US 00/13581**

*IPEA/US 03 APR 2001*

Attorney Docket No. 23818

or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing
mother should eat foods high in nutrients and drink
plenty of fluid. Nutritional deprivation in the mother
5    generally reduces the quantity, more so than the
quality, of the milk. So while woman can produce milk
with sufficient protein, carbohydrate, fat and minerals
even if their own intake is insufficient, the quality
of the breast milk is maintained at the expense of the
10   mother's own nutrient repositories. Moreover,
quantities of particular vitamins, such as B6, B12, A
and D, in breast milk will actually decline in response
to inadequate intakes by the mother.

Infants have different nutritional needs than
15   those of children and adults. They require more fat
and less protein than adults. Breast milk contains
high concentrations of fat-digesting enzymes that allow
for highly efficient fat absorption. Breast milk, as
well as colostrum, contain the essential fatty acid
20   linoleic acid. *Understanding Nutrition, Whitney and
Rolfe, 6th Ed., 136-40 (1993).*

Full term babies who are not fed enough linoleic

6

AMENDED SHEET

acid suffer from dermatosis and growth failure. These
conditions are easily reversed when linoleic acid is
added to the infant's diet. Fatty acid deficiency in
a breast-feeding infant is a hazzard of long term low
5    fat parental dieting. *The Merck Manual, 16^th^ Ed., 968
(1992).*

Methods of administering linolenic acid to
lactating females have been previously described.
Specifically, Horrobin, U.S. Patent No. 5,264,217,
10   discloses methods for increasing the total fat content
of milk, the essential fatty acid content of milk and
the flow of milk during lactation, or for preventing
or reducing the normal decrease in milk fat content
that occurs during prolonged lactation, by
15   administering gamma linolenic acid, dihomo-gamma-
linolenic acid or their mixture to a lactating female.

Other references disclose compositions and
methods that have been developed for achieving fat
enrichment of ruminant milk for consumption by humans.
20   In general, animal feed is supplemented with fatty
acids. In turn, the milk produced by the ruminants is
itself rich in fatty acids.

7

Chalupa et al., U.S. Patent No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The
5    fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Patent No. 5,635,198,
10   describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

15   Scott et al., U.S. Patent No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants.
20   These supplements will result in the ruminate producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Patent No. 4,642,317,

8

describe a process for feeding ruminants fatty acids
in the form of their calcium salts, which are added to
feed.    This process would allow dairy cows to make
milk high in fats, without depleting their own fatty

5       acid stores.

Richardson, U.S. Patent No. 5,143,737, describes
a method for the modification of ruminant food so that
the ruminant will produce a milk with modified fat.
This    method    comprises    a    non-toxic    food    to    be

10      surrounded by an acid-sensitive nontoxic crosslinking
material.    Animals eating this composition will make
milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are
available which provide pregnant women with varying

15      amounts of vitamins and minerals.    The *Physicians'*
*Desk Reference* describes various vitamin and mineral
supplements for use by pregnant women.    For example,
Nestabs® CBF, prenatal formula, available from The
Fielding Company, Maryland Heights, Missouri, contains

20      4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30
I.U. of vitamin E, 120 mg Of vitamin C, 1 mg of folic
acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of

9

PCT/US 00/13581
IPEA/US 03 APR 2001

Attorney Docket No. 23818

niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$,
20 mg of calcium, 100 mcg of iodine, 15 mg of zinc,
and 50 mg of iron per dose.    NESTABS® CBF are
"expressly formulated for use during pregnancy and
5       lactation" and are available only in tablet form.    *See*
*Physicians' Desk Reference*, (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula,
available from Lederle Laboratories, Pearl River, New
York, contains 5,000 I.U. of vitamin A, 400 I.U. of
10      vitamin D,  30 I.U. of vitamin E, 120 mg of vitamin C,
1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of
vitamin $B_2$, 10 mg of vitamin $B_6$, 20 mg of niacinamide,
12 mcg of vitamin $B_{12}$,  30 mcg of biotin, 10 mg of
pantothenic acid, 200 mg of calcium, 150 mcg of
15      iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of
copper, 25 mg of zinc, 25 mg of chromium, 25 mg of
molybdenum, 5 mg of manganese,  and 20 mcg of selenium
per dose.  Materna® is designed to "provide vitamin
and minerals supplementation prior to conception,
20      throughout pregnancy and during the postnatal period
for both lactating and nonlactating mothers" and is
available in tablet form only.    *See Id.* at 1522-3.

10

Enfamil© Natalins© RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Indiana, provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin

5    D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothentic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose.

10    Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. *See Id.* at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, New York, contain 90

15    mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$,

20    12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status

11

of women throughout pregnancy and in the postnatal
period for both lactating and nonlactating mothers and
is only available in tablet form. *See Id.* at 2802.

5      Niferex®-PN formula, available from Schwarz
Pharma, Inc., Milwaukee, Wisconsin, contains 60 mg of
iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of
vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of
vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$,
1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of

10     calcium, and 18 mg of zinc per dose. Niferex®-PN is
"indicated for prevention and/or treatment of dietary
vitamin and mineral deficiencies associated with
pregnancy and lactation" and is only available in
tablet form. *See Physicians' Desk Reference*, (53d

15     Ed., 1999) 2916-7.

Niferex®-PN Forte formula, available from Schwarz
Pharma, Inc., Milwaukee, Wisconsin, contains 60 mg of
iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of
vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of

20     vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C,
1 mg of folic acid,  3 mg of vitamin $B_1$, 3.4 mg of
vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide,

12

12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of
iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg
of zinc per dose.   Niferex®-PN is "indicated for
prevention and/or treatment of dietary vitamin and
5    mineral deficiencies associated with pregnancy and
lactation" and is only available in tablet form.   See
Id. at 2917-8.

Advanced      Formula      Zenate®     prenatal
multivitamin/mineral supplement, available from Solvay
10   Pharmaceuticals, Marietta, Georgia, contains 3,000
I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of
vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5
mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of
niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg
15   of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg
of magnesium, and 15 mg of zinc per dose.   Advanced
Formula Zenate® is "a dietary adjunct in nutritional
stress associated with periconception, pregnancy and
lactation" and is only available in tablet form. See
20   Id. at 3128.

Precare® prenatal multi-vitamin/mineral formula,
available from UCB Pharma, Inc., Smyrna, Georgia,

13

contains 50 mg of vitamin C, 250 mg of calcium, 40 mg
of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg
of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium,
15 mg of zinc and 2 mg of copper per dose.  Precare®
5    `is  indicated  to  provide  vitamin  and  mineral
supplementation throughout pregnancy and during the
postnatal period-for both lactating and nonlactating
mothers and is available only in caplet form. See Id.
at 3163.

10        Natafort® prenatal multivitamin, available from
Warner Chilcott, Rockaway, New Jersey, contains 1,000
I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of
vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2
mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg
15   of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin
$B_{12}$, and 60 mg of iron per dose.  Natafort® is designed
`to  provide  vitamin  and  mineral  supplementation
throughout pregnancy and during the postnatal period,
for both the lactating and non-lactating mother" and
20   is only available in tablet form.  See Id. at 3212.

         However, none of the above formulations provide
women  with  essential  fatty  acids  in  amounts  and

14

proportions necessary to optimize infant neurological
development.    Further,    the    prenatal    nutritional
supplements    containing    vitamins    and    minerals    are
entirely lacking in essential fatty acids.    In the
5    case of the enriched ruminant milk, while this milk
may be a good source of fatty acids for adults,
ruminant milk is not recommended for infants because
even    supplemented    formula    cannot    match    the
immunological benefits of breast milk.

10         Therefore, there remains a need for a nutritional
formulation    which    optimizes    infant    neurological
development.  It is also desirable to have nutritional
formulations which prevent a woman's stores of fatty
acids from becoming depleted during lactation.    There
15    is also a particular need for nutritional formulations
which provide essential fatty acids in optimal ratios
and    amounts,    along    with    required    vitamins    and
minerals.    Moreover,    it    is    desirable    to    have
formulations and methods which prepare a woman's body
20    for the stresses imposed by lactation.

15

## SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing
5    formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores.    The present compositions contain a novel
10   combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

In one embodiment of the inventive subject matter, a composition comprises a first fatty acid
15   compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a
20   docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10

16

mg to 100 mg; wherein the weight ratio of the first
fatty acid compound to the second fatty acid compound
is about 1:0.1 to 10.

      In another embodiment of the inventive subject
5    matter, a composition comprises a first fatty acid
compound selected from the group consisting of
linoleic acid, linolenic acid, a derivative thereof
and a combination thereof in an amount ranging from 10
mg to 100 mg; a second fatty acid compound selected
10   from the group consisting of a docosahexaenoic acid
compound, an omega-3 fatty acid, and omega-2 fatty
acid, a derivative thereof and a combination thereof
in an amount ranging from about 10 mg to 100 mg; a
vitamin B6 compound or derivative thereof in a range
15   of about 20 mg to 125 mg; a folic acid compound or
derivative thereof in a range of about 0.1 mg to 3 mg;
and a calcium compound or derivative thereof in a
range of about 100 mg to 1000 mg. The weight ratio of
the first fatty acid compound to the second fatty acid
20   compound is about 1:0.1 to 10.

      In a further embodiment of the inventive subject
matter, a composition comprises a first fatty acid

17

compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected

5    from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range

10   of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400

15   mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the

20   composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition for administration to a female

18

mammal for enriching the milk of said female mammal to
optimize neurological development of a neonate being
nursed by the female mammal, which comprises about 10
mg to 1000 mg per 55 kg of said mammal's body weight
5    of a first fatty acid compound for each compound
selected from the group consisting of a linoleic acid
compound, a linolenic acid compound, a derivative
thereof and a combination thereof; about 10 mg to 1000
mg of a second fatty acid compound selected from the
10   group consisting of a docosahexaenoic acid compound,
an omega-3 fatty acid, an omega-2 fatty acid, a
derivative thereof and a combination thereof; and
wherein the weight ratio of said first fatty acid
compound to said second fatty acid compound is about
15   1:0.01 to 10.

       In yet another embodiment of the inventive
subject matter, a composition for administration to a
woman for enriching the breast milk of said woman to
optimize neurological development of an infant breast-
20   fed by the woman, which comprises about 10 mg to 1000
mg of a first fatty acid compound for each compound
selected from the group consisting of a linoleic acid

                          19

compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid,

5    an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

The inventive subject matter also provides a

10   method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy.

15   This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a

20   period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound,

20

an omega-3 fatty acid, and omega-2 fatty acid, a
derivative thereof and a combination thereof, and said
second fatty acid compound being provided to the woman
together with said first fatty acid compound.    The
5    weight range of said first fatty acid compound to said
second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present inventive
subject matter, a method for enriching the breast milk
of a woman wishing to optimize or who is concerned
10    about the neurological development of the infant she
breast-feeds comprises administering a first fatty
acid compound in a range of about 10 mg to 100 mg to
the woman during a period which begins at least at
about the tenth week of pregnancy.  This first fatty
15    acid compound is selected from the group consisting of
a linoleic acid compound, a linolenic acid compound,
a derivative thereof and a combination thereof.    It
also involves administering a second fatty acid
compound to said woman during a period which begins at
20    least at about the tenth week of pregnancy in a range
of 10 mg to 100 mg respectively for linoleic and
linolenic acids.    The second fatty acid is selected

21

from the group consisting of docosahexaenoic acid
compound, an omega-3 fatty acid, and omega-2 fatty
acid, a derivative thereof and a combination thereof,
and said second fatty acid compound being provided to
5    the woman together with said first fatty acid
compound.  The weight range of said first fatty acid
compound to said second fatty acid compound is about
1:0.1 to 10.

In a further embodiment of the inventive subject
10   matter, a method for enriching the breast milk of a
woman to optimize the neurological development of the
infant she breast-feeds comprises administering a
first fatty acid compound to the woman during a period
which begins at least at about the tenth week of
15   pregnancy and ends at the conclusion of breast-feeding
or continues on as a nutritional supplement for the
mother in a range of 10 mg to 100 mg.  This first
fatty acid compound is selected from the group
consisting of a linoleic acid compound, a linolenic
20   acid compound, a derivative thereof and a combination
thereof.  It also involves administering a second
fatty acid compound to said woman during a period

22

PCT/US 00/13581

FLARIS 03 - -2001

Attorney Docket No. 23818

which begins at least at about the tenth week of
pregnancy. The second fatty acid is selected from the
group consisting of docosahexaenoic acid compound, an
omega-3 fatty acid, and omega-2 fatty acid, a
5     derivative thereof and a combination thereof, and said
second fatty acid compound being provided to the woman
together with said first fatty acid compound. It also
involves administering a nutritional compound to said
woman during a period which begins at least at about
10    the tenth week of pregnancy. This compound is
selected from a group consisting of a vitamin
compound, a biologically-acceptable mineral compound,
a derivative thereof and a combination thereof, and
said nutritional compound being administered together
15    with said first and said second fatty acid compounds.
The weight range of said first fatty acid compound to
said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject
matter, a method for enriching the milk of a female
20    mammal to optimize neurological development of the
neonate, which comprises: administering a first fatty
acid compound to the woman during a period commencing

23

AMENDED SHEET

**PCT/US** 00 / 13581
**IPEA/US** 03 APR 2007

Attorney Docket No. 23818

at least at about the tenth week of pregnancy and
terminating at the conclusion of breast-feeding, said
first fatty acid compound being selected from the
group consisting of a linoleic acid compound, a
5    linolenic acid compound, a derivative thereof and a
combination thereof; administering a second fatty acid
compound to said woman during the period commencing at
least at about the tenth week of pregnancy and
terminating at the conclusion of breast-feeding, said
10   second fatty acid compound being selected from the
group consisting of a docosahexaenoic acid compound,
an omega-3 fatty acid, an omega-2 fatty acid, a
derivative thereof and a combination thereof, and said
second fatty acid compound being provided to the woman
15   together with said first fatty acid compound; and
wherein the weight ratio of said first fatty acid
compound to said second fatty acid compound is about
1:0.1 to 10.

In a further embodiment of the inventive subject
20   matter, a method for enriching the milk of a female
mammal to optimize neurological development of a

24

neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty

5       acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at

10      least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof, and said

15      second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

20

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to

25

the levels of vitamins, minerals and other nutrients
which will be available for use by the mother,
developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or
5       absence of any nutrient deficiency, or in other words,
the extent to which physiological nutrient demands are
being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to
attainment of the highest degree of neurological
10      development possible through natural processes without
the use of any unnatural substances or procedures,
such as drugs, surgery and the like.

"Biologically active substance" refers to any
substance or substances comprising a drug, active
15      therapeutic    substance,    metabolite,    medicament,
vitamin, or mineral, any substance used for treatment,
prevention, diagnosis, cure or mitigation of disease
or illness, any substance which affects anatomical
structure or physiological function, or any substance
20      which alters the impact of external influences on an
animal, or metabolite thereof, and as used herein,
encompasses the terms "active substance", "therapeutic

26

substance",    "agent",    "active    agent",    "active
therapeutic agent", "drug", "medication", "medicine",
"medicant", and other such similar terms.

"Specific physiological needs" refers to the
5    unique requirements for certain levels of certain
nutrients by one class of persons, such as lactating
women, pregnant women, etc., as distinguished from
other classes.

"Biologically-acceptable" refers to being safe
10    for human consumption.

"Neonate" refers to the offspring of a female
mammal that is nursed by said female mammal and has
not yet been weaned.

The compositions of the present inventive subject
15    matter provide several specific new and unexpected
benefits.    First, the formulations ensure that both
the mother and her infant or infants are provided with
adequate energy during the period of lactation.
Secondly,    the    formulations    allow    the    mother    to
20    maintain adequate fatty acid stores for both her own
use and for incorporation into her breast milk as her
supplies are depleted during lactation.    Thirdly, the

27

fatty acids optimize the neurological development of
the infant consuming the breast milk. Fourthly, when
administered prior to lactation, the present
compositions prepare women for the increased
5    physiological demands and stresses to be placed upon
their bodies. Finally, the present compositions help
women recover from pregnancy and lactation and prepare
women for additional pregnancies and subsequent
lactation.

10    Thus, the inventive subject matter provides a
composition designed to be administered to a woman for
the purpose of both enriching her breast milk for the
benefit of her child and also to directly benefit the
woman. In fact, in some cases, the formulations may
15    allow a woman to breast-feed her infant where in the
absence of taking the present composition breast-
feeding would have been either unsafe or outright
impossible. Infants consuming the enriched breast
milk, as described herein, will experience optimal
20    neurological development. Futher, the present
composition will help a post-partum woman to recover
from her pregnancy and labor quickly and efficiently

28

by providing her with the fatty acids lost in
pregnancy and lactation. In addition, the present
composition will place a woman in optimal condition
for an additional pregnancy and the lactation that
5    will follow by helping her increase her nutritional
stores of critical nutritional compounds.

The present inventive subject matter is based, in
part, on the discovery that when compositions having
certain fatty acids, in certain amounts and
10   proportions to one another, are administered to women
prior to and during lactation, infants who consume the
breast milk of said women will achieve optimized
neurological development. In particular,
supplementing the mother's diet with certain fatty
15   acids for a period beginning at ten weeks after
conception and either ending when lactation ceases or
being continued as a supplement will not only optimize
the neural development of the breast-feeding infant,
but also ensure that the mother has adequate essential
20   fatty acids for her own use. The fatty acid
supplement may also further contain vitamins and
minerals to confer added health benefits to the infant

29

and mother.    In addition to benefitting a breast-
feeding human infant, the present invention can also
benefit the offspring of non-human mammals that are
nursed by their mothers.    The composition of the
5    present invention could be administered to a mammal in
animal feed, pill form, or other appropriate dosage
forms to such mammals.

Without being limited by theory, the present
compositions stimulate the production of breast milk
10    which is enriched with essential fatty acids in
amounts    which    optimize    infant    neurological
development.    These    compositions    achieve    such
enrichment of the breast milk through one or more
natural biological pathways.    For example, the
15    arachidonic acid cascade may play a significant role
in the enrichment of the breast milk.    Specifically,
in the arachidonic acid cascade, linoleic acid is
converted first to gamma-linolenic acid and then to
further metabolites such as dihomo-gamma-linolenic
20    acid and arachidonic acid which are precursors of 1
and 2 series prostaglandin respectively, as shown in
the outline below:

30

WO 00/72842                                                    PCT/US00/13581



5

10

15

20

The present composition contains at least two
fatty acid compounds.  The first fatty acid compound
is selected from the group consisting of a linoleic
acid compound, a linolenic acid compound, derivatives
thereof and combinations thereof.  The second fatty

31

acid compound is selected from the group consisting of
a docosahexaenoic acid compound, an omega-3 fatty acid
compound, an omega-2 fatty acid compound, derivatives
thereof and combinations thereof. Moreover, when the

5    first fatty acid compound is linolenic acid or a
derivative thereof and the second fatty acid compound
is an omega-3 fatty acid, said omega-3 fatty acid is
not linolenic acid or a derivative thereof.    It is
also preferred that when the first fatty acid compound

10   is linoleic acid or a derivative thereof and the
second fatty acid compound is an omega-2 fatty acid,
said omega-2 fatty acid is not linoleic acid or a
derivative thereof.

The two fatty acid compounds are present in the

15   composition in critical proportions to one another.
Preferably, the weight ratio of the first fatty acid
to the second fatty acid is about 1:0.001 to 50. More
preferably, the weight ratio of the first fatty acid
compound to the second fatty acid compound is about

20   1:0.1 to 10. Even more preferably, the weight ratio
of the first fatty acid compound to the second fatty
acid compound is about 1:0.9 to 2.5. Most preferably,

32

WO 00/72842                                          PCT/US00/13581

the weight ratio of the first fatty acid compound to
the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject
matter may be used as such or as biologically
5     acceptable and physiologically equivalent derivatives
as, for example, detailed later herein. Reference to
any of the fatty acids including reference in the
claims is to be taken as including reference to the
acids when in the form of such derivatives.
10    Equivalence is demonstrated by entry into the
biosynthetic pathways of the body as evidenced by
effects corresponding to those of the acids themselves
or their natural glyceride esters. Thus, indirect
identification of useful derivatives is by their
15    having the valuable effect in the body of the fatty
acid itself, but conversion, for example, of gamma-
linolenic acid to dihomo-gamma-linolenic acid and on
to arachidonic acid can be shown directly by gas
chromatographic analysis of concentrations in blood,
20    body fat, or other tissue by standard techniques, well
known to persons of ordinary skill in the art to which
the present inventive subject matter pertains.

33

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and

5    combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof.    The salts and

10   alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

15       The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof.    Moreover, the fatty acids herein may be derived, without limitation, from non-

20   hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof.    Non-limiting exemplary sources of fatty acids include seed

34

oil, fish or marine oil, canola oil, vegetable oil,
safflower oil, sunflower oil, nasturtium seed oil,
mustard seed oil, olive oil, sesame oil, soybean oil,
corn oil, peanut oil, cottonseed oil, rice bran oil,

5      babassu nut oil, palm oil, low erucic rapeseed oil,
palm kernel oil, lupin oil, coconut oil, flaxseed oil,
evening primrose oil, jojoba, tallow, beef tallow,
butter, chicken fat, lard, dairy butterfat, shea
butter or combinations thereof. Specific non-limiting

10     exemplary fish or marine oil sources include shellfish
oil, tuna oil, mackerel oil, salmon oil, menhaden,
anchovy, herring, trout, sardines or combinations
thereof. Preferably, the source of the fatty acids is
fish or marine oil, soybean oil or flaxseed oil.

15         The present composition may optionally contain
additional vitamins and biologically-acceptable
minerals. Non-limiting exemplary vitamins and
biologically acceptable minerals and their derivatives
thereof for inclusion in the present compositions

20     include vitamin A, B vitamins, vitamin C, vitamin D,
vitamin E, vitamin K, folic acid, iron, calcium,
magnesium, potassium, copper, chromium, zinc,

35

molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-

5    limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of

10    the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an

15    immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of

20    the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in

36

an amount ranging from about 10 mg to about 400 mg.
Even more preferably, the vitamin E is present in a
controlled release form in an amount ranging from
about 250 mg to about 400 mg.  Most preferably, the
5    vitamin E is present in an immediate release form in
an amount ranging from about 10 mg to about 50 mg.

Vitamin B₆ may also be present in the composition
of the present inventive subject matter.  Vitamin B₆ is
preferably present in an amount ranging from about 10
10   mg to about 200 mg.  More preferably, vitamin B₆ is
present in an amount ranging from about 20 mg to about
125 mg.  Even more preferably, vitamin B6 is present
in an immediate release form in an amount ranging from
20 mg to about 50 mg.  Most preferably, vitamin B₆ is
15   present in a controlled release form in an amount
ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the
composition of the present inventive subject matter.
When folic acid is present in the composition, it is
20   preferably present in an amount ranging from about 0.1
mg to about 3 mg.  More preferably, folic acid is
present in an immediate release form in an amount

37

ranging from about 0.1 mg to about 2 mg. Even more
preferably, folic acid is present in a controlled
release form in an amount ranging from about 1.5 mg to
about 3 mg.

5       Calcium is preferably present in the composition
of the present inventive subject matter in an amount
ranging from about 100 mg to about 2,500 mg.  More
preferably, calcium is present in an amount ranging
from about 100 mg to about 1,000 mg.   Even more
10      preferably, calcium is present in an immediate release
form in an amount ranging from about 100 mg to about
500 mg.  Most preferably, calcium is present in a
controlled release form in an amount ranging from
about 500 mg to about 2,000 mg.

15      Magnesium   is   preferably   present   in   the
composition of the present inventive subject matter in
an amount ranging from about 25 mg to about 400 mg.
More   preferably,   magnesium   is   present   in   the
composition of the present inventive subject matter in
20      an immediate release form in an amount ranging from
about 25 mg to about 100 mg.  Even more preferably,
magnesium is present in the composition of the present

38

inventive subject matter in a controlled release form
in an amount ranging from about 100 mg to about 400
mg.

     The composition of the present inventive subject
5     matter may also include one or more biologically
active substance. The biologically active substances
incorporated into the present inventive subject matter
are nonteratogenic to protect the unborn fetus. For
example, without limitation, the biologically active
10    substance may be a lactogen compound, a derivative of
a lactogen compound or combinations thereof.
Derivatives of lactogen compounds include, without
limitation, salts of lactogen compounds, alkaline
salts of lactogen compounds, esters of lactogen
15    compounds and combinations thereof.

     Various additives may be incorporated into the
present composition. Optional additives of the
present composition include, without limitation,
starches, sugars, fats, antioxidants, amino acids,
20    proteins, derivatives thereof or combinations thereof.

     It is also possible in the nutritional
composition of the present inventive subject matter

39

WO 00/72842                                        PCT/US00/13581

for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained

5    release, delayed release, long acting, and combinations thereof. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics

10   and combinations thereof is performed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this

15   inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a ʻcontrolled release form" means any form having at least one component formulated for controlled release. As used herein, ʻimmediate

20   release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and

40

combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets,

5    reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles,

10   microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds,

15   cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

        The following procedures represent, without

20   limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by

41

methods well known to persons of ordinary skill in the
art.   Animal feeds may be prepared by mixing the
formulation with binding ingredients to form a plastic
mass.  The mass is then extruded under high pressure
5     to form tubular (or "spaghetti-like") structures that
are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for
example, without limitation, by mixing the formulation
with agents such as sugars and cellulose derivatives,
10    which promote dissolution or disintegration of the
resultant tablet after oral administration, usually
within 30 seconds.

Cereal coatings may be prepared, for example,
without limitation, by passing the cereal formulation,
15    after it has been formed into pellets, flakes, or
other geometric shapes, under a precision spray
coating device to deposit a film of active
ingredients, plus excipients onto the surface of the
formed elements.   The units thus treated are then
20    dried to form a cereal coating.

For example, health bars may be prepared, without
limitation, by mixing the formulation plus excipients

42

(e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final

5    product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high

10    viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

15    Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet

20    machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before compression, can be utilized. Those individuals

43

involved    in    pharmaceutical    solid    dosage    form
production are well versed in the processes and the
machinery used as the chewable dosage form is a very
common dosage form in the pharmaceutical industry.

5           Film    coated    tablets,    for    example,    without
limitation, may be prepared by coating  tablets using
techniques such as rotating pan coating methods or air
suspension methods to deposit a contiguous film layer
on a tablet.  This procedure is often done to improve

10    the aesthetic appearance of tablets, but may also be
done to improve the swallowing of tablets, or to mask
an obnoxious odor or taste, or to improve to usual
properties of an unsightly uncoated tablet.

            Compressed    tablets,    for    example,    without

15    limitation, may be prepared by mixing the formulation
with excipients intended to add binding qualities to
disintegration qualities.   The mixture is either
directly compressed or granulated then compressed
using methods and machinery quite well known to those

20    in the industry.   The resultant compressed tablet
dosage units are then packaged according to market
need, i.e., unit dose, rolls, bulk bottles, blister

44

packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral,
5   buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption.
10  Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience,
15  economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques
20  available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may

45

be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking

5    substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose,

10   ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to

15   persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon

20   dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved

46

in an organic solvent and added in solution form.
Preferred plasticizers may be selected from the group
consisting of diethyl phthalate, diethyl sebacate,
triethyl citrate, cronotic acid, propylene glycol,

5    butyl phthalate, dibutyl sebacate, caster oil and
mixtures thereof, without limitation. As is evident,
the plasticizers may be hydrophobic as well as
hydrophilic in nature. Water-insoluble hydrophobic
substances, such as diethyl phthalate, diethyl

10   sebacate and caster oil are used to delay the release
of water-soluble vitamins, such as vitamin $B_6$ and
vitamin C. In contrast, hydrophilic plasticizers are
used when water-insoluble vitamins are employed which
aid in dissolving the encapsulated film, making

15   channels in the surface, which aid in nutritional
composition release.

The composition of the present inventive subject
matter may be administered in a partial, i.e.,
fractional dose, one or more times during a 24 hour

20   period, a single dose during a 24 hour period of time,
a double dose during a 24 hour period of time, or more
than a double dose during a 24 hour period of time.

47

Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

5      The compositions of the present invention are intended for use by humans and other mammals.  The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10-1000 mg for a 55 kg individual, that range would be
10     adjusted for a 35 kg individual to about 6.3-63 mg (e.g., the lower range limit= (35 kg/55 kg) *10mg =6.3 mg). Decimal amounts may be rounded to the nearest whole number.   In the above manner the present compositions may thus be adapted to be suitable for
15     any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother.  For example, the formulations may focus on
20     special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without

48

limitation.  The iron and calcium, when present, are
provided in amounts to optimize nutritional benefit to
the mother, while minimizing unpleasant side effects
which  may  accompany  overly  large  doses.    The
5    formulation can be further tailored based upon the
specific needs, genetic predispositions or identified
deficiencies  of  women.    Moreover,  the  present
composition  can  be  used  as  one  component  of  a
prescribed therapy.

10       Biologically-acceptable    calcium    compounds
include, but are not limited to, any of the well known
calcium  supplements,  such  as  calcium  carbonate,
calcium  sulfate,  calcium  oxide,  calcium  hydroxide,
calcium  apatite,  calcium  citrate-malate,  bone  meal,
15   oyster  shell,  calcium  gluconate,  calcium  lactate,
calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which
may be incorporated into the present inventive subject
matter  include,  but  are  not  limited  to,  magnesium
20   stearate,   magnesium   carbonate,   magnesium   oxide,
magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter

49

may be provided in a blister pack or other such
pharmaceutical package, without limitation. Further,
the compositions of the present inventive subject
matter may further include or be accompanied by
5    indicia allowing women to identify the compositions as
products for persons planning to or currently breast-
feeding their infants.    The indicia may further
additionally include an indication of the above
specified time periods for using said compositions.

10        The composition of the present inventive subject
matter is preferably administered during a period
commencing no later than at least the tenth week of
pregnancy.    More preferably, the composition is
administered during a period of time commencing on
15    about the tenth week of pregnancy and continuing
through to completion of breast-feeding or continuing
on as a nutritional supplement for the mother.

        The present inventive subject matter includes a
method for enriching the breast milk of women to
20    optimize neurological development of infant's breast-
fed by said women.    The methods include administration
of the present composition to women during a critical

50

period.  The critical period of administration is the
period commencing at least at about the tenth week of
pregnancy and terminating at the conclusion of breast-
feeding or continuing on as a nutritional supplement
5     for the mother.

The present composition and method may increase
lactogenesis or the quantity of breast milk produced
during  lactation.      Further,  the  compositions  and
methods may prevent or at least minimize fatty acid
10    deficiency in lactating women.   The quality of breast
milk may also be improved by the compositions and
methods.   Moreover, the duration of the period of
lactation may be extended by the present compositions
and methods.   Thus, women who would have difficulty
15    breast-feeding  for  more  than  four  weeks  after
pregnancy when not taking the present composition,
could breast-feed for more than four weeks after
pregnancy  when taking the present composition.

The foregoing is considered as illustrative only
20    of the principles of the inventive subject matter.
Further, since numerous modifications and changes will
readily occur to those skilled in the art, it is not

51

desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the

5   scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on

10  the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

52

## EXAMPLES

### Example 1

The following formulations are used to prepare
compositions for administration to women prior to and
during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | – | – | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin $D_3$ (I.U.) | 400 | 400 | 400 |
| Vitamin $B_6$ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

53

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Release Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin E (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | – |
| Vitamin $D_3$ (I.U.) | 400 | – |
| Vitamin $B_6$ | 125* | 125* |
| Iron | 90* | – |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | – | 1 |
| Magnesium | – | 25 |

* formulated for controlled release

54

Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | - | - | 50 | - | - | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | - | - | - | 25 | 400 | 25 |
| Vitamin C | - | - | - | 25 | 400 | 400 |
| Vitamin E (I.U.) | - | - | - | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | - | - | 100 | - | - |
| Ethylcellulose | - | - | - | - | - | - |

The above components are in mg unless otherwise

55

indicated.    Tablets  incorporating  the  above
formulations are prepared using conventional methods
and materials known in the pharmaceutical art.    The
resulting nutritional compositions were recovered and
5    stored for future use.

Example 4

A soft gelatin supplement may be prepared, by
first combining mineral oil and soybean oil in a first
10    vessel and blending it to form a uniform oil mixture,
heating the oil mixture to 45 degrees Celsius, and
then adding propylene glycol.    In a second vessel
preheated to 70 degrees Celsius, yellow beeswax and
soybean oil are added and blended until a uniform wax
15    mixture is formed.    The wax mixture is cooled to 35
degrees Celsius and then added to the oil mixture.    To
this combined oil and wax mixture, folic acid, vitamin
$B_6$, iron, magnesium, and calcium are then added and
blended together to form a uniform biologically active
20    mixture.    The mixture is then cooled to 30 degrees
Celsius to form a viscous biologically active core
composition, after which time the composition is ready

56

for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservatives, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

57

THE CLAIMS DEFINING THE INVENTION ARE AS FOLLOWS:

1.  A composition for administration to a woman when used to enrich the
breast milk of said woman to optimize neurological development of an infant
breast-fed by the woman, which comprises:

5       about 10 mg to about 1000 mg of a first fatty acid compound selected
from a linoleic acid compound, a linolenic acid compound, a derivative
thereof, and a combination thereof; about 10 mg to about 1000 mg of a second fatty acid
compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an
omega-2 fatty acid, a derivative thereof, and a combination thereof; and

10      wherein the weight ratio of said first fatty acid compound to said
second fatty acid compound is about 1:0.01 to 10.

2. A composition for administration to a female mammal when used to enrich the milk of
said female mammal to optimize neurological development of a neonate being nursed by
the female mammal, which comprises:

15      about 10 mg to about 1000 mg per 55 kg of said mammals body weight of a first
fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a
derivative thereof, and a combination thereof;

        about 10 mg to about 1000 mg per 55 kg of said mammal's body weight of a
second fatty acid compound selected from a docosahexaenoic acid compound, an
omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination
thereof; and

        wherein the weight ratio of said first fatty acid compound to said second fatty acid
compound is about 1:0.01 to 10.

3.  A composition for administration to a woman when used to enrich the breast milk of
25  said woman to optimize neurological development of an infant-breast-fed. by the woman,
which comprises:

        about 10 mg to about 1000 mg of a first fatty acid compound selected from a
linoleic acid compound, a derivative thereof, and a combination

58

thereof;

about 10 mg to about 1000 mg of a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof; and

5    wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

4. The composition according to any one of claims 1-3, wherein said composition additionally contains calcium,

5. The composition of claim 4, wherein the calcium is present in said composition in an
10    amount of about 300 mg to about 2500 mg.

6. A composition for administration to a woman when used to enrich the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to about 100 mg of a first fatty acid compound selected from a
15    linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof;

b) about 10 mg to about 1000 mg of a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof;

20    c) about 10 mg to about 125 mg of a vitamin $B_6$ compound or derivative thereof;

d) about 0.1 mg to about 3 mg of a folic acid compound or derivative thereof;

e) about 100 rag to about 2000 mg of a calcium compound or derivative thereof; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid
25    compound is about 1:0.1 to 10.

7. The composition according to any one of claims 1-6, wherein said composition additionally contains a vitamin compound selected from a vitamin C compound, a vitamin E compound, and combinations thereof.

59

8. The composition of claim 7, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to about 500 mg,

9. The composition of claim 7, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 IU to about 400 IU.

5    10. A composition for administration to a woman when used to enrich the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises;

a) about 10 mg to about 100 mg of a first fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a

10   combination thereof;

b) about 10 mg to about 1000 mg of a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof;

c) about 10 mg to about 125 mg of a vitamin $B_6$ compound or derivative thereof;

d) about 0.1 mg to about 3 mg of a folic acid compound or derivative

15   thereof;



e) about 100 mg to about 2000 mg of a calcium compound or derivative whereof;

f) about 25 mg to about 500 mg of a vitamin C compound or derivative thereof;

g) about 10 IU to about 400 IU of a vitamin E compound or derivative thereof; and

20   wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

11. The composition according to any one of claims 1-10, wherein said composition additionally contains a further vitamin compound or derivative thereof.

12. The composition of claim 11, wherein the further vitamin compound is selected from

25   a vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof.

13. The composition according to any one of claims 1-12, wherein said composition additionally contains a biologically-acceptable mineral compound or derivative thereof.

14.   The composition of claim 13, wherein said biologically-acceptable mineral compound is selected from magnesium, iron, and combinations thereof.

15.   The composition according to any one of claims 1-14, wherein said composition additionally contains a biologically active substance.

5    16.   The composition of claim 15, wherein the biologically active substance is a lactogen compound or derivative thereof.

17.   The composition according to any one of claims 1-16, wherein said composition is administered during a period commencing no later than the tenth week of pregnancy.

18.    The composition according to any one of claims 1-16, wherein said composition is
10    administered during a period of time commencing at least at about the tenth week of pregnancy.

19.   The composition according to any one of claims 1-16, wherein said composition is adapted to meet specific physiological needs of a breast-feeding mother.

20.   The composition according to any one of claims 1-16, wherein said composition is in
15    an oral dosage form.

21.   The composition of claim 20, wherein said oral dosage form is selected from immediate release, extended release, pulsed release, delayed release, controlled release, and combinations thereof.



22.   The composition of claim 20, wherein said oral dosage form is selected from a chewable tablet, a. quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurts, gelatin, cereal, and combinations thereof.

23.   The composition according to any one of claims 1-16, wherein said composition is administered once during a twenty four hour period of time.



24.    The composition according to any one of claims 1-16, wherein said composition is administered at least twice during a twenty four hour period of time.

25.   The composition according to any one of claims 1-16, wherein said composition increases lactogenesis.

26. The composition according to any one of claims 1-16, wherein said composition increases the quantity of breast milk produced during lactation.

27. The composition according to any one of claims 1-16, wherein said composition prevents deficiency of essential fatty acids in the woman.

5   28. The composition according to any one of claims 1-16, wherein said composition is provided with indicia indicating a time period of use,

29. The composition of claim 28, wherein said time period of use is prior to, during, and after lactation.

30. The composition of claim 28, wherein said time period commences at about the tenth
10   week of pregnancy.

31. The composition according to any one of claims 1-16, wherein said composition extends the duration of the period of lactation.

32. The composition according to any one of claims 1-16, wherein said composition improves quality of said breast milk.

15   33. The composition according to any one of claims 1-16, wherein said composition achieves enrichment of said breast milk through a natural biological pathway.

34. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:



administering a first fatty acid compound to the woman during a period
20   commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first, fatty acid compound being selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof;

administering a second fatty acid compound to said woman during the period
25   commencing at least at about the tenth week of pregnancy and



terminating at the conclusion of breastfeeding, said second fatty acid compound being selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound,

62

and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

35. A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

5      administering a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from a linoleic acid compound, a linoienic acid compound, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 100 mg;

10      administering a second fatty acid compound to said woman during the period commencing at about the tenth week of pregnancy, said second fatty acid compound being selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 1000 mg, and said second fatty acid compound being 15  administered together with said first fatty acid compound; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

36. A method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises;

20      administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from a linoleic acid compound, a linoienic acid compound, a derivative thereof, and a combination thereof, administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of 25  gestation, said second fatty acid compound being selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound;

wherein the weight ratio of said first fatty acid compound to said second fatty acid 30  compound is about 1:0,1 to 10.

63

37.   The method according to any one of claims 34-36, wherein said method additionally comprises providing a vitamin compound or derivative thereof to said woman together with said first and second fatty acid compounds.

38.   The method according to any one of claims 34-37, wherein said method further
5    comprises providing a biologically-acceptable mineral compound or derivative thereof to said woman together with said first and second fatty acid compounds.

39.  A method for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, which comprises:

administering a first fatty acid compound to the woman during a period
10    commencing at least at about the tenth week of pregnancy, said first fatty acid compound being selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 100 mg;

administering a second fatty acid compound to said woman during the period
15    commencing at least at about the tenth week of pregnancy, said second fatty acid compound being selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof and provided in about 10 mg to about 1000 mg, said second fatty acid compound being administered together with said first fatty acid compound;

20    administering a nutritional compound to said woman during the period commencing at least at about the tenth week of pregnancy, said nutritional compound being selected from a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof, and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds;

25    wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

40.   The method according to any one of claims 37-39, wherein the vitamin compound is selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin C compound, a vitamin D, compound, a vitamin E compound, and
30    combinations thereof.

64

41.   The method of claim 40, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to about 400 mg.

42.   The method of claim 40, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 IU to about 400 IU.

43.   The method according to any one of claims 38-42, wherein said biologically-acceptable mineral compound is selected from calcium, magnesium, iron, and combinations thereof.

44.   The method of claim 43, wherein the calcium is present in said composition in an amount of about 300 mg to about 2500 mg.

45.   The method according to any one of claims 34-44, wherein said method further comprises providing to said woman a biologically active substance together with said first and second fatty acid compounds.

46.   The method of claim 45, wherein the biologically active substance is a lactogen compound or derivative thereof.

47.   The method according to any one of claims 34-46, wherein said method is adapted to meet specific physiological needs of a breast-feeding mother.

48.   The method according to any one of claims 34-46, wherein said first and second fatty acids are provided in an oral dosage form.

49.   The method of claim 48, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release, and combinations thereof.

50.   The method of claim 48, wherein said oral dosage form is selected from the group consisting of a chewable tablet, a quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparcicles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurt, gelatin, cereal, and combinations thereof.

51.   The method according to any one of claims 34-46, wherein said first and second fatty acids are administered once during a twenty four hour period of time.

52.   The method according to any one of claims 34-46, wherein said first and second fatty acids are administered at least twice during a twenty four hour period of time.

53.  The method according to any one of claims 34-46, wherein said method increases lactogenesis.

54.  The method according to any one of claims 34-46, wherein said method increases the quantity of breast milk produced during lactation.

5   55.  The method according to any one of claims 34-46, wherein said method prevents deficiency of essential fatty acids in the woman.

56.  The method according to any one of claims 34-46, wherein said method further comprises providing indicia indicating a time period for administration of said first and second fatty acid compounds.

10   57.  The method according to any one of claims 34-46, wherein said method extends the duration of the period of lactation.

58.  Use of a composition in the preparation of a medicament for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, wherein said composition comprises:

15       a first fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof; and

       a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof;

20       wherein said first fatty acid compound is provided together with said second fatty acid compound;

       wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10; and

       wherein said medicament is formulated for administration to said woman during a
25   period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding.

59.  Use of a composition in the preparation of a medicament for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, wherein said composition comprises:

66

a first fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 100 mg; and

a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 1000 mg;

wherein said first fatty acid compound is provided together with said second fatty acid compound;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10; and

wherein said medicament is formulated for administration to said woman during a period commencing at least at about the tenth week of pregnancy.

60.   Use of a composition in the preparation of a medicament for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, wherein said composition comprises:

a first fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof; and

a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof;



wherein said first fatty acid compound is provided together with said second fatty acid compound;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10; and



wherein said medicament is formulated for administration to said female mammal during a period commencing at least at about the tenth week of gestation.

61   The use according to any one of claims 58-60, wherein said composition additionally comprises a vitamin compound or derivative thereof together with said first and second fatty acid compounds.

62. The use according to any one of claims 58-61, wherein said composition further comprises a biologically-acceptable mineral compound or derivative thereof together with said first and second fatty acid compounds.

63. Use of a composition in the preparation of a medicament for enriching the breast milk of a woman to optimize neurological development of an infant breast-fed by said woman, wherein said composition comprises:

a first fatty acid compound selected from a linoleic acid compound, a linolenic acid compound, a derivative thereof, and a combination thereof and provided in an amount of about 10 mg to about 100 mg;

a second fatty acid compound selected from a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof, and a combination thereof and provided in about 10 mg to about 1000 mg, said second fatty acid compound being administered together with said first fatty acid compound; and

a nutritional compound selected from a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof, and a combination thereof;

wherein said first fatty acid compound is provided together with said second fatty acid compound;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10; and

wherein said medicament is formulated for administration to said woman during a period commencing at least at about the tenth week of pregnancy.

64. The use according to any one of claims 61-63, wherein the vitamin compound is selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin C compound, a vitamin D, compound, a vitamin E compound, and combinations thereof.

65. The use of claim 64, wherein said vitamin C compound is present in said composition in an amount ranging from about 25 mg to about 400 mg.

66. The use of claim 64, wherein said vitamin E compound is present in said composition in an amount ranging from about 10 IU to about 400 IU.

68

67.  The use according to any one of claims 62-6G, wherein said biologically-acceptable mineral compound is selected from calcium, magnesium, iron, and combinations thereof.

68.  The use of claim 67, wherein the calcium is present in said composition in an amount of about 300 mg to about 2500 mg.

5   69.  The use according to any one of claims 58-68, wherein said composition further comprises a biologically active substance together with said first and second fatty acid compounds.

70.  The use of claim 69, wherein the biologically active substance is a lactogen compound or derivative thereof.

10  71.  The use according to any one of claims 58-70, wherein said medicament is adapted to meet specific physiological needs of a breastfeeding mother.

72  The use according to any one of claims 58-70, wherein said first and second fatty acids are provided in an oral dosage form.

73.  The use of claim 72, wherein said oral dosage form is selected from the group
15  consisting of immediate release, extended release, pulsed release, delayed release, controlled release, and combinations thereof.

74.  The use of claim 72, wherein said oral dosage form is selected from the group consisting of a chewable tablet, a quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a

20  suspension, an elixir, a caplet, a fortified food, pudding, yogurt, gelatin, cereal, and combinations thereof.

75.  The use according to any one of claims 58-70, wherein said medicament is formulated for administration once during a twenty four hour period of time.

76.  The use according to any one of claims 58-70, wherein said medicament is
25  formulated for administration at least twice during a twenty four hour period of time.

77.  The use according to any one of claims 58-70, wherein said medicament increases lactogenesis.

78.  The use according to any one of claims 58-70, wherein said medicament increases the quantity of breast milk produced during lactation.

79. The use according to any one of claims 58-70, wherein said medicament prevents deficiency of essential fatty acids in the woman.

80. The use according to any one of claims 58-70, wherein said use further comprises providing indicia indicating a time period for administration of said
5  first and second fatty acid compounds.

81. The use according to any one of claims 58-70, wherein said medicament extends the duration of the period of lactation.

82. A composition, according to any one of claims 1-3, 6 or 10, substantially as hereinbefore described.

10  83. A method, substantially as hereinbefore described.

84. A use, substantially as hereinbefore described.

Dated this 3rd day of February 2005
DRUGTECH CORPORATION
By their Patent Attorneys
15  COLLISON & CO.

# EXHIBIT J

# Quality



Manufacturing & Production

# Teamwork

Customer Service



# Integrity

Research & Development



Reliability & Trust

# Professionalism



LANNETT

2007 ANNUAL REPORT



Lannett Company, Inc. (AMEX: LCI) develops, manufactures and distributes generic prescription pharmaceutical products in tablet, capsule and oral liquid forms to customers throughout the United States.

## Drug Development Pipeline



| | FORMULATION | SCALE-UP | CLINICAL TESTING | FDA PENDING |
|---|---|---|---|---|
| 42 Products | | | | |
| 8 Products | | | | |
| 3 Products | | | | |
| 18 ANDAs* | | | | |

*Abbreviated New Drug Application

# Financial Highlights

| Fiscal Year Ended June 30, | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Net Sales | $ 82,577,591 | $ 64,060,375 | $ 44,901,645 | $63,781,219 | $42,486,758 |
| Cost of Sales | 57,394,751 | 33,900,045 | 31,416,908 | 26,856,875 | 16,257,794 |
| Gross Profit | 25,182,840 | 30,160,330 | 13,484,737 | 36,924,344 | 26,228,964 |
| Operating Expenses | 31,147,249 | 21,706,412 | 67,124,395 | 16,093,375 | 7,168,858 |
| Operating (Loss) Income | (5,964,409) | 8,453,918 | (53,639,658) | 20,830,969 | 19,060,106 |
| Net (Loss) Income | $ (6,929,008) | $ 4,968,922 | $ (32,779,596) | $13,215,454 | $11,666,887 |

| | | |
|---|---|---|
| Total Current Assets | $ 44,285,190 | $ 43,486,847 |
| Property and Equipment, Net | 27,443,161 | 19,645,549 |
| Total Assets | 104,656,100 | 105,992,064 |
| Current Liabilities | 22,250,243 | 20,040,608 |
| Long-Term Debt, Less Current Portion | 8,987,846 | 7,649,806 |
| Total Liabilities and Shareholders' Equity | $104,656,100 | $105,992,064 |



**Quarterly Net Sales Trend**
*(In Millions of Dollars)*



**Percentage of Net Sales**
*(By Customer Type)*

- Distributors/Wholesalers
- Chain Pharmacies
- Mail Order Pharmacies



LABORATORY SERVICES — Analytical, Development,

**LANNETT** Dear Shareholders:



William Farber
*Chairman*



Arthur P. Bedrosian
*President and*
*Chief Executive Officer*

In fiscal 2007, Lannett Company made excellent progress laying the groundwork for future growth. We successfully completed plans for plant expansion, significantly added to our product pipeline, established new strategic relationships and acquired a bulk raw materials supplier. The year also posed some challenges, most notably a backlog at the U.S. Food and Drug Administration (FDA) that has delayed the approval of our Abbreviated New Drug Applications (ANDAs). We are confident, however, that these product applications will ultimately be approved.

Net sales for fiscal 2007 were $82.6 million, an increase of 29% over the prior year. Gross profit was $25.2 million, compared with $30.2 million for the prior year. Our topline growth was fueled by increased sales of distributed products, which generally carry lower margins than in-house manufactured products.

The Company reported a net loss for fiscal 2007 of $6.9 million, which included a $7.8 million impairment of a note receivable due from a bulk raw materials supplier that we acquired in April 2007. This compares with net income of $5.0 million in fiscal 2006. Cash was $5.2 million at June 30, 2007.

**Room to Grow**

In August of last year, we announced plans to lease, with an option to purchase, a new 65,000 square-foot facility located on seven acres in the City of Philadelphia. We added this facility to broaden our manufacturing, product development and warehousing capacity. The new space also allows us to reconfigure existing facilities, as well as more than double our manufacturing capacity.

**Product Approvals and Distribution**

In fiscal 2007, we received FDA approval and commenced marketing several products, including Danazol capsules 50mg and 100mg, a drug used to treat endometriosis. The addition of these two dosages to our already approved 200mg product allows us to market the full line of oral Danazol. Lannett also received FDA approval to market Baclofen 10mg tablets, bolstering our existing product offering of Baclofen 20mg tablets. Baclofen is used to help alleviate signs and symptoms of spasticity resulting from multiple sclerosis.

In addition to product approvals, Lannett commenced marketing and distribution of Meloxicam, a drug indicated for the relief of signs and symptoms of osteoarthritis and rheumatoid arthritis. We currently have more than 70 products in various stages of development, including 18 product applications pending at the FDA.



Stability, & Product Identification

**Research Agreement**
In January 2007, we signed a research agreement with Pharmaseed Bioservices to formulate a certain topical pharmaceutical product, sales of which were more than $400 million in the year ending June 2007, according to Wolters Kluwer. Under the terms of the agreement, Lannett will assemble, submit and own the ANDA for the product. We also acquired the worldwide distribution rights to this product.

**Supply Agreements and Acquisitions**
We also signed a supply agreement in January 2007 with Banner Pharmacaps, Inc. for a certain pharmaceutical product, sales of which were approximately $54 million in 2005, according to Wolters Kluwer. In April, we acquired a privately-owned manufacturer/supplier of bulk active pharmaceutical ingredients (API) to help facilitate the Company's growth and expand our product offering. This acquisition provides access to raw materials, including certain difficult-to-source pharmaceutical ingredients, as well as the capability to manufacture a new dosage form, thereby vertically integrating the Company.

**Internal Efficiencies**
Recently, we introduced a new Company-wide program, called "Savings for Success," to help manage costs. This new program encourages and rewards employees to think creatively about ways to reduce costs throughout the organization. Since the program's inception, we have reduced costs by more than $1.5 million. We expect additional savings in the future.

During the last few years, we have focused on adding to our product offering by forming strategic relationships as well as through an internal product development program. Our pipeline is now the largest in the Company's history.

We are confident that our robust pipeline, coupled with the progress we made in fiscal 2007, will help us reap solid returns and realize the goals of our customers, employees and shareholders.

Sincerely,

William Farber
*Chairman*

Arthur P. Bedrosian
*President and*
*Chief Executive Officer*

Lannett **produces and distributes** its own line of **high quality pharmaceutical products**. These products are available to chain drug stores, wholesalers and distributors under **Lannett's name** or as a private label.



| NAME | MEDICAL INDICATION | EQUIVALENT BRAND |
|---|---|---|
| Acetazolamide Tablets | Glaucoma | Diamox® |
| Baclofen Tablets | Muscle Relaxer | Lioresal® |
| Butalbital, Aspirin and Caffeine Capsules | Migraine Headache | Fiorinal® |
| Butalbital, Aspirin, Caffeine with Codeine Phosphate Capsules | Migraine Headache | Fiorinal w/Codeine #3® |
| Clindamycin HCl Capsules | Antibiotic | Cleocin® |
| Danazol Capsules | Endometriosis | Danocrine® |
| Dicyclomine Tablets/Capsules | Irritable Bowels | Bentyl® |
| Digoxin Tablets | Congestive Heart Failure | Lanoxin® |
| Diphenoxylate with Atropine Sulfate Tablets | Diarrhea | Lomotil® |
| Doxycycline Tablets | Antibiotic | Adoxa® |
| Doxycycline Hyclate Tablets | Antibiotic | Periostat® |
| Hydrochlorothiazide | Diuretic | Hydrodiuril® |
| Hydromorphone HCl Tablets | Pain Management | Dilaudid® |
| Levothyroxine Sodium Tablets | Thyroid Deficiency | Levoxyl®/Synthroid® |
| Meloxicam | Arthritis | Mobic® |
| Methocarbamol Tablets | Muscle Relaxer | Robaxin® |
| Methyltestosterone/Esterified Estrogens Tablets | Hormone Replacement | Estratest® |
| Morphine Sulfate Oral Solution | Pain Management | Roxanol® |
| Oxycodone HCl Oral Solution | Pain Management | Roxicodone® |
| Phentermine HCl Tablets | Weight Loss | Adipex-P® |
| Pilocarpine HCl Tablets | Dryness of the Mouth | Salagen® |
| Primidone Tablets | Epilepsy | Mysoline® |
| Probenecid Tablets | Gout | Benemid® |
| Sulfamethoxazole w/Trimethoprim | Antibacterial | Bactrim® |
| Terbutaline Sulfate Tablets | Bronchospasms | Brethine® |
| Unithroid® Tablets | Thyroid Deficiency | N/A |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

(Mark One)

**[ X ]  ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended June 30, 2007
OR

**[   ]  TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from    to

Commission File No. 001-31298

# LANNETT COMPANY, INC.

(Exact name of registrant as specified in its charter)

**State of Delaware**
State of Incorporation

23-0787699
I.R.S. Employer I.D. No.

**9000 State Road**
**Philadelphia, Pennsylvania 19136**
**(215) 333-9000**
(Address of principal executive offices and telephone number)

Securities registered under Section 12(b) of the Exchange Act:
**None**

Securities registered under Section 12(g) of the Exchange Act:
**Common Stock, $.001 Par Value**
(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act
Yes _  No **X**

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes_ No **X**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes **X**  No __

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ___

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):
Large accelerated filer __  Accelerated filer **X**  Non-accelerated filer __

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12B-12 of the Exchange Act).
Yes __  No **X**

Aggregate market value of Common stock held by non-affiliates of the Registrant, as of December 31, 2006 was $150,967,181, based on the closing price of the stock on the American Stock Exchange.

As of September 21, 2007, there were 24,177,118 shares of the issuer's common stock, $.001 par value, outstanding.

## TABLE OF CONTENTS

PART I

    ITEM 1. DESCRIPTION OF BUSINESS    1

    ITEM 1A. RISK FACTORS    13

    ITEM 1b. UNRESOLVED STAFF COMMENTS    18

    ITEM 2. DESCRIPTION OF PROPERTY    18

    ITEM 3. LEGAL PROCEEDINGS    19

    ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS    19

PART II

    ITEM 5. MARKET FOR COMMON EQUITY AND RELATED STOCKHOLDER MATTERS    20

    ITEM 6. SELECTED FINANCIAL DATA    22

    ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS    23

    ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA    38

    ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE    38

    ITEM 9A. CONTROLS AND PROCEDURES    39

    ITEM 9B. OTHER INFORMATION    41

PART III

    ITEM 10. DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT    42

    ITEM 11. EXECUTIVE COMPENSATION    46

    ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS    60

    ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS    62

    ITEM 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES    63

PART IV

    ITEM 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES, AND REPORTS ON FORM 8-K    64

SIGNATURES    65

ANNUAL REPORT ON FORM 10-K    66

SUBSIDIARIES OF THE COMPANY, EXHIBIT 21    104

CONSENT OF GRANT THORNTON LLP, EXHIBIT 23.1    105

CERTIFICATION OF CHIEF EXECUTIVE OFFICER, EXHIBIT 31.1    106

CERTIFICATION OF CHIEF FINANCIAL OFFICER, EXHIBIT 31.2    107

CERTIFICATION OF CEO AND CFO PURSUANT TO SECTION 906, EXHIBIT 32    108

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Annual Report on Form 10-K contains forward-looking statements in "Item 1A – Risk Factors", "Item 7 – Management's Discussion and Analysis of Financial Condition and Results of Operations" and in other statements located elsewhere in this Annual Report. Any statements made in this Annual Report that are not statements of historical fact or that refer to estimated or anticipated future events are forward-looking statements. We have based our forward-looking statements on our management's beliefs and assumptions based on information available to them at this time. Such forward-looking statements reflect our current perspective of our business, future performance, existing trends and information as of the date of this filing. These include, but are not limited to, our beliefs about future revenue and expense levels and growth rates, prospects related to our strategic initiatives and business strategies, express or implied assumptions about government regulatory action or inaction, anticipated product approvals and launches, business initiatives and product development activities, assessments related to clinical trial results, product performance and competitive environment, and anticipated financial performance. Without limiting the generality of the foregoing, words such as "may," "will," "expect," "believe," "anticipate," "intend," "could," "would," "estimate," "continue," or "pursue," or the negative other variations thereof or comparable terminology, are intended to identify forward-looking statements. The statements are not guarantees of future performance and involve certain risks, uncertainties and assumptions that are difficult to predict. We caution the reader that certain important factors may affect our actual operating results and could cause such results to differ materially from those expressed or implied by forward-looking statements. We believe the risks and uncertainties discussed under the "Item 1A - Risk Factors" and other risks and uncertainties detailed herein and from time to time in our SEC filings, may affect our actual results.

We disclaim any obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise. We also may make additional disclosures in our Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and in other filings that we may make from time to time with the SEC. Other factors besides those listed here could also adversely affect us. This discussion is provided as permitted by the Private Securities Litigation Reform Act of 1995, as amended.

### PART I

### ITEM 1.    DESCRIPTION OF BUSINESS

**General**

Lannett Company, Inc. (the "Company," "Lannett," "we," or "us") was incorporated in 1942 under the laws of the Commonwealth of Pennsylvania, and reincorporated in 1991 as a Delaware corporation. We develop, manufacture, market and distribute generic versions of pharmaceutical products. The Company reports financial information on a quarterly and fiscal year basis, the most recent being the fiscal year ended June 30, 2007. All references herein to a fiscal year refer to the Company's fiscal year ending June 30.

The Company is focused on increasing our share of the generic pharmaceutical market. We were able to increase net sales during fiscal 2007 by adding new products, and by increasing sales under existing distribution agreements. We plan to improve our financial performance by expanding our line of generic products, increasing unit sales to current customers and reducing overhead and administrative costs. Some of the new generic products sold by Lannett were developed and are manufactured by Lannett while other products are manufactured by other companies. The products manufactured by Lannett and those manufactured by others are identified in the section entitled **"Products"** in Item 1 of this Form 10-K.

Over the past several years, Lannett has consistently devoted resources to research and development (R&D) projects, including new generic product offerings. The costs of these R&D efforts are expensed during the periods incurred. The Company believes that such investments may be recovered in future years as it submits

1

applications to the Food and Drug Administration (FDA), and when it receives marketing approval from the FDA to distribute such products. In addition to using cash generated from its operations, the Company has entered into a number of financing agreements with third parties to provide additional cash when needed. These financing agreements are more fully described in the section entitled "**Liquidity and Capital Resources**" in Item 7 of this Form 10-K. The Company has embarked on a plan to grow in future years. In addition to organic growth to be achieved through its own R&D efforts, the Company has also initiated marketing projects with other companies in order to expand future revenue projections. The Company expects that its growing list of generic drugs under development will drive future growth. The Company also intends to use the infrastructure it has created, and to continually devote resources to additional R&D projects. The following strategies highlight Lannett's plan:

**Research and Development Process**

There are numerous stages in the generic drug development process:

1.) Formulation and Analytical Method Development: After a drug candidate is selected for future sales, product development chemists perform various experiments on the incorporation of active ingredients into a dosage form. These experiments will result in the creation of a number of product formulations to determine which formula will be most suitable for the Company's subsequent development process. Various formulations are tested in the laboratory to measure results against the innovator drug. During this time, the Company may use reverse engineering methods on samples of the innovator drug to determine the type and quantity of inactive ingredients. During the formulation phase, the Company's research and development chemists begin to develop an analytical, laboratory testing method. The successful development of this test method will allow the Company to test developmental and commercial batches of the product in the future. All of the information used in the final formulation, including the analytical test methods adopted for the generic drug candidate, will be included as part of the Chemical, Manufacturing and Controls section of the Abbreviated New Drug Application (ANDA) submitted to the FDA in the generic drug application.

2.) Scale-up: After the product development scientists and the R&D chemists agree on a final formulation to use in moving the drug candidate forward in the developmental process, the Company will attempt to increase the batch size of the product. The batch size represents the standard magnitude to be used in manufacturing a batch of the product. The determination of batch size will affect the amount of raw material that is input into the manufacturing process and the number of expected tablets or capsules to be created during the production cycle. The Company attempts to determine batch size based on the amount of active ingredient in each dosage, the available production equipment and unit sales projections. The scaled-up batch is then generally produced in the Company's commercial manufacturing facilities. During this manufacturing process, the Company will document the equipment used, the amount of time in each major processing step and any other steps needed to consistently produce a batch of that product. This information, generally referred to as the validated manufacturing process, will be included in the Company's generic drug application submitted to the FDA.

3.) Clinical testing: After a successful scale-up of the generic drug batch, the Company then schedules and performs clinical testing procedures on the product if required by the FDA. These procedures, which are generally outsourced to third parties, include testing the absorption of the generic product in the human bloodstream compared to the absorption of the innovator drug. The results of this testing are then documented and reported to the Company to determine the "success" of the generic drug product. Success, in this context, means the successful comparison of the Company's product related to the innovator product. Since bioequivalence and a stable formula are the primary requirements for a generic drug approval (assuming the manufacturing plant is in compliance with the FDA's good manufacturing quality standards), lengthy and costly clinical trials proving safety and efficacy, which are generally required by the FDA for innovator

2

Unlike the branded, innovator companies, Lannett currently does not own proprietary drug patents. However, the typical intellectual property in the generic drug industry are the ANDAs that generic drug companies own.

## Validated Pharmaceutical Capabilities

Lannett's manufacturing facility consists of 31,000 square feet on 3.5 acres owned by the Company. In addition, the Company owns a 63,000 square foot building located within 1 mile of the corporate office. The second building contains packaging, warehouse and shipping functions, R&D and a number of administrative functions.

The manufacturing facility of Lannett's wholly-owned subsidiary, Cody Laboratories, Inc. (Cody) consists of 73,000 square feet on 16.2 acres in Cody, Wyoming. Cody leases the facility from Cody LCI Realty, LLC, a Limited Liability Company which is 50% owned by Lannett and 50% by an affiliate of Cody Labs.

Many FDA regulations relating to current Good Manufacturing Practices (cGMP) have been adopted by the Company in the last several years. In designing its facilities, full attention was given to material flow, equipment and automation, quality control and inspection. A granulator, an automatic film coating machine, high-speed tablet presses, blenders, encapsulators, fluid bed dryers, high shear mixers and high-speed bottle filling are a few examples of the sophisticated product development, manufacturing and packaging equipment the Company uses. In addition, the Company's Quality Control laboratory facilities are equipped with high precision instruments, like automated high-pressure liquid chromatographs, gas chromatographs, robots and laser particle sizers.

Lannett continues to pursue its comprehensive plan for improving and maintaining quality control and quality assurance programs for its pharmaceutical development and manufacturing facilities. The FDA periodically inspects the Company's production facilities to determine the Company's compliance with the FDA's manufacturing standards. Typically, after the FDA completes its inspection, it will issue the Company a report, entitled a Form 483, containing the FDA's observations of possible violations of cGMP. Such observations may be minor or severe in nature. The degree of severity of the observation is generally determined by the time necessary to remediate the cGMP violation, any consequences upon the consumer of the Company's drug products, and whether the observation is subject to a Warning Letter from the FDA. By strictly enforcing the various FDA guidelines, namely Good Laboratory Practices, Standard Operating Procedures and cGMP, the Company has successfully kept the number of observations in its FDA inspection at a minimal level. The Company believes that such observations are minor in nature, and will be remediated in a timely fashion with no material effect on its results of operations.

## Sales and Customer Relationships

The Company sells its pharmaceutical products to generic pharmaceutical distributors, drug wholesalers, chain drug retailers, private label distributors, mail-order pharmacies, other pharmaceutical manufacturers, managed care organizations, hospital buying groups and health maintenance organizations. It promotes its products through direct sales, trade shows, trade publications, and bids. The Company also licenses the marketing of its products to other manufacturers and/or marketers in private label agreements.

The Company continues to expand its sales to the major chain drug stores. Lannett is recognized by its customers as a dependable supplier of high quality generic pharmaceuticals. The Company's policy of maintaining an adequate inventory and fulfilling orders in a timely manner has contributed to this reputation.

4

production process, the Company purchases certain finished dosage inventories, including capsule, tablet, and oral liquid products. The Company then sells these finished dosage products directly to its customers along with the finished dosage products internally manufactured. If suppliers of a certain material or finished product are limited, the Company will generally take certain precautionary steps to avoid a disruption in supply, such as finding a secondary supplier or ordering larger quantities.

The Company's primary finished product inventory supplier is Jerome Stevens Pharmaceuticals, Inc. (JSP), in Bohemia, New York. Purchases of finished goods inventory from JSP accounted for approximately 63% of the Company's inventory purchases in Fiscal 2007, 76% in Fiscal 2006 and 62% in Fiscal 2005. On March 23, 2004, the Company entered into an agreement with JSP for the exclusive distribution rights in the United States to the current line of JSP products in exchange for four million (4,000,000) shares of the Company's common stock. The JSP products covered under the agreement included Butalbital, Aspirin, Caffeine with Codeine Phosphate capsules, Digoxin tablets and Levothyroxine Sodium tablets, sold generically and under the brand name Unithroid®. The term of the agreement is ten years, beginning on March 23, 2004 and continuing through March 22, 2014. Refer to the Materials Contract footnote to our consolidated financial statements for more information on the terms, conditions, and financial impact of this agreement.

During the term of the agreement, the Company is required to use commercially reasonable efforts to purchase minimum dollar quantities of JSP's products being distributed by the Company. The minimum quantity to be purchased in the first year of the agreement was $15 million. Thereafter, the minimum purchase quantity increases by $1 million per year up to $24 million for the last year of the ten-year contract. The Company has met the minimum purchase requirement for the first three years of the contract, but there is no guarantee that the Company will be able to continue to do so in the future. If the Company does not meet the minimum purchase requirements, JSP's sole remedy is to terminate the agreement.

In August 2005, the Company signed an agreement with a finished goods provider to purchase, at fixed prices, and distribute a certain generic pharmaceutical product in the United States. Purchases of finished goods inventory from this provider accounted for approximately 23% of the Company's costs of purchased inventory in Fiscal 2007, and 11% in 2006. The term of the agreement is three years, beginning on August 22, 2005 and continuing through August 21, 2008.

During the term of the agreement, the Company has committed to provide a rolling twelve month forecast of the estimated Product requirements to this provider. The first three months of the rolling twelve month forecast are binding and constitute a firm order.

The Company signed supply and development agreements with Olive Healthcare of India; Orion Pharma of Finland; Azad Pharma AG of Switzerland, Pharmaseed in Israel and Banner Pharmacaps in the United States. The Company is also in negotiations with companies in Israel for similar new product initiatives in which Lannett will market and distribute products manufactured by third parties.

## Customers and Marketing

The Company sells its products primarily to wholesale distributors, generic drug distributors, mail-order pharmacies, group purchasing organizations, chain drug stores, and other pharmaceutical companies. The industry's largest wholesale distributors, McKesson, Cardinal Health, and Amerisource Bergen, accounted for 24%, 12%, and 6%, respectively, of net sales in Fiscal 2007. The Company's largest chain drug store customer, Walgreens, accounted for 15% of net sales in Fiscal 2007. The Company performs ongoing credit evaluations of its customers' financial condition, and has experienced no significant collection problems to date. Generally, the Company requires no collateral from its customers.

Sales to these wholesale customers include "indirect sales," which represent sales to third-party entities, such as independent pharmacies, managed care organizations, hospitals, nursing homes, and group purchasing organizations, collectively referred to as "indirect customers." Lannett enters into agreements with its indirect customers to establish pricing for certain products. The indirect customers then

9

independently select a wholesaler from which to actually purchase the products at these agreed-upon prices. Lannett will provide credit to the wholesaler for the difference between the agreed-upon price with the indirect customer and the wholesaler's invoice price. This credit is called a chargeback. For more information on chargebacks, refer to the section entitled "Chargebacks" in Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" of this Form 10-K. These indirect sale transactions are recorded on Lannett's books as sales to the wholesale customers.

The Company believes that retail-level consumer demand dictates the total volume of sales for various products. In the event that wholesale and retail customers adjust their purchasing volumes, the Company believes that consumer demand will be fulfilled by other wholesale or retail sources of supply. As such, Lannett attempts to obtain strong relationships with most of the major retail chains, wholesale distributors, and mail-order pharmacies in order to facilitate the supply of the Company's products through whatever channel the consumer prefers. Although the Company has agreements with customers governing the transaction terms of its sales, there are no minimum purchase quantities with these agreements.

The Company promotes its products through direct sales, trade shows, trade publications, and bids. The Company also markets its products through private label arrangements, whereby Lannett produces its products with a label containing the name and logo of a customer. This practice is commonly referred to as private label business. It allows the Company to expand on its own internal sales efforts by using the marketing services from other well-respected pharmaceutical dosage suppliers. The focus of the Company's sales efforts is the relationships it creates with its customer accounts. Strong customer relationships have created a positive platform for Lannett to increase its sales volumes. Advertising in the generic pharmaceutical industry is generally limited to trade publications, read by retail pharmacists, wholesale purchasing agents and other pharmaceutical decision-makers. Historically and in Fiscal 2007, 2006, and 2005, the Company's advertising expenses were immaterial. When the customer and the Company's sales representatives make contact, the Company will generally offer to supply the customer its products at fixed prices. If accepted, the customer's purchasing department will coordinate the purchase, receipt and distribution of the products throughout its distribution centers and retail outlets. Once a customer accepts the Company's supply of product, the customer generally expects a high standard of service. This service standard includes shipping product in a timely manner on receipt of customer purchase orders, maintaining convenient and effective customer service functions, and retaining a mutually beneficial dialogue of communication. The Company believes that although the generic pharmaceutical industry is a commodity industry, where price is the primary factor for sales success, these additional service standards are equally important to the customers that rely on a consistent source of supply.

**Competition**

The manufacture and distribution of generic pharmaceutical products is a highly competitive industry. Competition is based primarily on price, service and quality. The Company competes primarily on this basis, for example staying competitive, providing superior customer service (from fulfilling customer's in critical need of inventory, carrying excess finished goods inventory and providing added value) by insuring the Company's products are available from national suppliers as well as our own warehouse. The modernization of its facilities, hiring of experienced staff, and implementation of inventory and quality control programs have improved the Company's competitive position over the past five years.

The Company competes with other manufacturers and marketers of generic and brand drugs. Each product manufactured and/or sold by Lannett has a different set of competitors. The list below identifies the companies with which Lannett primarily competes for each of its major products.

## ITEM 6.   SELECTED FINANCIAL DATA

The following financial information as of and for the five years ended June 30, 2007, has been derived from the Company's Consolidated Financial Statements. This information should be read in conjunction with the Consolidated Financial Statements and related notes thereto included elsewhere herein.

The comparability of information is affected by the write-off of a portion of a note receivable due from Cody Labs, and the subsequent acquisition of Cody Labs (a provider of active pharmaceutical ingredients ("API")) in Fiscal 2007.   Approximately $7.8 million of notes were written-off prior to the Cody Labs acquisition, representing the excess of the note receivable over the fair value of assets received of approximately $4.4 million.

Statement of Financial Accounting Standards (SFAS) 123(R), *"Share-Based Payment,"* was adopted on July 1, 2005 using the modified prospective transition method. Because the modified prospective transition method was elected, results for prior periods have not been restated to include share-based compensation expense for stock options or the Company's Employee Stock Purchase Plan. See Note 1 to the financial statements in Item 8 for more information.

In Fiscal 2005, the Company determined that an intangible asset related to acquired product rights was impaired.   At that time, the Company determined that this intangible was impaired and a $46.1 million impairment charge was recorded.

### Lannett Company, Inc. and Subsidiaries
### Financial Highlights

| As of and for the Fiscal Year Ended June 30, | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| *Operating Highlights* | | | | | |
| Net Sales | $82,577,591 | $64,060,375 | $44,901,645 | $63,781,219 | $42,486,758 |
| Gross Profit | $25,182,840 | $30,160,330 | $13,484,737 | $36,924,344 | $26,228,964 |
| Operating (Loss)/Income | ($5,964,409) | $8,453,918 | ($53,639,658) | $20,830,969 | $19,060,106 |
| Net (Loss)/Income | ($6,929,008) | $4,968,922 | ($32,779,596) | $13,215,454 | $11,666,887 |
| Basic (Loss)/Earnings Per Share | ($0.29) | $0.21 | ($1.36) | $0.63 | $0.58 |
| Diluted (Loss)/Earnings Per Share | ($0.29) | $0.21 | ($1.36) | $0.63 | $0.58 |
| Weighted Average Shares Outstanding, Basic | 24,159,251 | 24,130,224 | 24,097,472 | 20,831,750 | 19,968,633 |
| Weighted Average Shares Outstanding, Diluted | 24,159,251 | 24,154,409 | 24,097,472 | 21,053,944 | 20,121,314 |
| *Balance Sheet Highlights* | | | | | |
| Current Assets | $44,285,190 | $43,486,847 | $33,938,115 | $48,862,443 | $23,930,048 |
| Working Capital* | $22,034,947 | $22,862,419 | $17,542,553 | $28,923,814 | $17,185,052 |
| Total Assets | $104,656,100 | $105,992,064 | $94,917,060 | $131,904,084 | $31,834,544 |
| Total Debt | $9,679,965 | $8,196,692 | $9,532,448 | $10,092,857 | $3,097,802 |
| Deferred Tax Liabilities | $3,202,835 | $2,545,734 | $2,009,582 | $1,614,323 | $1,112,369 |
| Total Stockholders' Equity | $70,183,175 | $75,755,916 | $69,249,244 | $102,246,991 | $21,597,710 |

*Working capital equals current assets less current liabilities

ITEM 7.     MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
            CONDITION AND RESULTS OF OPERATIONS

In addition to historical information, this Form 10-K contains forward-looking information. The forward-looking information is subject to certain risks and uncertainties that could cause actual results to differ materially from those projected in the forward-looking statements. Important factors that might cause such a difference include, but are not limited to, those discussed in the following section, entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations." Readers are cautioned not to place undue reliance on these forward-looking statements, which reflect management's analysis only as of the date of this Form 10-K. The Company undertakes no obligation to publicly revise or update these forward-looking statements to reflect events or circumstances that may occur. Readers should carefully review the risk factors described in other documents the Company files from time to time with the SEC, including the quarterly reports on Form 10-Q to be filed by the Company in Fiscal 2008, and any current reports on Form 8-K filed by the Company.

**Critical Accounting Policies**

The discussion and analysis of our financial condition and results of operations are based upon our consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States of America. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amount of assets and liabilities, revenues and expenses, and related disclosure of contingent assets and liabilities at the date of our financial statements. Actual results may differ from these estimates under different assumptions or conditions.

Critical accounting policies are defined as those that are reflective of significant judgments and uncertainties and potentially result in materially different results under different assumptions and conditions. We believe that our critical accounting policies include those described below. For a detailed discussion on the application of these and other accounting policies, refer to Note 1 in the Notes to the Consolidated Financial Statements included herein.

**Consolidation of Variable Interest Entity** – The Company consolidates any Variable Interest Entity ("VIE") of which we are the primary beneficiary. The liabilities recognized as a result of consolidating a VIE do not represent additional claims on our general assets; rather, they represent claims against the specific assets of the consolidated VIE. Conversely, assets recognized as a result of consolidating a VIE do not represent additional assets that could be used to satisfy claims against our general assets. Reflected in the June 30, 2007 balance sheet are consolidated VIE assets of $1.8 million, which is comprised mainly of land and building. There were no VIE assets at June 30, 2006. VIE liabilities consist of a mortgage on that property in the amount of $1.8 million. This VIE was initially consolidated by Cody Labs, as Cody has been the primary beneficiary. Cody has then been consolidated within Lannett's financial statements, due to the acquisition in April 2007 of Cody Labs by the Company.

**Revenue Recognition** – The Company recognizes revenue when its products are shipped. At this point, an arrangement of sale exists by virtue of a customer purchase order. Delivery has transferred title and risk of loss to the customer. The net sales price is determinable through a contracted sales price, less provisions for rebates, promotional adjustments, price adjustments, returns, chargebacks, and other potential adjustments that are reasonably determinable. Collectibility is reasonably assured. Accruals for these provisions are presented in the consolidated financial statements as rebates and chargebacks payable and reductions to net sales. The change in the reserves for various sales adjustments may not be proportionally equal to the change in sales because of changes in both the product and the customer mix. Increased sales to wholesalers will generally require additional accruals as they are the primary recipient of chargebacks and rebates. Incentives offered to secure sales vary from product to product. Provisions

23

for estimated rebates and promotional credits are estimated based upon contractual terms. Provisions for other customer credits, such as price adjustments, returns, and chargebacks, require management to make subjective judgments on customer mix. Unlike branded innovator drug companies, Lannett does not use information about product levels in distribution channels from third-party sources, such as IMS and NDC Health, in estimating future returns and other credits. Lannett calculates a chargeback/rebate rate based on contractual terms with its customers and applies this rate to customer sales. The only variable is customer mix, and this is based on historical data and sales expectations. The chargeback/rebate reserve is reviewed on a monthly basis by management using several ratio and calculated metrics. Lannett's methodology for estimating reserves has been consistent with previous periods.

*Chargebacks* – The provision for chargebacks is the most significant and complex estimate used in the recognition of revenue. The Company sells its products directly to wholesale distributors, generic distributors, retail pharmacy chains, and mail-order pharmacies. The Company also sells its products indirectly to independent pharmacies, managed care organizations, hospitals, nursing homes, and group purchasing organizations, collectively referred to as "indirect customers." Lannett enters into agreements with its indirect customers to establish pricing for certain products. The indirect customers then independently select a wholesaler from which to actually purchase the products at these agreed-upon prices. Lannett will provide credit to the wholesaler for the difference between the agreed-upon price with the indirect customer and the wholesaler's invoice price if the price sold to the indirect customer is lower than the direct price to the wholesaler. This credit is called a chargeback. The provision for chargebacks is based on expected sell-through levels by the Company's wholesale customers to the indirect customers and estimated wholesaler inventory levels. As sales to the large wholesale customers, such as Cardinal Health, AmerisourceBergen, and McKesson, increase, the reserve for chargebacks will also generally increase. However, the size of the increase depends on the product mix. The Company continually monitors the reserve for chargebacks and makes adjustments when management believes that actual chargebacks on actual shipments may differ from the actual chargeback reserves.

*Rebates* – Rebates are offered to the Company's key customers to promote customer loyalty and increase product sales. These rebate programs provide customers with rebate credits upon attainment of pre-established volumes or attainment of net sales milestones for a specified period. Other promotional programs are incentive programs offered to the customers. At the time of shipment, the Company estimates reserves for rebates and other promotional credit programs based on the specific terms in each agreement. The reserve for rebates increases as sales to certain wholesale and retail customers increase. However, since these rebate programs are not identical for all customers, the size of the reserve will depend on the mix of customers that eligible to receive rebates.

*Returns* – Consistent with industry practice, the Company has a product return policy that allows customers to return products within a specified period prior to and subsequent to the product's lot expiration date in exchange for a credit to be applied to future purchases. The Company's policy requires that the customer obtain pre-approval from the Company for any qualifying return. The Company estimates its provision for returns based on historical experience, changes to business practices, and credit terms. While such experience has allowed for reasonable estimates in the past, historical returns may not always be an accurate indicator of future returns. The Company continually monitors the provisions for returns and makes adjustments when management believes that product returns on actual sales may differ from established reserves. Generally, the reserve for returns increases as net sales increase. The reserve for returns is included in the rebates and chargebacks payable account on the balance sheet. Return periods will vary by customer and product.

In the fourth quarter of fiscal year 2005, the Company recorded a $1,500,000 reduction in sales to account for expected returns from a major wholesaler who was having difficulty selling a significant amount of Levothyroxine Sodium tablets that it had purchased a year earlier. The Company considered extending the shelf-life of the product in March 2005, but decided against this extension. In May 2005, the Company decided to reserve for all estimated returns of this unsold product on hand at the wholesaler.

24

All unsold products remaining from May 2005 were potentially returnable by December 2005, based on expiration dates. The $1,500,000 reduction included the estimate of those expected returns through that date. The product was returned to the Company in December 2005, and concurrently written off as slow moving and short-dated inventory.

*Other Adjustments* – Other adjustments consist primarily of price adjustments, also known as "shelf stock adjustments," which are credits issued to reflect decreases in the selling prices of the Company's products that customers have remaining in their inventories at the time of a price reduction. Decreases in selling prices are discretionary decisions made by management to reflect competitive market conditions. Amounts recorded for estimated shelf stock adjustments are based upon specified terms with direct customers, estimated declines in market prices, and estimates of inventory held by customers. The Company regularly monitors these and other factors and evaluates the reserve as additional information becomes available. Other adjustments are included in the rebates and chargebacks payable account on the balance sheet. When competitors enter the market of existing products, shelf stock adjustments are issued to maintain price competitiveness. Management foresaw this occurrence and appropriately reserved for it as seen in the table below.

The following tables identify the reserves for each major category of revenue allowance and a summary of the activity for the years ended June 30, 2007, 2006 and 2005:

### For the Year Ended June 30, 2007

| Reserve Category | Chargebacks | Rebates | Returns | Other | Total |
|---|---|---|---|---|---|
| Reserve Balance as of June 30, 2006 | $ 10,137,400 | $  2,183,100 | $  416,000 | $  275,600 | $ 13,012,100 |
| Actual credits issued related to sales recorded in prior fiscal years | (10,170,000) | (1,800,000) | (890,000) | (250,000) | (13,110,000) |
| Reserves or (reversals) charged during Fiscal 2007 related to sales recorded in prior fiscal years | - | (300,000) | 460,000 | - | 160,000 |
| Reserves charged to net sales in fiscal 2007 related to sales recorded in fiscal 2007 | 28,034,000 | 9,562,000 | 1,215,000 | 1,044,800 | 39,855,800 |
| Actual credits issued related to sales in fiscal 2007 | (23,351,922) | (8,773,761) | (1,087,687) | (1,018,166) | (34,231,536) |
| Reserve Balance as of June 30, 2007 | $  4,649,478 | $   871,339 | $  113,313 | $   52,234 | $  5,686,364 |

**For the Year Ended June 30, 2006**

| Reserve Category | Chargebacks | Rebates | Returns | Other | Total |
|---|---|---|---|---|---|
| Reserve Balance as of June 30, 2005 | $ 7,999,700 | $ 1,028,800 | $ 1,692,000 | $ 29,500 | $ 10,750,000 |
| Actual credits issued related to sales recorded in prior fiscal years | (7,920,500) | (1,460,500) | (1,272,400) | (59,300) | (10,712,700) |
| Reserves or (reversals) charged during Fiscal 2006 related to sales recorded in prior fiscal years | - | 500,000 | (500,000) | - | - |
| Reserves charged to net sales in fiscal 2006 related to sales recorded in fiscal 2006 | 28,237,000 | 5,688,500 | 497,300 | 1,298,200 | 36,221,000 |
| Actual credits issued related to sales in fiscal 2006 | (18,178,800) | (3,573,700) | (900) | (992,800) | (23,246,200) |
| Reserve Balance as of June 30, 2006 | $ 10,137,400 | $ 2,183,100 | $ 416,000 | $ 275,600 | $ 13,012,100 |

**For the Year Ended June 30, 2005**

| Reserve Category | Chargebacks | Rebates | Returns | Other | Total |
|---|---|---|---|---|---|
| Reserve balance as of June 30, 2004 | $ 6,484,500 | $ 1,864,200 | $ 448,000 | $ 88,300 | $ 8,885,000 |
| Actual credits issued related to sales recorded in prior fiscal years | (4,978,300) | (1,970,000) | (523,100) | (95,800) | (7,567,200) |
| Reserves or (reversals) charged during Fiscal 2005 related to sales recorded in prior fiscal years | (1,420,000) | 130,000 | 1,400,000 | - | 110,000 |
| Reserves charged to net sales in fiscal 2005 related to sales recorded in fiscal 2005 | 21,028,100 | 6,970,100 | 1,533,900 | 623,400 | 30,155,500 |
| Actual credits issued related to sales in fiscal 2005 | (13,114,600) | (5,965,500) | (1,166,800) | (586,400) | (20,833,300) |
| Reserve balance as of June 30, 2005 | $ 7,999,700 | $ 1,028,800 | $ 1,692,000 | $ 29,500 | $ 10,750,000 |

**Reserve Activity 2007 vs. 2006**

The total reserves for chargebacks, rebates and returns decreased from $13,012,100 at June 30, 2006 to $5,686,364 at June 30, 2007 due to a 50% decrease in sales to wholesale customers in the fourth quarter of Fiscal 2007 as compared to prior year. Historically, the ratio of the reserve to overall gross sales has been between 30% and 40%. The fiscal years ended June 30, 2007 and 2006 were 28% and 36%, respectively. This decrease in Fiscal 2007 is due to the change in customer sales mix. The following table shows the sales mix from Fiscal 2007 and Fiscal 2006, and the fourth quarter of each year.

|                   | Fiscal Year ended 6/30 |       | Fiscal Fourth Quarter |       |
|-------------------|------|------|------|------|
|                   | 2007 | 2006 | 2007 | 2006 |
| Chain drug stores | 24%  | 13%  | 34%  | 10%  |
| Mail Order        | 4%   | 7%   | 4%   | 6%   |
| Wholesalers       | 72%  | 78%  | 62%  | 82%  |
| Private Label     | 0%   | 2%   | 0%   | 2%   |
|                   | 100% | 100% | 100% | 100% |

Sales to chain drug stores have increased significantly over the prior year. The effect of those sales have been to increase overall sales while at the same time reduce the rate of chargebacks and rebates overall. The fourth quarter of each year is significant to show, because the majority of the reserve remaining on the Company's balance sheet at June 30 of each year has arisen from sales made in the fourth quarter. The decline in reserves is due to this decrease in sales to wholesalers.

|                   | Fiscal Year Ended 6/30 |     |     |     |
|-------------------|------|------|------|------|
|                   | 2007 | %    | 2006 | %    |
| Chargeback reserve | $ 4,649,478 | 82% | $ 10,137,400 | 78% |
| Rebate reserve     | 871,339 | 15% | 2,183,100 | 17% |
| Return reserve     | 113,313 | 2%  | 416,000 | 3%  |
| Other reserve      | 52,234  | 1%  | 275,600 | 2%  |
|                    | $ 5,686,364 | 100% | $ 13,012,100 | 100% |

The decrease in the chargeback reserve to $4,649,478 at June 30, 2007 from $10,137,400 at June 30, 2006 is due to the decrease in sales to wholesalers. The decrease in rebate reserve to $871,339 from $2,183,100 at June 30, 2006 is also due to the decrease in sales to wholesalers plus the decrease in overall sales in the fourth quarter of Fiscal 2007. There was a large rebate reserve as of June 30, 2006 as direct customers (those who receive the only rebates) were a larger than usual portion of sales in the month of June – 58%, typically 50%.

During the year, the Company began to implement systematic improvements to separately calculate the chargebacks and reserves. Management is continuing to make improvements to the calculation and reconciliation of these amounts. Management performs several types of analysis to ensure reserves are reasonable. This includes ratio analysis of: wholesaler versus direct (or retail) sales mix; revenue reserve to gross sales; comparison of net receivables to net sales; comparison of gross receivables to gross sales; and recalculation of wholesaler inventory levels. Through these steps, management is able to ensure that all reserves are reasonably stated.

Because we are unable to independently verify product sales levels at the final customer, wholesaler inventory reports are used to recalculate potential chargebacks and rebates based on known contracted rebate and chargeback rates.

The return and other reserves have decreased since June 30, 2006, due to an unusually high level of shelf stock adjustments required in the prior year. Changes in the competition in the Primidone 50 market required Lannett to give more of this type of credit in the prior year.

Fluctuations in the amount of sales through the wholesaler channel will have an impact on the amount of reserve being charged. Due to the fact that wholesale sales result in greater chargebacks, a change in wholesale sales will directly correlate to change in the chargebacks required. For the first, second, third and fourth quarters of Fiscal 2007, reserves recorded against sales amounted to $12.0 million, $10.5 million, $12.7 million and $4.7 million, respectively. Wholesaler sales were $16.2 million, $12.4 million, $12.8 million and $8.7 million, respectively. The decrease in the dollar value of the reserves corresponds

27

LANNETT COMPANY, INC. AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS

| | | June 30,2007 | | June 30,2006 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| *Current Assets* | | | | |
| Cash | $ | 5,192,341 | $ | 468,359 |
| Trade accounts receivable (net of allowance of $250,000 for both periods) | | 19,473,978 | | 24,921,671 |
| Inventories | | 14,518,484 | | 11,476,503 |
| Interest receivable | | 36,260 | | 193,549 |
| Prepaid taxes | | 3,193,685 | | 3,212,511 |
| Deferred tax assets - current portion | | 1,258,930 | | 1,461,172 |
| Other current assets | | 611,512 | | 1,753,082 |
| **Total Current Assets** | | 44,285,190 | | 43,486,847 |
| Property, plant and equipment | | 39,260,689 | | 28,782,350 |
| Less accumulated depreciation | | (11,817,528) | | (9,136,801) |
| | | 27,443,161 | | 19,645,549 |
| Construction in progress | | 176,003 | | 1,955,508 |
| Investment securities - available for sale | | 3,320,632 | | 5,621,609 |
| Note receivable | | - | | 3,182,498 |
| Intangible asset (product rights) - net of accumulated amortization | | 12,046,502 | | 13,831,168 |
| Deferred tax asset | | 17,150,174 | | 18,070,674 |
| Other assets | | 234,438 | | 198,211 |
| **Total Assets** | $ | 104,656,100 | $ | 105,992,064 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **LIABILITIES** | | | | |
| *Current Liabilities* | | | | |
| Accounts payable | $ | 7,013,985 | $ | 763,744 |
| Accrued expenses | | 6,719,782 | | 5,217,894 |
| Deferred Revenue | | 1,637,993 | | - |
| Unearned grant funds | | 500,000 | | 500,000 |
| Current portion of long term debt | | 692,119 | | 546,886 |
| Rebates and chargebacks payable | | 5,686,364 | | 13,012,084 |
| **Total Current Liabilities** | | 22,250,243 | | 20,040,608 |
| Long term debt, less current portion | | 8,987,846 | | 7,649,806 |
| Deferred tax liabilities | | 3,202,835 | | 2,545,734 |
| Other long term liabilities | | 32,001 | | - |
| **Total Liabilities** | | 34,472,925 | | 30,236,148 |
| **COMMITMENTS AND CONTINGENCIES - SEE NOTES 9 AND 10** | | | | |
| **SHAREHOLDERS' EQUITY** | | | | |
| Common stock - authorized 50,000,000 shares, par value $0.001; | | | | |
| issued and outstanding, 24,171,217 and 24,141,325 shares, respectively | | 24,171 | | 24,141 |
| Additional paid in capital | | 73,053,778 | | 71,742,402 |
| Retained earnings | | (2,472,621) | | 4,456,387 |
| Accumulated other comprehensive loss | | (27,583) | | (72,444) |
| | | 70,577,745 | | 76,150,486 |
| Less: Treasury stock at cost - 50,900 shares | | (394,570) | | (394,570) |
| **TOTAL SHAREHOLDERS' EQUITY** | | 70,183,175 | | 75,755,916 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 104,656,100 | $ | 105,992,064 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

**LANNETT COMPANY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**

| FISCAL YEARS ENDED JUNE 30, | 2007 | 2006 | 2005 |
|---|---|---|---|
| Net sales | $ 82,577,591 | $ 64,060,375 | $ 44,901,645 |
| Cost of sales (excluding amortization of intangible asset) | 57,394,751 | 33,900,045 | 31,416,908 |
| Gross profit | 25,182,840 | 30,160,330 | 13,484,737 |
| Research and development expense | 7,459,432 | 8,102,465 | 6,265,522 |
| Selling, general, and administrative expense | 14,134,376 | 11,799,994 | 9,194,377 |
| Amortization of intangible assets | 1,784,664 | 1,784,665 | 5,516,417 |
| (Gain) loss on sale of assets | (7,113) | 19,288 | 1,466 |
| Loss on impairment/abandonment of assets | 7,775,890 | - | 46,146,613 |
| Operating (loss) income | (5,964,409) | 8,453,918 | (53,639,658) |
| OTHER INCOME(EXPENSE): | | | |
| Interest income | 316,963 | 437,470 | 165,622 |
| Interest expense | (273,633) | (361,291) | (351,462) |
| | 43,330 | 76,179 | (185,840) |
| (Loss) income before income tax expense(benefit) | (5,921,079) | 8,530,097 | (53,825,498) |
| Income tax expense (benefit) | 1,007,929 | 3,561,175 | (21,045,902) |
| Net (loss) income | $ (6,929,008) | $ 4,968,922 | $ (32,779,596) |
| Basic (loss) earnings per common share | $ (0.29) | $ 0.21 | $ (1.36) |
| Diluted (loss) earnings per common share | $ (0.29) | $ 0.21 | $ (1.36) |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

LANNETT COMPANY, INC. AND SUBSIDIAIRIES
CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY
FISCAL YEARS ENDED JUNE 30, 2007, 2006 AND 2005

| | Common Stock | | Additional Paid-in Capital | Retained Earnings (Deficit) | Treasury Stock | Accum. Other Comp. Loss | Shareholders' Equity |
|---|---|---|---|---|---|---|---|
| | Shares Issued | Amount | | | | | |
| BALANCE, JUNE 30, 2004 | 24,074,710 | $ 24,075 | $ 69,955,855 | $ 32,267,061 | $ - | $ - | $ 102,246,991 |
| Exercise of stock options | 19,126 | 19 | 60,892 | - | - | - | 60,911 |
| Shares issued in connection with employee stock purchase plan | 17,304 | 17 | 140,684 | - | - | - | 140,701 |
| Other comprehensive loss | - | - | - | - | - | (25,193) | (25,193) |
| Cost of treasury stock | - | - | - | - | (394,570) | - | (394,570) |
| Net loss | - | - | - | (32,779,596) | - | - | (32,779,596) |
| BALANCE, JUNE 30, 2005 | 24,111,140 | $ 24,111 | $ 70,157,431 | $ (512,535) | $ (394,570) | $ (25,193) | $ 69,249,244 |
| Exercise of stock options | 1,000 | 1 | 4,632 | - | - | - | 4,633 |
| Shares issued in connection with employee stock purchase plan | 29,185 | 29 | 139,628 | - | - | - | 139,657 |
| Stock compensation expense | - | - | 1,440,711 | - | - | - | 1,440,711 |
| Other comprehensive loss | - | - | - | - | - | (47,251) | (47,251) |
| Net income | - | - | - | 4,968,922 | - | - | 4,968,922 |
| BALANCE, JUNE 30, 2006 | 24,141,325 | $ 24,141 | $ 71,742,402 | $ 4,456,387 | $ (394,570) | $ (72,444) | $ 75,755,916 |
| Exercise of stock options | 375 | - | 281 | - | - | - | 281 |
| Shares issued in connection with employee stock purchase plan | 29,517 | 30 | 134,860 | - | - | - | 134,890 |
| Stock compensation expense | - | - | 1,176,235 | - | - | - | 1,176,235 |
| Other comprehensive income | - | - | - | - | - | 44,861 | 44,861 |
| Net loss | - | - | - | (6,929,008) | - | - | (6,929,008) |
| BALANCE, JUNE 30, 2007 | 24,171,217 | $ 24,171 | $ 73,053,778 | $ (2,472,621) | $ (394,570) | $ (27,583) | $ 70,183,175 |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

71

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FISCAL YEARS ENDED JUNE 30,**

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| OPERATING ACTIVITIES: | | | |
| Net (loss) income | $ (6,929,008) | $ 4,968,922 | $ (32,779,596) |
| Adjustments to reconcile net (loss) income to | | | |
| net cash provided by operating activities: | | | |
| Depreciation and amortization | 4,465,393 | 3,967,128 | 6,970,932 |
| Loss (gain) on disposal/impairment of assets | 7,774,098 | (5,945) | 46,093,236 |
| Deferred tax | 1,779,843 | 2,738,418 | (20,229,832) |
| Stock compensation expense | 1,176,235 | 1,440,711 | - |
| Interest income accrued on note | (267,672) | - | - |
| Changes in assets and liabilities which provided cash: | | | |
| Trade accounts receivable | (1,878,027) | (11,924,058) | 15,370,358 |
| Inventories | (2,716,610) | (1,487,734) | 2,824,481 |
| Prepaid taxes | 18,826 | 745,482 | (3,075,380) |
| Prepaid expenses and other current assets | 140,195 | (18,827) | (905,862) |
| Accounts payable | 5,991,581 | (444,404) | (4,431,906) |
| Accrued expenses | 1,482,473 | 3,550,257 | (1,757,219) |
| Deferred revenue | 1,637,993 | - | - |
| Net cash provided by operating activities | 12,675,320 | 3,529,949 | 8,079,212 |
| INVESTING ACTIVITIES: | | | |
| Cash paid for acquisition of business, net cash received | 167,728 | - | - |
| Purchases of property, plant and equipment | (2,465,075) | (5,073,076) | (3,213,297) |
| Proceed from sale of fixed assets | 10,000 | - | - |
| Note receivable | (7,059,567) | (3,182,498) | - |
| Purchase of intangible asset | - | - | (1,500,000) |
| Sales (purchases) of available for sale investment securities | 1,845,838 | 2,219,848 | (7,913,901) |
| Net cash used in investing activities | (7,501,076) | (6,035,726) | (12,627,198) |
| FINANCING ACTIVITIES: | | | |
| Repayments of debt | (585,433) | (7,585,755) | (2,163,015) |
| Proceeds from grant funding | - | - | 500,000 |
| Proceeds from debt, net of restricted cash released in 2004 | - | 6,250,000 | 1,602,606 |
| Proceeds from issuance of stock | 135,171 | 144,290 | 201,612 |
| Treasury stock transactions | - | - | (394,570) |
| Net cash used in financing activities | (450,262) | (1,191,465) | (253,367) |
| NET INCREASE (DECREASE) IN CASH | 4,723,982 | (3,697,242) | (4,801,353) |
| CASH, BEGINNING OF YEAR | 468,359 | 4,165,601 | 8,966,954 |
| CASH, END OF YEAR | $ 5,192,341 | $ 468,359 | $ 4,165,601 |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION - | | | |
| Interest paid | $ 154,713 | $ 321,277 | $ 351,462 |
| Income taxes paid | $ 684,670 | $ 50,000 | $ 3,149,620 |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

## Note 20. Fair Value of Financial Instruments

The Company's financial instruments consist primarily of cash and cash equivalents, accounts receivable, accounts payable, accrued expenses and debt obligations. The carrying value of these assets and liabilities approximates fair value based upon the short term nature of these instruments.

## Note 21. Quarterly Financial Information (Unaudited)

Lannett's quarterly consolidated results of operations and market price information are shown below:

| | Fourth Quarter | | Third Quarter | | Second Quarter | | First Quarter | |
|---|---|---|---|---|---|---|---|---|
| **Fiscal 2007** | | | | | | | | |
| Net Sales | $ | 17,390,842 | $ | 20,302,576 | $ | 22,916,347 | $ | 21,967,826 |
| Cost of Goods Sold | | 12,624,651 | | 14,127,421 | | 17,402,285 | | 13,240,394 |
| Gross Profit | | 4,766,191 | | 6,175,155 | | 5,514,062 | | 8,727,432 |
| Other Operating Expenses | | 6,960,924 | | 13,624,219 | | 3,965,938 | | 6,596,168 |
| Operating (Loss) Income | | (2,194,733) | | (7,449,064) | | 1,548,124 | | 2,131,264 |
| Other (Expense) Income | | (57,978) | | 22,898 | | 43,828 | | 34,582 |
| Income Taxes | | 322,138 | | (818,807) | | 636,781 | | 867,817 |
| Net (Loss) Income | | (2,574,849) | | (6,607,359) | | 955,171 | | 1,298,029 |
| Basic (Loss) Earnings Per Share | $ | (0.11) | $ | (0.27) | $ | 0.04 | $ | 0.05 |
| Diluted (Loss) Earnings Per Share | $ | (0.11) | $ | (0.27) | $ | 0.04 | $ | 0.05 |
| | | | | | | | | |
| **Fiscal 2006** | | | | | | | | |
| Net Sales | $ | 19,452,896 | $ | 15,737,180 | $ | 15,228,767 | $ | 13,641,532 |
| Cost of Goods Sold | | 9,569,130 | | 9,404,156 | | 8,063,974 | | 6,862,785 |
| Gross Profit | | 9,883,766 | | 6,333,024 | | 7,164,793 | | 6,778,747 |
| Other Operating Expenses | | 8,217,081 | | 4,252,869 | | 5,072,060 | | 4,164,402 |
| Operating Income | | 1,666,685 | | 2,080,155 | | 2,092,733 | | 2,614,345 |
| Other Income (Expense) | | (8,632) | | 30,906 | | 13,859 | | 40,046 |
| Income Taxes | | 808,840 | | 856,402 | | 842,518 | | 1,053,415 |
| Net Income | | 849,213 | | 1,254,659 | | 1,264,074 | | 1,600,976 |
| Basic Earnings Per Share | $ | 0.04 | $ | 0.05 | $ | 0.05 | $ | 0.07 |
| Diluted Earnings Per Share | $ | 0.04 | $ | 0.05 | $ | 0.05 | $ | 0.07 |
| | | | | | | | | |
| **Fiscal 2005** | | | | | | | | |
| Net Sales | $ | 9,368,438 | $ | 7,603,189 | $ | 12,918,522 | $ | 15,011,496 |
| Cost of Goods Sold | | 12,443,756 | | 4,266,839 | | 7,085,479 | | 7,620,834 |
| Gross (Loss) Profit | | (3,075,318) | | 3,336,350 | | 5,833,043 | | 7,390,662 |
| Other Operating Expenses | | 5,620,448 | | 51,888,438 | | 4,466,319 | | 5,149,190 |
| Operating (Loss) Income | | (8,695,766) | | (48,552,088) | | 1,366,724 | | 2,241,472 |
| Other Expense | | (40,145) | | (45,194) | | (54,326) | | (46,175) |
| Income Taxes | | (3,010,067) | | (19,438,914) | | 524,921 | | 878,156 |
| Net (Loss) Income | | (5,725,844) | | (29,158,368) | | 787,477 | | 1,317,141 |
| Basic Earnings (Loss) Per Share | $ | (0.24) | $ | (1.21) | $ | 0.03 | $ | 0.05 |
| Diluted Earnings (Loss) Per Share | $ | (0.24) | $ | (1.21) | $ | 0.03 | $ | 0.05 |

On March 31, 2007, the Company wrote down $7,775,890 of a note receivable owed by Cody Laboratories, Inc. The Company determined that the value of the note receivable was impaired, and on April 10, 2007, it was decided to complete the acquisition of Cody by forgiving the amount of loans that exceeded the fair value of assets received. At that point, Cody owed Lannett

# EXHIBIT K

10-Q 1 a2180992z10-q.htm FORM 10-Q
QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934**

### FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2007

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934**

### FOR THE TRANSITION PERIOD FROM                    TO                    .

### Commission File No. 001-31298

# LANNETT COMPANY, INC.
### (Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **State of Delaware**<br>(State of Incorporation) | **23-0787699**<br>(I.R.S. Employer I.D. No.) |

**9000 State Road**
**Philadelphia, PA 19136**
**(215) 333-9000**
(Address of principal executive offices and telephone number)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12B-12 of the Exchange Act).    Yes ☐    No ☒

As of October 24, 2007, there were 24,184,199 shares of the issuer's common stock, $.001 par value, outstanding.

**Table of Contents**

Page No.

**PART I.   FINANCIAL INFORMATION**

**ITEM 1.**          **FINANCIAL STATEMENTS**

Consolidated Balance Sheets
as of September 30, 2007 (unaudited) and June 30, 2007                                          3

Consolidated Statements of Operations (unaudited)
for the three months ended September 30, 2007 and 2006                                          4

Consolidated Statement of Changes in Shareholders' Equity (unaudited)
for the three months ended September 30, 2007                                                   5

Consolidated Statements of Cash Flows (unaudited)
for the three months ended September 30, 2007 and 2006                                          6

Notes to Consolidated Financial Statements (unaudited)                                          7

**ITEM 2.**          **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS
                    OF OPERATIONS**                                                             28

**ITEM 3.**          **QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**             38

**ITEM 4.**          **CONTROLS AND PROCEDURES**                                                38

**PART II.   OTHER INFORMATION**

**ITEM 1.**          **LEGAL PROCEEDINGS**                                                       41

**ITEM 6.**          **EXHIBITS AND REPORTS ON FORM 8-K**                                        41

**CERTIFICATION OF PRESIDENT & CHIEF EXECUTIVE OFFICER**

**CERTIFICATION OF VICE PRESIDENT OF FINANCE, TREASURER & CHIEF FINANCIAL OFFICER**

**CERTIFICATION PURSUANT TO SECTION 906 OF SARBANES OXLEY ACT OF 2002**

PART I.    FINANCIAL INFORMATION

ITEM 1.    FINANCIAL STATEMENTS

LANNETT COMPANY, INC. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | | September 30, 2007 | | June 30, 2007 |
|---|---|---|---|---|
| | | (unaudited) | | |
| **ASSETS** | | | | |
| Current Assets | | | | |
| Cash | $ | 795,438 | $ | 5,192,341 |
| Trade accounts receivable (net of allowance of $233,380 and $250,000, respectively) | | 22,698,391 | | 19,473,978 |
| Inventories | | 12,993,852 | | 14,518,484 |
| Interest receivable | | 38,671 | | 36,260 |
| Prepaid taxes | | 3,460,255 | | 3,193,685 |
| Deferred tax assets—current portion | | 1,408,652 | | 1,258,930 |
| Other current assets | | 601,360 | | 611,512 |
| **Total Current Assets** | | 41,996,619 | | 44,285,190 |
| Property, plant, and equipment | | 39,670,965 | | 39,260,689 |
| Less accumulated depreciation | | (12,704,308) | | (11,817,528) |
| | | 26,966,657 | | 27,443,161 |
| Construction in progress | | 666,132 | | 176,003 |
| Investment securities—available for sale | | 3,345,558 | | 3,320,632 |
| Intangible asset (product rights)—net of accumulated amortization | | 11,700,335 | | 12,046,502 |
| Deferred tax asset | | 16,889,190 | | 17,150,174 |
| Other assets | | 222,439 | | 234,438 |
| **TOTAL ASSETS** | $ | 101,786,930 | $ | 104,656,100 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **LIABILITIES** | | | | |
| Current Liabilities | | | | |
| Accounts payable | $ | 6,486,747 | $ | 7,013,985 |
| Accrued expenses | | 3,586,901 | | 6,719,782 |
| Deferred revenue | | 1,364,514 | | 1,637,993 |
| Unearned grant funds | | 500,000 | | 500,000 |
| Current portion of long term debt | | 695,526 | | 692,119 |
| Rebates and chargebacks payable | | 6,718,352 | | 5,686,364 |
| **Total Current Liabilities** | | 19,352,040 | | 22,250,243 |
| Long term debt, less current portion | | 8,846,252 | | 8,987,846 |
| Deferred tax liabilities | | 3,282,547 | | 3,202,835 |
| Other long term liabilities | | 23,355 | | 32,001 |
| **TOTAL LIABILITIES** | | 31,504,194 | | 34,472,925 |
| **SHAREHOLDERS' EQUITY** | | | | |
| Common stock—authorized 50,000,000 shares, par value $0.001; issued and outstanding—24,177,118 and 24,171,217 shares, respectively | | 24,177 | | 24,171 |
| Additional paid-in capital | | 73,267,185 | | 73,053,778 |
| Accumulated deficit | | (2,599,782) | | (2,472,621) |
| Accumulated other comprehensive loss | | (14,274) | | (27,583) |
| | | 70,677,306 | | 70,577,745 |
| Less: Treasury stock at cost—50,900 shares | | (394,570) | | (394,570) |
| **TOTAL SHAREHOLDERS' EQUITY** | | 70,282,736 | | 70,183,175 |

| | | | |
|---|---|---|---|
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 101,786,930 | $ | 104,656,100 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

3

LANNETT COMPANY, INC. AND SUBSIDIARIES

CONSOLIDATED STATEMENTS OF OPERATIONS

(UNAUDITED)

|  | Three months ended September 30, | |
|  | 2007 | 2006 |
|---|---|---|
| Net sales | $ 17,540,030 | $ 21,967,826 |
| Cost of sales (excluding amortization of intangible asset) | 11,792,536 | 13,240,394 |
| Gross profit | 5,747,494 | 8,727,432 |
| Research and development expenses | 1,252,148 | 1,778,427 |
| Selling, general, and administrative expenses | 4,175,280 | 4,371,575 |
| Amortization of intangible assets | 446,166 | 446,166 |
| Operating (loss) income | (126,100) | 2,131,264 |
| OTHER INCOME(EXPENSE): |  |  |
| Interest income | 57,122 | 98,608 |
| Interest expense | (103,868) | (64,026) |
|  | (46,746) | 34,582 |
| (Loss) income before income tax (benefit) expense | (172,846) | 2,165,846 |
| Income tax (benefit) expense | (45,685) | 867,817 |
| Net (loss) income | $ (127,161) | $ 1,298,029 |
| Basic (loss) earnings per common share | $ (0.01) | $ 0.05 |
| Diluted (loss) earnings per common share | $ (0.01) | $ 0.05 |
| Basic weighted average number of shares | 24,175,643 | 24,147,941 |
| Diluted weighted average number of shares | 24,175,643 | 24,170,735 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

4

# LANNETT COMPANY, INC. AND SUBSIDIAIRIES

## CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY

### (UNAUDITED)

| | Common Stock | | | | | | |
| | Shares Issued | Amount | Additional Paid-in Capital | Accumulated Deficit | Treasury Stock | Accum. Other Comp. Loss | Shareholders' Equity |
|---|---|---|---|---|---|---|---|
| Balance, June 30, 2007 | 24,171,217 $ | 24,171 $ | 73,053,778 $ | (2,472,621) $ | (394,570) $ | (27,583) $ | 70,183,175 |
| Shares issued in connection with employee stock purchase plan | 5,901 | 6 | 35,695 | — | — | — | 35,701 |
| Restricted stock compensation expense | — | — | 6,127 | — | — | — | 6,127 |
| Share based compensation—stock options | — | — | 171,585 | — | — | — | 171,585 |
| Other comprehensive income | — | — | — | — | — | 13,309 | 13,309 |
| Net loss | — | — | — | (127,161) | — | — | (127,161) |
| Balance, September 30, 2007 | 24,177,118 $ | 24,177 $ | 73,267,185 $ | (2,599,782) $ | (394,570) $ | (14,274) $ | 70,282,736 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

5

**LANNETT COMPANY, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(UNAUDITED)**

| | Three months ended September 30, | |
|---|---|---|
| | 2007 | 2006 |
| OPERATING ACTIVITIES: | | |
| Net (loss) income | $ (127,161) | $ 1,298,029 |
| Adjustments to reconcile net (loss) income to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 1,332,946 | 1,079,675 |
| Deferred tax | 230,975 | 888,104 |
| Stock compensation expense | 187,480 | 246,349 |
| Noncash gain from sale of asset | — | (8,208) |
| Changes in assets and liabilities which provided (used) cash: | | |
| Trade accounts receivable | (2,192,425) | (5,004,079) |
| Inventories | 1,524,632 | 929,687 |
| Prepaid taxes | (266,570) | 1,016,728 |
| Prepaid expenses and other assets | (80,260) | 127,215 |
| Accounts payable | (527,238) | (536,904) |
| Accrued expenses | (3,172,881) | 2,247,014 |
| Deferred Revenue | (273,479) | — |
| Net cash (used in) provided by operating activities | (3,363,981) | 2,283,610 |
| INVESTING ACTIVITIES: | | |
| Purchases of property, plant and equipment (including construction in progress) | (900,405) | (372,429) |
| Proceeds from sale of asset | — | 10,000 |
| (Purchases) sales of investment securities—available for sale | (11,617) | 1,052,972 |
| Issuance of note receivable | — | (2,757,840) |
| Net cash used in investing activities | (912,022) | (2,067,297) |
| FINANCING ACTIVITIES: | | |
| Repayments of debt | (146,833) | (161,771) |
| Proceeds from issuance of stock | 25,933 | 32,344 |
| Net cash used in financing activities | (120,900) | (129,427) |
| NET (DECREASE) INCREASE IN CASH | (4,396,903) | 86,886 |
| CASH, BEGINNING OF PERIOD | 5,192,341 | 468,359 |
| CASH, END OF PERIOD | $ 795,438 | $ 555,245 |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION— | | |
| Interest paid | $ 76,213 | $ 35,114 |
| Income taxes paid | $ — | $ — |

The accompanying notes to consolidated financial statements are an integral part of these statements.

6

# EXHIBIT L

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934 FOR THE QUARTERLY PERIOD ENDED DECEMBER 31, 2007**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM          TO**

Commission File No. 001-31298

# LANNETT COMPANY, INC.

(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **State of Delaware** | **23-0787699** |
| (State of Incorporation) | (I.R.S. Employer I.D. No.) |

**9000 State Road**
**Philadelphia, PA 19136**
**(215) 333-9000**
(Address of principal executive offices and telephone number)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒          No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).

Yes ☒          No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12B-12 of the Exchange Act).

Yes ☐          No ☒

As of January 31, 2008, there were 24,270,577 shares of the issuer's common stock, $.001 par value, outstanding.

**Table of Contents**

Page No.

PART I. FINANCIAL INFORMATION

ITEM 1.    FINANCIAL STATEMENTS

Consolidated Balance Sheets
as of December 31, 2007 (unaudited) and June 30, 2007                                   1

Consolidated Statements of Operations (unaudited)
for the three months and six months ended December 31, 2007 and 2006                    2

Consolidated Statement of Changes in Shareholders' Equity (unaudited)
for the six months ended December 31, 2007                                              3

Consolidated Statements of Cash Flows (unaudited)
for the six months ended December 31, 2007 and 2006                                     4

Notes to Consolidated Financial Statements (unaudited)                                  5

ITEM 2.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF
           FINANCIAL CONDITION AND RESULTS OF OPERATIONS                                28

ITEM 3.    QUANTITATIVE AND QUALITATIVE DISCLOSURES
           ABOUT MARKET RISK                                                            41

ITEM 4.    CONTROLS AND PROCEDURES                                                      41

PART II. OTHER INFORMATION

ITEM 1.    LEGAL PROCEEDINGS                                                            44

ITEM 6.    EXHIBITS AND REPORTS ON FORM 8-K                                             44

CERTIFICATION OF PRESIDENT & CHIEF EXECUTIVE OFFICER

CERTIFICATION OF VICE PRESIDENT OF FINANCE, TREASURER & CHIEF FINANCIAL OFFICER

CERTIFICATION PURSUANT TO SECTION 906 OF SARBANES OXLEY ACT OF 2002

## PART I.  FINANCIAL INFORMATION

### ITEM 1.  FINANCIAL STATEMENTS

## LANNETT COMPANY, INC. AND SUBSIDIARIES

### CONSOLIDATED BALANCE SHEETS

|  | December 31, 2007 (unaudited) | June 30, 2007 |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash | $     1,985,769 | $     5,192,341 |
| Trade accounts receivable (net of allowance of $500,000 and $250,000, respectively) | 22,226,732 | 19,473,978 |
| Inventories | 11,994,176 | 14,518,484 |
| Interest receivable | 57,835 | 36,260 |
| Prepaid taxes | 3,193,685 | 3,193,685 |
| Deferred tax assets - current portion | 1,676,172 | 1,258,930 |
| Other current assets | 825,481 | 611,512 |
| **Total Current Assets** | 41,959,850 | 44,285,190 |
| | | |
| Property, plant, and equipment | 39,981,657 | 39,260,689 |
| Less accumulated depreciation | (13,690,427) | (11,817,528) |
| | 26,291,230 | 27,443,161 |
| | | |
| Construction in progress | 700,278 | 176,003 |
| Investment securities - available for sale | 2,346,599 | 3,320,632 |
| Intangible asset (product rights) - net of accumulated amortization | 11,254,168 | 12,046,502 |
| Deferred tax assets | 16,919,138 | 17,150,174 |
| Other assets | 213,411 | 234,438 |
| **TOTAL ASSETS** | $     99,684,674 | $   104,656,100 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Current Liabilities | | |
| Accounts payable | $     5,172,191 | $     7,013,985 |
| Accrued expenses | 3,698,744 | 6,719,782 |
| Deferred revenue | 1,189,360 | 1,637,993 |
| Unearned grant funds | 500,000 | 500,000 |
| Current portion of long term debt | 702,692 | 692,119 |
| Rebates and chargebacks payable | 6,520,326 | 5,686,364 |
| **Total Current Liabilities** | 17,783,313 | 22,250,243 |
| | | |
| Long term debt, less current portion | 8,693,276 | 8,987,846 |
| Deferred tax liabilities | 3,207,989 | 3,202,835 |
| Other long term liabilities | 26,237 | 32,001 |
| **TOTAL LIABILITIES** | 29,710,815 | 34,472,925 |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock - authorized 50,000,000 shares, par value $0.001; | | |
| issued and outstanding - 24,184,199 and 24,171,217 shares, respectively | 24,184 | 24,171 |
| Additional paid-in capital | 73,592,231 | 73,053,778 |
| Accumulated deficit | (3,257,329) | (2,472,621) |
| Accumulated other comprehensive income (loss) | 9,343 | (27,583) |
| | 70,368,429 | 70,577,745 |
| Less: Treasury stock at cost - 50,900 shares | (394,570) | (394,570) |
| **TOTAL SHAREHOLDERS' EQUITY** | 69,973,859 | 70,183,175 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $     99,684,674 | $   104,656,100 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

**LANNETT COMPANY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(UNAUDITED)

|  | Three months ended December 31, | | Six months ended December 31, | |
|  | 2007 | 2006 | 2007 | 2006 |
|---|---|---|---|---|
| Net sales | $ 17,534,942 | $ 22,916,347 | $ 35,074,972 | $ 44,884,171 |
| Cost of sales (excluding amortization of intangible asset) | 12,619,384 | 17,402,285 | 24,411,920 | 30,642,680 |
| Gross profit | 4,915,558 | 5,514,062 | 10,663,052 | 14,241,491 |
| Research and development expenses | 946,282 | 1,538,108 | 2,198,430 | 3,316,534 |
| Selling, general, and administrative expenses | 4,296,993 | 1,981,664 | 8,472,273 | 6,353,241 |
| Amortization of intangible assets | 446,166 | 446,166 | 892,332 | 892,332 |
| Operating (loss) income | (773,883) | 1,548,124 | (899,983) | 3,679,384 |
| OTHER INCOME(EXPENSE): |  |  |  |  |
| Interest income | 48,686 | 112,197 | 105,808 | 210,805 |
| Interest expense | (92,333) | (68,369) | (196,201) | (132,393) |
|  | (43,647) | 43,828 | (90,393) | 78,412 |
| (Loss) income before income tax (benefit) expense | (817,530) | 1,591,952 | (990,376) | 3,757,796 |
| Income tax (benefit) expense | (159,983) | 636,781 | (205,668) | 1,504,598 |
| Net (loss) income | $ (657,547) | $ 955,171 | $ (784,708) | $ 2,253,198 |
| Basic (loss) earnings per common share | $ (0.03) | $ 0.04 | $ (0.03) | $ 0.09 |
| Diluted (loss) earnings per common share | $ (0.03) | $ 0.04 | $ (0.03) | $ 0.09 |
| Basic weighted average number of shares | 24,183,044 | 24,154,553 | 24,179,344 | 24,151,237 |
| Diluted weighted average number of shares | 24,183,044 | 24,222,515 | 24,179,344 | 24,197,946 |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

2

**LANNETT COMPANY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY**
(UNAUDITED)

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Treasury Stock | Accum. Other Comp. Loss | Shareholders' Equity |
|---|---|---|---|---|---|---|---|
| | Shares Issued | Amount | | | | | |
| **Balance, June 30, 2007** | 24,171,217 | $24,171 | $ 73,053,778 | $ (2,472,621) | $(394,570) | $ (27,583) | $ 70,183,175 |
| Shares issued in connection with employee stock purchase plan | 12,982 | 13 | 69,677 | — | — | — | 69,690 |
| Share based compensation | | | | | | | |
| Restricted stock | — | — | 49,016 | — | — | — | 49,016 |
| Stock options | — | — | 419,760 | — | — | — | 419,760 |
| Other comprehensive income, net of income tax | — | — | — | — | — | 36,926 | 36,926 |
| Net loss | — | — | — | (784,708) | — | — | (784,708) |
| **Balance, December 31, 2007** | 24,184,199 | $24,184 | $ 73,592,231 | $ (3,257,329) | $(394,570) | $ 9,343 | $ 69,973,859 |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

3

**LANNETT COMPANY, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(UNAUDITED)

| | For the six months ended December 31, | |
| --- | --- | --- |
| | 2007 | 2006 |
| OPERATING ACTIVITIES: | | |
| Net (loss) income | $   (784,708) | $   2,253,198 |
| Adjustments to reconcile net (loss) income to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 2,765,232 | 2,183,971 |
| Deferred tax | (205,669) | 1,521,665 |
| Stock compensation expense | 483,643 | 524,047 |
| Gain from sale of asset | | (8,208) |
| Other noncash expenses | 7,575 | |
| Changes in assets and liabilities which provided (used) cash: | | |
| Trade accounts receivable | (1,918,792) | (6,703,247) |
| Inventories | 2,524,308 | 2,543,477 |
| Prepaid taxes | — | 1,016,729 |
| Other assets | (327,856) | 32,689 |
| Accounts payable | (1,841,794) | 3,846,194 |
| Accrued expenses | (3,021,037) | (955,625) |
| Deferred Revenue | (448,633) | — |
| Net cash (used in) provided by operating activities | (2,767,731) | 6,254,890 |
| | | |
| INVESTING ACTIVITIES: | | |
| Purchases of property, plant and equipment (including construction in progress) | (1,245,243) | (1,069,188) |
| Proceeds from sale of asset | — | 10,000 |
| Sales of investment securities - available for sale | 1,401,606 | 4,288,798 |
| Purchase of investment securities - available for sale | (366,030) | (2,405,509) |
| Issuance of note receivable | — | (5,346,665) |
| Net cash used in investing activities | (209,667) | (4,522,564) |
| | | |
| FINANCING ACTIVITIES: | | |
| Repayments of debt | (283,997) | (255,426) |
| Proceeds from issuance of stock | 54,823 | 61,271 |
| Net cash used in financing activities | (229,174) | (194,155) |
| | | |
| NET (DECREASE) INCREASE IN CASH | (3,206,572) | 1,538,171 |
| | | |
| CASH, BEGINNING OF PERIOD | 5,192,341 | 468,359 |
| | | |
| CASH, END OF PERIOD | $   1,985,769 | $   2,006,530 |
| | | |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION - | | |
| Interest paid | $   131,099 | $   75,051 |
| Income taxes paid | $   — | $   — |
| Realized loss on sale of marketable securities | $   9,150 | $   1,095 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

4

# EXHIBIT M

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934**

**FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2008**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES AND EXCHANGE ACT OF 1934**

**FOR THE TRANSITION PERIOD FROM                    TO                    .**

**Commission File No. 001-31298**

# LANNETT COMPANY, INC.

(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **State of Delaware** | **23-0787699** |
| (State of Incorporation) | (I.R.S. Employer I.D. No.) |

**9000 State Road**
**Philadelphia, PA 19136**
**(215) 333-9000**
(Address of principal executive offices and telephone number)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

**Yes** ☒            **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐                    Accelerated filer ☐

Non-accelerated filer ☐                    Smaller reporting company ☒
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12B-12 of the Exchange Act).

**Yes** ☐            **No** ☒

As of May 13, 2008, there were 24,283,963 shares of the issuer's common stock, $.001 par value, outstanding.

**Table of Contents**

| | | Page No. |
|---|---|---|

**PART I. FINANCIAL INFORMATION**

ITEM 1.    FINANCIAL STATEMENTS

Consolidated Balance Sheets as of March 31, 2008 (unaudited) and June 30, 2007 ... 1

Consolidated Statements of Operations (unaudited) for the three months and nine months ended March 31, 2008 and 2007 ... 2

Consolidated Statement of Changes in Shareholders' Equity (unaudited for the nine months ended March 31, 2008) ... 3

Consolidated Statements of Cash Flows (unaudited) for the nine months ended March 31, 2008 and 2007 ... 4

Notes to Consolidated Financial Statements (unaudited) ... 5

ITEM 2.    MANAGEMENT'S DISCUSSION AND ANALYSIS OFFINANCIAL CONDITION AND RESULTS OF OPERATIONS ... 30

ITEM 3.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK ... 43

ITEM 4.    CONTROLS AND PROCEDURES ... 43

**PART II. OTHER INFORMATION**

ITEM 1.    LEGAL PROCEEDINGS ... 44

ITEM 4.    SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS ... 44

ITEM 6.    EXHIBITS AND REPORTS ON FORM 8-K ... 45

**CERTIFICATION OF PRESIDENT & CHIEF EXECUTIVE OFFICER**

**CERTIFICATION OF VICE PRESIDENT OF FINANCE, TREASURER & CHIEF FINANCIAL OFFICER**

**CERTIFICATION PURSUANT TO SECTION 906 OF SARBANES OXLEY ACT OF 2002**

# PART I. FINANCIAL INFORMATION

## ITEM 1. FINANCIAL STATEMENTS

### LANNETT COMPANY, INC. AND SUBSIDIARIES

#### CONSOLIDATED BALANCE SHEETS

|  | March 31, 2008 (unaudited) | June 30, 2007 |
|---|---|---|
| **ASSETS** |  |  |
| Current Assets |  |  |
| Cash | $ 6,599,019 | $ 5,192,341 |
| Trade accounts receivable (net of allowance of $438,000 and $250,000, respectively) | 18,946,727 | 19,473,978 |
| Inventories | 12,018,415 | 14,518,484 |
| Interest receivable | 69,483 | 36,260 |
| Prepaid taxes | 3,193,685 | 3,193,685 |
| Deferred tax assets - current portion | 1,590,175 | 1,258,930 |
| Other current assets | 536,368 | 611,512 |
| **Total Current Assets** | 42,953,872 | 44,285,190 |
| Property, plant, and equipment | 39,310,358 | 39,260,689 |
| Less accumulated depreciation | (14,224,639) | (11,817,528) |
|  | 25,085,719 | 27,443,161 |
| Construction in progress | 923,545 | 176,003 |
| Investment securities - available for sale | 2,502,755 | 3,320,632 |
| Intangible asset (product rights) - net of accumulated amortization | 10,808,001 | 12,046,502 |
| Deferred tax assets | 18,877,745 | 17,150,174 |
| Other assets | 204,382 | 234,438 |
| **TOTAL ASSETS** | $ 101,356,019 | $ 104,656,100 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** |  |  |
| **LIABILITIES** |  |  |
| Current Liabilities |  |  |
| Accounts payable | $ 8,787,457 | $ 7,013,985 |
| Accrued expenses | 2,965,743 | 6,719,782 |
| Deferred revenue | 1,177,189 | 1,637,993 |
| Unearned grant funds | 500,000 | 500,000 |
| Current portion of long term debt | 703,570 | 692,119 |
| Rebates and chargebacks payable | 6,148,307 | 5,686,364 |
| **Total Current Liabilities** | 20,282,266 | 22,250,243 |
| Long term debt, less current portion | 8,533,181 | 8,987,846 |
| Deferred tax liabilities | 3,226,090 | 3,202,835 |
| Other long term liabilities | 30,080 | 32,001 |
| **TOTAL LIABILITIES** | 32,071,617 | 34,472,925 |
| **SHAREHOLDERS' EQUITY** |  |  |
| Common stock - authorized 50,000,000 shares, par value $0.001; issued and outstanding - 24,270,577 and 24,171,217 shares, respectively | 24,271 | 24,171 |
| Additional paid-in capital | 74,208,805 | 73,053,778 |
| Accumulated deficit | (4,513,174) | (2,472,621) |
| Accumulated other comprehensive income (loss) | 33,446 | (27,583) |
|  | 69,753,348 | 70,577,745 |
| Less: Treasury stock at cost - 74,970 shares and 50,900 shares, respectively | (468,946) | (394,570) |
| **TOTAL SHAREHOLDERS' EQUITY** | 69,284,402 | 70,183,175 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 101,356,019 | $ 104,656,100 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

**LANNETT COMPANY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(UNAUDITED)

| | Three months ended March 31, | | Nine months ended March 31, | |
|---|---|---|---|---|
| | 2008 | 2007 | 2008 | 2007 |
| Net sales | $ 16,579,512 | $ 20,302,576 | $ 51,654,484 | $ 65,186,747 |
| Cost of sales | 12,276,526 | 14,127,421 | 36,688,446 | 44,770,101 |
| Amortization of intangible assets | 446,166 | 446,166 | 1,338,498 | 1,338,498 |
| Product Royalties | (40,674) | 516,576 | 196,672 | 1,746,200 |
| Gross profit | 3,897,494 | 5,212,413 | 13,430,868 | 17,331,948 |
| Research and development expenses | 1,516,904 | 2,269,677 | 3,715,334 | 5,586,213 |
| Selling, general, and administrative expenses | 4,222,103 | 2,615,910 | 12,457,030 | 7,739,524 |
| Loss on impairment | — | 7,775,890 | — | 7,775,890 |
| Operating loss | (1,841,513) | (7,449,064) | (2,741,496) | (3,769,679) |
| OTHER INCOME(EXPENSE): | | | | |
| Interest income | 45,239 | 99,000 | 170,967 | 309,805 |
| Interest expense | (75,025) | (76,102) | (291,146) | (208,497) |
| | (29,786) | 22,898 | (120,179) | 101,308 |
| Loss before income tax (benefit) expense | (1,871,299) | (7,426,166) | (2,861,675) | (3,668,371) |
| Income tax (benefit) expense | (615,454) | (818,807) | (821,122) | 685,791 |
| Net loss | $ (1,255,845) | $ (6,607,359) | $ (2,040,553) | $ (4,354,162) |
| Basic loss per common share | $ (0.05) | $ (0.27) | $ (0.08) | $ (0.18) |
| Diluted loss per common share | $ (0.05) | $ (0.27) | $ (0.08) | $ (0.18) |
| Basic weighted average number of shares | 24,268,449 | 24,164,385 | 24,208,830 | 24,155,556 |
| Diluted weighted average number of shares | 24,268,449 | 24,164,385 | 24,208,830 | 24,155,556 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

2

**LANNETT COMPANY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY**
(UNAUDITED)

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Treasury Stock | Accum. Other Comp. (Loss) Income | Shareholders' Equity |
| | Shares Issued | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| **Balance, June 30, 2007** | 24,171,217 | $ 24,171 | $ 73,053,778 | $ (2,472,621) | $ (394,570) | $ (27,583) | $ 70,183,175 |
| Shares issued in connection with employee stock purchase plan | 24,896 | 25 | 106,479 | — | — | — | 106,504 |
| Share based compensation | | | | | | | |
| Restricted stock | — | — | 91,905 | — | — | — | 91,905 |
| Stock options | — | — | 656,628 | — | — | — | 656,628 |
| Shares issued in connection with restricted stock grant | 74,464 | 75 | 300,015 | — | — | — | 300,090 |
| Purchase of treasury stock | — | — | — | — | (74,376) | — | (74,376) |
| Other comprehensive income, net of income tax | — | — | — | — | — | 61,029 | 61,029 |
| Net loss | — | — | — | (2,040,553) | — | — | (2,040,553) |
| **Balance, March 31, 2008** | 24,270,577 | $ 24,271 | $ 74,208,805 | $ (4,513,174) | $ (468,946) | $ 33,446 | $ 69,284,402 |

**The accompanying notes to consolidated financial statements are an integral part of these statements.**

3

**LANNETT COMPANY, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(UNAUDITED)

| | For the nine months ended March 31, | |
| --- | --- | --- |
| | 2008 | 2007 |
| OPERATING ACTIVITIES: | | |
| Net loss | $    (2,040,553) | $    (4,354,162) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 3,745,611 | 3,293,232 |
| Deferred tax expense | (821,183) | 704,125 |
| Stock compensation expense | 768,922 | 856,868 |
| Gain from sale of asset | — | (8,208) |
| Restricted stock grant | 300,090 | — |
| Loss on impairment | — | 7,775,890 |
| Other noncash expenses | 11,418 | — |
| Changes in assets and liabilities which provided (used) cash: | | |
| Trade accounts receivable | 989,194 | (5,188,226) |
| Inventories | 2,500,069 | (935,028) |
| Prepaid taxes | — | 366,488 |
| Prepaid expenses and other assets | (41,362) | (134,053) |
| Accounts payable | 1,773,472 | 8,639,319 |
| Accrued expenses | (3,754,038) | 519,154 |
| Deferred revenue | (460,804) | — |
| Net cash provided by operating activities | 2,970,836 | 11,535,399 |
| | | |
| INVESTING ACTIVITIES: | | |
| Purchases of property, plant and equipment (including construction in progress) | (2,052,276) | (1,949,407) |
| Proceeds from sale of asset | — | 10,000 |
| Proceeds from sale of investment securities - available for sale | 1,520,198 | 1,876,617 |
| Purchase of investment securities - available for sale | (600,605) | |
| Issuance of note receivable | — | (7,327,238) |
| Net cash used in investing activities | (1,132,683) | (7,390,028) |
| | | |
| FINANCING ACTIVITIES: | | |
| Repayments of debt | (443,214) | (406,260) |
| Proceeds from issuance of stock | 86,115 | 109,379 |
| Treasury stock transactions | (74,376) | — |
| Net cash used in financing activities | (431,475) | (296,881) |
| | | |
| NET INCREASE IN CASH | 1,406,678 | 3,848,490 |
| | | |
| CASH, BEGINNING OF PERIOD | 5,192,341 | 468,359 |
| | | |
| CASH, END OF PERIOD | $    6,599,019 | $    4,316,849 |
| | | |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION - | | |
| Interest paid | $    97,114 | $    121,833 |
| Income taxes paid | $    — | $    650,000 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

4

# EXHIBIT N



ALL-STATE® LEGAL  800-222-0510    EDB11    RECYCLED

| *Notice of Allowability* | Application No.<br>09/885,158 | Applicant(s)<br>Hermelin et al |
|---|---|---|
| | Examiner<br>R.S. Travers J.D., Ph.D. | Art Unit<br>1617 |

--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *11/01/02*.

2. ☒ The allowed claim(s) is/are *9-27, 29, and 56-58*.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All    b)☐ Some*    c)☐ None    of the:

    1. ☐ Certified copies of the priority documents have been received.

    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

    3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____ .

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

        1) ☐ hereto or  2)☐ to Paper No. _____ .

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No. _____ .
5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☒ Examiner's Statement of Reasons for Allowance
9 ☐ Other

R.S. TRAVERS J.D., PH.D.
PRIMARY EXAMINER
ART UNIT 1617

U. S. Patent and Trademark Office
PTO-37 (Rev. 04-01)

Notice of Allowability

Part of Paper No. 12

Application/Control Number: 09/885,158                                   Page 2

Art Unit:

## REASONS FOR ALLOWANCE

The amendment , rebuttal arguments and request for continuing examination filed November 1, 2002 have been received and entered into the file.

Arguments regarding the unobvious nature of the claimed compositions are convincing.  In view of the presented amendments, Examiner embraces the presented rebuttal argument; it would not be obvious for the skilled artisan to employ the claimed compounds concomitantly and expect the therapeutic effect herein claimed.

The skilled artisan would not expect the claimed compounds to produce the illustrated  pharmacological effect, claimed herein.

Applicant's amendments distance the instant claims from the prior art compositions.   An exhaustive literature search failed to produce any reference to the claimed compounds for the use herein claimed.  Although compounds claimed by Applicant, reside in the prior, the prior art use fails to state, or suggest those claimed compounds in the amounts, or ratios herein claimed.  No suggestion resides in the prior art for optimizing the herein claimed ingredients in the manner claimed.

Any inquiry concerning this communication should be directed to Russell Travers at telephone number (703) 308-4603.

RUSSELL TRAVERS
PRIMARY EXAMINER
GROUP 1200