IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC.,<br><br>    *Plaintiff*,<br>v.<br><br>KV PHARMACEUTICALS,<br>DRUGTECH CORPORATION, and<br>THER-RX CORPORATION,<br><br>    *Defendants*. | Civil Action No. 08-338-JJF |
| KV PHARMACEUTICAL COMPANY,<br>THER-RX CORP., and DRUGTECH<br>CORP.,<br><br>    *Counterclaim-plaintiffs*,<br>v.<br><br>LANNETT COMPANY, INC.,<br><br>    *Counterclaim-defendant*. | |

**REPLY DECLARATION OF CHARLES A. WEISS
IN SUPPORT OF MOTION FOR
<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

I, Charles A. Weiss, declare:

1.  I am an attorney at law of the State of New York and a member of Kenyon & Kenyon LLP, counsel together with Richards, Layton & Finger for defendants and counterclaim-plaintiffs.

2.  The photographs of the Lannett product attached as Exhibit G to the Declaration of Scott Goedeke dated June 17, 2008, were taken at Kenyon & Kenyon under my direction.

3.  The Lannett product used for the photographs was sent to me by Ther-Rx via Federal Express overnight delivery, along with two bottles of PrimaCare ONE. The box arrived without any signs of damage, and all the products were securely packaged and intact.

4.  The Lannett product had its inner seal intact. I unscrewed the cap and removed the inner seal myself.

5.  The Lannett product was not crushed, tampered with, or otherwise mishandled. The capsules were simply poured out of the bottle onto a tray covered with white paper to take the photographs.

6.  Attached hereto as Exhibit P are photographs of samples of over-the-counter prenatal vitamins purchased over the last few days at stores in New York. These photos were taken at Kenyon & Kenyon under my direction.

7.  Attached hereto as Exhibit Q are photographs of three bottles of the Lannett product purchased at a pharmacy in Queens, New York. The prescription for these products was written by Dr. Gutmann, who is serving as an expert witness in this case, for a Kenyon & Kenyon attorney, in order to obtain samples that show how the product looks after the pharmacy label is applied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2008

_____
CHARLES A. WEISS

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on June 24, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA  19103

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

Exhibit P
























