UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> Defendants. | : <br> : <br> : Civil Action No. 08-338 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan R. Lagarenne, Esquire of Fox Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrenceville, New Jersey 08648, to represent Plaintiff, Lannett Company Inc., as co-counsel in this action.

**FOX ROTHSCHILD LLP**

By: __/s/ Sophia Siddiqui__
Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Attorneys for Plaintiff
Lannett Company Inc.

Date: June 24, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., : | |
|         Plaintiff, : | Civil Action No. 08-338 |
| v. : | |
| KV PHARMACEUTICALS, : | |
| DRUGTECH CORPORATION, and : | |
| THER-RX CORPORATION, : | |
|         Defendants. : | |

## ORDER GRANTING MOTION

AND NOW, this _____ day of June, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of Jonathan R. Lagarenne, Esquire is GRANTED.

                                                    _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bar of New Jersey; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: June 24, 2008

Jonathan K. Lagarenne, Esquire
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648
Phone: (609) 896-4588
Fax: (609) 896-1469
jlagarenne@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 24th day of June, 2008, via CM/ECF and U.S. Mail, postage pre-paid, upon the following:

>Chad M. Shandler, Esquire
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Richards, Layton & Finger
>One Rodney Square
>920 N. King St.
>Wilmington, DE 19801

>*/s/ Sophia Siddiqui*
>Sophia Siddiqui, Esquire (#4914)