UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>KV PHARMACEUTICALS,<br>DRUGTECH CORPORATION, and<br>THER-RX CORPORATION,<br><br>　　　　Defendants. | :<br>:　Civil Action No. 08-338<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gerard P. Norton, Esquire of Fox Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrenceville, New Jersey 08648, to represent Plaintiff, Lannett Company Inc., as co-counsel in this action.

　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　　By: ___*/s/ Sophia Siddiqui*___
　　　　　　　　　　　　　　　　　　Sophia Siddiqui, Esquire (#4914)
　　　　　　　　　　　　　　　　　　Citizens Bank Center
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1300
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　(302) 622-4278
　　　　　　　　　　　　　　　　　　(302) 656-8920
　　　　　　　　　　　　　　　　　　ssiddiqui@foxrothschild.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Lannett Company Inc.

Date: June 24, 2008

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., | : |
| Plaintiff, | : Civil Action No. 08-338 |
| v. | : |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | : |
| Defendants. | : |

## ORDER GRANTING MOTION

AND NOW, this _____ day of June, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of Gerard P. Norton, Esquire is GRANTED.

_____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

- ☐ has been paid to the Clerk of the Court
- ☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: June 24, 2008

*Gerard P Norton*
Gerard P. Norton, Esquire
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648
Phone: (609) 844-3020
Fax: (609) 896-1469
gnorton@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 24th day of June, 2008, via U.S. Mail, postage pre-paid, upon the following:

>Chad M. Shandler, Esquire
>Frederick L. Cottrell, III, Esquire
>Anne Shea Gaza, Esquire
>Richards, Layton & Finger
>One Rodney Square
>920 N. King St.
>Wilmington, DE 19801

>*/s/ Sophia Siddiqui*
>Sophia Siddiqui, Esquire (#4914)