**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KV PHARMACEUTICALS, et al., <br><br> *Defendants.* <br><br> ──────────────── <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-Plaintiffs,* <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> *Counterclaim-Defendant.* | Civil Action No. 08-338-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, (i) a laptop computer, (ii) a screen, (iii) a projector, and (iv) an elmo for proceedings on June 25, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Frederick L. Cottrell, III | Daniel White |
| Anne Shea Gaza | Stanley Sobieski |

SO ORDERED this 2⁴ day of June, 2008.

Honorable Joseph J. Farnan, Jr.
United States District Court

RLF1-3295758-1