≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Lannett
v.
KV Pharma

**EXHIBIT AND WITNESS LIST**

Case Number: 08-338

| PRESIDING JUDGE  Farnan | PLAINTIFF'S ATTORNEY  Sophia Siddiqui | DEFENDANT'S ATTORNEY  Chad Shandler |
|---|---|---|
| ~~TRIAL~~ DATE (S)  Hearing 6/25/08 | COURT REPORTER  Deanna Warner | COURTROOM DEPUTY  Emily |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 6/25/08 | ✓ | ✓ | 3 Bottles of Lannett product as proscribed |
| 2 |   | 6/25/08 | ✓ | ✓ | 4 Bottles of ~~prescrip~~ various prenatal tablets/vitamins |
| 3 |   | 6/25/08 | ✓ | ✓ | 1 Bottle of PrimaCare One (Prenatal Supp.) |
| 4 |   | 6/25/08 | ✓ | ✓ | 1 Bottle of Lannett product demonstrating oil stains |
|   | 1 | 6/25/08 | ✓ | ✓ | Walgreens bag; Walgreen personal Rx info; 1 Bottle Lannett prod. |
|   | 2 | 6/25/08 | ✓ | ✓ | 1 Box of PrimaCare product |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages