

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com


Sophia Siddiqui
Direct Dial: (302)
Email Address: ssiddiqui@foxrothschild.com


June 27, 2008

**VIA E-FILING & HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 King Street
Wilmington, Delaware  19899


Re:  **Lannett Company, Inc. v. KV Pharmaceuticals, Drugtech Corporation and Ther-RX Corporation; Civil Action No. 08-338**

Dear Judge Farnan:

   Pursuant to Your Honor's June 25, 2008 Order, enclosed please find Lannett's revised label of its prenatal multivitamin.

   Counsel discussed the content of the label and we believed we had reached an agreement regarding its content but, unfortunately, were unable to agree on the content of the cover letter that was to be sent to Your Honor. Lannett therefore submits this label for your consideration pursuant to the above-referenced Order.

   Thank you for your time and consideration of this matter.

Respectfully,

*Sophia Siddiqui*
Sophia Siddiqui

SS:bjr
Encl.

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania


Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Joseph J. Farnan
June 27, 2008
Page 2


cc: Ross Oehler, Esquire
    Alfred Monte, Esquire
    Jonathan Lagarenne, Esquire
    Fredrick L. Cottrell, III, Esq. (via email)
    Chad M. Shandler, Esq. (via email)
    Charles A. Weiss, Esq. (via email)
    Howard Shire, Esq. (via email)
    Richard DeLucia, Esq. (via email)
    Elizabeth Gardner, Esq. (via email)

| Usual dose: One capsule/day | NDC 0527-1637-30 | Each capsule contains: |
|---|---|---|
| Store at 15°-30°C (59°-86°F) | **LANNETT** | Omega-3 Fatty Acids, 300 mg; Linoleic Acid, 30 mg; Linolenic Acid, 30 mg; Vitamin C, 25 mg; Vitamin $D_3$, 170 IU; Vitamin E, 30 IU; Folic Acid, USP, 1 mg; Vitamin $B_6$, 25 mg; Calcium, 150 mg; Iron, 27 mg |

**KEEP THIS AND ALL DRUGS OUT OF THE REACH OF CHILDREN.**

**Multivitamin with Minerals**

A once-daily pre-and post-conception vitamin supplement, including key omega-3 fatty acids (DHA and EPA) and 1 mg folic acid

**WARNING:** Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

Rev. 06/08

**BAR CODE**

**Rx only**

**30 Capsules**

Manufactured for:
Lannett Company, Inc.
Philadelphia, PA 19136

Lot No.:
Exp. Date:

Label size: 2-1/8 x 6-1/4", text in PMS 2597 purple