

Chad M. Shandler
Director
302-651-7836
Shandler@rlf.com

June 30, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   **Lannett Company Inc. v. KV Pharmaceuticals, DrugTech Corporation and Ther-RX Corporation, C.A. No. 08-338-JJF,**

Dear Judge Farnan:

      We write on behalf of Ther-Rx in response to the letter sent to Your Honor late Friday by counsel for Lannett.

      As we advised Lannett earlier on Friday, Ther-Rx (i) agrees that use of the label sent to Your Honor would not be an infringement of the PrimaCare or PrimaCare ONE trademarks, but (ii) reserves all other claims against Lannett's continued sale and distribution of its product.

      While this label resolves the trademark infringement matter with respect to new product that will be shipped with the revised label, it does nothing to address the harm to Ther-Rx caused by the 400,000 plus bottles with the prior, offending label that are already in the hands of distributors, pharmacies, and the like. In our motion papers, Ther-Rx requested a recall. In subsequent discussion with Lannett, we proposed that Lannett notify its customers that no existing bottles may be sold to consumers before a sticker (supplied by Lannett) is applied to cover the PrimaCare ONE trademark. No agreement in this regard was reached. Accordingly, Ther-Rx respectfully requests that the Court fashion appropriate relief with respect to the already-shipped product that will prevent further harm to Ther-Rx.

Respectfully submitted,

*/s/ Chad M. Shandler*

Chad M. Shandler

CS:ps
cc:   Clerk of the Court (via e-file)

June 30, 2008
Page 2

    Charles A. Weiss Esq. (via e-mail)
    Richard DeLucia, Esquire (via e-mail)
    Howard Shire, Esquire (via e-mail)
    Sophia Siddiqui, Esquire (via e-mail)
    Frederick L. Cottrell, III, Esquire

RLF1-3297764-1