

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com


Sophia Siddiqui
Direct Dial: (302) 622-4278
Email Address: ssiddiqui@foxrothschild.com


June 30, 2008

**VIA E-FILING & HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 King Street
Wilmington, Delaware  19899

Re:   **Lannett Company, Inc. v. KV Pharmaceuticals, Drugtech Corporation and Ther-RX Corporation; Civil Action No. 08-338**

Dear Judge Farnan:

We recently received a copy of a letter forwarded to Your Honor in the above-captioned matter by Attorney Shandler and felt that a response was necessary.

It is Lannett's position that no relief is necessary, but that what opposing counsel is requesting (i.e. a mass relabeling of product already in the field) would irreparably harm Lannett and is entirely impractical. Additionally, please note that Lannett reserves all its defenses with respect to the Lanham Act claims and remains confident that at a trial of the merits it will be demonstrated that the labels to which KV Pharmaceuticals originally objected resulted in no likelihood of confusion.

I would also respectfully call Your Honor's attention to that portion of the order issued from the bench contained in the transcript on pages 45 and 46, wherein Your Honor stated that you were, "going to fashion a remedy depending on how they respond to the marketing issue. That would cause me to weigh how draconian the remedy in this regard should be." I would ask Your Honor to take note that the label submitted to the Court on Friday by Lannett removed all reference to PrimaCare ONE so that there is no likelihood of confusion whatsoever. I believe we have therefore demonstrated the utmost amount of good faith in attempting to resolve the marking issue referenced by Your Honor in the order from the bench. We therefore believe that the request by KV Pharmaceuticals for further relief is both unnecessary and impractical.

If the Court has any further questions, please feel free to contact me directly. Thank you for your time and attention in this regard.



The Honorable Joseph J. Farnan, Jr.
June 30, 2008
Page 2


Respectfully,

/s/ Sophia Siddiqui

Sophia Siddiqui

SS:bjr
Encl.


cc:  Ross Oehler, Esquire
     Alfred Monte, Esquire
     Jonathan Lagarenne, Esquire
     Fredrick L. Cottrell, III, Esq. (via email)
     Chad M. Shandler, Esq. (via email)
     Charles A. Weiss, Esq. (via email)
     Howard Shire, Esq. (via email)
     Richard DeLucia, Esq. (via email)
     Elizabeth Gardner, Esq. (via email)