**Exhibit A**

US006576666B2

(12) **United States Patent**
Hermelin et al.

(10) Patent No.: **US 6,576,666 B2**
(45) Date of Patent: **Jun. 10, 2003**

(54) **NUTRITIONAL SUPPLEMENTS**

(75) Inventors: **Marc S. Hermelin**, Glendale, MO (US); **R. Saul Levinson**, Chesterfield, MO (US); **George Paradissis**, St. Louis, MO (US)

(73) Assignee: **Drugtech Corporation**, Wilmington, DE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/885,158**

(22) Filed: **Jun. 21, 2001**

(65) **Prior Publication Data**

US 2002/0032234 A1 Mar. 14, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/323,159, filed on Jun. 1, 1999, now Pat. No. 6,258,846.

(51) Int. Cl.$^7$ ....................... **A61K 31/20**; A61K 31/44; A61K 31/495; A61K 31/50; A61K 31/34

(52) U.S. Cl. ...................... **514/560**; 514/345; 514/249; 514/474; 514/458

(58) Field of Search ................................ 514/560, 345, 514/249, 474, 458

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,560 A | 12/1975 | Scott et al. | .................... 426/2 |
| 4,642,317 A | 2/1987 | Palmquist et al. | .......... 514/588 |
| 4,753,926 A * | 6/1988 | Lucas et al. | ................... 514/2 |
| 5,004,728 A | 4/1991 | Chalupa et al. | ............... 514/12 |
| 5,143,737 A | 9/1992 | Richardson | .................... 426/2 |
| 5,264,217 A | 11/1993 | Horrobin | .................... 424/439 |
| 5,562,913 A | 10/1996 | Horrobin | .................... 424/401 |
| 5,635,198 A | 6/1997 | Nishimura et al. | ......... 424/438 |
| 5,744,161 A | 4/1998 | Majeed et al. | .............. 424/464 |
| 5,776,504 A | 7/1998 | McCarty | ..................... 424/682 |

OTHER PUBLICATIONS

Clark et al, 117CA:25288, 1992.*
FDA (United States Food and Drug Administration), 104CA:4736, 1985.*
Alvarez et al. 107CA:22135, 1986.*
The Merck Manual 185: 968 (16th Ed. 1992).
The Merck Manual 185: 1929–1931 (16th Ed. 1992).
*Physician Desk Reference (PDR)*, 53rd Ed., 1011, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 1522–3, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 1692, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2802, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2916–17, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 2917–18, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3128, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3163, 1999.
*Physician Desk Reference (PDR)*, 53rd Ed., 3212, 1999.
Whitney, E. and Rolfes, S., *Understanding Nutrition*, 6th Ed., 136–40, 1993.
Whitney, E. and Rolfes, S., *Understanding Nutrition*, 6th Ed., 493–504, 1993.

* cited by examiner

*Primary Examiner*—Russell Travers
(74) *Attorney, Agent, or Firm*—Nath & Associates PLLC; Gary M. Nath

(57) **ABSTRACT**

The present disclosure relates to novel nutritional compositions containing linoleic acid and/or linolenic acid which optimize child neurological development and provide improved nutritional support for women prior to and during lactation. The nutritional compositions are intended for use by women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

**23 Claims, No Drawings**

US 6,576,666 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**NUTRITIONAL SUPPLEMENTS**

This application is a continuation application of U.S. patent application Ser. No. 09/323,159, filed Jun. 1, 1999 now U.S. Pat. No. 6,258,846, the entire contents of which are hereby incorporated by reference in their entirety.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to novel compositions containing fatty acids, in particular, linoleic acid and linolenic acid, for use by pregnant and/or lactating women to optimize infant neurological development and provide improved nutritional support for women prior to, during and after lactation.

2. Description of the Related Art

At some time prior to the end of pregnancy, pregnant women face the decision of whether or not to breast-feed their infants. It is estimated that over 50% of all mothers choose to breast-feed their infants. See *The Merck Manual,* 185:1929–1931 (16th ed. 1992). Furthermore, the number of women deciding to breast-feed appears to be on the increase, particularly in higher socioeconomic groups. Id. Most experts would agree that this increase is very desirable in view of the numerous recognized nutritional benefits for developing infants which accompany their consumption of human milk. Because of the nutritional benefits for infants, many health care providers and dietitians believe breast-feeding is sufficiently important to warrant that every effort be made to breast-feed, even if only for a short time. See Whitney et al., *Understanding Nutrition,* 493–504 (6th ed. 1993).

Moreover, in addition to the nutritional benefits of breast-feeding, many women simply want to breast-feed their infants for emotional or psychological reasons. However, regardless of a women's underlying reasons for breast-feeding, her nutritional status is implicated in the decision of whether to breast-feed her child. For example, a nutritional deficiency in a woman may severely limit the quantity of breast milk which is produced or, in some cases, entirely prevent lactation from occurring.

Generally speaking, the nutritional benefits of breast-feeding stem from the unique nutrient composition and protective factors present in breast milk which promote infant health and development. Id. at 494. For example, breast milk generally contains all of the vitamins required for infant development, with the possible exception of vitamin D. Id. at 500. Further, breast milk is an abundant source of minerals and, more importantly, some minerals are present in breast milk in highly desirable ratios (e.g., the 2-to-1 ratio of calcium to phosphorus in breast milk is ideal for the absorption of calcium). Id. Breast milk also contains invaluable immunological agents, including antiviral agents such as immunoglobulins, and antibacterial agents such as lactoferrin.

In addition to the above discussed vitamins, minerals and immunological agents, breast milk also contains various "energy nutrients". For example, breast milk contains lactose which is the carbohydrate present in breast milk and which facilitates calcium absorption. Id. A relatively small amount of protein, primarily in the form of alpha-lactalbumin, is also present in breast milk, thus placing less stress on the infant's immature kidneys. Id. Breast milk additionally contains fat along with fat-digesting enzymes. Id. Linoleic acid, a fatty acid, is found in large quantities in breast milk. Id.

The presence of fatty acids in breast milk is significant for various reasons, as described below. First, the body derives most of its energy from triglycerides, a molecule of glycerol with three fatty acids attached. The stored fatty acids support most of life's activities when individual's are between meals or must go without food. While the body can make many fatty acids, it cannot make linoleic acid or linolenic acid. These two fatty acids are indispensable to body functions and therefore must be supplied through food.

Secondly, essential fatty acids are important for the developing brain, immunological system and cardiovascular system, and have some role to play in every organ of the body. Linoleic acid is the most important member of the omega-6 family of fatty acids. The body uses linoleic acid to synthesize an important 20-carbon fatty acid, arachidonic acid, which helps maintain the structural integrity of cell membranes.

Linolenic acid is the most important member of the omega-3 family of fatty acids. The body requires this fatty acid to make eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). Many body tissues require EPA and DHA. DHA is especially important in the retina and in the cerebral cortex of the brain. Half of the DHA in a brain's body accumulates in the brain before birth, and half after birth, an indication of the importance of fatty acids to the fetus during pregnancy and then to the young infant during lactation.

Successful breast-feeding requires that the mother maintain good nutrition and adequate rest. A good, nutritional diet is needed to support the stamina that nursing an infant requires. Beyond this, however, a woman must consume a nutrient-rich diet to produce nutrient-rich milk.

A healthy nursing mother generally makes about 25 ounces of milk each day. To produce this milk, the mother needs to consume 650 kcalories above what she would normally require for herself. Woman are advised to eat about 500 kcalories worth of extra food and let the extra fat left over from pregnancy provide the rest. Woman may not consume enough food for many reasons, including the desire to lose all of the weight gained during pregnancy. But restricting food and energy in this fashion will result in breast milk which is lacking in nutrients, low quantities of breast milk or, in the worse case scenario, no breast milk at all.

According to the medical literature, a nursing mother should eat foods high in nutrients and drink plenty of fluid. Nutritional deprivation in the mother generally reduces the quantity, more so than the quality, of the milk. So while woman can produce milk with sufficient protein, carbohydrate, fat and minerals even if their own intake is insufficient, the quality of the breast milk is maintained at the expense of the mother's own nutrient repositories. Moreover, quantities of particular vitamins, such as B6, B12, A and D, in breast milk will actually decline in response to a inadequate intakes by the mother.

Infants have different nutritional needs than those of children and adults. They require more fat and less protein than adults. Breast milk contains high concentrations of fat-digesting enzymes that allow for highly efficient fat absorption. Breast milk, as well as colostrum, contain the essential fatty acid linoleic acid. *Understanding Nutrition,* Whitney and Rolfe, 6th Ed., 136–40 (1993).

Full term babies who are not fed enough linoleic acid suffer from dermatosis and growth failure. These conditions are easily reversed when linoleic acid is added to the infant's diet. Fatty acid deficiency in a breast-feeding infant is a

US 6,576,666 B2

**3**

hazzard of long term low fat parental dieting. *The Merck Manual, 16th Ed.,* 968 (1992).

Methods of administering linolenic acid to lactating females have been previously described. Specifically, Horrobin, U.S. Pat. No. 5,264,217, discloses methods for increasing the total fat content of milk, the essential fatty acid content of milk and the flow of milk during lactation, or for preventing or reducing the normal decrease in milk fat content that occurs during prolonged lactation, by administering gamma linolenic acid, dihomo-gamma-linolenic acid or their mixture to a lactating female.

Other references disclose compositions and methods that have been developed for achieving fat enrichment of ruminant milk for consumption by humans. In general, animal feed is supplemented with fatty acids. In turn, the milk produced by the ruminants is itself rich in fatty acids.

Chalupa et al., U.S. Pat. No. 5,004,728, describe a method for increasing milk yields in lactating ruminants. The ruminants are fed somatotropin and salts of long chain fatty acids. The fatty acids in the feed increases the level of long chain fatty acids in the milk produced by the ruminant. One long chain fatty acid suitable for this inventive subject matter is linoleic acid.

Nishimura et al., U.S. Pat. No. 5,635,198, describe a granular agent comprised by an active core coated by certain fatty acids and oils to be administered to ruminants. This granular agent has a superior absorption rate and results in, among other benefits, efficient lactation in the ruminant.

Scott et al., U.S. Pat. No. 3,925,560, describe a feed supplement for ruminants comprising fatty acids encapsulated with a protein-aldehyde reaction product. These fatty acid supplements, including linoleic acid, provide high energy feed supplements for ruminants. These supplements will result in the ruminant producing a milk very high in unsaturated fats.

Palmquist et al., U.S. Pat. No. 4,642,317, describe a process for feeding ruminants fatty acids in the form of their calcium salts, which are added to feed. This process would allow dairy cows to make milk high in fats, without depleting their own fatty acid stores.

Richardson, U.S. Pat. No. 5,143,737, describes a method for the modification of ruminant food so that the ruminant will produce a milk with modified fat. This method comprises a non-toxic food to be surrounded by an acid-sensitive nontoxic crosslinking material. Animals eating this composition will make milk with a higher level of unsaturated fats.

Furthermore, several prenatal supplements are available which provide pregnant women with varying amounts of vitamins and minerals. The *Physicians' Desk Reference* describes various vitamin and mineral supplements for use by pregnant women. For example, Nestabs® CBF, prenatal formula, available from The Fielding Company, Maryland Heights, Mo., contains 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of thiamine, 3 mg of riboflavin, 20 mg of niacinamide, 3 mg of pyridoxine, 8 mcg of vitamin $B_{12}$, 20 mg of calcium, 100 mcg of iodine, 15 mg of zinc, and 50 mg of iron per dose. NESTABS® CBF are "expressly formulated for use during pregnancy and lactation" and are available only in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 1011.

Materna® prenatal vitamin and mineral formula, available from Lederle Laboratories, Pearl River, N.Y., contains 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 10 mg of vitamin $B_6$, 20

**4**

mg of niacinamide, 12 mcg of vitamin $B_{12}$, 30 mcg of biotin, 10 mg of pantothenic acid, 200 mg of calcium, 150 mcg of iodine, 27 mg of iron, 25 mg of magnesium, 2 mg of copper, 25 mg of zinc, 25 mcg of chromium, 25 mg of molybdenum, 5 mg of manganese, and 20 mcg of selenium per dose. Materna® is designed "provide vitamin and minerals supplementation prior to conception, throughout pregnancy and during the postnatal period for both lactating and nonlactating mothers" and is available in tablet form only. See Id. at 1522–3.

Enfamil® Natalins® RX multivitamin and multimineral supplements, available from Mead Johnson Nutritionals, Evansville, Ind., provide 4000 I.U. of vitamin A, 80 mg of vitamin C, 400 I.U. of vitamin D, 15 I.U. of vitamin E, 1.5 mg of thiamin, 1.6 mg of riboflavin, 17 mg niacin, 4 mg of vitamin $B_6$, 1 mg of folic acid, 2.5 mcg of vitamin $B_{12}$, 30 mcg of biotin, 7 mg of pantothenic acid, 200 mg of calcium, 54 mg of iron, 25 mg of zinc, and 3 mg of copper per dose. Enfamil® Natalins® RX are "to supplement the diet during pregnancy of lactation" and are available only in tablet form. See Id. at 1692.

Prenate® Ultra™ prenatal vitamins, available from Sanofi Pharmaceuticals, New York, N.Y., contain 90 mg of elemental iron, 150 mcg of iodine, 200 mg of calcium, 2 mg of copper, 25 mg of zinc, 1 mg of folic acid, 2700 I.U. of vitamin A, 400 I.U. of vitamin $D_3$, 30 I.U. of vitamin E, 120 mg of vitamin C, 3 mg of vitamin $B_1$, 304 mg of vitamin $B_2$, 20 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, 20 mg of niacinamide, and 50 mg of docusate sodium per dose. Prenate® Ultra™ is "indicated for use in improving the nutritional status of women throughout pregnancy and in the postnatal period for both lactating and nonlactating mothers and is only available in tablet form. See Id. at 2802.

Niferex®-PN formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 4,000 I.U. of vitamin A, 400 I.U. of vitamin D, 2.43 mg of vitamin $B_1$, 3 mg of vitamin $B_2$, 1.64 mg of vitamin $B_6$, 10 mg of niacinamide, 125 mg of calcium, and 18 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See *Physicians' Desk Reference,* (53d Ed., 1999) 2916–7.

Niferex®-PN Forte formula, available from Schwarz Pharma, Inc., Milwaukee, Wis., contains 60 mg of iron, 1 mg of folic acid, 50 mg of vitamin C, 3 mcg of vitamin $B_{12}$, 5,000 I.U. of vitamin A, 400 I.U. of vitamin D, 30 I.U. of vitamin E, 80 mg of vitamin C, 1 mg of folic acid, 3 mg of vitamin $B_1$, 3.4 mg of vitamin $B_2$, 4 mg of vitamin $B_6$, 20 mg of niacinamide, 12 mcg of vitamin $B_{12}$, 250 mg of calcium, 200 mcg of iodine, 10 mg of magnesium, 2 mg of copper, and 25 mg of zinc per dose. Niferex®-PN is "indicated for prevention and/or treatment of dietary vitamin and mineral deficiencies associated with pregnancy and lactation" and is only available in tablet form. See Id. at 2917–8.

Advanced Formula Zenate® prenatal multivitamin/mineral supplement, available from Solvay Pharmaceuticals, Marietta, Ga., contains 3,000 I.U. of vitamin A, 400 I.U. of vitamin D, 10 I.U. of vitamin E, 70 mg of vitamin C, 1 mg of folic acid, 1.5 mg of vitamin $B_1$, 1.6 mg of vitamin $B_2$, 17 mg of niacin, 2.2 mg of vitamin $B_6$, 2.2 of vitamin $B_{12}$, 200 mg of calcium, 175 mcg of iodine, 65 mg of iron, 100 mg of magnesium, and 15 mg of zinc per dose. Advanced Formula Zenate® is "a dietary adjunct in nutritional stress associated with periconception, pregnancy and lactation" and is only available in tablet form. See Id. at 3128.

**5**

Precare® prenatal multi-vitamin/mineral formula, available from UCB Pharma, Inc., Smyrna, Ga., contains 50 mg of vitamin C, 250 mg of calcium, 40 mg of iron, 6 mcg of vitamin D, 3.5 mg of vitamin E, 2 mg of vitamin $B_6$, 1 mg of folic acid, 50 mg of magnesium, 15 mg of zinc and 2 mg of copper per dose. Precare® "is indicated to provide vitamin and mineral supplementation throughout pregnancy and during the postnatel period—for both lactating and nonlactating mothers and is available only in caplet form. See Id. at 3163.

Natafort® prenatal multivitamin, available from Warner Chilcott, Rockaway, N.J., contains 1,000 I.U. pf vitamin A, 400 I.U. of vitamin $D_3$, 11 I.U. of vitamin E, 120 mg of vitamin C, 1 mg of folic acid, 2 mg of thiamine mononitrate, 3 mg of riboflavin, 20 mg of niacinamide, 10 mg of vitamin $B_6$, 12 mcg of vitamin $B_{12}$, and 60 mg of iron per dose. Natafort® is designed "to provide vitamin and mineral supplementation throughout pregnancy and during the postnatal period, for both the lactating and non-lactating mother" and is only available in tablet form. See Id. at 3212.

However, none of the above formulations provide women with essential fatty acids in amounts and proportions necessary to optimize infant neurological development. Further, the prenatal nutritional supplements containing vitamins and minerals are entirely lacking in essential fatty acids. In the case of the enriched ruminant milk, while this milk may be a good source of fatty acids for adults, ruminant milk is not recommended for infants because even supplemented formula cannot match the immunological benefits of breast milk.

Therefore, there remains a need for a nutritional formulation which optimizes infant neurological development. It is also desirable to have nutritional formulations which prevent a woman's stores of fatty acids from becoming depleted during lactation. There is also a particular need for nutritional formulations which provide essential fatty acids in optimal ratios and amounts, along with required vitamins and minerals. Moreover, it is desirable to have formulations and methods which prepare a woman's body for the stresses imposed by lactation.

SUMMARY OF THE INVENTION

The compositions of the present inventive subject matter overcome the deficiencies of currently-available nutritional supplements by providing formulations which are specifically tailored for women during the period prior to and during lactation and which optimize infant neurological development while inhibiting depletion of a nursing mother's nutritional stores. The present compositions contain a novel combination of fatty acids in critical ratios and amounts, optionally in combination with various vitamins and minerals.

In one embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; and a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; wherein the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a

**6**

derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; and a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg. The weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 1,00.

In a further embodiment of the inventive subject matter, a composition comprises a first fatty acid compound selected from the group consisting of linoleic acid, linolenic acid, a derivative thereof and a combination thereof in an amount ranging from 10 mg to 100 mg; a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof in an amount ranging from about 10 mg to 100 mg; a vitamin B6 compound or derivative thereof in a range of about 20 mg to 125 mg; a folic acid compound or derivative thereof in a range of about 0.1 mg to 3 mg; a calcium compound or derivative thereof in a range of about 100 mg to 1000 mg; a magnesium compound or derivative thereof in a range of about 25 mg to 400 mg; a vitamin C compound or derivative thereof in a range of 25 mg to 400 mg; and a vitamin E compound or derivative thereof in a range of 10 mg to 400 mg. The weight ratio of the first fatty acid compound in the composition to the second fatty acid compound in the composition is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a composition for administration to a female mammal for enriching the milk of said female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises about 10 mg to 1000 mg per 55 kg of said mammal's body weight of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

In yet another embodiment of the inventive subject matter, a composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises about 10 mg to 1000 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a derivative thereof and a combination thereof; about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.01 to 10.

The inventive subject matter also provides a method for enriching the breast milk of a woman to optimize neurological development of her breast-fed infant, which comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is

7                                           8

selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In another embodiment of the present invention subject matter, a method for enriching the breast milk of a woman wishing to optimize or who is concerned about the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound in a range of about 10 mg to 100 mg to the woman during a period which begins at least at about the tenth week of pregnancy. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy in a range of 10 mg to 100 mg respectively for linoleic and linolenic acids. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the breast milk of a woman to optimize the neurological development of the infant she breast-feeds comprises administering a first fatty acid compound to the woman during a period which begins at least at about the tenth week of pregnancy and ends at the conclusion of breast-feeding or continues on as a nutritional supplement for the mother in a range of 10 mg to 100 mg. This first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof. It also involves administering a second fatty acid compound to said woman during a period which begins at least at about the tenth week of pregnancy. The second fatty acid is selected from the group consisting of docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound. It also involves administering a nutritional compound to said woman during a period which begins at least at about the tenth week of pregnancy. This compound is selected from a group consisting of a vitamin compound, a biologically-acceptable mineral compound, a derivative thereof and a combination thereof, and said nutritional compound being administered together with said first and said second fatty acid compounds. The weight range of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the to a female mammal for enriching the milk of said female mammal to optimize neurological development of the neonate, which comprises: administer-

ing a first fatty acid compound to the woman during a period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said woman during the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the woman together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

In a further embodiment of the inventive subject matter, a method for enriching the milk of a female mammal to optimize neurological development of a neonate being nursed by the female mammal, which comprises administering a first fatty acid compound to the female mammal during a period commencing at least at about the tenth week of gestation, said first fatty acid compound being selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof; administering a second fatty acid compound to said female mammal during the period commencing at least at about the tenth week of gestation, said second fatty acid compound being selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, and omega-2 fatty acid, a derivative thereof and a combination thereof, and said second fatty acid compound being provided to the female mammal together with said first fatty acid compound; and wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10.

## DETAILED DESCRIPTION OF THE INVENTION

As used herein, "nutritional stores" refers to the levels of vitamins, minerals and other nutrients which will be available for use by the mother, developing embryo, fetus and newborn infant.

"Nutritional status" refers to the presence or absence of any nutrient deficiency, or in other words, the extent to which physiological nutrient demands are being satisfied such that deficiency is avoided.

"Optimize neurological development" refers to attainment of the highest degree of neurological development possible through natural processes without the use of any unnatural substances or procedures, such as drugs, surgery and the like.

"Biologically active substance" refers to any substance or substances comprising a drug, active therapeutic substance, metabolite, medicament, vitamin, or mineral, any substance used for treatment, prevention, diagnosis, cure or mitigation of disease or illness, any substance which affects anatomical structure or physiological function, or any substance which alters the impact of external influences on an animal, or metabolite thereof, and as used herein, encompasses the terms "active substance", "therapeutic substance", "agent", "active agent", "active therapeutic agent", "drug", "medication", "medicine", "medicant", and other such similar terms.

"Specific physiological needs" refers to the unique requirements for certain levels of certain nutrients by one

9

class of persons, such as lactating women, pregnant women, etc., as distinguished from other classes.

"Biologically-acceptable" refers to being safe for human consumption.

"Neonate" refers to the offspring of a female mammal that is nursed by said female mammal and has not yet been weaned.

The compositions of the present inventive subject matter provide several specific new and unexpected benefits. First, the formulations ensure that both the mother and her infant or infants are provided with adequate energy during the period of lactation. Secondly, the formulations allow the mother to maintain adequate fatty acid stores for both her own use and for incorporation into her breast milk as her supplies are depleted during lactation. Thirdly, the fatty acids optimize the neurological development of the infant consuming the breast milk. Fourthly, when administered prior to lactation, the present compositions prepare women for the increased physiological demands and stresses to be placed upon their bodies. Finally, the present compositions help women recover from pregnancy and lactation and prepare women for additional pregnancies and subsequent lactation.

Thus, the inventive subject matter provides a composition designed to be administered to a woman for the purpose of both enriching her breast milk for the benefit of her child and also to directly benefit the woman. In fact, in some cases, the formulations may allow a woman to breast-feed her infant where in the absence of taking the present composition breast-feeding would have been either unsafe or outright impossible. Infants consuming the enriched breast milk, as described herein, will experience optimal neurological development. Further, the present composition will help a post-partum woman to recover from her pregnancy and labor quickly and efficiently by providing her with the fatty acids lost in pregnancy and lactation. In addition, the present composition will place a woman in optimal condition for an additional pregnancy and the lactation that will follow by helping her increase her nutritional stores of critical nutritional compounds.

The present inventive subject matter is based, in part, on the discovery that when compositions having certain fatty acids, in certain amounts and proportions to one another, are administered to women prior to and during lactation, infants who consume the breast milk of said women will achieve optimized neurological development. In particular, supplementing the mother's diet with certain fatty acids for a period beginning at ten weeks after conception and either ending when lactation ceases or being continued as a supplement will not only optimize the neural development of the breast-feeding infant, but also ensure that the mother has adequate essential fatty acids for her own use. The fatty acid supplement may also further contain vitamins and minerals to confer added health benefits to the infant and mother. In addition to benefitting a breast-feeding human infant, the present invention can also benefit the offspring of non-human mammals that are nursed by their mothers. The composition of the present invention could be administered to a mammal in animal feed, pill form, or other appropriate dosage forms to such mammals.

Without being limited by theory, the present compositions stimulate the production of breast milk which is enriched with essential fatty acids in amounts which optimize infant neurological development. These compositions achieve such enrichment of the breast milk through one or more natural biological pathways. For example, the arachidonic acid

10

cascade may play a significant role in the enrichment of the breast milk. Specifically, in the arachidonic acid cascade, linoleic acid is converted first to gamma-linolenic acid and then to further metabolites such as dihomo-gamma-linolenic acid and arachidonic acid which are precursors of 1 or 2 series prostaglandin respectively, as shown in the outline below:



The present composition contains at least two fatty acid compounds. The first fatty acid compound is selected from the group consisting of a linoleic acid compound, a linolenic acid compound, derivatives thereof and combinations thereof. The second fatty acid compound is selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, derivatives thereof and combination thereof. Moreover, when the first fatty acid compound is linolenic acid or a derivative thereof and the second fatty acid compound is an omega-3 fatty acid, said omega-3 fatty acid is not linolenic acid or a derivative thereof. It is also preferred that when the first fatty acid compound is linoleic acid or a derivative thereof and the second fatty acid compound is an omega-2 fatty acid, said omega-2 fatty acid is not linoleic acid or a derivative thereof.

The two fatty acid compounds are present in the composition in critical proportions to one another. Preferably, the weight ratio of the first fatty acid to the second fatty acid is about 1:0.001 to 50. More preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.1 to 10. Even more preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:0.9 to 2.5. Most preferably, the weight ratio of the first fatty acid compound to the second fatty acid compound is about 1:1 to 2.

The fatty acids of the present inventive subject matter may be used as such or as biologically acceptable and physiologically equivalent derivatives as, for example, detailed later herein. Reference to any of the fatty acids including reference in the claims is to be taken as including reference to the acids when in the form of such derivatives. Equivalence is demonstrated by entry into the biosynthetic pathways of the body as evidenced by effects corresponding to those of the acids themselves or their natural glyceride esters. Thus, indirect identification of useful derivatives is by their having the valuable effect in the body of the fatty acid itself, but conversion, for example, of gamma-linolenic

11

acid to dihomo-gamma-linolenic acid and on to arachidonic acid can be shown directly by gas chromatographic analysis of concentrations in blood, body fat, or other tissue by standard techniques, well known to persons of ordinary skill in the art to which the present inventive subject matter pertains.

Derivatives of linoleic acid, as used in the present inventive subject matter, include, without limitation, salts of linoleic acid, alkaline salts of linoleic acid, esters of linoleic acid, and combinations thereof. Derivatives of linolenic acid, as used in the present inventive subject matter, include, without limitation, salts of linolenic acid, alkaline salts of linolenic acid, esters of linoleic acid, and combinations thereof. The salts and alkaline salts herein refer to those regularly used organic or inorganic salts which are acceptable for pharmaceutical use. Non-limiting exemplary linolenic acids include gamma-linoleic acid and dihomo-gamma-linolenic acid.

The fatty acids of the present inventive subject matter may be from any source, including, without limitation, natural or synthetic oils, fats, waxes or combinations thereof. Moreover, the fatty acids herein may be derived, without limitation, from non-hydrogenated oils, partially hydrogenated oils, fully hydrogenated oils or combinations thereof. Non-limiting exemplary sources of fatty acids include seed oil, fish or marine oil, canola oil, vegetable oil, safflower oil, sunflower oil, nasturtium seed oil, mustard seed oil, olive oil, sesame oil, soybean oil, corn oil, peanut oil, cottonseed oil, rice bran oil, babassu nut oil, palm oil, low erucic rapeseed oil, palm kernel oil, lupin oil, coconut oil, flaxseed oil, evening primrose oil, jojoba, tallow, beef tallow, butter, chicken fat, lard, dairy butterfat, shea butter or combinations thereof. Specific non-limiting exemplary fish or marine oil sources include shellfish oil, tuna oil, mackerel oil, salmon oil, menhaden, anchovy, herring, trout, sardines or combinations thereof. Preferably, the source of the fatty acids is fish or marine oil, soybean oil or flaxseed oil.

The present composition may optionally contain additional vitamins and biologically-acceptable minerals. Non-limiting exemplary vitamins and biologically acceptable minerals and their derivatives thereof for inclusion in the present compositions include vitamin A, B vitamins, vitamin C, vitamin D, vitamin E, vitamin K, folic acid, iron, calcium, magnesium, potassium, copper, chromium, zinc, molybdenum, iodine, boron, selenium, manganese, derivatives thereof or combinations thereof. These vitamins and minerals may be from any source or combination of sources, without limitation. Non-limiting exemplary B vitamins include, without limitation, thiamine, niacinamide, pyridoxine, riboflavin, cyanocobalamin, biotin, pantothenic acid or combinations thereof.

When vitamin C is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 10 mg to about 500 mg. More preferably, the vitamin C is present in an amount ranging from about 25 mg to about 400 mg. Even more preferably, the vitamin C is present an immediate release form in an amount ranging from about 25 mg to about 50 mg. Most preferably, the vitamin C is present in a controlled release form in an amount ranging from about 250 mg to about 500 mg.

When vitamin E is present in the composition of the present inventive subject matter, it is preferably present in an amount ranging from about 5 mg to about 500 mg. More preferably, the vitamin E is present in an amount ranging from about 10 mg to about 400 mg. Even more preferably,

12

the vitamin E is present in a controlled release form in an amount ranging from about 250 mg to about 400 mg. Most preferably, the vitamin E is present in an immediate release form in an amount ranging from about 10 mg to about 50 mg.

Vitamin $B_6$ may also be present in the composition of the present inventive subject matter. Vitamin $B_6$ is preferably present in an amount ranging from about 10 mg to about 200 mg. More preferably, vitamin $B_6$ is present in an amount ranging from about 20 mg to about 125 mg. Even more preferably, vitamin B6 is present in an immediate release form in an amount ranging from 20 mg to about 50 mg. Most preferably, vitamin $B_6$ is present in a controlled release form in an amount ranging from 50 mg to about 125 mg.

Folic acid may also be incorporated into the composition of the present inventive subject matter. When folic acid is present in the composition, it is preferably present in an amount ranging from about 0.1 mg to about 3 mg. More preferably, folic acid is present in an immediate release form in an amount ranging from about 0.1 mg to about 2 mg. Even more preferably, folio acid is present in a controlled release form in an amount ranging from about 1.5 mg to about 3 mg.

Calcium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 100 mg to about 2,500 mg. More preferably, calcium is present in an amount ranging from about 100 mg to about 1,000 mg. Even more preferably, calcium is present in an immediate release form in an amount ranging from about 100 mg to about 500 mg. Most preferably, calcium is present in a controlled release form in an amount ranging from about 500 mg to about 2,000 mg.

Magnesium is preferably present in the composition of the present inventive subject matter in an amount ranging from about 25 mg to about 400 mg. More preferably, magnesium is present in the composition of the present inventive subject matter in an immediate release form in an amount ranging from about 25 mg to about 100 mg. Even more preferably, magnesium is present in the composition of the present inventive subject matter in a controlled release form in an amount ranging from about 100 mg to about 400 mg.

The composition of the present inventive subject matter may also include one or more biologically active substance. The biologically active substances incorporated into the present inventive subject matter are nonteratogenic to protect the unborn fetus. For example, without limitation, the biologically active substance may be a lactogen compound, a derivative of a lactogen compound or combinations thereof. Derivatives of lactogen compounds include, without limitation, salts of lactogen compounds, alkaline salts of lactogen compounds, esters of lactogen compounds and combinations thereof.

Various additives may be incorporated into the present composition. Optional additives of the present composition include, without limitation, starches, sugars, fats, antioxidants, amino acids, proteins, derivatives thereof or combinations thereof.

It is also possible in the nutritional composition of the present inventive subject matter for the dosage form to combine various forms of release, which include, without limitation, immediate release, extended release, pulse release, variable release, controlled release, timed release; sustained release, delayed release, long acting, and combinations thereon. The ability to obtain immediate release, extended release, pulse release, variable release, controlled release, timed release, sustained release, delayed release, long acting characteristics and combinations thereof is per-

US 6,576,666 B2

13

formed using well known procedures and techniques available to the ordinary artisan. Each of these specific techniques or procedures for obtaining the release characteristics does not constitute an inventive aspect of this inventive subject matter all of which procedures are well known to those of ordinary skill in the art. As used herein, a "controlled release form" means any form having at least one component formulated for controlled release. As used herein, "immediate release form" means any form having all its components formulated for immediate release.

Any biologically-acceptable dosage form, and combinations thereof, are contemplated by the inventive subject matter. Examples of such dosage forms include, without limitation, chewable tablets, quick dissolve tablets, effervescent tablets, reconstitutable powders, elixirs, liquids, solutions, suspensions, emulsions, tablets, multi-layer tablets, bi-layer tablets, capsules, soft gelatin capsules, hard gelatin capsules, caplets, lozenges, chewable lozenges, beads, powders, granules, particles, microparticles, dispersible granules, cachets, douches, suppositories, creams, topicals, inhalants, aerosol inhalants, patches, particle inhalants, implants, depot implants, ingestibles, injectables, infusions, health bars, confections, animal feeds, cereals, cereal coatings, foods, nutritive foods, functional foods and combinations thereof. The preparation of the above dosage forms are well known to persons of ordinary skill in the art.

The following procedures represent, without limitation, of acceptable methods of preparing formulations falling within the scope of the inventive subject matter. For example, animal feed may be by methods well known to persons of ordinary skill in the art. Animal feeds may be prepared by mixing the formulation with binding ingredients to form a plastic mass. The mass is then extruded under high pressure to form tubular (or "spaghetti-like") structures that are cut to pellet size and dried.

Quick dissolve tablets may be prepared, for example, without limitation, by mixing the formulation with agents such as sugars and cellulose derivatives, which promote dissolution or disintegration of the resultant tablet after oral administration, usually within 30 seconds.

Cereal coatings may be prepared, for example, without limitation, by passing the cereal formulation, after it has been formed into pellets, flakes, or other geometric shapes, under a precision spray coating device to deposit a film of active ingredients, plus excipients onto the surface of the formed elements. The units thus treated are then dried to form a cereal coating.

For example, health bars may be prepared, without limitation, by mixing the formulation plus excipients (e.g., binders, fillers, flavors, colors, etc.) to a plastic mass consistency. The mass is then either extended or molded to form "candy bar" shapes that are then dried or allowed to solidify to form the final product.

Soft gel or soft gelatin capsules may be prepared, for example, without limitation, by dispersing the formulation in an appropriate vehicle (vegetable oils are commonly used) to form a high viscosity mixture. This mixture is then encapsulated with a gelatin based film using technology and machinery known to those in the soft gel industry. The industrial units so formed are then dried to constant weight.

Chewable tablets, for example, without limitation, may be prepared by mixing the formulations with excipients designed to form a relatively soft, flavored, tablet dosage form that is intended to be chewed rather than swallowed. Conventional tablet machinery and procedures, that is both direct compression and granulation, i.e., or slugging, before

14

compression, can be utilized. Those individuals involved in pharmaceutical solid dosage form production are well versed in the processes and the machinery used as the chewable dosage form is a very common dosage form in the pharmaceutical industry.

Film coated tablets, for example, without limitation, may be prepared by coating tablets using techniques such as rotating pan coating methods or air suspension methods to deposit a contiguous film layer on a tablet. This procedure is often done to improve the aesthetic appearance of tablets, but may also be done to improve the swallowing of tablets, or to mask an obnoxious odor or taste, or to improve to usual properties of an unsightly uncoated tablet.

Compressed tablets, for example, without limitation, may be prepared by mixing the formulation with excipients intended to add binding qualities to disintegration qualities. The mixture is either directly compressed or granulated then compressed using methods and machinery quite well known to those in the industry. The resultant compressed tablet dosage units are then packaged according to market need, i.e., unit dose, rolls, bulk bottles, blister packs, etc.

The present inventive subject matter contemplates nutritional compositions formulated for administration by any route, including without limitation, oral, buccal, sublingual, rectal, parenteral, topical, inhalational, injectable and transdermal. The physicochemical properties of nutritional compositions, their formulations, and the routes of administration are important in absorption. Absorption refers to the process of nutritional composition movement from the site of administration toward the systemic circulation. Most orally administered nutritional compositions are in the form of tablets or capsules primarily for convenience, economy, stability, and patient acceptance. They must disintegrate and dissolve before absorption can occur. Using the present inventive subject matter with any of the above routes of administration or dosage forms is performed using well known procedures and techniques available to the ordinary skilled artisan.

The present inventive subject matter contemplates the use of biologically-acceptable carriers which may be prepared from a wide range of materials. Without being limited thereto, such materials include diluents, binders and adhesives, lubricants, plasticizers, disintegrants, colorants, bulking substances, flavorings, sweeteners and miscellaneous materials such as buffers and adsorbents in order to prepare a particular medicated composition.

Binders may be selected from a wide range of materials such as hydroxypropylmethylcellulose, ethylcellulose, or other suitable cellulose derivatives, povidone, acrylic and methacrylic acid co-polymers, pharmaceutical glaze, gums, milk derivatives, such as whey, starches, and derivatives, as well as other conventional binders well known to persons skilled in the art. Exemplary non-limiting solvents are water, ethanol, isopropyl alcohol, methylene chloride or mixtures and combinations thereof. Exemplary non-limiting bulking substances include sugar, lactose, gelatin, starch, and silicon dioxide.

The plasticizers used in the dissolution modifying system are preferably previously dissolved in an organic solvent and added in solution form. Preferred plasticizers may be selected from the group consisting of diethyl phthalate, diethyl sebacate, triethyl citrate, cronotic acid, propylene glycol, butyl phthalate, dibutyl sebacate, caster oil and mixtures thereof, without limitation. As is evident, the plasticizers may be hydrophobic as well as hydrophilic in nature. Water-insoluble hydrophobic substances, such as

US 6,576,666 B2

15

diethyl phthalate, diethyl sebacate and caster oil are used to delay the release of water-soluble vitamins, such as vitamin $B_6$ and vitamin C. In contrast, hydrophilic plasticizers are used when water-insoluble vitamins are employed which aid in dissolving the encapsulated film, making channels in the surface, which aid in nutritional composition release.

The composition of the present inventive subject matter may be administered in a partial, i.e., fractional dose, one or more times during a 24 hour period, a single dose during a 24 hour period of time, a double dose during a 24 hour period of time, or more than a double dose during a 24 hour period of time. Fractional, double or other multiple doses may be taken simultaneously or at different times during the 24 hour period.

The compositions of the present invention are intended for use by humans and other mammals. The dosages are adjusted according to body weight and thus may be set forth herein on a per body weight basis. For example, if the formula specifies a range of about 10–1000 mg for a 55 kg individual, that range would be adjusted for a 35 kg individual to about 6.3–63 mg (e.g., the lower range limit=(35 kg/55 kg) *10 mg=6.3 mg). Decimal amounts may be rounded to the nearest whole number. In the above manner the present compositions may thus be adapted to be suitable for any individual, including any mammal, regardless of its size.

The present composition is adapted to meet the specific physiological needs of a breast-feeding mother. For example, the formulations may focus on special nutritional needs of the mother that are not generally addressed in prenatal supplements, such as essential fatty acids, iron and calcium, without limitation. The iron and calcium, when present, are provided in amounts to optimize nutritional benefit to the mother, while minimizing unpleasant side effects which may accompany overly large doses. The formulation can be further tailored based upon the specific needs, genetic predispositions or identified deficiencies of women. Moreover, the present composition can be used as one component of a prescribed therapy.

Biologically-acceptable calcium compounds include, but are not limited to, any of the well known calcium supplements, such as calcium carbonate, calcium sulfate, calcium oxide, calcium hydroxide, calcium apatite, calcium citrate-malate, bone meal, oyster shell, calcium gluconate, calcium lactate, calcium phosphate, calcium levulinate, and the like.

Biologically-acceptable magnesium compounds which may be incorporated into the present inventive subject matter include, but are not limited to, magnesium stearate, magnesium carbonate, magnesium oxide, magnesium hydroxide and magnesium sulfate.

The compositions of the inventive subject matter may be provided in a blister pack or other such pharmaceutical package, without limitation. Further, the compositions of the present inventive subject matter may further include or be accompanied by indicia allowing women to identify the compositions as products for persons planning to or currently breast-feeding their infants. The indicia may further additionally include an indication of the above specified time periods for using said compositions.

The composition of the present inventive subject matter is preferably administered during a period commencing no later than at least the tenth week of pregnancy. More preferably, the composition is administered during a period of time commencing on about the tenth week of pregnancy and continuing through to completion of breast-feeding or continuing on as a nutritional supplement for the mother.

16

The present inventive subject matter includes a method for enriching the breast milk of women to optimize neurological development of infant's breast-fed by said women. The methods include administration of the present composition to women during a critical period. The critical period of administration is the period commencing at least at about the tenth week of pregnancy and terminating at the conclusion of breast-feeding or continuing on as a nutritional supplement for the mother.

The present composition and method may increase lactogenesis or the quantity of breast milk produced during lactation. Further, the compositions and methods may prevent or at least minimize fatty acid deficiency in lactating women. The quality of breast milk may also be improved by the compositions and methods. Moreover, the duration of the period of lactation may be extended by the present compositions and methods. Thus, women who would have difficulty breast-feeding for more than four weeks after pregnancy when not taking the present composition, could breast-feed for more than four weeks after pregnancy when taking the present composition.

The foregoing is considered as illustrative only of the principles of the inventive subject matter. Further, since numerous modifications and changes will readily occur to those skilled in the art, it is not desired to limit the inventive subject matter to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the inventive subject matter.

The following examples are illustrative of preferred embodiments of the inventive subject matter and are not to be construed as limiting the inventive subject matter thereto. All percentages are based on the percent by weight of the final delivery system or formulation prepared unless otherwise indicated and all totals equal 100% by weight.

EXAMPLES

Example 1

The following formulations are used to prepare compositions for administration to women prior to and during lactation:

| Component (in mg unless otherwise indicated) | Formula I | Formula II | Formula III |
|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 |
| Vitamin C | 25 | 400 | 700 |
| Vitamin E (I.U.) | 10 | 400 | 200 |
| Vitamin A (I.U.) | 2700 | 2700 | 2700 |
| Vitamin D₃ (I.U.) | 400 | 400 | 400 |
| Vitamin B₆ | 20 | 125 | 20 |
| Iron | 90 | 90 | 90 |
| Calcium | 2500 | 400 | 1000 |
| Microcrystalline Cellulose | 200 | 200 | 200 |
| Starch | 200 | 200 | 200 |
| Silicon Dioxide | 3 | 5 | 5 |
| Magnesium Stearate | 10 | 12 | 15 |

Example 2

The following compositions are used to prepare controlled release products for administration to women prior to and during lactation:

US 6,576,666 B2

17

| Component (in mg unless otherwise indicated) | Controlled Release Formula A | Controlled Realease Formula B |
|---|---|---|
| Linoleic Acid | 20 | 20 |
| Linolenic Acid | 20 | 20 |
| Omega-3 Fatty Acid | 50 | 50 |
| Omega-2 Fatty Acid | 50 | 50 |
| Vitamin C | 250 | 400 |
| Vitamin B (I.U.) | 200 | 400 |
| Vitamin A (I.U.) | 2700 | — |
| Vitamin D₃ (I.U.) | 400 | — |
| Vitamin B₆ | 125* | 125* |
| Iron | 90* | — |
| Calcium | 500 | 100 |
| Microcrystalline Cellulose | 200 | 200 |
| Starch | 200 | 200 |
| Silicon Dioxide | 5 | 1 |
| Magnesium Stearate | 15 | 15 |
| Ethylcellulose | 60 | 60 |
| Folic Acid | — | 1 |
| Magnesium | — | 25 |

*formulated for controlled release

Example 3

The following compositions are used to prepare products for administration to women prior to and during lactation:

| Component | IV | V | VI | VII | VIII | IX |
|---|---|---|---|---|---|---|
| Linoleic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Linolenic Acid | 10 | 100 | 20 | 10 | 100 | 20 |
| Omega-3 Fatty Acid | 10 | 10 | 50 | 10 | 10 | 50 |
| Omega-2 Fatty Acid | — | — | 50 | — | — | 50 |
| Vitamin B6 | 20 | 125 | 20 | 20 | 125 | 20 |
| Folic Acid | 0.1 | 3 | 1 | 0.1 | 3 | 1 |
| Calcium | 100 | 400 | 1000 | 100 | 1000 | 1000 |
| Magnesium | — | — | 25 | 400 | 25 |
| Vitamin C | — | — | 25 | 400 | 400 |
| Vitamin E (I.U.) | — | — | 10 | 400 | 400 |
| Microcrystalline Cellulose | 100 | 100 | 200 | 100 | 100 | 100 |
| Starch | 100 | 100 | 200 | 100 | 100 | 100 |
| Silicon Dioxide | 0.3 | 0.7 | 1 | 0.3 | 1 | 1 |
| Magnesium Stearate | 3 | 7 | 15 | 3 | 15 | 15 |
| Lactose | 100 | — | — | 100 | — | — |
| Ethylcellulose | — | — | — | — | — | — |

The above components are in mg unless otherwise indicated. Tablets incorporating the above formulations are prepared using conventional methods and materials known in the pharmaceutical art. The resulting nutritional compositions were recovered and stored for future use.

Example 4

A soft gelatin supplement may be prepared, by first combining mineral oil and soybean oil in a first vessel and blending it to form a uniform oil mixture, heating the oil mixture to 45 degrees Celsius, and then adding propylene glycol. In a second vessel preheated to 70 degrees Celsius, yellow beeswax and soybean oil are added and blended until a uniform wax mixture is formed. The wax mixture is cooled to 35 degrees Celsius and then added to the oil mixture. To this combined oil and wax mixture, folic acid, vitamin B₆,

18

iron, magnesium, and calcium are then added and blended together to form a uniform biologically active mixture. The mixture is then cooled to 30 degrees Celsius to form a viscous biologically active core composition, after which time the composition is ready for encapsulation in a soft gelatin shell.

A soft gelatin shell is prepared by heating purified water in a suitable vessel and then adding gelatin. This water gelatin mixture is mixed until the gelatin is fully dissolved, and then glycerin, preservative, one or more flavors, and one or more colorants are added. This gelatin mixture is blended well and cooled. The shells are then filled with the core composition and formed in accordance with soft gelatin techniques commonly used and well known to persons of skill in the art.

The inventive subject matter being thus described, it will be apparent that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the inventive subject matter, and all such modifications are intended to be within the scope of the appended claims.

We claim:

1. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 fatty acid, a derivative thereof and a combination thereof;

c) about 10 mg to 125 mg of a vitamin B₆ compound or derivative thereof;

d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;

e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;

f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;

g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

2. The composition of claim 1, wherein said composition additionally contains a biologically active substance.

3. The composition of claim 2, wherein the biologically active substance is a lactogen compound or derivative thereof.

4. The composition of claim 1, wherein said composition is administered during a period commencing no later than the tenth week of pregnancy.

5. The composition of claim 1, wherein said composition is administered during a period of time commencing at least at about the tenth week of pregnancy.

6. The composition of claim 1, wherein said composition is adapted to meet specific physiological needs of a breast-feeding mother.

US 6,576,666 B2

19
20

7. The composition of claim **1**, wherein said composition is in an oral dosage form.

8. The composition of claim **7**, wherein said oral dosage form is selected from the group consisting of immediate release, extended release, pulsed release, delayed release, controlled release and combinations thereof.

9. The composition of claim **7**, wherein said oral dosage form is selected from the group consisting of a chewable tablet, quick dissolve tablet, an effervescent tablet, a hard gelatin capsule, a soft gelatin capsule, reconstitutable particles, microparticles, a suspension, an elixir, a caplet, a fortified food, pudding, yogurts, gelatin, cereal and combinations thereof.

10. The composition of claim **1**, wherein said composition is administered once during a twenty four hour period of time.

11. The composition of claim **1**, wherein said composition is administered at least twice during a twenty four hour period of time.

12. The composition of claim **1**, wherein said composition increases lactogenesis.

13. The composition of claim **1**, wherein said composition increases the quantity of breast milk produced during lactation.

14. The composition of claim **1**, wherein said composition prevents deficiency of essential fatty acids in the woman.

15. The composition of claim **1**, wherein said composition is provided with indicia indicating a time period of use.

16. The composition of claim **15**, wherein said time period of use is prior to, during and after lactation.

17. The composition of claim **15**, wherein said time period commences at about the tenth week of pregnancy.

18. The composition of claim **1**, wherein said composition extends the duration of the period of lactation.

19. The composition of claim **1**, wherein said composition improves quality of said breast milk.

20. The composition of claim **1**, wherein said composition achieves enrichment of said breast milk through a natural biological pathway.

21. The composition of claim **1**, additionally comprising a vitamin compound selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof.

22. The composition of claim **1**, further comprising a biologically-acceptable mineral compound which is iron.

23. A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:

a) about 10 mg to about 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;

b) about 10 mg to about 1000 mg of a second fatty acid compound for each compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid compound, an omega-2 fatty acid compound, a derivative thereof and a combination thereof;

c) a vitamin compound selected from the group consisting of about 10 mg to about 200 mg of a vitamin $B_6$ compound or derivative thereof, about 0.1 mg to about 3 mg of a folic acid compound or derivative thereof, about 25 mg to about 500 mg of a vitamin C compound or derivative thereof, about 10 mg to about 400 mg of a vitamin E compound or derivative thereof, and combinations thereof; and

d) a biologically acceptable mineral compound which is selected from the group consisting of about 100 mg to about 2000 mg of a calcium compound or derivative thereof, about 25 mg to about 400 mg of a magnesium compound or derivative thereof, and combinations thereof;

wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.

\*   \*   \*   \*   \*

| *Notice of Allowability* | Application No. 09/885,158 | Applicant(s) Hermellin et al |
|---|---|---|
| | Examiner R.S. Travers J.D., Ph.D. | Art Unit 1617 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *11/01/02* .

2. ☒ The allowed claim(s) is/are *9-27, 29, and 56-58* .

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

        1) ☐ hereto or  2) ☐ to Paper No. _____ .

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | | | |
|---|---|---|---|
| 1 ☐ Notice of References Cited (PTO-892) | | 2 ☐ Notice of Informal Patent Application (PTO-152) | |
| 3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | | 4 ☐ Interview Summary (PTO-413), Paper No. _____ . | |
| 5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____ | | 6 ☐ Examiner's Amendment/Comment | |
| 7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | | 8 ☒ Examiner's Statement of Reasons for Allowance | |
| 9 ☐ Other | | | |

**R.S. TRAVERS J.D., PH.D.
PRIMARY EXAMINER
ART UNIT 1617**

Application/Control Number: 09/885,158                                   Page 2

Art Unit:

## REASONS FOR ALLOWANCE

The amendment , rebuttal arguments and request for continuing examination filed November 1, 2002 have been received and entered into the file.

Arguments regarding the unobvious nature of the claimed compositions are convincing.   In view of the presented amendments, Examiner embraces the presented rebuttal argument; it would not be obvious for the skilled artisan to employ the claimed compounds concomitantly and expect the therapeutic effect herein claimed.

The skilled artisan would not expect the claimed compounds to produce the illustrated pharmacological effect, claimed herein.

Applicant's amendments distance the instant claims from the prior art compositions.   An exhaustive literature search failed to produce any reference to the claimed compounds for the use herein claimed.  Although compounds claimed by Applicant, reside in the prior, the prior art use fails to state, or suggest those claimed compounds in the amounts, or ratios herein claimed.  No suggestion resides in the prior art for optimizing the herein claimed ingredients in the manner claimed.

Any inquiry concerning this communication should be directed to Russell Travers at telephone number (703) 308-4603.

RUSSELL TRAVERS
PRIMARY EXAMINER
GROUP 1200

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

7590      01/28/2003

Gary M. Nath
NATH & ASSOCIATES PLLC
1030 15th Street, N.W. - 6th Floor
Washington, DC 20005

| EXAMINER |
|---|
| TRAVERS, RUSSELL S |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 1617 | 514-560000 |

DATE MAILED: 01/28/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/885,158 | 06/21/2001 | Marc S. Hermelin | 23818Y | 5214 |

TITLE OF INVENTION: NUTRITIONAL SUPPLEMENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 04/28/2003 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**  Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
**Fax**  (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

7590    01/28/2003

Gary M. Nath
NATH & ASSOCIATES PLLC
1030 15th Street, N.W. - 6th Floor
Washington, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/885,158 | 06/21/2001 | Marc S. Hermelin | 23818Y | 5214 |

TITLE OF INVENTION: NUTRITIONAL SUPPLEMENTS

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1300 | $300 | $1600 | 04/28/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TRAVERS, RUSSELL S | 1617 | 514-560000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

□ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

□ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)  □ individual  □ corporation or other private group entity  □ government

4a. The following fee(s) are enclosed:

□ Issue Fee
□ Publication Fee
□ Advance Order - # of Copies _____

4b. Payment of Fee(s):

□ A check in the amount of the fee(s) is enclosed.
□ Payment by credit card, Form PTO-2038 is attached.
□ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

_____ (Authorized Signature)          _____ (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/885,158 | 06/21/2001 | Marc S. Hermelin | 23818Y | 5214 |

|  |  |
|---|---|
| 7590     01/28/2003 | EXAMINER |
| Gary M. Nath | TRAVERS, RUSSELL S |
| NATH & ASSOCIATES PLLC | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1617 | |

1030 15th Street, N.W. - 6th Floor
Washington, DC 20005

DATE MAILED: 01/28/2003

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/885,158 | 06/21/2001 | Marc S. Hermelin | 23818Y | 5214 |

7590    01/28/2003

Gary M. Nath
NATH & ASSOCIATES PLLC
1030 15th Street, N.W. - 6th Floor
Washington, DC 20005
UNITED STATES

| EXAMINER |
|---|
| TRAVERS, RUSSELL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1617 | |

DATE MAILED: 01/28/2003

### Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003; Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

**Exhibit B**



(19)

Europäisches Patentamt

European Patent Office

Office européen des brevets



(11)    **EP 0 705 539 B1**

(12)    **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**22.01.2003 Bulletin 2003/04**

(51) Int Cl.7: **A23C 11/04**, A23C 9/13,
A23C 9/152, A23C 19/05,
A23C 9/154

(21) Application number: 95202695.3

(22) Date of filing: **06.10.1995**

(54) **A food for pregnant and lactating women**

Nahrungsmittel für schwangere und stillende Frauen

Produit alimentaire pour femmes enceintes et allaitantes

(84) Designated Contracting States:
**AT BE CH DE DK ES FR GB GR IE IT LI LU MC NL
PT SE**

(30) Priority: **06.10.1994 NL 9401644**

(43) Date of publication of application:
**10.04.1996 Bulletin 1996/15**

(73) Proprietor: **Friesland Brands B.V.
8937 AC Leeuwarden (NL)**

(72) Inventors:
• **Schaafsma, Anne
  NL-8913 GL Leeuwarden (NL)**
• **Glas, Cornelis
  NL-9255 KE Tietjerk (NL)**

(74) Representative:
**Smulders, Theodorus A.H.J., Ir. et al
Vereenigde
Postbus 87930
2508 DH Den Haag (NL)**

(56) References cited:
EP-A- 0 183 305          EP-A- 0 484 266
EP-A- 0 504 055          DE-A- 4 304 394
GB-A- 2 217 173          US-A- 5 104 677
US-A- 5 330 972

• **DATABASE WPI Week 9122 Derwent
  Publications Ltd., London, GB; AN 91-159781
  XP002020289 & JP-A-03 094 655 (OTSUKA
  PHARM KK)**
• **CHEMICAL ABSTRACTS, vol. 108, no. 22, 30 May
  1988 Columbus, Ohio, US; abstract no. 188170,
  XP002020288 & JP-A-63 023 736 (MEIJI MILK
  PRODUCTS)**
• **PATENT ABSTRACTS OF JAPAN vol. 13, no.
  286, 29 June 1989 & JP-A-01 080250 (SNOW
  BRAND MILK PROD)**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give
notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in
a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art.
99(1) European Patent Convention).

EP 0 705 539 B1

EP 0 705 539 B1

## Description

[0001]   This invention relates to a food specifically intended for pregnant and lactating women. This food is based on milk products.

[0002]   The object of the present invention is to provide a food which optimally meets the nutritional needs of pregnant and lactating women as well as developing children from the point of view of a good health for mother and child. It is not an object of the invention to provide an alternative food to be administered to a baby or small child after birth.

[0003]   In particular, the products according to the invention are intended to reduce the chances of systemic complications during pregnancy, as well as to contribute to optimum growth and brain development of the foetus or the infant.

[0004]   It is well known that during pregnancy especially a good supply of polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$ is of importance. For instance, notably DHA (docosahexaenoic acid) and AA (arachidonic acid) are of importance for the brain development of the foetus in particular. Brain development takes place chiefly at the end of pregnancy. The above-mentioned polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$, are also designated by the term "long chain polyunsaturated fatty acids" (LCPs). Such LCPs can be derived in vivo from the unsaturated $C_{18}$ precursors linoleic acid and α-linolenic acid. In these biosyntheses use is made of enzymes of the types desaturase and elongase. For instance, γ-linolenic acid (GLA) and arachidonic acid (AA) result from linoleic acid, while eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA) result from α-linolenic acid.

[0005]   During pregnancy, the foetus is fed via the umbilical cord with LCPs containing 20-22 C atoms, derived from linoleic acid and α-linolenic acid in the body of the mother. After birth, too, an infant is still dependent on the exogenous supply of LCPs for quite some time because the development of biosynthesis in the rapidly growing infant is still far from ideal.

[0006]   European patent applications 0 140 805, 0 231 904 and 0 404 058, U.S. Patent 4,670,285 and Canadian patent specification 1 244 708 disclose milk products which have specifically been developed as a complete food for infants. The products in question are exclusively based on cow's milk ingredients and enriched with various LCPs. At least AA + DHA are present, while in addition meaning is given to the ratio AA/DHA. For an important part, these LCPs are derived from vegetable fats. In these known products the ratio of linoleic acid to α-linolenic acid is always greater than 7:1, in many cases even considerably greater. There is no focus on LCPs derived from α-linolenic acid. Only vitamin C and vitamin E are mentioned as physiologically active antioxidants.

[0007]   The current dietary patterns of pregnant and lactating women lead to a relatively large intake of linoleic acid relative to α-linolenic acid. It appears that too high a ratio of linoleic acid to α-linolenic acid has an adverse effect on the biosynthesis of EPA and/or DHA. As a result, the foetus or the infant cannot take up an optimum amount of EPA and/or DHA.

[0008]   According to the invention, it is endeavoured to overcome the problem in the biosynthesis of LCPs, which are derived from α-linolenic acid, in the body of a pregnant or lactating woman and thereby to optimise the uptake of these LCPs by the foetus or the infant.

[0009]   This problem is solved by particularly including in the fatty fraction of the products according to the invention additional EPA + DHA optionally in combination with relatively more α-linoleic acid being the precursor of DHA and EPA or by pursuing a low ratio of linoleic acid to α-linolenic acid, and by including soluble nutrient fibers, β-carotene, Vitamin E and Vitamin C.

[0010]   The invention accordingly relates to a food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with DHA and EPA containing fats in the fatty fraction of said food based or milk products and soluble nutrient fibers, further comprising β-carotene, Vitamin E and Vitamin C, while in the fatty fraction the ratio of linoleic acid to α-linoleic acid is preferably less than 4:1 and preferably the sum of the amounts of linoleic acid plus α-linolenic acid exceeds 10% by weight, based on the weight of the fatty fraction.

[0011]   In a further aspect, the present invention relates to the use of docosahexaenoic acid and eicosapentaenoic acid in a fatty fraction, in combination with vitamin E, vitamin C and β-carotene, and soluble nutrient fibres in the manufacture of a medicament for pregnant or lactating women for the treatment of systemic complications.

[0012]   For example, said complications comprise constipation, (pre-)eclampsia, and/or disorders associated with calcium and/or iron deficiency.

[0013]   In yet another aspect, the invention relates to the use of docosahexaenoic acid and eicosapentaenoic acid, in combination with vitamin E, vitamin C and β-carotene, and with a fatty fraction, wherein the ratio of linoleic acid to α-linolenic acid is less than 4:1 in the preparation of a food for pregnant or lactating women to contribute to optimum growth and brain development of the foetus or the infant.

[0014]   The food according to the invention is also intended to reduce the chances of (pre-)eclampsia during pregnancy. In particular, the invention provides for an optimal supply of fatty acids resulting from α-linolenic acid, which reduces the chances on (pre-)eclanipsia.

[0015]   A further object contemplated is to obtain improved protection of the highly unsaturated fatty acids in the mother's body. In particular, there is an increased sensitivity to radicals in the direction of the highly unsaturated $C_{20-22}$

2

fatty acids which pass the foetus inter alia via the umbilical cord.

[0016]   This improved protection is achieved by including in the products an ample amount of vitamin E, vitamin C as well as β-carotene. These compounds exhibit so-called scavenger action: they limit the formation of free radicals during pregnancy. Excessive free radical formation or unduly low scavenger action (antioxidant action) is associated inter alia with the development of (pre-)eclampsia due to an imbalance in the synthesis of relevant prostaglandins, prostacyclins.

[0017]   When using the combination of vitamin E, vitamin C plus β-carotene, the scavenger action is ensured to a higher degree than is the case with the prior art.

[0018]   European patent application 0 484 266 discloses an edible fatty mixture intended for small children and as a dietary product for adults. This fatty mixture is characterised by an oleic acid/linoleic acid/α-linolenic acid ratio in the ranges of 30-80/3-20/0.3-3, which ratio is said to correspond with that of mother's milk. Emphasis is laid on the relation AA/DHA. Al fatty mixtures contain MCT fats. Further, fatty mixtures which are better protected against radicals (vitamin E, vitamin C as well as β-carotene), are not illustrated, and certainly not as a food for pregnant and lactating women.

[0019]   JP-04/341140 describes a product for pregnant or breast feeding women which focusses on a non-allergenic dairy product containing a milk protein hydrolysate. The hydrolysate applied is of a rather old-fashioned type resulting from treating the proteins with enzymes only. In accordance with the present invention, however, protein hydrolysates may be applied as one of the ingredients resulting from milk, which are treated with enzymes in combination with fractionation so as to reach a high content of di- and tripeptides and a low content of amino acids.

[0020]   This protein hydrolysate has improved properties as compared with the hydrolysates applied in JP-04/341140 both for an optimal digestion as for reduced chances on allergic reactions. JP-04/341140 does not describe the LCP-antioxidant-system of the present invention.

[0021]   In Voprosy Pitaniya No. 5, 1993, 28-31 a milk-based product is described for pregnant and lactating women wherein not anything is described in respect of the importance of the LCPs resulting from α-linolenic acid or the protection of these acids by the antioxidant system of the present invention. The prior art product contains the vegetable fat source maize butter. In order to prevent the absorption of radionuclids, strontium, caesium, lead and mercury, fibers can be incorporated.

[0022]   An important problem often arising during pregnancy is constipation. For that reason, it is preferred that the food according to the invention further contains laxative soluble fibres. Examples of such products include inulin, guar gum, carob bean gum and pectins.

[0023]   DE-A-43 04 394 describes a formulation for enterally feeding cancer patients. These compositions contain DHA and EPA.

[0024]   GB 2 217 173 teaches nutritional and medicinal compositions in the form of an emulsion or a paste containing polyunsaturated oil providing at least one essential polyunsaturated acid and dietary fibre.

[0025]   The food according to the invention is based on milk products. Suitable milk raw materials to be mentioned include whole milk, skimmed milk, cream, whey, buttermilk as well as derivatives derived therefrom. In this connection, particular mention is made of milk products of which a part of the lactic proteins has been replaced by protein hydrolysates. The addition of LCPs can be effected as an oil or in coated form. β-carotene as applied results from raw materials rich in β-carotene. It may be associated with lycopene, lutein and cryptoxanthin.

[0026]   In a preferred embodiment, the food according to the invention has been brought into the form of a powdery product. This product may or may not have been rendered instant or granulated. The products according to the invention may also be liquid milk products. Further, the products may have a fermented character, such as yoghurt (beverages), or be products prepared to give a type of fresh-cheese.

[0027]   The products according to the invention are also intended to provide for a permanently good calcium supply during pregnancy. In particular in the third trimester of pregnancy the need for calcium increases. The object contemplated is realised in that the milk products, in themselves already constituting a suitable source of calcium, are further enriched by including additional calcium from Ca-rich sources without this leading to an increase of constipations or of any instability in the product.

[0028]   Suitable calcium sources are: $CaCO_3$, $Ca(OH)_2$, $CaCl_2$, Ca gluconate, Ca citrate, Ca lactate, Ca ascorbate, Ca malate, Ca glycerophosphate and Ca phosphate. These calcium sources are often added during the preparation of the products from a non-strongly ionic suspension. It is preferred that so many calcium ions are added as to give a Ca/P ratio greater than 1.5 in the food.

[0029]   In order to contribute to a good iron supply during pregnancy and to prevent anaemia, the foods according to the invention can also contain sources supplying iron ions. It is moreover possible to add other micro-ingredients which are known to be necessary during pregnancy in particular, for example trace elements, minerals, and vitamins. Generally, the aim is for the food according to the invention to provide for the need for these micro-ingredients in an amount of 50% or more of the existing standards for these compounds.

[0030]   To prevent allergic reactions, the milk proteins in the food according to the invention can be enzymatically hydrolysed and fractionated so as to reach a non-allergenic di- and tripeptid-rich hydrolysate. Also, with a view to this,

EP 0 705 539 B1

specific components such as for instance arginine and γ-linolenic acid can be added.

[0031]    Further, the products can be enriched with other sugars than sugars coming from the milk, viz. saccharose, glucose, and dextrins; as well as with vegetable proteins.

[0032]    For the purpose of proper intake of the product, aroma and flavor can be added.

[0033]    The invention will now be explained in more detail in and by the following examples.

EXAMPLE I

[0034]    A powdery product was prepared, consisting of :

| | |
|---|---|
| Water | 2.6% |
| Skimmed milk dry matter | 49.0% |
| Desalted whey dry matter | 20.2% |
| Whole milk powder | 5.8% |
| Vegetable fat (palm olein/rapeseed oil/LCP oil) | 9.5% |
| Lecithin | 0.2% |
| Soluble fibres (Fibruline®; containing inulin) | 7.5% |
| Citric acid | 1.1% |
| Calcium hydroxide | 0.6% |
| Minerals, trace elements, vitamins | 3.5% |

[0035]    A composition was obtained as specified in Table I. The ratio of linoleic acid/α-linolenic acid is less than 4:1. The product contains 2.5 wt.% EPA and 1.5 wt.% DHA in the fatty fraction.

Table I

| | | Analysis per 100 g |
|---|---|---|
| Protein | g | 22.6 |
| Fat | g | 12.5 |
| Linoleic acid | mg | 1560 |
| α-Linolenic acid | mg | 400 |
| Carbohydrates | g | 55.7 |
| - Lactose | q | 48.2 |
| - Dietary fibres | g | 7.5 |
| Moisture | g | 3.0 |
| Minerals | g | 6.0 |
| Calcium | mg | 1000 |
| Phosphorus | mg | 620 |
| Ca/P ratio | | 1.6 |
| Iron | mg | 50 |
| Copper | µg | 970 |
| Sodium | mg | 265 |
| Potassium | mg | 940 |
| Chloride | mg | 570 |
| Magnesium | mg | 265 |
| Zinc | mg | 12.7 |
| Iodide | µg | 145 |

EP 0 705 539 B1

Table I   (continued)

|  |  | Analysis per 100 g |
|---|---|---|
| Manganese | µg | 415 |
| Vitamins |  |  |
| A | µg RE (IU) | 667 (2220) |
| β-carotene | µg | 280 |
| $D_3$ | µg (IU) | 8.3 (332) |
| E | (IU) | 8.3 |
| $K_1$ | µg | 63.0 |
| $B_1$ | µg | 1250 |
| $B_2$ | µg | 1335 |
| Niacin NE | mg | 14.3 |
| $B_6$ | µg | 1835 |
| Folic acid | µg | 335 |
| Pantothenic acid | µg | 3300 |
| B12 | µg | 2.4 |
| Biotin | µg | 42.0 |
| C | mg | 58.0 |
| Energy value | kcal | 400 |
|  | kJ | 1670 |

[0036]   The mixture was prepared by mixing whole milk, skimmed milk, and desalted whey in liquid form with the vegetable fat and a suspension of calcium hydroxide and citric acid. After pasteurisation and homogenisation, this mixture was dried to a powdery half-finished product. The last-mentioned product was then finally mixed with the other minerals and trace elements, the vitamins and the Fibruline® on the post-drying bed of a drying tower, whereafter the powder was sprayed with lecithin to increase solubility. The obtained product is both hot- and cold-soluble.

EXAMPLE II

[0037]   A product was prepared in accordance with Example I, but the palmolein and rapeseed oil were replaced by exclusively rapeseed oil with a linoleic acid/α-linolenic acid ratio of 2.5:1.

EXAMPLE III

[0038]   A product was prepared in accordance with Example I, but the fatty fraction now comprised 11.0 wt.% vege-table fat containing palmolein, rapeseed oil, palmkernel oil and soye oil (LA/LNA ratio 9:1) and 1.5 wt.% LCP fat in coated form, containing 20 wt.% EPA and 14 wt.% DHA. Whole milk powder was replaced by skim milk dry solids.

EXAMPLE IV

[0039]   A product was prepared in accordance with Example III, but in addition 1 wt.% coated LCP fat was added containing 40 wt.% GLA.

EXAMPLE V

[0040]   A product was prepared in accordance with Example I, but the desalted whey dry matter was replaced by one part of whey protein hydrolysate dry matter (containing 80% converted protein (N x 6.3) and mainly di- and tripep-tides) and 5 parts of lactose.

EP 0 705 539 B1

## EXAMPLE VI

[0041]   A product was prepared in accordance with Example I, but the skimmed milk and whole milk powder dry matter was replaced by casein hydrolysate, lactose and milk fat in corresponding ratios, as far as the percentages of converted protein (N x 6.3), lactose and fat are concerned.

## EXAMPLE VII

[0042]   A product was prepared having a composition corresponding in dry matter with the product of Example I. The Fibruline®, however, was replaced by pectin, the Ca(OH)$_2$ by CaCO$_3$, and the lecithin by vegetable fat.

[0043]   First of all, a liquid was prepared with 16% dry matter, comprising a part of the components of the final composition, viz. the milk components and the vegetable fat. Thus, a so-called yoghurt milk was obtained. After homogenisation at 200 bar and 65°C, this yoghurt milk was subjected to a stand pasteurisation of 15 minutes at 85°C. After cooling to 36°C, starter culture concentrate "IST-NIZO" was added, followed by fermenting to pH 4.1 for 12 hours.

[0044]   The thus prepared yoghurt was homogenised at 150 bar and cooled to 20°C, whereafter the other components were added from an aqueous suspension. The thus prepared product with 15% dry matter was homogenised twice at 20°C at 200 bar and after packaging was pasteurised for 10 minutes.

## EXAMPLE VIII

[0045]   A concentrated milk liquid was prepared, consisting of:

| | |
|---|---|
| skimmed milk dry matter | 16.6% |
| whole milk dry matter | 1.6% |
| lactose | 2.8% |
| soluble fibres | 2.1% |
| vegetable fat | 2.7% |
| minerals, trace elements, vitamins | 1.5% |
| water | 72.7% |

[0046]   The composition of the dry matter of this milk liquid was proportionally equal to that specified in Table I.

[0047]   The mixture was prepared by mixing whole milk, skimmed milk, lactose and nutrient fibre in the proper proportions and concentrating this mixture to the proper dry matter content by in vacuo evaporation. In the last effect of the evaporator, the vegetable fat, with the fat-soluble vitamins added thereto, was added. The other vitamins, minerals, and trace elements were added to the concentrate. The milk liquid obtained was canned and subsequently sterilised.

## Claims

1.   A food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with docosahexaenoic acid, eicosapentaenoic acid in the fatty fraction of said food based on milk products and soluble nutrient fibres, further comprising β-carotene, vitamin E and vitamin C.

2.   A food according to claim 1 wherein the ratio of linoleic acid to α-linolenic acid in the fatty fraction is less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid in the fatty fraction is greater than 10%.

3.   A food according to any one of the preceding claims, which further contains γ-linolenic acid (GLA) and/or arginin.

4.   A food according to any one of the preceding claims, wherein the Ca/P ratio is greater than 1.5.

5.   A food according to any one of the preceding claims, wherein the milk product is derived from whole milk, skimmed milk, cream, whey, and/or buttermilk.

6.   A food according to any one of the preceding claims, wherein the milk protein fraction consists wholly or partly of milk protein hydrolysate.

7.   Use of docosahexaenoic acid and eicosapentaenoic acid in a fatty fraction, in combination with vitamin E, vitamin

**EP 0 705 539 B1**

C and β-carotene, and soluble nutrient fibres in the manufacture of a medicament for pregnant or lactating women for the treatment of systemic complications.

8.  Use according to claim 7, wherein said complications comprise constipation, (pre-)eclampsia, and/or disorders
5      associated with calcium and/or iron deficiency.

9.  Use of docosahexaenoic acid and eicosapentaenoic acid, in combination with vitamin E, vitamin C and β-carotene, and with a fatty fraction, wherein the ratio of linoleic acid to α-linolenic acid is less than 4:1 in the preparation of a food for pregnant or lactating women to contribute to optimum growth and brain development of the foetus or the
10     infant.


**Patentansprüche**

15  1.  Auf Milchprodukten basierendes Nahrungsmittel für schwangere und stillende Frauen, welches Nahrungsmittel speziell ergänzt ist mit Docosahexaensäure, Eicosapentaensäure in der Fettfraktion des auf Milchprodukten basierenden Nahrungsmittels und löslichen Nährfasern, ferner enthaltend β-Carotin, Vitamin E und Vitamin C.

2.  Nahrungsmittel nach Anspruch 1, worin das Verhältnis von Linolsäure zu α-Linolensäure weniger als 4:1 beträgt
20     und die Summe der Mengen an Linolsäure plus α-Linolensäure in der Fettfraktion größer als 10 % ist.

3.  Nahrungsmittel nach einem der vorangehenden Ansprüche, welches außerdem γ-Linolensäure (GLA) und/oder Arginin enthält.

25  4.  Nahrungsmittel nach einem der vorangehenden Ansprüche, worin das Ca/P-Verhältnis größer als 1,5 ist.

5.  Nahrungsmittel nach einem der vorangehenden Ansprüche, worin das Milchprodukt gewonnen ist aus Vollmilch, entrahmter Milch, Sahne, Molke und/oder Buttermilch.

30  6.  Nahrungsmittel nach einem der vorangehenden Ansprüche, worin die Milchproteinfraktion ganz oder teilweise aus Milchproteinhydrolysat besteht.

7.  Verwendung von Docosahexaensäure und Eicosapentaensäure in einer Fettfraktion, in Kombination mit Vitamin E, Vitamin C und β-Carotin und löslichen Nährfasern in der Herstellung eines Arzneimittels für schwangere oder
35     stillende Frauen zur Behandlung von Systemkomplikationen.

8.  Verwendung nach Anspruch 7, worin die Komplikationen Obstipation, (Pre)-Eklampsie und/oder in Verbindung mit Kalzium- und/oder Eisenmangel auftretende Erkrankungen umfassen.

40  9.  Verwendung von Docosahexaensäure und Eicosapentaensäure, in Kombination mit Vitamin E, Vitamin C und β-Carotin und mit einer Fettfraktion, worin das Verhältnis von Linolsäure zu α-Linolensäure geringer als 4:1 ist, in der Herstellung eines Nahrungsmittels für schwangere oder stillende Frauen um zu optimalem Wachstum und Gehirnentwicklung des Fötus oder des Säuglings beizutragen.

45

**Revendications**

1.  Aliment à base de produits laitiers, destiné à des femmes enceintes et qui allaitent, lequel aliment est complété de manière spécifique par de l'acide docosahexaénoïque, de l'acide éicosapentaénoïque dans la fraction grasse
50     dudit aliment à base de produits laitiers et des fibres nutritives solubles, comportant de plus de la β-carotène, la vitamine E et la vitamine C.

2.  Aliment selon la revendication 1, dans lequel le rapport entre l'acide linoléique et l'acide α-linolénique dans la fraction grasse est inférieur à 4:1 et la somme des quantités d'acide linoléique plus acide α-linolénique dans la
55     fraction grasse est supérieur à 10 %.

3.  Aliment selon l'une quelconque des revendications précédentes, qui contient de plus l'acide γ-linolénique (GLA) et/ou une arginine.

EP 0 705 539 B1

4. Aliment selon l'une quelconque des revendications précédentes, dans lequel le rapport Ca/P est supérieur à 1,5.

5. Aliment selon l'une quelconque des revendications précédentes, dans lequel le produit laitier est dérivé de lait entier, de lait écrémé, de crème, de petit lait et/ou de babeurre.

6. Aliment selon l'une quelconque des revendications précédentes, dans lequel la fraction protéinique de lait est constituée entièrement ou en partie d'un hydrolysat protéinique de lait.

7. Utilisation d'acide docosahexaénoïque et d'acide éicosapentaénoïque dans une fraction grasse, en combinaison avec la vitamine E, la vitamine C et la β-carotène, et des fibres nutritives solubles dans la fabrication d'un médicament destiné à des femmes enceintes ou qui allaitent pour le traitement de complications systémiques.

8. Utilisation selon la revendication 7, dans laquelle lesdites complications comportent une constipation, une (pré-) éclampsie, et/ou des troubles associés à une déficience en calcium et/ou fer.

9. Utilisation d'acide docosahexaénoïque et d'acide éicosapentaénoïque, en combinaison avec la vitamine E, la vitamine C et la β-carotène, et avec une fraction grasse, dans lequel le rapport entre l'acide linoléique et l'acide α-linolénique est inférieur à 4:1 dans la préparation d'un aliment destiné à des femmes enceintes ou qui allaitent pour contribuer à une croissance et au développement du cerveau optimum du foetus ou de l'enfant.

(19) 
Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

(11) **EP 0 705 539 B2**

(12) **NEW EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the opposition decision:
**22.08.2007  Bulletin 2007/34**

(45) Mention of the grant of the patent:
**22.01.2003  Bulletin 2003/04**

(21) Application number: 95202695.3

(22) Date of filing: 06.10.1995

(51) Int Cl.:
*A23C 11/04* (2006.01)      *A23C 9/13* (2006.01)
*A23C 9/152* (2006.01)     *A23C 19/05* (2006.01)
*A23C 9/154* (2006.01)

(54) **A food for pregnant and lactating women**

Nahrungsmittel für schwangere und stillende Frauen

Produit alimentaire pour femmes enceintes et allaitantes

(84) Designated Contracting States:
AT BE CH DE DK ES FR GB GR IE IT LI LU MC NL
PT SE

(30) Priority: 06.10.1994  NL 9401644

(43) Date of publication of application:
**10.04.1996  Bulletin 1996/15**

(73) Proprietor: Friesland Brands B.V.
8937 AC  Leeuwarden (NL)

(72) Inventors:
• Schaafsma, Anne
  NL-8913 GL Leeuwarden (NL)
• Glas, Cornelis
  NL-9255 KE Tietjerk (NL)

(74) Representative: Smulders, Theodorus A.H.J. et al
Vereenigde
Postbus 87930
2508 DH  Den Haag (NL)

(56) References cited:
EP-A- 0 183 305        EP-A- 0 484 266
EP-A- 0 504 055        WO-A-94/02166
WO-A-94/27628        WO-A-95/26646
CN-A- 1 078 097       DE-A- 4 304 394
FR-A- 2 053 703        GB-A- 2 217 173
US-A- 4 710 387        US-A- 5 104 677
US-A- 5 330 972

• DATABASE WPI Week 9122 Derwent Publications
Ltd., London, GB; AN 91-159781 XP002020289 &
JP-A-03 094 655 (OTSUKA PHARM KK)
• CHEMICAL ABSTRACTS, vol. 108, no. 22, 30 May
1988 Columbus, Ohio, US; abstract no. 188170,
XP002020288 & JP-A-63 023 736 (MEIJI MILK
PRODUCTS)

• PATENT ABSTRACTS OF JAPAN vol. 13, no. 286,
29 June 1989 & JP-A-01 080250 (SNOW BRAND
MILK PROD)
• "Boots" fortified milk drink Mordern midwife, July
1994
• J.Farbe and M.Regitz,"Römpp Chemie Lexikon",
Band 1(1989)Thieme Verlag, Stuttgart.
• A D'Almeida et al.;"Effects of a combination of
evening primrose oil.." Women Health(1992(, vol.
2-3,pp. 117-131
• P.M.Emmet et a.: "Dietary intake and sources of
non-starch polysaccharide in English men and
women",European J. Clinical Nutricion (1993),
vol.47,pp.20-30
• Food composition and nutricion tables;
ed.Deutsche Forschung- anstalt für
Lebensmittelchemie,Garching b.München,6th
revised completed ed., Scientific publ.Stuttgart
2000,pp.17-18
• M.Robefroid,"Dietary fiber,inulin and
oligofructose,:a review comparing their
physiological effects",Crit.Rev. in Foods Science
and Nutricion(1993)vol.4,pp.793-802
• L.West et al.,"Diagnosis and management of
irritable bowel syndrome,constipation, and
diarrhea in pregnancy",Gastroenterol.Clin.North
Am.(1992), vol.4,pp 793-802
• A.S. Anderson et al.,"dietary intake in
pregnancy", Human Nutrition(1986),vol.40A,pp
40-48
• S.Yehuda et al.,"Modulation of learning,pain
thresholds,and thermoregulation in the rat..",
Proc.Natl.Acad.Sci.USA(1993),vol.90, pp.
10345-10349
• The Shorter Oxford English Dictionary, Oxford
University Press 1973,Ed.Ct Onions Volume I, p.
1186;Volume II, p.1423

EP 0 705 539 B2

(Cont. next page)

EP 0 705 539 B2

- Tomlin & Reid, 1998,Laxative properties of indigestible plastic particles; Br.Med.J.297,pp. 1175-1176
- Pallotta et al.,1993,"Calcium polycarbophil in clinical practice. The therapy of constipation", Minerva Gastroenterol.Dietol.39;pp.175-178
- Lampe et al.,1992, "Gastrointestinal effects of modified guar gum and soy polysaccharide as part of an enteral formula diet, JPEN 16, pp. 538-544
- Kapadia et al.,1995, "Influence of three different fiber- supplemented enteral diets on bowel function and short chain fatty acid production" JPEN 19,pp.63-68
- Slavin,1991,"Nutritional benefits of soy protein and soy fiber" J.Am.Diet.Assoc. 91,pp.816-819
- Fredstrom et al.,1991,Determination of the fiber content of enteral feedings, J:PGN 15,pp.450-453
- Effertz et al.,1991,"The effect of soy polysacharide on body weight,serum lipids, blood glucose, and fecal parameters in moderately obese adults", Nutrition Res.11,pp. 849-859
- the Merck Index, 10th ed., 1983,p.2,3,260
- Gopal et al., 2000, "Oligosaccharides and glycoconjugates in bovine milk and colostrom", Br.J.Nutr.84,suppl. 1, S69-S74
- Neeser et al.,1991 "Quantitative determination of complex carbohydrates in bovine milk and in milk-based infant formulas", J.Dairy Sci. 74,pp. 2860-2871
- Marlett,1992,"Content and composition of dietary fibre in 117 frequently consumed foods", J.Am.Diet.Ass.92(2),pp.175-186
- Hansen et al.,1993,"Effects of Cod liver oil on lipids and platelets in males and females"Eur.J.Clin.Nutr.47,pp.123-131
- Food composition and nutrition tables; ed.: Deutsche Forschunganstalt für Lebensmittelchemie, Garching b.München, 6th revised completed ed., Scientific publ.Stuttgart 2000, p.594
- Harris et al.,1993, "The effects of soluble-fiber polysaccharides on the adsorption of a hydrophobic carcinogen to an insoluble dietary fiber", Nutr.Cancer 19, pp.43-54
- cf.D9,pp. 835-836
- cf.D9,pp.39-40
- cf.D9,pp.406-407
- cf.D9,pp.1127-1128
- cf.D9,pp.153-154

EP 0 705 539 B2

**Description**

[0001]   This invention relates to a food specifically intended for pregnant and lactating women. This food is based on milk products.

5   [0002]   The object of the present invention is to provide a food which optimally meets the nutritional needs of pregnant and lactating women as well as developing children from the point of view of a good health for mother and child. It is not an object of the invention to provide an alternative food to be administered to a baby or small child after birth.

[0003]   In particular, the products according to the invention are intended to reduce the chances of systemic complications during pregnancy, as well as to contribute to optimum growth and brain development of the foetus or the infant.

10   [0004]   It is well known that during pregnancy especially a good supply of polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$ is of importance. For instance, notably DHA (docosahexaenoic acid) and AA (arachidonic acid) are of importance for the brain development of the foetus in particular. Brain development takes place chiefly at the end of pregnancy. The above-mentioned polyunsaturated fatty acids of the type $C_{20}$ and $C_{22}$, are also designated by the term "long chain polyunsaturated fatty acids" (LCPs). Such LCPs can be derived in vivo from the unsaturated $C_{18}$ precursors linoleic acid

15   and α-linolenic acid. In these biosyntheses use is made of enzymes of the types desaturase and elongase. For instance, γ-linolenic acid (GLA) and arachidonic acid (AA) result from linoleic acid, while eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA) result from α-linolenic acid.

[0005]   During pregnancy, the foetus is fed via the umbilical cord with LCPs containing 20-22 C atoms, derived from linoleic acid and α-linolenic acid in the body of the mother. After birth, too, an infant is still dependent on the exogenous

20   supply of LCPs for quite some time because the development of biosynthesis in the rapidly growing infant is still far from ideal.

[0006]   European patent applications 0 140 805, 0 231 904 and 0 404 058, U.S. Patent 4,670,285 and Canadian patent specification 1 244 708 disclose milk products which have specifically been developed as a complete food for infants. The products in question are exclusively based on cow's milk ingredients and enriched with various LCPs. At least AA

25   + DHA are present, while in addition meaning is given to the ratio AA/DHA. For an important part, these LCPs are derived from vegetable fats. In these known products the ratio of linoleic acid to α-linolenic acid is always greater than 7:1, in many cases even considerably greater. There is no focus on LCPs derived from α-linolenic acid. Only vitamin C and vitamin E are mentioned as physiologically active antioxidants.

[0007]   The current dietary patterns of pregnant and lactating women lead to a relatively large intake of linoleic acid

30   relative to α-linolenic acid. It appears that too high a ratio of linoleic acid to α-linolenic acid has an adverse effect on the biosynthesis of EPA and/or DHA. As a result, the foetus or the infant cannot take up an optimum amount of EPA and/or DHA.

[0008]   According to the invention, it is endeavoured to overcome the problem in the biosynthesis of LCPs, which are derived from α-linolenic acid, in the body of a pregnant or lactating woman and thereby to optimise the uptake of these

35   LCPs by the foetus or the infant.

[0009]   The invention accordingly relates to a food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with DHA and EPA containing fats in the fatty fraction of said food based or milk products and soluble nutrient fibers selected from the group consisting of inulin, guar gum, carob bean gum and pectins, further comprising β-carotene, Vitamin E and Vitamin C, while in the fatty fraction the ratio of linoleic acid to α-linolenic

40   acid is less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid exceeds 10% by weight, based on the weight of the fatty fraction.

[0010]   In yet another aspect, the invention relates to the use of docosahexaenoic acid and eicosapentaenoic acid, in combination with vitamin E, vitamin C and β-carotene, and with a fatty fraction, wherein the ratio of linoleic acid to α-linolenic acid is less than 4:1 and the sum of the amount of linoleic acid plus α-linolenic acid exceeds 10% by weight

45   of the fatty fraction in the preparation of a food for pregnant or lactating women to contribute to optimum growth and brain development of the foetus or the infant.

[0011]   The food according to the invention is also intended to reduce the chances of (pre-)eclampsia during pregnancy. In particular, the invention provides for an optimal supply of fatty acids resulting from α-linolenic acid, which reduces the chances on (pre-)eclanipsia.

50   [0012]   A further object contemplated is to obtain improved protection of the highly unsaturated fatty acids in the mother's body. In particular, there is an increased sensitivity to radicals in the direction of the highly unsaturated $C_{20-22}$ fatty acids which pass the foetus inter alia via the umbilical cord.

[0013]   This improved protection is achieved by including in the products an ample amount of vitamin E, vitamin C as well as β-carotene. These compounds exhibit so-called scavenger action: they limit the formation of free radicals during

55   pregnancy. Excessive free radical formation or unduly low scavenger action (antioxidant action) is associated inter alia with the development of (pre-)eclampsia due to an imbalance in the synthesis of relevant prostaglandins, prostacyclins.

[0014]   When using the combination of vitamin E, vitamin C plus β-carotene, the scavenger action is ensured to a higher degree than is the case with the prior art.

EP 0 705 539 B2

[0015]   European patent application 0 484 266 discloses an edible fatty mixture intended for small children and as a dietary product for adults. This fatty mixture is characterised by an oleic acid/linoleic acid/α-linolenic acid ratio in the ranges of 30-80/3-20/0.3-3, which ratio is said to correspond with that of mother's milk. Emphasis is laid on the relation AA/DHA. Al fatty mixtures contain MCT fats. Further, fatty mixtures which are better protected against radicals (vitamin E, vitamin C as well as β-carotene), are not illustrated, and certainly not as a food for pregnant and lactating women.

[0016]   JP-04/341140 describes a product for pregnant or breast feeding women which focusses on a non-allergenic dairy product containing a milk protein hydrolysate. The hydrolysate applied is of a rather old-fashioned type resulting from treating the proteins with enzymes only. In accordance with the present invention, however, protein hydrolysates may be applied as one of the ingredients resulting from milk, which are treated with enzymes in combination with fractionation so as to reach a high content of di- and tripeptides and a low content of amino acids.

[0017]   This protein hydrolysate has improved properties as compared with the hydrolysates applied in JP-04/341140 both for an optimal digestion as for reduced chances on allergic reactions. JP-04/341140 does not describe the LCP-antioxidant-system of the present invention.

[0018]   In Voprosy Pitaniya No. 5, 1993, 28-31 a milk-based product is described for pregnant and lactating women wherein not anything is described in respect of the importance of the LCPs resulting from α-linolenic acid or the protection of these acids by the antioxidant system of the present invention. The prior art product contains the vegetable fat source maize butter. In order to prevent the absorption of radionuclids, strontium, caesium, lead and mercury, fibers can be incorporated.

[0019]   An important problem often arising during pregnancy is constipation. For that reason, it is preferred that the food according to the invention further contains laxative soluble fibres, selected from the group consisting of inulin, guar gum, carob bean gum and pectins.

[0020]   DE-A-43 04 394 describes a formulation for enterally feeding cancer patients. These compositions contain DHA and EPA.

[0021]   GB 2 217 173 teaches nutritional and medicinal compositions in the form of an emulsion or a paste containing polyunsaturated oil providing at least one essential polyunsaturated acid and dietary fibre.

[0022]   The food according to the invention is based on milk products. Suitable raw materials to be mentioned include whole milk, skimmed milk, cream, whey, buttermilk as well as derivatives derived therefrom. In this connection, particular mention is made of milk products of which a part of the lactic proteins has been replaced by protein hydrolysates. The addition of LCPs can be effected as an oil or in coated form. β-carotene as applied results from raw materials rich in β-carotene. It may be associated with lycopene, lutein and cryptoxanthin.

[0023]   In a preferred embodiment, the food according to the invention has been brought into the form of a powdery product. This product may or may not have been rendered instant or granulated. The products according to the invention may also be liquid milk products. Further, the products may have a fermented character, such as yoghurt (beverages), or be products prepared to give a type of fresh-cheese.

[0024]   The products according to the invention are also intended to provide for a permanently good calcium supply during pregnancy. In particular in the third trimester of pregnancy the need for calcium increases. The object contemplated is realised in that the milk products, in themselves already constituting a suitable source of calcium, are further enriched by including additional calcium from Ca-rich sources without this leading to an increase of constipations or of any instability in the product.

[0025]   Suitable calcium sources are: $CaCO_3$, $Ca(OH)_2$, $CaCl_2$, Ca gluconate, Ca citrate, Ca lactate, Ca ascorbate, Ca malate, Ca glycerophosphate and Ca phosphate. These calcium sources are often added during the preparation of the products from a non-strongly ionic suspension. It is preferred that so many calcium ions are added as to give a Ca/P ratio greater than 1.5 in the food.

[0026]   In order to contribute to a good iron supply during pregnancy and to preavent anaemia, the foods according to the invention can also contain sources supplying iron ions. It is moreover possible to add other micro-ingredients which are known to be necessary during pregnancy in particular, for example trace elements, minerals, and vitamins. Generally, the aim is for the food according to the invention to provide for the need for these micro-ingredients in an amount of 50% or more of the existing standards for these compounds.

[0027]   To prevent allergic reactions, the milk proteins in the food according to the invention can be enzymatically hydrolysed and fractionated so as to reach a non-allergenic di- and tripeptid-rich hydrolysate. Also, with a view to this, specific components such as for instance arginine and γ-linolenic acid can be added.

[0028]   Further, the products can be enriched with other sugars than sugars coming from the milk, viz. saccharose, glucose, and dextrins; as well as with vegetable proteins.

[0029]   For the purpose of proper intake of the product, aroma and flavor can be added.

[0030]   The invention will now be explained in more detail in and by the following examples.

4

EP 0 705 539 B2

EXAMPLE I

[0031]   A powdery product was prepared, consisting of :

| Water | 2.6% |
| Skimmed milk dry matter | 49.0% |
| Desalted whey dry matter | 20.2% |
| Whole milk powder | 5.8% |
| Vegetable fat (palm olein/rapeseed oil/LCP oil) | 9.5% |
| Lecithin | 0.2% |
| Soluble fibres (Fibruline®; containing inulin) | 7.5% |
| Citric acid | 1.1% |
| Calcium hydroxide | 0.6% |
| Minerals, trace elements, vitamins | 3.5% |

[0032]   A composition was obtained as specified in Table I. The ratio of linoleic acid/α-linolenic acid is less than 4:1. The product contains 2.5 wt.% EPA and 1.5 wt.% DHA in the fatty fraction.

Table I

| | | Analysis per 100 g |
|---|---|---|
| Protein | g | 22.6 |
| Fat | g | 12.5 |
| Linoleic acid | mg | 1560 |
| α-Linolenic acid | mg | 400 |
| Carbohydrates | g | 55.7 |
| - Lactose | q | 48.2 |
| - Dietary fibres | g | 7.5 |
| Moisture | g | 3.0 |
| Minerals | g | 6.0 |
| Calcium | mg | 1000 |
| Phosphorus | mg | 620 |
| Ca/P ratio | | 1.6 |
| Iron | mg | 50 |
| Copper | μg | 970 |
| Sodium | mg | 265 |
| Potassium | mg | 940 |
| Chloride | mg | 570 |
| Magnesium | mg | 265 |
| Zinc | mg | 12.7 |
| Iodide | μg | 145 |
| Manganese | μg | 415 |
| Vitamins | | |
| A | μg RE (IU) | 667 (2220) |
| β-carotene | μg | 280 |

**EP 0 705 539 B2**

(continued)

|  |  | Analysis per 100 g |
|---|---|---|
| $D_3$ | μg (IU) | 8.3 (332) |
| E | (IU) | 8.3 |
| $K_1$ | μg | 63.0 |
| $B_1$ | μg | 1250 |
| $B_2$ | μg | 1335 |
| Niacin NE | mg | 14.3 |
| $B_6$ | μg | 1835 |
| Folic acid | μg | 335 |
| Pantothenic acid | μg | 3300 |
| B12 | μg | 2.4 |
| Biotin | μg | 42.0 |
| C | mg | 58.0 |
| Energy value | kcal | 400 |
|  | kJ | 1670 |

[0033]  The mixture was prepared by mixing whole milk, skimmed milk, and desalted whey in liquid form with the vegetable fat and a suspension of calcium hydroxide and citric acid. After pasteurisation and homogenisation, this mixture was dried to a powdery half-finished product. The last-mentioned product was then finally mixed with the other minerals and trace elements, the vitamins and the Fibruline® on the post-drying bed of a drying tower, whereafter the powder was sprayed with lecithin to increase solubility. The obtained product is both hot- and cold-soluble.

EXAMPLE II

[0034]  A product was prepared in accordance with Example I, but the palmolein and rapeseed oil were replaced by exclusively rapeseed oil with a linoleic acid/α-linolenic acid ratio of 2.5:1.

EXAMPLE III (NOT WITHIN THE SCOPE OF THE CLAIMS)

[0035]  A product was prepared in accordance with Example I, but the fatty fraction now comprised 11.0 wt.% vegetable fat containing palmolein, rapeseed oil, palmkernel oil and soye oil (LA/LNA ratio 9:1) and 1.5 wt.% LCP fat in coated form, containing 20 wt.% EPA and 14 wt.% DHA. Whole milk powder was replaced by skim milk dry solids.

EXAMPLE IV (NOT WITHIN THE SCOPE OF THE CLAIMS)

[0036]  A product was prepared in accordance with Example III, but in addition 1 wt.% coated LCP fat was added containing 40 wt.% GLA.

EXAMPLE V

[0037]  A product was prepared in accordance with Example I, but the desalted whey dry matter was replaced by one part of whey protein hydrolysate dry matter (containing 80% converted protein (N x 6.3) and mainly di- and tripeptides) and 5 parts of lactose.

EXAMPLE VI

[0038]  A product was prepared in accordance with Example I, but the skimmed milk and whole milk powder dry matter was replaced by casein hydrolysate, lactose and milk fat in corresponding ratios, as far as the percentages of converted protein (N x 6.3), lactose and fat are concerned.

EP 0 705 539 B2

EXAMPLE VII

[0039]   A product was prepared having a composition corresponding in dry matter with the product of Example I. The Fibruline®, however, was replaced by pectin, the Ca(OH)$_2$ by CaCO$_3$, and the lecithin by vegetable fat.

[0040]   First of all, a liquid was prepared with 16% dry matter, comprising a part of the components of the final composition, viz. the milk components and the vegetable fat. Thus, a so-called yoghurt milk was obtained. After homogenisation at 200 bar and 65°C, this yoghurt milk was subjected to a stand pasteurisation of 15 minutes at 85°C. After cooling to 36°C, starter culture concentrate "IST-NIZO" was added, followed by fermenting to pH 4.1 for 12 hours.

[0041]   The thus prepared yoghurt was homogenised at 150 bar and cooled to 20°C, whereafter the other components were added from an aqueous suspension. The thus prepared product with 15% dry matter was homogenised twice at 20°C at 200 bar and after packaging was pasteurised for 10 minutes.

EXAMPLE VIII

[0042]   A concentrated milk liquid was prepared, consisting of:

| | |
|---|---|
| skimmed milk dry matter | 16.6% |
| whole milk dry matter | 1.6% |
| lactose | 2.8% |
| soluble fibres | 2.1% |
| vegetable fat | 2.7% |
| minerals, trace elements, vitamins | 1.5% |
| water | 72.7% |

[0043]   The composition of the dry matter of this milk liquid was proportionally equal to that specified in Table I.

[0044]   The mixture was prepared by mixing whole milk, skimmed milk, lactose and nutrient fibre in the proper proportions and concentrating this mixture to the proper dry matter content by in vacuo evaporation. In the last effect of the evaporator, the vegetable fat, with the fat-soluble vitamins added thereto, was added. The other vitamins, minerals, and trace elements were added to the concentrate. The milk liquid obtained was canned and subsequently sterilised.

Claims

1.   A food based on milk products, intended for pregnant and lactating women, which food is specifically supplemented with docosahexaenoic acid, eicosapentaenoic acid in the fatty fraction of said food based on milk products and soluble nutrient fibres selected from the group consisting of inulin, guar gum, carob beam gum and pectins, further comprising β-carotene, vitamin E and vitamin C, wherein the ratio of linoleic acid to α -linolenic acid in the fatty fraction is less than 4:1 and the sum of the amounts of linoleic acid plus α-linolenic acid in the fatty fraction is greater than 10%.

2.   A food according to claim 1, which further contains γ-linolenic acid (GLA) and/or arginin.

3.   A food according to any one of the preceding claims, wherein the Ca/P ratio is greater than 1.5.

4.   A food according to any one of the preceding claims, wherein the milk product is derived from whole milk, skimmed milk, cream, whey, and/or buttermilk.

5.   A food according to any one of the preceding claims, wherein the milk protein fraction consists wholly or partly of milk protein hydrolysate.

6.   Use of docosahexaenoic acid and eicosapentaenoic acid, in combination with vitamin E, vitamin C and β-carotene, and with a fatty fraction, wherein the ratio of linoleic acid to α-linolenic acid is less than 4:1 and the sum of the amount of linoleic plus α-linolenic acid exceeds 10% by weight of the fatty fraction, in the preparation of a food for pregnant or lactating women to contribute to optimum growth and brain development of the foetus or the infant.

**EP 0 705 539 B2**

### Patentansprüche

1. Auf Milchprodukten basierendes Nahrungsmittel für schwangere und stillende Frauen, welches Nahrungsmittel speziell ergänzt ist mit Docosahexaensäure, Eicosapentaensäure in der Fettfraktion des auf Milchprodukten basierenden Nahrungsmittels und löslichen Nährfasern, ausgewählt aus der Gruppe bestehend aus Inulin, Guar-Mehl, Johannisbrotkernmehl und Pektinen, ferner enthaltend β-Carotin, Vitamin E und Vitamin C, worin das Verhältnis von Linolsäure zu α-Linolensäure weniger als 4:1 beträgt und die Summe der Mengen an Linolsäure plus α-Linolensäure in der Fettfraktion größer als 10 % ist.

2. Nahrungsmittel nach Anspruch 1, welches außerdem γ-Linolensäure (GLA) und/oder Arginin enthält.

3. Nahrungsmittel nach einem der vorangehenden Ansprüche, worin das Ca/P-Verhältnis größer als 1,5 ist.

4. Nahrungsmittel nach einem der vorangehenden Ansprüche, worin das Milchprodukt gewonnen ist aus Vollmilch, entrahmter Milch, Sahne, Molke und/oder Buttermilch.

5. Nahrungsmittel nach einem der vorangehenden Ansprüche, worin die Milchproteinfraktion ganz oder teilweise aus Milchproteinhydrolysat besteht.

6. Verwendung von Docosahexaensäure und Eicosapentaensäure, in Kombination mit Vitamin E, Vitamin C und β-Carotin und mit einer Fettfraktion, worin das Verhältnis von Linolsäure zu α-Linolensäure weniger als 4:1 beträgt und die Summe der Mengen an Linolsäure plus α-Linolensäure in der Fettfraktion größer als 10 % ist, in der Herstellung eines Arzneimittels für schwangere oder stillende Frauen, um zu optimalem Wachstum und Gehirnentwicklung des Fötus oder des Säuglings beizutragen.

### Revendications

1. Aliment à base de produits laitiers, destiné à des femmes enceintes et allaitantes, lequel aliment est complété de manière spécifique à l'aide d'acide docosahexaénoïque, d'acide eicosapentaénoïque dans la fraction graisseuse dudit aliment à base de produits laitiers et de fibres nutritives solubles sélectionnées parmi le groupe constitué d'insuline, gomme de guar, gomme de caroube et pectines, comportant de plus du β-carotène, vitamine E et vitamine C, où le rapport entre l'acide linoléique et l'acide α-linolénique dans la fraction graisseuse est inférieur à 4:1 et la somme des quantités d'acide linoléique plus acide α-linolénique dans la fraction graisseuse est supérieure à 10 %.

2. Aliment selon la revendication 1, qui contient de plus de l'acide γ-linolénique (GLA) et/ou de l'arginine.

3. Aliment selon l'une quelconque des revendications précédentes, dans lequel le rapport Ca/P est supérieur à 1,5.

4. Aliment selon l'une quelconque des revendications précédentes, dans lequel le produit laitier est dérivé de lait entier, lait écrémé, crème, lactosérum, et/ou babeurre.

5. Aliment selon l'une quelconque des revendications précédentes, dans lequel la fraction protéinée de lait est constituée totalement ou partiellement d'un hydrolysat protéiné de lait.

6. Utilisation d'acide docosahexaénoïque et d'acide eicosapentaénoïque, en combinaison avec une vitamine E, une vitamine C et un β-carotène, et avec une fraction graisseuse, dans laquelle le rapport entre l'acide linoléique et l'acide α-linolénique est inférieur à 4:1 et la somme de la quantité d'acide linoléique plus α-linolénique dépasse 10 % en poids de la fraction graisseuse, lors de la préparation d'un aliment pour des femmes enceintes ou allaitantes pour contribuer à la croissance et au développement cérébral optimum du foetus ou du nouveau-né.

EP 0 705 539 B2

REFERENCES CITED IN THE DESCRIPTION

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

**Patent documents cited in the description**

- EP 0140805 A **[0006]**
- EP 0231904 A **[0006]**
- EP 0404058 A **[0006]**
- US 4670285 A **[0006]**
- CA 1244708 **[0006]**

- EP 0484266 A **[0015]**
- JP 4341140 A **[0016] [0017] [0017]**
- DE 4304394 A **[0020]**
- GB 2217173 A **[0021]**

**Exhibit C**

**PCT**  WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification $^6$ :<br><br>**A61K 31/19, 33/26** | **A1** | (11) International Publication Number: **WO 97/48392**<br><br>(43) International Publication Date:     24 December 1997 (24.12.97) |
|---|---|---|

| | |
|---|---|
| (21) International Application Number:     PCT/US97/10781<br><br>(22) International Filing Date:          20 June 1997 (20.06.97)<br><br>(30) Priority Data:<br>08/667,503          21 June 1996 (21.06.96)     US<br><br>(60) Parent Application or Grant<br>  (63) Related by Continuation<br>    US                          08/667,503 (CIP)<br>    Filed on                  21 June 1996 (21.06.96)<br><br>(71) Applicant *(for all designated States except US)*: MISSION PHARMACAL [US/US]; 1325 E. Durango, San Antonio, TX 78210-9957 (US).<br><br>(72) Inventors; and<br>(75) Inventors/Applicants *(for US only)*: WALSDORF, Neill, B. [US/US]; 11111 Dreamland Drive, San Antonio, TX 78230 (US). WABNER, Cindy, L. [US/US]; 318 Lost Oak, Canyon Lake, TX 78133 (US). ALEXANDRIDES, George [US/US]; 13827 Shavano Downs, San Antonio, TX 78230 (US). | (74) Agent: NORBERG, Gloria, L.; Akin, Gump, Strauss, Hauer & Feld, L.L.P., Suite 1900, 816 Congress Avenue, Austin, TX 78701 (US).<br><br>(81) Designated States: AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DE, DK, EE, ES, FI, GB, GE, HU, IL, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, TJ, TM, TR, TT, UA, UG, US, UZ, VN, ARIPO patent (GH, KE, LS, MW, SD, SZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG).<br><br>Published<br>*With international search report.*<br>*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.* |

---

(54) Title:  DIETARY SUPPLEMENTS CONTAINING CALCIUM CITRATE AND CARBONYL IRON

(57) Abstract

    A single-dose vitamin and mineral supplement is provided containing high levels of calcium citrate and carbonyl iron for use in humans. Calcium in the form of calcium citrate enhances absorption of iron, zinc, and magnesium. Calcium citrate also provides more bioavailable calcium than common preparations of calcium carbonate. Carbonyl iron provides iron in a form that significantly reduces the risk to children of accidental iron poisoning from formulations that provide iron in salt form. The supplement may further contain a number of vitamins and minerals in a tablet that is elegantly small, weighing about 1.5-1.6 g. The small size allows ease of swallowing and encourages patient acceptability. Methods of making such a supplement and methods of treating maladies in need of vitamin and mineral supplementation are provided.

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

## DESCRIPTION

DIETARY SUPPLEMENTS CONTAINING CALCIUM CITRATE AND CARBONYL IRON

5

**BACKGROUND OF THE INVENTION**

Vitamin and mineral compositions are commonly taken as dietary aids either as therapeutic preparations directed to a specific medical problem or as general nutritional supplements. Daily requirements for vitamins and minerals vary depending upon such

10     factors as sex, body size, growth rate, exercise, disease, and age. Such compositions are especially provided for pregnant or lactating women to ensure provision of adequate nutrients for the developing fetus and for the mother.

Supplements pose a potential problem of nutrient-nutrient interactions. An excess of one nutrient in a supplement may interact with another nutrient in the

15     supplement, thereby affecting absorption adversely, or less often, beneficially. For example, iron is reported to inhibit the absorption of zinc (Hambridge *et al.*, *Obstet. Gynecol.* 4:593-596, 1987), zinc is reported to inhibit the absorption of copper (Festa *et al.*, *Am. J. Clin. Nutr.* 41:285-292, 1985), calcium is reported to interfere with the absorption of both iron and zinc (Seligman *et al.*, *Obstet. Gynecol.* 61:356-362, 1983),

20     and protein is reported to increase urinary calcium losses (Allen *et al.*, *Am. J. Clin. Nutr.* 32:741-749, 1979) and vitamin B6 requirements (National Research Council, Recommended Dietary Allowances, 10th ed., Natl. Acad. Press, Washington, D.C. 1989).

Calcium is required for adequate bone formation and maintenance, as well as for

25     diverse metabolic functions. Approximately 99% of the calcium in the human body is located in the skeleton. Women are advised to increase their calcium intake substantially during pregnancy, and concern exists regarding many pregnant women who do not ingest enough calcium to maintain their own skeletons while providing for fetal needs. An estimated 600-800 mg of calcium is ingested in an average diet, far

30     below the recommended dietary allowance. The efficiency of calcium absorption is determined by several factors, including the chemical form of ingested calcium. Part of the absorbed calcium is eliminated in urine, which poses a problem for certain people who are prone to the formation of calcium-containing kidney stones.

Ingested calcium is absorbed across the wall of the gastrointestinal tract and, in

35     particular, the upper small intestine. To be absorbed across the intestinal wall, calcium

2

must be soluble as an ionized form or as a salt form. Two major factors affect the amount of soluble calcium in the gastrointestinal tract. The first factor is gastric acid secretion, which increases the solubility of calcium by lowering the pH of intestinal fluids. This is important because ingested calcium is typically in the form of relatively
5    insoluble salts, such as calcium carbonate and calcium phosphate. The second factor determining calcium absorption is the secretion of bicarbonate from the pancreas into the small intestine. The bicarbonate secreted into the small intestine alkalinizes fluid contained in the intestine, thereby decreasing the solubility of calcium. The absorption of calcium from the small intestine under a number of conditions varies with the form
10   of ingested calcium salt. Minerals such as zinc and iron also depend upon stomach acid to become solubilized for intestinal absorption. Calcium in the form of calcium carbonate decreases the absorption of those minerals because of neutralization of the acidic environment.

Intestinal calcium absorption was reported to be increased almost 25% in
15   women when the calcium was administered in the form of calcium citrate as compared to calcium carbonate (Harvey *et al.*, *J. Am. Coll. of Nutr.*, 9(6):583-587, 1990). In another study, performed in healthy, post-menopausal women, supplementation with calcium citrate was reported to be more effective than supplementation with equimolar amounts of calcium carbonate (Dossen-Use *et al.*, *N. Eng. J. Med.*, 323:878-83, 1990).
20   In patients with decreased gastric acid secretion, intestinal calcium absorption was reportedly ten-fold higher when calcium was administrated as a citrate salt as compared to a bicarbonate salt (Recker *et al.*, *N. Eng. J. Med.*, 313:70-73, 1965). Despite the higher intestinal absorption of calcium when administered in the form of calcium citrate, the use of calcium citrate actually was reported to decrease the propensity for the
25   crystallization of calcium oxalate in the urine (Harvey *et al.*, *J. Clin. Endocrin. and Metab.*, 61(6):1225-1233).

Calcium citrate is an efficiently absorbable chemical form of calcium. Because of improved absorption of calcium, osteoporosis development is precluded. Citrate is a known inhibitor of calcium stone formation, therefore, the risk of calcium
30   nephrolithiasis (resulting from calcium supplementation) is reduced. An especially dense form of calcium citrate having advantageous properties regarding solubility and bioavailability is ULTRADENSE™ calcium citrate as described in U.S. Patents

3

4,814,177; 4,851,221; and 4,772,467, incorporated by reference herein, and marketed under the tradename CITRACAL®. CITRACAL® with vitamin D is also available.

Accidental overdoses of iron-containing supplements are the most common cause of poisoning death in children under six. The FDA, Consumer Product Safety
5       Commission, and American Association of Poison Control Centers are actively developing new regulations seeking to correct this significant public health issue which has seen the number of reported accidental iron ingestions in children more than double, to over 110,000, in the last decade.

Safety of iron supplements is a significant public health issue. Since 1986 at
10      least 38 children between the ages of 9 months and 3 years have died from accidental ingestion of iron supplement products according to the American Association of Poison Control Centers. Over this same time frame, the FDA has recorded more than 110,000 incidents of pediatric iron overdose, and iron poisoning has become the number one cause of poisoning death in children. Ferrous salts, commonly used in prenatal vitamin
15      preparations, can produce toxic symptoms at ingestion levels as low as 25 mg/kg and significant iron poisoning at levels as low as 60 mg/kg .

Alternatively, elemental iron may be supplied in a supplement as carbonyl iron. The term "carbonyl iron" is from a manufacturing process in which gaseous iron pentacarbonyl is heated under controlled conditions to extremely high temperatures
20      resulting in the deposition of submicroscopic particles of 98% pure elemental iron that aggregate into spheres having a diameter of from about 2-8 microns (average of 5 microns). The importance of the small size is that carbonyl iron particles have very large surface areas since this property varies inversely with the size of a particle. The larger surface area results in higher reactivity of carbonyl iron particles with gastric acid
25      in the stomach and consequently higher absorption rates. Thus, carbonyl iron exhibits 2-5 times higher bioavailability than other elemental iron forms (Sacks and Houchin, *Am. J. Clin. Nutr.* 31:566-571, 1978). Studies in laboratory animals and humans show that carbonyl iron is as well absorbed as ferrous sulfate and ferrous fumarate without the attendant risk of iron toxicity. Carbonyl iron has been marketed under the name
30      FERRONYL® IRON.

Within the stomach, carbonyl iron is oxidized to the ferrous form of iron using naturally produced stomach acids. This provides a delayed-release mechanism regulated by the body's own acid secretion. Because of its natural, self-regulated

4

delayed release, carbonyl iron is significantly safer than other ferrous iron salts used in ordinary prenatal vitamins. In animal studies, carbonyl iron had an $LD_0$ (the dose where all animals survive) of 10,000 to 15,000 mg/kg of iron, and an $LD_{100}$ (the dose where all animals died) of 50,000 to 60,000 mg/kg of iron (Shelanski, *Bull Nat Formulary*

5  *Committee*, 1980, 18:87-94). This represents a level of safety at least 100 times higher than traditional ferrous salts, with a therapeutic profile that is similar to that of ferrous salts. Iron replenishment studies in human subjects using doses of carbonyl iron up to 3,000 mg daily (approximately 15 times the usual dose of ferrous sulfate iron) have confirmed this remarkable safety profile (Gordeuk *et al.*, *Blood*, 1986; 67:745-752).

10       Iron supplementation can produce epigastric distress. In studies with female blood donors using doses of carbonyl iron 10 times higher than normal doses of ferrous sulfate, the incidence of gastrointestinal side effects was equivalent (Gordeuk *et al.*, *Am J Clin Nutr*, 1987; 46:1029-1034). The iron needs of females who donate blood more than three times a year are believed to closely mimic the iron needs during pregnancy.

15  The ability to tolerate significantly higher doses of carbonyl iron in these blood donors lead to faster restoration of iron stores. Even at extremely high doses of carbonyl iron, there have been no reports of iron overload.

       EP publication EP 0702954 relates to a calcium dietary supplement comprising a calcium salt, vitamin D and at least one mineral, preferably a boron compound; where

20  the calcium salt may be calcium citrate. Iron is not present in this supplement, further, the tablet weight is from greater than 1.8 g to about 3.0 g. A tablet of that size is difficult to swallow and, therefore, contributes to patient noncompliance. Bronson Vitamins and Herbals (Winter/Spring 1996 catalog) reportedly provides a prenatal II (or #2) supplement that contains 125 mg of calcium in the form of citrate and 30 mg of iron

25  in the form of FERRONYL® IRON. Calcium at a level of 125 mg is only about 10% of the recommended dietary allowance for pregnant or lactating women. WO 95/35098 relates to multi-vitamin and mineral supplements tailored to meet nutritional requirements during each stage of a woman's life. The preparations are in unit dosage forms and, in such forms, the preparation is subdivided into unit doses containing

30  appropriate quantities of the active components. Further, the total daily dosage may be divided and administered in portions. The subdivision of unit dosage forms and administration in portions decreases the likelihood of patient compliance.

5

Because of the above difficulties with safety regarding iron supplements, undesired interactions in competing for stomach acid, use of suboptimal forms of calcium, and multiple dosage forms, the present inventors provide herein an improved single oral dosage supplement that contains unprecedented levels of calcium in a form 5  that is readily solubilized *in vivo*, together with carbonyl iron to provide a safe and effective dietary supplement. Further vitamins and minerals can be included and, when included, provides a single oral dosage form containing calcium, iron and the recommended dietary allowance of a number of vitamins and minerals in a tablet that is small enough for easy swallowing, thereby, encouraging patient acceptance. Further 10  advantages will become apparent in this disclosure.

**SUMMARY OF THE INVENTION**

The present invention relates generally to the fields of nutrition and obstetrics. More particularly, the present invention relates to a dietary supplement for use in humans, and in particular, in pregnant or lactating women, which supplement comprises 15  high levels of calcium citrate and carbonyl iron. Compositions and methods for enhancing uptake of calcium, zinc, magnesium, or iron for a human are also provided.

The present invention provides a single-dose dietary supplement comprising high levels of calcium citrate and carbonyl iron. By "high levels" of calcium citrate is meant calcium citrate having a bulk density of between about 0.9 g/cc and about 1.3 20  g/cc, or calcium citrate having greater than 125 mg to about 300 mg calcium in a single-dose tablet. Calcium citrate having a bulk density of between about 0.9 g/cc and about 1.3 g/cc is also known as ULTRADENSE™ calcium citrate (Mission Pharmacal Inc., San Antonio, TX). Calcium citrate provides a greater amount of calcium in a form that enhances absorption of iron, zinc, and magnesium compared to the usual form of 25  calcium, calcium carbonate. Another aspect of the present invention is a single-dose dietary supplement comprising greater than 125 mg to about 300 mg calcium in the form of calcium citrate, and greater than 30 mg to about 120 mg iron in the form of carbonyl iron. The present inventive dietary supplement uses carbonyl iron to provide iron in a form that significantly reduces the risk to children of accidental iron poisoning 30  from formulations that provide iron in salt form. The dietary supplement of the invention may further comprise iodine; zinc; folic acid; copper; vitamins A, D, E, C, B1, B2, B6, B12; and niacin.

6

In an embodiment of the invention, the supplement takes advantage of the density of ULTRADENSE™ calcium citrate and the tablet space saved by using carbonyl iron to provide a single oral tablet dosage form having the following minerals and vitamins: iodine; zinc; copper; folic acid; vitamins A, D, E, C, B1, B2, B6, B12; and niacinamide. The tablet also has the elegance of small size, weighing less than about 1.6 g, and has consequent patient acceptability.

A single-dose vitamin and mineral dietary supplement comprising ULTRADENSE™ calcium citrate wherein the calcium citrate provides from about 100 mg to about 300 mg calcium, and carbonyl iron wherein the carbonyl iron provides from about 30 mg to about 120 mg iron is a further embodiment of the invention. A particularly preferred embodiment is a vitamin and mineral dietary supplement comprising ULTRADENSE™ calcium citrate, carbonyl iron, vitamin A, vitamin B1, vitamin B2, vitamin B6, vitamin B12, vitamin C, vitamin D, vitamin E, folic acid, iodine, copper, zinc, and niacinamide. The supplement also may comprise pharmaceutically acceptable carriers and excipients.

A method of making a vitamin and mineral dietary supplement comprising calcium citrate and carbonyl iron is a further aspect of the invention. The method comprises granulating calcium citrate having a bulk density of between about 0.9 g/cc and about 1.3 g/cc with a first granulating agent to form a first granular mixture; granulating Vitamin E, docusate Na, zinc, copper, and carbonyl iron with a second granulating agent to form a second granular mixture; blending the first mixture with the second mixture in a blender to form a first blend; and blending carbonyl iron, vitamin A, vitamin B1, vitamin B2, vitamin B6, vitamin B12, vitamin C, vitamin D, folic acid, iodine, and niacin with the first blend to form a second blend; and formulating the second blend into an oral dosage form. A composition of matter comprising the second blend made by the above-described process is also an embodiment of the invention.

In this method, granulating agents have the properties of providing cohesion to form a granular material that allows formation of tablets having optimal dissolution characteristics. Granulating agents include, but are not limited to, ethyl cellulose, povidone, polyethylene glycol, shellac, methylcellulose, hydroxypropylmethylcellulose, or the like. When the first granulating agent is ethyl cellulose, the ethyl cellulose is present in a ratio to calcium citrate of about 2:98. A preferred second granulating agent

WO 97/48392                                                            PCT/US97/10781

7

is povidone in alcohol. An important aspect of the invention is that the second blend has a bulk density of between about 0.9 g/cc to about 1.1 g/cc.

Use of a supplement described herein in the preparation of a pharmaceutical composition for use in treating a vitamin or mineral deficiency or anticipated deficiency of a human, for use in pregnancy or during lactation, or for supplementing a diet of a human is a further aspect of the invention. The method or use comprises obtaining a vitamin and mineral supplement as provided herein, and administering the supplement to the human. In particular, the human may be a blood donor, may be deficient in calcium or iron, or the human may be anemic. A particular advantage for pregnant women is that the supplement enhances uptake of magnesium from the diet; magnesium sulfate in bolus form has long been used for preventing premature labor. Example 3 provides data demonstrating the enhanced uptake of magnesium.

A method of enhancing uptake of calcium, magnesium, iron, or zinc in a human comprising obtaining a vitamin and mineral supplement as provided herein, and administering the supplement to the human in need of enhanced uptake of calcium, magnesium, iron or zinc is a further aspect of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings form part of the present specification and are included to further demonstrate certain aspects of the present invention. The invention may be better understood by reference to one or more of these drawings in combination with the detailed description of specific embodiments presented herein.

FIG. 1 provides a standard error analysis of data obtained from urine samples analyzed for zinc content after oral ingestion of either PRENATE® ULTRA™ (PN-Ultra) or PRENATE® 90 (PN-90). A significant difference of $p < 0.03$ was found between the means of the two different supplements. Error bars represent standard error, $n = 9$. See Example 3 for methods.

FIG. 2 provides a standard error analysis of data obtained from urine samples analyzed for calcium content after oral ingestion of either PRENATE® ULTRA™ (PN-Ultra) or PRENATE® 90 (PN-90). A difference of $p < 0.07$ was found between the means of the two different supplements. Error bars represent standard error, $n = 9$. See Example 3 for methods.

8

FIG. 3 provides a standard error analysis of data obtained from urine samples analyzed for magnesium content after oral ingestion of either PRENATE® ULTRA™ (PN-Ultra) or PRENATE® 90 (PN-90). A significant difference of $p < 0.03$ was found between the means of the two different supplements. Error bars represent standard error, n = 9. See Example 3 for methods.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides a vitamin and mineral supplement containing high levels of calcium citrate and carbonyl iron. Supplements of the present invention may be used as a dietary supplement by a man, woman, or a child by adjusting the levels of ingredients to the recommended dietary allowance for those categories of individuals (according to the Food and Nutrition Board, National Academy of Sciences-National Research Council, 1989, in: Remington: The Science and Practice of Pharmacy, Gennaro, AR, ed., 1995, Mack Publ Co., Easton PA, p. 1108, incorporated by reference herein). In particular, a supplement as provided herein is for pregnant or lactating women, or for women of reproductive years who may become pregnant. Although not limited thereto, a preferred embodiment of the supplement is for pregnant or lactating women and has the tradename PRENATE® ULTRA™.

**Calcium Citrate.** ULTRADENSE™ calcium citrate as described in U.S. Patents 4,814,177; 4,851,221; and 4,772,467 (each patent is incorporated herein by reference in its entirety) is a preferred form of calcium citrate for the supplements of the present invention. Calcium citrate is a superior vehicle for dietary calcium supplementation as compared to calcium carbonate, the more commonly used source of calcium. The ingestion of calcium citrate in a usual form having a density of 0.7 g/cc presents a problem in that the bulkiness of usual calcium citrate makes incorporating adequate amounts of calcium in a desired tablet size difficult. U.S. Patent 4,814,177, previously incorporated by reference herein, provides a method for making exceedingly dense calcium citrate tablets.

The bulk density of ULTRADENSE™ calcium citrate used for the supplements of the present invention is between about 0.9 g/cc and 1.3 g/cc, preferably between about 1.0-1.2 g/cc, and more preferably between about 1.0-1.1 g/cc. This high density

9

and the fact that calcium is 21% of the weight of ULTRADENSE™ calcium citrate allows a high amount of calcium to be included in a supplement tablet where carbonyl iron and the recommended dietary allowance of a number of vitamins and minerals can also be provided; nevertheless, the total weight of the tablet is only about 1.5-1.6 g.

5       Unlike calcium carbonate and other calcium salts commonly found in dietary supplements, ULTRADENSE™ calcium citrate does not rely on stomach acid to dissolve. Calcium citrate is soluble in both stomach acid and in the more alkaline environment of the small intestine. Consequently, stomach acid is more available for solubilizing other minerals, such as iron, for example. Further, in clinical testing,

10      ULTRADENSE™ calcium citrate has been shown to be more soluble, better absorbed, and better tolerated than traditional calcium supplements such as calcium carbonate. A method of making ULTRADENSE™ calcium citrate as used herein is provided in Example 1. ULTRADENSE™ calcium citrate is present in the formulation in an amount to provide from about 100 mg to about 300 mg calcium; preferably, from about

15      125 to about 275 mg calcium; more preferably, 150-250 mg calcium, and most preferably, about 200 mg calcium in a single dosage form.

Supplemental calcium is especially beneficial for the skeletal system, for humans intolerant of lactose, for pregnant and lactating women where fetal demands require substantial amounts of calcium and for post-menopausal women.

20      **Carbonyl Iron.** In comparing carbonyl iron to the iron (ferrous) salts (ferrous sulfate, ferrous fumarate, ferrous gluconate and others), the elemental iron forms have a 96-98% iron content while ferrous salts have only a 12-32% iron content. Therefore, in order to provide 1 mg of iron in a supplement, it is necessary to use 3 mg (or more) of a ferrous salt compared to 1 mg of elemental iron, provided that both forms have similar

25      absorption rates. Consequently, significant tablet space is saved using elemental iron rather than an iron salt. Carbonyl iron can be obtained from International Specialty Products (Wayne, NJ) or BASF (Mount Olive, NJ), for example. Carbonyl iron is preferably present in the formulation in an amount to provide from about 30-120 mg iron; more preferably, 60-120 mg iron; and most preferably, about 90 mg iron in a

30      single dosage form.

The vitamins and minerals described below are of food-grade approved for use in humans (see, *U.S. Pharmacopeia*, 23rd edition, U.S. Pharmacopeia Inc.); they may be obtained from common distributors known to one of skill in the art in light of this

10

disclosure, such as, for example; Hoffman-LaRoche, Inc., (Nutley, NJ); BASF (Mount Olive, NJ); Takeda (Orangeburg, NY); Mallinckrodt (Chesterfield, MO); or Spectrum (Gardena, CA), for example.

5    **Vitamin A and Beta Carotene.** Beta carotene and Vitamin A (retinol) provide the total Vitamin A in the present formulation in amounts of about 2000-4000 I.U., more preferably about 2200-3200 I.U., and most preferably about 2700 I.U.    Use of beta carotene to provide a portion of the total Vitamin A reduces risk of toxicity from preformed vitamin A.  A pharmaceutically acceptable salt of vitamin A can be used, exemplary salts are acetate and palmitate, for example.

10    **B Vitamins.**  B vitamins of the present composition include vitamin B1 (thiamine) in a single dosage amount from about 1.0-5.0 mg, more preferably 2.0-4.0 mg, and most preferably about 3 mg; vitamin B2 (riboflavin) in an amount from about 1.0-5.0 mg, more preferably 2.0-4.0 mg, and most preferably about 3 mg; vitamin B6 (pyridoxine, pyridoxal, pyridoxamine) in an amount from about 1.0-25 mg, more 15    preferably 10-25 mg, and most preferably about 20 mg; vitamin B12 (cyanocobalamin) in an amount from about 2.0-12 mcg, preferably 6-12 mcg, and most preferably about 12 mcg; niacin or nicotinic acid or niacinamide in an amount from about 10-30 mg, preferably 15-25 mg, and most preferably about 20 mg; and folic acid in an amount from about 0.2-2.4 mg, preferably 0.4-1.5 mg, and most preferably about 1 mg. 20    Pharmaceutically acceptable forms of certain of the B vitamins include, but are not limited to, thiamine mononitrate or thiamine hydrochloride; niacin or niacinamide; and pyridoxine hydrochloride.

**Vitamin C.**  Vitamin C is present as ascorbic acid, or may be present as dehydroascorbic acid in an amount from about 30-300 mg, more preferably 60-200 mg, 25    most preferably about 120 mg.  Pharmaceutically acceptable salts include, but are not limited to, sodium or calcium ascorbate.

**Vitamin D.**  Vitamin D used in the present supplement can include any of the forms of vitamin D that is a precursor to 1,25-dihydroxycholecalciferol.  Vitamin D is preferably present in a supplement of the present invention in an amount from about 30    200-600 I.U., more preferably 300-500 I.U., and most preferably about 400 I.U. Vitamin D3 (cholecalciferol) or D2 (ergocalciferol) is preferred.

**Vitamin E.**  Vitamin E can be present as $\alpha$-, $\beta$-, $\gamma$-, or $\delta$-tocopherol or as a mixture, or as an isomer thereof, such as D-$\alpha$-tocopherol acetate or DL-$\alpha$-tocopherol

11

acetate. Salts of vitamin E include, but are not limited to, an acetate, or acid succinate salt. Vitamin E is preferably present in a supplement of the present invention of from about 30-400 I.U., preferably 30-100 I.U. and more preferably about 30 I.U. (1 I.U. approximately equals 1 mg).

5    **Iodine**. Iodine can be present as a potassium salt, and is preferably present in an amount of about 100-300 mcg, more preferably, of about 120-220 mcg, and most preferably about 150 mcg.

**Copper**. Copper may be present as a sulfate, nitrate, chloride, carbonate, oxide, hydroxide, iodide, glutamate, glycerophosphate, aspartate, citrate, nucleinate, 10    pyrophosphate, or the like. The amount of copper is preferably from about 1.5-3.0 mg, more preferably about 2.0-2.5 mg, and most preferably about 2.5 mg.

**Zinc**. Zinc can be provided from a wide variety of inorganic salts such as oxide, phosphate, chloride, sulfate, nitrate, gluconate, or the like; as well as from metallic zinc in amounts from about 10-60 mg, more preferably from about 15-40 mg, most 15    preferably about 25-35 mg.

Further vitamins or minerals including but not limited to vitamin K, phosphorous, magnesium, selenium, biotin, choline, inositol, pantothenic acid, chromium, molybdenum, cobalt, fluorine, manganese, nickel, or the like, may be added to the supplements of the present invention and still be within the scope of the claims.

20    **Further Advantages**. The present formulation preferably contains a stool softener such as docusate sodium in an amount ranging from about 25-75 mg, preferably an amount of about 40-60 mg, and most preferably an amount of about 50 mg/tablet. Docusate sodium can be obtained from Ceres Chem. Co. (Harrison, NY). Other forms may include docusate calcium.

25    The present formulation is thought to be hypoallergenic in that none of the components are known to have a history of allergy activity, and the formulation has Kosher certification by inspection and citation that the materials and processes used are Kosher.

Disintegrating agents may be included in the present formulation to assist in the 30    dissolution of the tablet in the stomach. Disintegrating agents are well known in the art in light of this disclosure, and include, but are not limited to, starch, or carboxymethylcellulose, for example. A preferred disintegrating agent is croscarmellose sodium.

12

Lubricating agents may be included in the present formulation to assist in compression of the formulation so that a tablet does not stick in a tablet press. Lubricants are well known in the art in light of this disclosure, and include, but are not limited to, stearic acid, talc, calcium stearate, zinc stearate, magnesium stearate, or the
5  like. A preferred lubricant is magnesium stearate.

The present supplement may include an aroma enhancer, such as ethyl vanillin, for example, to provide a pleasant aroma. Ethyl vanillin, in particular, is able to mask the characteristic smell associated with B complex vitamins. The ethyl vanillin aroma, therefore, provides patient satisfaction and acceptability.

10  The small size of the tablet is an advantage since small size increases patient acceptability in that the tablet is easier to swallow. The small size is accomplished in a number of ways: use of ULTRADENSE™ calcium citrate which provides calcium in a more dense form than other calcium citrate preparations, use of carbonyl iron which takes up less tablet space than an iron salt, use of a granulating agent such as ethyl
15  cellulose to form an ULTRADENSE™ calcium citrate granular form, use of a granulating agent such as povidone to form other ingredients as indicated in Example 1 into a granular form, and blending of the two granular forms to form a blend. These compositions and procedures allow a tablet of about 1.5-1.6 g to be made. Bulk density of a composition and tablet density may be measured by procedures as described in U.S.
20  Patent 4,814,177, incorporated by reference herein for these purposes.

Many other pharmaceutically acceptable tableting binders, lubricants, disintegrants, carriers and excipients known in the pharmaceutical arts in light of the present disclosure are usable in the production of tablets of the present invention (See, e.g., Remington: The Science and Practice of Pharmacy, Gennaro, AR, ed., 1995, Mack
25  Publ. Co., Easton PA, p. 1615, incorporated by reference herein). As used herein, pharmaceutically acceptable is a component that is suitable for use in humans without undue side effects, such as irritation, toxicity, or allergic response.

The tableting composition is fed through a multiple station D-tool tablet press to form tablets. Multiple station tablet presses such as a Manesty Mark 345 station press,
30  a Fette 45 station press, or a Manesty rotopress-37 station press, for example, may be used, but are not limited thereto.

Further processing to physically and aesthetically improve the tablets may be accomplished by tablet coating procedures well known to those skilled in relevant

pharmaceutical arts. For example, the solid dosage form may have a film coating to protect the ingredients from moisture, oxygen, or light; or to mask any undesirable taste or appearance. Suitable coating agents include cellulose, hydroxypropylmethylcellulose, cellulose phthalate, methacryulic copolymer, polyvinylpyrrolidone (PVP), sugar, titanium dioxide, or shellac. An enteric coating may be employed, as well as coloring agents for identification, and if desired, the solid form may be polished with a waxy composition, such as carnauba wax. Coating procedures are by conventional pharmaceutical pan-coating technology known by those of skill in this art in light of this disclosure.

The present supplement may be provided in oral solid dosage form for example, a tablet, capsule, lozenger, chewable tablet or bulk powder.

The following examples are included to demonstrate preferred embodiments of the invention. It should be appreciated by those of skill in the art that the techniques disclosed in the examples that follow represent techniques discovered by the inventors to function well in the practice of the invention, and thus can be considered to constitute preferred modes for its practice. However, those of skill in the art should, in light of the present disclosure, appreciate that many changes can be made in the specific embodiments which are disclosed and still obtain a like or similar result without departing from the spirit and scope of the invention.

## EXAMPLE 1
### Preparation of a Vitamin and Mineral Supplement
### Containing High Levels of Calcium Citrate and Carbonyl Iron

The present example provides a particular embodiment of the supplement composition of the present invention, and a method of making the composition. Table 1 provides a preferred single dose and bulk formulation.

### Table 1.
### A Vitamin and Mineral Supplement Containing
### High Levels of Calcium Citrate and Carbonyl Iron

| (mg/ Tablet) | Ingredient | Overage %[a] | kg | gm | mg |
|---|---|---|---|---|---|
| 90 | Elemental Iron (carbonyl iron, powder) | | 72 | 0.00 | |

14

| (mg/Tablet) | Ingredient | Overage %[a] | kg | gm | mg |
|---|---|---|---|---|---|
| 0.2 (0.15 as iodine) | Iodine (potassium iodide powder) | 40 | | 224 | |
| 970 (200 as elemental calcium) | Calcium (ULTRADENSE™ calcium citrate, 98%) | | 776 | 0.00 | |
| 2.5 | Copper (cupric oxide) | | 2 | 0.00 | |
| 31.12 | Zinc (zinc oxide) | 2 | 25 | 394 | |
| 1.0 | Folic Acid | 35 | 1 | 080 | |
| 6.8 | Vitamin A palmitate, 250,000 I.U./g (1700 I.U./Tablet) | 30 | 7 | 072 | |
| 5.99 | β-carotene, 10%, $0.167 \times 10^6$ I.U./g (1000 I.U./Tablet), (a total of 2700 I.U. Vit A + β-carotene) | 40 | 6 | 709 | |
| 4.0 | Vitamin D3 (cholecalciferol), 100,000 I.U./g (400 I.U./T) | 40 | 4 | 480 | |
| 60 | Vitamin E (dl-α tocopherol acetate), 50%, (30 I.U./T) | 10 | 52 | 800 | |
| 123.7 | Vitamin C (ascorbic acid), 97% | 10 | 108 | 866 | |
| 3.26 | Vitamin B1 (thiamine mononitrate) | 25 | 3 | 260 | |
| 3.4 | Vitamin B2 (riboflavin) | 20 | 3 | 264 | |
| 24.3 | Vitamin B6 (pyridoxine HCl) | 20 | 23 | 328 | |
| 0.012 | Vitamin B12 (cyanocobalamin, crystalline, 100%) | 40 | | 13 | 440 |
| 20 | Niacinamide | 20 | 19 | 200 | |
| 58.82 | Docusate Sodium (85%) | | 47 | 056 | |
| 37.5 | Povidone | | 30 | 0.00 | |
| 30 | Croscarmellose Sodium | | 24 | 0.00 | |
| 15 | Magnesium Stearate | | 12 | 0.00 | |
| 2.0 | Ethyl Vanillin | | 1 | 600 | |
| Total weight/Tablet: 1525.42 mg | | | | Total weight 1220.346 kg | |

[a] the excess amount of an ingredient used to assure potency prior to an expiration date.

ULTRADENSE™ calcium citrate was made according to methods provided in
5    U.S. Patent 4,814,177, incorporated by reference herein for this specific purpose.

15

Stoichiometric amounts of calcium carbonate, citric acid, and water were mixed together to produce calcium citrate and carbon dioxide. In a second phase of the reaction, the gray slurry turned white and shrunk to about 50% of its volume. This ULTRADENSE™ material was nearly dry and had a density of about 1.1-1.2 g/cc; the

5   water had become water of crystallization. Alcoholic ethyl cellulose was added at the time of solidification in a 2:98 ratio of ethyl cellulose to ULTRADENSE™ calcium citrate for granulation to form a first granular mixture. Granulation assists in the compressibility of tablets. Separately, Vitamin E, docusate Na, zinc oxide, copper oxide, and one-half of the carbonyl iron was granulated with povidone, a polymeric

10  granulation agent to form a second mixture. The two mixtures are blended in a blender, the rest of the ingredients are added and blended further. The bulk mixture is then ready for compression into tablets. The bulk density of this blend is about 0.9 to 1.1 g/cc. No other formulation having the amounts of ingredients provided herein and having the cited density is known.

15

An important aspect of the vitamin and mineral formulation of the present invention is the elegance of the small-sized tablet. If the calcium citrate was not ULTRADENSE™ calcium citrate and if carbonyl iron was not used, the resultant tablet would be prohibitively large. Therefore, use of ULTRADENSE™ calcium citrate and

20  use of carbonyl iron contribute to making the present formulation compressible into acceptably-sized tablets. The weight of tablets of the present formulation is between about 1.5 and 1.6 grams. The surface area is about 0.869 square inches, and the volume is about 0.0599 cubic inches.

25                                     **EXAMPLE 2**
                        *In Vitro* **Solution Properties of Carbonyl Iron**
                  **and Zinc in the Presence of ULTRADENSE™ Calcium Citrate**

Studies were performed to examine the *in vitro* solution properties of calcium and iron under conditions where the calcium is present as calcium carbonate or calcium

30  citrate, and the iron is present as carbonyl iron.

**Iron dissolution study #1**

SAMPLE: Elemental iron, specially processed to a 3.5 micron size, 60 mg.

DISSOLUTION MEDIUM: Water, 300 mL, 37°C, 1 hour test, USP paddle method.

16

PURPOSE: To study the effect of vitamin C on the dissolution of iron in water.

| mg Vitamin C | %Fe | Precipitation in alkaline bicarbonate |
|---|---|---|
| 0 | 0 | ---- |
| 50 | 2.43 | None |
| 150 | 13.92 | None |
| 250 | 31.04 | None |
| 500 | 42.74 | None |

     The data demonstrate that iron is increasingly soluble with increasing amounts

5    of ascorbate present in a solution. Upon adding bicarbonate, there was no precipitation

of iron.

**Iron dissolution study #2**

10    SAMPLE: Elemental iron, specially processed to a 3.5 micron size, 60 mg.

    DISSOLUTION MEDIUM: 0.08 N hydrochloric acid, 300 mL, 37°C, 1 hour test, USP
paddle method.

15    PURPOSE: To study the effect of vitamin C on the dissolution of iron in gastric acid.

| mg Vitamin C | %Fe | Precipitation in alkaline bicarbonate | %Fe remaining in solution |
|---|---|---|---|
| 0 | 84.90 | YES | 0.0 |
| 250 | 98.31 | NO | 98.31 |
| 500 | 98.40 | NO | 98.40 |

    The data demonstrate that iron is more soluble in dilute acid than in water, and

20    that the iron precipitates out upon addition of bicarbonate when ascorbate is not present.

17

**Iron dissolution study #3**

SAMPLE:  Elemental iron, specially processed to a 3.5 micron size, 60 mg.

5      DISSOLUTION MEDIUM:  Water or 0.08 N hydrochloric acid, 300 mL, 37°C, 1 hour test, USP paddle method.

PURPOSE:  To study the effect of calcium carbonate on the dissolution of iron in gastrointestinal media in the presence of vitamin C.

10

| mg Vitamin C | mg CaCO$_3$ | %Fe | precipi-tation | %Fe |
|---|---|---|---|---|
| 250 | 400 | 89.42 | YES | 36.72 |
| 500 | 400 | 96.1 | YES | 59.96 |

The data demonstrate that even in the presence of ascorbate, when calcium is in the form of calcium carbonate, iron precipitates out of solution.

15      **Iron dissolution study #4**

SAMPLE:  Elemental iron, specially processed to a 3.5 micron size, 60 mg.

DISSOLUTION MEDIUM:  0.08 N hydrochloric acid, 300 mL, 37°C, 1 hour test, USP
20     paddle method.

PURPOSE:  To study the effect of ULTRADENSE™ calcium citrate on the dissolution of iron in gastrointestinal fluids in the presence of vitamin C.

25

| mg Vitamin C | mg ULTRADENSE™ Calcium Citrate | %Fe | precipitation | %Fe |
|---|---|---|---|---|
| 250 | 750 | 98.0 | None | 98.0 |
| 500 | 750 | 98.0 | None | 98.0 |

These data demonstrate that iron is soluble when calcium is in the form of ULTRADENSE™ calcium citrate.  These results are contrasted to those of study #3 where calcium was present in the form of calcium carbonate and the iron precipitated
30     out.

18

In dilute HCl, such as in the stomach, calcium from calcium carbonate dissolves; however, under alkaline conditions, such as in the small intestine, calcium carbonate precipitates and traps iron in the process of precipitating. Therefore, iron is not as available for absorption when calcium is provided as calcium carbonate.

5        In contrast, calcium citrate is soluble both under stomach acid conditions and under the more alkaline conditions found in the small intestine. Therefore, iron is more available for absorption when calcium is provided as calcium citrate.

Zinc is more soluble in the presence of vitamin C since it forms zinc ascorbate, and is then more available for absorption. In the presence of calcium carbonate and vitamin C, calcium will form calcium ascorbate, thereby tying up the ascorbate and making it less available for solubilizing zinc. In contrast, calcium citrate in the presence of vitamin C does not form calcium ascorbate, and ascorbate is free to solubilize zinc. Therefore, by having calcium present in the form of citrate, both iron and zinc are more available for absorption.

15

### EXAMPLE 3
#### *In Vivo* Absorption of Zinc, Calcium, and Magnesium
#### as a Result of PRENATE 90® vs. PRENATE® ULTRA™ Supplementation

The present example provides the results of *in vivo* studies on the uptake of zinc, calcium, and magnesium from PRENATE® 90 vs. PRENATE® ULTRA™ vitamin and mineral supplements. PRENATE® 90 is a prenatal formulation marketed by Bock Pharmacal Co. (St. Louis, Missouri). Table 2 provides the compositions of each supplement for comparison.

**Table 2.**
**Comparison of the Amounts and Sources of**
**Ingredients for Supplements Used in *In Vivo* Tests**

| Ingredient | PRENATE® ULTRA™ (mg/Tablet) | PRENATE® 90 (mg/Tablet) |
|---|---|---|
| Elemental Iron | 90, (carbonyl iron) | 90, as ferrous fumarate |
| Iodine | 0.2 | 0.15 |
| Calcium | 200, (ULTRADENSE™ calcium citrate) | 250, as calcium carbonate |
| Copper | 2.5 | 2 |

19

| Ingredient | PRENATE® ULTRA™ (mg/Tablet) | PRENATE® 90 (mg/Tablet) |
|---|---|---|
| Zinc | 31.12 | 25 |
| Folic Acid | 1.0 | 1 |
| Vitamin A | 6.8, as palmitate, 250,000 I.U./g (1700 I.U./T); and β-carotene, 10%, 5.99 mg, $0.167 \times 10^6$ I.U./g (1000 I.U./T) | 1.2, as acetate (4000 I.U.) |
| Vitamin D3 | 4.0, 100,000 I.U./g (400 I.U./T) | .01, (400 I.U.) |
| Vitamin E | 60, (50%) (30 I.U.) | 30, (30 I.U.) |
| Vitamin C | 123.7, (97%) | 120 |
| Vitamin B1 | 3.26 | 3 |
| Vitamin B2 | 3.4 | 3.4 |
| Vitamin B6 | 24.3 | 20 |
| Vitamin B12 | 0.012 | 0.012 |
| Niacinamide | 20 | 20 |

**Methods**

      The uptake of zinc, calcium and magnesium was determined by analyzing urine for those minerals over a 7-h collection period from volunteers who took the cited

5     supplements.

      The study was conducted with nine healthy female volunteers ranging from 25-45 years of age (mean 36.8 years). Informed consent was obtained from all subjects and none of the women were pregnant.

      The subjects were instructed to discontinue use of any vitamins or mineral

10    supplements two days prior to the beginning of the study. During the study, all volunteers were instructed to ingest a diet void of citrate; thus avoiding fruits, tomatoes and fruit juices. They were further instructed during the 2-day collection period to eat very similar meals (lunch and dinner) to prevent dietary influences. Their fluid intake was fixed at 2.5-3.0 L per day of deionized water.

15       The evening before collection day, subjects were instructed to fast after 7 P.M. with only deionized water intake. On the morning of the collection period, the subjects were in a fasting state when they ingested 3 tablets of either the PRENATE® 90 or PRENATE® ULTRA™ supplement, chosen in a randomized order. After tablet

20

ingestion, the subjects collected urine for a period of 7 h. On the next day, subjects
ingested 3 tablets of the other supplement and urine was collected as on the first day. A
morning baseline was collected to assure no carryover of supplement from the previous
day's test.

5       Urine was analyzed for total volume, zinc, calcium, magnesium, and creatinine.
Zinc, calcium and magnesium were analyzed by atomic absorption spectrometry and
creatinine by a kinetic modification of the Jaffe method (Larsen, K., *Clin. Chem. Acta.*
41:209-217, 1972). Zinc, calcium, and magnesium were standardized to the amount of
creatinine excreted to avoid any problems with the urine collections.

10      Statistical analyses were performed comparing the sample means of the two day
collection periods using the student t-test. This analysis was performed using
QUATTROPRO® statistical software (Novell Inc., Orem, UT). Data are expressed as
the mean plus or minus standard deviation.

**Results**

15      Zinc is absorbed from both supplements, however, there is a statistically
significant increase in urinary zinc with the PRENATE® ULTRA™ supplement
compared to that of PRENATE® 90 as shown in FIG. 1. Therefore, the PRENATE®
ULTRA™ supplement provides for better absorption of zinc as compared to the
PRENATE® 90 supplement.

20      Calcium is demonstrated to be more bioavailable in the PRENATE® ULTRA™
supplement compared to the bioavailability from the PRENATE® 90 supplement (FIG.
2). These data provide further evidence that calcium in the citrate form is more soluble
than calcium in the carbonate form.

        Magnesium is difficult to provide as a supplement since it causes a strong saline
25      cathartic effect, i.e., it causes diarrhea. Magnesium is not a constituent of either
supplement of the present study in significant amounts, however, the results show a
statistically significant increase in magnesium absorption from dietary magnesium with
the PRENATE® ULTRA™ supplement when compared to the PRENATE® 90
supplement (FIG. 3). Therefore, the PRENATE® ULTRA™ supplement appears to
30      enhance bioavailability of magnesium ingested from a normal diet. This enhanced
uptake is especially significant for obstetrical patients, since magnesium sulfate in bolus
form has long been used for preventing premature labor.

21

Not wanting to be bound by theory, the present inventors expect that the present formulation would enhance uptake of further divalent cations since ascorbate and citrate may facilitate complex formation with divalent cations and stimulate both active and passive transport for *in vivo* absorption.

5

## EXAMPLE 4

### *In Vivo* Absorption of Iron as a Result of PRENATE 90® vs. PRENATE® ULTRA™ Supplementation

Uptake of iron from the prenatal supplements cited in Example 3 will be
10    measured in serum, 3 hours after ingestion, in a fasting state. This study will be conducted with 10-15 healthy female volunteers of childbearing age (up to 45 years old). Informed consent will be obtained from all subjects and none of the women will be pregnant.

The subjects will be instructed to discontinue use of any vitamins or mineral
15    supplements three days prior to the beginning of the study. The day prior to the ingestion of the prenatal supplement tablets, all volunteers will be instructed to ingest a diet void of red meats and citrate (thus avoiding fruits, tomatoes and fruit juices). The evening before the collection day, subjects will be instructed to fast after 7 P.M. with only deionized water intake. The following morning, subjects will be given 3 tablets of
20    either the PRENATE® ULTRA™ supplement or PRENATE® 90, chosen in a randomized order. Subjects will remain in a fasting state until their blood is drawn, 3 hours post-supplement ingestion. On the next day, subjects will ingest 3 tablets of the other supplement and blood will be collected as on the first day. A morning baseline will be collected to assure no carryover of supplement from the previous day's test.

25    Venous blood samples will be drawn by vacutainer and allowed to clot at room temperature; serum will be separated from whole blood by centrifugation. Serum will be removed and stored at -20°C until analyzed. Hemolyzed specimens will not be analyzed. The samples will be analyzed for total iron by spectrophotometry using a Ferene chromogen, Roche Diagnostics (Hoffman-LaRoche, Inc., Nutley, NJ).

30    Statistical analysis will be performed comparing the sample means of the two different collection periods using the student t-test. This analysis will be performed using QuattroPro statistical software as cited in Example 3. Data are expressed as the mean plus or minus standard deviation.

WO 97/48392                                    PCT/US97/10781

22

     All of the compositions and methods disclosed and claimed herein can be made and executed without undue experimentation in light of the present disclosure. While the compositions and methods of this invention have been described in terms of preferred embodiments, it will be apparent to those of skill in the art that variations may

5    be applied to the composition, methods and in the steps or in the sequence of steps of the method described herein without departing from the concept, spirit and scope of the invention. More specifically, it will be apparent that certain agents which are both chemically and physiologically related may be substituted for the agents described herein while the same or similar results would be achieved. All such similar substitutes

10   and modifications apparent to those skilled in the art are deemed to be within the spirit, scope and concept of the invention as defined by the appended claims.

23

## CLAIMS:

1.      A single-dose dietary supplement comprising calcium citrate and carbonyl iron, the calcium citrate having a bulk density of between about 0.9 g/cc and about 1.3 g/cc.

5    2.      A single-dose dietary supplement comprising greater than 125 mg to about 300 mg calcium in the form of calcium citrate, and greater than 30 mg to about 120 mg iron in the form of carbonyl iron.

3.      The supplement of claim 1 wherein the calcium citrate provides from about 100 mg to about 300 mg calcium and the carbonyl iron provides from about 30 mg to about 10    120 mg iron.

4.      The supplement of claim 1, 2, or 3 further comprising vitamin A, vitamin B1, vitamin B2, vitamin B6, vitamin B12, vitamin C, vitamin D, vitamin E, folic acid, iodine, copper, zinc, and niacin.

5.      The supplement of claim 4 wherein the vitamin A, vitamin B1, vitamin B2, 15    vitamin B6, vitamin B12, vitamin C, vitamin D, vitamin E, folic acid, iodine, zinc, and niacin are provided in at least the recommended daily allowance for pregnant or lactating women.

6.      The supplement of claim 4 wherein vitamin A is provided as Vitamin A palmitate and β-carotene.

20    7.      The supplement of claim 4 further comprising docusate sodium.

8.      The supplement of claim 1, 2, or 3 wherein the single dose is a tablet weighing less than about 1.6 g.

9.      The supplement of claim 5 wherein the single dose is a tablet weighing less than about 1.6 g.

25    10.     The supplement of claim 2 further comprising
        vitamin A in an amount from about 2000-4000 I.U.,
        vitamin B1 in an amount from about 1.0-5.0 mg,

24

vitamin B2 in an amount from about 1.0-5.0 mg,

vitamin B6 in an amount from about 1.0-25.0 mg,

vitamin B12 in an amount from about 2-12 mcg,

vitamin C in an amount from about 30-300 mg,

5       vitamin D in an amount from about 200-600 I.U.,

vitamin E in an amount from about 30-400 I.U.,

folic acid in an amount from about 0.2-2.4 mg,

iodine in an amount from about 100-300 mcg,

copper in an amount from about 1.5-3.0 mg,

10       zinc in an amount from about 10-60 mg, and

niacin in an amount from about 10-30 mg.


11.    The supplement of claim 3 further comprising

vitamin A in an amount from about 2000-4000 I.U.,

vitamin B1 in an amount from about 1.0-5.0 mg,

15       vitamin B2 in an amount from about 1.0-5.0 mg,

vitamin B6 in an amount from about 1.0-25.0 mg,

vitamin B12 in an amount from about 2-12 mcg,

vitamin C in an amount from about 30-300 mg,

vitamin D in an amount from about 200-600 I.U.,

20       vitamin E in an amount from about 30-400 I.U.,

folic acid in an amount from about 0.2-2.4 mg,

iodine in an amount from about 100-300 mcg,

copper in an amount from about 1.5-3.0 mg,

zinc in an amount from about 10-60 mg, and

25       niacin in an amount from about 10-30 mg.


12.    The supplement of claim 10 wherein the

calcium citrate is present in an amount to provide about 200 mg calcium,

carbonyl iron is present in an amount to provide about 90 mg iron,

vitamin A is present in an amount of about 2700 I.U.,

30       vitamin B1 is present in an amount of about 3 mg,

vitamin B2 is present in an amount of about 3.4 mg,

WO 97/48392                                                        PCT/US97/10781

25

vitamin B6 is present in an amount of about 20 mg,

vitamin B12 is present in an amount of about 12 mcg,

vitamin C is present in an amount of about 120 mg,

vitamin D is present in an amount of about 400 I.U.,

5    vitamin E is present in an amount of about 30 I.U.,

folic acid is present in an amount of about 1 mg,

iodine is present in an amount of about 150 mcg,

copper is present in an amount of about 2 mg,

zinc is present in an amount of about 25 mg, and

10    niacin is present in an amount of about 20 mg.

13.    The supplement of claim 11 wherein the

calcium citrate is present in an amount to provide about 200 mg calcium,

carbonyl iron is present in an amount to provide about 90 mg iron,

vitamin A is present in an amount of about 2700 I.U.,

15    vitamin B1 is present in an amount of about 3 mg,

vitamin B2 is present in an amount of about 3.4 mg,

vitamin B6 is present in an amount of about 20 mg,

vitamin B12 is present in an amount of about 12 mcg,

vitamin C is present in an amount of about 120 mg,

20    vitamin D is present in an amount of about 400 I.U.,

vitamin E is present in an amount of about 30 I.U.,

folic acid is present in an amount of about 1 mg,

iodine is present in an amount of about 150 mcg,

copper is present in an amount of about 2 mg,

25    zinc is present in an amount of about 25 mg, and

niacin is present in an amount of about 20 mg.

14.    A vitamin and mineral dietary supplement made by a process comprising the
steps of

granulating calcium citrate having a bulk density of between about 0.9 g/cc and
30        about 1.3 g/cc with a first granulating agent to form a first granular
mixture;

WO 97/48392                                                        PCT/US97/10781

26

granulating Vitamin E, docusate Na, zinc, copper, and carbonyl iron with a
   second granulating agent to form a second granular mixture;

blending the first mixture with the second mixture in a blender to form a first
   blend; and

5          blending carbonyl iron, vitamin A, vitamin B1, vitamin B2, vitamin B6, vitamin
   B12, vitamin C, vitamin D, folic acid, iodine, and niacin with the first
   blend to form a second blend.

15.     The supplement of claim 14 wherein the first granulating agent is ethyl
cellulose.

10   16.     The supplement of claim 15 wherein the ethyl cellulose is present in a ratio to
calcium citrate of about 2:98.

17.     The supplement of claim 14 wherein the second granulating agent is povidone.

18.     The supplement of claim 14 wherein the second blend has a bulk density of
between about 0.9 g/cc to about 1.1 g/cc.

15   19.     A method of making a vitamin and mineral dietary supplement comprising the
steps of

granulating calcium citrate having a bulk density of between about 0.9 g/cc and
   about 1.3 g/cc with a first granulating agent to form a first granular
   mixture;

20          granulating Vitamin E, docusate Na, zinc, copper, and carbonyl iron with a
   second granulating agent to form a second granular mixture;

blending the first mixture with the second mixture in a blender to form a first
   blend; and

blending carbonyl iron, vitamin A, vitamin B1, vitamin B2, vitamin B6, vitamin
25          B12, vitamin C, vitamin D, folic acid, iodine, and niacin with the first
   blend to form a second blend; and

formulating the second blend into an oral dosage form.

WO 97/48392                                                                PCT/US97/10781

27

20.    The method of claim 19 wherein the second blend has a bulk density of between about 0.9 g/cc to about 1.1 g/cc.

21.    Use of the supplement of any one of claims 1, 2, or 3 in the preparation of a pharmaceutical composition for use in treating a vitamin or mineral deficiency of a human.

22.    Use of the supplement of any one of claims 10, 11, 12, or 13 in the preparation of a pharmaceutical composition for use in treating a vitamin or mineral deficiency of a human.

23.    Use of the supplement of any one of claims 1, 2, or 3 in the preparation of a pharmaceutical composition for use in pregnancy or during lactation.

24.    Use of the supplement of any one of claims 10, 11, 12, or 13 in the preparation of a pharmaceutical composition for use in pregnancy or during lactation.

25.    Use of the supplement of any one of claims 1, 2, or 3 in the preparation of a pharmaceutical composition for supplementing a diet of a human.

26.    Use of the supplement of any one of claims 10, 11, 12, or 13 in the preparation of a pharmaceutical composition for supplementing a diet of a human.

27.    The use of claim 25 wherein the human is a blood donor.

28.    The use of claim 25 wherein the human is anemic.

29.    The use of claim 21 wherein the vitamin or mineral deficiency is a calcium or iron deficiency.

30.    The use of claim 22 wherein the vitamin or mineral deficiency is a calcium or iron deficiency.

31.    The use of claim 25 wherein uptake of calcium, magnesium, iron, or zinc is enhanced in the human.

32.    The use of claim 26 wherein uptake of calcium, magnesium, iron, or zinc is enhanced in the human.

WO 97/48392                                    PCT/US97/10781

1/3



FIG. 1

WO 97/48392                                                PCT/US97/10781

2/3



FIG. 2

**3/3**



FIG. 3

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US97/10781 |

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC(6)    :A61K 31/19, 33/26 |
| US CL    :424/646, 647, 648; 514/574 |
| According to International Patent Classification (IPC) or to both national classification and IPC |

| B. FIELDS SEARCHED |
|---|
| Minimum documentation searched (classification system followed by classification symbols) |
| U.S. :    424/646, 647, 648; 514/574 |
| |
| Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched |
| |
| Electronic data base consulted during the international search (name of data base and, where practicable, search terms used) |
| STN EXPRESS, APS |

| C. DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| Y | WO 95/35098 A1 (KV PHARMACEUTICAL COMPANY) 28 December 1995, see the entire document. | 1-32 |

☐ Further documents are listed in the continuation of Box C.     ☐ See patent family annex.

| * Special categories of cited documents: | "T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|
| "A" document defining the general state of the art which is not considered to be of particular relevance | |
| "E" earlier document published on or after the international filing date | "X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" document referring to an oral disclosure, use, exhibition or other means | |
| "P" document published prior to the international filing date but later than the priority date claimed | "&" document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 18 AUGUST 1997 | 3 0 OCT 1997 |
| Name and mailing address of the ISA/US | Authorized officer |
| Commissioner of Patents and Trademarks | |
| Box PCT | BARBARA BADIO |
| Washington, D.C. 20231 | |
| Facsimile No.    (703) 305-3230 | Telephone No.    (703) 308-1235 |

Form PCT/ISA/210 (second sheet)(July 1992)*

**Exhibit D**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANNETT COMPANY INC., | : | Civil Action No. 08-338 |
| Plaintiff, | : | |
| v. | : | |
| KV PHARMACEUTICALS, | : | |
| DRUGTECH CORPORATION, and | : | |
| THER-RX CORPORATION, | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF MICHAEL R. BORENSTEIN, R.Ph, Ph.D

### I.    INTRODUCTION

A.    I am presently the associate dean and an associate professor of medicinal chemistry at Temple University School of Pharmacy.  In addition, I am director of Quality Assurance for the current good manufacturing practices solid dosage form manufacturing facility (cGMP) and a registered pharmacist within the Commonwealth of Pennsylvania.  I am also director of the division of continuing pharmacy education and an instructor of Biochemistry at Temple University.

B.    A copy of my curriculum vitae describing my education and experience is attached as Exhibit 1.

C.    This declaration discloses the information that serves as a basis for my opinions and lists those materials I reviewed prior to forming any of my opinions.  I reserve the right to expand, modify or supplement my opinions as my investigation and study continues.

D.    I have been retained by Lannett to review U.S. Patent No. 6,576,666 ("the '666 patent") assigned to DrugTech Corporation, KV Pharmaceutical Company, and Ther-Rx Corporation (collectively "KV Pharmaceutical").  I understand that KV Pharmaceutical alleges that the manufacture, use, sale or offer for sale of Lannett's Multivitamin With Mineral Capsules infringes claims 1, 21, and 22 of the '666 patent.

1

E.      In my declaration, I will provide my opinion as to why claims 1, 21 and 22 of the '666 patent are not valid claims under 35 U.S.C. § 103.

## II.    ANALYSIS

A.      OVERVIEW

1.      I reviewed KV Pharmaceutical's U.S. Patent No. 6,576,666 and specifically address herein the validity of claims 1, 21 and 22 in this patent in light of the prior art discussed further below.

2.      Based upon my review, it is my opinion that claims 1, 21 and 22 of U.S. Patent No. 6,576,666 ("the '666 patent) are invalid as obvious based upon prior art references available well before the effective filing date of the '666 patent.

3.      I understand that a patent is invalid under 35 U.S.C. §103 if the difference between subject matter of the claims and the prior art are such that the subject matter as a whole would have been obvious at the time invention was made to a person of ordinary skill in the art. I further understand that an obviousness inquiry includes determining (1) the level of ordinary skill in the pertinent art; (2) the scope and content of the prior art; and (3) the differences between the claims and the prior art.

B.      THE LEVEL OF ORDINARY SKILL IN THE RELEVANT ART

1.      I understand that the "relevant art" (in which the person of ordinary skill practices) is the field of technology that the patent relates to. In this case, the field of technology, or "art," is nutritional supplements, particularly those used as a prenatal vitamin. I understand that the person of ordinary skill in the art is presumed to be aware of and understand all of the technical literature and other prior art that would have been available at the time of invention.

2.      In my opinion, a person of ordinary skill in the art of nutritional supplements and prenatal vitamins on June 1, 1999, the effective filing date of the '666 patent, would have experience in the design, synthesis, and/or biologic evaluation (*in vitro* and *in vivo*) of nutritional supplements as supplied to women as a prenatal vitamin and having a doctorate in a life or medical science and/or a medical degree with an adequate understanding of biochemistry, medicinal chemistry and pharmacy.

2

C.     THE SCOPE AND CONTENT OF THE PRIOR ART

1.     The relevant art existing prior to June 1, 1999 included the following:

a.     European Patent Application Publication No. EP 0 705 539 ("the '539 publication") to Friesland Brands B.V., with a filing date of October 6, 1995 and a publication date of April 10, 1996;

b.     Applicant's Admitted Prior Art (AAPA) as taught within the Background of the Invention section of the '666 patent;

c.     PCT International Application Publication No. WO 1997/48392 ("the '392 publication") to Mission Pharmacal, with a filing date of June 20, 1997 and a publication date of December 24, 1997; and

d.     The 53rd edition of the Physician's Desk Reference published in 1999.

2.     The '539 publication discloses compositions of omega-3 and omega-6 fatty acids with various vitamins and minerals known in the art. More specifically, the '539 publication addresses a need for a combination product containing multiple fatty acids (e.g., linoleic acid and α-linolenic acid, eicosapentaenoic acid (EPA), and docosahexaenoic acid (DHA)) to optimize the nutrition of a pregnant or lactating mother and promote neurological development of a breastfeeding infant. (See Page 2, lns. 3-36)

Example I and Table I of the '539 publication provides an overview of the proportions of each ingredient within the composition. Specifically, Example I and Table I on pages 4-5 of the '539 publication teach the following:

A composition was obtained as specified in Table I. The ratio of linoleic acid/α-linolenic is less than 4:1. The product contains 2.5 wt. % EPA and 1.5 wt. % DHA in the fatty fraction.

**Table I: The '539 publication**

|  |  | Analysis per 100 g |
|---|---|---|
| Protein | g | 22.6 |
| Fat | g | 12.5 |
| Linoleic acid | mg | 1560 |
| α – Linolenic acid | mg | 400 |
| Carbohydrates | g | 55.7 |

3

|  |  | Analysis per 100 g |
|---|---|---|
| - Lactose | g | 48.2 |
| - Dietary fibres | g | 7.5 |
| Moisture | g | 3.0 |
| Minerals | g | 6.0 |
| Calcium | mg | 1000 |
| Phosphorus | mg | 620 |
| Ca/P ratio |  | 1.6 |
| Iron | mg | 50 |
| Copper | μg | 970 |
| Sodium | mg | 265 |
| Potassium | mg | 940 |
| Chloride | mg | 570 |
| Magnesium | mg | 265 |
| Zinc | mg | 12.7 |
| Iodide | μg | 145 |
| Manganese | μg | 415 |
| Vitamins |  |  |
| A | μg RE (IU) | 667   (2220) |
| β – carotene | μg | 280 |
| $D_3$ | μg   (IU) | 8.3     (332) |
| E | (IU) | 8.3 |
| $K_1$ | μg | 63.0 |
| $B_1$ | μg | 1250 |
| $B_2$ | μg | 1335 |
| Niacin NE | mg | 14.3 |
| $B_6$ | μg | 1835 |
| Folic acid | μg | 335 |
| Pantothenic acid | μg | 3300 |
| $B_{12}$ | μg | 2.4 |
| Biotin | μg | 42.0 |
| C | mg | 58.0 |
| Engery Value | kcal | 400 |
|  | kJ | 1670 |

As noted in Table I, linoleic acid is present at 1560 mg/100 g and α-linolenic acid is present at 400 mg/100 g, with these two essential fatty acids representing 15.7% by weight of the total fatty fraction. The omega-3 fatty acids EPA and DHA are provided at 2.5 wt. % EPA and 1.5 wt. % DHA in the fatty fraction, respectively. With the fatty fraction representing 12.5 mg/100 g, EPA, thereby, constitutes 312.5 mg EPA/100 g and DHA constitutes 187.5 mg DHA/100 g.

4

Based on these proportions, one can extract the ratios of each fatty acid as follows:

| First fatty acid | (mg) | Second fatty acid | (mg) | Ratio |
|---|---|---|---|---|
| linoleic acid | 1560 | EPA | 312.5 | 1:0.20 |
| linoleic acid | 1560 | DHA | 187.5 | 1:0.12 |
| linoleic acid | 1560 | α-linolenic acid | 400.0 | 1:0.26 |
| linoleic acid | 1560 | (EPA+DHA+ α-linolenic acid) | 900.0 | 1:0.58 |
| α-linolenic acid | 400 | EPA | 312.5 | 1:0.78 |
| α-linolenic acid | 400 | DHA | 187.5 | 1:0.47 |
| α-linolenic acid | 400 | linoleic acid | 1560 | 1:3.90 |
| α-linolenic acid | 400 | (EPA+DHA+ linoleic acid) | 2060.0 | 1:5.15 |

As noted above, in any combination the ratios of any one fatty acid to any other fatty acid or combination of other fatty acids are all within a range of 1:0.1 to 1:10. This is especially true of the ratio of essential fatty acids (e.g., linoleic acid and α-linolenic acid) to any combination of fatty acids (e.g., eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA), linoleic acid and α-linolenic acid).

Finally, the '539 publication teaches leeway in formulation options and dosing such that the formulation and dosing is not a fixed formulation for each patient. To this end, table I of the '539 publication is intended to provide one exemplification of the specific amount of each component per a 100 gram sample size, i.e. a bulk quantity of powder. In keeping with the objective of the '539 publication, however, it is not required that an entire 100 g sample be administered to the pregnant or lactating women. Rather, smaller subset dosages, e.g. a 10 g, 25 g, or 50 g portion, may be administered from the bulk quantity to meet the recommended and/or daily requirements of the pregnant or lactating women and fetus. Thus, Table I provides a salient basis for any formulation where that both fatty acid ratios and proportions of each ingredient may be used to calculate varying sample sizes. This concept of formulation and dosage variation is further exemplified in Example VIII (where the composition of milk preparation was taught to be "proportionally equal to that specified in Table I"). This concept of

5

formulation and dosage variation was also acknowledged and confirmed by Harry G. Brittain, KV Pharmaceutical's expert, in Paragraph 40 of his Declaration.

    3.    The Applicant's Admitted Prior Art (AAPA) teaches previously known prenatal vitamins all containing essential vitamins and minerals within a prescribed range. Specifically, beginning at Col. 3, ln. 52 and extending to Col. 5, ln. 20, the '666 patent teaches that the formulations of Nestabs® CBF, Materna®, Enfamil® Natalins®, Prenate® Ultra™, Niferex®-PN, Niferex®-PN Forte, Advanced Formula Zenate®, Precare®, and Natafort® were all known in the art prior to the earliest effective filing date of the '666 patent. Moreover, in part, the compositions and dosages provided for the Materna® and Prenate® Ultra™ formulations are as follows:

| Ingredient | Dosage of Materna® | Dosage of Prenate® Ultra™ |
|---|---|---|
| Vitamin B6 | 10.0 mg | 20.0 mg |
| Folic Acid | 1.0 mg | 1.0 mg |
| Calcium | 200.0 mg | 200.0 mg |
| Vitamin C | 120.0 mg | 120.0 mg |
| Vitamin E | 30 I.U. (~ 30.0 mg) | 30 I.U. (~ 30.0 mg) |

    4.    The '392 publication teaches a vitamin and mineral composition for administration to a pregnant or lactating woman such that the nutritional needs of both the woman and fetus are met. More specifically, the '392 publication provides a single-dose dietary supplement comprising high levels of calcium citrate and carbonyl iron (*Pg. 5, lns. 13-15*) as well as iodine; zinc; folic acid; copper; vitamins A, D, E, C, $B_1$, $B_2$, $B_6$, $B_{12}$; and niacin." See, *Pg. 5, lns. 30-32*.

    The essence of the '392 publication is captured in Table 2, which illustrates a comparison of a prenatal composition of the '392 publication, represented as PRENATE® ULTRA™, to another prenatal formulation, represented as PRENATE® 90. Table 2 of the '392 publication is as follows:

PHI 2051958v1 06/20/08

| Ingredient | PRENATE® ULTRA™ (mg/Tablet) | PRENATE® 90 (mg/Tablet) |
|---|---|---|
| Elemental Iron | 90 (carbonyl iron) | 90, as ferrous furmarate |
| Iodine | 0.2 | 0.15 |
| Ingredient | PRENATE® ULTRA™ (mg/Tablet) | PRENATE® 90 (mg/Tablet) |
| Calcium | 200, (ULTRADENSE™ calcium citrate) | 250, as calcium carbonate |
| Copper | 2.5 | 2.0 |
| Zinc | 31.12 | 25.0 |
| Folic Acid | 1.0 | 1.0 |
| Vitamin A | 6.8 as palmitate, 250,000 I.U./g (1700 I.U./Tablet); and b-carotene, 10%, 5.99 mg, $0.167 \times 10^6$ I.U./g (1000 I.U./Tablet) | 1.2, as acetate (4000 I.U.) |
| Vitamin D3 | 4.0, 100,000 I.U./g (400 I.U./T) | 0.01, (400 I.U.) |
| Vitamin E | 60, (50%) (30 I.U.) | 30 (30 I.U.) |
| Vitamin C | 123.7, (97%) | 120 |
| Vitamin B1 | 3.26 | 3.0 |
| Vitamin B2 | 3.4 | 3.4 |
| Vitamin B6 | 24.3 | 20.0 |
| Vitamin B12 | 0.012 | 0.012 |
| Nacinamide | 20.0 | 20.0 |

5.    The Physician's Desk Reference (PDR) is an annual publication currently in its 62nd edition that lists all FDA approved labeling for drugs, other drugs marketed without FDA approval, and numerous dietary supplements. With respect to the dietary supplements, the dosages of vitamins and minerals are provided within formulations listed within the PDR. These dosages are most often provided within particular ranges based upon known and art accepted daily dosage requirements. Accordingly, at any point in time one of ordinary skill in the art may refer to the PDR for information concerning dietary supplements, particularly vitamins and minerals, and establish preferred dosages of vitamins and minerals that are consistent with the daily dosage ranges for each ingredient within the supplement. For example, in the 53rd edition of the PDR Prenate® Ultra™ tablets are referenced and discussed on pages 335, 2802.

D.    CLAIMS 1, 21 AND 22 OF THE '666 PATENT

7

1.    Claim 1

Claim 1 of the '666 Patent recites:

> 1.    A composition for administration to a woman for enriching the breast milk of said woman to optimize neurological development of an infant breast-fed by the woman, which comprises:
>
> a) about 10 mg to 100 mg of a first fatty acid compound for each compound selected from the group consisting of a linoleic acid compound, a linolenic acid compound, a derivative thereof and a combination thereof;
>
> b) about 10 mg to 1000 mg of a second fatty acid compound selected from the group consisting of a docosahexaenoic acid compound, an omega-3 fatty acid, an omega-2 [sic] fatty acid, a derivative thereof and a combination thereof;
>
> c) about 10 mg to 125 mg of a vitamin B6 compound or derivative thereof;
>
> d) about 0.1 mg to 3 mg of a folic acid compound or derivative thereof;
>
> e) about 100 mg to 2,000 mg of a calcium compound or derivative thereof;
>
> f) about 25 mg to 500 mg of a vitamin C compound or derivative thereof;
>
> g) about 10 mg to 400 mg of a vitamin E compound or derivative thereof; and
>
> wherein the weight ratio of said first fatty acid compound to said second fatty acid compound is about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to optimize neurological development of an infant breast-fed by the woman.[1]

2.    Claim 21

Claim 21 of the '666 Patent recites:

> 21.    The composition of claim 1, additionally comprising a vitamin compound selected from the group consisting of a vitamin A compound, a B complex vitamin compound, a vitamin D compound, and combinations thereof.

3.    Claim 22

Claim 22 of the '666 Patent recites:

> 22. The composition of claim 1, further comprising a biologically-acceptable mineral compound which is iron.

---

[1] Reference is made throughout the '666 patent, including the claims, to "omega-2" fatty acids as to linoleic acid and those fatty acids metabolized from linoleic acid. We presume that the intended reference is to "omega-6" fatty acids, which is the art accepted designation for linoleic essential fatty acids and those fatty acids metabolized via linoleic acid.

E.     OBVIOUSNESS OF CLAIMS 1, 21, AND 22 OF THE '666 PATENT

All elements of claims 1, 21 and 22 are present in the '539 publication including, in particular, the use of two fatty acids within the proportions and ranges specified in '666 patent and the combination of the fatty acids with all the specific vitamins recited in claims 1, 21, and 22. The only element of claim 1 of the '666 patent not expressly referenced in the '539 publication is the specific claimed ranges of the vitamins. These ranges, however, were already well known in the art and could be found, among other places, within any one of the admitted prior art of the '666 patent, the '392 publication, and in the PDR (53rd edition). In sum, the '539 publication covers all of the alleged novel features of the '666 patent and this lack of novelty is not overcome by specifying well known dosage ranges of vitamins. Accordingly, in my opinion, claims 1, 21 and 22 of the '666 patent are obvious to one skilled in the art in light of the '539 publication and known dosage ranges for vitamins.

1.     Obviousness of Claim 1 over EP 0 705 539 in view of AAPA of the '666 patent

Claim 1 of the '666 patent is obvious by EP 0 705 539 ("the '539 publication") in view of the Applicant's Admitted Prior Art (AAPA) of the '666 patent. The '539 application, which published on April 10, 1996, discloses a composition for optimizing the nutritional needs of a pregnant and/or lactating woman and the developing fetus or infant for the purpose of optimizing the neurological development of said fetus or infant. The composition exemplified in Table I of the '539 publication, illustrated above, provides a formulation teaching each and every component of claim 1 of the '666 patent: (i) a 'first' essential fatty acid(s); (ii) a 'second' essential fatty acid(s); (iii) vitamin B$_6$, (iv) folic acid, (v) calcium, (vi) vitamin C, and (vii) vitamin E. With respect to the first fatty acids of claim 1, the '539 publication teaches a composition with both linoleic acid and α-linolenic acid. As a second fatty acid, the composition of the '539 publication further teaches fatty acids including linoleic acid, α-linolenic acid, eicosapentaenoic acid (EPA), and docosahexaenoic acid (DHA). Moreover, as shown above, in any combination the weight ratios of these 'first' and 'second' fatty acids all fall within the 1:0.1-10 range

9

recited in claim 1 of the '666 patent. Accordingly, Table I of the '539 publication teaches multiple combinations of a 'first' fatty acid compound and a 'second' fatty acid compound, all within the weight ratios recited in claim 1.

Table I provides the relative proportion of each ingredient per 100 grams, as may be used in a bulk quantity of powder. Example VIII further provides that the composition to be administered may be of any dosage that is proportional to the ingredients of Table I. To this end, the artisan of ordinary skill may obtain a bulk quantity of powder, based upon Table I, and administer single dosages of the powder to a patient each day. For example, to achieve a desired or recommended daily dosage of fatty acids per day, one of ordinary skill may administer 10 grams of the powder composition. As shown in the attached Exhibit 3, in a 10 gram dosage there is 40 mg of linolenic acid. This is within the 10-100 mg range recited for a first fatty acid compound of claim 1. Similarly, as shown in Exhibit 3, there are 156 mg of linoleic acid (an omega-6 fatty acid), 18.75 mg of DHA (an omega-3 fatty acid) and 31.25 mg of EPA (an omega-3 fatty acid) within a 10 gram dosage of the powder. Each of these are within the 10-1000 mg range recited for a second fatty acid compound of claim 1. Thus, the '539 publication also provides the teaching for administering a composition containing a first fatty acid within the range of 10-100 mg and a second fatty acid within the range of 10-1000 mg.

That the '539 publication teaches these aspects of the '666 patent was confirmed by KV Pharmaceutical's expert Harry G. Brittain in paragraph 40 of his analysis. In paragraph 40, Dr. Brittain states that one of ordinary skill may "select a quantity of the material of Table I to obtain the recited claimed amount of a first fatty acid." In the analysis that followed, Dr. Brittain altered the amounts of the fatty acids within the composition to provide for the lowest and highest possible dosages of the first fatty acid. In other words, Dr. Brittain acknowledged that the '539 publication teaches that the dosage of the '539 publication is flexible and applied such flexibility in accordance with the teaching of the '539 publication.

The '539 publication then discloses that each of the vitamins and minerals of claim 1 are also included within the composition. While it is true that these vitamins and minerals are not within the

10

weight ranges recited by claim 1, the Applicants of the '666 patent acknowledge within the patent itself that these ranges are not new. Specifically, the '666 patent provides a review of such prenatal supplements that were known or available to the artisan prior to the earliest effective priority filing date of the '666 patent (See Col. 3, ln. 52 - Col. 5, ln. 20). Within this review, the '666 patent teaches that prenatal vitamins marketed under the tradenames Materna® and Prenate® Ultra™ both teach compositions of vitamin $B_6$, folic acid, calcium, vitamin C, and vitamin E. More importantly, the dosages of vitamins within each of these formulations, as provided by the '666 patent, are well within the ranges recited by claim 1. Accordingly, the Applicants of the '666 patent admit that the vitamins, minerals, and dosage ranges of claim 1 were all known in the art well before the filing of the '666 patent.

Based on the disclosure of the '539 publication and the prior art admitted by the applicant in the '666 patent, it is my opinion that it would have been obvious for one of ordinary skill in the art to combine the two references to teach every aspect of claim 1. Nothing is left to the inventive mind of the artisan of ordinary skill to formulate these known components in a composition within the ranges and uses recited in the '666 patent claims. Accordingly, the '539 publication in combination with the AAPA of the '666 patent provide the motivation and teaching for generation of compositions recited in claim 1 and the '666 patent offers nothing more than a simple arrangement of components known to act as a nutritional supplement for pregnant and lactating women. For sake of simplicity, a side-by-side comparison of each of the foregoing may be found in the attached Exhibit 2.

2.    Obviousness of Claim 1 over EP 0 705 539 in view of WO 1997/48392

As noted above, the '539 publication, by way of at least Table I, teaches a composition with (i) a 'first' essential fatty acid(s); (ii) a 'second' essential fatty acid(s); (iii) vitamin $B_6$, (iv) folic acid, (v) calcium, (vi) vitamin C, and (vii) vitamin E. The respective ratios of each of the fatty acids, namely linoleic acid, linolenic acid, DHA, and EPA, in any combination are within the 1:0.1 to 1:10 range recited in claim 1. Finally, as taught by Example VIII and confirmed by the KV Pharmaceutical's expert Brittain, the composition of Table I may be adapted to fit a formulation within the recited ranges of the first and second fatty acid, as recited in claim 1.

11

The remaining vitamins and accompanying vitamin weight ranges are taught within the '392 publication. As shown above, Table II of the '392 publication teaches a prenatal vitamin under the tradename Prenate® Ultra™ containing 24.3 mg of vitamin $B_6$, 1.0 mg of folic acid, 200 mg of calcium, 123.7 mg of vitamin C, and 60 mg of vitamin E for administration to a pregnant or lactating woman as a nutritional supplement. Each of these vitamin/mineral components of the '392 publication fall within the range recited in claim 1 of the '666 patent.

Based on the above, the '539 publication and the '392 publication, in combination, teach every claim element of claim 1 of the '666 patent. Nothing is left to the inventive mind of the artisan of ordinary skill to formulate these known components in a composition within the ranges recited in the '666 patent claims. Accordingly, in my opinion, the '539 publication in combination with the '392 publication provide the motivation and teaching for generation of compositions recited in claim 1 and the '666 patent offers nothing more than a simple arrangement of components known to act as a nutritional supplement for pregnant and lactating women. For sake of simplicity, a side-by-side comparison of each of the foregoing may be found in the attached Exhibit 2.

3.     Obviousness of Claim 1 over EP 0 705 539 in view of the Physician's Desk Reference

As noted above, the '539 publication, by way of at least Table I, teaches a composition with (i) a 'first' essential fatty acid(s); (ii) a 'second' essential fatty acid(s); (iii) vitamin $B_6$, (iv) folic acid, (v) calcium, (vi) vitamin C, and (vii) vitamin E. The respective ratios of each of the fatty acids, namely linoleic acid, linolenic acid, DHA, and EPA, in any combination are within the 1:0.1 to 1:10 range recited in claim 1. Finally, as taught by Example VIII and confirmed by KV Pharmaceutical's expert Brittain, the composition of Table I may be adapted to fit a formulation within the recited ranges of the first and second fatty acid, as recited in claim 1.

One of ordinary skill in the art may further find the recited ranges of the vitamins and minerals of claim 1 in the 53rd edition of the PDR, published prior to July 1, 1999. Specifically, the '666 patent provides no supporting data suggesting any unexpected advantage or level of criticality regarding any of the broad weight ratio or weight ranges recited in claim 1. Instead, these recited weight ratios and ranges

12

are art accepted in regard to administration of vitamin/mineral components to supplement the nutrient intake of a pregnant or lactating women. Accordingly, one of ordinary skill in the art need look no further than the 53rd edition of the Physician's Desk Reference, publish prior to June 1, 1999, to discover nutritional supplements and prenatal vitamins teaching compositions with vitamins and minerals within these known ranges. For example, in the 53rd edition of the PDR Prenate® Ultra™ tablets are referenced and discussed on pages 335, 2802.

Therefore, in my opinion, the '539 publication in combination with the PDR, provides the motivation and teaching for generation of compositions recited in claim 1. The '666 patent offers nothing more beyond these teachings, instead representing a simple arrangement of components known to act as a nutritional supplement for pregnant and lactating women mixed into a single formulation with the intention that such a formulation act in the same way as taught in the prior art, without any improved results. Accordingly, nothing is left to the inventive mind of the artisan of ordinary skill to formulate these known components in a composition within the ranges recited in the '666 patent claims for use in a method of providing a prenatal supplement to a pregnant or lactating women. For sake of simplicity, a side-by-side comparison of each of the foregoing may be found in the attached Exhibit 2.

4.     Obviousness of Claim 21 over EP 0 705 539

As noted above, the '539 publication in combination with any of the AAPA, the '392 publication, and the PDR teach a composition with (i) a 'first' essential fatty acid(s); (ii) a 'second' essential fatty acid(s); (iii) vitamin B6, (iv) folic acid, (v) calcium, (vi) vitamin C, and (vii) vitamin E. The respective ratios of each of the fatty acids, namely linoleic acid, linolenic acid, DHA, and EPA, in any combination are within the 1:0.1 to 1:10 range recited in claim 1 and the ranges of the '539 composition are within the recited ranges of the first and second essential fatty acids, as taught by Example VIII. Finally, administration of vitamin B6, folic acid, calcium, vitamin C, and vitamin E in a prenatal vitamin were both known in the art and known to be administered within the recited range of claim 1, as evident in any of the AAPA, the '392 publication, and the PDR.

13

The '539 publication further teaches a vitamin A compound, a B complex vitamin compound and a vitamin D compound. Specifically, Table I, above, clearly indicates that vitamin A and vitamin D3 are included within the composition. Table I also provides that the '539 composition includes vitamin $B_1$, vitamin $B_2$, vitamin $B_3$ (Niacin NE), vitamin $B_5$ (Pantothenic acid), vitamin $B_6$, vitamin $B_7$ (Biotin), and vitamin $B_{12}$. These vitamins, in combination, form a B complex vitamin compound. While a teaching of only one of these three compounds is required, based on the foregoing, the '539 publication teaches that each of a vitamin A compound, a B complex vitamin, and a vitamin D compound were known in the art for administration as a prenatal vitamin and in conjunction with essential fatty acid compounds. Accordingly, in my opinion, claim 21 recites claim elements that are obvious. For sake of simplicity, a side-by-side comparison of each of the foregoing may be found in the attached Exhibit 2.

     5.     <u>Obviousness of Claim 22 over EP 0 705 539 in view of the AAPA</u>

As noted above, the '539 publication in combination with any of the AAPA, the '392 publication, and the PDR teach a composition with <u>(i)</u> a 'first' essential fatty acid(s); <u>(ii)</u> a 'second' essential fatty acid(s); <u>(iii)</u> vitamin $B_6$, <u>(iv)</u> folic acid, <u>(v)</u> calcium, <u>(vi)</u> vitamin C, and <u>(vii)</u> vitamin E. The respective ratios of each of the fatty acids, namely linoleic acid, linolenic acid, DHA, and EPA, in any combination are within the 1:0.1 to 1:10 range recited in claim 1 and the ranges of the '539 composition are within the recited ranges of the first and second essential fatty acids, as taught by Example VIII. Finally, administration of vitamin $B_6$, folic acid, calcium, vitamin C, and vitamin E in a prenatal vitamin were both known in the art and known to be administered within the recited range of claim 1, as evident in any of the AAPA, the '392 publication, and the PDR.

The '539 publication further teaches that iron may be included within the composition. Specifically, Table I, above, clearly indicates that iron is included within the composition. Accordingly, in my opinion, claim 22 recites claim elements that are obvious. For sake of simplicity, a side-by-side comparison of each of the foregoing may be found in the attached Exhibit 2.

     6.     <u>Materials Relied Upon In Forming This Section of My Opinion</u>

14

In forming my opinions expressed in this report, I have relied upon my experience and knowledge. I have also considered the following:

    a)      U.S. Patent No. 6,576,666, and the prosecution history of U.S. Patent Application Serial No. 09/885,158;

    b)      European Patent Application Publication No. EP 0 705 539;

    c)      PCT International Application Publication No. WO 97/48392; and

    d)      Declaration of Harry G. Brittain In Support of KV Pharmaceutical's Temporary Restraining Order and Preliminary Injunction.

E.    LABELING OF LANNETT'S MULTIVITAMIN WITH MINERALS

1.    Pharmacists are required by law to designate the actual product that is contained in the prescription container, including, among other items, the manufacturer of the drug and the tradename of the product contained therein.

2.    If a physician prescribed PrimaCare® ONE and did not designate that a generic substitution was impermissible, and a pharmacist filled the prescription using Lannett's Multivitamin with Minerals product, the pharamacist would be required to disclose on the label of the prescription the manufacturer (i.e., Lannett) and the actual content of the bottle (i.e., the Multivitamin with Minerals).

### III.    PUBLICATIONS

My publications are provided in my attached curriculum vitae.

### IV.    COMPENSATION

I am being compensated at my standard consulting rate of $350.00 per hour.

### V.    SUPPLEMENTATION

I reserve the right to supplement this report in response to new information or testimony that comes to my attention after submission of this report. In addition, I reserve the right to supplement in

PHI 2051958v1 06/20/08

response to arguments made by experts of KV Pharmaceutical, documents or other information later produced by KV Pharmaceutical, or decisions of the courts.

## VI. CONCLUSION

For the reasons discussed above, it is my opinion that claims 1, 21, and 22 of the '666 patent are invalid as obvious, in light of prior art in existence well before the earliest effective filing date of the '666 patent.

DATED:  June 19, 2008                                    Michael R. Borenstein, Ph.D.

PH1 2051958v1 06/20/08

**Exhibit
1**

## CURRICULUM VITAE

### MICHAEL ROBERT BORENSTEIN, RPh., Ph.D.

Associate Dean
Temple University School of Pharmacy
3307 N. Broad St.
Philadelphia, PA. 19140
Office: (215) 707-2976
FAX:   (215) 707-3678
E-mail: michael.borenstein@temple.edu

Home:
8809 Wainwright Rd
Wyndmoor, PA. 19038
(215) 836-5378

## EDUCATION

| | | | |
|---|---|---|---|
| University of Wisconsin | | | 1970 |
| Temple University. | BA | Liberal Arts | 1973 |
| Temple University. | BS | Pharmacy | 1979 |
| Temple University | Ph.D. | Medicinal Chemistry | 1986 |

| | |
|---|---|
| Post-doctoral Research Associate; Department of Pharmacology, Hahnemann University School of Medicine, Phila., PA | 1985-86 |
| Post-doctoral Research Associate; Department of Chemistry, Temple University, Phila., PA | 1986 |

## ACADEMIC APPOINTMENTS AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Associate Professor Center on Substance Abuse Research, Temple University School of Medicine | 2007 |
| Associate Dean Temple University School of Pharmacy | 2005 |
| Director, Division of Continuing Pharmacy Education | 2005 |
| Director of Analytical Core for the Center on Substance Abuse Research., Temple University School of Medicine | 2004-2005 |
| Director of Quality Assurance for the cGMP Facility | 2004 |
| Chairman Department of Pharmaceutical Sciences, Temple University School of Pharmacy | 1996-2005 |

| | |
|---|---|
| Associate Professor of Pharmaceutical Sciences, Temple University School of Pharmacy | 1996 |
| Assistant Professor of Pharmaceutical Sciences, Temple University School of Pharmacy | 1990-1996 |
| Coordinator of Drug Research Unit, Temple University School of Pharmacy | 1990-2004 |
| Teaching Associate; Department of Pharmaceutical Sciences, Temple University School of Pharmacy | 1987-90 |
| Airways Disease Institute Department of Pulmonary Medicine, Temple University Hospital | 1992-96 |
| Advisory Committee of the Clinical Research Unit, Temple University School of Dentistry | 1993-94 |
| Graduate Teaching Assistant; Temple University School of Pharmacy | 1979-85 |
| Staff Pharmacist (part-time), Neumann Medical Center, Phila., PA. | 1987-95 |

## LICENSES

Registered Pharmacist, Pennsylvania.

## RESEARCH INTERESTS

- Design and development of novel stationary phases for liquid chromatography.
- Development of methods for the determination of drugs in biological matrices.
- Pharmacokinetic / Pharmacodynamic investigations of analgesics.
- Development of analytical methods for the determination of eicosanoids in biological matrices.
- Design and synthesis of novel agents with CNS activity.

## TEACHING

- Biochemistry: Developed and sole instructor of core course in the professional program. Instructor for Summer Health Careers Opportunity Program (HCOP).
- Medicinal Chemistry
- Pharmacology
- Pharmaceutics

2

- Pharmaceutical Analysis: Developed graduate course.
- Chromatography: Developed  professional and graduate course.

Primary advisor for three Ph.D. dissertations
Primary advisor for two MS theses
Summer advisor for Temple Minority Access to Research (MARC) Program.

## SERVICE

College:
### Current
- Executive Committee
- Admission Committee
- Computer Committee (Chair)
- Communications Committee
- Steering Committee QA/RA Program

### Previous
- Graduate Committee
- Admissions Committee
- President Collegial Assembly
- Curriculum Committee (Chair)

University:
### Current
- Vice President for Computer & Information Services Advisory Committee

### Previous
- University Core Curriculum Program Committee

Professional:
### Current
- American Association of Colleges of Pharmacy (AACP):
  Chair, Faculty Affair Committee, Council of Faculties (2007-2008)
- Delegate to The United States Pharmacopeial Convention
- Reviewer for the text Lehninger, Principles of Biochemistry
- Associate Editor for **Bioanalysis.** (to launch in 2009).

### Previous
- American Association of Colleges of Pharmacy (AACP):
  Chair, Council of Faculties Computer Committee, 1996-97.
  Finance Committee Member, 2001-2002.

## CHAPTERS

REMINGTON: The Science and Practice of Pharmacy, 21st Edition, Lippincott, Williams and Wilkins, Baltimore, Maryland, 2005.

Chapter 78: *General Anesthetics*
Chapter 85: *Central Nervous System Stimulants*

## PEER REVIEWED PUBLICATIONS

P. D. Alves, **M. R. Borenstein**, M. G. L. Brandão, C. D. Vianna-Soares' "A reverse-phase high performance liquid chromatography method for evaluation of Azadirachtin in commercially available Neem (*Azadirachta indica*) products." *Phytochemical Analysis*, Submitted.

H. Yue, S. A. Jansen, K. I. Strauss, L. J. Rossi, **M. R. Borenstein**, M. F. Barbe, E. Murphy, "A liquid chromatography-mass spectrometric method for simultaneous analysis of arachidonic acid and its endogenous eicosanoid metabolites prostaglandins, dihydroxyeicosatrienoic acids, hydroxyeicosatetraenoic acids, and epoxyeicosatrienoic acids in rat brain tissue" *J. Pharmaceut. Biomed. Anal.*, 43 (3), 1122-1134, 2007.

X. Tao, H. Piao, D. J. Canney, **M. R. Borenstein**, I. P. Nnane, "Biotransformation of Letrozole in Rat Microsomes: Effects of Gender and Tamoxifen" , *J. Pharmaceut. Biomed. Anal.*, 43 (3), 1078-1085, 2007.

H. Yue, **M. R. Borenstein**, S. A. Jansen, R. B. Raffa,
"Liquid chromatography–mass spectrometric analysis of buprenorphine and its N-dealkylated metabolite norbuprenorphine in rat brain tissue and plasma." *J. Pharm. Tox Methods*, 52, 314-322, 2005.

C.D. Vianna-Soares, C-J Kim, K. Ciftci, **M. R. Borenstein**, "HEMA/MMA/EDMA Packing Material Evaluation for Size Exclusion Chromatography (SEC)" *Materials Research*, 8(1),1-8, 2005.

S. Umeda, G. W. Stagliano, **M. R. Borenstein** , R. B. Raffa, "A reverse-phase HPLC and fluorescence detection method for measurement of 5-hyroxytryptamine (serotonin) in *Planaria*", *J. Pharm. Tox Methods*, 51, 73-76, 2005.

C.D. Vianna-Soares, C-J Kim, K. Ciftci, **M. R. Borenstein,** "HPMA and HEMA copolymer bead interactions with eukaryotic cells." *Materials Research.*, 7 (3),473-477, 2004.

C. Wu, V. Njar, A. Brodie, **M. Borenstein**, I. Nnane, "Quantification of a novel retinoic acid metabolism inhibitor, 4-(1H-imidazol-1-yl) retinoic acid (VN/14-1RA) and other retinoids in rat plasma by liquid chromatography with diode-array detection", *J. Chromatography B,* 810:203-208,2004.

4

H. Yue, K. I. Strauss, **M. R. Borenstein**, M. F. Barbe, L. J. Rossi, S. A. Jansen, "Determination of Bioactive Eicosanoids in Brain Tissue by a Sensitive Reversed-Phase Liquid Chromatographic Method with Fluorescence Detection", *J. Chromatography B*, 803, 267-277,2004.

C.D. Vianna-Soares, C. J. Kim, **M. R. Borenstein**, "Manufacture of Cross-Linked HEMA Spheres for Size Exclusion Packing Material", *J. Porous Materials*, 10: 123-130, 2003.

C.D. Vianna-Soares, C. J. Kim, **M. R. Borenstein**, "Hydrophilic HPMA/EDMA Packing Material Performance for Size Exclusion Chromatography (SEC)" *J. AOAC International*, 85 (6): 1308-1315, 2002.

Q. Tao, D. J. Stone, **M. R. Borenstein**, E. E. Codd, T. P. Coogan, D. Desai-Krieger, S. Liao, R. B. Raffa, "Differential tramadol and *O*-tramadol metabolite levels in brain vs. plasma of mice and rats administered tramadol hydrochloride orally", *J. Clinical Pharmacy and Therapeutics*, 27 (2), 99-106, 2002.

C.D. Vianna-Soares, C. J. Kim, **M. R. Borenstein**, "Hydrophilic Porous Hydroxypropyl Methacrylate-Ethyleneglycol Dimethacrylate Packing Materials Suitable for Use in Size Exclusion Chromatography" *J. Porous Materials*, 9 (1):67-75, 2002.

Q. Tao, D. J. Stone, **M. R. Borenstein**, V. Jean-Bart, E. E. Codd, T. P. Coogan, D. Desai-Krieger, S. Liao, R. B. Raffa, "Gas Chromatographic Method Using Nitrogen-phosphorus Detection for The Measurement of Tramadol and its *O*-desmethyl Metabolite in Plasma and Brain Tissue of Mice and Rats", *J. Chromatography B*, 763:165-171, 2001.

R. B. Raffa, C. Wu, D. J. Stone, **M. R. Borenstein**, E. E. Codd, T. P. Coogan, "Determination of the Adsorption of Tramadol Hydrochloride by Activated Charcoal *in Vitro* and *in Vivo*", *J. Pharmacological and Toxicological Methods*, 43: 205-210, 2001.

M. Aksoy, X. Li, **M. Borenstein** and S. Kelsen, "Effects of Topical Corticosteroids on Inflammatory Mediator-Induced Eicosanoid Release by Human Airway Epithelial Cells", *J. Allergy and Clinical Immunology, 103(6): 1081-91, 1999.*

M. Khandelwal, E. A. Reece, Y-K. Wu, **M. Borenstein**, "Dietary Myo-Inositol Therapy in Hyperglycemia Induced Embryopathy", *Teratology,* 57: 79-84, 1998.

E. A. Reece, M. Khandelwal, Y-K. Wu, **M. Borenstein**, "Dietary Intake of Myo-Inositol Reduces the Incidence of Embryopathy of Diabetic Rats", *Am. J. Obstetrics and Gynecology,* 176 (3), 536, 1997.

**M. Borenstein**, R. Shupak, R. Barnette, G. Cooney, W. Johnson and T-B. Tzeng, "Cardiovascular Effects of Different Infusion Rates of Sufentanil in Patients Undergoing Coronary Surgery.", *Eur. J. Clin. Pharmacol*, 51: 359-366, 1997.

**M. Borenstein**, Y Xue, S. Cooper, T-B Tzeng, "Sensitive Capillary Gas Chromatographic - Mass Spectrometric-Selected-Ion Monitoring Method For The Quantitation of Diclofenac Concentrations in Human Plasma.", *J. Chromatography B,* 685, 59, 1996.

E. A. Reece, Y-K. Wu, A. Wiznitzer, C. J. Homko, J. Yao, **M. Borenstein.**, G. Sloskey, "Dietary Polyunsaturated Fatty acids Prevents Malformations in Offspring of Diabetic Rats.", *Am. J. Obstetrics and Gynecology* (SPO Edition), 175, 4, Part 1, 818,1996.

E. Sivan, E. A. Reece, Y-K. Wu, C. J. Homko, M. Polansky, **M. Borenstein**, "Dietary Vitamin E Prophylaxis and Diabetic Embryopathy: Morphologic and Biochemical Analysis." *Am. J. Obstetrics and Gynecology* (SPO Edition), 175, 4, Part 1, 793,1996.

S. A. Cooper, A. Cowan, R. Tallarida, K. Hargreaves, M. Roskowski, F. Jamali, **M. Borenstein**, D. Lucyk, A. F. Fielding, B. Smith and D. Feng, "The Analgesic Interaction of Misoprostol with Nonsteroidal Anti-Inflammatory Drugs.", *Am. J. Therapeutics,* 3, 261, 1996.

Boullata J., Mancano M., Gelone S., Zitterman R. and **Borenstein M.**, "Precipitation of Lorazepam Infusion.", *The Annals of Pharmacotherapy*, 30, 1037, 1996.

M. Aksoy, **M. Borenstein**, X. Li and S. Kelsen "Eicosanoid Production in Rabbit Tracheal Epithelium by Adenine Nucleotides: Mediation by $P_2$ - Purinoceptors.", *Am. J. Respiratory Cell and Molecular Biology,* 13, 4, 410, 1995.

Mancano M., Boullata J., Gelone S., Zitterman R. and **Borenstein M.**, "Availability of Lorazepam After Simulated Administration from Glass and Polyvinyl Chloride Containers.", *Am. J. Health-Syst Pharm,* 52, 2213, 1995.

**M. R. Borenstein** and P. H. Doukas, "Anticonvulsant Activity of Indanylspirosuccinimide Mannich Bases.", *J. Pharm. Sci*, 76, 4, 300, 1987.

**M. R. Borenstein**, M. A. Abou-Gharbia and P. H. Doukas, "Synthesis of Spiroimides of Pharmacologic Interest.", *Heterocycles*, 22, 2433, 1984.

**M. R. Borenstein** and P. H. Doukas, "Anticonvulsant Spirosuccinimides", Proceedings, Vol. 2, *VIII[th] International Symposium on Medicinal Chemistry*, p.467, 1984.

## PATENTS

"Mannich Bases of Spirosuccinimides" US Patent 4,925,841, **M. R. Borenstein** and P. H. Doukas, 1990.

## ABSTRACTS AND PRESENTATIONS

H. Yue, S. A. Jansen K. I. Strauss, L. Rossi, **M. R. Borenstein,** M. Barbe, "Trace Analysis of Eicosanoid Metabolites Derived from Arachidonic Acid by LC/MS." PittConn 2005, Orlando, FL, March 2005.

H. Yue, R. B. Raffa, S. A. Jansen, **M. R. Borenstein,** "Validation and application of a liquid chromatography - mass spectrometric method for the determination of buprenorphine and norbuprenorphine in rat plasma and brain tissue by 96-well plate solid phase extraction." PittConn 2005, Orlando, FL, March 2005.

S. Inan, D.A. Baron, **M. R. Borenstein,** S. M. Rawls, "Cannabinoid agonist decreases extracellular glutamate levels in rat striatum". Annual Meeting of Society for Neuroscience, San Diego, CA., October, 2004.

DiCicco, M.P.; **Borenstein, M. R.;** Yue, H.; Jansen-Varnum, S. A., "*In-vitro* Tobramycin Elution from a Novel Orthopaedic Composite by LC-MS: Quantitative Comparison& Validation Against Fluorometric Approaches." Annual Meeting of the American Chemical Society, Philadelphia, PA, August, 2004.

H. Yue, M.. Barbe, K. I. Strauss, A. Barr, **M. R. Borenstein,** S. A. Jansen, "A correlation of IL 1α expression with eicosanoid expression via LC/MS in musculoskeletal tissues." PittConn 2004, Chicago, IL, March, 2004.

H. Yue, K. I. Strauss, M.. Barbe, L. Rossi, **M. R. Borenstein,** S. A. Jansen, "Liquid Chromatography/Mass Spectrometric Method For The Simultaneous Determination Of Twenty Four Bioactive Eicosanoids From Rodent Brain Tissue." Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), Salt Lake City, UT, November, 2003.

M. V. O. Andrade, **M. R. Borenstein,** C. D. Vianna-Soares, "Exclusion Chromatography for Proteins. A study of Novel Packing Materials." International Pharmaceutical Congress, Santiago, Chile, April, 2003.

H. Yue, K. I. Strauss, **M. R. Borenstein,** S. A. Jansen, "A Method for Determination of Bioactive Eicosanoids in Rodent Brain Tissue." Pittcon 2003, Orlando, FL, March, 2003.

M. V. O. Andrade, **M. R. Borenstein,** C. D. Vianna-Soares, "High Molecular Weight Protein Separation Using A Novel Acylate Packing Material." Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), Toronto, Canada., November, 2002.

H. Yue, K. I. Strauss, S. A. Jansen, **M.R. Borenstein**, A. Abebe, "Fluorescent high-pressure liquid chromatography of eicosanoids derived from arachidonic acid." 224th American Chemical Society (ACS) National Meeting, Boston, MA, August, 2002
J. Yin, W. Robinson, **M. R. Borenstein**, "Stability of Ketamine Hydrochloride for Oral Administration by HPLC Analysis." Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), Denver, CO, November, 2001.

J. Yin, **M. R. Borenstein**, "Development of a Sensitive Negative Chemical Ionization (NCI) Gas Chromatographic/Mass Spectrometric (GC-MS) Method for the Determination of the Isoprostane 8-iso-PGF $\alpha$ in Plasma." Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), Denver, CO, November, 2001.

C. Vianna-Soares, C-J. Kim, **M. Borenstein**, "Packing Material for Use in Size Exclusion Chromatography (SEC)"Annual Meeting of the Association of Official Analytical Chemists (AOAC), Philadelphia, PA, September, 2000.

C. Vianna-Soares, C-J. Kim, **M. Borenstein**, "Packing Material for Use in Size Exclusion Chromatography (SEC)" Millennial World Congress of Pharmaceutical Sciences, San Francisco, CA, April, 2000.

C. Vianna-Soares, C-J. Kim, **M. Borenstein**, "Novel Suspension Polymerized Acylate Packing Material for Use in Size Exclusion Chromatography (SEC)" Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), New Orleans, LA, November, 1999.

Q. Tao, D. Stone, D. Desai, R. Raffa and **M. Borenstein**, "Determination of Tramadol Levels in Rodent Brain Tissue by Gas Chromatography with Nitrogen Phosphorus Detection." Annual Meeting of American Association of Pharmaceutical Scientists (AAPS), New Orleans, LA, November, 1999.

T.-B. Tzeng, S. Gopal, Y. Xue, **M. Borenstein**, A. Cowan, "Sensitive GC-MS Method for the Simultaneous Determination of Buprenorphine and Norbuprenorphine in Human Plasma.", 60th Annual Scientific Meeting of The College On Problems Of Drug Dependence (CPDD), Scottsdale, AZ, June, 1998.

T-B. Tzeng, Y. Xue, **M. Borenstein**, A. Cowan, "Sensitive GC-MS Method for Determination of Buprenorphine and Norbuprenorphine in Rat Plasma", Fifty-Ninth Annual Scientific Meeting of The College On Problems Of Drug Dependence (CPDD), Nashville, TN, June, 1997.

Y. Xue, **M. Borenstein**, S. Cooper, T-B. Tzeng, "Effects of Misoprostol (M) in Pharmacokinetics and Pharmacodynamics of Diclofenac (D) in Dental Patients after Molar Extraction.", Annual Meeting of American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

O. Melendez, D. J. Canney, **M. R. Borenstein**, "Investigations into Correlations Between Hydrophobicity Constants and the Anticonvulsant Potency of Substituted Gamma-Butyrolactones.", Annual Meeting of the American Association of Colleges of Pharmacy, Reno, NV, July, 1996.

Y. Xue, M. **Borenstein**, S. Cooper, T-B. Tzeng, "Absorption Kinetics of Diclofenac in Dental Patients After Molar Extraction.", Annual Meeting of American Society for Clinical Pharmacology and Therapeutics, Orlando, Fla., March, 1996 .

Boullata J., Mancano M., Gelone S., Zitterman R. and **Borenstein M.**, "Stability of Concentrated Lorazepam for Continuous Intravenous Infusion.", 25th Annual Meeting of Critical Care Medicine, New Orleans, LA, February 1996.

Mancano M., Boullata J., Gelone S., Zitterman R. and **Borenstein M.**, "Stability of Lorazepam Under Simulated Infusion Conditions.", Annual Meeting of American Society of Health-System Pharmacists, Phila., PA, June, 1995.

X. Li, M. Aksoy, **M. Borenstein**, S. Kelsen, "Polarity of ATP-Induced $PGE_2$ Release By Human Airway Epithelial Cells (BEAS-2B).", American Thoracic Society International Conference, Boston, MA, May, 1995.

M. Khandelwal, Y. K. Wu, **M. Borenstein**, E. A. Reece, "Dietary Phospholipid Therapy, Hyperglycemia Induced Membrane Changes and Associated Diabetic Embryopathy.", **GRAND PRIZE WINNER**, Annual Meeting of Society of Perinatal Obstetricians, Atlanta, GA, January, 1995.

**M. Borenstein**, Y. Xue, S. Cooper, T-B Tzeng, "A Sensitive Capillary Gas Chromatography/Mass Selective Ion Monitoring Method For The Quantitation of Diclofenac in Human Plasma.", Annual Meeting of American Association of Pharmaceutical Scientists, San Diego, CA, November, 1994.

**M. Borenstein**, R. Shupak, R. Barnette, G. Cooney, and T.-B. Tzeng, "Cardiovascular Effects of Different Infusion Rates of Sufentanil in Patients Undergoing Coronary Surgery.", Annual Meeting of American Society for Clinical Pharmacology and Therapeutics, New Orleans, LA, March 29, 1994.

Reece E. A, Wu Y. K, **Borenstein M.**, Aksoy M., Sloskey G., "Dietary Polyunsaturated Fatty Acid (PUFA) Prevents Malformations in Offspring of Diabetic Rats.", CA., Proceedings at the Society of Perinatal Obstetricians, San Francisco, February, 1993.

R. Lesicki and **M. R. Borenstein**, "A Reversed Phase HPLC Method for the Determination of Hydrophobicity Constants in a Series of 2-Benzylidene-3-Quinuclidinones.", Twelfth Annual Undergraduate Pharmacy Research Meeting, University of West Virginia,. November 1990.

9

G. F. Cooney, **M. R. Borenstein**, R. E. Barnette, R. E. Haughey and R. C. Shupak, "Pharmacokinetic and Hemodynamic Comparison of Three Rates of High-Dose Sufentanil Infusions.", Annual Meeting of American Society for Clinical Pharmacology and Therapeutics, San Francisco CA, March, 1990.

**M. R. Borenstein**, P. H. Doukas, "Anticonvulsant Spirosuccinimides", VIII[th] International Symposium on Medicinal Chemistry, Uppsala, Sweden, August 30, 1984.

## GRANTS AND CONTRACTS

**Instructional:**

"Development of a Professional Masters Program in Chemical Sciences"., Sloan Foundation, Co-PI, 2003.

"Dry-Lab® Chromatography Modeling Software Grant", L.C. Resources, Inc., 1995.

"Correlations Between Hydrophobicity Constants and the Anticonvulsant Potency of Substituted Gamma-Butytolactones", Melendez O., Canney D. J., **Borenstein M.**, Pharmacy Student Training Grant, AACP, 1995.

**Research:**

"Studies of Production and Formulation Problems in Antibiotics, **M. Borenstein**, A. R. Fassihi and S. Turco, SmithKline Beecham, 2000

"Pharmacokinetic Studies of Novel Drug Entities", T-B Tzeng and **M. Borenstein**, Wyeth-Ayerst Pharmaceuticals, 1997-98.

"Compatibility Studies of Artificial Blood Substitutes", **M. Borenstein** Johnson and Johnson Pharmaceutical Research Institute, 1997-98.

"Adsorption of Lorazepam to Intravenous Containers", Co-investigators: Mancano M., Boullata J., Gelone S., Zitterman R., **Borenstein M.**, Wyeth Pharmaceuticals, 1993.

"Pharmacokinetics of Diclofenac and Misoprostol in Dental Pain", **M. Borenstein**, subcontractor for Searle Arthritis Research Challenge Grant, Cooper S., 1993-94.

"Mechanisms of Purinoceptor Action in the Airways" Cystic Fibrosis/NIH Program Grant, Co-Investigators: Aksoy M, Kelsen S, **Borenstein M.** 1992.

"Stability of Ceftizoxime In A New Container", Fujisawa Smith Kline Corporation, 1990-1993.

"Purity Determination of d, l Tocopherols", H. V Shuster Co., 1992.

"Stability of Cephalosporins In ADD-Vantage® Containers", SmithKline Beecham, 1991.

"Stability of Cephalosporins In ADD-Vantage® Containers", SmithKline Beecham, 1990.

"Stability of A New Ceftazidime Formulation", Smith, Kline and French Laboratories; 1989.

## MEMBERSHIPS

United States Pharmacopeial Convention (USP) Delegate
American Chemical Society (ACS)
American Association of Pharmaceutical Scientists (AAPS)
American Association of Colleges of Pharmacy (AACP), Faculty Delegate
Rho Chi Pharmaceutical Honor Society
Phi Delta Chi Pharmaceutical Fraternity

## HONORS

School of Pharmacy Teacher of the Year, 1996
Roth Memorial Award for Graduate Research
Rho Chi Pharmaceutical Honor Society

**EXHIBIT 2**

| Claims of the '666 patent | Teachings of Prior Art |
|---|---|
| 1. A composition for **administration to a woman** for enriching the breast milk of said woman to **optimize neurological development of** an infant breast-fed by the woman, which comprises: | The '539 publication teaches a composition for **optimizing neurological development** of a fetus or infant by **administering** it to **pregnant or lactating women** (See Page 2, lns. 1-7) |
| a) about **10 mg to 100 mg** of a first **fatty acid** compound for each compound selected from the group consisting of a linoleic acid compound, a **linolenic acid compound**, a derivative thereof and a combination thereof; | In a 10 gram dosage of the '539 composition, there is 40 mg of **linolenic acid,** |
| b) about **10 mg to 1000 mg** of a second **fatty acid** compound selected from the group consisting of a **docosahexaenoic acid compound, an omega-3 fatty acid**, an omega-2 [sic] **fatty acid,** a derivative thereof and a combination thereof; | 156 mg of **linoleic acid** (an omega-6/omega-2 fatty acid), 18.75 mg of **DHA** (an omega-3 fatty acid), and 31.25 mg **EPA** (an omega-3 fatty acid). |
| c) about **10 mg to 125 mg** of a vitamin B6 compound or derivative thereof; | Vitamin B6 is within the '539 composition and utilizing **10 – 25 mg of Vitamin B6 in a prenatal vitamin is admitted as known in the '666 patent,** as further evident from the '392 publication and PDR. |
| d) about **0.1 mg to 3 mg of a folic acid** compound or derivative thereof; | **Folic acid is within in the '539 composition and utilizing 1.0 mg of Folic acid in a prenatal vitamin is admitted as known in the '666 patent,** as further evident from the '392 publication and PDR. |
| e) about **100 mg to 2,000 mg of a calcium** compound or derivative thereof; | **Calcium is within in the '539 composition and utilizing 200 mg of Calcium in a prenatal vitamin is admitted as known in the '666 patent,** as further evident from the '392 publication and PDR. |
| f) about **25 mg to 500 mg of a vitamin C** compound or derivative thereof; | **Vitamin C is within in the '539 composition and utilizing 120 mg of Vitamin C in a prenatal vitamin is admitted as known in the '666 patent,** as further evident from the '392 publication and PDR. |
| g) about **10 mg to 400 mg of a vitamin E** compound or derivative thereof; and | **Vitamin E is within in the '539 composition and utilizing 30-60 mg of Vitamin E in a prenatal vitamin is admitted as known in the '666 patent,** as further evident from the '392 publication and PDR. |

| | |
|---|---|
| wherein the **weight ratio of said first fatty acid compound to said second fatty acid compound is** about 1:0.1 to 10, said weight ratio specifically formulated to enrich the breast milk of the woman to **optimize neurological development of an** infant breast-fed by the woman. | The ratio of linoleic acid to α-linolenic acid, DHA and EPA are as follows: <br><br> α-linolenic acid:linoleic acid　1:3.90 <br><br> α-linolenic acid::EPA　　　　1:0.78 <br><br> α-linolenic acid::DHA　　　　1:0.47 <br><br> α-linolenic acid::(EPA+DHA　1:5.15 <br>　　　　　　　　+ linoleic acid) <br><br><br> As noted above, the **'539 publication** teaches that the composition is intended **for optimizing neurological development of a fetus or infant** by administering it to pregnant or lactating women (See Page 2, lns. 1-7). |
| 21.　　The composition of claim 1, additionally comprising a vitamin compound selected from the group consisting of a **vitamin A compound**, a **B complex vitamin** compound, a **vitamin D compound**, and combinations thereof. | The **'539 publication teaches** the inclusion of **Vitamin A, Vitamin D** and all of the necessary components to form **a B complex vitamin compound.** |
| 22. The composition of claim 1, further comprising a biologically-acceptable mineral compound which is **iron**. | The **'539 publication teaches** the inclusion of **iron**. |

**EXHIBIT 3**

**10 gram dosage of the composition of the '539 publication**

| Ingredient | | Analysis per 10 g |
|---|---|---|
| Protein | g | 2.26 |
| Fat | g | 1.25 |
| Linoleic acid | mg | 156 |
| α – Linolenic acid | mg | 40 |
| DHA | mg | 18.75 |
| EPA | mg | 31.25 |
| Carbohydrates | g | 5.57 |
| Lactose | g | 4.82 |
| Dietary fibres | g | 0.75 |
| Moisture | g | 0.30 |
| Minerals | g | 0.60 |

**Exhibit F**

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LANNETT COMPANY INC.,            :
                                 :    Civil Action No. 08-338
            Plaintiff,           :
    v.                           :
                                 :
KV PHARMACEUTICALS,              :
DRUGTECH CORPORATION, and        :
THER-RX CORPORATION,             :
                                 :
            Defendants.          :
                                 :

## DECLARATION OF KEVIN R. SMITH IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Kevin R. Smith, declare as follows:

1.      I am the Vice President of Sales and Marketing for Lannett Company, Inc., (hereafter "Lannett") and have held that position since I was hired by Lannett in that role in approximately January 2001.

2.      Approximately 2 years prior to becoming employed by Lannett, I was employed as a broker in the industry selling various pharmaceutical products and became aware of Lannett products and their superior reputation for quality and consistency.  I began brokering Lannett products in approximately 1999 in addition to the other product lines I  brokered at that time.

3.      I have been employed in sales, marketing and other related positions in the pharmaceutical industry for more than 21 years.

4.      Lannett is the oldest generic pharmaceutical manufacturer in the country having been started by Samuel Gratz as a privately held company in the 1940's.

5.                                                          **REDACTED**

6.      My main responsibilities while I brokered products for  Lannett was to increase sales to pharmaceutical chains, mail order businesses, distributors and wholesalers.  My responsibilities at Lannett now include, but are not limited to, sales growth, customer relations, product selection and management of the company's in-house and outside sales force.

7.      After approximately one and a half years acting as a broker for Lannett as described above, I was offered the position of Vice President as referenced above.

8.    One of the main reasons I accepted the position at Lannett was for the growth potential. The keys for this growth would be to build Lannett's reputation delivering quality products and customer satisfaction.

9.    During my tenure as Vice President of Sales and Marketing at Lannett, the company has realized tremendous growth due, in my experience, to the following:
    a.    Lannett's reputation for quality, consistency, and customer satisfaction as referenced above;
    b.    The addition of more products to Lannett's product line;
    c.    Greater market penetration through the selling of more products to existing and new customers.

10.    2007 was an outstanding sales year for Lannett in many respects.  IMS Health ranked Lannett thirtieth nationally in prescriptions dispensed as compared to all generic and branded pharmaceutical companies.   During the same period Lannett was also ranked fifth nationally by IMS Health in absolute prescription growth among generic and branded pharmaceutical companies.  Only Mylan, Teva, Lupin, Apotex generated more new prescription growth in 2007. Based on my experience in the industry, Lannett's growth was due, in part, to:
    a.    The addition of more and diversified products to the company's product line;
    b.    Superior market penetration (as referenced above); and
    c.    Superior customer trust based upon superior quality, consistency, customer satisfaction and customer service.

11    REDAC**IE**

            Based on my experience in the industry, this growth was realized primarily due to Lannett's commitment to deliver quality pharmaceuticals in a timely manner.

12    REDAC**...**

            This diverse and high quality product line ranges from thyroid products such as Levothyroxine Sodium, which is ranked number 30 in prescriptions dispensed among branded and generics pharmaceutical products, and Sulfamethoxazole w/Trimethoprim tablets, which is similarly ranked at number 86 according to IMS Health in the May 2008 issue of Pharmacy Times.  Moreover, based on my experience in the industry, Lannett is able to compete with KV Pharmaceuticals and Ethex (the generic division of KV Pharmaceuticals) because of Lannett's reputation for quality, consistency, customer satisfaction and customer service as referenced above.  In recent years, Lannett was awarded by the Health Care Distribution Management Association as the best generic pharmaceutical manufacturer.  Lannett was also awarded supplier of the year by a number of its customers in the past six years including Cardinal Health and HD Smith.

13.    Based on my experience in the industry, Lannett would not have been able to achieve the above-referenced success if it produced or marketed inferior or substandard products.  It requires a consistent and proven record of the manufacture and sale of superior product to achieve such rankings.

LN1 918648v1 06/23/08

**REDACTED**

15.    With respect to the labeling of Lannett's Multivitamin with Minerals product, Lannett placed a label on the face of its bottles, which read "Compare to the active ingredients in PrimaCare® ONE* *Registered trademark of Ther-Rx Corp." Lannett did not place these labels on its bottles for the purpose of confusing the women who took the multivitamins, or their pharmacists or physicians, concerning the source of the product. Lannett placed these labels on its bottles in order to prevent confusion, particularly by pharmacists. It is my understanding that pharmacists often lose track of which generic brand pharmaceuticals correspond to which name brand pharmaceuticals. Many times, pharmacists make mistakes in stocking their inventory as a result of misreading labels or having insufficient information concerning the generic brand product. The purpose of the "Compare to" label placed on Lannett's bottle was to make it easier for pharmacists to determine the name brand (PrimaCare® ONE) for which Lannett's Multivitamin with Minerals product was a generic.

**REDACTED**

18.    Although regulations vary from state to state, New Jersey and most other states allow physicians to designate a prescription as "DAW" which means that the prescription must be dispensed as written. In other words, if a physician feels a generic equivalent of a branded pharmacological product cannot be substituted, the physician can designate the prescription as such and not allow a pharmacist to substitute a generic product. Based on my experience in the industry, physicians will frequently write a prescription for a branded product and not restrict substitution with "DAW" or similar designation. Currently in the United States, almost 65% of all prescriptions are filled generically. The pharmacy will attach its own label to the product (which often completely obscures all, or substantially all, of the manufacturer's information) on the product, deposit the prescription into a labeled pharmacy bag and deliver the product to the customer for use. Given this typical scenario, and based on my experience in the industry, I fail

915853851005                                PENFIELD COURTYARD          10:01:41 a.m.    06-23-2008           2 /2
                                                                                                      ⊌ 005

to see how the physician, pharmacist or end consumer could be confused into believing that

Dated:  June 23, 2008

$K - K \supset \lceil \cdot \rceil$

Kevin Smith

LN1 918648v1 06/23/08

# PrimaCare®

**A prenatal vitamin supplement with a range of omega-3 fatty acids (DHA and EPA), vitamins, minerals, and stool softeners**

**Rx Only**

**DESCRIPTION:** PrimaCare® is a prescription prenatal/postnatal multivitamin/mineral capsule and tablet combination for oral administration with omega-3 fatty acids that consists of two dosage forms on each blister card designated as AM and PM, as follows:

**AM dose is a dye-free, white, soft gelatin capsule containing the following ingredients:**

**Essential Fatty Acids:**

| | |
|---|---|
| Omega-3 Fatty Acids | .330 mg |
| Docosahexaenoic Acid (DHA) | .260 mg |
| Eicosapentaenoic Acid (EPA) | .40 mg |
| α-Linolenic Acid (ALA) | .30 mg |
| Linoleic Acid | .30 mg |

**Vitamins and Minerals:**

| | |
|---|---|
| Vitamin $D_3$ (cholecalciferol) | 170 IU |
| Vitamin E (dl-alpha-tocopheryl acetate) | 30 IU |
| Calcium (calcium carbonate) | 150 mg |

**PM dose is a dye-free, oval-shaped, pink, film-coated tablet containing the following ingredients:**

**Vitamins:**

| | |
|---|---|
| Vitamin C (as Ester-C®*) | 100 mg |
| Vitamin $D_3$ (cholecalciferol) | 230 IU |
| Vitamin K | 90 mcg |
| Vitamin $B_1$ (thiamine mononitrate, USP) | 3 mg |
| Vitamin $B_2$ (riboflavin, USP) | 3.4 mg |
| Vitamin $B_3$ (niacinamide) | 20 mg |
| Vitamin $B_6$ (pyridoxine hydrochloride, USP) | 50 mg |
| Folic Acid, USP | 1 mg |
| Vitamin $B_{12}$ (cyanocobalamin) | 12 mcg |
| Biotin | 35 mcg |
| Pantothenic Acid | 7 mg |

**Minerals:**

| | |
|---|---|
| Calcium (as CalciPure™ calcium carbonate) | 250 mg |
| Iron (elemental iron as Sumalate™†) | 30 mg |
| Zinc (zinc oxide, USP) | 11 mg |
| Selenium | 75 mcg |
| Copper (cupric oxide) | 1.3 mg |
| Chromium | 45 mcg |
| Molybdenum | 50 mcg |

**Other:**

| | |
|---|---|
| Docusate Sodium | 50 mg |
| Succinic Acid | 35 mg |

*Ester-C® is a patented pharmaceutical grade material consisting of calcium ascorbate and calcium threonate. Ester-C® is a licensed trademark of The Ester C Company.
†Sumalate™ (ferrous asparto glycinate) is a trademark of Albion International, Inc., Clearfield, Utah. U.S. Patent pending.

**Inactive Ingredients:**
**Capsule:** ethylvanillin, gelatin, glycerine, lecithin, methylparaben, propylparaben, soybean oil, titanium dioxide, and yellow beeswax. Dye free.
**Tablet:** acacia, butylated hydroxy anisole, butylated hydroxy toluene, calcium monohydrogenphosphate, carnauba wax, citric acid, colloidal silicon dioxide, croscarmellose sodium, ethylvanillin, gelatin, hydrogenated vegetable oil, hypromellose, lactose monohydrate, magnesium stearate, malic acid, microcrystalline cellulose, polydextrose, polyethylene glycol, povidone, red iron oxide, sodium benzoate, sodium citrate, sodium lauryl sulfate, sorbic acid, starch, sugar, titanium dioxide, and triacetin. Dye free.

**INDICATIONS:** PrimaCare® is indicated to provide vitamin/mineral and omega-3 fatty acid supplementation throughout pregnancy, during the postnatal period for both lactating and non-lactating mothers, and throughout the childbearing years. It is also useful for improving nutritional status prior to conception.

**CONTRAINDICATIONS:** This product is contraindicated in patients with a known hypersensitivity to any of the ingredients.

**WARNINGS:** Folic acid alone is improper therapy in the treatment of pernicious anemia and other megaloblastic anemias where vitamin $B_{12}$ is deficient. Folic acid in doses above 1.0 mg daily may obscure pernicious anemia, in that hematologic remission can occur while neurological manifestations remain progressive.

> **WARNING: Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.**

## PRECAUTIONS

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.
**Geriatric Use:** Clinical studies on this product have not been performed to determine whether elderly subjects respond differently from younger subjects. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

**ADVERSE REACTIONS:** Allergic sensitization has been reported following both oral and parenteral administration of folic acid.

**DOSAGE AND ADMINISTRATION:** PrimaCare®'s patented Chronometric Systems™ dosing regimen, consisting of one "AM" dose (capsule) taken in the morning and one "PM" dose (tablet) taken at night, should be followed for improved nutrient absorption potential, or as prescribed by a physician.

**HOW SUPPLIED:** PrimaCare® is supplied in a 30-day unit-of-use dispensing carton containing blister cards of 30 capsules and 30 tablets (NDC 64011-204-28).
PrimaCare® AM capsules are dye-free, white, soft gelatin capsules, imprinted "Ther-Rx 145" on one side in pink ink. The PM tablets are dye-free, pink, oval-shaped, film coated tablets, debossed "Ther-Rx" on one side and "196" with a partial bisect on the other side.
Store at controlled room temperature 15°–30° C (59°–86° F).
**KEEP THIS AND ALL DRUGS OUT OF THE REACH OF CHILDREN.**

04-358   03/07

Soft Gelatin Capsule Manufactured by:
Accucaps Industries Limited
Windsor, Ontario, Canada

Marketed by Ther-Rx Corporation
St. Louis, MO 63044

U.S. Patent Nos.: 4,822,816; 5,070,085; 5,494,681; 5,516,925; 5,945,123; 6,197,329; 6,214,379; 6,228,388; 6,258,846; 6,375,956; 6,488,956; 6,569,857; 6,576,666; 6,716,814; 7,112,609.
Other U.S. Patents pending.





## PrimaCare®

### Give your baby an essential start — *anything less is simply not enough.*

Prenatal nutrition is important! Give every baby an essential start with PrimaCare® and PrimaCare® ONE; **the leading prescription prenatal vitamins with essential fatty acids (EFAs) that contain a patented and balanced source of DHA and EPA. (65)**

more...

### The PrimaCare®/PrimaCare® ONE 360 Advantage

- A unique blend of 360 mg of essential fatty acids (EFAs) and precursors, including*:
  - ➤ Docosahexaenoic acid (DHA)
  - ➤ Alpha-linolenic acid (ALA)
  - ➤ Eicosapentaenoic acid (EPA)
  - ➤ Linoleic acid (LA)

PrimaCare® provides the highest amount and the most complete range of any essential fatty acids of any prenatal vitamin. (1-4) Other prescription prenatal vitamins and over-the-counter (OTC) vitamins:

- May only contain DHA
- Have lower total essential fatty acids (up to 80% lower)

### Omega-3s from fish oil source have been studied extensively (10-13, 22, 25, 29)

**Omega-3 essential fatty acids have been studied extensively in pregnancy and newborns. (11-13, 22, 48)** Some prescription prenatal vitamins contain algae sources (sometimes known as "all natural vegetarian sources" or "plant sources"), and have not been studied extensively in pregnancy.

**Fish oil omega-3 benefits to baby include:**

- Decreased risk of preterm birth (11-13)
- Improved cognitive function (15-17)
- Improved visual acuity (16, 18-20)

**Fish oil omega-3 benefits to mother include :**

- Decreased incidence of postpartum depression (21-24)
- Improved cardiovascular profile (25-31)
- Maintenance of bone health (32-34)



**Tell a friend**
Have a friend that might be interested?
✉ Send e-mail

Our patient education brochures offer helpful information to better prepare you for your next prenatal visit:



- 📖 The right prenatal can make a difference
- 📖 Para español, Haga clic aquí.
- 📖 How To Prepare For a Healthy Baby

Learn more about other Ther-Rx products
Anti-Infectives
- Gynazole-1®

- Clindesse®

**Advanced Prescription Nutritionals**
- Encora®

**Prescription Prenatals**
- PreCare Premier™
- PremesisRx®

**Iron Deficiency**
- Repliva 21/7™

Footnote References >>
*(found in parentheses)*

Please see full Prescribing
Information >>

■ Fish oil-based fatty acids act as a natural stool softener to decrease risk of constipation (36)

*360 mg total EFAs including DHA and EPA plus precursors

*PrimaCare®*

Home | Search | Contact Us | Site Directory | Safety Information | Prescribing Information | Ther-Rx & Women's Healthcare



©2008 Ther-Rx Corporation Terms of Use of Site

**Exhibit H**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANNETT COMPANY INC., | : | |
| Plaintiff, | : | Civil Action No. 08-338 |
| v. | : | |
| | : | |
| KV PHARMACEUTICALS, | : | |
| DRUGTECH CORPORATION, and | : | |
| THER-RX CORPORATION, | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF ERNEST J. SABO

### I.     INTRODUCTION

A.     I am employed by Lannett Company, Inc. ("Lannett") as the Vice President of Regulatory and Corporate Compliance and serve as the Director of Quality Control and Quality Assurance.

B.     I submit this declaration as a statement of the Quality Assurance and Quality Control conducted by Lannett for the Multivitamin with Mineral Capsules.

C.     I understand that DrugTech Corporation, KV Pharmaceutical Company, and Ther-Rx Corporation (collectively "KV Pharmaceutical") alleges that Lannett's Multivitamin with Mineral Capsules do not meet the specifications set forth for the product.

D.     In this declaration, I will provide the steps taken by Lannett to regularly and consistently ensure that each batch of the Multivitamin with Mineral Capsules meet the standards set forth in the specification. I will also set forth the variation in the ingredients of PrimaCare One, as we have noted from changing in the packaging information over the past few months. Finally, I will provide, based upon our own observations, how both PrimaCare One and Lannett's Multivitamin with Mineral Capsules have the same smell upon removal from the packaging and the same fish oil smell upon rupture of the capsule.

### II.     ANALYSIS

1

A.    Multivitamin with Mineral Capsules Certificate of Analysis

1.      Under my direction, Lannett regularly performs and insists on careful analysis of all products produced for release into the stream of commerce. Specifically, our products are consistently and routinely evaluated from an independent third party using industry accepted standards of review that are reported to me in a certificate of analysis.

2.      For each lot of Multivitamin with Mineral capsules produced by Lannett, thousands of randomly selected sample quantities were tested              The attached Exhibit 1 provides an example of one product shipment authorization form illustrating the shipment of randomly selected samples from 26 different lots of Multivitamin with Mineral capsules, each with an independent Manufacturing Lot Number. As noted in Exhibit 1, this product shipment authorization was authorized by me and accepted by                                                              **REDACTED**

3.      For each sample quantity tested by              ;, a certificate of analysis was provided indicating              findings. This certificate of analysis provides the results for each test conducted on the sample quantities within a particular lot. Cumulatively, these certificate of analysis provide information regarding thousands of samples tested within each lot produced by Lannett. These cumulative certificates provide complete assurance that each lot of Multivitamin with Mineral capsules produced by Lannett are within the specifications set forth by Lannett.

4.      The Certificate of Analysis for batch O-0918C is attached hereto as Exhibit 2 and provides an illustration of the results received from              . As shown in the document, a composite quantity sample of 120 capsules from lot number 0-0918C was used for release testing. This is consistent with the sampling used for each of the lots supplied and tested by              for Lannett. The required number of capsules was then used by              to perform the analysis for each of the specifications listed in the Certificate of Analysis. The results of this Certificate of Analysis were prepared on April 14, 2008 by                                                  The results were reviewed and checked on April 14, 2008 by              **REDACTED**

2

_____ and, ultimately, approved on April 14, 2008 by          **REDACTED**

5.     In the attached Exhibit 2, _____ provides the description of the Multivitamin

with Mineral capsules as Purple colored, oblong shaped, soft gelatin capsules with "LCI 1637" printed in

white ink.

**REDACTED**

10.     The results of the certificate of analysis provided in Exhibit 2 is in complete accordance

with all of the samples of Lannett's Multivitamin with Mineral Capsules analyzed by _____

Accordingly, the thousands of samples tested by _____ all revealed that each sample quantity

within each lot of Lannett's Multivitamin with Mineral Capsules were in accordance with the

3

specification set forth by Lannett. This shows that Lannett's Multivitamin with Minerals Capsules are regularly and consistently within its specification.

B.    Primacare One

1.    Under my direction, we requested samples of PrimaCare One from a local pharmacy at three separate time periods over the past several months. After obtaining these samples, I evaluated the external packaging, bottling, and labeling for description of the contents contained therein.

2.    The pictures attached in Exhibit 3 provide an illustration of each of the samples independently obtained during each of the three separate timeframe.

3.    In each of the three separate instances where the packaging of PrimaCare One was reviewed, the quantity of the contents contained therein were different.

4.    In the first form of the packaging obtained at the earliest time frame (identified as from Lot No. 79491 with an expiration date of 10/2008), the amount of omega-3 fatty acids were listed as 30 mg.  There was no indication provided as to what was inclusive within this 300 mg amount other than the description on the front of the product box and bottle label that the product includes "omega-3 fatty acids (DHA and EPA)".

5.    In the second form of the packaging obtained (identified as from Lot No. 64036 with an expiration date of 05/2009), the amount of omega-3 fatty acids was listed as 330 mg.  DHA, EPA and α-linolenic acid are all listed as being inclusive within this 330 mg.

6.    In the third form of the packaging obtained (identified as from Lot No. 89708 with an expiration date of 10/2009), the amount of omega-3 fatty acids was listed on the bottle label (underneath the pharmacy overlabel) as 330 mg.  There was no indication provided as to what was inclusive within this 330 mg amount other than the description on the front of the bottle label that the product includes "omega-3 fatty acids (DHA and EPA)".

7.    I cannot determine from the three samples of the PrimaCare One product whether the product contains one or more than one formulation.

C.    Comparison of PrimaCare One and the Multivitamin with Mineral Capsules.

4

1.      The known source of omega-3 fatty acids is fish oil. This is the source the omega-3 fatty acids in both Lannett's Multivitamin with Mineral Capsules and PrimaCare One.

2.      Both Lannett's Multivitamin with Mineral Capsules and PrimaCare One have a vanilla scent which is added to the formulation. This scent provides a pleasing odor for the patient prior to administration. Accordingly, ordinarily, someone opening a package of either Lannett's Multivitamin with Mineral Capsules will detect the same vanilla smell as with PrimaCare One.

3.      If Lannett's Multivitamin with Mineral Capsule is severely mistreated or broken, it is only then that the capsule is capable of emitting a fish odor. Such an odor, however, would not be unique to Lannett's Multivitamin with Mineral Capsule. Rather, if PrimaCare One was similarly mistreated or broken it would also be capable of emitting a fish odor. This is because both capsules obtain the omega-3 fatty acids from the same source, fish oil. Accordingly, both capsules, if damaged or broken have the same risk of emitting an unpleasant fishy odor.

DATED:  June 23, 2008

_Ernest J Sabo_

Ernest J. Sabo



# Product Shipment Authorization

**I. Product Information**

| Product: | Multivitamin with Minerals | | | |
|---|---|---|---|---|
| NDC#: | 0527-1637-30 | | | |
| | 1 | O - 0248C | 14 | O - 0908C |
| | 2 | O - 0258C | 15 | O - 0918C |
| | 3 | O - 0268C | 16 | O - 0928C |
| | 4 | O - 0808C | 17 | O - 0938C |
| | 5 | O - 0818C | 18 | O - 0948C |
| Manufacturing | 6 | O - 0828C | 19 | O - 0958C |
| Lot #'s: | 7 | O - 0838C | 20 | O - 0968C |
| | 8 | O - 0848C | 21 | O - 0978C |
| | 9 | O - 0858C | 22 | O - 0988C |
| | 10 | O - 0868C | 23 | O - 0998C |
| | 11 | O - 0878C | 24 | O - 1008C |
| | 12 | O - 0888C | 25 | O - 1018C |
| | 13 | O - 0898C | 26 | O - 1028C |

**II. Authorization**

| | | |
|---|---|---|
| Authorized by: | *Ernest J. Sabo* (signature) | 4/19/08 |
| | Quality Assurance (Lannett) | Date |
| | Ernest J. Sabo, Director Quality Assurance | |
| Accepted by: | | 22nd April 2008 |
| | Quality Control/Assurance / Print Name Here: | Date |

**REDACTED**

REDACTED

REDACTED





WARNING: Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. Keep this product out of reach of children. In case of accidental overdose, call a doctor or poison control center immediately.

Prim...
ON...

Each capsule contains: Omega-3 Fatty Acids, 330 mg; Linoleic Acid, 30 mg; Vitamin C, 25 mg; Vitamin $D_3$, 170 IU; Vitamin E, 30 IU; Folic Acid, USP, 1 mg; Vitamin $B_6$, 25 mg; Calcium, 150 mg; Iron, 27 mg.

A once-...
supplement...
omega-3 fat...
...

Right for...

A once-daily prenatal vitamin i...
high levels of omega-3 fatty acid...
(both DHA and EPA) and 1 mg f...

- Supports healthy full-term pr...
- Supports fetal brain and eye development
- Naturally helps soften stools

*Right for each mom and...*



**Exhibit I**



CORPORATION

*Innovative Pharmaceuticals Offering Therapeutic Excellence*

\* \* IMPORTANT PRODUCT INFORMATION \* \*

June 19, 2008

Dear Sheila Jennings:

We care very much about the pregnant women (and others who are candidates for prescription prenatal vitamins) who are your customers. For nearly a decade, we have been committed to women's health and excellent prenatal nutrition, and we take our leadership position in this market seriously.

I am writing to follow-up on our earlier correspondence regarding the prescription prenatal vitamin recently introduced by Lannett Company, Inc. ("Lannett"), that they invite you to compare to PrimaCare ONE® by prominently displaying our PrimaCare ONE® trademark on their label. In that correspondence, dated June 12, 2008, we set forth important differences between the Lannett product and our product, PrimaCare ONE®. We have since performed an analysis of a sample of the Lannett product. The differences in our findings from that analysis are as set forth below.

We believe that Lannett, in failing to specify the exact levels of the Omega 3 fatty acids in their product, is denying physicians and pregnant women (and others who are candidates for prescription prenatal vitamins) important information.

As noted in our previous correspondence, there are differences between the active ingredients in PrimaCare ONE® and in the Lannett product that we view as important. In addition to differences in the sources of iron and Vitamin C, a key difference in the label is the content of Omega 3 fatty acids:

| PrimaCare® ONE | Lannett Product |
|---|---|
| 330 mg of Omega 3 Fatty Acids consisting of 260 mg of DHA, 40 mg of EPA and 30 mg of ALA | 300 mg of Omega 3 Fatty Acids and 30 mg of ALA |

While the Lannett label does not disclose, and therefore keeps hidden, the amounts of Omega 3 fatty acids in its product, our analysis has determined that the Lannett sample we tested contains approximately 109 mg of docosahexaenoic acid ("DHA") and 174 mg of eicosapentaenoic acid ("EPA"). As clearly stated in our label, PrimaCare ONE® contains 260 mg of DHA and 40 mg of EPA. Therefore, the Lannett sample contains only approximately forty percent of the DHA found in PrimaCare ONE®. The importance of DHA in brain and eye development in the fetus is documented in the medical literature.[1-3] The Lannett sample we tested has far less DHA and, therefore, patients who took the product we tested will not receive the desired amount that prescribing physicians would expect when prescribing PrimaCare ONE®, which has approximately 2.4 times the amount of DHA.

1 Corporate Woods Drive, Bridgeton, Missouri 63044    Phone (314) 646-3700    Fax (314) 646-3701

A National Institute of Health ("NIH") panel convened in April 1999 advised that, during pregnancy and lactation, women should ensure a DHA intake of 300 mg per day.[4]  An adult's average daily diet yields 55 mg of DHA.[5]  PrimaCare ONE® plus the average daily diet results in approximately 315 mg of DHA, thereby exceeding the NIH's recommended level. The Lannett product, based on our sample analysis, plus the average daily diet would only provide 159 mg of DHA, approximately *fifty percent* of the NIH recommended amount.  In prescribing the well known BRAND PrimaCare ONE®, physicians know exactly how much DHA their patients will receive.

Notably, the manufacture of high-quality, tolerable soft-gel products that combine omega-3 oils plus vitamins and minerals can be complex and difficult.  Ther-Rx and its partners have years of experience in this manufacturing process.   Sourcing of high quality, pharmaceutical grade fish oils is also a component of the manufacturing process that can vary widely.  Ther-Rx has gone to great lengths to exclusively source high potency, highly purified fish oils (DHA and EPA) which are used in the BRAND PrimaCare ONE®.  A number of benefits, important to both prescribers and patients, are derived from these manufacturing and sourcing capabilities. The potency and purity of the fish oil source, and the extensive expertise in manufacturing provide high levels of omega-3s in the smallest soft gel we believe to be possible (smaller than the Lannett product).  Our unique source of oil also allows Ther-Rx to label the precise amounts of DHA and EPA, information that we believe is essential and meaningful to prescribers and patients.

**We would also like to remind you that numerous pricing services including First DataBank, Gold Standard, and MediSpan continue to designate PrimaCare ONE® as a <u>sole source product</u> and have not linked any product, including Lannett's, to the only currently marketed formulation of PrimaCare ONE®.**  For the reasons stated, we believe that linking the two products would be improper.

Finally, PrimaCare ONE® is protected by multiple patents, as indicated on our box, and Ther-Rx is currently taking steps to vigorously enforce those patents.

If you have taken any action (directly or indirectly) to override the decision of the pricing services and have linked these products in your own system, possibly through alternative coding or other identifiers, we request that you respectfully reconsider your decision in view of the points noted in our previous letter and noted above.

We hope that you find this information useful.  If you have any questions regarding PrimaCare ONE®, please contact me directly at the information provided below or our National Director of Trade Sales, Rich Greene, at (314) 646-3700.

Yours truly,

Greg Divis
President, Ther-Rx Corporation
One Corporate Woods Drive
Bridgeton, MO 63044
(314) 646-3700

---

References:

(1) Hibbeln, J. R., *et al.* Maternal seafood consumption in pregnancy and neurodevelopmental outcomes in childhood (ALSPAC study): an observational cohort study. Lancet. 2007: 369:578-585.

(2) Helland, I., *et al.* Maternal supplementation with very long chain n-3 fatty acids during pregnancy and lactation augments children's IQ at 4 years of age. Pediatrics. 2003: 111:39-44.

(3) Cetin, I and Koletzko, B. Long-chain omega-3 fatty acid supply in pregnancy and lactation. Curr. Opin. Clin. Nutr. Meb. Care. 2008: 11:297-302.

(4) Simopoulos, A.P., *et al.* Workshop on the essentiality of and recommended dietary intakes for omega-6 and omega-3 fatty acids. JACN. 1999:18:487-489.

(5) Benisek *et al.* Dietary intake of polyunsaturated fatty acids by pregnant and lactating women in the United States. Obstet. & Gynecol. 2000;95(4):77S-78S.