IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> *Defendants.* <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-plaintiffs,* <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> *Counterclaim-defendant.* | Civil Action No. 08-338 <br><br><br> **REDACTED** <br> **PUBLIC VERSION** |

**REPLY DECLARATION OF SCOTT E. GOEDEKE**

**IN FURTHER SUPPORT OF MOTION FOR**

**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Scott E. Goedeke, declare:

1. I am the same Scott Goedeke who submitted a declaration in this case dated June 17, 2008. I am fully familiar with the facts set forth herein.

2. The samples of Lannett product that were discussed in my June 17 declaration were purchased by KV Pharmaceutical Company ("KV") from a pharmacy in St. Louis, Missouri. They arrived in sealed containers with shrink wrap with no visible damage or signs of improper handling, and have been kept at room temperature at KV's offices.

3. As noted in my June 17 declaration, I opened and inspected several bottles of the Lannett product. The strong fishy smell was present without any tampering, manipulation, or even handling of the product. All that was required to note the smell was to sniff the open bottle. Similarly, the leakage was clear just from pouring out a few of the gel caps, without any crushing, squeezing, or other manipulation..

4. One of the Lannett bottles was sent to counsel at their request, along with two bottles of PrimaCare ONE®. They were shipped together in a single Federal Express box.

5. The full ingredients listing for PrimaCare ONE® is contained on the package insert. There is also a listing on the bottle label, which is abbreviated because of the limited space on the label.

6. The package insert for PrimaCare ONE® did not originally show the DHA and EPA content of the omega-3 fatty acids. In 2006, the formulation was updated and the package insert was modified to show in part that the omega-3 fatty acid content includes 260mg of DHA and 40mg of EPA.

7. PrimaCare ONE® is sold in sealed bottles of 30 capsules for dispensing by pharmacies. Separately, samples of PrimaCare ONE® are made available to physicians in boxes containing five capsules so that physicians who desire to give samples to patients may do so. The physician sample packaging is shown on the website for PrimaCare® and PrimaCare® ONE in part because that is the packaging that many patients will first see (when they receive samples from their doctors).

8. As noted in my previous declaration, Ther-Rx also sells a prescription prenatal supplement called PrimaCare®. As also noted in my previous declaration, PrimaCare® has separate dosage units for the EFAs and the vitamins/minerals, the former contained in a gel cap

and the latter contained in a solid tablet. Because a daily dose of PrimaCare® is one gel cap plus one tablet, both dosages are packaged together in a blister pack that is dispensed to the patient. By contrast, because PrimaCare ONE® combines the EFAs, vitamins, and minerals in a single gel cap, a blister pack is not required and it is sold for dispensing in bottles.

# REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2008

_____
Scott E. Goedeke

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE 19899-2323

I hereby certify that on July 1, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA 19103

Chad M. Shandler (#3796)
shandler@rlf.com