IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> KV PHARMACUETICALS, DRUGTECH ) <br> CORPORATION, and THER-RX ) <br> CORPORATION, ) <br> ) <br> *Defendants.* ) <br> ) <br> ──────────────────────── ) <br> KV PHARMACEUTICAL COMPANY, THER- ) <br> RX CORP., and DRUGTECH CORP., ) <br> ) <br> *Counterclaim-Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> LANNETT COMPANY INC., ) <br> ) <br> *Counterclaim-Defendant.* ) | Civil Action No. 08-338-JJF |

## **STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-RX Corp., and Drugtech Corp. may move, answer or otherwise respond to the Amended Complaint is extended through and including July 18, 2008.

RLF1-3299235-1

/s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com

*Attorneys for Counterclaim-Plaintiffs
KV Pharmaceutical Company, Ther-Rx Corp.,
and Drugtech Corp.*

/s/ Sophia Siddiqui
Sophia Siddiqui (#4914)
Fox Rothschild LLP
919 Market Street
Suite 1300
P. O. Box 2323
Wilmington, DE 19899-1212
(302) 622-4278
ssiddiqui@foxrothschild.com

*Attorneys for Counterclaim-Defendant
Lannett Company Inc.*

SO ORDERED this ___ day of July, 2008.

_____
Judge Joseph J. Farnan, Jr.

RLF1-3299235-1