

Chad M. Shandler
Director
302-651-7836
Shandler@rlf.com

July 11, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    **Lannett Company Inc. v. KV Pharmaceuticals, DrugTech Corporation and Ther-RX Corporation, C.A. No. 08-338-JJF,**

Dear Judge Farnan:

      On behalf of Ther-Rx Corporation, I have enclosed herewith the parties' respective proposals with respect to the Rule 16 scheduling order. The differences between the two proposals arise from Ther-Rx's desire for a January 2009 trial date, which Your Honor stated during the June 23, 2008 hearing that the Court could accommodate. As explained to Your Honor during the hearing, we believe that an early trial date is imperative as a result of the Court's decision not to entertain our request for a preliminary injunction on the patent issues. We are awaiting the Court's decision on what action Lannett should be required to take with respect to the approximately 400,000 mislabeled products that Lannett, to date, has refused to re-label or recall. Ther-Rx continues to suffer damages as a result of these mislabeled products being in the market.

      Should Your Honor have any questions or concerns regarding the foregoing or the enclosure, counsel are available at the Court's convenience.

                              Respectfully submitted,

                              Chad M. Shandler
                              (#3796)

CS:ps
Enclosure
cc:   Clerk of the Court (via e-file)
       Charles A. Weiss, Esquire (via e-mail)
       Richard DeLucia, Esquire (via e-mail)
       Howard Shire, Esquire (via e-mail)

July 11, 2008
Page 2

    Sophia Siddiqui, Esquire (via e-mail)
    Joshua M. Hummel, III, Esquire (via e-mail)

RLF1-3301846-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
| Plaintiff, | : |
| v. | : C.A. NO. 08-338 (JJF) |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
| Defendants. | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
| Counterclaim-Plaintiffs, | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
| Counterclaim-Defendant. | : |

## RULE 16 SCHEDULING STIPULATION AND ORDER

The parties, having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

| Event | Lannett's proposal | Ther-Rx's proposal |
|---|---|---|
| 1. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.1 by | Aug. 1, 2008 | Aug. 1, 2008 |
| 2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before | Oct. 1, 2008 | Sept. 2, 2008 |
| 3. **Settlement Conference.** Pursuant to 28 U.S.C.§ 636, this matter is referred to Magistrate Judge _____ for the purposes of exploring the possibility of a settlement. If the parties agree that | | |

| Event | Lannett's proposal | Ther-Rx's proposal |
|---|---|---|
| they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.<br><br>**4. Discovery.**<br><br>(a) The parties shall serve initial document requests and interrogatories by | N/A | Jul. 17, 2008 |
| (b) Responses to initial document requests shall be served by | N/A | Jul. 31, 2008 |
| (c) Responses to initial interrogatories shall be served by | N/A | Aug. 7, 2008 |
| (d) Document production shall be substantially completed by | N/A | Sep. 5, 2008 |
| (e) Exchange and completion of interrogatories, requests for production of documents and requests for admission shall be commenced so as to be completed by | Sep. 15, 2008 | Sep. 5, 2008 |
| (f) Maximum of twenty-five (25) interrogatories, including contention interrogatories, for each side.<br><br>(g) Maximum of twenty-five (25) requests for admission by each side.<br><br>(h) Maximum of ten (10) depositions by plaintiff(s) and ten (10) by defendant(s), excluding expert depositions.<br><br>(i) All fact depositions shall be concluded unless otherwise agreed to in writing by the parties or ordered by the Court by | Nov. 21, 2008 | Sep. 30, 2008 |
| Depositions shall not commence until the discovery required by Paragraph 4(a)-(4)(g) is complete. | | |

2

| Event | Lannett's proposal | Ther-Rx's proposal |
|---|---|---|
| (f) Opening reports from retained non-patent experts (including damages) required by Fed. R. Civ. P. 26 (a) (2) shall be exchanged on or before<br>Answering reports from retained non-patent experts shall be exchanged on or before | Dec. 5, 2008<br><br>Dec. 31, 2008 | Oct. 14, 2008<br><br>Nov. 5, 2008 |
| (g) Any party desiring to depose a non-patent expert witness whose report has been exchanged, shall notice and complete said deposition unless otherwise agreed to in writing by the parties or ordered by the Court on or before | Jan. 30, 2009 | Nov. 30, 2008 |
| 5. **Non-Case Dispositive Motions**.<br>(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.<br><br>(b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.<br>(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: JJF_civil@ded.uscourts.gov. | | |
| 6. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before | Dec. 1, 2008 | Oct. 1, 2008 |
| 7. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before<br>Briefing shall be pursuant to D. De. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on | Dec. 1, 2008 | Oct. 1, 2008 |

3

| Event | Lannett's proposal | Ther-Rx's proposal |
|---|---|---|
| the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm | | |
| **8. Markman.** (a) A Markman Hearing, if necessary, will be held on | Dec.__, 2008 | Oct.__, 2008 |
| (b) The parties shall identify and exchange their claim terms for the Markman hearing on or before | Sep. 15, 2008 | Aug. 12, 2008 |
| (c) The parties shall identify and exchange their contentions and constructions for the Markman hearing on or before | Oct. 1, 2008 | Aug. 21, 2008 |
| (d) The parties shall file their Opening Briefs on the claim construction issues on or before | Oct. 20, 2008 | Sep. 5, 2008 |
| Any Answering Briefs shall be filed on or before | Nov. 3, 2008 | Sep. 18, 2008 |
| The Court, after reviewing the briefing, will allocate time to the parties for the hearing. | | |
| (e) Opening reports from retained patent experts shall be exchanged within _____ after the issuance of the Court's Markman decision. | 3 weeks | 2 weeks |
| Answering reports from retained patent experts shall be exchanged within _____ after the issuance of the Court's Markman decision. | 6 weeks | 6 weeks |
| Any party desiring to depose a patent expert witness shall notice and complete said deposition no later than _____ after the issuance of the Court's Markman decision, unless otherwise agreed to in writing by the parties or ordered by the Court. | 10 weeks | 10 weeks |
| **9. Applications for Motion.** (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court of the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. | | |

4

| Event | Lannett's proposal | Ther-Rx's proposal |
|---|---|---|
| Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Courts review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.<br>   (b) No facsimile transmission will be accepted.<br>   (c) No telephone calls shall be made to Chambers.<br>   (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.<br><br>**10. Pretrial Conference and Trial.**<br>(a) A Pretrial Conference will take place on<br><br>(b) Trial is scheduled for<br><br><br><br>and will commence at _____ a.m. | <br><br><br><br><br><br><br><br><br><br><br><br>Feb.___, 2009<br><br>Mar.___, 2009, to<br>Mar.___, 2009. | <br><br><br><br><br><br><br><br><br><br><br><br>Dec.___, 2008<br><br>Jan.___, 2009 to<br>Jan ___, 2009 |

5

| | |
|---|---|
| /s/ Sophia Siddiqui (#4914) | /s/ Chad M. Shandler (#3796) |
| Sophia Siddiqui, Esquire (No. 4914) | Frederick L. Cottrell, III, Esquire |
| Gerard P. Norton, Esquire (*) | Chad M. Shandler, Esquire |
| Alfred J. Monte, Jr., Esquire (*) | Richards, Layton & Finger, P.A. |
| Jonathan R. Lagarenne, Esquire (*) | One Rodney Square |
| Joshua M. Hummel, Esquire (*) | 920 North King Street, P.O. Box 551 |
| Fox Rothschild LLP | Wilmington, DE 19801 |
| Citizens Bank Center | (302) 651-7700 |
| 919 N. Market Street, Suite 1300 | (302) 498-7836 (facsimile) |
| Wilmington, DE 19801 | |
| (302) 622-4278 | Richard L. DeLucia, Esquire(*) |
| (302) 656-8920 (facsimile) | Elizabeth A. Gardner, Esquire(*) |
| | Charles A. Weiss, Esquire(*) |
| (*)Admitted Pro Hac Vice | Kenyon & Kenyon LLP |
| | One Broadway |
| *Attorneys for Plaintiff/Counterclaim Defendant, Lannett Company, Inc.* | New York, NY 10004 |
| | (212) 425-7200 |
| | (212) 425-5288 (facsimile) |
| | |
| | *Attorneys for Defendants/Counterclaim-Plaintiffs, KV Pharmaceutical Company, Ther-RX and DrugTech Corp.* |

_____  _____
DATE                                  UNITED STATES DISTRICT JUDGE