THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-338 JJF |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION and THER-RX CORPORATION, | : |
| Defendants. | : |

### O R D E R

WHEREAS, the parties are unable to reach agreement concerning the approximate 400,000 bottles of already distributed Lannett product that infringe Ther-Rx's trademark. (D.I. 56).

NOW THEREFORE, IT IS HEREBY ORDERED that Lannett shall contact its distributors in writing and advise the distributors that this Court has ruled that the existing labeling violates Ther-Rx's trademark.

IT IS FURTHER ORDERED that Lannett shall provide to its distributors material adequate to cover the Ther-Rx trademark on the existing bottles. Lannett and its distributors are not required to track and remedy the infringement violations beyond the distributors for the purposes of this Order.

July 17, 2008
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE