IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : C.A. NO. 08-338 (JJF) |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Defendants. | : |
| | : |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Counterclaim-Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LANNETT COMPANY, INC., | : |
| | : |
| Counterclaim-Defendant. | : |

## COUNTERCLAIM-PLAINTIFFS' DEMAND FOR TRIAL BY JURY

Pursuant to Fed. R. Civ. P. 38 and D. Del. Local R. 38.1, Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp. hereby demand a jury trial on all of their counterclaims where such issues are so triable.

*Of Counsel:*

Richard L. DeLucia
Charles A. Weiss
Jeffrey S. Ginsburg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 18, 2008

/s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on July 18, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422

---
Chad M. Shandler (#3796)
shandler@rlf.com