# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
| Plaintiff, | : |
| v. | : C.A. NO. 08-338 (JJF) |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
| Defendants. | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
| Counterclaim-Plaintiffs, | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
| Counterclaim-Defendant. | : |

### DEFENDANTS' MOTION TO DISMISS LANNETT'S AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO INCLUDE AN INDISPENSABLE PARTY AND FAILURE TO STATE A CLAIM

Defendants KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp., by and through their undersigned counsel, hereby move, pursuant to Fed. R. of Civ. P. 12(b)(1), 12(b)(6) and 12(b)(7), for an order dismissing Lannett Company Inc.'s Amended Complaint. The grounds for this Motion are fully set forth in Defendants' Opening Brief in Support of its Motion to Dismiss, filed contemporaneously herewith.

*Of Counsel:*

Richard L. DeLucia
Charles A. Weiss
Jeffrey S. Ginsburg
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated: July 18, 2008

/s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on July 18, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA   19422

_____
Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-3293395-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> Defendants. <br><br> ──────────────── <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> Counterclaim-Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. NO. 08-338 (JJF) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

Upon consideration of Defendants KV Pharmaceutical Company's, Ther-Rx Corp.'s, and Drugtech Corp.'s (collectively, "KV") Motion to Dismiss Counts 1, 2 and 3 of Lannett's Amended Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); Counts 1 and 2 (with respect to the '925 and '824 patents) for failure to include an indispensable party pursuant to Fed. R. Civ. P. 12(b)(7); and Counts 4 and 5 for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and to realign KV as the plaintiff and Lannett Company, Inc. as the defendant in KV's pending Counterclaim, **IT IS HEREBY ORDERED** this _____ day of _____, 2008 that the Motion is hereby **GRANTED**.

 

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge