IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : C.A. NO. 08-338 (JJF) <br> KV PHARMACEUTICAL COMPANY, : <br> THER-RX CORP., and DRUGTECH CORP., : <br> : <br> Defendants. : <br> ──────────────────────── : <br> : <br> KV PHARMACEUTICAL COMPANY, : <br> THER-RX CORP., and DRUGTECH CORP., : <br> : <br> Counterclaim-Plaintiffs, : <br> : <br> v. : <br> : <br> LANNETT COMPANY, INC., : <br> : <br> Counterclaim-Defendant. : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2008, (1) Defendants and Counterclaim-Plaintiffs' First set of Interrogatories to Plaintiff and Counterclaim-Defendant Lannett Company, Inc. and (2) Defendants and Counterclaim-Plaintiffs' First Set of Requests For Production of Documents and Things to Plaintiff and Counterclaim-Defendant Lannett Company, Inc. (Nos. 1-110) were served upon the following counsel of record at the address and in the manner indicated:

**VIA HAND DELIVERY & E-MAIL**
Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

**VIA E-MAIL**
Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

*Of Counsel:*

Richard L. DeLucia
Howard J. Shire
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated:  July 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on July 21, 2008, I sent by electronic mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com