IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC.,<br><br>*Plaintiff,*<br>v.<br>KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION,<br><br>*Defendants.* | C.A. No. 08-338-JJF<br><br>JURY TRIAL DEMANDED |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP.,<br><br>*Counterclaim-Plaintiffs,*<br>v.<br>LANNETT COMPANY, INC.,<br><br>*Counterclaim-Defendant.* | |

**DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' MOTION TO STRIKE PLAINTIFF/COUNTERCLAIM-DEFENDANT LANNETT'S INEQUITABLE CONDUCT DEFENSE**

Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp., by and through their undersigned counsel, hereby move, pursuant to Fed. R. Civ. P. 9(b) and 12(f), for an order dismissing Plaintiff/Counterclaim-Defendant Lannett Company, Inc.'s affirmative defense of inequitable conduct with respect to U.S. Patents 6,258,846 and 6,576,666. The grounds for this Motion are fully set forth in Defendants/Counterclaim-Plaintiffs' Opening Brief in Support of its Motion to Strike Plaintiff/Counterclaim-Defendant Lannett's Inequitable Conduct Defense, filed contemporaneously herewith.

*Of Counsel:*

Richard L. DeLucia
Charles A. Weiss
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated:  July 23, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Anne Shea Gaza (#4093)
cottrell@rlf.com
shandler@rlf.com
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE  19899-2323

I hereby certify that on July 23, 2008, I sent by electronic mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> *Defendants.* <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-Plaintiffs,* <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> *Counterclaim-Defendant.* | C.A. No. 08-338-JJF <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, the parties have conferred regarding Defendants/Counterclaim-Plaintiffs' Motion to Strike Plaintiff/Counterclaim-Defendant Lannett's Inequitable Conduct Defense and counsel for Plaintiff/Counterclaim-Defendant Lannett Company, Inc. has stated that they oppose the relief sought in the Motion.

- 2 -

*Of counsel:*

Richard L. DeLucia
Charles A. Weiss
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 23, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Anne Shea Gaza (#4093)
cottrell@rlf.com
shandler@rlf.com
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION,<br><br>*Defendants.* | Civil Action No. 08-338-JJF<br><br>JURY TRIAL DEMANDED |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP.,<br><br>*Counterclaim-Plaintiffs,*<br><br>v.<br><br>LANNETT COMPANY, INC.,<br><br>*Counterclaim-Defendant.* | |

## ORDER

The Court, having considered Defendants/Counterclaim-Plaintiffs' Motion to Strike Plaintiff/Counterclaim-Defendant Lannett's Inequitable Conduct Defense with respect to U.S. Patents 6,258,846 and 6,576,666 and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the Motion is GRANTED.

_____<br>
United States District Court Judge

RLF1-3305557-1