IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br>     *Plaintiff*, <br>v. <br>KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br>     *Defendants*. <br><br>KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br>     *Counterclaim-Plaintiffs*, <br>v. <br>LANNETT COMPANY, INC., <br><br>     *Counterclaim-Defendant*. | C.A. No. 08-338-JJF <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO: Sophia Siddiqui      Ross J. Oehler
   Fox Rothschild LLP     Alfred J. Monte
   919 Market Street, Suite 1300  Fox Rothschild LLP
   P. O. Box 2323       10 Sentry Parkway, Suite 200
   Wilmington, DE  19899-2323  P.O. Box 3001
                  Blue Bell, PA  19422

PLEASE TAKE NOTICE that Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.'s Motion to Strike Plaintiff/Counterclaim-Defendant Lannett's Inequitable Conduct Defense will be presented to the Court on Friday, September 12, 2008 at 10:00 a.m.

RLF1-3303289-1

-2-

*Of counsel:*

Richard L. DeLucia
Charles A. Weiss
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200


Dated: July 23, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Anne Shea Gaza (#4093)
cottrell@rlf.com
shandler@rlf.com
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Defendants/Counterclaim-Plaintiffs
KV Pharmaceutical Company, Ther-Rx Corp.,
and Drugtech Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on July 23, 2008, I sent by electronic mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA   19422

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com