IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, Inc., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 08-338 JJF |
| KV PHARMACEUTICAL COMPANY, : et al., : | |
| Defendants. : | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by August 1, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **September 2, 2008.**

3. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

    (a) Exchange and completion of interrogatories,

identification of all fact witnesses and document production shall be commenced so as to be completed by **September 5, 2008**.

  (b) Maximum of **twenty-five** (25) interrogatories by each party to any other party.

  (c) Maximum of **twenty-five** (25) requests for admission by each side.

  (d) Maximum of **ten** (10) depositions by plaintiff(s) and **ten** (10) by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a,b, and c) is completed.

  (e) All fact depositions shall be concluded unless otherwise agreed to in writing by the parties or ordered by the Court by **September 30, 2008**.

  (f) Depositions shall not commence until the discovery required by Paragraph 4(a) - 4(g) is complete.

  (g) Opening reports from retained non-patent experts (including damages) required by Fed. R. Civ. P. 26(a)(2) shall be exchanged on or before October 14, 2008, and Answering reports from retained non-experts shall be exchanged on or before **November 5, 2008**.

  (h) Any party desiring to depose a non-patent expert witness whose report has been exchanged, shall notice an complete said deposition unless otherwise agreed to in writing by the parties or ordered by the Court on or before **November 30, 2008**.

5. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Courts website at: http://www.ded.uscourts.gov/JJFmain.htm.

(b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourt.gov.

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **October 1, 2008.**

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an Opening brief on or before October 1, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is

available on the Court's website at:

http://www.ded.courts.gov/JJFmain.htm.

    8.  **Markman**.  A Markman Hearing, if necessary, will be held on October 16, 2008, at 2:00 p.m.  The parties shall identify and exchange their contentions at least forty-five (45) days before the Markman Hearing.  Briefing on the claim construction issues shall be completed at least twenty (20) days prior to the hearing.  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

    9.  **Applications by Motion.**

        (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motion in patent cases.  Briefs shallbe limited to no more than ten (10) pages.  Parties may file stipulated and unopposed Orders iwth the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

        (d) Any party with a true emergency matter

requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

    10.  **Pretrial Conference and Trial.**

    (a) A Pretrial Conference will be held on **January 9, 2009, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

    (b) Trial will commence on **January 21, 2009, at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 29, 2008  
DATE

_____  
UNITED STATES DISTRICT JUDGE