IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
| | : CIVIL ACTION |
| Plaintiff | : NO. 08-338 |
| | : |
| v. | : |
| | : |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Defendants | : |
| | : |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Counterclaim-Plaintiffs | : |
| | : |
| v. | : |
| | : |
| LANNETT COMPANY, INC., | : |
| | : |
| Counterclaim-Defendant | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 1st day of August, 2008, *Plaintiff's Rule 26(a)(1) Initial Disclosures and this Notice of Service* were served upon the following counsel of record by hand delivery and U.S. Mail:

    Frederick L. Cottrell, III, Esquire
    Chad M. Shandler, Esquire
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street, P.O. Box 551
    Wilmington, DE 19801

    Richard L. DeLucia, Esquire
    Elizabeth A. Gardner, Esquire
    Charles A. Weiss, Esquire
    Kenyon & Kenyon LLP
    One Broadway
    New York, NY 10004

/s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (No. 4914)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920 (facsimile)