## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
|                Plaintiff | : CIVIL ACTION |
| | : NO. 08-338 (JJF) |
| v. | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
|                Defendants | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
|                Counterclaim-Plaintiffs | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
|                Counterclaim-Defendant | : |

### RESPONSE OF PLAINTIFF, LANNETT COMPANY, INC., IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS LANNETT'S AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO INCLUDE AN INDISPENSABLE PARTY, AND FAILURE TO STATE A CLAIM

Plaintiff/Counterclaim-Defendant, Lannett Company, Inc. ("Lannett"), by and through its attorneys, Fox Rothschild LLP, files this Response in Opposition to the Motion to Dismiss Lannett's Amended Complaint for Lack of Subject Matter Jurisdiction, Failure to Include an Indispensable Party, and Failure to State a Claim. The factual and legal basis for Lannett's Response is set forth in the Opening Brief which is being filed concurrently herewith, and the contents of which are incorporated by reference.

**WHEREFORE**, Lannett respectfully requests that this Honorable Court deny the Motion to Dismiss Lannett's Amended Complaint for Lack of Subject Matter Jurisdiction, Failure to Include an Indispensable Party, and Failure to State a Claim.

        Respectfully Submitted,

        **FOX ROTHSCHILD LLP**

        /s/ Sophia Siddiqui
        Sophia Siddiqui, Esquire (No. 4914)
        Gerard P. Norton, Esquire (*)
        Alfred J. Monte, Jr., Esquire (*)
        Jonathan R. Lagarenne, Esquire (*)
        Joshua M. Hummel, Esquire (*)
        Fox Rothschild LLP
        Citizens Bank Center
        919 N. Market Street, Suite 1300
        Wilmington, DE 19801
        (302) 622-4278
        (302) 656-8920 (facsimile)

        *Attorneys for Plaintiff,*
        *Lannett Company, Inc.*

        (*) Admitted Pro Hac Vice