IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
|                 Plaintiff, | : |
| v. | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : C.A. NO. 08-338 (JJF) |
|                 Defendants. | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
|                 Counterclaim-Plaintiffs, | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
|                 Counterclaim-Defendant. | : |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2008, Defendants and Counterclaim-Plaintiffs' Initial Disclosures were served upon the following counsel of record at the address and in the manner indicated:

| **VIA HAND DELIVERY & E-MAIL** | **VIA E-MAIL** |
|---|---|
| Sophia Siddiqui | Ross J. Oehler |
| Fox Rothschild LLP | Alfred J. Monte |
| 919 Market Street, Suite 1300 | Fox Rothschild LLP |
| P. O. Box 2323 | 10 Sentry Parkway, Suite 200 |
| Wilmington, DE 19899-2323 | P.O. Box 3001 |
| | Blue Bell, PA 19422 |

RLF1-3304414-1

|  |  |
|---|---|
| *Of Counsel*<br><br>Richard L. DeLucia<br>Howard J. Shire<br>Elizabeth A. Gardner<br>Charles A. Weiss<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br><br>Dated: August 1, 2008 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Chad M. Shandler (#3796)<br>shandler@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Ther-Rx Corp., and Drugtech Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on August 1, 2008, I sent by electronic mail the foregoing document to the following non-registered participants:

Ross J. Oehler
Alfred J. Monte
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA   19422

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3304400-1