✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following    X  Patents or    X  Trademarks:

| DOCKET NO.<br>08cv338 | DATE FILED<br>6/6/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Lannett Company Inc. | | DEFENDANT<br>KV Pharmaceuticals, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,258,846 B1 | 7/10/01 | Drugtech Corporation |
| 2 | US 6,576,666 B2 | 6/10/03 | Drugtech Corporation |
| 3 | US 7,112,609 B2 | 9/26/06 | Drugtech Corporation |
| 4 | US 6,197,329 B1 | 3/6/01 | Drugtech Corporation |
|   | US 6,569,857 B1 | 5/27/03 | Drugtech Corporation |
|   | 5,516,925 | 5/14/96 | Albion International Inc. |
|   | US 6,716,814 B2 | 4/6/04 | Albion International Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>August 5, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**

AO 120 (Rev. 3/04) Case 1:08-cv-00338-JJF    Document 71    Filed 08/05/2008    Page 2 of 2
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**