IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, <br><br> *Defendants.* <br><br> KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., <br><br> *Counterclaim-Plaintiffs,* <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> *Counterclaim-Defendant.* | Civil Action No. 08-338-JJF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey S. Ginsberg of Kenyon & Kenyon LLP to represent Defendants/Counterclaim-Plaintiffs KV Pharmaceutical Company, Drugtech Corporation and Ther-RX Corporation in this matter.

RLF1-3309700-1

*Of counsel:*

Richard L. DeLucia
Howard J. Shire
Elizabeth A. Gardner
Charles A. Weiss
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
shandler@rlf.com

*Attorneys for Counterclaim-Plaintiffs
KV Pharmaceutical Company, Ther-Rx Corp.,
and Drugtech Corp.*

Dated: August 6, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey, New York and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Jeffrey S. Ginsberg
Kenyon & Kenyon LLP
One Broadway
(212) 425-7200

Date: July 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Sophia Siddiqui
Fox Rothschild LLP
919 Market Street, Suite 1300
P. O. Box 2323
Wilmington, DE   19899-2323

I hereby certify that on August 6, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Samuel H. Israel
Gerard P. Norton
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia,. PA   19103

_____
Anne Shea Gaza (#4093)
gaza@rlf.com