IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP., <br><br> *Defendants* | CIVIL ACTION <br><br> NO.　08-338 (JJF) |
| KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP., <br><br> *Counterclaim-plaintiffs*, <br><br> v. <br><br> LANNETT COMPANY INC., <br><br> *Counterclaim-defendant* | |

## NOTICE OF SERVICE

I, Sophia Siddiqui, hereby certify that on this date copies of First Set of Interrogatories of Plaintiff Lannett Co. Inc., First Set of Requests for Production of Documents of Plaintiff Lannett Company Inc., and Notice of Service were served on counsel of record as follows:

### VIA HAND DELIVERY

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801

**VIA UNITED STATES MAIL**

Richard L. DeLucia, Esquire
Elizabeth A. Gardner, Esquire
Charles A. Weiss, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004


By:  /s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (No. 4914)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920 (facsimile)

*Attorneys for Plaintiff,*
*Lannett Company, Inc.*

Dated: August 6, 2008