

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Jonathan R. Lagarenne
Direct Dial: (609) 844-4588
Email Address: jlagarenne@foxrothschild.com

August 19, 2008

<u>**VIA ECF AND FEDERAL EXPRESS**</u>
Joseph J. Farnan, Jr., U.S.D.J.
United States District Court
Room 4124, Lockbox 27
844 King Street
Wilmignton, DE 19801

> Re:  **Lannett Company, Inc. v. KV Pharmaceuticals, *et al.*
> Civil Action No. 1:08-cv-00338 (JJF)
> <u>Our Client No.: 49561.00069</u>**

Dear Judge Farnan:

Yesterday, counsel for KV Pharmaceuticals ("KV") forwarded a copy of the recent Federal Circuit decision in *Prasco, LLC v. Medicis Pharmaceutical Corporation,* No. 2007-1524, slip op. (Fed. Cir. Aug. 15, 2008). As we noted with respect to the lower court's decision in Prasco, the case is readily distinguishable, which is further underscored by the Federal Circuit decision.

In the *Prasco* decision, the Federal Circuit emphasized that "the facts existing at the time the complaint <u>under consideration</u> was filed" (*Prasco*, slip op. at page 8 [emphasis in original, citation omitted]) is critical to the analysis of whether a case or controversy exists. As of June 10, 2008, when Lannett Company, Inc. ("Lannett") filed its Amended Complaint, and four days after Lannett had asked for a covenant not to sue from KV, KV publicly stated that it "intended to defend this and any other challenges to our patent rights vigorously." (See attached Press Release, June 10, 2008.) Moreover, at or about this same time KV was also communicating to customers that it was taking steps to "vigorously enforce" the patents at issue in this suit. (Copy attached.)

Within days of the foregoing pronouncements, KV in fact filed its counterclaim and motion for preliminary injunction in the within matter. *See Micro Tech., Inc. v. Mosaid Techs., Inc.*, 518 F.3d 897, 901-02 (Fed. Cir. 2008). In short, there is no question that, as of the filing



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Joseph J. Farnan, Jr., U.S.D.J.
August 19, 2008
Page 2

of the Amended Complaint, a case and controversy existed. KV's motion to dismiss Lannett's Amended Complaint is a transparent effort to obtain a perceived tactical and/or publicity advantage by being nominated plaintiff at trial, and KV's motion should be denied.

Respectfully submitted,

Jonathan R. Lagarenne

JRL:mek
Enclosures
cc:   Chad M. Shandler, Esq. (w/encls.-via ECF only)
      Anne Shea Gaza, Esq. (w/encls.-via ECF only)
      Frederick L. Cottrell, Esq. (w/encls.-via ECF only)

LV1 978100v1 08/19/08



Search

About Us    Our Brands    Investor Relations    Innovations & Technology    Careers

8/19/2008 1:41:00 PM                KV.A:    21.91 ▼ -0.21        KV.B:    21.85 ▼ -0.14

## Press Release Archive

Recent Headlines
Press Releases
Media Contacts

**KV Pharmaceutical Company Comments on Legal Development in its Branded Pharmaceutical Business**

St. Louis, MO, June 10, 2008 – KV Pharmaceutical Company (NYSE: KVa/KVb), a fully integrated specialty pharmaceutical company that develops, manufactures, acquires and markets technology-differentiated branded products and generic/non-branded prescription pharmaceuticals, today reported that it has become aware of litigation filed by a smaller generic drug company, Lannett Company, Inc., challenging the patent rights associated with PrimaCare ONE®, a prenatal vitamin product marketed by KV's Ther-Rx branded pharmaceutical business unit. KV has not yet been served in the lawsuit.

"We are reviewing the claims in this lawsuit and we will defend this and any other challenge to our patent rights vigorously," stated Marc S. Hermelin, KV's Chairman of the Board and Chief Executive Officer. "Our long-standing expertise in the development and marketing of both branded and generic/unbranded products positions us well to aggressively defend this type of lawsuit, which is not uncommon in our industry. In addition, we will continue to pursue various other strategies to meet the needs of patients in the therapeutic categories we serve with innovative and cost-effective products."

**About KV Pharmaceutical Company**

KV Pharmaceutical Company is a fully integrated specialty pharmaceutical company that develops, manufactures, markets and acquires technology-distinguished branded and generic/non-branded prescription pharmaceutical products. The Company markets its technology-distinguished products through ETHEX Corporation, a national leader in pharmaceuticals that compete with branded products, and Ther-Rx Corporation, its branded prescription pharmaceutical subsidiary.

For further information about KV Pharmaceutical Company, please visit the Company's corporate website at www.kvpharmaceutical.com.

**Safe Harbor**

*The information in this release may contain various forward-looking statements within the meaning of the United States Private Securities Litigation Reform Act of 1995 ("PSLRA") and which may be based on or include assumptions concerning KV's operations, future results and prospects. Such statements may be identified by the use of words like "plans", "expect", "aim", "believe", "projects", "anticipates", "commit", "intend", "estimate", "will", "should", "could" and other expressions that indicate future events and trends.*

*All statements that address expectations or projections about the future, including without limitation, statements about the Company's litigation, anticipated SEC filings, strategy for growth, product development, product launches, regulatory approvals, market position, market share increases, acquisitions, revenues, expenditures and other financial results, are forward-looking statements.*

*All forward-looking statements are based on current expectations and are subject to risk and uncertainties. In connection with the "safe harbor" provisions, KV provides the following cautionary statements identifying important economic, competitive, litigation, political and*

*technology factors, which among others, could cause actual results or events to differ materially from those set forth or implied by the forward-looking statements and related assumptions.*

*Such factors include (but are not limited to) the following: (1) changes in the current and future business environment, including interest rates and capital and consumer spending; (2) the difficulty of predicting FDA approvals, including timing, and that any period of exclusivity may not be realized; (3) acceptance and demand for new pharmaceutical products; (4) the impact of competitive products and pricing, including as a result of so-called authorized-generic drugs; (5) new product development and launch, including the possibility that any product launch may be delayed or that product acceptance may be less than anticipated; (6) reliance on key strategic alliances; (7) the availability of raw materials and/or products manufactured for the Company under contract manufacturing arrangements with third parties; (8) the regulatory environment, including regulatory agency and judicial actions and changes in applicable law or regulations; (9) fluctuations in revenues; (10) the difficulty of predicting international regulatory approval, including timing; (11) the difficulty of predicting the pattern of inventory movements by the Company's customers; (12) the impact of competitive response to the Company's sales, marketing and strategic efforts; (13) risks that the Company may not ultimately prevail in litigation, including challenges to our intellectual property rights by actual or potential competitors, including Lannett Company Inc.; (14) completion of the Company's financial statements for the first, second and third quarters of fiscal 2008 and for the full fiscal year ended March 31, 2008; (15) actions by the Securities and Exchange Commission and the Internal Revenue Service with respect to the Company's stock option grants and accounting practices; and (16) the risks detailed from time-to-time in the Company's filings with the Securities and Exchange Commission.*

*This discussion is by no means exhaustive, but is designed to highlight important factors that may impact the Company's outlook. We are under no obligation to update any of the forward-looking statements after the date of this release.*

©2008 KV Pharmaceutical Company. All Rights Reserved.



*Innovative Pharmaceuticals Offering Therapeutic Excellence*

Dear Dave McClure:

You may be aware that Lannett Company, Inc. is introducing a prescription pre-natal vitamin with a label that invites you to compare their product to our PrimaCare® ONE product. In addition to giving you the benefit of our label comparison, we would like you to know that First Data Bank, Gold Standard, and MediSpan pricing services continue to designate PrimaCare® ONE as a sole source product and have not linked any product, including Lannett's, to PrimaCare® ONE.

While we invite you to make your own comparison of the labels, our initial comparison reveals at least the following differences:

| Lannett Product | PrimaCare® ONE |
|---|---|
| Key Omega 3 Fatty Acids for a total of 300mg | 260mg of DHA and 40mg of EPA |
| 7mg of amino-acid chelate (elemental iron) identified in their insert as Ferrochel® | 7mg of ferrous asparto glycinate (Sumalate™) |

The Lannett label does not disclose the amounts of Omega 3 Fatty Acids in its product. As our label confirms, we add 260mg of DHA and 40mg of EPA. The medical literature recognizes, as do we and physicians, the importance of DHA and EPA in brain and eye development in the fetus. In prescribing PrimaCare® ONE, physicians know how much DHA and EPA their patients will receive. It isn't clear to us from Lannett's label or package insert how much DHA and EPA patients will receive if they take the Lannett product.

The sources of iron are also different in the two products. The source in PrimaCare® ONE is a proprietary product available only to Ther-Rx. The Lannett product cannot therefore contain the same source of iron and clearly it does not.

We expect that these differences in the label may well be why no other product is linked to PrimaCare® ONE. Based on the available information, we believe that informed physicians, if asked, would be led to recommend against substitution for PrimaCare® ONE.

We expect that you will not want to deprive your customers of the certainty that they are receiving the amounts of DHA and EPA that prescribing physicians know their patients will receive, for the health and benefit of both mother and baby, when they prescribe PrimaCare® ONE.

PrimaCare® ONE is protected by multiple patents, as indicated on our box, and Ther-Rx is currently taking steps to vigorously enforce those patents.

We hope that you find this information useful.

Yours truly,

Greg Divis
President

1 Corporate Woods Drive, Bridgeton, Missouri 63044    Phone (314) 646-3700    Fax (314) 646-3701