## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP., | NO.   08-338 (JJF) |
| *Defendants.* | |
| KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP., | |
| *Counterclaim-plaintiffs,* | |
| v. | |
| LANNETT COMPANY INC., | |
| *Counterclaim-defendant.* | |

### NOTICE OF SERVICE

I, Seth A. Niederman, hereby certify that on August 20, 2008, a copy of Plaintiff Lannett Company, Inc.'s Responses to Defendants and Counterclaim-Plaintiffs First Set of Interrogatories and First Set of Request for Production of Documents and Things to Plaintiff and Counterclaim-Defendant Lannett Company, Inc., and Notice of Service were served on counsel of record as follows:

WM1A 907082v2 08/20/08

**VIA HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801

**VIA UNITED STATES MAIL**

Richard L. DeLucia, Esquire
Elizabeth A. Gardner, Esquire
Charles A. Weiss, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

        By:   /s/ Seth A. Niederman
              Seth A. Niederman, Esquire (No. 4588)
              Fox Rothschild LLP
              Citizens Bank Center
              919 N. Market Street, Suite 1300
              Wilmington, DE 19801
              (302) 622-4278
              (302) 656-8920 (facsimile)

              *Attorneys for Plaintiff,*
              *Lannett Company, Inc.*

Dated: August 20, 2008