IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LANNETT COMPANY INC.,

*Plaintiff,*

v.

KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP.,

*Defendants*

KV PHARMACEUTICAL COMPANY, DRUGTECH CORP., and THER-RX CORP.,

*Counterclaim-plaintiffs,*

v.

LANNETT COMPANY INC.,

*Counterclaim-defendant*

CIVIL ACTION

NO. 08-338 (JJF)

**NOTICE OF SERVICE**

I, Sophia Siddiqui, hereby certify that on this date copies of *Plaintiff Lannett Company, Inc.'s Amended Responses to Defendants and Counterclaim-Plaintiffs' First Set of Interrogatories to Plaintiff and Counterclaim-Defendant Lannett Company, Inc.*, and Notice of Service were served on counsel of record as follows:

**VIA HAND DELIVERY & E-MAIL**

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19801

**VIA UNITED STATES MAIL & E-MAIL**

Richard L. DeLucia, Esquire
Elizabeth A. Gardner, Esquire
Charles A. Weiss, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

By: /s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (No. 4914)
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4278
(302) 656-8920 (facsimile)

*Attorneys for Plaintiff, Lannett Company, Inc.*

Dated: August 25, 2008