IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
| | : CIVIL ACTION |
| Plaintiff, | : NO. 08-338 (JJF) |
| | : |
| v. | : |
| | : |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Defendants. | : |
| | : |
| KV PHARMACEUTICAL COMPANY, | : |
| THER-RX CORP., and DRUGTECH CORP., | : |
| | : |
| Counterclaim-Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LANNETT COMPANY, INC., | : |
| | : |
| Counterclaim-Defendant. | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James L. Griffith, Esquire of Fox Rothschild LLP, 2000 Market Street, 10th floor, Philadelphia, Pennsylvania 19103, to represent Plaintiff/Counterclaim-Defendant, Lannett Company, Inc., as co-counsel in this action.

FOX ROTHSCHILD LLP

By: __/s/ Sophia Siddiqui__
Sophia Siddiqui, Esquire (#4914)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4278
(302) 656-8920
ssiddiqui@foxrothschild.com

Attorneys for Plaintiff/
Counterclaim Defendant
Lannett Company, Inc.

Date: August 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY, INC., | : |
|               Plaintiff, | : CIVIL ACTION<br>: NO. 08-338 (JJF) |
| v. | : |
| KV PHARMACEUTICAL COMPANY,<br>THER-RX CORP., and DRUGTECH CORP., | : |
|               Defendants. | : |
| KV PHARMACEUTICAL COMPANY,<br>THER-RX CORP., and DRUGTECH CORP., | : |
|               Counterclaim-Plaintiffs, | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
|               Counterclaim-Defendant. | : |

**ORDER GRANTING MOTION**

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED that the motion for admission *pro hac vice* of James L. Griffith, Esquire is GRANTED.

_____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that (1) I am eligible for admission to this Court; (2) I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, New York and New Jersey; (3) pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and (4) I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion

Dated: August 25th, 2008

James L. Griffith, Esq.
Fox Rothschild LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103
Phone: (215) 299-2740
Fax: (215) 299-2150
jgriffith@foxrothschild.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two (2) copies of the attached Motion for Admission *Pro Hac Vice* were served this 25th day of August, 2008, via U.S. Mail, postage pre-paid, upon the following:

>Chad M. Shandler, Esquire
>Richards, Layton & Finger
>One Rodney Square
>920 N. King St.
>Wilmington, DE  19801

>／s／ Sophia Siddiqui
>Sophia Siddiqui, Esquire (#4914)