

Chad M. Shandler
Director
302-651-7836
Shandler@rlf.com

August 25, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   <u>Lannett Company Inc. v. KV Pharmaceuticals, DrugTech Corporation and Ther-RX Corporation, C.A. No. 08-338-JJF,</u>

Dear Judge Farnan:

     Enclosed please find a fully executed stipulation dismissing Lannett Company's claims for declaratory judgment with respect to the '925 and '814 patents, both of which are owned by non-party Albion International, Inc. (the "Albion patents"). The stipulation resolves the portion of KV's pending Motion to Dismiss Lannett's Amended Complaint (D.I. #59) with respect to the Albion patents, but does not resolve the motion with respect to the remaining patents and other issues.

                            Respectfully submitted,

                            Chad M. Shandler (#3796)

CS:ps
Enclosure

cc:   Clerk of the Court (via e-file)
       Sophia Siddiqui, Esquire (via e-mail)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., | : |
| *Plaintiff,* | : C. A. No. 08-338-JJF |
| v. | : |
| KV PHARMACEUTICALS, DRUGTECH CORPORATION, and THER-RX CORPORATION, | : |
| *Defendants.* | : |
| | : |
| KV PHARMACEUTICAL COMPANY, THER-RX CORP., and DRUGTECH CORP., | : |
| *Counterclaim-Plaintiffs,* | : |
| v. | : |
| LANNETT COMPANY, INC., | : |
| *Counterclaim-Defendant.* | : |

## STIPULATION

Plaintiff/Counterclaim-Defendant, Lannett Company, Inc. ("Lannett"), and Defendants/Counterclaim-Plaintiffs, KV Pharmaceutical Company, Ther-Rx Corp. and Drugtech Corp., by and through their respective undersigned attorneys, hereby stipulate and agree that Lannett's claim for a declaratory judgment with respect to U.S. Patent 5,516,925 ("the '925 patent") and U.S. Patent 6,716,814 ("the '814 patent") shall be and hereby is dismissed without prejudice. Accordingly, the Amended Complaint is hereby amended, without prejudice, as follows: (1) Paragraphs 6, 23 and 24 of Lannett's Amended Complaint are deleted in their entirety; (2) Paragraphs 12, 13, 14, 15, 26, and 27 of Lannett's Amended Complaint, and Paragraph A of the Prayer for Relief therein, are amended only so far as to delete any reference to the '925 patent and the '814 patent.

WHEREFORE, in light of the above, the parties respectfully request that this Honorable Court approve the above Stipulation.

| | |
|---|---|
| /s/ Sophia Siddiqui (#4914) | /s/ Chad M. Shandler (#3796) |
| Sophia Siddiqui, Esquire (#4914) | Chad M. Shandler (#3796) |
| ssiddiqui@foxrothschild.com | shandler@rlf.com |
| Fox Rothschild LLP | Richards, Layton & Finger, P.A. |
| Citizens Bank Center | One Rodney Square |
| 919 N. Market Street, Suite 1300 | 920 North King Street, P.O. Box 551 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| *Attorneys for Lannett Company, Inc.* | *Attorneys for KV Pharmaceutical Co., Drugtech Corp. and Ther-Rx Corp.* |
| | |
| Dated: August 25, 2008 | Dated: August 25, 2008 |

**IT IS SO ORDERED** this _____ day of August, 2008.


_____
United States District Court Judge