IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANNETT COMPANY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br> DRUGTECH CORP., and <br> THER-RX CORP., <br><br> *Defendants* | CIVIL ACTION <br><br> NO.   08-338 (JJF) |
| KV PHARMACEUTICAL COMPANY, <br> DRUGTECH CORP., and <br> THER-RX CORP., <br><br> *Counterclaim-plaintiffs,* <br><br> v. <br><br> LANNETT COMPANY INC., <br><br> *Counterclaim-defendant* | |

## NOTICE OF SERVICE

I, Sophia Siddiqui, hereby certify that on this date one copy of this Notice of Service was served upon counsel via CM/ECF and copies of the Notice of Deposition of Marc S. Hermelin, R. Saul Levinson and George Paradissis, and this Notice of Service were served on counsel of record as follows:

### VIA HAND DELIVERY & E-MAIL

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square

920 North King Street, P.O. Box 551
Wilmington, DE 19801

**VIA UNITED STATES MAIL & E-MAIL**

Richard L. DeLucia, Esquire
Elizabeth A. Gardner, Esquire
Charles A. Weiss, Esquire
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

By: /s/ Sophia Siddiqui
Sophia Siddiqui, Esquire (No. 4914)

Dated: August 27, 2008