

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Sophia Siddiqui
Direct Dial: (302)
Email Address: ssiddiqui@foxrothschild.com

**REDACTED     PUBLIC VERSION**

June 24, 2008

**VIA HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19899

Re:   Lannett Company, Inc. v. KV Pharmaceuticals, Drugtech Corporation and
      Ther-RX Corporation; Civil Action No. 08-338

Dear Judge Farnan:

Plaintiff Lannett Company, Inc. yesterday filed its Answer in Opposition to Counterclaim-Plaintiffs' Motion for Temporary Restraining Order, Early Preliminary Injunction Hearing and Preliminary Injunction and Opening Response Brief.

Exhibits 1, 2, and 3 to Exhibit "H", the Declaration of Ernest J. Sabo, were inadvertently not included in the copy you received yesterday. Please find those exhibits attached hereto. I apologize for any inconvenience this may have caused.

I am available at Your Honor's convenience to answer any questions.

Respectfully,

Sophia Siddiqui

Sophia Siddiqui

SS:bjr
Encls.

cc:  Fredrick L. Cottrell, III, Esq. (via email)
     Chad M. Shandler, Esq. (via email)
     Charles A. Weiss, Esq. (via email)



## Product Shipment Authorization

**I. Product Information**

| Product: | Multivitamin with Minerals | | | |
|---|---|---|---|---|
| NDC#: | 0527-1637-30 | | | |
| Manufacturing Lot #: | 1 | O-0248C | 14 | O-0908C |
| | 2 | O-0258C | 15 | O-0918C |
| | 3 | O-0268C | 16 | O-0928C |
| | 4 | O-0808C | 17 | O-0938C |
| | 5 | O-0818C | 18 | O-0948C |
| | 6 | O-0828C | 19 | O-0958C |
| | 7 | O-0838C | 20 | O-0968C |
| | 8 | O-0848C | 21 | O-0978C |
| | 9 | O-0858C | 22 | O-0988C |
| | 10 | O-0868C | 23 | O-0998C |
| | 11 | O-0878C | 24 | O-1008C |
| | 12 | O-0888C | 25 | O-1018C |
| | 13 | O-0898C | 26 | O-1028C |

**II. Authorization**

| Authorized by: | *signature*  4/19/08 |
| | Quality Assurance (Lannett)    Date |
| | Ernest J. Sabo, Director Quality Assurance |
| Accepted by: | 22nd April 2008 |
| | Quality Control/Assurance    Date |
| | Print Name Here: |

**REDACTED**

**REDACTED**

**REDACTED**





TAKE MEDICATION ON AN EMPTY STOMACH 1 HR BEFORE OR 2 HOURS AFTER A MEAL

IF THIS DRUG UPSETS YOUR STOMACH TAKE WITH CRACKERS, BREAD OR SMALL MEAL

MAY CAUSE DISCOLORATION OF THE URINE OR FECES

RPH: JUDITH SALABA
Orig: 06/19/2008
Date filled: 06/19/2008
Discard after: 05/19/2009

This is a PURPLE, OBLONG-shaped CAPSULE imprinted with Ther-Rx 200.

ST-DEA:
MFR: Ther-Rx Corp.
CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

LOT B9708
EXP 10/2009